**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: ABBVIE, INC., et al. | ) ) ) ) ) ) ) ) | Case No. 14-cv-1748 <br><br> *consolidated for coordinated pre-trial proceedings before*: <br> Hon. Matthew F. Kennelly |

|  |  |  |
|---|---|---|
| FRANK LAU, <br><br> Plaintiff, <br><br> v. <br><br> ABBVIE INC., ABBOTT LABORATORIES, INC., LILLY USA, INC., and ELI LILLY AND COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 14-cv-1298 <br><br> Hon. Sara L. Ellis |

**DEFENDANT ELI LILLY AND COMPANY'S MOTION FOR AN EXTENSION OF
TIME TO FILE A RESPONSIVE PLEADING**

Defendant Eli Lilly and Company ("Defendant"), through its attorneys, REED SMITH

LLP, move this Court pursuant to Federal Rule of Civil Procedure 6(b) for an extension of time

to file its responsive pleading to Frank Lau's ("Plaintiff") Complaint.  In support of its Motion,

Defendant states as follows:

1.      Defendant was served with the Complaint on February 25, 2014, and its

responsive pleading is therefore due on March 18, 2014.

2.      On February 27, 2014, Plaintiff moved under Local Rule 40.4 to reassign to Honorable Judge John W. Darrah five actions pending in the Northern District of Illinois, including this action. The five actions are *Lau v. AbbVie Inc. et al.*, 14-cv-1298, *Marino v. AbbVie Inc. et al.*, 14-cv-777, *Myers v. AbbVie Inc. et al.*, 14-cv-780, *Johnson v. AbbVie Inc. et al.*, 14-cv-877, and *Kelly v. AbbVie Inc. et al.*, 14-cv-879.

3.      On March 14, 2014, the Executive Committee of Northern District of Illinois ordered that this case be consolidated before Judge Kennelly with 29 other similar cases through a coordinated pretrial proceeding as provided by Internal Operating Procedure 13(e). (Docket No. 20).

4.      Defendant is not a party to any of the 29 other cases.

5.      In light of the consolidation, Defendant therefore requests the Court suspend the deadline to Answer or otherwise respond to Plaintiff's Complaint until such time as the Court deems appropriate to set a coordinated deadline for all the defendants.

6.      Alternatively, Defendant requests an extension of twenty-eight days, to April 15, 2014, to Answer or otherwise respond to Plaintiff's Complaint.

7.      This request is not made for purposes of delay.

8.      Counsel for Defendant contacted counsel for Plaintiff on Friday, March 14 and again today, by both telephone and email, but counsel for Defendant has not heard back as to whether Plaintiff has any opposition to this Motion.

**WHEREFORE,** Defendant respectfully requests that the Court suspend the deadline for Defendant Eli Lilly and Company to Answer or otherwise plead or, in the alternative, grant an extension of time to file its responsive pleading to Plaintiff's Complaint on or before April 15, 2014, and award any other relief the Court deems just and proper.

Dated:  March 17, 2014

Respectfully submitted,

ELI LILLY AND COMPANY


By:＿＿＿/s/ Timothy R. Carraher＿＿＿＿＿
        One of Its Attorneys

Peter M. Ellis
Timothy R. Carraher
Reed Smith LLP
10 S. Wacker Dr., 40th Floor
Chicago, IL 60606
(312) 207-1000
PEllis@reedsmith.com
TCarraher@reedsmith.com

David E. Stanley (*pro hac vice* pending)
Reed Smith LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
(213) 457-8000
dstanley@reedsmith.com