UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re AbbVie Inc. Product Liability Litigation )<br>Coordinated Pretrial Proceedings )<br>)<br>This Document Relates To All Cases )<br>) | Case No. 14-cv-178<br>Honorable Matthew F. Kennelly |

**JOINT MOTION FOR REQUEST OF IN-PERSON STATUS HEARING**

COME NOW attorneys for Plaintiffs and Defendants, AbbVie, Inc. and Abbott Laboratories, Inc., and for their Joint Motion for Request of In-Person Status Hearing state as follows:

This Honorable Court ordered on March 17, 2014 the first status hearing by telephone to be April 4, 2014 at 8:45 a.m. Following multiple meet and confer conferences, the parties are of the opinion that appearing live at the currently scheduled status hearing, rather than via telephone, would be markedly more productive and efficient. Therefore, attorneys for both Plaintiffs and Defendants hereby respectfully request to appear in-person before this Honorable Court at said status hearing.

Respectfully submitted,

*/s/ Trent Miracle*
Trent B. Miracle (6281491)
**SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC**
One Court Street
Alton, IL 62002
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
tmiracle@simmonsfirm.com

**Attorneys for Plaintiffs**

*/s/ Scott P. Glauberman*
Scott P. Glauberman
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601-9703
Tel. 312-558-5600
sglauber@winston.com

**Attorneys for Defendants AbbVie, Inc. and Abbott Laboratories, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24st day of March, 2014 the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*_/s/ Trent B. Miracle_*
Trent B. Miracle

David Ratner
Benedict P. Morelli
David Sirotkin
**MORELLI ALTERS RATNER LLP**
950 Third Avenue
11th Floor
New York, NY 10022
Tel. 212-751-9800
bmorelli@morellialters.com
dartner@morellialters.com
dsirotkin@morellialters.com

Ronald E. Johnson, Jr.
Sarah Lynch
**SCHACHTER HENDY & JOHNSON PSC**
909 Wright's Summit Parkway, Suite #210
Ft. Wright, KY 41011
Tel. 859-578-4444
rjohnson@pschachter.com
slynch@pschachter.com

Peter J. Flowers
**MEYERS & FLOWERS, LLC**
3 North Second Street, Suite 300
St. Charles, IL 60174
Tel. 630-232-6333
Fax: 630-845-8982
pjf@meyers-flowers.com

***ATTORNEYS FOR PLAINTIFFS***

Bryna Dahlin
Joseph Motto
Scott Ahmad
Thomas Frederick
James Hurst
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601-9703
Tel. 312-558-5600
sglauber@winston.com
bdahlin@winston.com
jmotto@winston.com
sahmad@winston.com
tfrederick@winston.com
jhurst@winston.com

David E. Stanley
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel. 213-457-8000
dstanley@reedsmith.com

Timothy R. Carraher
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Tel. 312-207-6549
Fax: 312-207-6400
tcarraher@reedsmith.com

Scott A. Morgan
**MORGAN LAW FIRM, LTD.**
55 W. Wacker Drive, Suite 900
Chicago, IL 60601
Tel. 312-327-3386
smorgan@smorgan-law.com

John Sawin
**SAWIN LAW FIRM, LTD.**
55 W Wacker Drive, Floor 9
Chicago, IL 60601-1794
Tel 312-853-2490
Fax: 312-327-7072
jsawin@sawinlawyers.com
***ATTORNEYS FOR DEFENDANTS***