# EXHIBIT A

**Cases Included in Consolidated Pretrial Proceeding 14-cv-1748,** *In re AbbVie, Inc. et al.*

| Case No. | Case | Service | Defense Counsel Appearance | Motions Pending |
|---|---|---|---|---|
| 14 CV 772 | *Aurecchia v. AbbVie, Inc. et al.* | Yes (2/12/14) | No (voluntarily dismissed) | None (motion to dismiss voluntarily) |
| 14 CV 777 | *Marino v. AbbVie, Inc. et al.* | Yes (2/12/14) | Yes (3/3/14) | None |
| 14 CV 780 | *Myers v. AbbVie, Inc. et al.* | Yes (2/12/14) | Yes (3/3/14) | None |
| 14 CV 843 | *Cripe v. AbbVie, Inc. et al.* | Yes (3/6/14) | Yes (3/3/14) | ECF No. 5: Plaintiff's motion to consolidate (filed 3/3/14)<br><br>ECF No. 16: Plaintiff's motion to withdraw motion to consolidate (filed 3/12/14)<br><br>*In re AbbVie* ECF No. 8: Defendants' motion to extend time to answer or otherwise plead (filed 3/19/14) |
| 14 CV 877 | *Johnson v. AbbVie, Inc. et al.* | Yes (2/25/14) | Yes (3/3/14) | None |
| 14 CV 879 | *Kelly, Sr. v. AbbVie, Inc. et al.* | Yes (2/25/14) | Yes (3/3/14) | None |

| Case No. | Case | Service | Defense Counsel Appearance | Motions Pending |
|---|---|---|---|---|
| 14 CV 917 | *Gibby, et al. v. AbbVie, Inc. et al.* | Yes (2/27/14) | Yes (3/3/14) | ECF No. 6: Plaintiff's motion to consolidate (filed 3/3/14)<br><br>ECF No. 18: Plaintiff's motion to withdraw motion to consolidate (filed 3/12/14)<br><br>*In re AbbVie* ECF No. 8: Defendants' motion to extend time to answer or otherwise plead (filed 3/19/14) |
| 14 CV 918 | *Hardee, et al. v. AbbVie, Inc. et al.* | Yes (3/6/14) | Yes (3/3/14) | *In re AbbVie* ECF No. 8: Defendants' motion to extend time to answer or otherwise plead (filed 3/19/14) |
| 14 CV 1298 | *Lau v. AbbVie, Inc. et al.* | Yes (2/25/14) | Yes, AbbVie Inc. and Abbott Laboratories, Inc. (3/3/14)<br><br>Yes, Eli Lilly and Company (3/4/14)<br><br>No, Lilly USA, Inc. | *In re AbbVie* ECF No. 8: AbbVie Inc. and Abbott Laboratories, Inc.'s motion to extend time to answer or otherwise plead (filed 3/19/14) |
| 14 CV 1427 | *Bartholic v. AbbVie, Inc. et al.* | Yes (3/10/14) | Yes (3/3/14) | *In re AbbVie* ECF No. 8: Defendants' motion to extend time to answer or otherwise plead (filed 3/19/14) |
| 14 CV 1428 | *O'Donnell v. AbbVie, Inc. et al.* | Yes (3/10/14) | Yes (3/3/14) | *In re AbbVie* ECF No. 8: Defendants' motion to extend time to answer or otherwise plead (filed 3/19/14) |

