## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

AbbVie, Inc., et al, et al.

                                      Plaintiff,

v.                                                        Case No.: 1:14–cv–01748
                                                       Honorable Matthew F. Kennelly

Eli Lilly and Company, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2014:

      PRETRIAL ORDER NO. 3 entered by Honorable Matthew F. Kennelly: In any case assigned to this consolidated pretrial proceeding that were filed after 4/4/2014, defendants' filing of a response to the complaint is deferred until after the Court rules on the anticipated motions to dismiss as to complaints filed on or prior to 4/4/2014, which remain due on 6/4/2014. The Court will set further deadlines regarding complaints filed after 4/4/2014 once it rules on the motions to dismiss. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.