**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

In re: AbbVie , Inc. et al.  )  Case No: 17 C 1748
Coordinated Pretrial Proceedings  )  Judge Kennelly

**PRETRIAL ORDER NO. 4**

    A telephone status hearing was held on today's date with attorneys for all named defendants and numerous plaintiffs. Some progress has been made on work toward a protective order, a document preservation order, and other matters relating to ESI, as set forth in Pretrial Order No. 2 (dated 4/4/2014), but not as much progress as the Court had anticipated and hoped for by this time. For this reason, the Court orders as follows:

- Counsel are directed to promptly complete their discussions regarding a proposed protective order, a proposed document preservation order (possibly including ESI), and a proposed protocol regarding the conduct of discovery relating to ESI.

- Agreed proposed orders on these topics, or alternative proposals from each side if agreement is not possible, are to be submitted to the Court by no later than 5/27/2014. On any particular proposal, if there is not complete agreement, the parties are to submit, in addition to their separate proposals, a single document in Word format (along with a USB drive or a disk) that contains each side's proposal for each particular point in dispute. This will facilitate the Court's entry of an appropriate order. By the same date, the parties are to submit simultaneous briefs regarding disputed points, which are not to exceed this district's default page limit.

- A further telephone status hearing is set for Monday, 6/2/2014 at 8:30 a.m. (subject to cancellation if the Court determines, based on the submissions that are made on 5/27/2014, that the status hearing will not be necessary). Counsel for AbbVie is directed to set up a call-in number and provide it to the Court by noon on Friday, 5/30/2014. Any counsel who wish to participate are to communicate with counsel for AbbVie by no later than 5/28/2014 so that counsel for AbbVie knows how many participants are likely.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: 5/16/2014