# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

AbbVie, Inc., et al, et al.

                                Plaintiff,

v.                                                         Case No.: 1:14−cv−01748
                                                         Honorable Matthew F. Kennelly

Eli Lilly and Company, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 2, 2014:

       MINUTE entry before the Honorable Matthew F. Kennelly: Motion to convert telephone status hearing to an in−person hearing [55] is denied, because Judge Kennelly will not be available for an in−person hearing on June 2. At the telephone status hearing on June 2, there will be further discussion regarding the need for an in−person hearing. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.