# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

AbbVie, Inc., et al, et al.

Plaintiff,

v.

Eli Lilly and Company, et al.

Defendant.

Case No.: 1:14−cv−01748
Honorable Matthew F. Kennelly

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 2, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephone status hearing held on 6/2/2014. Motion for leave to file excess pages [57] is granted. Plaintiffs have equal number of pages to respond. The hearing date of 6/4/2014 set for this motion is vacated. The case remains set for an in−person status hearing on 6/9/2014 at 10:00 a.m. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.