IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re AbbVie Inc., et al. | Case No. 14-cv-1748 |
| | Honorable Matthew F. Kennelly |

This document relates to all cases

## DEFENDANTS' MOTION TO DISMISS COMPLAINTS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants AbbVie, Inc., Abbott Laboratories, Inc., Endo Pharmaceuticals Inc., Eli Lilly and Company and Lilly USA, LLC, and Auxilium Pharmaceuticals Inc. ("Defendants") respectfully move to dismiss thirty-nine (39) complaints filed by Plaintiffs in this consolidated action as identified by this Court in Pretrial Order No. 2. In support, Defendants state as follows:

1. On April 4, 2014, this Court ordered that Defendants file motions to dismiss as to the complaints identified below by June 4, 2014. (Dkt. No. 31.) Any response to complaints filed thereafter were deferred until after the Court rules on the June 4, 2014 motions to dismiss. (Pretrial Order No. 3, Dkt. No. 42.)

2. The complaints referenced by Pretrial Order No. 2 include the following:

   1. Aurecchia
   2. Marino
   3. Myers
   4. Cripe
   5. Johnson
   6. Kelly Sr.
   7. Gibby
   8. Hardee
   9. Lau
   10. Bartholic
   11. O'Donnell
   12. Blades
   13. Carpenter
   14. Humphries
   15. Dobbs
   16. Headley
   17. Hughes
   18. Jackson
   19. Gordon, M.
   20. Jones
   21. King
   22. Lewis
   23. Saylor
   24. Cataudella
   25. Bailey
   26. Gordon, J.
   27. White
   28. Montgomery
   29. Ortiz
   30. DeLeon
   31. Dula
   32. LaRoche
   33. George
   34. Lueck
   35. Emmons
   36. Darby
   37. Parker
   38. DeForest
   39. Covey

3. This Court should dismiss the complaints listed above under Rule 12(b)(6) because (i) the complaints uniformly fail to sufficiently allege causation; (ii) claims based on an alleged failure to warn fail as a matter of law; (iii) the fraud-based claims fail to meet the requirements of Rule 9(b); and (iv) many of the causes of action in the complaints fail under the state laws that govern them—the laws of each Plaintiff's home state. These points are explained in detail in the accompanying memorandum of law.

WHEREFORE, for the reasons set forth above and in the memorandum of law accompanying this motion, Defendants respectfully request that the Court dismiss with prejudice the complaints filed by the Plaintiffs listed above in their entirety.

Dated: June 4, 2013

Respectfully submitted,

By: */s/ Scott P. Glauberman*
James F. Hurst
Thomas J. Frederick
Scott P. Glauberman
Bryna J. Dahlin
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
jhurst@winston.com
tfrederick@winston.com
sglauberman@winston.com
bdahlin@winston.com

*Attorneys for AbbVie Inc. and Abbott Laboratories*

*/s/ Andrew K. Solow*
Andrew K. Solow (*pro hac vice*)
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York 10022

Telephone: (212) 836-7740
Facsimile: (212) 836-6776
andrew.solow@kayescholer.com

Glenn J. Pogust (*pro hac vice*)
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-7740
Facsimile: (212) 836-6776

Pamela J. Yates (*pro hac vice*)
**KAYE SCHOLER LLP**
1999 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 229-1878
pamela.yates@kayescholer.com

*Attorneys for Endo Pharmaceuticals Inc.*

*/s/ David E. Stanley*
David E. Stanley (*pro hac vice*)
Janet H. Kwuon (*pro hac vice*)
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000
dstanley@reedsmith.com
jkwuon@reedsmith.com

*Attorneys for Eli Lilly and Company and Lilly USA LLC*

*/s/ Thomas J. Sullivan*
James D. Pagliaro (*pro hac vice*)
Thomas J. Sullivan (*pro hac vice*)
Ezra D. Church (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Tel:  (215) 963-5000
Fax:  (215) 963-5001
jpagliaro@morganlewis.com

        tsullivan@morganlewis.com
        echurch@morganlewis.com

        Tinos Diamantatos
        **MORGAN, LEWIS & BOCKIUS LLP**
        77 West Wacker Dr., Ste. 500
        Chicago, IL 60601
        Tel: (312) 324-1780
        Fax: (312) 324-1001
        tdiamantatos@morganlewis.com

        *Attorneys for Defendant*
        *Auxilium Pharmaceuticals, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I, Scott Ahmad, hereby certify that on June 4, 2014, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

<i><u>/s/ Scott Ahmad</u></i>