# **Exhibit List**

| Appendix/ Exhibit | Description |
|---|---|
| Appendix A | Chart of Motion to Dismiss Plaintiffs |
| Appendix B | Additional Authority in States Subject to Motion to Dismiss that Recognize Learned Intermediary Doctrine |
| Appendix C | Additional Express Warranty Authority |
| 1 | Basaria, Shehzad, et al. "Adverse events associated with testosterone administration." *New England Journal of Medicine* 363.2 (2010): 109-122. |
| 2 | Vigen, Rebecca, et al. "Association of Testosterone Therapy With Mortality, Myocardial Infarction, and Stroke in Men With Low Testosterone Levels" *JAMA* 310.17 (2013): 1829-1836. |
| 3 | Finkle, William D., et al. "Increased Risk of Non-Fatal Myocardial Infarction Following Testosterone Therapy Prescription in Men." *PLOS ONE* 9.1 (2014): e85805. |
| 4 | Prescribing information for AndroGel 1% |
| 5 | Group Exhibit: Prescribing information for Axiron, Fortesta, Testim and AndroGel 1.62% |