UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

AbbVie, Inc., et al, et al.
                              Plaintiff,

v.                                        Case No.: 1:14–cv–01748
                                                        Honorable Matthew F. Kennelly

Eli Lilly and Company, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2014:

       MINUTE entry before the Honorable Matthew F. Kennelly: The Court has allotted a maximum of 75 minutes for the hearing on 6/9/2014 and wishes to hear argument on the following topics: <u>Protective order</u>: Issues I and III.B.1 in plaintiffs'; submission (and the corresponding points in defendants' submission). <u>Preservation order</u>: Issues I, II & IV in defendants' submission, and Issue VI in plaintiffs' submission, as well as the corresponding points in the other side's submission. <u>ESI protocol</u>: All topics discussed in the parties' submissions. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.