UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re AbbVie, Inc., et al. ) | |
| Coordinated Pretrial Proceedings ) | |
| ) | Case No. 14-cv-1748 |
| ) | |
| This Document Relates to: ) | Honorable Matthew F. Kennelly |
| Case No. 14-cv-1483 (Cataudella); ) | |
| Case No. 14-cv-1298 (Lau); and ) | |
| Case No. 14-cv-2394 (Parker) ) | |

## DEFENDANTS ENDO PHARMACEUTICALS INC.'S, ELI LILLY AND COMPANY AND LILLY USA, LLC'S, AND AUXILIUM PHARMACUETICALS, INC.'S MOTION TO JOIN AND SUPPLEMENT DEFENDANTS' MOTION TO DISMISS COMPLAINTS

Defendants Endo Pharmaceuticals Inc. ("Endo"), Eli Lilly and Company and Lilly USA, LLC (collectively "Lilly"), and Auxilium Pharmaceuticals, Inc. ("Auxilium") join in Defendants' Motion to Dismiss Complaints and the accompanying Memorandum of Law ("Defendants' Memo"), and adopt and incorporate by reference the factual and legal arguments set forth therein. Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Endo, Lilly, and Auxilium submit this Motion to Join and Supplement to assert additional legal and factual bases to dismiss the claims in Cataudella (against Endo), in Lau (against Lilly), and in Parker (against Auxilium).

As set forth in the accompanying memorandum of law and attached exhibits, the Court should dismiss with prejudice: (1) Cataudella's claims against Endo, Lau's claims against Lilly, and Parker's claims against Auxilium because each Plaintiff has failed to meet the pleading requirements of Rules 8(a) and 9(b) by failing to allege specific facts against Endo, Lilly, or Parker; and (2) Cataudella's express and implied warranty claims pursuant to Arizona law, Lau's express and implied warranty claims pursuant to Florida law, and Parker's express and implied warranty and negligent misrepresentation claims pursuant to Nevada law.

WHEREFORE Defendants Endo, Lilly, and Auxilium respectfully request that the Court dismiss Cataudella's claims against Endo, Lau's claims against Lilly, and Parker's claims against Auxilium for the reasons set forth above, and in the memorandum of law and attached exhibits accompanying this motion.

Dated: June 4, 2014

Respectfully submitted,

ENDO PHARMACEUTICALS INC.

　/s/ Andrew K. Solow
One of Its Attorneys

Andrew K. Solow (*pro hac vice*)
Glenn J. Pogust (*pro hac vice pending*)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-7740
Facsimile: (212) 836-6776
andrew.solow@kayescholer.com

Pamela J. Yates (*pro hac vice*)
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 229-1878
pamela.yates@kayescholer.com

　　*--and--*

/s/ David E. Stanley
David E. Stanley *(pro hac vice)*
Janet H. Kwuon *(pro hac vice)*
REED SMITH LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000
dstanley@reedsmith.com

*Attorneys for Eli Lilly and Company and Lilly USA, LLC*

    *--and--*

*/s/ Thomas J. Sullivan*
James D. Pagliaro (*pro hac vice*)
Thomas J. Sullivan (*pro hac vice*)
Ezra D. Church (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jpagliaro@morganlewis.com
tsullivan@morganlewis.com
echurch@morganlewis.com

Tinos Diamantatos
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Dr., Ste. 500
Chicago, IL 60601
Tel: (312) 324-1780
Fax: (312) 324-1001
tdiamantatos@morganlewis.com

*Attorneys for Defendant*
*Auxilium Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I, Andrew K. Solow, an attorney, hereby certify that on June 4, 2014, I caused a copy of the foregoing document to be filed via the Court's CM/ECF system, which will automatically serve and send e-mail notification of such filing to all registered attorneys of record.

/s/ Andrew K. Solow