**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re AbbVie, Inc., et al. ) | |
| Coordinated Pretrial Proceedings ) | |
| ) | Case No. 14-cv-1748 |
| ) | |
| This Document Relates to: ) | Honorable Matthew F. Kennelly |
| Case No. 14-cv-1483 (Cataudella); ) | |
| Case No. 14-cv-1298 (Lau); and ) | |
| Case No. 14-cv-2394 (Parker) ) | |

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE THAT the undersigned shall appear before the Honorable Judge Matthew F. Kennelly on Monday, June 9, 2014, at 10:00 a.m., in Courtroom 2103, in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in his stead, and present the attached Defendants Endo Pharmaceuticals Inc.'s, Eli Lilly and Company and Lilly USA, LLC's, and Auxilium Pharmaceuticals, Inc.'s Motion to Join and Supplement Defendants' Motion to Dismiss Complaints, a copy of which has been served upon you by the Court's electronic filing system.

| | |
|---|---|
| Dated: June 4, 2014 | Respectfully submitted, |
| | |
| | ENDO PHARMACEUTICALS INC. |
| | |
| |  /s/ Andrew K. Solow |
| | One of Its Attorneys |
| | |
| | Andrew K. Solow (*pro hac vice*) |
| | Glenn J. Pogust (*pro hac vice pending*) |
| | KAYE SCHOLER LLP |
| | 425 Park Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 836-7740 |
| | Facsimile: (212) 836-6776 |

andrew.solow@kayescholer.com

Pamela J. Yates (*pro hac vice*)
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone:  (310) 788-1000
Facsimile:  (310) 229-1878
pamela.yates@kayescholer.com

　　　*--and--*

*/s/ David E. Stanley*
David E. Stanley *(pro hac vice)*
Janet H. Kwuon *(pro hac vice)*
REED SMITH LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel:  (213) 457-8000
dstanley@reedsmith.com

*Attorneys for Eli Lilly and Company and Lilly USA, LLC*

　　　*--and--*

*/s/ Thomas J. Sullivan*
James D. Pagliaro (*pro hac vice*)
Thomas J. Sullivan (*pro hac vice*)
Ezra D. Church (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel:  (215) 963-5000
Fax:  (215) 963-5001
jpagliaro@morganlewis.com
tsullivan@morganlewis.com
echurch@morganlewis.com

Tinos Diamantatos
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Dr., Ste. 500
Chicago, IL 60601
Tel:  (312) 324-1780
Fax:  (312) 324-1001
tdiamantatos@morganlewis.com

*Attorneys for Defendant
Auxilium Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I, Andrew K. Solow, an attorney, hereby certify that on June 4, 2014, I caused a copy of the foregoing document to be filed via the Court's CM/ECF system, which will automatically serve and send e-mail notification of such filing to all registered attorneys of record.

  /s/ Andrew K. Solow