UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

AbbVie, Inc., et al, et al.
                      Plaintiff,

v.
                      Case No.: 1:14−cv−01748
                      Honorable Matthew F. Kennelly

Eli Lilly and Company, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion to appear pro hac vice [62] is granted. Counsel is directed to establish an e−filing account in this district. The hearing date before Judge Kennelly of 6/10/2014 as to this motion is vacated. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.