**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

AbbVie, Inc., et al, et al.
                                Plaintiff,

v.                                          Case No.: 1:14–cv–01748
                                                        Honorable Matthew F. Kennelly

Eli Lilly and Company, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 9, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Hearing held. Oral arguments for both sides presented on disputed matters regarding protective order, preservation order, and protocol for discovery of electronically stored information. Oral rulings made on some but not all disputed matters; further discussion ordered on the remaining matters. The next status hearing concerning this case will be set in the context of the just–created MDL proceeding entitled In re Testosterone Replacement Therapy Products Liability Litigation, which will subsume this matter. Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.