**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

In re:                                                           )
AbbVie, Inc., et al.                                      )            Case No: 14 C 1748

**ORDER**

      On 6/6/2014, the Judicial Panel on Multidistrict Litigation (JPML) entered orders transferring a number of cases to this district and to the undersigned judge for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407, and giving the Multidistrict Litigation (MDL) proceeding the following title: *In re Testosterone Replacement Therapy Products Liability Litigation*. Upon receipt of the JPML's order, the Clerk opened case number 1:14-cv-04251 as the MDL master file. It appears to the Court that it is appropriate from the standpoint of judicial economy to use a different case number as the MDL master file. In this district, several dozen cases that will be part of the same *In re Testosterone Replacement Therapy Products Liability Litigation* MDL proceeding had already been transferred to the undersigned judge for coordinated pretrial proceedings. The coordinated pretrial proceeding was entitled *In re AbbVie, Inc., et al.* and was assigned case number 1:14-cv-01748. Because significant proceedings have occurred under the *In re AbbVie, Inc.* case number, including the filing of numerous appearances by counsel, and to avoid undue administrative burden, the Court hereby directs that the previously assigned case number, 1:14-cv-01748, will be the case number assigned to the MDL proceeding as the MDL master file. The Court therefore directs the Clerk to do the following: (1) change the caption and internal designation of case number 1:14-cv-1748 to *In re Testosterone Replacement Therapy Products Liability Litigation*; (2) henceforth, use case number 1:14-cv-01748 as the master file for the *In re Testosterone Replacement Therapy Products Liability Litigation* MDL proceeding; (3) cause docket entries 1 and 2 from case number 1:14-cv-04251 to be re-filed under case number 1:14-cv-01748; (4) cause all further submissions from the JPML relating to the MDL proceeding to be filed in case number 1:14-cv-01748; and (5) terminate case number 1:14-cv-04251.

                                                                                   MATTHEW F. KENNELLY
                                                                                   United States District Judge

Date: June 10, 2014