# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

IT APPEARING THAT on June 6, 2014, the Judicial Panel on Multidistrict Litigation (JPML) entered an order establishing MDL 2545, *In re: Testosterone Replacement Therapy Products Liability Litigation* before the Hon. Matthew F. Kennelly and transferring a number of cases to this district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. 1407, and

IT FURTHER APPEARING THAT upon receipt of the JPML's order, the Clerk opened case number 14 C 04251 as the MDL master file and pursuant to the Court's Internal Operating Procedures randomly designated Magistrate Judge Sidney I. Schenkier, and

IT FURTHER APPEARING THAT pursuant to the June 10, 2014 order signed by Judge Matthew F. Kennelly, the MDL master file for MDL 2545, *In re: Testosterone Replacement Therapy Products Liability Litigation* will be 14C 01748, therefore

IT IS HEREBY ORDERED THAT Magistrate Judge Sidney I. Schenkier, who was randomly designated in 14 C 04251, shall now be designated as the Magistrate Judge in 14 C 01748.

IT IS FURTHER ORDERED THAT the Clerk shall enter this order in 14 C 01748 and in 14 C 04251.

ENTER:
FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge Ruben Castillo

Dated at Chicago, Illinois this 11th day of June, 2014