IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

In re: Testosterone Replacement ) 
Therapy Products Liability Litigation )     Case No: 14 C 1748

This document relates to all cases

### MDL CASE MANAGEMENT ORDER NO. 2

      All entities that are subject to the requirements of Federal Rule of Civil Procedure 7.1 and that are named parties to any case that has been or is hereafter transferred to the undersigned judge as part of MDL No. 2545, whether the case was originally filed in this district or elsewhere, are directed to make their disclosures required by that Rule on or before July 7, 2014, or within 28 days after the case is filed in or transferred to this district, if that date is later than July 7, 2014. Any such party may file a single Rule 7.1 disclosure statement under the present case number and, once it complies, need not file a separate Rule 7.1 disclosure statement in individual cases in which it is named as a party.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: June 20, 2014