**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES IN WHICH PHARMACIA & UPJOHN COMPANY LLC IS NAMED AS A DEFENDANT | |

**<u>CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Defendant Pharmacia & Upjohn Company LLC states that it is a nongovernmental corporate party, and that the following publicly held corporation owns five percent (5%) or more of the stock of Pharmacia & Upjohn Company LLC:

- Pfizer Inc.

The following entities are parent corporations of Pharmacia & Upjohn Company LLC:

- Pfizer Inc.
- Pfizer Holdings International Corporation
- Pfizer Holdings Americas Corporation
- Wyeth Holdings LLC
- Pharmacia LLC
- Pharmacia & Upjohn LLC

Dated: June 23, 2014          */s/ Matthew A. Holian*

                                                            Loren H. Brown
                                                            Cara D. Edwards
                                                            DLA Piper LLP (US)
                                                            1251 Avenue of the Americas, 45th Floor

New York, NY 10020-1104
(212) 335-4500
loren.brown@dlapiper.com
cara.edwards@dlapiper.com

Matthew A. Holian
Jessica C. Wilson
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6009
matt.holian@dlapiper.com
jessica.wilson@dlapiper.com

*Attorneys for Defendants Pfizer Inc. and Pharmacia & Upjohn Company LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June, 2014, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2** was electronically filed via the CM/ECF system which will effectuate service on all counsel of record who are properly registered for ECF service.

*/s/ Matthew A. Holian*
Matthew A. Holian
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Phone: (617) 406-6009
Fax: (617) 406-6109
matt.holian@dlapiper.com

*Attorneys for Defendants Pfizer Inc. and Pharmacia & Upjohn Company LLC*