UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  TESTOSTERONE | * | CASE NO. 14 C 1748 |
| REPLACEMENT THERAPY | * | MDL 2545 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | JUDGE MATTHEW F. KENNELLY |
| | * | |
| | * | MAG. JUDGE SIDNEY I. SCHENKIER |

* * * * * * * * * * * * * * * * * * * * * * * *

## **APPLICATION FOR APPOINTMENT OF DANA TASCHNER TO PLAINTIFFS' STEERING COMMITTEE AND/OR AS LIAISON**

Attorney Dana B. Taschner respectfully submits this Application for appointment to the Plaintiffs' Steering Committee ("PSC"), or alternatively, as State and/or Federal Court Liaison.

I have been admitted to practice law for 26 years. My primary office located in Los Angeles, California. I was admitted to the Northern District of Illinois in 1995 (General Bar and Trial Bar). Prior to starting my own law firm in 1991, I was an attorney with the global law firm Baker & McKenzie. From 2009 to 2012, I was Managing Attorney for Lanier Law Firm in Los Angeles.

I have been "AV" rated by Martindale Hubbell (www.martindale.com) for more than twenty consecutive years, and am listed in *Best Lawyers in America* in the area of Mass Torts. I served two terms as Attorney Settlement Officer for the Central District of California in the specialty area of products liability, and was awarded ABA Sole Practitioner of the Year (Congressional Record at http://thomas.loc.gov/cgi-bin/query/z?r105:S20OC8-641:). Over two decades, I have participated in committees and studies regarding multiple jurisdiction litigation, mass tort litigation, and complex litigation. I recently published "*PLIVA Shields Big Pharma*

*from Billions and Cuts Consumers' Rights*" in University of San Diego Law Review, Vol. 49.

Over the past two decades, I have represented thousands of individual claimants in pharmaceutical and medical device liability claims. I have been involved in numerous matters before the Judicial Panel on Multidistrict Litigation. I am currently serving on the Plaintiff Steering Committee in the matter IN RE DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION, MDL No. 2244. I have also served in leadership roles for the Federal Bar Association, International Bar Association, and American Bar Association.

Various business reports such as Hormone Replacement Therapy Global Strategic Business Report discuss the "regional" marketing of hormone replacement therapies. More than 10% of the 300 million people in the United States reside in California, and Los Angeles may be among the nation's largest hormone replacement therapy markets. California may have a significant volume of cases that may be subject to California Judicial Council Coordinated Proceedings (JCCP) and a California PSC member and/or state court liaison may be very helpful. Pretrial discovery in California proceedings may significantly impact MDL 2545, and the progress of MDL 2545 may significantly impact California litigants. I represent several plaintiffs alleging hormone replacement therapy injuries and/or death.

I work cooperatively and respectfully with litigants, the Court, and all involved counsel. I desire to maximize cooperation and efficiency in matter through discovery, toward trial, and/or to resolution.

Dated: July 3, 2014

Respectfully Submitted,
**s/s//Dana B Taschner**
DANA B TASCHNER
2029 Century Park East Suite 1400
Los Angeles, CA 90067
Phone: (310) 552-4800
Fax: (310) 552-4885
dana@danataschner.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing APPLICATION OF DANA TASCHNER for Appointment to the Plaintiffs' Steering Committee was filed electronically on the below date and is available for viewing and downloading from the ECF System of United States District Court for the Northern District of Illinois this the 3${}^{nd}$ day of July, 2014.

/s/ Dana B. Taschner
**Dana B Taschner**