**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | : : : : | Case No. 1:14-cv-01748 |
| | : | MDL No. 2545 |
| THIS DOCUMENT RELATES TO ALL CASES | : : : | Hon. Matthew F. Kennelly |

**<u>APPLICATION OF RICHARD M. GOLOMB FOR APPOINTMENT
TO THE PLAINTIFFS' STEERING COMMITTEE</u>**

In accordance with Case Management Order No. 1, Richard M. Golomb, of the law firm of Golomb & Honik, P.C., respectfully submits this application for appointment as a member of the Plaintiffs' Steering Committee of MDL 2545.

Richard M. Golomb is a founding partner and the managing shareholder of Golomb & Honik, P.C. and has nearly 30 years of experience representing people who have been catastrophically injured as a result of medical negligence, defective products, dangerous drugs, construction accidents, and other personal injury claims. Mr. Golomb also represents victims in consumer, medical monitoring, and product liability class actions. Mr. Golomb has served as president of the Philadelphia Trial Lawyers Association and currently sits on the Board of Governors of the Pennsylvania Association for Justice. Mr. Golomb has also served as an officer of the American Association for Justice for three years. As a governor for the American Association for Justice, Mr. Golomb was twice recognized with the Distinguished Service Award and is a three-time recipient of the Weidemann-Wysocki Association's Medal of Honor. Mr. Golomb was also awarded the Citation of Excellence by the American Association for Justice for his *pro bono* service in representing families victimized by the events of September 11, 2001.

Mr. Golomb has also been honored by the Pennsylvania Association for Justice with the Distinguished Service Award for a career advocating for the rights of innocent victims. Mr. Golomb has served as a trustee of the Civil Justice Foundation, as a fellow of the Roscoe Pound Institute, and as the American Association for Justice's delegate to the Civil Justice Round Table. Mr. Golomb served as a member of the Board of Governors of the Philadelphia Bar Association and as chairman of that body's State Civil Committee. Mr. Golomb is also frequent lecturer who addresses trial advocacy subjects in areas such as expert witness preparation, evidence, cross-examination, ethics, and subjects related to multi-district litigation.

Mr. Golomb and the lawyers at Golomb & Honik have participated in more than a dozen multi-district cases in the pharmaceutical, product liability, and consumer class action areas and possess the experience, skill, and resources to assume a significant leadership position in *In Re: Testosterone Replacement Therapy Products Liability Litigation.* To date, three partners of the firm and three associates have taken an active role in the investigation and litigation of this matter. The firm represents scores of individuals from across the country that have suffered significant adverse effects from Testosterone Replacement Therapy. The lawyers at Golomb & Honik have attended numerous litigation seminars and over the past several months have gained expertise in the science and regulatory history of these products. In short, Golomb & Honik has resources, commitment, experience, and the ability to work cooperatively to ensure success on behalf of those adversely affected by Testosterone Replacement Therapy.

Most recently, Golomb & Honik was appointed in 2013 as member of the Plaintiffs' Steering Committee in *In Re: Fresenius Granuflo/Naturalye Dialysate Products Liability Litigation*, MDL 2428 (D.Mass). Golomb & Honik has also taken an active role in *In Re: New England Compounding Pharmacy, Inc., Products Liability Litigation, MDL No. 2419*, where the firm was specially appointed by the Plaintiffs' Steering Committee to chair the New Jersey State Defendant Committee. The firm also serves as chair of AAJ's Fungal Meningitis Litigation Group. Golomb

& Honik has also represented dozens of consumers who were prescribed the antibiotic, Levaquin and who suffered significant tendon injuries including individuals with ruptured Achilles tendons.

Golomb & Honik served on the Plaintiffs' Steering Committee and as liaison counsel in *In Re: Budeprion XL Marketing & Sales Litigation*, (E.D. Pa.), a ground-breaking case against the generic manufacturers of a popular anti-depressant, which resulted in one of the nation's most important drug preemption decisions. Golomb & Honik currently represents several classes of indirect purchasers of Adderall XR, a prescription medication used to treat attention deficit hyperactivity disorder. The manufacturer of this drug instituted sham patent litigation against generic manufacturers and engaged in a scheme to restrict generic competition.

In addition, Golomb & Honik serves as a senior member of the Plaintiffs' Executive Committee in *In Re: Checking Account Overdraft Litigation, MDL No. 2036*. The firm was recognized by Public Justice as a Finalist for "Trial Lawyer of the Year" for its work in this case. Golomb & Honik also leads a consortium of firms in class actions against financial institutions issuing credit cards with so-called "Payment Protection" plans, a valueless product deceptively marketed to millions of consumers. Settlements have exceeded $500 million, leading to Golomb & Honik to serve as Deputy Attorneys General on behalf of numerous states' Attorneys General.

**WHEREFORE**, Richard M. Golomb, Esquire respectfully requests appointment to the Plaintiffs' Steering Committee. Golomb & Honik has the necessary resources and commitment and welcomes the opportunity to serve in a leadership role on behalf of the plaintiffs in this MDL.

Respectfully submitted,

*/s/ Richard M. Golomb*
Richard M. Golomb, Esquire
**GOLOMB & HONIK, P.C.**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
215-985-9177
215-985-4169 (fax)

**Dated: July 3, 2014**

## CERTIFICATE OF SERVICE

This is to certify that on this **3rd** day of **July, 2014**, I have served a true and correct copy of the Application of Richard M. Golomb, Esquire for Leadership Position upon all counsel of record via the Court's electronic notification system.

|  |  |
|---|---|
| **Dated: July 3, 2014** | */s/ Richard M. Golomb*<br>**RICHARD M. GOLOMB, ESQUIRE** |