UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| IN RE: ABBVIE, INC., PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Master Docket Case No. 1:14-cv-01748<br><br>Hon. Judge Matthew F. Kennelly |

**DEFENDANTS' SUBMISSION IN SUPPORT OF DEFENDANTS' LIAISON COUNSEL PURSUANT TO CMO 1**

Pursuant to Paragraph 11 of MDL Case Management Order No. 1, Defendants AbbVie Inc. and Abbott Laboratories ("AbbVie"), Auxilium Pharmaceuticals Inc. ("Auxilium"), Eli Lilly and Company and Lilly USA LLC ("Lilly"), Endo Pharmaceuticals Inc. ("Endo"), Pfizer, Inc. and Pharmacia & Upjohn Company LLC ("Pfizer") and Actavis, Inc., Actavis Pharma, Inc., Anda, Inc., and Watson Laboratories, Inc., a Nevada corporation ("Actavis") have conferred and reached consensus, and respectfully request that Scott P. Glauberman, Winston & Strawn LLP (or his designee) be appointed to serve as Defendants' Liaison Counsel, and that he will have the responsibilities described in the Manuel for Complex Litigation, Fourth Edition, § 40.22, Para. 4 (a), (b), (c), and (e), subject to modification by the Court.[1]

Defendants' selection of Mr. Glauberman is expressly conditioned on the understanding that Defendants' Liaison Counsel shall not have authority on behalf of any Defendant other than AbbVie to serve as a "Lead Counsel," as that position is defined in the Manual For Complex

---

[1] Defendants respectfully submit that each Defendant shall have the responsibility of establishing and maintaining their own document depository, as set forth in the Manuel for Complex Litigation, Fourth Edition, § 40.22 (d).

Litigation, Fourth Edition, or spokesperson with respect to these Court proceedings, and shall not

have authority to negotiate and/or reach any agreement with Plaintiffs' Lead Counsel and/or

Plaintiffs' Steering Committee on behalf of any Defendant other than AbbVie.

    To that end, Defendants respectfully request that the Case Management Order entered by

the Court regarding the Court's appointment of Defendants' Liaison Counsel further provide the

following additional language:

    **(1)**    All responsibilities of the Plaintiffs' Lead Counsel and/or Plaintiffs' Steering

Committee, as set forth in the Manuel for Complex Litigation, Fourth Edition, § 40.22, Para. 1

(a)-(c), (e), and (i) and Para 4, subject to modification by the Court, shall be conducted in

conjunction with the following lead counsel for each Defendant:

**A.**    **AbbVie**:  Scott P. Glauberman and/or Nicole E. Wrigley, Winston & Strawn LLP (or their  designee).

**B.**    **Auxillium**:  James D. Pagliaro and/or Thomas J. Sullivan, Morgan, Lewis & Bockius LLP (or their designee).

**C.**    **Lilly**:  David E. Stanley and/or Janet H. Kwuon, Reed Smith LLP (or their designee)

**D.**    **Endo**:  Andrew K. Solow and/or Pamela J. Yates, Kaye Scholer LLP (or their designee)

**E.**    **Pfizer**:  Matthew A. Holian and/or Loren Brown, DLA Piper LLP (or their designee)

**F.**    **Actavis**:  Joseph P. Thomas, Ulmer & Berne LLP (or his designee)

    **(2)**    The Court recognizes that cooperation among counsel and the parties is essential

for the orderly and expeditious resolution of the litigation.  The communication, transmission or

dissemination of information of common interest among and between Plaintiffs' counsel and

among and between Defendants' counsel, shall be protected by the attorney-client privilege, the

protections afforded by the attorney work product doctrine, the protections afforded to material

prepared for litigation or any other privilege to which a party may Otherwise be entitled.  Any

cooperative efforts shall not in any way be used against any of the parties, be cited as purported

evidence of conspiracy, wrongful action or wrongful conduct, or be communicated to any jury.

Dated: July 3, 2014

Respectfully submitted,

**WINSTON & STRAWN LLP**

By: */s/ Scott P. Glauberman*
Thomas J. Frederick
Scott P. Glauberman
Bryna J. Dahlin
Nicole E. Wrigley
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
sglauberman@winston.com
tfrederick@winston.com
jhurst@winston.com
bdahlin@winston.com
nwrigley@winston.com

*Attorneys for AbbVie Inc. and Abbott
Laboratories*

David E. Stanley (*pro hac vice*)
Janet H. Kwuon (*pro hac vice*)
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000
dstanley@reedsmith.com
jkwuon@reedsmith.com

*Attorneys for Eli Lilly and Company and Lilly
USA LLC*

Andrew K. Solow (*pro hac vice*)
Glenn J. Pogust (*pro hac vice*)
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
Tel: (212) 836-7740
Fax: (212) 836-6776

asolow@kayescholer.com
gpogust@kayescholer.com

Pamela J. Yates (*pro hac vice*)
**KAYE SCHOLER LLP**
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Tel: (310) 788-1278
Fax: (310) 788-1200
pyates@kayescholer.com

*Attorneys for Endo Pharmaceuticals Inc.*

Tinos Diamantatos
**MORGAN, LEWIS & BOCKIUS**
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Tel: (312) 324-1145
Fax: (312) 353-2067
tdiamantatos@morganlewis.com

James D. Pagliaro (*pro hac vice*)
Thomas J. Sullivan (*pro hac vice*)
Ezra D. Church (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jpagliaro@morganlewis.com
tsullivan@morganlewis.com
echurch@morganlewis.com

*Attorneys for Auxilium Pharmaceuticals Inc.*

Loren Brown (*pro hac vice*)
**DLA PIPER LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 335-4500
Fax: (212) 335-4501
loren.brown@dlapiper.com

Matthew A. Holian (*pro hac vice*)
**DLA PIPER LLP**
33 Arch Street, 26th Floor

Boston, MA 02110
Tel: (617) 406-6000
Fax: (617) 406-6100
mholian@dlapiper.com
*Attorneys for Pfizer Inc. and Pharmacia &*
*Upjohn Company LLC*

Joseph P. Thomas
Jeffrey F. Peck
K.C. Green
Jeffrey D. Geoppinger
**Ulmer & Berne LLP**
600 Vine Street
Suite 2800
Cincinnati, OH 45202
Tel:  (513) 698-5000
Fax:  (513) 698-5001
jthomas@ulmer.com
jpeck@ulmer.com
kcgreen@ulmer.com
jgeoppinger@ulmer.com

*Attorneys for  Actavis, Inc.,Actavis Pharma,*
*Inc., Anda, Inc., and Watson Laboratories,*
*Inc., a Nevada corporation*

## CERTIFICATE OF SERVICE

I, Scott Ahmad, hereby certify that on July 3, 2014, the foregoing document was filed via the Court's CM/ECF system, thereby providing notice to all counsel of record.

/s/ Scott Ahmad
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
312.558.5600
sahmad@winston.com