IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: TESTOSTERONE | ) | |
| REPLACEMENT THERAPY | ) | Case No. |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2545 |

THIS DOCUMENT RELATES TO ALL CASES

## APPLICATION OF EDWARD W. McNABOLA FOR APPOINTMENT TO THE PLAINTIFF'S STEERING COMMITTEE

Edward W. McNabola, Partner at McNabola Law Group, P.C., a Chicago law firm, submits this application for appointment to the Plaintiff's Steering Committee in MDL 2545, *In re: Testosterone Replacement Therapy Products Liability Litigation*. I am counsel of record in *Gosnell v. AbbVie Inc., Abbott Laboratories, Inc., Auxilium Pharmaceuticals, Inc.*; *Ludovicz v. AbbVie Inc., Abbott Laboratories, Inc.*; and *Malabe v. AbbVie Inc., Abbott Laboratories, Inc.* pending before this Court. As a Partner at McNabola Law Group, P.C., my colleagues and I have successfully obtained over $475 million in verdicts and settlements on behalf of injured clients. A significant portion of the cases I have worked on involve complex civil litigation in the health care and products liability fields. I believe this experience, in addition to my leadership abilities, correlates well with the litigation before this Court and qualifies me to serve on the Plaintiff's Steering Committee.

I am qualified to serve as a member of the Plaintiff's Steering Committee because of my experience in complex civil litigation in the health care and products liability fields. This experience demonstrates my ability to effectively advocate on behalf of

1

injured plaintiffs and my willingness to commit to in-depth, time-consuming litigation. I have a strong understanding and knowledge of the relevant law based on my experiences. This is evidenced by the fact that I was selected by my peers as one of the top 100 consumer attorneys in Illinois. My history of success in the health care and products liability fields is indicative of my commitment to advocating on behalf of injured clients and qualifies my to serve as a member of the Plaintiff's Steering Committee.

In addition to my experience in complex civil litigation in the health care and products liability fields, I am also qualified to serve on the Plaintiff's Steering Committee based on my leadership skills and ability to work well with others in the legal community. Particularly, I was elected by my peers to serve in the General Assembly of the Illinois Bar Association (ISBA). As a member of the ISBA General Assembly, I was tasked with undertaking of working with fellow members of the legal community to advance the ISBA's goals. My leadership skills and ability to work well with other members of the legal community qualify me to serve as a member of the Plaintiff's Steering Committee.

WHEREFORE, I respectfully ask this Court to allow me to appoint me as a member of the Plaintiff's Steering Committee.

Dated: July 3, 2014                  Respectfully submitted,

By: /s/Edward W. McNabola

Edward W. McNabola
MCNABOLA LAW GROUP, P.C.
55 West Wacker, 9th Floor
Chicago, IL 60601
(312) 629-2900
(312) 629-2916 – fax
ted@mcnabolalaw.com