# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: Testosterone Replacement Therapy Products Liability Litigation ) ) ) | Case No. 1:14-cv-01748 |
| This Document Relates to All Cases ) ) | Hon. Matthew F. Kennelly |

## NOTICE OF JOINT MOTION

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Judge Matthew F. Kennelly on Thursday, July 10, 2014 at 11:00 a.m. in Courtroom 2104, in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in his stead, and present the attached Joint Motion to Extend Deadlines, a copy of which has been served upon you by the Court's electronic filing system.

Respectfully Submitted,

*/s/ Ronald E. Johnson, Jr.*
**SCHACHTER, HENDY & JOHNSON**
Ronald E. Johnson, Jr.
909 Wright's Summit Parkway #210
Ft. Wright, Kentucky 41011
Telephone: (859) 578-4444
rjohnson@pschachter.com

**SIMMONS BROWDER GIARNARIS ANGELIDES & BARNERD LLC**
Trent Miracle
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
tmiracle@simmonsfirm.com

**JOHNSON BECKER, PLLC**
Timothy J. Becker
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Telephone: (612) 436-1800
tbecker@johnsonbecker.com

*/s/ Scott P. Glauberman (per email authorization)*
**WINSTON & STRAWN LLP**
Scott P. Glauberman
35 West Wacker Drive
Chicago, IL 60601-9703
sglauber@winston.com

## CERTIFICATE OF SERVICE

   I hereby certify that on this 8th day of July, 2014 the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                */s/ Ronald E. Johnson, Jr.*
                Ronald E. Johnson, Jr.