# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: TESTOSTERONE | ) | Case No. 14 C 1748 |
| REPLACEMENT THERAPY | ) | MDL No. 2545 |
| PRODUCTS LIABILITY LITIGATION | ) | |

This document relates to: **ALL ACTIONS.**

## MOTION FOR LEAVE FOR NON-ATTENDANCE OF HEARING

COMES NOW Trent Miracle and hereby requests that this Court excuse him from attending the hearing on July 29, 2014 in this matter. In support of this motion, counsel states as follows:

1. I have been working on these cases since the summer of 2013, serving as one of the first attorneys in the country to file cases against testosterone manufacturers for clot-based and cardiovascular injuries.

2. Before and after the creation of this MDL, I have been heavily involved in the negotiation and briefing process regarding the ESI protocol, protective orders, and responses to Defendants' motions to dismiss.

3. In the effort to obtain section 1407 centralization of all TRT Litigation in the Northern District of Illinois, and specifically before this Court, I substantially assisted and supported Ron Johnson's original petition for transfer and coordination with the JPML. Since the JPML order granting section 1407 centralization, and in keeping with this Court's Case Management Order No. 1, I have endeavored to create a consensus amongst the various and disparate groups and individual lawyers seeking leadership roles in these cases. Along with Ron Johnson, Chris Seeger, and several other attorneys, I have had numerous in-person and telephonic conferences with lawyers who originally sought to propose an opposing slate for

leadership in the litigation. I specifically reached out to and met with lawyers who had petitioned the JPML to transfer these cases to other venues, including the lawyers who advocated for the Eastern District of Louisiana, the Eastern District of Pennsylvania, the District of Colorado, the Central District of California, the Middle District of Florida, the Southern District of Illinois, and the Eastern District of New York. Those efforts ultimately culminated in the proposed leadership slate proposed to this Court.

4. In addition to my focus on this litigation in my daily practice, I am a founding co-chair of the Testosterone Therapy Litigation Group in the American Association of Justice. I have traveled to multiple cities across the country to lecture at legal seminars regarding TRT Litigation.

5. My first priority is the zealous, ethical and competent representation of all plaintiffs who have alleged injury as a result of the use of TRT. My request to serve as Co-Lead Counsel for this litigation is a direct result of my dedication and commitment to this litigation which has been ongoing since the summer of 2013. This litigation is the focal point of my practice and has been for many months. My firm represents hundreds of men who have sustained very real and severe injuries, including death, and we are committed to the best representation possible on their behalf.

6. Regrettably I have a pre-existing family commitment conflicting with this Court's recent scheduled hearing on July 29, 2014. At the time of the hearing, I will be out of the country for a personal matter on a non-refundable trip. I respectfully request this Court grant my request for leave for non-attendance of this hearing. This request does not, and should not, reflect any diminished interest on my part in this litigation. I will gladly set aside my plans and make myself available for the hearing on July 29th, ready to address any of the Court's questions or concerns.

WHEREFORE, for the reasons set forth above, Trent Miracle respectfully requests that this Court grant this motion for leave for non-attendance of the July 29, 2014 hearing.

July 15, 2014                               Respectfully submitted,

                                            /s/ Trent B. Miracle
                                            Trent B. Miracle
                                            **SIMMONS HANLY CONROY LLC**
                                            One Court Street
                                            Alton, IL 62002


## CERTIFICATE OF SERVICE

I, Trent Miracle, hereby certify that on July 15, 2014, I electronically transmitted a true and exact copy of the foregoing document, to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.

                                            /s/ Trent B. Miracle
                                            Trent B. Miracle