IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: TESTOSTERONE | ) | | |
| REPLACEMENT THERAPY | ) | Case No.: | 14 C 1748 |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No.: | 2545 |

**This document relates to:**

- Don Estep v. Pharmacia & Upjohn Co., Inc., et al.; Case No. 1:14-CV-04856
-

### MOTION FOR REMAND

For the reasons set forth in the *Memorandum in Support of Plaintiff's Motion for Remand*, filed contemporaneously and incorporated herein by reference, Plaintiff herby moves for an Order remanding this case to the Circuit Court of Cook County, Illinois, and requiring payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal.

Dated: July 22, 2014

    Respectfully submitted,

    **NIEMEYER, GREBEL & KRUSE, LLC**

    **/s/ Michael S. Kruse**
    Michael S. Kruse
    200 S. Hanley, Suite 1103
    St. Louis, MO 63105
    314/387-9181 telephone
    314/665-3017 facsimile
    kruse@ngklawfirm.com
    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

        I hereby certify that on July 22, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to:

Scott P. Glauberman
James F. Hurst
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
sglauberman@winston.com
tfrederick@winston.com
 jhurst@winston.com
bdahlin@winston.com
**ATTORNEYS FOR ABBVIE INC. & ABBOTT LABORATORIES**

                                                 **/s/ Michael S. Kruse**
                                                 **ATTORNEYS FOR PLAINTIFF**