IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: TESTOSTERONE | ) | | |
| REPLACEMENT THERAPY | ) | Case No.: | 14 C 1748 |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No.: | 2545 |

**This document relates to:**

- McInley, et al. v. Abbvie, Inc., et al.; Case No. 1:14-CV-03404
- Pednergrast, et al. v. Abbvie, Inc., et al.; Case No. 1:14-CV-03994

## MOTION TO WITHDRAW

COMES NOW attorney Michael S. Kruse, and moves this Court for an Order to withdraw him as an attorney of records for the Plaintiffs in the above-referenced cases. Michael S. Kruse has changed law firms, and is no longer with the firm of Onder, Shelton, O'Leary & Peterson, LLC. The above-referenced Plaintiffs will be continued to be represented by Michael J. Quillin of Onder, Shelton, O'Leary & Peterson, LLC.

WHEREFORE, movant Michael S. Kruse prays for an Order withdrawing him as an attorney of record in the above-referenced cases.

Respectfully submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

By  */s/Michael S. Kruse*
Michael S. Kruse
200 S. Hanley, Ste. 1103
St. Louis, MO 63105
314/387-9181 telephone
314/665-3017 facsimile
kruse@ngklawfirm.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record this 22nd day of July, 2014 by way of the Court's CM/ECF filing system.

      */s/Michael S. Kruse*