UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | : | |
|---|---|---|
| | : | Case No. 14 C 1748 |
| In re: TESTOSTERONE | : | MDL No. 2545 |
| REPLACEMENT THERAPY | : | |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| This document relates to: All Actions | : | |

**NOTICE OF NON-ATTENDANCE AT HEARING REGARDING
APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE**

Edward A. Wallace requests that this Court excuse his non-attendance at the July 29, 2014, hearing in this matter. His partner, Mark R. Miller, will attend in his absence to address any questions the Court may have regarding his request for appointment to the Plaintiffs' Steering Committee (PSC) for this MDL.[1]

As noted in his submission, Mr. Wallace is currently involved in a trial in the transvaginal mesh litigation taking place in Massachusetts state court. While he had initially hoped that the trial would end in time for his appearance at the July 29 hearing, at the time of this filing, that trial is still ongoing. As such, he will regrettably be unable to attend or be available for tomorrow's hearing.

Mr. Wallace believes that his Application for Appointment outlines his substantial qualifications for leadership in this litigation—along with his ability and desire to commit the time and resources necessary for this role. He has retained a significant number of clients who have been injured after the use of TRT products, and that number continues to grow. He also has a history of committing himself and members of his firm to the litigations in which he partakes,

---

[1] On July 3, 2014, Mr. Wallace filed an Application for Appointment to the Plaintiffs' Steering Committee (PSC) in this MDL.

and believes that this dedication will be an asset to this MDL. Accordingly, Edward A. Wallace respectfully request that this Court grant his motion based on the qualifications and information set forth in his original submission.

Dated: July 28, 2014                                          /s/Edward A. Wallace
                                                              Edward A. Wallace
                                                              Mark R. Miller
                                                              Wexler Wallace LLP
                                                              55 W. Monroe Street, Suite 3300
                                                              Chicago, IL 60603
                                                              (312) 346-222 – Telephone
                                                              (312) 346-0022 – Facsimile
                                                              eaw@wexlerwallace.com
                                                              mrm@wexlerwallace.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing **NOTICE OF NON-ATTENDANCE AT HEARING REGARDING APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE** to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

/s/ Edward A. Wallace