**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TESTOSTERONE** ) | **Case No. 14 C 1748** |
| **REPLACEMENT THERAPY** ) | **MDL No. 2545** |
| **PRODUCTS LIABILITY LITIGATION** ) | |

This document relates to: **ALL ACTIONS.**

**NOTICE OF FILING**

     PLEASE TAKE NOTICE THAT the undersigned submitted by electronic mail to Judge Matthew F. Kennelly, at Proposed_Order_Kennelly@ilnd.uscourts.gov, the following document:

**[CORRECTED PROPOSED] MDL CASE MANAGEMENT ORDER NO. \_\_\_
(Plaintiffs' Leadership)**

Dated: August 7, 2014　　　　　　　　　　Respectfully Submitted,

                                               /s/Ronald E. Johnson, Jr.
                                               Ronald E. Johnson, Jr.
                                               SCHACHTER HENDY & JOHNSON PSC
                                               909 Wright's Summit Parkway, Suite #210
                                               Ft. Wright, KY 41011
                                               Tel: (859) 578-4444
                                               Fax: (859) 578-2222
                                               Email: rjohnson@pschacter.com

                                               *Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

      I, Ronald E. Johnson, Jr., hereby certify that on August 7, 2014, I electronically transmitted a true and exact copy of the foregoing document, to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.

      /s/Ronald E. Johnson, Jr.
      Ronald E. Johnson, Jr.