| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document Relates to All Cases | Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly<br><br>**NOTICE OF FILING** |

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT the undersigned submitted by electronic mail to Judge Matthew F. Kennelly, at Proposed_Order_Kennelly@ilnd.uscourts.gov, the following document:

[PROPOSED] ORDER ON DEFENDANTS' LIAISON COUNSEL

| | |
|---|---|
| Respectfully submitted, | */s/ Marissa S. Ronk*<br>James F. Hurst<br>Thomas J. Frederick<br>Scott P. Glauberman<br>Bryna J. Dahlin<br>**WINSTON & STRAWN LLP**<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>Tel: (312) 558-5600<br>Fax: (312) 558-5700<br>jhurst@winston.com<br>tfrederick@winston.com<br>sglauberman@winston.com<br>bdahlin@winston.com<br><br>*Attorneys submitting on behalf of all Defendants* |

## **CERTIFICATE OF SERVICE**

    I, Marissa Ronk, hereby certify that on August 7, 2014, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                            */s/ Marissa S. Ronk*
                                             Marissa S. Ronk