# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of   Case Number: 14-cv-1748

In Re: Testosterone Replacement Therapy Products Liability Litigation (MDL No. 2545)

Pursuant to CMO No. 3 counsel's email is flonger@lfsblaw.com

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Walter and Donna McGill

| | |
|---|---|
| NAME (Type or print) <br> Frederick S. Longer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Frederick S. Longer | |
| FIRM <br> Levin, Fishbein, Sedran & Berman | |
| STREET ADDRESS <br> 510 Walnut Street, Suite 500 | |
| CITY/STATE/ZIP <br> Philadelphia, PA 19106 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 215-592-1500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |