**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Buddy Humphries and Kathy Humphries ) | |
| Plaintiffs ) | |
| ) | Case Number: 1:14-cv-1473 |
| v. ) | |
| ) | Judge: Matthew Kennelly |
| AbbVie Inc., et al ) | |
| Defendants ) | |

**NOTICE OF MOTION**

**TO:**  Judge Matthew Kennelly

219 South Dearborn St.

Chicago, IL 60604

**PLEASE TAKE NOTICE** that on August 22, 2014 at 10:30 am, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Matthew Kennelly or any judge sitting in his or her stead in **Courtroom** 2103 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Motion to Amend Complaint

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2014, I provided service to the person or persons listed above by the following means: Courier

Signature: /s/Ronald E. Johnson, Jr.       Date: 08/15/2014

Name (Print): Ronald E. Johnson, Jr.

Address: 909 Wright's Summit Parkway, Suite #210       Phone: 859-578-4444

Ft. Wright, KY 41011