**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re: TESTOSTERONE**<br>**REPLACEMENT THERAPY**<br>**PRODUCTS LIABILITY LITIGATION** | Case No. 14-cv-01748<br>MDL No. 2545 |

**This document relates to Case No. <u>1:14-cv-02221, *John Emmons v. AbbVie, Inc., et al.*</u>**

## <u>MOTION FOR LEAVE TO FILE AMENDED COMPLAINT</u>

Plaintiff, John Emmons, by counsel, moves for leave to amend his Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). Plaintiff initially filed his Complaint in this litigation on March 28, 2014. Defendants have since filed a motion to dismiss on June 4, 2014.

Under FRCP 15(a)(2), the "court should freely give leave [to amend] when justice so requires." At a hearing on July 10, 2014, Plaintiffs recommended that they file Amended Complaints at the same time as their opposition to the Defendants' motion to dismiss. Defendants did not object. At that time, the Court ordered that Plaintiffs, subject to Defendants' joint motion to dismiss, "will file [their] amended complaint at the same time [Plaintiffs] file the [response brief]." *See* **Exhibit 1**, Excerpt of Transcript of proceedings Before the Honorable Matthew F. Kennelly, 56:25-57:3.

For good cause shown, Plaintiff John Emmons respectfully requests leave to file the attached Amended Complaint. *See* **Exhibit 2**, Amended Complaint.

Dated: August 15, 2014                   Respectfully Submitted,

                                         s/ Bill Robins III
                                         Bill Robins III
                                         Heard Robins Cloud LLP
                                         808 Wilshire, Suite 450
                                         Santa Monica, California 90401
                                         Tel. 310.927.4200
                                         Facsimile 310.566.5900
                                         robins@heardrobins.com
                                         (Admitted *pro hac vice*)

                                         s/ Myron M. Cherry
                                         Myron Cherry
                                         Myron M. Cherry & Associates, LLC
                                         30 North LaSalle Street, Suite 2300
                                         Chicago, Illinois 60602
                                         Tel. 312.372.2100
                                         Facsimile 312.853.0279
                                         mcherry@cherry-law.com

                                         **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that, on August 15, 2014, the foregoing document was filed via the Court's CM-ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.


By    <u>/s/ Bill Robins III</u>
            Bill Robins III