UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document Relates to All Cases | Master Docket Case No. 1:14-cv-01748<br><br>Hon. Judge Matthew F. Kennelly |

## JOINT STATUS REPORT REGARDING PROPOSAL FOR A FURTHER CMO FOR AN INITIAL DISCOVERY PLAN

The Court's July 10, 2014 order directed the parties to file this joint report outlining proposals for further case management orders. The parties have conferred about a CMO for an initial discovery plan, exchanged drafts of proposed plans, and made progress toward reaching areas of agreement. The parties intend to continue conferring this week, prior to the August 22, 2014 status hearing. Prior to that status hearing, the parties will file a further joint status report bringing the Court up to date on areas of agreement and, if necessary, disagreement. However, the parties still hope to be able to submit such a proposed CMO to the Court in the advance of the August 22, 2014 status hearing.

Dated: August 18, 2014

Respectfully submitted,

WINSTON & STRAWN LLP

By: */s/ Scott P. Glauberman*
James F. Hurst
Thomas J. Frederick
Scott P. Glauberman
Nicole E. Wrigley
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601

Tel: (312) 558-5600
Fax: (312) 558-5700
sglauberman@winston.com
tfrederick@winston.com
jhurst@winston.com
nwrigley@winston.com

*Attorneys for AbbVie Inc. and Abbott Laboratories*

David E. Stanley (pro hac vice)
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000
dstanley@reedsmith.com

Timothy R. Carraher
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Tel: (312) 207-6549
Fax: (312) 207-6400
tcarraher@reedsmith.com

*Attorneys for Eli Lilly and Company and Lilly USA LLC*

Andrew K. Solow
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
Tel: (212) 836-7740
Fax: (212) 836-6776

Pamela J. Yates
**KAYE SCHOLER LLP**
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Tel: (310) 788-1278
Fax: (310) 788-1200

*Attorneys for Endo Pharmaceuticals Inc.*

Tinos Diamantatos
**MORGAN, LEWIS & BOCKIUS**

77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Tel: (312) 324-1145
Fax: (312) 353-2067
tdiamantatos@morganlewis.com

James D. Pagliaro (*pro hac vice*)
Thomas J. Sullivan (*pro hac vice*)
Ezra D. Church (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jpagliaro@morganlewis.com
tsullivan@morganlewis.com
echurch@morganlewis.com

*Attorneys for Auxilium Pharmaceuticals Inc.*

*/s/ Ronald S. Johnson, Jr.*
**SCHACTER, HENDY & JOHNSON**
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Tel: (859)578-4444
Fax: (859) 578-4440
rjohnson@pschacter.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Trent B. Miracle*
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Tel: (618)259-2222
Fax: (618) 259-2252
tmiracle@simmonsfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Christopher A. Seeger*
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Tel: (212)584-0700
Fax: (212) 584-0799

cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I, Scott Ahmad, hereby certify that on August 18, 2014, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Scott Ahmad*