UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

In Re: Testosterone Replacement Therapy Products
Liability Litigation, et al.

Plaintiff,

v.

Case No.: 1:14–cv–01748
Honorable Matthew F. Kennelly

Eli Lilly and Company, et al.

Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2014:

MINUTE entry before the Honorable Matthew F. Kennelly: Case management conference held. Motions to amend [258],[260],[262],[264],[266],[269],[270],[271],[273],[275],[277],[280],[282],[284],[286],[288],[290],[292],[294],[296],[297],[300],[301],[304],[305],[308],[311],[312],[316],[318],[320],[322], and [325] are granted. The reply due date for the motions to dismiss is extended to 9/26/14. The next case management conference is set for 9/23/14 at 1:30 PM. Lead and liaison counsel are directed to work together to set up a process permitting those not present to listen by conference call. A joint status report regarding disputed issues to be addressed, and a proposed agenda, are to be filed by no later than 9/19/14. The following case management conference is set for 10/24/14 at 9:00 AM. If there are further matters from today's case management conference that should be embodied in an order, lead and liaison counsel are directed to submit a proposal or proposals by 8/27/14. (lcw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.