**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

)
Michael Gordon )
Plaintiffs ) MDL: 1:14-cv-1748
)
) Case Number: 1:14-cv-1478
v. )
) Judge: Matthew Kennelly
)
AbbVie Inc., et al )
Defendants )

AMENDED **NOTICE OF MOTION**

**TO:** Judge Matthew Kennelly

219 South Dearborn St.

Chicago, IL 60604

**PLEASE TAKE NOTICE** that on September 2, 2014 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Matthew Kennelly or any judge sitting in his or her stead in **Courtroom** 2103 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Motion to Amend Complaint

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2014, I provided service to the person or persons listed above by the following means: _____

Signature: /s/Ronald E. Johnson, Jr.  Date: 08/26/2014

Name (Print): Ronald E. Johnson, Jr.

Address: 909 Wright's Summit Parkway, Suite #210  Phone: 859-578-4444

Ft. Wright, KY 41011