IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 14 C 1748<br><br>MDL No. 2545 |
| This document relates to all cases | Judge Matthew F. Kennelly |

## DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT

NOW COMES Defendants in the above-captioned litigation requesting entry of an order permitting them to exceed the page limit for their reply brief in support of their motion to dismiss. In support thereof, Defendants state as follows:

1. On June 6, 2014, this Court entered a minute order granting Defendants' 5/30/14 Motion to Exceed Page Limit. *See* ECF No. 61. The order granted Defendants leave to file reply briefs not in excess of 30 pages, combined, excluding the cover page, table of contents, table of authorities, and signature block.

2. On August 15, along with their brief in opposition to Defendants' Motion to Dismiss, Plaintiffs filed amended complaints for the actions subject to the motion to dismiss. In light of these amended complaints, Defendants need more than 30 pages combined to address all the issues challenged in Plaintiffs' briefing. The additional pages will facilitate a complete and comprehensive review of the disputed issues.

3. Defendants propose a combined 40 pages total for their replies in support of their motions to dismiss.

4. On September 12, 2014, counsel for Defendants conferred with counsel for Plaintiffs, who said they did not oppose the motion.

WHEREFORE, for the foregoing reasons, Defendants respectfully request this Court enter an Order granting Defendants leave to file two replies in support of their motions to dismiss that shall not exceed a total of 40 pages for both briefs, excluding the cover page, table of contents, table of authorities, and signature block.

Dated: September 12, 2014

Respectfully submitted,

WINSTON & STRAWN LLP

By: */s/ Scott P. Glauberman*
James F. Hurst
Scott P. Glauberman
Nicole E. Wrigley
Bryna J. Dahlin
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

sglauberman@winston.com
jhurst@winston.com
nwrigley@winston.com
bdahlin@winston.com

*Attorneys for AbbVie Inc. and Abbott Laboratories*

David E. Stanley (pro hac vice)
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000
dstanley@reedsmith.com

Timothy R. Carraher
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Tel: (312) 207-6549
Fax: (312) 207-6400
tcarraher@reedsmith.com

*Attorneys for Eli Lilly and Company and Lilly USA LLC*

Andrew K. Solow
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
Tel: (212) 836-7740
Fax: (212) 836-6776

Pamela J. Yates
**KAYE SCHOLER LLP**
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Tel: (310) 788-1278
Fax: (310) 788-1200

*Attorneys for Endo Pharmaceuticals Inc.*

Tinos Diamantatos
**MORGAN, LEWIS & BOCKIUS**
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Tel: (312) 324-1145
Fax: (312) 353-2067
tdiamantatos@morganlewis.com

James D. Pagliaro (*pro hac vice*)
Thomas J. Sullivan (*pro hac vice*)
Ezra D. Church (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jpagliaro@morganlewis.com
tsullivan@morganlewis.com
echurch@morganlewis.com

*Attorneys for Auxilium Pharmaceuticals Inc.*

# CERTIFICATE OF SERVICE

I, Marissa S. Ronk, hereby certify that on September 12, 2014, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Marissa S. Ronk*