**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE ) | Case No. 14 C 1748 |
| REPLACEMENT THERAPY ) | MDL No. 2545 |
| PRODUCTS LIABILITY LITIGATION ) | |

This document relates to: **ALL ACTIONS.**

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

NOW COMES Plaintiffs in the above-captioned litigation requesting entry of an order permitting them to exceed the page limit for their supplemental brief. In support thereof, Plaintiffs state as follows:

1. Local Rule 7.1 imposes a 15-page limit on briefs in support of or in opposition to any motion.

2. Plaintiffs are requesting the defendants make their production of electronically stored information ("ESI") in native format. In light of the numerous arguments to be made with respect to this issue, Plaintiffs need more than fifteen pages to address all the issues. The additional pages will facilitate a complete and comprehensive review of the disputed issues.

3. During the initial status conference in this case, the Court recognized that an enlargement of the page limitations set forth in the Local Rules would be necessary, given the scope of the motions to dismiss.

4. Plaintiffs propose a 22 page total for their brief.

5. Plaintiffs consulted counsel for Defendants on September 19, 2014 and they indicated they did not oppose this motion.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request this Court enter an Order granting Plaintiffs leave to file their brief that shall not exceed 22 pages.

Dated: September 19, 2014

                                  Respectfully Submitted,

                          ***By:***

/s/ Brian J. Perkins
MEYERS & FLOWERS, LLC
225 West Wacker Drive, Suite 1515
Chicago, IL 60606
Phone: (312) 214-1017
Fax: (630) 845-8982
Email: bjp@meyers-flowers.com
***Plaintiffs' Co-Liaison Counsel***

*/s/* Seth A. Katz
BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.
40 Inverness Drive East
Englewood, CO 80112
Phone: (303) 792-5595
Fax: (303) 708-0527
Email: skatz@burgsimpson.com
***Plaintiffs' Executive Committee***

/s/ Ronald Johnson, Jr.
SCHACHTER, HENDY & JOHNSON PSC
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-444
Fax: (859) 578-4440
Email: rjohnson@pschacter.com
***Plaintiffs' Co-Lead Counsel***

/s/ Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com
***Plaintiffs' Co-Lead Counsel***

/s/ Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com
***Plaintiffs' Co-Lead Counsel***

**CERTIFICATE OF SERVICE**

      I, Brian J. Perkins, hereby certify that on September 19, 2014, I electronically transmitted a true and exact copy of the foregoing document, to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.

                                                  */s/ Brian J. Perkins*