**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

In Re: Testosterone Replacement Therapy Products
Liability Litigation, et al.

                          Plaintiff,

v.                                               Case No.:
                                               1:14–cv–01748
                                               Honorable
                                               Matthew F.
                                               Kennelly

Eli Lilly and Company, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 22, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court advises that counsel who cannot attend the 9/23/2014 status hearing but wish to listen may do so via telephone by calling (888) 622–5357; participant code: 617106. Callers may begin joining the conference call at 1:25 p.m. The Court will join in from the courtroom at approximately 1:30 p.m. No person listening in by telephone will be permitted to speak; the call–in option is for listening only. An in–person appearance will be required for any attorney or other person who wishes to be heard. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.