IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: All cases against AbbVie Inc. and Abbott Laboratories | MDL No. 2545 <br><br> Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |

### ABBVIE'S AND ABBOTT LABORATORIES' AGREED MOTION FOR AN EXTENSION OF TIME TO SERVE INITIAL DISCLOSURES

Defendants AbbVie and Abbott Laboratories, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), respectfully request an extension of time to serve the disclosures required by Case Management Order No. 7. (Dkt. No. 346 at 2-3.) In support of this agreed motion, Defendants state as follows:

1.      On August 25, 2014, the Court entered Case Management Order No. 7, in which it ordered Defendants to serve initial disclosures on Plaintiffs' Co-Lead Counsel within 45 days of the entry of that order. (Dkt. No. 346 at 2-3.) The due date for these disclosures is October 9.

2.      Defendants submit that they require additional time to complete their investigation for the disclosures, and therefore request a 7-day extension. AbbVie's and Abbott Laboratories' disclosures would be due on October 16.

3.      This request is not made for the purpose of unnecessary delay.

4.      On October 8, 2014, counsel for Defendants contacted Trent Miracle, Plaintiffs' Co-Lead Counsel, who stated that Plaintiffs agree to the relief requested herein.

**WHEREFORE**, Defendants respectfully request that the Court extend the deadline for their initial disclosures to October 16, 2014.

Dated:  October 9, 2014                          Respectfully submitted,

                                                 WINSTON & STRAWN LLP

                                      By:  */s/ Scott P. Glauberman*
                                           James F. Hurst
                                           Scott P. Glauberman
                                           Nicole E. Wrigley
                                           Bryna J. Dahlin
                                           **WINSTON & STRAWN LLP**
                                           35 West Wacker Drive
                                           Chicago, Illinois 60601
                                           Tel: (312) 558-5600
                                           Fax: (312) 558-5700
                                           sglauberman@winston.com
                                           jhurst@winston.com
                                           nwrigley@winston.com
                                           bdahlin@winston.com

                                           *Attorneys for AbbVie Inc. and Abbott*
                                           *Laboratories*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing document was served via CM/ECF on October 9, 2014, upon all counsel of record.

/s/ Scott Ahmad
Scott Ahmad