**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 1:14-cv-01748 MDL No. 2545 |

**NOTICE OF FILING**

PLEASE TAKE NOTICE THAT the undersigned submitted by electronic mail to Judge Matthew F. Kennelly, at Proposed_Order_Kennelly@ilnd.uscourts.gov, the following document:

    MDL CASE MANAGEMENT ORDER NO. _____ : PRESERVATION ORDER

Respectfully submitted,

*/s/ Marissa S. Ronk*
James F. Hurst
Scott P. Glauberman
Bryna J. Dahlin
Nicole E. Wrigley
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
jhurst@winston.com
sglauberman@winston.com
bdahlin@winston.com
nwrigley@winston.com

*Attorneys submitting on behalf of all Defendants and Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Marissa Ronk, hereby certify that on October 21, 2014, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Marissa S. Ronk*
Marissa S. Ronk