

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO ILLINOIS 60604
www ilnd uscourts gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." For assistance please call the CM/ECF Help Desk at 312-582-8727.

NAME: Andrew K. Solow

FIRM: Kaye Scholer LLP

STREET ADDRESS: 250 West 55th Street

CITY/STATE/ZIP: New York, NY 10019-9710

PHONE NUMBER: (212) 836-7740

E-MAIL ADDRESS: andrew.solow@kayescholer.com

ARDC NUMBER ILLINOIS STATE BAR MEMBERS):

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:14-cv-01748 | In Re: Testosterone Replacement Therapy Products Liability Litigation | Honorable Matthew F. Kennelly |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Andrew K. Solow                                                                October 22, 2014
_____          _____
Attorney's Signature                                                                                   Date