UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

In Re: Testosterone Replacement Therapy Products
Liability Litigation, et al.

                          Plaintiff,

v.                                                         Case No.:
                                                               1:14–cv–01748

                                                               Honorable
                                                               Matthew F.
                                                               Kennelly

Eli Lilly and Company, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 22, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: The case of *Potts, et al. v. Auxilium Pharmaceuticals, Inc., et al.* was recently transferred from the Southern District of Alabama to this Court as part of MDL 2545. Plaintiffs' counsel has filed in the MDL file (Case No. 14 C 1748) a notice of the pendency of a motion to remand. The docket for the individual case (Case No. 14 C 7902) includes the motion to remand but no other briefing. Defendants are directed to respond to the motion by no later than 11/6/2014. Plaintiffs are directed to reply to the response by no later than 11/20/2014. If a response and/or reply were filed in the Southern District of Alabama, counsel are directed to promptly refile them in the MDL proceeding. The Court takes under advisement the request for oral argument and will determine in due course whether to hear oral argument. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.