In Re: Testosterone Replacement Therapy Products
Liability Litigation, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:14–cv–01748

                                                              Honorable Matthew F. Kennelly

Eli Lilly and Company, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 24, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Case management conference held on 10/24/2014. Discussions held on all items listed on the joint agenda. The parties are to submit simultaneous submissions regarding the proposed state/federal coordination order by 12/3/2014. Argument heard regarding proposals for a unified case management plan. The Court declines to bifurcate discovery as proposed by defendants and has made suggestions regarding possible modifications to plaintiffs#039; proposed draft order, regarding the selection of bellwether cases. An agreed order, or separate proposals with supporting justifications, is to be submitted to the Court by no later than 10/30/2014. The parties advise they expect to shortly reach agreements regarding a common benefit fund order and a deposition protocol order; proposed orders are to be submitted to the Court by 10/30/2014. A revised version of the draft order regarding the ESI protocol is to be submitted promptly to Judge Kennelly's proposed order email address. The parties are continuing to confer on proposals for additions or changes to the courts MDL No. 2545 website and are to submit proposals in the status report to be filed prior to the next case management conference. The Courts decision regarding a possible alternative date for the January 2015 case management conference will be reached in the near future. The previously set case management conference remains set for 12/8/2014 at 1:30 p.m.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.