# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: TESTOSTERONE | ) | CASE No.: 2014-cv-1748 |
| REPLACEMENT THERAPY | ) | MDL No.    2545 |
| PRODUCTS LIABILITY LITIGATION | ) | Individual Case No.: 2014-cv-7902 |

**This document relates to:**

Potts v. Auxilium Pharmaceuticals, Inc. et al.; Case No. 1:14-CV-00345-CG-C,

## MOTION FOR CLARIFICATION

Plaintiffs seek clarification on the Court's October 22, 2014 minute order [Doc. 437]. Specifically, Plaintiffs request clarification as to whether the Court deems Plaintiffs' Motion to Remand, which was filed in 1:14-CV-00345-CG-C in the Southern District of Alabama, as having been filed in this case and before this Court. Plaintiffs attached their Motion to Remand as Exhibit A to the Notice of Pending Motion to Remand [Doc. 419] filed on October 15, 2014.

Dated: October 27, 2014

    Respectfully submitted,

    AYLSTOCK, WITKIN, KREIS & OVERHOLTZ,

BY:   */S/ Ephraim S. Geisler*
    Ephraim Samuel Geisler
    17 East Main St. Suite 200
    Pensacola, Florida 32502
    Tele: 850-202-1010
    Fax: 850-916-7449
    sgeisler@awkolaw.com
    *Attorney for Plaintiffs*
    *Brian Potts and Sandra Potts*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 27, 2014 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

| | |
|---|---|
| Kenneth Martin Perry, Esquire<br>kperry@babc.com<br>Bradley, Arant, Rose & White<br>One Federal Place<br>1819 Fifth Avenue, N.<br>Birmingham, Alabama 35203<br>Telephone: 205-521-8312<br>Fax: 205-448-6312<br>*Attorney for Defendant*<br>*Auxilium Pharmaceuticals, Inc.* | Ross A. Frazer, Esquire<br>raf@frazergreene.com<br>Michael E. Upchurch, Esquire<br>meu@frazergreene.com<br>Frazer, Greene, Upchurch & Baker, LLC<br>Post Office Box 1686<br>Mobile, Alabama 36633<br>Telephone: 251-431-6020<br>Fax: 251-431-6030<br>*Attorney for Defendant*<br>*Gregory S. Funk, D.O.* |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

BY: */S/ Ephraim S. Geisler*
Ephraim Samuel Geisler
17 East Main St. Suite 200
Pensacola, Florida 32502
Tele: 850-202-1010
Fax: 850-916-7449
sgeisler@awkolaw.com
*Attorney for Plaintiffs*
*Brian Potts and Sandra Potts*