## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

In Re: Testosterone Replacement Therapy Products
Liability Litigation, et al.

                                  Plaintiff,

v.                                         Case No.: 1:14–cv–01748

                                        Honorable Matthew F. Kennelly

Eli Lilly and Company, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 29, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly:The motion to clarify [443] filed in the Potts case is terminated, because clarification is unnecessary. The motion to remand is already on the docket in the MDL case. See docket entry 419. For instructions regarding filing of documents, counsel should consult MDL Case Management Order No. 1 (docket entry 85) and may also consult with liaison counsel. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.