In Re: Testosterone Replacement Therapy Products
Liability Litigation, et al.

          Plaintiff,

v.

    Case No.: 1:14−cv−01748
    Honorable Matthew F. Kennelly

Eli Lilly and Company, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 3, 2014:

    MINUTE entry before the Honorable Matthew F. Kennelly: At the Court's instance, and as discussed at the 10/24/2014 case management conference, the January 2015 case management conference is reset from 1/12/2015 to 1/13/2015 at 1:30 PM. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.