## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

In Re: Testosterone Replacement Therapy Products
Liability Litigation, et al.

                                    Plaintiff,

v.                                                                    Case No.:
                                                                      1:14–cv–01748
                                                                      Honorable Matthew F. Kennelly

Eli Lilly and Company, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 4, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Case management conference held on 11/4/2014. Discussions held on all points on the agenda. The Court will consider any further submissions regarding discovery protocol that are filed by the close of business on 11/5/2014. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.