## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

In Re: Testosterone Replacement Therapy Products
Liability Litigation, et al.

                                                                         Plaintiff,

v.                                                                                      Case No.:
1:14–cv–01748
Honorable
Matthew F. Kennelly

Eli Lilly and Company, et al.

                                                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 13, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the proposed case management order establishing common benefit fee and expense funds. Because the order involves assessments that will be paid or owed by parties and attorneys in not−yet−filed cases who, by definition, are not yet before the Court, the Court wishes to make sure that the assessments are fair and reasonable. The Court believes, admittedly based on less than complete information, that the assessment percentages proposed are higher than the norm or the average for MDL products liability matters. The plaintiffs' steering committee is invited to submit a justification of the particular assessments proposed, by no later than 11/18/2014. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.