**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: TESTOSTERONE | : | |
| REPLACEMENT THERAPY | : | Case No.: 1:14-cv-01748 |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2545 |
| | : | |

**This document relates to: 1:14-cv-918, Joseph Hardee, et al. v. AbbVie Inc., et al.**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Joseph Hardee and Rebecca Hardee, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) hereby give notice that they are voluntarily dismissing their claims against the Defendants AbbVie Inc. and Abbott Laboratories Inc., without prejudice to their right to re-file said claims.

Respectfully Submitted,

s/ Ronald E. Johnson, Jr.
Ronald E. Johnson, Jr. (KY 88302)
Sarah N. Lynch (KY 94261)
SCHACHTER, HENDY & JOHNSON, P.S.C.
909 Wright's Summit Parkway #210
Ft. Wright, Kentucky 41011
Tel. 859.578.4444
Facsimile 859.578.4440
rjohnson@pschachter.com
slynch@pschachter.com

Joseph M. Lyon (OH 0076050)
THE LYON FIRM
22 West 9th
Cincinnati, Ohio 45202
Tel. 513.381.2333
jlyon@thelyonfirm.com

Scott Morgan (IL 6209550)
MORGAN LAW FIRM, LTD.
55 West Wacker Dr., Suite 900
Chicago, Illinois 60601
Tel. 312.327.3386

1

Facsimile 888.396.2478
smorgan@smorgan-law.com

John Sawin (IL 6227112)
S<span>AWIN</span> L<span>AW</span> F<span>IRM</span>, L<span>TD</span>.
55 West Wacker Drive, Suite 900
Chicago, Illinois 60601
Tel: 312.853.2490
Fax: 312.327.7072
jsawin@sawinlawyers.com

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically serve and send a notice of electronic filing to all registered attorneys of record.

s/ Ronald E. Johnson, Jr.
Ronald E. Johnson, Jr.
