**grossman & moore** PLLC
INJURY LAWYERS

one riverfront plaza
401 west main street, suite 1810
louisville, ky 40202
phone 502-657-7100 • fax 502-657-7111
www.gminjurylaw.com

December 12, 2014

United States District Court
Northern District of Illinois
**Attn: Clerk of Court**
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

  Re: Request for Refund of Pro Hac Vice Filing Fee

To Whom It May Concern:

  On December 9, 2014, a Motion for Pro Hac Vice was inadvertently filed by my office in case number 1:14-cv-01748. The filing of this Motion required a filing fee of $50.00 to be made. We have since terminated the Motion for Pro Hac Vice as it was unnecessary and hereby request that a refund of the filing fee be made. The payment is documented under receipt number 0752-10136037.

  Thank you for your assistance and we apologize for any inconvenience. If you have any questions, please feel free to contact me.

            Very truly yours,

            Jennifer A. Moore

JAM/kl

h. philip grossman            gm            jennifer a. moore