# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |
| CHRISTOPHER HUGHES AND JUDY HUGHES, <br><br> Plaintiffs, <br><br> vs. <br><br> ABBVIE INC. and ABBOTT LABORATORIES INC., <br><br> Defendants. | NOTICE OF MOTION <br><br> Civil Action No.: 1:14-cv-1748 |

**This document relates to Case No. <u>14-cv-1476, Christopher Hughes v. AbbVie Inc, et al</u>**

## NOTICE OF MOTION

**TO: All counsel of record in the case of Christopher Hughes, et al. v. AbbVie Inc., et al**.

      PLEASE TAKE NOTICE: On Thursday, January 13, 2015 at 1:30 p.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Matthew F. Kennelly or any judge sitting in his stead, in courtroom 2119 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present **MOTION FOR SUBSTITUTION**, a copy of which was filed on December 16, 2014, and was served upon you via the Court's CM/ECF System.

December 16, 2014            Respectfully Submitted,

s/ Ronald E. Johnson, Jr.
Ronald E. Johnson, Jr. (KY 88302)
Sarah N. Lynch (KY 94261)
SCHACHTER HENDY & JOHNSON PSC
909 Wright's Summit Parkway #210
Ft. Wright, Kentucky 41011
Tel. 859.578.4444
Facsimile 859.578.4440
rjohnson@pschachter.com
slynch@pschachter.com

Joseph M. Lyon (OH 0076050)
THE LYON FIRM
22 West 9th
Cincinnati, Ohio 45202
Tel. 513.381.2333
jlyon@thelyonfirm.com

Scott Morgan (IL 6209550)
MORGAN LAW FIRM, LTD.
55 West Wacker Dr., Suite 900
Chicago, Illinois 60601
Tel. 312.327.3386
Facsimile 888.396.2478
smorgan@smorgan-law.com

John Sawin (IL 6227112)
SAWIN LAW FIRM, LTD.
55 West Wacker Drive, Suite 900
Chicago, Illinois 60601
Tel. 312.853.2490
Facsimile 312.327.7072
jsawin@sawinlawyers.com

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2014, this document was filed and distributed to all parties via the ECF/CMF filing system.

/s/Ronald E. Johnson, Jr.