**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
|---|---|
| This Document Relates to All Cases | Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |

**JOINT AGENDA**
**FOR JANUARY 13, 2015 CASE MANAGEMENT CONFERENCE**

The Court's January 7, 2015 minute entry directed lead counsel to file a proposed joint agenda for the January 13, 2015 case management conference.

The Court has provided the following conference call number. Anyone may listen to the conference by calling (888) 684-8852, passcode 7461053. Callers will not be able to speak at the conference.

The parties submit the following agenda:

I. MDL Product Liability Cases

    a. Argument on deposition protocol submissions

    b. Party proposal(s) regarding Defendants' responses to remaining complaints as directed by the Court in the Order entered on December 23, 2014

    c. Update on Plaintiff Fact Sheets

    d. Status of Search Terms negotiations

    e. Status of rolling document production

  f. Discovery update regarding each individual defendant pursuant to CMOs 13, 14, and 16

  g. State/federal coordination status

  h. Discussion on scheduling order relating to non-core defendants

 II. Medical Mutual of Ohio RICO case

| | |
|---|---|
| Dated: January 9, 2015 | Respectfully submitted,<br>*/s/ Trent B. Miracle*<br>Trent B. Miracle<br>**SIMMONS HANLY CONROY**<br>One Court Street<br>Alton, IL 62002<br>Telephone: (618) 259-2222<br>Facsimile: (618) 259-2251<br>tmiracle@simmonsfirm.com<br><br>*Plaintiffs' Co-Lead Counsel*<br><br>Ronald Johnson, Jr.<br>**SCHACHTER, HENDY & JOHNSON PSC**<br>909 Wrights Summit Parkway, Suite 210<br>Ft. Wright, KY 41011<br>Phone: (859) 578-4444<br>Fax: (859) 578-4440<br>rjohnson@pschachter.com<br><br>*Plaintiffs' Co-Lead Counsel*<br><br>Christopher A. Seeger<br>**SEEGER WEISS LLP**<br>77 Water Street<br>New York, NY 10005<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com<br><br>*Plaintiffs' Co-Lead Counsel*<br><br>Scott P. Glauberman<br>Nicole E. Wrigley<br>Bryna J. Dahlin<br>**WINSTON & STRAWN LLP** |

35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
sglauberman@winston.com
nwrigley@winston.com
bdahlin@winston.com

*Attorneys for AbbVie Inc. and Abbott Laboratories*

David E. Stanley
Janet H. Kwuon
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000
dstanley@reedsmith.com
jkwuon@reedsmith.com

Timothy R. Carraher
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Tel: (312) 207-6549
Fax: (312) 207-6400
tcarraher@reedsmith.com

*Attorneys for Eli Lilly and Company and Lilly USA LLC*

Andrew K. Solow
**KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 836-7740
Fax: (212) 836-6776

Pamela J. Yates
**KAYE SCHOLER LLP**
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Tel: (310) 788-1278
Fax: (310) 788-1200

*Attorneys for Endo Pharmaceuticals Inc.*

Tinos Diamantatos
**MORGAN, LEWIS & BOCKIUS**
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Tel: (312) 324-1145
Fax: (312) 353-2067
tdiamantatos@morganlewis.com

James D. Pagliaro
Thomas J. Sullivan
Ezra D. Church
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jpagliaro@morganlewis.com
tsullivan@morganlewis.com
echurch@morganlewis.com

*Attorneys for Auxilium Pharmaceuticals Inc.*

Loren H. Brown
Cara D. Edwards
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 335-4500
Fax: (212) 335-4501
loren.brown@dlapiper.com
cara.edwards@dlapiper.com

Matthew A. Holian
Jessica C. Wilson
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Phone: (617) 406-6000
Fax: (617) 406-6001
Email: matt.holian@dlapiper.com
Email: jessica.wilson@dlapiper.com

*Attorneys for Pfizer Inc. and Pharmacia & Upjohn Company LLC*

Joseph P. Thomas

Jeffrey F. Peck
K.C. Green
Jeffrey D. Geoppinger
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Fax: (513) 698-5001
E-mail: jthomas@ulmer.com

*Attorneys for Actavis, Inc., Actavis Pharma, Inc., Anda, Inc., Watson Laboratories, Inc., a Nevada corporation, and Watson Laboratories, Inc., a Delaware corporation*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 9, 2015, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                  */s/ Trent B. Miracle*