**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 14-cv-01748

In Re: TRT Products Liability Litigation (MDL No. 2545)

This document relates to the following cases: 14-CV-10315; 14-cv-09162; 14-cv-09389; 15-cv-00333; 14-cv-09383; 14-cv-10011; 14-cv-10425; 14-cv-10312; 15-cv-00095; 15-cv-00379; 14-cv-09999 and 15-cv-00094

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff(s): Tammie Bartles; Donald Bland; Bush, et al; Ronnie Elrod; Freddy Escoe; Ham, et al; Mask, et al; Bonnie Perrault, Jerry Poole, Sr., et al; Luis Rosas; Rowe, et al

Pursuant to CMO No. 3, counsel's email address is: Matt.Teague@BeasleyAllen.com

| | |
|---|---|
| NAME (Type or print) | |
| Matthew P. Teague | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Matthew P. Teague | |
| FIRM | |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | |
| STREET ADDRESS | |
| 234 Commerce Street | |
| CITY/STATE/ZIP | |
| Montgomery, Alabama 36103 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER (334) 269-2343 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |