**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO ALL CASES | |

**PSC'S MOTION TO COMPEL DISCOVERY
FROM DEFENDANTS ABBVIE INC. AND ABBOTT LABORATORIES**

The Plaintiffs' Steering Committee ("PSC") hereby moves, pursuant to Federal Rule of Civil Procedure 37 and the inherent power of the Court, for an order compelling Defendants AbbVie Inc. and Abbott Laboratories (collectively, "AbbVie") to (i) provide copies of documents produced by all parties and transcripts of the depositions taken in *United States ex rel. King v. Solvay S.A.,* No. H-06-2662 (S.D. Tex.) (the "*King* Documents"); (ii) provide a copy of the entire AndroGel adverse event database(s); and (iii) respond to several of the PSC's Interrogatories that AbbVie answered by impermissibly invoking Rule 33(d) of the Federal Rules of Civil Procedure without identifying the documents that contain responsive information with sufficient specificity. A Memorandum of Law in support of this motion is filed herewith.

Accordingly, the PSC respectfully requests that the Court enter an order compelling AbbVie to produce the above information within 15 days of the Court's Order.

DATED:  January 16, 2014

Respectfully submitted,

/s/ Trent B. Miracle
Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

Ronald Johnson, Jr.
SCHACHTER, HENDY & JOHNSON PSC
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
Email: rjohnson@pschacter.com

Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2015, the foregoing PSC's Motion to Compel Discovery From Defendants AbbVie Inc. and Abbott Laboratories was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Trent B. Miracle
Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com