**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document Relates to All Cases | Master Docket Case No. 1:14-cv-01748 |
| | Honorable Matthew F. Kennelly |

**STATUS REPORT OF THE PLAINTIFFS' EXECUTIVE COMMITTEE
REGARDING COMPLAINT FILING PROCEDURES**

In accordance with the Court's January 17, 2015 Order, the Plaintiffs' Executive Committee ("PEC") files this report regarding the steps that have been and should be taken in order to prevent further mis-filings in MDL 2545:

**I.      Filing Complaints in the MDL**

A. On January 19, 2015, Plaintiffs' Co-Liaison Counsel sent an email to the Plaintiffs' Steering Committee and all interested Plaintiffs' attorneys of record stating the proper procedures for directly filing new complaints in the Northern District of Illinois.

B. In addition to this communication, and in an effort to reach all Plaintiffs' attorneys of record and any Plaintiffs' attorneys who subsequently may wish to file in this MDL, the PEC respectfully requests the Court to post the following frequently asked question and answer on the MDL 2545 web page:

> **How do I file a new complaint and designate it for inclusion in this MDL?**
>
> When filing new complaints, NEVER FILE UNDER THE MASTER CASE NUMBER (14 C 1748). The proper procedure for directly filing new complaints in the Northern District of Illinois is outlined in Case Management Order Nos. 3 and 12. All new complaints are filed like any other new complaint in the Northern District of Illinois. The only difference is the designation on the civil cover sheet (per CMO No. 3 ¶ 1)

and the caption (per CMO No. 12 ¶ G). Procedures for opening a new civil case are accessible at the following address: http://www.ilnd.uscourts.gov/home/_assets/_documents/Opening%20a%20Civil%20Case%20in%20CMECF.pdf.

**Per CMO No. 3**: Simply designate on the Civil Cover Sheet that the new complaint is related to Judge Kennelly, Case No. 14 C 1748. (See Section IX. ("RELATED CASES") section of the Sample Civil Cover Sheet attached to CMO 3 and blank form at http://www.ilnd.uscourts.gov/public/forms/js44-05.pdf.)

**Per CMO No. 12**: See Section G. for the proper caption for all newly filed complaints.

C. The PEC does not believe than an additional CMO on this issue is warranted as the method of filing is set forth in existing CMOs, and the new frequently asked question should sufficiently bring this to the attention of those with questions about filing.

Dated: January 19, 2015

    Respectfully submitted,

    */s/ Ronald Johnson, Jr.*
    Ronald Johnson, Jr.
    **SCHACHTER, HENDY & JOHNSON PSC**
    909 Wrights Summit Parkway, Suite 210
    Ft. Wright, KY 41011
    Phone: (859) 578-4444
    Fax: (859) 578-4440
    rjohnson@pschachter.com
    *Plaintiffs' Co-Lead Counsel on behalf of*
    *Plaintiffs' Executive Committee*

    Myron M. Cherry
    **MYRON M. CHERRY & ASSOCIATES LLC**
    30 North LaSalle Street, Suite 2300
    Chicago, Illinois 60602
    Phone: (312) 372-2100
    Fax: (312) 853-0279
    mcherry@cherry-law.com
    *Plaintiffs' Co-Liaison Counsel*

    Brian J. Perkins
    Meyers & Flowers, LLC
    225 West Wacker Drive, Suite 1515

Chicago, IL 60606
Phone: (312) 214-1017
Fax: (630) 845-8982
bjp@meyers-flowers.com
***Plaintiffs' Co-Liaison Counsel***

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2015, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *Myron M. Cherry*