IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-01748 <br><br> Hon. Judge Matthew F. Kennelly |
| This document relates to: <br><br> MEDICAL MUTUAL OF OHIO, <br><br>       Plaintiff, <br><br> v. <br><br> ABBVIE INC., ABBOTT LABORATORIES, ABBOTT PRODUCTS, INC., SOLVAY AMERICA, INC., SOLVAY NORTH AMERICA, LLC, SOLVAY PHARMACEUTICALS SARL, SOLVAY, S.A., AUXILIUM, INC., ELI LILLY AND COMPANY, LILLY USA, INC., ACRUX LIMITED, ACTAVIS PLC, ACTAVIS, INC., ACTAVIS PHARMA, INC. WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., ANDA, INC., and ENDO PHARMACEUTICALS, INC., <br><br>       Defendants. | No. 1:14-cv-08857 |

**JOINT MOTION TO SET A BRIEFING SCHEDULE FOR
DEFENDANTS' MOTION TO SEVER PLAINTIFF'S CLAIMS**

Plaintiff Medical Mutual of Ohio and Defendants AbbVie, Inc., Abbott Laboratories,

Abbott Products, Inc., Auxilium Pharmaceuticals, Inc., Actavis, Inc., Actavis Pharma, Inc.,

Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., Endo Pharmaceuticals, Inc., Eli Lilly

and Company, and Lilly USA, LLC jointly request that the Court set a briefing schedule for the

Defendants' Joint Motion to Sever Plaintiff's Claims, which is being filed this day. Plaintiff and

Defendants request the following briefing schedule:

| Date | Event |
|---|---|
| January 20, 2015 | Defendants' Joint Motion to Sever Plaintiff's Claims and Memorandum in Support Thereof |
| February 6, 2015 | Plaintiff's Response to Defendants' Joint Motion to Sever Plaintiff's Claims |
| February 13, 2015 | Defendants' Reply in Support of their Joint Motion to Sever Plaintiff's Claims |
| February 20, 2015 | Hearing on Defendants' Joint Motion to Sever Plaintiff's Claims (to coincide with the next regularly scheduled status conference) |

WHEREFORE, Plaintiff and Defendants respectfully request that this Court grant this

motion and set the aforementioned briefing schedule.

Dated: January 20, 2015                                      Respectfully submitted,

*/s/ W. Scott Simmer*                                        */s/ David E. Stanley*
Conlee Schell Whiteley                                       David E. Stanley (*pro hac vice*)
John Randolph Davis                                          Janet H. Kwuon (*pro hac vice*)
Luke Hasskamp                                                Robert D. Phillips, Jr. (*pro hac vice*)
**KANNER & WHITELEY**                                        Margaret M. Grignon (*pro hac vice*)
701 Camp Street                                              **REED SMITH LLP**
New Orleans, LA 70130                                        355 S. Grand Avenue, Suite 2900
Tel: (504) 524-5777                                          Los Angeles, CA 90071
Fax: (504) 524-5763                                          Tel: (213) 457-8000
c.whiteley@kanner-law.com                                    Fax: (213) 457-8080
j.davis@kanner-law.com                                       dstanley@reedsmith.com
l.hasskamp@kanner-law.com                                    jkwuon@reedsmith.com
                                                             rphillips@reedsmith.com
W. Scott Simmer                                              magrignon@reedsmith.com
Thomas J. Poulin
**SIMMER LAW GROUP PLLC**                                    *Attorneys for Defendants Eli Lilly and*
600 New Hampshire Ave. NW                                    *Company and Lilly USA, LLC*
Suite 10-a
Washington, DC 20037
Tel: (202) 333-4762
Fax: (202) 337-1039
thomas.poulin@simmerlaw.com

*Attorneys for Plaintiff Medical Mutual of Ohio*

*/s/ William F. Cavanaugh, Jr.*

William F. Cavanaugh, Jr. (*pro hac vice*)
Jonah M. Knobler (*pro hac vice*)
Scott C. Caplan (*pro hac vice*)
**PATTERSON BELKNAP WEBB
& TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pbwt.com
jknobler@pbwt.com
scaplan@pbwt.com

*Attorneys for Defendants AbbVie, Inc., Abbott
Laboratories, and Abbott Products, Inc.*

*/s/ Ronald Johnson, Jr.*

Chris A. Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Tel: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Trent B. Miracle
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Tel: (618) 259-2222
Fax: (618) 259-2252
tmiracle@simmonsfirm.com

Ronald Johnson, Jr.
**SCHACHTER, HENDY & JOHNSON PSC**
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
rjohnson@pschachter.com

*MDL Co-Lead Counsel*

*/s/ Andrew K. Solow*

William Hoffman (*pro hac vice*)
**KAYE SCHOLER LLP**
The McPherson Building
901 Fifteenth Street, NW
Washington, DC  20005-2327
Tel: (202) 682-3550
Fax: (202) 414-0355
william.hoffman@kayescholer.com

Andrew K. Solow (*pro hac vice*)
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY  10022
Tel:  (212) 836-7740
Fax:  (212) 836-6776
andrew.solow@kayescholer.com

*Attorneys for Defendant Endo
Pharmaceuticals, Inc.*

/s/ Thomas J. Sullivan
James D. Pagliaro (*pro hac vice*)
Thomas J. Sullivan (*pro hac vice*)
Ezra D. Church (*pro hac vice*)
**MORGAN, LEWIS & BROCKIUS LLP**
1701 Market Street
Philadelphia, PA  19103
Tel:  (215) 963-5000
Fax:  (215) 963-5001
jpagliaro@morganlewis.com
tsullivan@morganlewis.com
echurch@morganlewis.com

Tinos Diamantatos
**MORGAN, LEWIS & BROCKIUS LLP**
77 West Wacker Dr., Ste. 500
Chicago, IL  60601
Tel:  (312) 324-1780
Fax:  (312) 324-1001
tdiamantatos@morganlewis.com

*Attorneys for Defendant*
*Auxilium Pharmaceuticals, Inc.*

/s/ Robert W. Sparkes, III
James W. Matthews (*pro hac vice*)
Robert W. Sparkes, III (*pro hac vice*)
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tel: (617) 261-3100
Fax: (617) 261-3175
james.matthews@klgates.com
robert.sparkes@klgates.com

Joseph P. Thomas
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Tel: (513) 698-5000
Fax: (513) 698-5001
jthomas@ulmer.com

*Attorneys for Defendants Actavis, Inc., Actavis*
*Pharma, Inc., Watson Pharmaceuticals, Inc.,*
*& Watson Laboratories, Inc.*

- 5 -

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2015, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which sent notification of such filing to all

registered attorneys of record.


*/s/ David E. Stanley*
David E. Stanley
*Attorney for Eli Lilly and Company and*
*Lilly USA, LLC*