IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO ALL CASES | |

**STIPULATION OF AGREEMENT ON EXTENSION OF TIME TO FILE MEMORANDA RELATED TO ESI SEARCH TERMS WITH RESPECT TO DEFENDANT ABBVIE INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the deadline to submit memoranda regarding ESI search terms with respect to Defendant AbbVie Inc. be extended up to and including February 13, 2015.

Respectfully submitted this 2nd day of February, 2015.


*/s/ Trent B. Miracle*
Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

Ronald Johnson, Jr.
SCHACHTER, HENDY & JOHNSON PSC
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
Email: rjohnson@pschacter.com

*/s/ Scott P. Glauberman   (w/ consent)*
Scott P. Glauberman
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Phone: (312) 558-5600
Fax: (312) 558-5700
Email: sglauberman@winston.com

*Counsel for AbbVie Inc.*
*and Abbott Laboratories*

1

Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Counsel*

# CERTIFICATE OF SERVICE

      I hereby certify that on February 2, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ Trent B. Miracle*
                                          Trent B. Miracle
                                          SIMMONS HANLY CONROY
                                          One Court Street
                                          Alton, IL 62002
                                          Phone: (618) 259-2222
                                          Fax: (618) 259-2252
                                          Email: tmiracle@simmonsfirm.com