# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION COORDINATED PRETRIAL PROCEEDINGS | No. 14 C 1748<br>MDL No. 2545 |
| This document applies to:<br>*All Cases* | |

## PLAINTIFFS' EXECUTIVE COMMITTEE'S MOTION TO COMPEL PRODUCTION OF ANALYTIC DATA AND/OR PRODUCTION OF DOCUMENTS RETURNED BY PLAINTIFFS' PROPOSED SEARCH TERMS

Plaintiffs' Executive Committee ("PEC") hereby moves pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure for an order (a) compelling Defendants AbbVie Inc. and Abbott Laboratories, Inc. (together "AbbVie") to produce to the PEC hit counts and responsiveness analytics with respect to Plaintiffs' December 22, 2014 proposal; to negotiate with Plaintiffs in good faith based on the results of such analytics; and to perform, and provide to Plaintiffs, such follow-up analytics as may be necessary in the course of the parties' negotiation of a search protocol; or (b) in the alternative, compelling AbbVie to use Plaintiffs' February 2, 2015 proposed search protocol for the production of certain electronically-stored information.

The grounds for this Motion are set forth in the PEC's Memorandum of Law in Support of Motion to Compel Production of Analytic Data and/or Production of Documents Returned By Plaintiffs' Proposed Search Terms, filed contemporaneously herewith.

Dated: February 13, 2014                Respectfully submitted,

                                   /s/ Trent B. Miracle
                                   Trent B. Miracle
                                   SIMMONS HANLY CONROY
                                   One Court Street
                                   Alton, IL 62002
                                   Phone: (618) 259-2222
                                   Fax: (618) 259-2252
                                   Email: tmiracle@simmonsfirm.com

Ronald Johnson, Jr.
SCHACHTER, HENDY & JOHNSON PSC
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
Email: rjohnson@pschacter.com

Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com

Plaintiffs' Co-Lead Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Trent B. Miracle
Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com