IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: TESTOSTERONE | ) | |
| REPLACEMENT THERAPY | ) | Case No. 14 C 1748 |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2545 |

This document relates to all cases.

## NOTICE OF MOTION

**TO:** All counsel of record

**PLEASE TAKE NOTICE** that on February 20, 2015 at 2:30 p.m., or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge Matthew F. Kennelly or any judge sitting in his stead in Courtroom 2103 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion attached hereto: PSC'S Reply in further Support of Motion to Copmel Discovery from Defendants ABBVIE INC. and ABBOTT LABORATORIES.

Dated: February 17, 2015

*/s/ Trent B. Miracle*
Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2015, this document was filed and distributed to all parties via the ECF/CMF filing system.

*/s/ Trent B. Miracle*
Trent B. Miracle