UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-CV-01748 MDL 2545 |
| This document relates: **All ACTIONS.** | JUDGE MATTHEW F. KENNELLY |

CASE MANAGEMENT ORDER NO. 18A
(Service of Process)

As a supplement and amendment to Case Management Order No. 18, Section II, and effective as of the date this Order is entered, all requests for waiver of service as to Defendant Auxilium Pharmaceuticals, Inc. ("Auxilium") shall be emailed to:

| **Defendant** | **Contact Person & Firm** | **Email address** |
|---|---|---|
| Auxilium | Andrew K. Solow Kaye Scholer LLP | Auxilium-TRTMDL-ServiceWaiver@kayescholer.com |

This Order does not supplement or amend Case Management Order No. 18 in any manner other than to whom requests for waiver of service as to Auxilium should be directed. All other terms of Case Management Order No. 18 shall remain in effect.

**IT IS SO ORDERED**.

_____
**MATTHEW F. KENNELLY**
**UNITED STATES DISTRICT JUDGE**

February 18, 2015

1