# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 114CV01748

Plaintiff/Petitioner:
**IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION**
vs.
Defendant/Respondent:

Received by HPS Process Service & Investigations, Inc. to be served on **D&R Lathian c/o Custodian of Records, 246 Industrial Way West, Eatontown, NJ 07724**. I, _Ralph Bills_, do hereby affirm that on the _9th_ day of _February_, 20_15_ at _9:55_ Am., executed service by delivering a true copy of the Cover Letter; Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Exhibit A; and Case Management Order #8 (Protective Order) in accordance with state statutes in the manner marked below:

(X) REGISTERED AGENT SERVICE: By serving _Scott Miller_
as _VP of Finance_ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as _____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Ralph Bills_

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**HPS Process Service & Investigations, Inc.**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: 2015002198
Ref: 0963-0294

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:14-cv-01748 and MDL No. 2545

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Custodian of Records, O&R Lothian
on *(date)* 2/6/15 .

☒ I served the subpoena by delivering a copy to the named person as follows:
Scott Miller, VP of Finance
on *(date)* 2/9/15 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/9/15

Ralph Biller
*Server's signature*

Ralph Biller - Process Server
*Printed name and title*

Power Processing LLC   344 Daniele Dr.   Ocean, NJ 07712
*Server's address*

Additional information regarding attempted service, etc.: