# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　　　Case Number: 1:14-cv-01748

In Re: Testosterone Replacement Therapy Products Liability Litigation

This document relates to: Medical Mutual of Ohio v. AbbVie, Inc., et al., No. 1:14-cv-008857

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Actavis plc and Anda, Inc.

Pursuant to CMO No. 3, counsel's e-mail address is: robert.sparkes@klgates.com

| | |
|---|---|
| NAME (Type or print) | |
| Robert W. Sparkes, III | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Robert W. Sparkes, III | |
| FIRM | |
| K&L Gates LLP | |
| STREET ADDRESS | |
| State Street Financial Center, One Lincoln Street | |
| CITY/STATE/ZIP | |
| Boston, MA 02111 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| | (617) 261-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐　NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐　APPOINTED COUNSEL ☐ | |