# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Clarence Evans v. Pfizer Inc. and Pharmacia & Upjohn Company LLC<br>Case Number 1:14-cv-07479 | Case No. 1:14-cv-01748<br>MDL No. 2545<br><br>Honorable Matthew F. Kennelly |

**DECLARATION OF CARA D. EDWARDS IN SUPPORT OF
DEFENDANTS PFIZER INC. AND PHARMACIA & UPJOHN COMPANY LLC'S
MOTION TO DISMISS WITH PREJUDICE PURSUANT TO
CASE MANAGEMENT ORDER NO. 9**

I, Cara D. Edwards, hereby declare as follows:

1. I am an attorney with DLA Piper LLP (US), counsel for Defendants Pfizer Inc. and Pharmacia & Upjohn Company LLC (collectively, "Pfizer Defendants") in this Testosterone Replacement Therapy Products Liability Litigation (MDL No. 2545).

2. Plaintiff Clarence Evans ("Plaintiff") filed his Complaint in the Northern District of Illinois on September 26, 2014.[1]

3. Pursuant to Case Management Order No. 9, entered on October 6, 2014 ("CMO 9"), Plaintiff had until December 29, 2014 to serve and produce a completed and executed Plaintiff Fact Sheet ("PFS") to Pfizer Defendants, along with all responsive, non-privileged documents requested in the PFS that are in his or her possession or custody.

4. Plaintiff failed to serve an executed PFS on Pfizer Defendants by December 29, 2014.

---

[1] To date, Defendants Pfizer Inc. and Pharmacia & Upjohn Company LLC have not been served with a Summons and Complaint in the *Evans* case.

5. On January 8, 2015, Pfizer Defendants sent a Warning Letter to Plaintiff's counsel of record, with a courtesy copy via e-mail to Michelle L. Kranz. Attached hereto as Exhibit 1 is a true and correct copy of the Warning Letter and proof of e-mail service to Ms. Kranz.

6. Accordingly, Plaintiff had until February 12, 2015 to serve his PFS. However, as of the execution date of this declaration, Plaintiff still has not provided an executed PFS.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on this 16th day of March, 2015, in New York, New York.

   /s/ Cara D. Edwards   
Cara D. Edwards

# Exhibit 1



DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Cara D. Edwards
cara.edwards@dlapiper.com
T 212.335.4714
F 212.884.8714

January 8, 2015

*VIA E-MAIL*

Samuel M. Wendt
Peter E. Goss
WENDT GOSS, P.C.
1100 Main Street, Suite 2610
Kansas City, MO 64105
swendt@wendtgoss.com
pgoss@wendtgoss.com

John Parisi
David C. DeGreeff
SHAMBER, JOHNSON & BERGMAN
2600 Grand Blvd., Suite 550
Kansas City, MO 64108
jparisi@sjblaw.com
ddegreeff@sjblaw.com

Re: In re Testosterone Replacement Therapy Products Liability Litigation
MDL 2545; N.D.Ill. 1:14-cv-01748
Pertains to Case: Clarence Evans v. Pfizer Inc., et al., Case No. 1:14-cv-07479

## ** WARNING LETTER **

Dear Counsel:

Pursuant to Case Management Order No. 9 ("CMO 9"), the plaintiff in the case identified above was obligated to provide a Plaintiff's Fact Sheet ("PFS"), authorizations for the release of medical and other records, and certain responsive documents (collectively, "the PFS material") by December 29, 2014. This letter serves as Defendants Pfizer Inc. and Pharmacia & Upjohn Company LLC's Warning Letter.

As of this date, we have not received any of the PFS material for this plaintiff. Please provide the PFS, authorizations, and responsive documents within 35 days of this letter (*i.e.*, by February 12, 2015). Otherwise, pursuant to section II.E.2 of CMO 9, Pfizer Inc. and Pharmacia & Upjohn Company LLC will move the Court to dismiss this action with prejudice.



Please let me know if you would like to schedule a telephone call to meet and confer.

Sincerely,

**DLA Piper LLP (US)**

Cara D. Edwards

CDE/jhm

cc: Michelle L. Kranz (PService@toledolaw.com)

# Tamura, Luke

| | |
|---|---|
| **From:** | Tamura, Luke |
| **Sent:** | Thursday, January 08, 2015 7:07 PM |
| **To:** | 'swendt@wendtgoss.com'; 'pgoss@wendtgoss.com'; 'jparisi@sjblaw.com'; 'ddegreeff@sjblaw.com' |
| **Cc:** | Edwards, Cara D.; 'PService@toledolaw.com' |
| **Subject:** | In Re TRT Prods. Liab. Litig. - Evans v. Pfizer Inc., et al. (14-cv-7479) - Warning Letter for Failure to Serve PFS |
| **Attachments:** | 2015.01.08 TRT - Evans, Clarence - PFS Warning Letter.pdf |

SENT ON BEHALF OF CARA EDWARDS

Dear counsel:

Please see attached.

**Cara Edwards**
Partner

**T** +1 212.335.4714
**F** +1 212.884.8714
**M** +1 917.776.1687
**E** cara.edwards@dlapiper.com
My Bio



DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
United States
www.dlapiper.com