IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1: 14-cv-01748 MDL No. 2545 |
| This Document Relates To: *Clarence Evans v. Pfizer Inc.*, et al. Case No. 1:14-cv-07479 | |

## MOTION TO WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, attorney David C. DeGreeff ("DeGreeff") hereby respectfully requests leave to withdraw as attorney of record for plaintiff and that the Court deem him withdrawn from this matter. In support of this motion, DeGreeff state as follows:

1. At the time he entered his appearance for Plaintiff, on or about September 26, 2014, DeGreeff was an attorney with the law firm of Shamberg, Johnson & Bergman, Chtd.

2. DeGreeff has changed firms, and no longer is employed by Shamberg, Johnson & Bergman.

3. Plaintiff remains represented by counsel from the firms Wendt Gross, P.C. and Shamberg, Johnson & Bergman, Chtd.

WHEREFORE, DeGreeff respectfully request this Court grant him leave to withdraw as counsel of record for plaintiff, and deem him withdrawn from this matter.

Dated: March 13, 2015

Respectfully Submitted,

By: /s/ David C. DeGreeff

David C. DeGreeff MO #55019  
WAGSTAFF & CARTMELL LLP  
4704 Grand Ave. #300  
Kansas City, MO 64112  
Phone: 816-701-1100  
ddegreeff@wcllp.com  

**FORMER COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on March 16, 2015 with the Clerk of Court using the CM/ECF system.

/s/ David C. DeGreeff

4853-1429-9170, v. 1