IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No: 1:14-CV-01748<br>MDL No. 2545<br><br>Hon. Judge Matthew F. Kennelly<br><br>THIS DOCUMENT RELATES TO ALL CASES |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2**

Pursuant to Rule 7.1(a) and (b)(1) of the Federal Rules of Civil Procedure, and Local Rule 3.2, Defendant AbbVie Products LLC, improperly named as Abbott Products, Inc., is a non-governmental corporate party and certifies that it is a wholly-owned subsidiary of AbbVie Inc., a publicly-held corporation.

Abbott Products, Inc. was renamed AbbVie Products LLC as part of Abbott Laboratories' 2012 spin-off of its branded pharmaceutical business to AbbVie Inc. Before the spin-off, Abbott Products, Inc. was an indirect wholly-owned subsidiary of Abbott Laboratories.

Dated: March 24, 2015

Respectfully submitted,

/s/ William F. Cavanaugh, Jr.
William F. Cavanaugh, Jr.
Jonah M. Knobler (*pro hac vice*)
Scott C. Caplan (*pro hac vice*)
**PATTERSON BELKNAP WEBB
& TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pbwt.com
jknobler@pbwt.com
scaplan@pbwt.com

*Attorneys for Defendant AbbVie Products, LLC*

7828493v.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2015, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered attorneys of record.

      /s/ William F. Cavanaugh, Jr.
William F. Cavanaugh, Jr.

*Attorney for AbbVie Products LLC*

7828493v.1