# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No: 1:14-CV-01748<br>MDL No: 2545<br><br>Honorable Matthew F. Kennelly<br><br>THIS DOCUMENT RELATES TO ALL CASES |

## DEFENDANT SOLVAY, S.A.'S CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO LOCAL RULE 3.2

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, defendant Solvay, S.A states that it is a corporation that is publicly traded in Europe. Solvay, S.A. has no parent corporation. Solvac, S.A. is the only person or entity owning 5% or more of Solvay, S.A.'s stock.

Dated: March 24, 2015

Respectfully submitted,

*/s/ William F. Cavanaugh, Jr.*
William F. Cavanaugh, Jr.
Jonah M. Knobler (*pro hac vice*)
Scott C. Caplan (*pro hac vice*)
**PATTERSON BELKNAP WEBB**
**& TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pbwt.com
jknobler@pbwt.com
scaplan@pbwt.com

*Attorneys for Defendant Solvay, S.A.*

7828554v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2015, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered attorneys of record.

        /s/ William F. Cavanaugh, Jr.
William F. Cavanaugh, Jr.

*Attorney for Solvay, S.A.*

7828554v.1