**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO ALL CASES | |

**NOTICE OF CORRECTION TO PLAINTIFFS'
MASTER SHORT FORM COMPLAINT**

Pursuant to the Court's direction at the March 20, 2015 Case Management Conference, Plaintiffs hereby provide this *Notice of Correction to Plaintiffs' Master Short Form Complaint*. The corrected Master Short Form Complaint is attached hereto as Exhibit A. Plaintiffs shall also provide the Court an editable version of the Master Short Form Complaint in .pdf format for use on the Court's MDL webpage.

DATED:  March 25, 2015  

Respectfully submitted,

/s/ Trent B. Miracle
Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

Ronald Johnson, Jr.
SCHACHTER, HENDY & JOHNSON PSC
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440

Email: rjohnson@pschacter.com

Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Counsel*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 25, 2015, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                         /s/ Trent B. Miracle
                                         Trent B. Miracle
                                         SIMMONS HANLY CONROY
                                         One Court Street
                                         Alton, IL 62002
                                         Phone: (618) 259-2222
                                         Fax: (618) 259-2252
                                         Email: tmiracle@simmonsfirm.com