# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | : | |
| TESTOSTERONE REPLACEMENT | : | Case No. 1:14-CV-01748 |
| THERAPY PRODUCTS LIABILITY | : | MDL 2545 |
| | : | |
| | : | |
| | : | This Document Relates to: |
| | : | *MT Roche v. Abbvie Inc., et al.* |
| | : | *Case No. 1:14-cv-05657* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff MT Roche and Defendants Abbvie Inc., Abbott Laboratories, and Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.) hereby stipulate and agree that any and all claims asserted by and on behalf of Plaintiff against Defendants in the above-captioned case be and are hereby dismissed with prejudice, and with all costs and fees waived.

Dated March 26, 2015.

Respectfully Submitted,

| | |
|---|---|
| *s/ Dana B. Taschner* | *s/ Jeffrey D. Geoppinger* |
| Dana B. Taschner, Esq. | Joseph P. Thomas, Esq. |
| 2029 Century Park East, Suite 400 | Jeffrey D. Geoppinger, Esq. |
| Los Angeles CA 90067 | ULMER & BERNE LLP |
| (310) 592-4515 | 600 Vine Street, Suite 2800 |
| (310) 552-4885 FAX | Cincinnati, OH 45202 |
| dana@danataschner.com | (513) 698-5000 |
| | (513) 698-5001 FAX |
| ***Attorneys for Plaintiff*** | jthomas@ulmer.com |
| | jgeoppinger@ulmer.com |
| | |
| | ***Counsel for Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.)*** |

*s/ Hope Freiwald*
Hope Freiwald, Esq.
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000
(215) 994-2222
hope-freiwald@dechert.com

***Counsel for Defendants AbbVie Inc. and Abbott Laboratories***

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2015 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record.

*s/ Jeffrey D. Geoppinger*