**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Clarence Evans v. Pfizer Inc. and Pharmacia & Upjohn Company LLC<br>Case Number 1:14-cv-07479 | Case No. 1:14-cv-01748<br>MDL No. 2545<br><br>Honorable Matthew F. Kennelly |

**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS WITH PREJUDICE
PURSUANT TO
<u>CASE MANAGEMENT ORDER NO. 9</u>**

Pursuant to Case Management Order No. 9 (Plaintiff Fact Sheets and Records Authorizations), on March 16, 2015, Defendants Pfizer Inc. and Pharmacia & Upjohn Company LLC (collectively, "Pfizer Defendants") moved this Court for entry of an Order dismissing with prejudice the claims of Plaintiff Clarence Evans ("Plaintiff") for Plaintiff's failure to complete and serve an executed Plaintiff Fact Sheet.

Please take notice that on April 1, 2015, Plaintiff served a complete and executed Plaintiff Fact Sheet on Pfizer Defendants.

WHEREFORE Pfizer Defendants hereby withdraw without prejudice their Motion to Dismiss, brought on by Motion dated and filed in this Court on March 16, 2015 (Doc. No. 5).


Dated: April 2, 2015

Respectfully submitted,

*/s/ Cara D. Edwards*

Loren H. Brown
Cara D. Edwards
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104

1

(212) 335-4500
loren.brown@dlapiper.com
cara.edwards@dlapiper.com

Matthew A. Holian
Jessica C. Wilson
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6009
matt.holian@dlapiper.com
jessica.wilson@dlapiper.com

*Attorneys for Defendants Pfizer Inc. and
Pharmacia & Upjohn Company LLC*

3

**CERTIFICATE OF SERVICE**

I, Cara D. Edwards, hereby certify that on the 2nd of April, 2015, the foregoing Defendants Pfizer Inc. and Pharmacia & Upjohn Company LLC's Notice of Withdrawal of Motion to Dismiss With Prejudice Pursuant to Case Management Order No. 9 was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record. A courtesy copy was also served via e-mail to Michelle L. Kranz at Pservice@toledolaw.com.

>           */s/ Cara D. Edwards*
>              Cara D. Edwards