

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME: Corey G. Lorenz

FIRM: Wexler Wallace LLP

STREET ADDRESS: 55 W. Monroe Street, Suite 3300

CITY/STATE/ZIP: Chicago, IL, 60603

PHONE NUMBER: 312-346-2222

E-MAIL ADDRESS: cgl@wexlerwallace.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6306785

If you have previously filed an appearance with this Court using a different name, enter that name: Corey G. Raines

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 14CV01748 | In re: Testosterone Replacement Therapy Products Liability Litigation | Hon. Judge Kennelly |
| 14CV01826 | LaRoche v. AbbVie, Inc. et al | Hon. Judge Kennelly |
| 14CV05057 | Neal v. AbbVie, Inc. et al | Hon. Judge Kennelly |
| 14CV08327 | Furman v. AbbVie, Inc. et al | Hon. Judge Kennelly |
| 14CV05058 | Florez v. AbbVie, Inc. et al | Hon. Judge Kennelly |
| | | |

_____
Attorney's Signature

4/16/15
Date