**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document Relates to All Cases | Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |

**JOINT AGENDA**
**FOR APRIL 21, 2015 CASE MANAGEMENT CONFERENCE**

The Court directed counsel to file a proposed joint agenda for the April 21, 2015 case management conference and provided the following conference call number. Anyone may listen to the conference by calling (888) 684-8852, passcode 7461053. Callers will not be able to speak at the conference.

The parties submit the following agenda

    I.    Proposed Amendments to Master Complaint and CMO 18

    II.    Defendants' Statement Regarding Outstanding Plaintiff Fact Sheet Issues

    III.    Status of negotiations on Plaintiffs' Interrogatories and Adverse Event Database production

    IV.    Report on search term negotiations

    V.    Plaintiffs' Statement Regarding Status of other pending discovery matters due from Defendants

    VI.    Non-AbbVie Core Defendants

    VII.    AbbVie Statement on Production of Non-Custodial Files

    VIII.    State/federal coordination

IX. ANDA motions to dismiss

Dated: April 16, 2015							Respectfully submitted,

*/s/ Trent B. Miracle*
Trent B. Miracle
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
tmiracle@simmonsfirm.com

*Plaintiffs' Co-Lead Counsel*

Ronald Johnson, Jr.
**SCHACHTER, HENDY & JOHNSON PSC**
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
rjohnson@pschachter.com

*Plaintiffs' Co-Lead Counsel*

Christopher A. Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Counsel*

David M. Bernick
**DECHERT LLP**
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
david.bernick@dechert.com

Hope S. Freiwald
**DECHERT LLP**
Cira Center

2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2514
Fax: (215) 994-2222
hope.freiwald@dechert.com

*Attorney for AbbVie Inc. and Abbott Laboratories*

David E. Stanley
Janet H. Kwuon
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000
dstanley@reedsmith.com
jkwuon@reedsmith.com


*Attorneys for Eli Lilly and Company and Lilly USA LLC*

Andrew K. Solow
**KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 836-7740
Fax: (212) 836-6776
andrew.solow@kayescholer.com

Pamela J. Yates
**KAYE SCHOLER LLP**
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Tel: (310) 788-1278
Fax: (310) 788-1200
pamela.yates@kayescholer.com

*Attorneys for Endo Pharmaceuticals Inc. and Auxilium Pharmaceuticals, Inc.*

Loren H. Brown
Cara D. Edwards
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 335-4500

3

Fax: (212) 335-4501
loren.brown@dlapiper.com
cara.edwards@dlapiper.com

Matthew A. Holian
Jessica C. Wilson
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Phone: (617) 406-6000
Fax: (617) 406-6001
Email: matt.holian@dlapiper.com
Email: jessica.wilson@dlapiper.com

*Attorneys for Pfizer Inc. and Pharmacia & Upjohn Company LLC*

Joseph P. Thomas
Jeffrey F. Peck
K.C. Green
Jeffrey D. Geoppinger
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Fax: (513) 698-5001
E-mail: jthomas@ulmer.com

*Attorneys for Actavis, Inc., Actavis Pharma, Inc., Anda, Inc., Watson Laboratories, Inc., a Nevada corporation, and Watson Laboratories, Inc., a Delaware corporation*

James W. Matthews (*pro hac vice*)
Robert W. Sparkes, III (*pro hac vice*)
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3100
Fax: (617) 261-3175
E-mail: james.matthews@klgates.com
E-mail: robert.sparkes@klgates.com

*Attorneys for Defendants Actavis plc, Actavis, Inc., Actavis Pharma Inc., Watson Pharmaceuticals, Inc., Watson Laboratories, Inc. and Anda, Inc. in connection with <u>Medical Mutual of Ohio v. AbbVie Inc., et al.</u>*

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 16, 2015, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                    */s/ Trent B. Miracle*