IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:  TESTOSTERONE | ) | |
| REPLACEMENT THERAPY | ) | Case No. 1:14-cv-01748 |
| PRODUCTS LIABILITY LITIGATION | ) | MDL 2545 |
| | ) | |
| **This Document Relates To:** | ) | |
| *Jay Joseph Accardo v. AbbVie Inc. and* | ) | |
| *Abbott Laboratories, Inc.* | ) | |
| Case No. *1:15-cv-00712* | ) | |

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Jay Joseph Accardo, represented by undersigned counsel, respectfully requests that as Plaintiff, he be allowed to amend his complaint. In support of this Motion, Jay Joseph Accardo states as follows:

1. Jay Joseph Accardo's legal spouse is Darlene Accardo.

2. Darlene Accardo wishes to pursue a Loss of Consortium claim in this matter.

3. Plaintiff's Counsel has conferred with Defendants, and consent to this Motion has been obtained.

For the foregoing reasons, Jay Joseph Accardo respectfully requests that this Court grant this Motion allowing him to amend his Complaint in the above-captioned case.

Dated:  04/23/2015                  Respectfully Submitted,

/s/ *Blake G. Tanase*
Blake G. Tanase
**FERRER, POIROT & WANSBROUGH**
2603 Oak Lawn Ave., Suite 300
Dallas, TX 75219-9109
(800) 521-4492 Telephone
(866) 513-0115 Facsimile


*Plaintiff's Counsel*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on 04/23/2015, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties by operation of the Court's electronic filing system.

                                            /s/ *Blake G. Tanase*
                                            Blake G. Tanase