**EXHIBIT A:**
**INDIVIDUAL COMPLAINTS INVOLVING ANDA MEDICATIONS**

| Case Caption | Case Number |
|---|---|
| *Timothy Miles v. Auxilium Pharmaceuticals, Inc.* | 1:14-cv-01017 |
| *Timothy and Salisay Nickels v. Auxilium Pharmaceuticals, Inc., Endo Pharmaceuticals Inc., and GlaxoSmith Kline, LLC* | 1:14-cv-03482 |
| *Larry Hines v. Pharmacia & Upjohn Company Inc. and Pfizer, Inc.* | 1:14-cv-03622 |
| *Ronald W. Husted v. AbbVie, Inc., Abbott Laboratories., and Auxilium Pharmaceuticals, Inc.* | 1:14-cv-04259 |
| *Michael Johnson v. Pfizer, Inc.* | 1:14-cv-04526 |
| *Donald G. Woodard v. Pfizer, Inc., Pharmacia & Upjohn Co.* | 1:14-cv-04529 |
| *Rodney Guilbeau and Catina Guilbeau v. Abbott Laboratories, Inc., AbbVie Inc. and Pfizer, Inc.* | 1:14-cv-04531 |
| *Daniel Duffy, Jr. and Tonya Duffy, H/W v. Pfizer, Inc. and Pharmacia & Upjohn Co.* | 1:14-cv-04533 * |
| *Richard M. Wlodarczyk v. Pfizer, Pharmacia & Upjohn Co* | 1:14-cv-04542 |
| *Gail Allegar, Individually and as Personal Representative for the Estate of George W. Allegar, III v. Pfizer Inc.; Paddock Laboratories, Inc.* | 1:14-cv-04546 |
| *David Kozak v. Pfizer, Inc., Pharmacia & Upjohn Company Inc., Pfizer Holdings International Corporation, Pfizer Holdings Americas Corporation, Wyeth Holdings LLC, Pharmacia LLC, Pharmacia & Upjohn, LLC, Pharmacia & Upjohn Company LLC, Actavis Inc., Watson Laboratories Inc, a Delaware Corporation, Actavis PLC, Actavis Pharma Inc., Watson Laboratories Inc, a Nevada Corporation, Anda Inc,, Eli Lilly and Company, Lilly USA LLC, Acrux Limited, and Fagron Inc.* | 1:14-cv-04548 * |
| *Walter McGill and Donna McGill, h/w v. Actavis, Inc., Watson Pharmaceuticals, Inc., Pfizer, Inc. and Pharmacia & Upjohn Co.* | 1:14-cv-04552 |
| *Benjamin Lewis Amerson, Jr. and Rhonda Amerson v. Abbott Laboratories, Inc., AbbVie Inc., Auxilium Pharmaceuticals, Inc. and Pfizer, Inc.* | 1:14-cv-04554 |
| *Douglas W. Slye v. Pfizer, Inc.* | 1:14-cv-04619 |
| *Sharron Warrix, Individually and as Administrator of the Estate of Kenneth Warrix v. Pfizer, Inc. and Pharmacia & Upjohn Co.* | 1:14-cv-05003 |
| *Benjamin Rucker Betty, IV v. Pfizer, Inc., Pharmacia & Upjohn Company, LLC and Does 1-25, et al.* | 1:14-cv-05006 |
| *Benjamin Weathers v. Pfizer Inc.* | 1:14-cv-05368 |
| *Abner Daniels v. Pfizer Inc.* | 1:14-cv-05369 |
| *Mitchell Sobley v. Pfizer, Inc., Actavis, Inc., Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc.* | 1:14-cv-05370 |

## EXHIBIT A:
## INDIVIDUAL COMPLAINTS INVOLVING ANDA MEDICATIONS

| Case Caption | Case Number |
| --- | --- |
| *Robert Campbell vs. Pharmacia & Upjohn Company Inc. and Pfizer Inc.* | 1:14-cv-06289 * |
| *Marvin O'Mary v. Auxilium Pharmaceuticals, Inc., and Does 1-50.* | 1:14-cv-06320 |
| *Gonzalo Menendez and Kristie Menendez, h/w v. Pfizer Inc.* | 1:14-cv-06321 |
| *Robert L. Humble v. AbbVie, Inc., Abbott Laboratories, Inc., Auxilium Pharmaceuticals, Inc. and Does 1-50 Inclusive.* | 1:14-cv-06324 |
| *Robert Hammerman v. Pfizer, Inc. and Pharmacia & Upjohn* | 1:14-cv-06382 |
| *Sandra R. Garner, Individually and as Surviving Spouse of Gary Alan Garner, The Estate of Gary Alan Garner v. Auxilium Pharmaceuticals, Inc.; Actavis Inc.; Pfizer Inc.* | 1:14-cv-06383 |
| *Wanda D. Smith, as Surviving Spouse and as Personal Representative of the Estate of Walter Lewis Smith, deceased v. Pfizer, Inc., a Delaware Corporation; Pharmacia & Upjohn, LLC Corporation, a Delaware Corporation* | 1:14-cv-06394 * |
| *Gregory Fields v. Pfizer Inc.* | 1:14-cv-06405 * |
| *David Williams and Darrell Mulvaney v. Pfizer, Inc., and Pharmacia & Upjohn, Co. and Watson Pharmaceuticals, Inc.* | 1:14-cv-06486 * |
| *Raymond Roark and Georgette Roark v. Pharmacia & Upjohn Company Inc. and Pfizer Inc.* | 1:14-cv-06665 |
| *Cheryl Cunningham, individually and as representative of the deceased, Ronald Parker, Jr. v. AbbVie Inc., Abbott Laboratories Inc., and Pfizer, Inc.* | 1:14-cv-06723 |
| *Thomas Burnejko and Yamira Burnejko v. AbbVie Inc., Abbott Laboratories Inc., and Pfizer, Inc.* | 1:14-cv-06811 |
| *Valerie Beth Kingery on behalf of The Estate of Randy Freeman Kingery, Deceased and Valerie Beth Kingery v. Pharmacia & Upjohn Company Inc. and Pfizer, Inc.* | 1:14-cv-06814 |
| *Scott E. Lay, as Personal Representative and Administrator of the Estate of Jackie D. Lay, deceased, and Michelle Lay, Individually v. Pfizer Inc., a Delaware Corporation; Pharmacia and Upjohn, LLC Corporation, a Delaware Corporation* | 1:14-cv-06860 |
| *Carl E. Rackley and Shirley Rackley, Individually v. Pfizer Inc., A Delaware Corporation; Pharmacia and Upjohn, LLC Corporation, a Delaware Corporation* | 1:14-cv-06904 |
| *Roger Wisdom v. Auxilium Pharmaceuticals, Inc., AbbVie, Inc. and Abbott Laboratories.* | 1:14-cv-06916 |
| *Irene Lunsford, Individually and as Administratrix of the Succession of Charles E. Lunsford v. Pfizer, Inc. and Pharmacia & Upjohn Co.* | 1:14-cv-06918 * |

