**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,

Defendants.

Case No.: 1:22-cv-00125

**Hon. Matthew F. Kennelly**

**DECLARATION OF EDWARD J. NORMAND IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO EXCLUDE OPINIONS OF DEFENDANTS' EXPERT BRIDGET TERRY LONG**

I, Edward Normand, duly sworn, do hereby depose and say as follows:

1. I am a Partner at the law firm Freedman Normand Friedland LLP, counsel for Plaintiffs.

2. I am fully familiar with the facts and circumstances set forth herein, and I make this declaration in support of Plaintiffs' Reply Memorandum in Further Support of Motion to Exclude Opinions of Defendants' Expert Bridget Terry Long.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the COFHE 2007 Financial Aid Retreat Pre-Conference Survey Responses bearing bates stamps GTWNU_0000019663 and GTWNU_0000019708, dated May 28, 2007.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Deposition Transcript of Charles Deacon, dated November 9, 2023.

5. Attached hereto as Exhibit 3 is a true and correct copy of an email from D. Bishop to J. Gelchion et al., bearing bates stamps ND_0196803 through ND_0196804, dated November 3, 2014.

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Deposition Transcript of Jessica Marinaccio, dated May 13, 2022.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Deposition Transcript of Eric Furda, dated November 16, 2023.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the Deposition Transcript of Malina Chang, dated September 13, 2023.

9. Attached hereto as Exhibit 7 is a true and correct copy of the Planned Commitment to Action on College Pipeline Initiative, bearing bates stamps Columbia_00246636 through Columbia_00246638.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Deposition Transcript of Bridget Terry Long, dated October 23, 2024.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of February, 2025.

*/s/ Edward J. Normand*
Edward J. Normand
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Suite 915
New York, NY 10017
Tel: (646) 494-2900
Email: tnormand@fnf.law