UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br>Master Docket Case No. 1:14-cv-01748<br>Honorable Matthew F. Kennelly |
| ROY H. SMYER and SABRINA M. SMYER,<br><br>Plaintiffs,<br><br>vs.<br><br>ACTAVIS, PLC;<br>ACTAVIS, INC. f/k/a WATSON PHARMACEUTICALS, INC.; and ANDA, INC.,<br><br>Defendants. | **STATEMENT OF DEATH OF ROY H. SMYER AND SABRINA M. SMYER**<br><br>Civil Action No.: 1:14-cv-07763 |

Counsel for Plaintiffs in the above-referenced action hereby give notice of the death of

Plaintiffs Roy H. Smyer and Sabrina M. Smyer.  Mr. Smyer passed away on June 20, 2014, and

Mrs. Smyer passed away on January 18, 2015.  This is the first statement of death to be filed or

served in this matter.

By way of a Motion to Substitute Parties in accordance with Rule 25(a) of the Federal

Rules of Civil Procedure, the Plaintiffs' daughter, Danielle C. Smyer, will be substituted in this

action as Plaintiff and Successor in Interest so that Roy Smyer's claims survive and the action on

his behalf may proceed.

Respectfully submitted,

COHEN & MALAD, LLP

Dated: June 4, 2015

/s/ Edward B. Mulligan V
Gregory L. Laker, IN Bar No. 10322-49
Jeff S. Gibson, IN Bar No. 22362-49
Edward B. Mulligan V, IN Bar No. 29400-53
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Phone: (317) 636-6481
Fax: (317) 636-2593
Email: glaker@cohenandmalad.com
Email: jgibson@cohenandmalad.com
Email: nmulligan@cohenandmalad.com

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2015, I electronically transmitted the foregoing document to the Clerk of the United States District Court using the CM/ECF System for filing and service to all parties/counsel registered to receive copies in this case.

/s/ Edward B. Mulligan V
Edward B. Mulligan V