**PUBLIC VERSION**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br>Defendants. | Case No. 1:22-cv-00125<br><br>Judge Matthew F. Kennelly |

**<u>DECLARATION BY DAVID GRINGER IN SUPPORT OF DEFENDANTS' AMENDED REPLY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF HAL SINGER, GEORGE BULMAN, AND ELIZABETH MORA</u>**

**PUBLIC VERSION**

I, David Gringer, do hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, and counsel for The Trustees of The University of Pennsylvania in the above-captioned case.

2. I submit this declaration in support of Defendants' Amended Reply in Support of Defendants' Motion to Exclude Expert Testimony and Opinions of Hal Singer, George Bulman, and Elizabeth Mora. I have personal knowledge of the facts set forth herein.

3. Exhibit 1 is a true and correct copy of excerpts of the Amended Report of Hal Singer, dated June 10, 2024.

4. Exhibit 2 is a true and correct copy of excerpts of the deposition transcript of Hal Singer, which took place on November 27, 2024.

5. Exhibit 3 is a true and correct copy of excerpts of Dennis W. Carlton et al., *Antitrust and Higher Education: Was There a Conspiracy to Restrict Financial Aid?*, 26 RAND J. ECON. 131 (1995).

6. Exhibit 4 is a true and correct copy of excerpts of the Surrebuttal Report of Nicholas Hill, dated November 1, 2024.

7. Exhibit 5 is a true and correct copy of excerpts of the Rebuttal Report of Nicholas Hill, dated August 7, 2024.

8. Exhibit 6 is a true and correct copy of email correspondence between plaintiffs' counsel and defendants' counsel, dated February 20-24, 2025.

9. Exhibit 7 is a true and correct copy of excerpts of the Rebuttal Report of Hal Singer, dated October 7, 2024.

10. Exhibit 8 is a true and correct copy of excerpts of the deposition transcript of Lauren Stiroh, which took place on November 12, 2024.

11. Exhibit 9 is a true and correct copy of excerpts of the Rebuttal Report of Lauren Stiroh, dated August 7, 2024.

12. Exhibit 10 is a true and correct copy of excerpts of the Surrebuttal Report of Lauren Stiroh, dated November 1, 2024.

**PUBLIC VERSION**

13. Exhibit 11 is a true and correct copy of excerpts of the "Supplemental" Rebuttal Report of Hal Singer, dated November 8, 2024.

14. Exhibit 12 is a true and correct copy of excerpts of the U.S. Department of Justice and Federal Trade Commission's *Horizontal Merger Guidelines*, dated August 19, 2010.

15. Exhibit 13 is a true and correct copy of excerpts of Jeffrey M. Wooldridge, *Introductory Econometrics: A Modern Approach* (4th ed. 2009).

16. Exhibit 14 is a true and correct copy of excerpts of the Report of George Bulman, dated May 14, 2024.

17. Exhibit 15 is a true and correct copy of excerpts of the deposition transcript of George Bulman, which took place on November 4, 2024.

18. Exhibit 16 is a true and correct copy of excerpts of the deposition transcript of Elizabeth Mora, which took place on October 29, 2024.

19. Exhibit 17 is a true and correct copy of excerpts of the Report of Elizabeth Mora, dated May 14, 2024.

20. Exhibit 18 is a true and correct copy of the 2022 Annual Report of the University of Notre Dame.

21. Exhibit 19 is a true and correct copy of the 2022 Endowment Report of Brown University.

22. Exhibit 20 is a true and correct copy of the University of Notre Dame's 2021-2022 Form 990.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 27, 2025 in San Francisco, CA.

*/s/ David Gringer*
David Gringer