# EXHIBIT 13

# Introductory Econometrics

## A Modern Approach



4e

Jeffrey M. Wooldridge

Case: 1:22-cv-00125 Document #: 805-14 Filed: 02/28/25 Page 3 of 4 PageID #:27559



# 15.1 Motivation: Omitted Variables in a Simple Regression Model

When faced with the prospect of omitted variables bias (or unobserved heterogeneity), we have so far discussed three options: (1) we can ignore the problem and suffer the consequences of biased and inconsistent estimators; (2) we can try to find and use a suitable proxy variable for the unobserved variable; or (3) we can assume that the omitted variable does not change over time and use the fixed effects or first-differencing methods from Chapters 13 and 14. The first response can be satisfactory if the estimates are coupled with the direction of the biases for the key parameters. For example, if we can say that the estimator of a positive parameter, say, the effect of job training on subsequent wages, is biased toward zero and we have found a statistically significant positive estimate, we have still learned something: job training has a positive effect on wages, and it is likely that we have underestimated the effect. Unfortunately, the opposite case, where our estimates may be too large in magnitude, often occurs, which makes it very difficult for us to draw any useful conclusions.

The proxy variable solution discussed in Section 9.2 can also produce satisfying results, but it is not always possible to find a good proxy. This approach attempts to solve the omitted variable problem by replacing the unobservable with a proxy variable.

Another approach leaves the unobserved variable in the error term, but rather than estimating the model by OLS, it uses an estimation method that recognizes the presence of the omitted variable. This is what the method of instrumental variables does.

For illustration, consider the problem of unobserved ability in a wage equation for working adults. A simple model is

$$\log(wage) = \beta_0 + \beta_1 educ + \beta_2 abil + e,$$

where $e$ is the error term. In Chapter 9, we showed how, under certain assumptions, a proxy variable such as $IQ$ can be substituted for ability, and then a consistent estimator of $\beta_1$ is available from the regression of

$$\log(wage) \text{ on } educ, IQ.$$

Suppose, however, that a proxy variable is not available (or does not have the properties needed to produce a consistent estimator of $\beta_1$). Then, we put *abil* into the error term, and we are left with the simple regression model

$$\log(wage) = \beta_0 + \beta_1 educ + u, \tag{15.1}$$

where $u$ contains *abil*. Of course, if equation (15.1) is estimated by OLS, a biased and inconsistent estimator of $\beta_1$ results if *educ* and *abil* are correlated.

It turns out that we can still use equation (15.1) as the basis for estimation, provided we can find an instrumental variable for *educ*. To describe this approach, the simple regression model is written as

$$y = \beta_0 + \beta_1 x + u, \tag{15.2}$$

where we think that $x$ and $u$ are correlated:

$$\text{Cov}(x,u) \neq 0. \tag{15.3}$$

The method of instrumental variables works whether or not $x$ and $u$ are correlated, but, for reasons we will see later, OLS should be used if $x$ is uncorrelated with $u$.

In order to obtain consistent estimators of $\beta_0$ and $\beta_1$ when $x$ and $u$ are correlated, we need some additional information. The information comes by way of a new variable that satisfies certain properties. Suppose that we have an observable variable $z$ that satisfies these two assumptions: (1) $z$ is uncorrelated with $u$, that is,

$$\text{Cov}(z,u) = 0; \tag{15.4}$$

(2) $z$ is correlated with $x$, that is,

$$\text{Cov}(z,x) \neq 0. \tag{15.5}$$

Then, we call $z$ an **instrumental variable** for $x$, or sometimes simply an **instrument** for $x$.

The requirement that the instrument $z$ satisfies (15.4) is summarized by saying "$z$ is exogenous in equation (15.2)," and so we often refer to (15.4) as **instrument exogeneity**. In the context of omitted variables, instrument exogeneity means that $z$ should have no partial effect on $y$ (after $x$ and omitted variables have been controlled for), and $z$ should be uncorrelated with the omitted variables. Equation (15.5) means that $z$ must be related, either positively or negatively, to the endogenous explanatory variable $x$. This condition is sometimes referred to as **instrument relevance** (as in "$z$ is relevant for explaining variation in $x$").

There is a very important difference between the two requirements for an instrumental variable. Because (15.4) involves the covariance between $z$ and the unobservable error $u$, we cannot generally hope to test this assumption: in the vast majority of cases, we must maintain $\text{Cov}(z,u) = 0$ by appealing to economic behavior or introspection. (In unusual cases, we might have an observable proxy variable for some factor contained in $u$, in which case we can check to see if $z$ and the proxy variable are roughly uncorrelated. Of course, if we have a good proxy for an important element of $u$, we might just add the proxy as an explanatory variable and estimate the expanded equation by ordinary least squares. See Section 9.2.)

By contrast, the condition that $z$ is correlated with $x$ (in the population) can be tested, given a random sample from the population. The easiest way to do this is to estimate a simple regression between $x$ and $z$. In the population, we have

$$x = \pi_0 + \pi_1 z + v. \tag{15.6}$$

Then, because $\pi_1 = \text{Cov}(z,x)/\text{Var}(z)$, assumption (15.5) holds if, and only if, $\pi_1 \neq 0$. Thus, we should be able to *reject* the null hypothesis

$$\text{H}_0\text{: } \pi_1 = 0 \tag{15.7}$$

against the two-sided alternative $\text{H}_0$: $\pi_1 \neq 0$, at a sufficiently small significance level (say, 5% or 1%). If this is the case, then we can be fairly confident that (15.5) holds.