# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

\- - -

ANDREW CORTZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL AMAERLANDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,
Plaintiff

v.

BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,
Defendants.

:CIVIL ACTION

:CASE NO.
:1:22-cv-00125

\- - -

November 4, 2024

\- - -

C O N F I D E N T I A L

\- - -

Videotaped deposition of
GEORGE BULMAN.

\- - -

ESQUIRE DEPOSITION SOLUTIONS

\- - -

FINAL TRANSCRIPT WITHOUT CONFIDENTIALITY DESIGNATIONS

endowment growth among all defendants was 122 percent between 1991 and 2003.

Real endowments also grew at all defendants and for ten of the defendants real endowment levels more than doubled from 1992 to 2003.

Cal Tech's 42 percent growth rate was the smallest and Duke's 279 percent was the largest.

Q. And this table doesn't include any econometric analysis. Is that fair?

A. Econometric analysis in the sense of regressions, no.

Q. It says summary of data. Is that right?

A. I have compiled data for the endowment levels and I've adjusted them for inflation and specifically the common fund to higher education price index.

Q. And so -- strike that.

Can you turn the page and look at Table 2. And this shows how defendants' endowments grew between 2003 and 2020; correct?