**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,

Defendants.

Case No.: 1:22-cv-00125

**Hon. Matthew F. Kennelly**

**DECLARATION OF EDWARD J. NORMAND IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO FOR CLASS CERTIFICATION**

I, Edward Normand, duly sworn, do hereby depose and say as follows:

1. I am a Partner at the law firm Freedman Normand Friedland LLP, counsel for Plaintiffs.

2. I am fully familiar with the facts and circumstances set forth herein, and I make this declaration in support of Plaintiffs' Reply Memorandum in Further Support of Their Motion for Class Certification.

3. Attached hereto as Exhibit 1 is a true and correct copy an excerpt from the Expert Report of Nicholas Hill, dated August 7, 2024.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Deposition Transcript of Hal J. Singer, dated November 27, 2024.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Deposition Transcript of Sarah Donahue, dated March 26, 2024.

6. Attached hereto as Exhibit 4 is a true and correct copy an excerpt from the Surrebuttal Expert Report of Lauren J. Stiroh, dated November 1, 2024.

7. Attached hereto as Exhibit 5 is a true and correct copy the University of Pennsylvania's Financial Responsibility Statement, bearing bates PENN568-LIT-00073116 through PENN568-LIT-00073118.

8. Attached hereto as Exhibit 6 is a true and correct copy of Georgetown's Revenue and Receivables, *Policies and Procedures*, https://studentaccounts.georgetown.edu/policies/ (last visited Mar. 5, 2025).

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of March, 2025.

*/s/ Edward J. Normand*
Edward J. Normand

**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Suite 915
New York, NY 10017
Tel: (646) 494-2900
Email: tnormand@fnf.law