UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

|   |   |
|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCETS LIABILITY LITIGATION | Case No. 14-cv-01748<br>MDL No. 2545 |

**This document relates to:**
*O'Mary v. Auxilium Pharmaceuticals Inc., et al, Case* No. 14-cv-06320

## MOTION FOR LEAVE TO WITHDRAW AS LOCAL COUNSEL

Plaintiff Marvin O'Mary moves this Court, pursuant to Local Rule 83.17, to grant leave for Mike L. Roberts of the Roberts Law Firm PA to withdraw as local counsel in the above captioned case. In support of this Motion, Plaintiff states as follows:

1. Attorneys Norman E. Siegel and Todd E. Hilton of Stueve Siegel Hanson LLP have filed appearances on behalf of Plaintiff in the above listed case and are designated as Lead Counsel for Plaintiff O'Mary.

2. Attorneys Norman E. Siegel and Todd E. Hilton of Stueve Siegel Hanson LLP and Eric H. Gibbs, Amy M. Zeman and Phyra M. McCandless of Girard Gibbs LLP are counsel for Plaintiff in *O'Mary v. Auxilium Pharmaceuticals Inc., et al.,* Case No. 14-cv-06320. The case was transferred from the United States District Court for the Eastern District of Arkansas and consolidated into this action by Transfer Order filed August 13, 2014.

3. Todd E. Hilton and Norman E. Siegel of Stueve Siegel Hanson LLP and Eric H. Gibbs, Amy M. Zeman, and Phyra M. McCandless of Girard Gibbs LLP will continue to represent the Plaintiff in this case. Stueve Siegel Hanson LLP and Girard Gibbs LLP have the signed retention agreement with Plaintiff.

4. Mike L. Roberts from Roberts Law Firm PA was local counsel in the original venue to assist solely with filing the case in that jurisdiction before transfer to MDL 2545 and will no longer represent Plaintiff in this matter. Mr. Roberts should be removed from all service lists including the CM/ECF system.

5. WHEREFORE, for the foregoing reasons, Plaintiff Marvin O'Mary hereby respectfully asks that this Court grant leave for Mr. Roberts to withdraw as local counsel and remove him from all service lists as counsel for Plaintiff.

Dated June 15, 2015                    Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

/s/ Todd E. Hilton
Todd E. Hilton, MO Bar #51388
Norman E. Siegel, MO Bar #44378
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
hilton@stuevesiegel.com
siegel@stuevesiegel.com

**Lead Counsel for Plaintiff O'Mary**

**GIRARD GIBBS LLP**
Eric H. Gibbs CA State Bar # 178658
Amy M. Zeman CA State Bar # 273100
Phyra M. McCandless CA State Bar # 260021
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
ehg@giardgibbs.com
amz@girardgibbs.com
pmm@girardgibbs.com

**Counsel for Plaintiff O'Mary**

**ROBERTS LAW FIRM, PA**

/s/ Mike L. Roberts
20 Rahling Circle
Little Rock, AR  72233
Tel:  (501) 821-5575
mikeroberts@robertslawfirm.us

**Withdrawing Local Counsel for Plaintiff O'Mary**

**ATTORNEYS FOR PLAINTIFF**

3

### **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record this 15th day of June, 2015, by way of the Court's CM/ECF filing system.

/s/ Todd E. Hilton