| Case No. | Case | Service | Defense Counsel Appearance | Motions Pending |
|---|---|---|---|---|
| 14 CV 1471 | *Blades, et al. v. AbbVie, Inc. et al.* | No | Yes (3/3/14) | ECF No. 5: Plaintiff's motion to consolidate (filed 3/3/14)<br><br>ECF No. 16: Plaintiff's motion to withdraw motion to consolidate (filed 3/12/14) |
| 14 CV 1472 | *Carpenter, et al. v. AbbVie, Inc. et al.* | No | Yes (3/3/14) | ECF No. 5: Plaintiff's motion to consolidate (filed 3/3/14)<br><br>ECF No. 15: Plaintiff's motion to withdraw motion to consolidate (filed 3/12/14) |
| 14 CV 1473 | *Humphries, et al. v. AbbVie, Inc. et al.* | No | Yes (3/3/14) | ECF No. 5: Plaintiff's motion to consolidate (filed 3/3/14)<br><br>ECF No. 15: Plaintiff's motion to withdraw motion to consolidate (filed 3/12/14) |
| 14 CV 1474 | *Dobbs v. AbbVie, Inc. et al.* | No | Yes (3/3/14) | ECF No. 5: Plaintiff's motion to consolidate (filed 3/3/14)<br><br>ECF No. 15: Plaintiff's motion to withdraw motion to consolidate (filed 3/12/14) |
| 14 CV 1475 | *Headley v. AbbVie, Inc. et al.* | No | Yes (3/3/14) | ECF No. 5: Plaintiff's motion to consolidate (filed 3/3/14)<br><br>ECF No. 15: Plaintiff's motion to withdraw motion to consolidate (filed 3/12/14) |
| 14 CV 1476 | *Hughes, et al. v. AbbVie, Inc. et al.* | No | Yes (3/3/14) | None |

| Case No. | Case | Service | Defense Counsel Appearance | Motions Pending |
|---|---|---|---|---|
| 14 CV 1477 | *Jackson, et al. v. AbbVie, Inc. et al.* | No | Yes (3/3/14) | ECF No. 5: Plaintiff's motion to consolidate (filed 3/3/14)<br><br>ECF No. 15: Plaintiff's motion to withdraw motion to consolidate (filed 3/12/14) |
| 14 CV 1478 | *Gordon v. AbbVie, Inc. et al.* | No | No | ECF No. 5: Plaintiff's motion to consolidate (filed 3/3/14)<br><br>ECF No. 16: Plaintiff's motion to withdraw motion to consolidate (filed 3/12/14) |
| 14 CV 1479 | *Jones, et al. v. AbbVie, Inc. et al.* | No | Yes (3/3/14) | None |
| 14 CV 1480 | *King, et al. v. AbbVie, Inc. et al.* | No | Yes (3/3/14) | None |
| 14 CV 1481 | *Lewis, et al v. AbbVie, Inc. et al.* | No | Yes (3/3/14) | None |
| 14 CV 1482 | *Saylor, et al v. AbbVie, Inc. et al.* | No | Yes (3/3/14) | ECF No. 5: Plaintiff's motion to consolidate (filed 3/3/14)<br><br>ECF No. 15: Plaintiff's motion to withdraw motion to consolidate (filed 3/12/14) |
| 14 CV 1483 | *Cataudella v. AbbVie, Inc. et al.* | No | Yes, AbbVie Inc. and Abbott Laboratories, Inc. (3/3/2014)<br><br>No, Endo Pharmaceuticals Inc. | None |
| 14 CV 1663 | *Bailey v. AbbVie, Inc. et al.* | Yes (3/24/14) | No | None |
| 14 CV 1665 | *Gordon v. AbbVie, Inc. et al.* | Yes (3/24/14) | No | None |

| Case No. | Case | Service | Defense Counsel Appearance | Motions Pending |
|---|---|---|---|---|
| 14 CV 1667 | *White v. AbbVie, Inc. et al.* | Yes (3/24/14) | No | None |
| 14 CV 1668 | *Montgomery v. AbbVie, Inc. et al.* | Yes (3/24/14) | No | None |
| 14 CV 1670 | *Ortiz v. AbbVie, Inc. et al.* | Yes (3/24/14) | No | None |
| 14 CV 1673 | *DeLeon v. AbbVie, Inc. et al.* | Yes (3/24/14) | No | None |