## EXHIBIT A:
## INDIVIDUAL COMPLAINTS INVOLVING ANDA MEDICATIONS

| Case Caption | Case Number |
|---|---|
| *Paul Roger Carnahan vs. Pfizer, Inc.; Pharmacia Corp.; Pharmacia & Upjohn Co.; Pharmacia & Upjohn Co, LLC; and Does 1-50 Inclusive* | 1:14-cv-06922 |
| *Tim Yttrie v. Pfizer, Inc.* | 1:14-cv-06936 * |
| *George Phillips v. Pfizer, Inc., Pharmacia and Upjohn Company, L.L.C.* | 1:14-cv-07158 |
| *Reginald M. Brannan, Individually and Sylvia Ann Brannan, Individually v. Pfizer, Inc., a Delaware Corporation; Pharmacia and Upjohn, LLC Corporation, a Delaware Corporation* | 1:14-cv-07316 |
| *Melody K. Sellers, as Personal Representative of the Estate of Joseph Duran Sellers, deceased v. Pfizer, Inc. and Pharmacia and Upjohn, LLC.* | 1:14-cv-07375 |
| *Clyde W. Keller v. AbbVie Inc.; Abbott Laboratories, Inc.; Actavis, PLC; Actavis, Inc. F/K/A Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; Individually and as Subsidiary to Actavis, Inc.; Anda Inc., Individually and as Subsidiary to Actavis, Inc, McKesson Corporation; Pfizer, Inc. and Pharmacia & Upjohn Company, LLC, a division of Pfizer, Inc.* | 1:14-cv-07380 |
| *Patricia Pounders, Individually and as Widow and representative of the deceased, Humbert D. Pounders, and the Estate of Humbert D. Pounders v. Pfizer Inc., Pharmacia and Upjohn, LLC, Paddock Laboratories, Inc., Perrigo Company, PLC* | 1:14-cv-07419 |
| *Clarence Evans v. Pfizer Inc., and Pharmacia & Upjohn Company LLC* | 1:14-cv-07479 |
| *Roger Hull v. AbbVie Inc.; Abbott Laboratories Inc., Pharmacia & Upjohn Company LLC and Pfizer Inc.* | 1:14-cv-07481 |
| *Fred Syree v. Pfizer, Inc.; and Pharmacia & Upjohn Co.* | 1:14-cv-07547 |
| *Peter John Armstrong v. Pfizer, Inc., and Pharmacia & Upjohn, Co. and Watson Pharmaceuticals, Inc.* | 1:14-cv-07550 * |
| *Claudia Hayes, Individually and as Surviving Spouse of Samuel Hayes; The Estate of Samuel Hayes v. Actavis, Inc.; Watson Pharmaceuticals, Inc., Pfizer, Inc.* | 1:14-cv-07713 |
| *Gerald Boddie v. AbbVie Inc., Abbott Laboratories Inc., Pharmacia & Upjohn Company, LLC, and Pfizer Inc.* | 1:14-cv-07924 |
| *Bobby J. Martin v. Pfizer, Inc., Pharmacia and Upjohn LLC, AbbVie Inc., and Abbott Laboratories, Inc.* | 1:14-cv-08016 |
| *Charles Wayne Mantooth v. Pfizer, Inc. and Pharmacia and Upjohn, LLC* | 1:14-cv-08018 |

## EXHIBIT A:
## INDIVIDUAL COMPLAINTS INVOLVING ANDA MEDICATIONS

| Case Caption | Case Number |
|---|---|
| *James Duchok v. Auxilium Pharmaceuticals, Inc., Jane Doe Distributors., John Doe Drug Company Defendants (1-50)., Jane Doe drug Distributor Defendants (1-50); and Jill Doe (1-50).* | 1:14-cv-08027 |
| *Alvaro Roman Gutierrez and Yamileth D. Gutierrez, h/w v. Pharmacia & Upjohn Co., Pharmacia LLC, Pfizer Inc., Perrigo Company, and Paddock Laboratories Inc.* | 1:14-cv-08028 |
| *Anthony DiFalco and Elaine DiFalco v. Pfizer, Inc., Pharmacia & Upjohn Company, LLC* | 1:14-cv-08065 |
| *Gerald Meitner and Charlotte Meitner, husband and wife v. Pfizer, Inc.; Endo Pharmaceuticals, Inc. and Endo International PLC* | 1:14-cv-08134 |
| *Robert G. Kocak v. Actavis, Inc.; Watson Pharmaceuticals, Inc.; and Pfizer Inc.* | 1:14-cv-08165 |
| *Ronald J. Adams and Jennifer S. Adams v. Actavis, Inc.; Watson Pharmaceuticals, Inc. and Pfizer, Inc.* | 1:14-cv-08171 |
| *Stephen Buffkin v. AbbVie, Inc., Abbott Laboratories, Inc., Watson Laboratories, Actavis Pharma, Inc., Pfizer, Inc., and Pharmacia & Upjohn Company* | 1:14-cv-08221 |
| *William Todd Dorton and Karen Dorton v. Pfizer Inc.* | 1:14-cv-08301 |
| *David M. Tillman and Anita J. Tillman vs. AbbVie, Inc.; Abbott Laboratories, Inc.; Eli Lilly and Company; and Pfizer, Inc.* | 1:14-cv-08375 |
| *Jerry Austin v. Pfizer Inc., Pharmacia & Upjohn Company Inc., and Auxilium Pharmaceuticals, Inc., and GlaxoSmithKline LLC* | 1:14-cv-08412 |
| *Wade Pierce v. Pfizer, Inc.; Pharmacia Corp.; Pharmacia & Upjohn Co.; Pharmacia & Upjohn Co, LLC; and Does 1-50 Inclusive* | 1:14-cv-08414 |
| *Janie M. Solomon, individually and as Surviving Spouse of Charles R. Solomon, deceased v. Pfizer, Inc and Pharmacia & Upjohn Company, LLC* | 1:14-cv-08523 |
| *Rex M. Ashby v. Pfizer, Inc and Pharmacia & Upjohn Company, LLC* | 1:14-cv-08596 |
| *Steven Boyd and Elizabeth Boyd v. Auxilium Pharmaceuticals Inc., Eli Lilly and Company, Lilly USA LLC, Pharmacia & Upjohn Company Inc. and Pfizer Inc.* | 1:14-cv-08627 |
| *William Valentine and Carla Valentine, husband and wife, v. AbbVie Inc., Abbott Laboratories, Inc., Eli Lilly and Company, Lilly USA, LLC and Pfizer, Inc.* | 1:14-cv-08710 |
| *William Grimes v. Actavis, Inc., Pfizer, Inc., Pharmacia & Upjohn, Co. and Watson Pharmaceuticals, Inc.* | 1:14-cv-08715 |
| *Kenneth W. Walker, Jr. v. Pfizer, Inc. and Pharmacia and Upjohn, LLC* | 1:14-cv-08727 |

**EXHIBIT A:**
**INDIVIDUAL COMPLAINTS INVOLVING ANDA MEDICATIONS**

| Case Caption | Case Number |
| --- | --- |
| *James Glover and Carol Glover v. Pfizer, Inc., a Delaware Corporation; Pharmacia and Upjohn, LLC and Auxilium Pharmaceuticals, Inc.* | 1:14-cv-08730 |
| *Billy E. Roberts, Sr., Deceased by Kathryn Roberts Coleman, as Administrator v. AbbVie Inc., Abbott Laboratories, Inc., Actavis, Inc., Actavis Pharma, Inc., Anda, Inc., Watson Laboratories, Inc., and Does 1-25 inclusive* | 1:14-cv-08738 |
| *Elmon Burton and Ellen Burton v. Eli Lilly and Company, Lilly USA, Inc., and Auxilium Pharmaceuticals, Inc.* | 1:14-cv-08739 |
| *Jack Murray and Paige Murray v. AbbVie Inc., Abbott Laboratories, Inc., Pfizer Inc., and Pharmacia & Upjohn Company Inc.* | 1:14-cv-08742 |
| *Leon Binion v. Pfizer Inc., and Pharmacia & Upjohn Company LLC* | 1:14-cv-08750 |
| *Rickey Majesty, Sr. and Johnelle Majesty, h/w v. Pfizer, Inc., Pharmacia & Upjohn Company, L.L.C.* | 1:14-cv-08780 |
| *Gregory Worsham and Melissa Worsham, h/w v. Pfizer, Inc., Pharmacia & Upjohn Company, L.L.C.* | 1:14-cv-08810 |
| *Leo Valdiserri v. Pfizer Inc., and Pharmacia & Upjohn Company LLC* | 1:14-cv-08847 |
| *Irvin Anderson and Lorraine Anderson v. Pfizer, Inc., Pharmacia & Upjohn Company, L.L.C., AbbVie, Inc., and Abbott Laboratories, Inc.* | 1:14-cv-08865 * |
| *Alvin Craft v. Pfizer, Inc., Pharmacia & Upjohn Company, L.L.C., AbbVie, Inc., and Abbott Laboratories, Inc.* | 1:14-cv-08866 * |
| *Burton Welch v. Pfizer, Inc., Pharmacia & Upjohn Company, L.L.C.* | 1:14-cv-08868 |
| *Henry Guidry v. Pfizer, Inc., Pharmacia & Upjohn Company, L.L.C., AbbVie, Inc., and Abbott Laboratories, Inc.* | 1:14-cv-08871 |
| *Richard Strickland and Mary Strickland v. Pfizer, Inc., Pharmacia & Upjohn Company, L.L.C., AbbVie, Inc., and Abbott Laboratories, Inc.* | 1:14-cv-08888 |
| *Frances Metz on behalf of The Estate Of Donald Metz, deceased, and Frances Metz, individually v. Pharmacia & Upjohn Company Inc., Pfizer Inc., AbbVie Inc., Abbott Laboratories Inc., Auxilium Pharmaceuticals Inc., Endo Pharmaceuticals Inc., Eli Lilly And Company, and Lilly USA LLC,* | 1:14-cv-08900 |
| *Harold C. Perritt v. Pfizer, Inc.* | 1:14-cv-08903 |
| *Reavis and Betty Rose v. AbbVie, Inc., Abbott Laboratories, Inc., Eli Lilly & Company, Lilly USA, Inc., Pfizer, Inc. and Pharmacia & Upjohn Company* | 1:14-cv-08905 |
| *Charles & Clare Banzhof v. Auxilium Pharmaceuticals, Inc., Actavis, Inc., Pfizer, Inc. and Pharmacia & Upjohn Company* | 1:14-cv-08908 |

## EXHIBIT A:
## INDIVIDUAL COMPLAINTS INVOLVING ANDA MEDICATIONS

| Case Caption | Case Number |
|---|---|
| *Edgar Hayes and Mildred Hayes v. Pfizer Inc., a Delaware Corporation; Pharmacia and Upjohn, LLC* | 1:14-cv-08910 |
| *James Barrett v. Pfizer, Inc.* | 1:14-cv-08912 |
| *Brenton Nelson and Karen Nelson v. Pfizer Inc., a Delaware Corporation; and Pharmacia and Upjohn, LLC* | 1:14-cv-08914 |
| *Kevin Raper v. Auxilium Pharmaceuticals, Inc.* | 1:14-cv-08918 |
| *Robert W. Summers v. Abbott Laboratories, Inc.; AbbVie, Inc., Auxilium Pharmaceuticals, Inc.; Pfizer, Inc., Paddock Laboratories Inc.; Watson-Actavis Pharmaceuticals, and John Doe Drug Company 1-5* | 1:14-cv-08926 |
| *Stanley Ondricek & Earllyn Ondricek v. Pfizer, Inc.* | 1:14-cv-08935 |
| *Richard F. Schulte and Mary M. Schulte v. AbbVie Inc., Abbott Laboratories Inc., and Pfizer, Inc.* | 1:14-cv-08962 |
| *Janice Gwin for the Estate of Ronald Gwin v. Pfizer Inc., and Pharmacia & Upjohn Company, LLC* | 1:14-cv-08972 * |
| *Charles Claypool v. Pfizer Inc.* | 1:14-cv-08974 |
| *Jerry B. Rickles v. Pfizer, Inc.* | 1:14-cv-09098 |
| *Joe Arline v. AbbVie, Inc., Abbott Laboratories, Inc., and John Does 1-20* | 1:14-cv-09139 * |
| *Brian M. Webber v. Auxilium Pharmaceuticals, Inc., AbbVie Inc.; Abbott Laboratories, Inc., Actavis, Plc; Actavis, Inc. formerly known as Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc., Individually and as Subsidiary to Actavis, Inc.; and Anda, Inc., Individually and as Subsidiary to Actavis, Inc.* | 1:14-cv-09142 |
| *Donald Bland v. Pfizer, Inc., a Delaware Corporation; Pharmacia and Upjohn, LLC* | 1:14-cv-09162 |
| *Tomas Cantu and Patricia Cantu v. Pfizer, Inc., Pharmacia & Upjohn Company, L.L.C.* | 1:14-cv-09187 |
| *Daniel B. Smith v. Pfizer, Inc.; Pharmacia & Upjohn Company, Inc.* | 1:14-cv-09195 |
| *Oliver Harrell O'Quinn v. Pfizer, Inc., Pharmacia & Upjohn Company, Inc., Actavis PLC; and Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.* | 1:14-cv-09209 |
| *Glenn Fultz v. Pfizer Inc.* | 1:14-cv-09229 |
| *Prentiss Blaylock and Ladiner Blaylock v. Pfizer Inc. and Pharmacia & Upjohn Company Inc.* | 1:14-cv-09259 |
| *Donald Loisel, Sr. And Mona Loisel v. AbbVie, Inc., Abbott Laboratories, Inc., And Auxilium Pharmaceuticals, Inc.,* | 1:14-cv-09306 |
| *Steven Hebert and Linda Hebert, h/w v. Auxilium Pharmaceuticals, Inc., and Pfizer Inc.* | 1:14-cv-09321 * |

## EXHIBIT A:
## INDIVIDUAL COMPLAINTS INVOLVING ANDA MEDICATIONS

| Case Caption | Case Number |
|---|---|
| *Chester Richardson and Janet Richardson, husband and wife v. Pfizer, Inc.* | 1:14-cv-09345 |
| *Cecil McCoy and Shelvy Jean McCoy v. Pfizer, Inc., Pharmacia & Upjohn Co., Eli Lilly and Company, and Lilly USA, LLC* | 1:14-cv-09352 |
| *Leon Taylor v. AbbVie, Inc., Abbott Laboratories, Inc., Watson Laboratories, Actavis Pharma, Inc., Pfizer, Inc., and Pharmacia Upjohn Company* | 1:14-cv-09375 |
| *Charles Riddick and Michelle Riddick v. Pfizer Inc. and Pharmacia & Upjohn Company Inc.* | 1:14-cv-09385 |
| *Patrick H. Bush and Patricia R. Bush v. Pfizer, Inc.; Actavis, Inc. and Watson Pharmaceuticals, Inc.* | 1:14-cv-09389 |
| *Robert E. McGill v. Pfizer, Inc. and Pharmacia & Upjohn Co.* | 1:14-cv-09406 |
| *Mohamed Mahrous and Donna Mahrous v. Auxilium Pharmaceuticals, Inc.* | 1:14-cv-09431 |
| *Margaret Millom, Individually and as the Personal Representative of the Estate of Bjorn Millom v. Pfizer Inc., and Pharmacia & Upjohn Company, LLC.* | 1:14-cv-09492 |
| *Thomas Bills And Joyce Bills V. Abbott Laboratories Inc., AbbVie Inc., and Auxilium Pharmaceuticals, Inc.* | 1:14-cv-09497 |
| *Richard Bray V. Auxilium Pharmaceuticals, Inc., and Does 1-50 Inclusive* | 1:14-cv-09502 |
| *Willie Cooper v. Abbott Laboratories, Inc., AbbVie Inc., Watson Laboratories., Actavis Inc., Actavis Pharma Inc., and Auxilium Pharmaceuticals, Inc.* | 1:14-cv-09508 |
| *Shirley Joyner, Individually and as Personal Representative for the Estate of Alexander Joyner v. Pfizer Inc. and Paddock Laboratories, Inc.* | 1:14-cv-09590 |
| *Barry Boles v. Pfizer, Inc. and Pharmacia and Upjohn, LLC* | 1:14-cv-09659 |
| *Dwight Wyers v. Pfizer, Inc. and Pharmacia and Upjohn, LLC* | 1:14-cv-09660 |
| *Michael Murray v. Endo Pharmaceuticals, Inc., AbbVie Inc., Abbott Laboratories, Inc., Pfizer Inc., Actavis, Inc., Watson Pharmaceuticals, Inc., Watson Laboratories, Inc.* | 1:14-cv-09663 * |
| *David Hauser and Francine Hauser v. Auxilium Pharmaceuticals, Inc., Pfizer, Inc., and Pharmacia & Upjohn Company, LLC.,* | 1:14-cv-09817 |
| *Michael Crabtree and Kristen Crabtree v. Pfizer Inc., Pharmacia & Upjohn LLC, Endo Pharmaceuticals, Inc., and Endo International, PLC* | 1:14-cv-09892 |
| *Timmy R. Hyde v. Pfizer, Inc. and Pharmacia & Upjohn Co.* | 1:14-cv-09959 |

## EXHIBIT A:
## INDIVIDUAL COMPLAINTS INVOLVING ANDA MEDICATIONS

| Case Caption | Case Number |
| --- | --- |
| *Darnell Rowe and Nadine Rowe v. Pfizer, Inc.; Actavis, Inc. and Watson Pharmaceuticals, Inc.* | 1:14-cv-09999 |
| *Robert Ham and Audrey Ham v. Paddock Laboratories, Inc., Perrigo Company, PLC, AbbVie, Inc.; Abbott Laboratories, Inc. and Pfizer, Inc.* | 1:14-cv-10011 |
| *Joseph Machak v. Pfizer Inc., and Pharmacia & Upjohn Company LLC* | 1:14-cv-10020 |
| *John Sonnier and Billie Jo Sonnier v. Pfizer, Inc., Pharmacia & Upjohn Company, L.L.C.* | 1:14-cv-10051 |
| *Richard Meyer v. Pfizer, Inc.* | 1:14-cv-10068 |
| *Robert Champeau v. Pfizer, Inc.* | 1:14-cv-10074 |
| *Larry Manning and Sara Manning, husband and wife v. Pfizer, Inc.* | 1:14-cv-10097 |
| *Larry Settle v. Pfizer, Inc.* | 1:14-cv-10122 |
| *Ronald E. Cowell v. Pfizer, Inc.* | 1:14-cv-10125 |
| *James and Christy Bell v. Pfizer, Inc. and Pharmacia & Upjohn Co.* | 1:14-cv-10197 |
| *Markcleda Darby, individually and on behalf of all wrongful death beneficiaries and heirs-at-law of John Darby, deceased v. Pfizer, Inc.* | 1:14-cv-10273 |
| *Bonnie Perrault on behalf of John Perrault v. Pfizer, Inc.; Pharmacia & Upjohn, LLC; Actavis, Inc. and Watson Pharmaceuticals, Inc.* | 1:14-cv-10312 |
| *Ricky J. Davis v. Pfizer, Inc., and Pharmacia & Upjohn Co.* | 1:14-cv-10317 |
| *Clyde W. Heath v. Actavis, Inc.; Watson Pharmaceuticals, Inc.; Pfizer, Inc., and John Does 1 - 10* | 1:14-cv-10339 * |
| *Richard Mosier v. Pfizer Inc., and Pharmacia & Upjohn Company LLC* | 1:14-cv-10436 * |
| *Mark Woolbright v. Pfizer Inc.; Pharmacia and Upjohn LLC; Paddock Laboratories, Inc.; Perrigo Company, PLC* | 1:14-cv-10452 |
| *Henry J. Polito Jr. v. Pfizer, Inc., Pharmacia & Upjohn Company, L.L.C.* | 1:15-cv-00076 |
| *Wayne Westmoreland v. Pfizer, Inc., Pharmacia & Upjohn Company, L.L.C.* | 1:15-cv-00082 |
| *Jerry W. Poole, Sr. v. Pfizer, Inc.; Actavis, Inc. and Watson Laboratories, Inc.* | 1:15-cv-00095 |
| *William Kouns and Billie Kouns vs. Pfizer, Inc., Pharmacia & Upjohn Company, L.L.C.* | 1:15-cv-00197 |
| *Darin Langford v. Auxilium Pharmaceuticals, Inc; Pfizer Inc.; and Pharmacia & Upjohn Company, LLC* | 1:15-cv-00263 |

## EXHIBIT A:
## INDIVIDUAL COMPLAINTS INVOLVING ANDA MEDICATIONS

| Case Caption | Case Number |
| --- | --- |
| *Darion Lee Chambers and Margarita Navarro Vazquez v. Pfizer, Inc. and Pharmacia & Upjohn Company, LLC* | 1:15-cv-00298 |
| *Larry Gordon and Ann Gordon v. Auxilium Pharmaceuticals, Inc, Pfizer, Inc and Pharmacia & Upjohn Company, LLC* | 1:15-cv-00299 |
| *Barry Harkness v. AbbVie Inc., Abbott Laboratories, Actavis, and Pfizer, Inc.* | 1:15-cv-00318 * |
| *Willard H. Wilder v. Pfizer, Inc.* | 1:15-cv-00329 |
| *Ronnie Elrod and Juli Elrod v. Pfizer, Inc., a Delaware Corporation; Pharmacia and Upjohn, LLC* | 1:15-cv-00333 |
| *Beverley Butler Domingues, Diane Domingues and Denise Domingues, Individually and as Surviving Spouse and Children of Mark P. Domingues (Deceased) v. Pfizer, Inc., Pharmacia & Upjohn Company, LLC, Actavis PLC; and Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.* | 1:15-cv-00377 |
| *Danny Coker v. Lilly USA, Inc., Eli Lilly And Company and Auxilium Pharmaceuticals, Inc.,* | 1:15-cv-00401 |
| *Anthony and Laura Jones v. Auxilium Pharmaceuticals, Inc.* | 1:15-cv-00416 |
| *Wilson Ben Brown v. Pfizer, Inc.* | 1:15-cv-00419 |
| *James Harrison v. Auxilium Pharmaceuticals, Inc., DPT Laboratories, Ltd., AbbVie, Inc., Abbott Laboratories, Inc., and Endo Pharmaceuticals, Inc.,* | 1:15-cv-00423 * |
| *John April v. Pfizer Inc., and Pharmacia & Upjohn Company LLC* | 1:15-cv-00424 |
| *David Priest v. Pfizer Inc., and Pharmacia & Upjohn Company LLC* | 1:15-cv-00428 |
| *Shawn Godden and Kelly Key v. AbbVie Inc., Abbott Laboratories, Inc., Watson Laboratories, Inc., Actavis Pharma, Inc., Pfizer, Inc. and Pharmacia Upjohn Company* | 1:15-cv-00432 |
| *Robert Rampy v. Pfizer, Inc. and Pharmacia & Upjohn Co.* | 1:15-cv-00434 * |
| *David Nation v. Pfizer, Inc. and Pharmacia & Upjohn Co.* | 1:15-cv-00442 * |
| *Archie Hill and Tracy Hill vs. Pfizer Inc., and Pharmacia & Upjohn Company, LLC* | 1:15-cv-00443 |
| *Elves King III v. Pfizer, Inc., and Pharmacia & Upjohn Co.* | 1:15-cv-00459 |
| *Terry L. White and Julie R. White v. AbbVie, Inc.; Abbott Laboratories, Inc.; Actavis, Inc.; Watson Pharmaceuticals, Inc. and Pfizer, Inc.* | 1:15-cv-00470 |
| *Sharon Evans for the Estate of John Evans vs. AbbVie Inc., Abbott Laboratories, Inc., Pfizer Inc., and Pharmacia & Upjohn Company, LLC* | 1:15-cv-00505 |
| *Leroy J. Tastet, Jr. vs. Pfizer, Inc., Pharmacia & Upjohn Company, L.L.C., and Endo Pharmaceuticals, Inc.* | 1:15-cv-00539 |

## EXHIBIT A:
## INDIVIDUAL COMPLAINTS INVOLVING ANDA MEDICATIONS

| Case Caption | Case Number |
|---|---|
| *Mark Landry and Cindy Landry  v. Pfizer Inc., and Pharmacia & Upjohn Company LLC* | 1:15-cv-00628 |
| *Christopher Saucier and Bonnie Saucier v. Pfizer Inc., and Pharmacia & Upjohn Company LLC* | 1:15-cv-00634 |
| *James Colson v. Pfizer Inc., and Pharmacia & Upjohn Company LLC* | 1:15-cv-00635 * |
| *Stephen Armstrong v. Pfizer Inc., and Pharmacia & Upjohn Company LLC* | 1:15-cv-00639 * |
| *Thomas Ledford v. Pfizer Inc., and Pharmacia & Upjohn Company LLC* | 1:15-cv-00644 * |
| *Willard Martin v. Pfizer Inc., and Pharmacia & Upjohn Company LLC* | 1:15-cv-00648 * |
| *Jerome Rogers v. Pfizer Inc., and Pharmacia & Upjohn Company LLC* | 1:15-cv-00654 * |
| *Bruce Jourdan v. Pfizer, Inc.* | 1:15-cv-00670 |
| *Daniel Bedford and Rosa J. Bedford v. Pfizer, Inc., a Delaware Corporation; Pharmacia and Upjohn, LLC and Auxilium Pharmaceuticals, Inc.* | 1:15-cv-00676 |
| *Richard H. Martin and Patricia Martin v. Pfizer, Inc. and Pharmacia & Upjohn Co.* | 1:15-cv-00709 |
| *Ashley N. Keel on behalf of Larry D. Keel v. Pfizer, Inc.; Pharmacia & Upjohn, LLC; Actavis, Inc. and Watson Pharmaceuticals, Inc.* | 1:15-cv-00717 |
| *Craig Dander v. Auxilium Pharmaceuticals, Inc., Actient Pharmaceuticals, LLC., and Actient Holdings, LLC.* | 1:15-cv-00779 |
| *Robert Link v. Pfizer Inc. and Pharmacia & Upjohn Company LLC* | 1:15-cv-00789 * |
| *Daniel Bell v. Pfizer, Inc. and Pharmacia & Upjohn Company, Inc.* | 1:15-cv-00792 |
| *Edward Vincent v. Pfizer, Inc. and Pharmacia & Upjohn Company, Inc.* | 1:15-cv-00810 |
| *Maxwell Shumake v. Pfizer, Inc., Pharmacia & Upjohn Company, LLC, Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., a Nevada Corporation, Watson Laboratories, Inc. - Arizona, a Delaware Corporation, Watson Laboratories, Inc., a Delaware Corporation, Actavis Pharma, Inc., f/k/a Watson Pharma, Inc., and Anda, Inc.* | 1:15-cv-00819 |
| *Ronnie Patton and Cynthia Patton v. Auxilium Pharmaceuticals, Inc.* | 1:15-cv-00861 * |
| *Oliver Husers v. Pfizer, Inc. and Pharmacia & Upjohn Company LLC* | 1:15-cv-00865 * |

x

## EXHIBIT A:
## INDIVIDUAL COMPLAINTS INVOLVING ANDA MEDICATIONS

| Case Caption | Case Number |
|---|---|
| *Benny Windom v. Pfizer, Inc. and Pharmacia & Upjohn Company LLC* | 1:15-cv-00869 * |
| *William Freedle v. Pfizer Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-00870 |
| *Turner C. Brown, Jr. v. Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., a Nevada corporation, Watson Laboratories, Inc. – Arizona, a Delaware corporation, Watson Laboratories, Inc., a Delaware corporation, Actavis Pharma, Inc., f/k/a Watson Pharma, Inc., Anda, Inc., and West-Ward Pharmaceutical Corporation* | 1:15-cv-00874 |
| *Caleb Cooley and Edwina Cooley v. AbbVie Inc., Abbott Laboratories Inc., Pfizer Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-00876 |
| *Howard Rice and Rocky Rice v. AbbVie Inc., Abbott Laboratories Inc., Pfizer Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-00886 |
| *Claude Reed and Leigh Anne Reed v. Pfizer, Inc. and Pharmacia & Upjohn Inc.* | 1:15-cv-00890 * |
| *John H. Milkovich and Winnie Milkovich v. Abbott Laboratories Inc., AbbVie Inc., Abbot Laboratories, Besins Healthcare Inc., Besins Healthcare S.A., Unimed Pharmaceuticals LLC, Solvay Pharmaceuticals Inc., Solvay S.A., Solvay Pharma Us Holdings Inc., and Auxilium Pharmaceuticals Inc.* | 1:15-cv-00931 |
| *Louis J. Thomas v. AbbVie Inc., Abbott Laboratories Inc., Actavis, Inc., Watson Laboratories, Inc., Auxilium Pharmaceuticals, Inc., Pfizer, Inc., Endo Pharmaceuticals, Inc. and Endo International, PLC* | 1:15-cv-00950 |
| *Ronelda Palmore, As Surviving Spouse and on behalf of Edward Palmore v. Auxilium Pharmaceuticals, Inc.* | 1:15-cv-00953 * |
| *James Criswell and Sandra Criswell v. Sandoz, Inc., Paddock Laboratories, Inc., Perrigo Company, PLC, Pfizer, Inc. and Pharmacia & Upjohn, LLC* | 1:15-cv-00958 |
| *Regina Johnson, as Special Administrator of the Estate of Peter Johnson, Jr, deceased v. Pfizer Inc., and Pharmacia & Upjohn Company, LLC* | 1:15-cv-00962 |
| *Franklin P. Hawkins v. Pfizer, Inc., a Delaware Corporation, Pharmacia and Upjohn, LLC, Actavis, Inc. and Watson Pharmaceuticals, Inc.* | 1:15-cv-00963 |
| *David Henson and Judy Henson v. Pfizer, Inc.; Pharmacia & Upjohn, LLC; Actavis, Inc. and Watson Laboratories, Inc.* | 1:15-cv-00964 |

## EXHIBIT A:
## INDIVIDUAL COMPLAINTS INVOLVING ANDA MEDICATIONS

| Case Caption | Case Number |
|---|---|
| *Marshall Pettrey and Kim Pettrey v. Paddock Laboratories, Inc.; Perrigo Company, PLC; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Pfizer, Inc. and Pharmacia & Upjohn Company, LLC* | 1:15-cv-00967 |
| *Gary Smith v. Pfizer, Inc.* | 1:15-cv-00968 |
| *Jerry Poynter v. Pfizer, Inc., Pharmacia & Upjohn Co., AbbVie Inc., Abbott Laboratories, Inc., and Auxilium Pharmaceuticals, Inc.* | 1:15-cv-00969 |
| *Jack Gaut v. AbbVie Inc., Abbott Laboratories, Inc., and Pfizer, Inc.* | 1:15-cv-00970 |
| *Christopher Chaudoir v. Auxilium Pharmaceuticals, Inc.; DPT Laboratories, Ltd.; AbbVie, Inc., Abbott Laboratories, Inc.; Actavis Plc; and Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc. Actavis Pharma, Inc.; and Watson Laboratories, Inc.* | 1:15-cv-00975 * |
| *William Peters v. Pfizer, Inc., Pharmacia & Upjohn Co.; AbbVie Inc.; Abbott Laboratories, Inc.; and Actavis, Inc.* | 1:15-cv-00989 |
| *Darrell Wood v. Pfizer, Inc., Pharmacia & Upjohn Co.; AbbVie Inc.; and Abbott Laboratories, Inc.* | 1:15-cv-00992 |
| *Jim Cryer v. Pfizer, Inc.; and Pharmacia & Upjohn Company, Inc.* | 1:15-cv-01021 * |
| *Paul McKnight v. Pfizer, Inc.; and Pharmacia & Upjohn Company, Inc.* | 1:15-cv-01024 * |
| *Gary Gramer v. Pfizer, Inc.; and Pharmacia & Upjohn Company, Inc.* | 1:15-cv-01025 * |
| *John Fellner v. Pfizer, Inc.; and Pharmacia & Upjohn Company, Inc.* | 1:15-cv-01027 * |
| *Donald Mosko v. Pfizer, Inc.; and Pharmacia & Upjohn Company, Inc.* | 1:15-cv-01028 * |
| *Glen Hitt v. Pfizer, Inc. and Pharmacia & Upjohn Co. and Auxilium Pharmaceuticals, Inc.* | 1:15-cv-01035 |
| *Keith Langlois v. Auxilium, Inc.; GlaxoSmithKline, LLC; Pfizer, Inc.; and Pharmacia & Upjohn Company, Inc.* | 1:15-cv-01036 * |
| *Thomas E. Hollingsworth and Margaret L. Vestal v. Pfizer, Inc., a Delaware Corporation; Pharmacia and Upjohn, LLC; Actavis, Inc. and Watson Pharmaceuticals, Inc.* | 1:15-cv-01045 |
| *Gregory Phillips v. Pfizer, Inc. and Pharmacia & Upjohn Co.* | 1:15-cv-01053 |
| *James Martin v. Pfizer, Inc.; Pharmacia Corp.; Pharmacia & Upjohn Co.; Pharmacia & Upjohn Co, LLC; and Does 1-50 Inclusive* | 1:15-cv-01055 |
| *Randy Coulter v. Pfizer, Inc.* | 1:15-cv-01194 |
| *William Raines v. Pfizer Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-01195 |
| *William Dean v. Pfizer, Inc. and Pharmacia & Upjohn Co.* | 1:15-cv-01263 * |

## EXHIBIT A:
## INDIVIDUAL COMPLAINTS INVOLVING ANDA MEDICATIONS

| Case Caption | Case Number |
| --- | --- |
| *Patricia Helen Scott, Individually and as Successor-In-Interest to the Estate of Dennis Leland Scott v. Pfizer Inc. and Pharmacia & Upjohn Company LLC* | 1:15-cv-01275 |
| *Shirley Fair, individually as the surviving parent of Michael Fair, and as Personal Representative of the Estate of Michael Fair v. Auxilium, Inc.; GlaxoSmithKline, LLC; Pfizer, Inc.; and Pharmacia & Upjohn Company, Inc.* | 1:15-cv-01318 * |
| *Phillip M. Gwinn and Shana R. Gwinn v. Actavis, Inc.; Watson Pharmaceuticals, Inc., Pfizer, Inc. and Pharmacia & Upjohn, LLC* | 1:15-cv-01329 * |
| *Elaine Mayes on behalf of William E. Mayes v. Pfizer, Inc., a Delaware Corporation; and Pharmacia and Upjohn, LLC* | 1:15-cv-01403 * |
| *George Joseph Cormier, Virginia Fortner Cormier v. Abbvie, Inc., Abbott Laboratories, Inc.; Actavis Plc; and Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc. Actavis Pharma, Inc.; and Watson Laboratories, Inc.* | 1:15-cv-01431 * |
| *Steven Schabel and Allyson Schabel v. AbbVie, Inc., Abbott Laboratories, Inc., and Auxilium Pharmaceuticals, Inc., Besins Healthcare, Inc., Besins Healthcare, S.A.; Unimed Pharmaceuticals, LLC F/K/A Unimed Pharmaceuticals, Inc.* | 1:15-cv-01455 |
| *Ronald Mierzwinski v. Auxilium Pharmaceuticals, Inc.* | 1:15-cv-01493 |
| *Jackie Towne, Individually and as Administrator of the Estate of Bruce A. Towne, deceased v. Pfizer, Inc., Pharmacia & Upjohn Co.; and Actavis, Inc.* | 1:15-cv-01542 |
| *Thomas E. Oates and Donna L. Oates v. Pfizer, Inc., Pharmacia & Upjohn, LLC and Auxilium Pharmaceuticals, Inc.* | 1:15-cv-01553 * |
| *Dewey Barton v. Pfizer, Inc., and Pharmacia & Upjohn Co.* | 1:15-cv-01570 |
| *William H. Burns v. Pfizer, Inc. and Pharmacia & Upjohn Company, LLC* | 1:15-cv-01578 |
| *James Loy v. Pfizer, Inc.; Pharmacia & Upjohn Company, LLC; Actavis, Inc.; West-Ward Pharmaceutical Corp.; and Perrigo Company* | 1:15-cv-01586 |
| *Thomas McBride v. Pfizer, Inc. and Pharmacia & Upjohn Co.* | 1:15-cv-01628 |
| *Kenneth Dubay and Martha Dubay v. Lilly USA LLC, and Eli Lilly and Company, Pfizer, Inc. and Pharmacia & Upjohn Co.* | 1:15-cv-01668 * |
| *Ricky and Nancy Robinson v. Pfizer, Inc. and Pharmacia & Upjohn Co.* | 1:15-cv-01673 |
| *Darrell May v. Pfizer, Inc.; Pharmacia Corp.; Pharmacia & Upjohn Co.; Pharmacia & Upjohn Co, LLC; and Does 1-50 Inclusive* | 1:15-cv-01735 |
| *Robert T. Kornegay v. Pfizer, Inc.* | 1:15-cv-01747 |

## EXHIBIT A:
## INDIVIDUAL COMPLAINTS INVOLVING ANDA MEDICATIONS

| Case Caption | Case Number |
|---|---|
| *James R. Gaut and Shirley T. Gaut v. Paddock Laboratories, Inc., Perrigo Company, PLC, Pfizer, Inc. and Pharmacia & Upjohn, LLC* | 1:15-cv-01750 * |
| *David Smith and Christina Smith v. Endo Pharmaceuticals Inc., Endo International, PLC, Watson Laboratories, and Actavis Pharma, Inc.* | 1:15-cv-01767 |
| *Cecil Ramsey and Rebecca Sue Ramsey v. Auxilium Pharmaceuticals, Inc., Pfizer, Inc., and Pharmacia & Upjohn Co.* | 1:15-cv-01775 |
| *Harold Toney Robinson and Patsy Jo Robinson v. Actavis, Inc.; Watson Pharmaceuticals, Inc., Pfizer, Inc. and Pharmacia & Upjohn, LLC* | 1:15-cv-01852 * |
| *Hilton Brinson v. Pfizer, Inc.; Abbott Laboratories Inc. and AbbVie Inc.* | 1:15-cv-01871 |
| *Ottis Phillips v. Pfizer, Inc. and Pharmacia & Upjohn Co.; and Actavis, Inc.* | 1:15-cv-01927 |
| *William J. Price v. Pfizer, Inc. and Pharmacia & Upjohn Co.* | 1:15-cv-01936 |
| *James Hancock v. Pfizer, Inc.* | 1:15-cv-01942 |
| *Ollie M. Livesay, individually and on behalf of Shannon R. Livesay v. Pfizer, Inc; Pharmacia & Upjohn LLC; Paddock Laboratories, Inc. and Perrigo Company, PLC* | 1:15-cv-01957 * |
| *Timothy Granger v. Pharmacia & Upjohn Company Inc. and Pfizer Inc.* | 1:15-cv-01988 |
| *Grugen, Cynthia, as Special Administrator of the Estate of Donald Grugen, deceased v. Pfizer Inc., and Pharmacia & Upjohn Company, LLC* | 1:15-cv-01996 |
| *Anthony Gliba v. Pfizer Inc. and Pharmacia & Upjohn Co.* | 1:15-cv-02005 |
| *James Gann v. Pfizer, Inc.; Pharmacia & Upjohn Co.; Eli Lilly and Company; and Lilly USA, Inc.* | 1:15-cv-02059 |
| *John E. McDonald, Jr. and Helen McDonald v. Actavis, Inc.; Watson Pharmaceuticals, Inc., and Pfizer, Inc.* | 1:15-cv-02065 |
| *Aaron Ingersoll v. AbbVie, Inc., Abbott Laboratories, Inc., Auxilium Pharmaceuticals, Inc., Slate Pharmaceuticals, Inc., and Actient Pharmaceuticals, LLC.* | 1:15-cv-02139 |
| *Maurice C. Montgomery and Ja'Net Montgomery v. Pfizer, Inc., Pharmacia and Upjohn, LLC and Auxilium Pharmaceuticals, Inc.* | 1:15-cv-02181 * |
| *Carolyn Henry on behalf of Kenneth M. Henry, Sr. v. Pfizer, Inc., and Pharmacia & Upjohn, LLC* | 1:15-cv-02192 * |
| *Thomas Smith v. Pfizer, Inc., Pharmacia & Upjohn Company, L.L.C., AbbVie, Inc., and Abbott Laboratories, Inc.* | 1:15-cv-02223 |

## EXHIBIT A:
## INDIVIDUAL COMPLAINTS INVOLVING ANDA MEDICATIONS

| Case Caption | Case Number |
|---|---|
| *Christopher Ballard v. Pfizer Inc., and Pharmacia & Upjohn Company, LLC* | 1:15-cv-02312 |
| *Gregory A Mullens, an individual v. Pfizer, Inc., a Delaware Corporation; Pharmacia and Upjohn, LLC Corporation, a Delaware Corporation* | 1:15-cv-02430 * |
| *Craig Verlon Mogler v. AbbVie Inc.; Abbott Laboratories; Actavis, Inc.; Actavis Pharma, Inc.; Watson Laboratories, Inc.; Pfizer, Inc. Pharmacia & Upjohn Company Inc.* | 1:15-cv-02431 |
| *Eric Veibell v. AbbVie Inc.; Abbott Laboratories; Pfizer, Inc. Pharmacia & Upjohn Company Inc.* | 1:15-cv-02475 |
| *John William Van Dyke v. AbbVie Inc.; Abbott Laboratories; Unimed Pharmaceuticals, LLC; Pfizer, Inc. Pharmacia & Upjohn Company Inc.* | 1:15-cv-02482 |
| *Vernon W. Gragg, Jr. v. Actavis, Inc.; Watson Pharmaceuticals, Inc.; Pfizer, Inc. and Pharmacia & Upjohn Company LLC* | 1:15-cv-02502 * |
| *Gary Matthews v. Pfizer, Inc., and Pharmacia & Upjohn Company, LLC* | 1:15-cv-02526 |
| *Greg Robinson v. Endo Pharmaceuticals Inc., and Auxilium Pharmaceuticals, Inc.* | 1:15-cv-02543 |
| *Freamon Dixson & Madeline Dixson v. Pfizer, Inc.; Pharmacia & Upjohn Company, LLC* | 1:15-cv-02558 |
| *Derrick Taylor v. Pfizer Inc.* | 1:15-cv-02618 |
| *Larry Mosher v. Pfizer, Inc., and Pharmacia & Upjohn Co.* | 1:15-cv-02634 |
| *Robert Tafolla v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-02677 |
| *Scott McAuley v. Endo Pharmaceuticals Inc., and Auxilium Pharmaceuticals, Inc.* | 1:15-cv-02695 |
| *Paul Marti v. Pfizer Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-02712 * |
| *Joseph and Verna Mirabal v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-02761 * |
| *Mark Conley v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-02810 |
| *Gary Garrison v. Endo Pharmaceuticals, Inc., and Auxilium Pharmaceuticals, Inc.,* | 1:15-cv-02823 |
| *Michael Dougherty v. Pfizer, Inc., and Pharmacia & Upjohn Company Inc.* | 1:15-cv-02824 |
| *John C. Richter v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-02846 * |
| *Donald and Angela Sumner, h/w v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-02854 |

## EXHIBIT A:
## INDIVIDUAL COMPLAINTS INVOLVING ANDA MEDICATIONS

| Case Caption | Case Number |
|---|---|
| *William K. Nesmith and Laura K. Nesmith v. AbbVie Inc., Abbott Laboratories, Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-02871 * |
| *Charles Wood and Cathryn Wood v. AbbVie Inc.; Abbott Laboratories; AbbVie Products LLC; Unimed Pharmaceuticals LLC; Solvay S.A.; Besins Healthcare Inc.; Besins Healthcare, S.A.; Eli Lilly and Company; Lilly USA LLC; Acrux Limited; Acrux DDS Pty Ltd.; Pfizer, Inc.; Pharmacia & Upjohn Company Inc.* | 1:15-cv-02883 * |
| *Steven Pride and Marcella Pride v. Pfizer, Inc., Pharmacia & Upjohn Company Inc., Actavis, Inc., Actavis Pharma, Inc., Watson Laboratories, Inc. and Anda, Inc.* | 1:15-cv-02945 |
| *Michael Thompson v. Endo Pharmaceuticals Inc., and Auxilium Pharmaceuticals, Inc.* | 1:15-cv-02996 |
| *Norse Angus v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-03043 |
| *Roy Martin v. AbbVie Inc.; Abbott Laboratories; Eli Lilly and Company; Pfizer, Inc.; Pharmacia & Upjohn Company Inc.; Endo Pharmaceuticals, Inc.; Auxilium Pharmaceuticals, Inc.; and Actavis, Inc.* | 1:15-cv-03045 |
| *William Goss v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-03047 |
| *James Walsh v. Pfizer, Inc.; and Pharmacia & Upjohn Company Inc.* | 1:15-cv-03049 |
| *Lester Wilcoxon and Eileen Wilcoxon v. AbbVie Inc.; Abbott Laboratories; AbbVie Products LLC; Unimed Pharmaceuticals, LLC; Solvay, S.A.; Besins Healthcare Inc.; Besins Healthcare, S.A.; Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-03052 |
| *Luther Campbell, Jr. v. AbbVie Inc.; Abbott Laboratories; AbbVie Products LLC; Unimed Pharmaceuticals, LLC; Solvay, S.A.; Besins Healthcare Inc.; Besins Healthcare, S.A.; Eli Lilly and Company; Lilly USA, LLC; Acrux Limited; Acrux DDS Pty Ltd.; Pfizer, Inc.; and Pharmacia & Upjohn Company Inc.* | 1:15-cv-03054 |
| *Jeffery D. McKenzie v. Pfizer, Inc.; Pharmacia & Upjohn Company Inc.; and Actavis, Inc.* | 1:15-cv-03060 |
| *Michael Bedard and Darlene Bedard v. Pfizer Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-03091 * |
| *Robert D. Dunn v. AbbVie Inc.; AbbVie Products LLC; Pfizer Inc.; Pharmacia & Upjohn Company Inc.; Auxilium Pharmaceuticals, Inc.; and GlaxoSmithKline, LLC* | 1:15-cv-03152 |
| *Jeff Medlin and Shelly Medlin v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-03216 * |
| *George Hartsell and Joann Hartsell v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-03264 |

## EXHIBIT A:
## INDIVIDUAL COMPLAINTS INVOLVING ANDA MEDICATIONS

| Case Caption | Case Number |
|---|---|
| *Dale Shiflett v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-03268 |
| *William C. Kerstetter v. Pfizer, Inc. and Pharmacia & Upjohn Company, LLC* | 1:15-cv-03279 * |
| *Roy Shoemaker v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-03320 |
| *James Peach v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-03323 |
| *Eric Stevens and Jill Stevens v. Actavis, Inc., Actavis Pharma, Inc., Anda, Inc., and Watson Laboratories, Inc. a Nevada Corporation, and Watson Laboratories, Inc. a Delaware Corporation* | 1:15-cv-03345 |
| *Richard Hodges and Lisa Hodges (h/w) v. AbbVie Inc., Abbott Laboratories, AbbVie Products LLC, Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-03440 |
| *John and Julie Nolan v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-03463 |
| *James Madden v. AbbVie Inc.; Abbott Laboratories; AbbVie Products LLC; Unimed Pharmaceuticals, LLC; Solvay, S.A.; Besins Healthcare Inc.; Besins Healthcare, S.A.; Pfizer Inc.; and Pharmacia & Upjohn Company Inc.* | 1:15-cv-03476 * |
| *Floyd B. Jackson v. Pfizer, Inc.* | 1:15-cv-03485 * |
| *Tyrone Borelli v. Eli Lilly and Company, Lilly USA, LLC, Acrux Limited, Acrux DDS Pty Ltd., Pfizer, Inc., and Pharmacia & Upjohn Company Inc* | 1:15-cv-03503 * |
| *Randall Dotson and Donna Dotson v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-03551 * |
| *George A. Denton v. Pfizer, Inc.; Pharmacia & Upjohn Company Inc.; Actavis plc; Actavis, Inc.; Actavis Pharma, Inc.; Actavis Laboratories UT, Inc.; Watson Laboratories, Inc. and Anda, Inc.* | 1:15-cv-03663 * |
| *Phillip Moore v. Endo Pharmaceuticals Inc. and Auxilium Pharmaceuticals, Inc.* | 1:15-cv-03686 |
| *Richard L. Adams v. Actavis plc, Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Watson Laboratories, Inc., Anda, Inc.* | 1:15-cv-03734 * |
| *Kermit Mullins v. Pfizer Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-03760 |
| *William Joseph Ward v. Pfizer, Inc.; Pharmacia & Upjohn Company, LLC; and Auxilium Pharmaceuticals, Inc.* | 1:15-cv-03790 * |
| *Dennis Stacy v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-03831 * |

## EXHIBIT A:
## INDIVIDUAL COMPLAINTS INVOLVING ANDA MEDICATIONS

| Case Caption | Case Number |
|---|---|
| *Ronald R. Hill v. AbbVie Inc., Abbott Laboratories, Unimed Pharmaceuticals, LLC, Solvay, S.A., Besins Healthcare Inc., Besins Healthcare, S.A., Pfizer, Inc, Solvay Pharma US Holdings, Inc., and Solvay Pharmaceuticals, Inc.* | 1:15-cv-03834 |
| *Samuel Caldwell and Christine Caldwell v. Pfizer, Inc.* | 1:15-cv-03838 * |
| *Jake Johnson and Miriam Johnson v. Pfizer, Inc.; Pharmacia & Upjohn Company Inc.; Endo Pharmaceuticals, Inc. and Actavis, Inc.* | 1:15-cv-03843 |
| *Willie Brittmon and Melva Brittmon v. Pfizer, Inc.* | 1:15-cv-03856 * |
| *Wilbur Milons v. Auxilium Pharmaceuticals, Inc. and Endo Pharmaceuticals Inc.* | 1:15-cv-03865 * |
| *Gregory French and Davan French v. Pfizer, Inc.* | 1:15-cv-03871 * |
| *Donald Barba, Jr. and Sylvia Barba, Husband and Wife v. AbbVie Inc., Abbott Laboratories, AbbVie Products LLC, Unimed Pharmaceuticals, LLC, Solvay, S.A., Besins Healthcare Inc., Besins Healthcare, S.A., Actavis plc, Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Watson Laboratories, Inc., Anda, Inc.* | 1:15-cv-03874 * |
| *Jeffrey Lanning and Tina M. Lanning v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-03878 * |
| *Mark Sampson v. Pfizer, Inc.; Pharmacia & Upjohn Company Inc.; Auxilium Pharmaceuticals, Inc.; and GlaxoSmithKline, LLC* | 1:15-cv-03879 * |
| *Sally Qualls, Individually and on behalf of James W. Qualls v. Pfizer, Inc.; Pharmacia & Upjohn Company, Inc.; and Paddock Laboratories, Inc.* | 1:15-cv-03889 * |
| *Ruben D. and Maria V. Martinez v. Auxilium Pharmaceuticals, Inc. and Endo Pharmaceuticals Inc.* | 1:15-cv-03981 * |
| *Salvatore Gebbia and Pauline Gebbia v. Pfizer, Inc.; and Pharmacia & Upjohn Company Inc.* | 1:15-cv-03985 * |
| *James Lancaster and Carol Lancaster v. AbbVie Inc.; Abbott Laboratories; AbbVie Products LLC; Unimed Pharmaceuticals, LLC; Solvay, S.A.; Besins Healthcare Inc.; Besins Healthcare, S.A.; Pfizer, Inc.; and Pharmacia & Upjohn Company Inc.* | 1:15-cv-04000 * |
| *Bettyjane Flores, Surviving Spouse and Administrator of the Estate of Henry Flores v. AbbVie Inc.; Abbott Laboratories; AbbVie Products LLC; Unimed Pharmaceuticals, LLC; Solvay, S.A.; Besins Healthcare, S.A.; Pfizer, Inc.; and Pharmacia & Upjohn Company, Inc.* | 1:15-cv-04018 * |
| *James Worley v. AbbVie Inc.; Abbott Laboratories; AbbVie Products LLC; Unimed Pharmaceuticals, LLC; Solvay, S.A.; Besins Healthcare, S.A.; Pfizer, Inc.; and Pharmacia & Upjohn Company, Inc.* | 1:15-cv-04028 * |

## EXHIBIT A:
## INDIVIDUAL COMPLAINTS INVOLVING ANDA MEDICATIONS

| Case Caption | Case Number |
| --- | --- |
| *Robert Grajeda v. Pfizer, Inc.; and Pharmacia & Upjohn Company, Inc.* | 1:15-cv-04031 * |
| *Pamela Faith on behalf of the Estate of Edward Faith v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-04038 * |
| *Dale Edwards v. Pfizer, Inc. and Pharmacia & Upjohn Company, Inc.* | 1:15-cv-04085 |
| *Vicki Thompson as Representative of Estate of Woodrow Anderson, Deceased v. AbbVie Inc., Abbott Laboratories, Unimed Pharmaceuticals, LLC, Pfizer, Inc. and Pharmacia & Upjohn Company, Inc.* | 1:15-cv-04095 * |
| *Scottie Thomas and Tamara Thomas v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-04133 * |
| *Richard Borunda v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-04142 * |
| *Dennis Smith and Lu-Ann Smith v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-04147 * |
| *James McCail v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-04170 * |
| *Pete Doonkeen v. Eli Lilly and Company, Lilly USA, LLC, Pfizer, Inc., and Pharmacia & Upjohn Company Inc.* | 1:15-cv-04174 * |
| *Ronald E. Gray v. Pfizer, Inc.* | 1:15-cv-04209 * |
| *Robert Walling v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-04212 * |
| *Matthew Black and Sarah Black v. Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-04240 * |
| *Phillip Velazquez v. AbbVie Inc., Abbott Laboratories, Pfizer, Inc., Pharmacia & Upjohn Company Inc., Endo Pharmaceuticals, Inc., Auxilium Pharmaceuticals, Inc., and GlaxoSmith Kline, LLC* | 1:15-cv-04242 * |
| *Todd J. Decker v. Pfizer, Inc., Pharmacia & Upjohn Company Inc., and Endo Pharmaceuticals, Inc.* | 1:15-cv-04244 * |
| *Daniel Campos v. AbbVie Inc., Abbott Laboratories, AbbVie Products LLC, Unimed Pharmaceuticals, LLC, Solvay, S.A., Besins Healthcare Inc., Besins Healthcare, S.A., Pfizer, Inc. and Pharmacia & Upjohn Company Inc.* | 1:15-cv-04253 * |
| *John Francis Bailey, Jr. v. Pfizer, Inc.* | 1:15-cv-04264 * |
| *Michael Pederson v. Pfizer, Inc.* | 1:15-cv-04271 * |
| *Paul Fleming v. Pfizer, Inc.* | 1:15-cv-04281 * |
| *Lander H. Brown v. Pfizer, Inc.* | 1:15-cv-04289 * |