EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Ronald J. Adams and Jennifer S. Adams | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 14-cv-08171 |
| vs. | ) | |
| | ) | |
| Actavis, Inc.; Watson Pharmaceuticals, | ) | |
| Inc. and Pfizer, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW the Plaintiffs, Ronald J. Adams and Jennifer S. Adams, by and through their undersigned counsel of record, and before the filing of any Answer or Motion for Summary Judgment, dismiss their case against Defendants Actavis, Inc. and Watson Pharmaceuticals, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 10, 2015        Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **RICHARD ADAMS**      ) | **Stipulation of dismissal pursuant to** |
|      ) | **F.R.C.P 41(a)(1)(A)** |
|     Plaintiff,     ) | |
|      ) | |
| v.      ) | |
|      ) | Case No. 1:15-cv-03734 |
| **ACTAVIS PLC; ACTAVIS, INC; ACTAVIS**   ) | |
| **PHARMA, INC.; ACTAVIS**     ) | |
| **LABORATORIES UT, INC.; WATSON**   ) | |
| **LABORATORIES, INC.; ANDA INC.**   ) | |
|     Defendants. | |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i). and MDL 2545 Case

Management Order 20, Plaintiff **RICHARD ADAMS**, by and through his counsel of record

hereby **DISMISSES** the above-captioned case, without prejudice, on the grounds that Plaintiff

**RICHARD ADAMS** was taking only generic injectable Testosterone Cypionate. Given the

contents of the defendants' recent motion to dismiss filed on the 15th of May, 2015, and the case

law cited therein, Plaintiff has been persuaded that his case against the defendants is no longer

viable. For the ease and convenience of the court, Plaintiff hereby **DISMISSES** the above

captioned case.

Dated this _11_ day of June, 2015.

Respectfully submitted,

**BRANCH LAW FIRM**

By: _____

Turner W. Branch, Esq.

2025 Rio Grande Blvd. NW
Albuquerque, NM 87104
505-243-3500 – Telephone
505-243-3534 – Facsimile
*Attorney for the Plaintiff*
tbranch@branchlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the _11th_ of June, 2015 the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record via the CM/ECF System.

/s/ *Turner W. Branch*
Turner W. Branch, Esq.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Gail Allegar, Individually and on behalf of | ) | |
| George W. Allegar, III | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 14-cv-04546 |
| vs. | ) | |
| | ) | |
| Pfizer Inc. and Paddock Laboratories, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW the Plaintiff, Gail Allegar, by and through the undersigned counsel of record, and before the filing of any Answer or Motion for Summary Judgment, dismiss their case against Defendant Paddock Laboratories, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 10, 2015                    Respectfully Submitted,

<u>s/ Matthew P. Teague</u>
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: TESTOSTERONE REPLACEMENT
THERAPY PRODUCTS LIABILITY
LITIGATION

MDL NO. 2545
Master Docket Case No. 1:14-cv-01748
Honorable Matthew F. Kennelly

JOE ARLINE,
          Plaintiff,
v.

Case No. 1:14-cv-09139

ABBVIE, INC., ET AL.,
          Defendant.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS ACTAVIS, INC. AND WATSON PHARMACEUTICALS, INC. ONLY

PLEASE TAKE NOTICE that Plaintiff Joe Arline, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses without prejudice his claims against Defendants Actavis, Inc. and Watson Pharmaceuticals, Inc. only. His claims against the other defendants remain pending, and in full force and effect.

Respectfully submitted this 27th day of May, 2015.

Respectfully submitted,

/s/ David C. DeGreeff
David C. DeGreeff     MO # 55019
Thomas P. Cartmell    MO # 45366
Jeffrey M. Kuntz      MO # 52371
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
ddegreeff@wcllp.com
tcartmell@wcllp.com
jkuntz@wcllp.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on May 27, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


     By: <u>/s/ *David DeGreeff*</u>
       Attorney

4814-0920-1188, v. 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| PETER ARMSTRONG<br><br>                        Plaintiff,<br><br>     vs.<br><br><br>PFIZER, INC., ET AL.<br><br><br>                    Defendants. | Civil Action No.:  1:14-cv-7550<br><br><br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.41(a)(1)(A)(i) |

<u>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**</u>

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff PETER ARMSTRONG, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant Watson Pharmaceuticals, Inc. only.

Date:   May 29, 2015                    Respectfully submitted,

DAVID P. MATTHEWS
Texas Bar No. 13206200
STEVE FARIES
Texas Bar No.: 24040884
LIZY SANTIAGO
Texas Bar No.: 00796303
RACHAL G. ROJAS
Texas Bar No.: 24063161
Matthews & Associates
2905 Sackett St.
Houston, TX  77098
713.222.8080
713.535.7184 – facsimile
dmatthews@dpmlawfirm.com
sfaries@dpmlawfirm.com
lsantiago@dpmlawfirm.com
rrojas@dpmlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2015, the foregoing document was filed with the Clerk via CM/ECF.  Notice of this filing will be sent by operation of the Court's electronic filings system to all parties indicated on the electronic filings receipt. Parties may access this filing through the Court's system.

David P. Matthews

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| | Master Docket Case No. 1:14-cv-01748 |
| | Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO: | |
| TURNER C. BROWN, JR. | Civil Docket Case No: 1:15-cv-00874 |
| Plaintiff, | |
| vs. | |
| ACTAVIS, INC. f/k/a WATSON PHARMACEUTICALS, INC., *et al.,* Defendants. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that the Plaintiff herein, Turner Brown, hereby dismisses without prejudice his claims against all remaining Defendants, Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., a Nevada corporation, Watson Laboratories, Inc. – Arizona, a Delaware corporation, Watson Laboratories, Inc., a Delaware corporation, Actavis Pharma, Inc., f/k/a Watson Pharma, Inc., and ANDA, Inc. (West-Ward Pharmaceutical Corporation having been previously dismissed), before the filing of any Answer or Motion for Summary Judgment by any of the aforementioned Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1

Respectfully submitted this 1st day of June, 2015.

/s/ Mekel S. Alvarez
Morris Bart (LA Bar 02788)
Mekel S. Alvarez (Bar #22157) (T.A.)
MORRIS BART, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
mbart@morrisbart.com
malvarez@morrisbart.com
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mekel S. Alvarez
Mekel S. Alvarez
MORRIS BART, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
Email:      malvarez@morrisbart.com

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE:  TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| This Document Relates To: | ) MDL NO. 2545 |
| | ) Docket No.: 1:14-cv-08221 |
| Stephen Buffkin, Plaintiff | ) Honorable Matthew F. Kennelly |
| | ) |
| v. | ) |
| | ) |
| Abbvie Inc., | ) |
| Abbott Laboratories, Inc., | ) |
| Watson Laboratories, | ) |
| Actavis Pharma, Inc., | ) |
| Pfizer, Inc., and Pharmacia & | ) |
| Upjohn Company, Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff, Stephen Buffkin, by and through undersigned counsel, voluntarily dismisses, without prejudice, the claims only against the defendants, Watson Laboratories, Inc. and Actavis Pharma, Inc.  None of the aforementioned Defendants have filed an Answer and/or Motion for Summary Judgment.

Respectfully submitted this 20th day of April, 2015,

**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**

/s/Brandon L. Bogle
Brandon L. Bogle, Esquire
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502

850-435-7042
850-436-6042 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on the 20th day of April, 2015, Plaintiff's Notice of Voluntary Dismissal without Prejudice was electronically filed with the Clerk of Court by using the CM/ECF system which sent notice of electronic filing to all counsel of record.

Respectfully submitted this the 20th day of April, 2015,

**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**

/s/Brandon L. Bogle
Brandon L. Bogle, Esquire
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
850-435-7042
850-436-6042 (facsimile)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Patrick H. Bush and Patricia R. Bush | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 14-cv-09389 |
| vs. | ) | |
| | ) | |
| Actavis, Inc.; Watson Pharmaceuticals, | ) | |
| Inc. and Pfizer, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW the Plaintiffs, Patrick H. Bush and Patricia R. Bush, by and through their undersigned counsel of record, and before the filing of any Answer or Motion for Summary Judgment, dismiss their case against Defendants Actavis, Inc. and Watson Pharmaceuticals, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties  by operation of the Court's electronic filing system. Parties may access this filing through the  Court's system.

Dated: June 10, 2015      Respectfully Submitted,

        <u>s/ Matthew P. Teague</u>
        Matthew P. Teague, Esq.
        Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
        P O Box 4160
        Montgomery, AL 36103-4160
        334-269-2343
        Fax: 334-954-7555
        Email: matt.teague@beasleyallen.com
        ATTORNEY TO BE NOTICED
        Admitted Pro Hac Vice

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | § § § | MDL No. 2545 |
| | § | Master Docket Case No. 1:14-cv-01748 |
| | | Honorable Matthew F. Kennelly |

| | | |
|---|---|---|
| CHRISTOPHER CHAUDOIR | § § | |
| Plaintiff , | § § | |
| | § | Civil Action No.:1:15-cv-975 |
| VS | § § | |
| | § | |
| AUXILIUM PHARMACEUTICALS, INC.; | § | |
| DPT LABORATORIES, LTD.; ABBVIE, | § | |
| INC., ABBOTT LABORATORIES, INC.; | | |
| ACTAVIS PLC; and ACTAVIS, INC. F/K/A | | |
| WATSON PHARMACEUTICALS, INC., | | |
| Defendants. | | |

_____

## **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW Christopher "Chris" Chaudoir, hereinafter referred to as "Plaintiff", and before the filing of any Answer or Motion for Summary Judgment by Defendants, dismisses his claims against Defendants, Actavis PLC, and Actavis, Inc. f/k/a: Watson Pharmaceuticals, Inc. in their capacity as manufacturers of generic testosterone, with full reservation of rights against all other parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this _____ day of June, 2015

**Domengeaux Wright Roy & Edwards, LLC**

_/s/ Elwood C. Stevens, Jr._____
ELWOOD C. STEVENS, JR. (La.12,459) (T.A.)
JAMES P. ROY (La. 11,511)
JOHN P. ROY (La. 32,048)
Jefferson Towers, Suite 500
556 Jefferson Street
P. O. Box 3668
Lafayette, LA 70502-3668
Telephone: (337) 233-3033
Fax: (337) 232-8213
Email:  ElwoodS@wrightroy.com
Email:  JimR@wrightroy.com
Email:  JohnR@wrightroy.com
**ATTORNEYS FOR PLAINTIFF:**
*Christopher Chaudoir*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: TESTOSTERONE REPLACEMENT | § | **MDL No. 2545** |
| THERAPY PRODUCTS LIABILITY | § | |
| LITIGATION | § | **Master Docket Case No. 1:14-cv-01748** |
| | | |
| | | **Honorable Matthew F. Kennelly** |

| | | |
|---|---|---|
| GEORGE JOSEPH CORMIER | § | |
| VIRGINIA FORTNER CORMIER | § | |
| | § | |
| Plaintiff , | § | |
| | § | Civil Action No.:   1:15-cv-1431 |
| VS | § | |
| | § | |
| ABBVIE, INC., ABBOTT | § | |
| LABORATORIES, INC.; ACTAVIS PLC; | § | |
| and ACTAVIS, INC. F/K/A WATSON | § | |
| PHARMACEUTICALS, INC. ACTAVIS | | |
| PHARMA, INC.; and WATSON | | |
| LABORATORIES, INC., | | |
| Defendants. | | |

---

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW George Joseph Cormier and his wife, Virginia Fortner Cormier, hereinafter referred to as "Plaintiffs", and before the filing of any Answer or Motion for Summary Judgment by Defendants, dismisses his claims against Defendants, Actavis PLC, and Actavis, Inc. f/k/a: Watson Pharmaceuticals, Inc. in their capacity as manufacturers of generic testosterone, with full reservation of rights against all other parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this _____ day of June, 2015

**Domengeaux Wright Roy & Edwards, LLC**

 /s/ Elwood C. Stevens, Jr.
ELWOOD C. STEVENS, JR. (La.12,459) (T.A.)
JAMES P. ROY (La. 11,511)
JOHN P. ROY (La. 32,048)
Jefferson Towers, Suite 500
556 Jefferson Street
P. O. Box 3668
Lafayette, LA 70502-3668
Telephone: (337) 233-3033
Fax: (337) 232-8213
Email: ElwoodS@wrightroy.com
Email: JimR@wrightroy.com
Email: JohnR@wrightroy.com
**ATTORNEYS FOR PLAINTIFFS:**
*George J. Cormier and Virginia F. Cormier*

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| James Criswell and Sandra Criswell | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 15-cv-00958 |
| vs. | ) | |
| | ) | |
| Sandoz, Inc.; Paddock Laboratories, Inc.; | ) | |
| Perrigo Company, PLC; Pfizer, Inc. and | ) | |
| Pharmacia & Upjohn, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## <u>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL</u>

COME NOW the Plaintiffs, James Criswell and Sandra Criswell, by and through their

undersigned counsel of record, and before the filing of any Answer or Motion for Summary

Judgment, dismiss their case against Defendants Sandoz, Inc.; Paddock Laboratories, Inc. and

Perrigo Company, PLC without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

<u>s/ Matthew P. Teague</u>
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


Dated: June 10, 2015                    Respectfully Submitted,

                                        s/ Matthew P. Teague
                                        Matthew P. Teague, Esq.
                                        Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
                                        P O Box 4160
                                        Montgomery, AL 36103-4160
                                        334-269-2343
                                        Fax: 334-954-7555
                                        Email: matt.teague@beasleyallen.com
                                        ATTORNEY TO BE NOTICED
                                        Admitted Pro Hac Vice

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT § | **MDL No. 2545** |
| THERAPY PRODUCTS LIABILITY § | |
| LITIGATION § | **Master Docket Case No. 1:14-cv-01748** |
| | |
| | **Honorable Matthew F. Kennelly** |

| | | |
|---|---|---|
| BEVERLEY BUTLER DOMINGUES, § | | |
| DIANE DOMINGUES AND DENISE § | | |
| DOMINGUES, INDIVIDUALLY AND AS § | | |
| SURVIVING SPOUSE AND CHILDREN § | | |
| OF MARK P. DOMINGUES (DECEASED) § | | |
| § | Civil Action No.:1:15-cv-377 | |
| Plaintiff , § | | |
| VS §  | | |
| § | | |
| PFIZER, INC., PHARMACIA & § | | |
| UPJOHN COMPANY, LLC, | | |
| ACTAVIS PLC; and ACTAVIS, INC. | | |
| F/K/A WATSON PHARMACEUTICALS, | | |
| INC. | | |
| Defendants. | | |

---

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Beverly Butler Domingues, individually and on behalf of her deceased

spouse, Mark P. Domingues and Diane Domingues and Denise Domingues, individually and as

surviving children of Mark P. Domingues (deceased), (hereinafter sometimes referred to as

"Plaintiffs" or "Plaintiffs' decedent"), and before the filing of any Answer or Motion for

Summary Judgment by Defendants, dismisses their claims against Defendants, Actavis PLC and

Actavis, Inc. f/k/a: Watson Pharmaceuticals, Inc. in their capacity as manufacturers of generic

testosterone, with full reservation of rights against all other parties pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this _____ day of June, 2015

**Domengeaux Wright Roy & Edwards, LLC**

 _/s/ Elwood C. Stevens, Jr._____
ELWOOD C. STEVENS, JR. (La.12,459) (T.A.)
JAMES P. ROY (La. 11,511)
JOHN P. ROY (La. 32,048)
Jefferson Towers, Suite 500
556 Jefferson Street
P. O. Box 3668
Lafayette, LA 70502-3668
Telephone: (337) 233-3033
Fax: (337) 232-8213
Email:  ElwoodS@wrightroy.com
Email:  JimR@wrightroy.com
Email:  JohnR@wrightroy.com
**ATTORNEYS FOR PLAINTIFF:**
*Beverly Butler Domingues, Diane Domingues, and*
*Denise Domingues, individually and on behalf of their*
*deceased spouse and father, Mark P. Domingues*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Sandra R. Garner, Individually and on behalf | ) | |
| Of Gary Alan Garner | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 14-cv-06383 |
| vs. | ) | |
| | ) | |
| Actavis, Inc.; Auxilium Pharmaceuticals, | ) | |
| Inc. and Pfizer, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

COME NOW the Plaintiff, Sandra R. Garner, by and through the undersigned counsel of record, and before the filing of any Answer or Motion for Summary Judgment, dismiss their case against Defendants Actavis, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties  by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 10, 2015           Respectfully Submitted,

<u>s/ Matthew P. Teague</u>
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

James R. Gaut and Shirley T. Gaut    )
    )
        Plaintiffs,    )
    )    CASE NO. 15-cv-01750
vs.    )
    )
Paddock Laboratories, Inc.; Perrigo    )
Company, PLC; Pfizer, Inc. and Pharmacia    )
& Upjohn, LLC    )
    )
        Defendants.    )

## <u>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL</u>

COME NOW the Plaintiffs, James R. Gaut and Shirley T. Gaut, by and through their

undersigned counsel of record, and before the filing of any Answer or Motion for Summary

Judgment, dismiss their case against Defendants Paddock Laboratories, Inc. and Perrigo Company,

PLC without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 10, 2015          Respectfully Submitted,

<u>s/ Matthew P. Teague</u>
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Shawn Godden and Kelly Key, | : | In re: Testosterone Replacement Therapy Products Liability Litigation |
| | : | |
| | : | MDL 2545 |
| | : | |
| | : | Honorable Matthew F. Kennelly |
| Plaintiffs, | : | |
| | : | Master Docket Case No. 1:14-cv-01748 |
| v. | : | |
| | : | Case No. 1:15-cv-00432 |
| AbbVie Inc., | : | |
| Abbott Laboratories, Inc., | : | |
| Watson Laboratories, | : | |
| Actavis Pharma, Inc., | : | |
| Pfizer, Inc. and Pharmacia | : | |
| Upjohn Company, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS WATSON LABORATORIES, ACTAVIS PHARMA, INC., PFIZER, INC. AND PHARMACIA UPJOHN COMPANY**

PLEASE TAKE NOTICE that Plaintiffs Shawn Godden and Kelly Key, pursuant to Fed.

R. Civ. P. 41(a)(1)(A)(i), hereby dismiss without prejudice their claims against Defendants

Watson Laboratories, Actavis Pharma, Inc., Pfizer, Inc. and Pharmacia Upjohn Company.

Respectfully submitted this 1st day of June 2015.

WEXLER WALLACE LLP

*s/ Edward A. Wallace*
Edward A. Wallace
Wexler Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Fax: (2312) 346-0022
eaw@wexlerwallace.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/ Edward A. Wallace*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Vernon W. Gragg, Jr. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 15-cv-2502 |
| vs. | ) | |
| | ) | |
| Actavis, Inc.; Watson Pharmaceuticals, | ) | |
| Inc.; Pfizer, Inc. and Pharmacia & | ) | |
| Upjohn Company LLC | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW the Plaintiff, Vernon W. Gragg, Jr., by and through the undersigned

counsel of record, and before the filing of any Answer or Motion for Summary Judgment,

dismiss their case against Defendants Actavis, Inc. and Watson Pharmaceuticals, Inc. without

prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties  by operation of the Court's electronic filing system. Parties may access this filing through the  Court's system.


Dated: June 10, 2015        Respectfully Submitted,

                    <u>s/ Matthew P. Teague</u>
                    Matthew P. Teague, Esq.
                    Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
                    P O Box 4160
                    Montgomery, AL 36103-4160
                    334-269-2343
                    Fax: 334-954-7555
                    Email: matt.teague@beasleyallen.com
                    ATTORNEY TO BE NOTICED
                    Admitted Pro Hac Vice

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| WILLIAM GRIMES<br><br>     Plaintiff,<br><br> vs.<br><br>ACTAVIS, INC.,<br>PFIZER, INC., PHARMACIA & UPJOHN,<br>CO. and WATSON PHARMACEUTICALS,<br>INC.<br><br><br>    Defendants. | Civil Action No.:  14-CV-08715<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.41(a)(1)(A)(i) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff WILLIAM GRIMES, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants Actavis, Inc., Pfizer, Inc., Pharmacia & Upjohn, Co., and Watson Pharmaceuticals, Inc.

Date:   February 12, 2015                    Respectfully submitted,

DAVID P. MATTHEWS
Texas Bar No. 13206200
STEVE FARIES
Texas Bar No.: 24040884
LIZY SANTIAGO
Texas Bar No.: 00796303
RACHAL G. ROJAS
Texas Bar No.: 24063161
2905 Sackett St.
Houston, TX  77098
713.222.8080
713.535.7184 – facsimile
dmatthews@dpmlawfirm.com
sfaries@dpmlawfirm.com
lsantiago@dpmlawfirm.com
rrojas@dpmlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2015, the foregoing document was filed with the

Clerk via CM/ECF.  Notice of this filing will be sent by operation of the Court's electronic

filings system to all parties indicated on the electronic filings receipt. Parties may access this

filing through the Court's system.

David P. Matthews

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE: TESTOSTERONE
REPLACEMENT THERAPY
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

ALVARO ROMAN GUTIERREZ and
YAMILETH D. GUTIERREZ, h/w,

      Plaintiffs

v.

PHARMACIA & UPJOHN CO., PHARMACIA
LLC, PFIZER INC., PERRIGO COMPANY,
PADDOCK LABORATORIES INC.,

      Defendants.

MDL 2545

Master Docket Case No. 1:14-cv-01748

Honorable Matthew F. Kennelly

Case No. 1:14-cv-08028

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS PADDOCK LABORATORIES, INC. AND PERRIGO COMPANY ONLY

**PLEASE TAKE NOTICE** that Plaintiffs Alvaro Roman and Yamileth Gutierrez, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss without prejudice their claims against Defendants Paddock Laboratories, Inc. and Perrigo Company only.

Respectfully submitted this 1st day of June 2015.

By:   /s/ Laurence S. Berman
       Laurence S. Berman, Esq.
       Levin Fishbein Sedran and Berman
       510 Walnut St., Suite 500
       Philadelphia, PA 19106
       (215)592-1500

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1st, 2015, I electronically filed the foregoing with

Clerk of the Court using the CM/ECF system which will send notification of such filing

to all parties that are CM/ECF participants in this action.

By:    <u>/s/ Laurence S. Berman</u>
        Laurence S. Berman, Esq.
        Levin Fishbein Sedran & Berman
        510 Walnut St., Suite 500
        Philadelphia, PA 19106
        (215)592-1500

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| Phillip M. Gwinn and Shana R. Gwinn | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 15-cv-1329 |
| vs. | ) | |
| | ) | |
| Actavis, Inc.; Watson Pharmaceuticals, | ) | |
| Inc., Pfizer, Inc. and Pharmacia & Upjohn, | ) | |
| LLC. | ) | |
| | ) | |
| Defendants. | ) | |

## **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

COME NOW the Plaintiffs, Phillip M. Gwinn and Shana R. Gwinn, by and through their

undersigned counsel of record, and before the filing of any Answer or Motion for Summary

Judgment, dismiss their case against Defendants Actavis, Inc. and Watson Pharmaceuticals, Inc.

without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 10, 2015                Respectfully Submitted,

<u>s/ Matthew P. Teague</u>
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Robert Ham and Audrey Ham | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 14-cv-10011 |
| vs. | ) | |
| | ) | |
| Paddock Laboratories, Inc.; Perrigo | ) | |
| Company, PLC, AbbVie, Inc.; Abbott | ) | |
| Laboratories, Inc. and Pfizer, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW the Plaintiffs, Robert Ham and Audrey Ham, by and through their

undersigned counsel of record, and before the filing of any Answer or Motion for Summary

Judgment, dismiss their case against Defendants Paddock Laboratories, Inc. and Perrigo

Company, PLC. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


Dated: June 10, 2015        Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| Claudia Hayes, Individually and as | ) | |
| Surviving Spouse of Samuel Hayes; | ) | |
| The Estate of Samuel Hayes | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 14-cv-07713 |
| vs. | ) | |
| | ) | |
| Actavis, Inc.; Watson Pharmaceuticals, | ) | |
| Inc. and Pfizer, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

COME NOW the Plaintiff, Claudia Hayes, by and through the undersigned counsel of record, and before the filing of any Answer or Motion for Summary Judgment, dismiss their case against Defendants Actavis, Inc. and Watson Pharmaceuticals, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 10, 2015          Respectfully Submitted,

                      <u>s/ Matthew P. Teague</u>
                      Matthew P. Teague, Esq.
                      Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
                      P O Box 4160
                      Montgomery, AL 36103-4160
                      334-269-2343
                      Fax: 334-954-7555
                      Email: matt.teague@beasleyallen.com
                      ATTORNEY TO BE NOTICED
                      Admitted Pro Hac Vice

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: TESTOSTERONE REPLACEMENT
THERAPY PRODUCTS LIABILITY
LITIGATION

MDL NO. 2545
Master Docket Case No. 1:14-cv-01748
Honorable Matthew F. Kennelly

CLYDE HEATH,
               Plaintiff,

v.

Case No. 1:14-cv-10339

ACTAVIS, INC., ET AL.,
               Defendant.

## <u>NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS ACTAVIS, INC. AND WATSON PHARMACEUTICALS, INC. ONLY</u>

PLEASE TAKE NOTICE that Plaintiff Clyde Heath, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses without prejudice his claims against Defendants Actavis, Inc. and Watson Pharmaceuticals, Inc. only. His claims against the other defendants remain pending, and in full force and effect.

Respectfully submitted this 27th day of May, 2015.

Respectfully submitted,

/s/ David C. DeGreeff
David C. DeGreeff     MO # 55019
Thomas P. Cartmell     MO # 45366
Jeffrey M. Kuntz     MO # 52371
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
ddegreeff@wcllp.com
tcartmell@wcllp.com
jkuntz@wcllp.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on May 27, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


       By:  <u>/s/ *David DeGreeff*          </u>
             Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| David Henson and Judy Henson | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 15-cv-00964 |
| vs. | ) | |
| | ) | |
| Actavis, Inc.; Watson Pharmaceuticals, | ) | |
| Inc.; Pfizer, Inc. and Pharmacia & Upjohn, | ) | |
| LLC | ) | |
| | ) | |
| Defendants. | ) | |


## <u>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL</u>

COME NOW the Plaintiffs, David Henson and Judy Henson, by and through their

undersigned counsel of record, and before the filing of any Answer or Motion for Summary

Judgment, dismiss their case against Defendants Actavis, Inc. and Watson Pharmaceuticals, Inc.

without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

<u>s/ Matthew P. Teague</u>
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties  by operation of the Court's electronic filing system. Parties may access this filing through the  Court's system.


Dated: June 10, 2015                        Respectfully Submitted,

                                            s/ Matthew P. Teague
                                            Matthew P. Teague, Esq.
                                            Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
                                            P O Box 4160
                                            Montgomery, AL 36103-4160
                                            334-269-2343
                                            Fax: 334-954-7555
                                            Email: matt.teague@beasleyallen.com
                                            ATTORNEY TO BE NOTICED
                                            Admitted Pro Hac Vice

**GOLDBERG & OSBORNE**
**698 E. Wetmore Road, Suite 200**
**Tucson, AZ 85705**
**(520) 620-3975**

**David J. Diamond, Esq.**
**Ddiamond40@aol.com**

**D. Greg Sakall, Esq.**
**gsakall@aol.com**
**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | **MDL No. 2545** |
| | **Case No. 1:14-cv-09590** |
| SHIRLEY JOYNER, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF ALEXANDER JOYNER, | **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Plaintiffs, | |
| vs. | |
| PFIZER, INC. and PADDOCK LABORATORIES, INC., | |
| Defendants. | |

Plaintiff, Shirley Joyner, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) hereby gives notice that she is voluntarily dismissing her claims against the

Defendants Pfizer, Inc. and Paddock Laboratories, Inc. without prejudice to her right to re-file said claims.

Respectfully submitted this 26th day of May, 2015.

GOLDBERG & OSBORNE

/s/   David J. Diamond
David J. Diamond
D. Greg Sakall
Attorneys for Plaintiffs

I hereby certify that on the 26th day of May, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically serve and send a notice of electronic filing to all registered attorneys of record.

/s/ K. Hampton

GOLDBERG & OSBORNE
698 E. Wetmore Road, Suite #200
Tucson, AZ 85705
(520) 620-3975

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| Ashley N. Keel, individually and on behalf of Larry D. Keel | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 15-cv-00717 |
| vs. | ) | |
| | ) | |
| Pfizer, Inc.; Pharmacia & Upjohn, LLC; Actavis, Inc. and Watson Pharmaceuticals, Inc. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## <u>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL</u>

COME NOW the Plaintiff, Ashley N. Keel, by and through the undersigned counsel of record, and before the filing of any Answer or Motion for Summary Judgment, dismiss their case against Defendants Actavis, Inc. and Watson Pharmaceuticals, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

<u>s/ Matthew P. Teague</u>
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 10, 2015        Respectfully Submitted,

<u>s/ Matthew P. Teague</u>
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Robert G. Kocak | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 14-cv-08165 |
| vs. | ) | |
| | ) | |
| Actavis, Inc.; Watson Pharmaceuticals, | ) | |
| Inc. and Pfizer, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW the Plaintiffs, Robert Kocak, by and through the undersigned counsel of record, and before the filing of any Answer or Motion for Summary Judgment, dismiss their case against Defendants Actavis, Inc. and Watson Pharmaceuticals, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 10, 2015          Respectfully Submitted,

<u>s/ Matthew P. Teague</u>
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Ollie M. Livesay, individually and on behalf of Shannon R. Livesay | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 15-cv-01957 |
| vs. | ) ) | |
| Pfizer, Inc.; Pharmacia & Upjohn LLC; Paddock Laboratories, Inc. and Perrigo Company, PLC | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW the Plaintiff, Ollie M. Livesay, by and through the undersigned counsel of record, and before the filing of any Answer or Motion for Summary Judgment, dismiss their case against Defendants Paddock Laboratories, Inc. and Perrigo Company, PLC without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 10, 2015       Respectfully Submitted,

<u>s/ Matthew P. Teague</u>
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO: <br> *McDonald v Actavis, Inc., et al; 1:15-cv-2065* | |

## <u>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL</u>

COME NOW the Plaintiffs, John E. McDonald, Jr. and Helen McDonald, by and through their undersigned counsel of record, and before the filing of any Answer or Motion for Summary Judgment, dismiss their case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 1st day of June, 2015.

Respectfully Submitted,


*/s/ Andrew T. Citrin*
Andrew T. Citrin, Esq. (CITRA8295)
Samuel P. McClurkin, IV, Esq. (MCCLS9879)
CITRIN LAW FIRM, PC
PO Drawer 2187
Daphne, AL 36526
251-621-3000
Fax: 251-626-4943
Email: andy@citrinlaw.com
        mac@citrinlaw.com
ATTORNEY TO BE NOTICED

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Andrew T. Citrin*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **In re: TESTOSTERONE** | : | **Case No.: 1-14-cv-01748** |
| **REPLACEMENT THERAPY** | : | **MDL No. 2545** |
| **PRODUCTS LIABILITY LITIGATION** | : | |

_____

**This document relates to: 1:14-cv-09663**
**MICHAEL MURRAY v. ENDO**
**PHARMACEUTICALS, INC., ABBVIE**
**INC., ABBOTT LABORATORIES, INC.,**
**PFIZER INC., ACTAVIS, INC., WATSON**
**PHARMACEUTICALS, INC., WATSON**
**LABORATORIES, INC.**


## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW** Plaintiff, Michael Murray, by and through undersigned counsel, and

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) hereby gives notice that he is voluntarily

dismissing his claims against the following Defendants: Actavis, Inc., Watson Pharmaceuticals,

Inc., and Watson Laboratories, Inc.  Said dismissal is without prejudice and with Plaintiff's right

to re-file said claims.

RESPECTFULLY SUBMITTED,

 /s/ Dennis G. Pantazis
Dennis G. Pantazis
D.G. Pantazis, Jr.
Patrick L. Pantazis
**WIGGINS CHILDS**
**PANTAZIS FISHER**
**GOLDFARB LLC**
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile:  (205) 314-0731
dgp@wigginschilds.com

Kathleen C. Chavez
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, Illinois 60134
Telephone: (630) 23-7450
kcc@fmcolaw.com

***COUNSEL FOR PLAINTIFF***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 21, 2015, I electronically filed the foregoing with the Clerk

of the United States District Court for the Northern District of Illinois by using the CM/ECF

system, which will automatically serve and provide notification of such filing to all registered

ECF filers.

/s/ Dennis G. Pantazis
Of Counsel

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| | Master Docket Case No. 1:14-cv-01748 |
| | Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO: *Olson v. Pfizer Incorporated, et al., 1:14-cv-8406* | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

COMES NOW KENT OLSON, Plaintiff herein, and before the filing of any Answer or

Motion for Summary Judgment by Defendants, dismisses his case without prejudice pursuant to

Federal Rule of Civil Procedure 41(a)(1)(i).

Respectfully submitted this 30th day of April, 2015.


*/s/ Trent B. Miracle*
Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Trent B. Miracle*
Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Bonnie Perrault, Individually and on behalf Of John Perrault | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 14-cv-10312 |
| vs. | ) ) | |
| Pfizer, Inc.; Pharmacia & Upjohn, LLC; Actavis, Inc. and Watson Pharmaceuticals, Inc. | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW the Plaintiff, Bonnie Perrault, by and through the undersigned counsel of record, and moves to dismiss her case against Defendants Actavis, Inc. and Watson Pharmaceuticals, Inc., without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendants Actavis, Inc. and Watson Pharmaceuticals, Inc. have not filed a counterclaim against Plaintiffs.

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 10, 2015          Respectfully Submitted,

<u>s/ Matthew P. Teague</u>
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Marshall Pettrey and Kim Pettrey | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 15-cv-00967 |
| vs. | ) | |
| | ) | |
| Paddock Laboratories, Inc.; Perrigo | ) | |
| Company, PLC; Actavis, Inc.; | ) | |
| Watson Pharmaceuticals, Inc.; | ) | |
| Pfizer, Inc. and Pharmacia & Upjohn | ) | |
| Company LLC | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW the Plaintiffs, Marshall Pettrey and Kim Pettrey, by and through their

undersigned counsel of record, and before the filing of any Answer or Motion for Summary

Judgment, dismiss their case against Defendants Paddock Laboratories, Inc.; Perrigo Company,

PLC; Actavis, Inc. and Watson Pharmaceuticals, Inc. without prejudice pursuant to Federal Rule of

Civil Procedure 41(a)(l)(i).


Respectfully submitted this 10th day of June, 2015.


Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


Dated: June 10, 2015        Respectfully Submitted,

<u>s/ Matthew P. Teague</u>
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Jerry W. Poole, Sr. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 15-cv-00095 |
| vs. | ) | |
| | ) | |
| Actavis, Inc.; Watson Pharmaceuticals, | ) | |
| Inc. and Pfizer, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW the Plaintiffs, Jerry W. Poole, Sr., by and through their undersigned

counsel of record, and before the filing of any Answer or Motion for Summary Judgment,

dismiss their case against Defendants Actavis, Inc. and Watson Pharmaceuticals, Inc. without

prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 10, 2015         Respectfully Submitted,

<u>s/ Matthew P. Teague</u>
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| Patricia Pounders, individually and on | ) | |
| Behalf of Humbert D. Pounders | ) | |
| Plaintiffs, | ) | |
|  | ) | CASE NO. 14-cv-07419 |
| vs. | ) | |
|  | ) | |
| Paddock Laboratories, Inc.; Perrigo | ) | |
| Company, PLC; Pfizer, Inc. and | ) | |
| Pharmacia & Upjohn, LLC | ) | |
|  | ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW the Plaintiff, Patricia Pounders, by and through the undersigned counsel of

record, and before the filing of any Answer or Motion for Summary Judgment, dismiss their case

against Defendants Paddock Laboratories, Inc and Perrigo Company, PLC without prejudice

pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 10, 2015        Respectfully Submitted,

<div style="margin-left:2em">

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

</div>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Sally Qualls, Individually and on behalf    )
of James W. Qualls    )
   )
       Plaintiffs,    )
   )     CASE NO. 15-cv-03889
vs.    )
   )
Pfizer, Inc.; Pharmacia & Upjohn    )
Company, LLC and Paddock Laboratories,    )
Inc.    )
   )
       Defendants.    )

## **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

COME NOW the Plaintiff, Sally Qualls, by and through the undersigned counsel of

record, and before the filing of any Answer or Motion for Summary Judgment, dismiss their case

against Defendants Paddock Laboratories, Inc. without prejudice pursuant to Federal Rule of

Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 10, 2015          Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| Billy E. Roberts, Sr., Deceased<br>by Kathryn Roberts Coleman, as Administrator )<br><br>Plaintiffs<br><br>v.<br><br>AbbVie Inc.,<br>Abbott Laboratories, Inc.,<br>Actavis, Inc.,<br>Actavis Pharma, Inc.,<br>Anda, Inc.,<br>Watson Laboratories, Inc.,<br>and Does 1-25 inclusive | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 2545<br><br>Master Docket Case No.<br>1:14-cv-01748<br><br>Honorable Matthew F. Kennelly<br><br>**Case No. 1:14-cv-08738** |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS ACTAVIS, INC.,
ACTAVIS PHARMA, INC., ANDA, INC., WATSON LABORATORIES, INC., and DOES
1-25 INCLUSIVE, *ONLY***

**PLEASE TAKE NOTICE** that Plaintiff Billy E. Roberts , Sr., Deceased by

Kathryn Roberts Coleman, as Administrator., pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i), hereby dismisses without prejudice his claims against Defendants Actavis,

Inc., Actavis Pharma, Inc., Anda, Inc., Watson Laboratories, Inc., and Does 1-25 inclusive,

*only*.

Respectfully submitted this 26th day of May, 2015.


**CELLINO & BARNES, P.C.**


By:    /s/ Brian A. Goldstein
       Brian A. Goldstein, Esq.
       New York Bar No. 2715019
       2500 Main Place Tower
       350 Main Street
       Buffalo, New York 14202-3725
       Phone: (716) 888-8888
       Brian.goldstein@cellinoandbarnes.com
       *Attorneys for Plaintiff(s)*


## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2015, I electronically filed the foregoing with

Clerk of the Court using CM/ECF system which will send notification of such filing to all

parties that are CM/ECF participants in this action.


By:    /s/ Brian A. Goldstein
       Brian A. Goldstein, Esq.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Harold Toney Robinson and | ) | |
| Patsy Jo Robinson | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 15-cv-01852 |
| vs. | ) | |
| | ) | |
| Actavis, Inc.; Watson Pharmaceuticals, | ) | |
| Inc., Pfizer, Inc. and Pharmacia & | ) | |
| Upjohn, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW the Plaintiffs, Harold Toney Robinson and Patsy Jo Robinson, by and through their undersigned counsel of record, and before the filing of any Answer or Motion for Summary Judgment, dismiss their case against Defendants Actavis, Inc. and Watson Pharmaceuticals, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


Dated: June 10, 2015         Respectfully Submitted,

<u>s/ Matthew P. Teague</u>
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Darnell Rowe and Nadine Rowe | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 14-cv-09999 |
| vs. | ) | |
| | ) | |
| Actavis, Inc.; Watson Pharmaceuticals, | ) | |
| Inc. and Pfizer, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW the Plaintiffs, Darnell Rowe and Nadine Rowe, by and through their

undersigned counsel of record, and before the filing of any Answer or Motion for Summary

Judgment, dismiss their case against Defendants Actavis, Inc. and Watson Pharmaceuticals, Inc.

without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties  by operation of the Court's electronic filing system. Parties may access this filing through the  Court's system.


Dated: June 10, 2015                Respectfully Submitted,

                                    s/ Matthew P. Teague
                                    Matthew P. Teague, Esq.
                                    Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
                                    P O Box 4160
                                    Montgomery, AL 36103-4160
                                    334-269-2343
                                    Fax: 334-954-7555
                                    Email: matt.teague@beasleyallen.com
                                    ATTORNEY TO BE NOTICED
                                    Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| David Smith and Christina Smith, | : | In re: Testosterone Replacement Therapy Products Liability Litigation |
| | : | |
| | : | MDL 2545 |
| | : | |
| | : | Honorable Matthew F. Kennelly |
| Plaintiffs, | : | |
| | : | Master Docket Case No. 1:14-cv-01748 |
| v. | : | |
| | : | Case No. 1:15-cv-01767 |
| Endo Pharmaceuticals, Inc. | : | |
| Endo Internal, PLC, | : | |
| Watson Laboratories, and | : | |
| Actavis Pharma, Inc., | : | |
| | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiffs David Smith and Christina Smith, pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismiss without prejudice their claims against all

Defendants.

Respectfully submitted this 1st day of June 2015.

WEXLER WALLACE LLP

*s/ Edward A. Wallace*
Edward A. Wallace
Wexler Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Fax: (2312) 346-0022
eaw@wexlerwallace.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/ Edward A. Wallace*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: TESTOSTERONE | : | **Case No.: 1-14-cv-01748** |
| REPLACEMENT THERAPY | : | **MDL No. 2545** |
| PRODUCTS LIABILITY LITIGATION | : | |

_____

**This document relates to: 1:14-cv-05370**
**MITCHELL SOBLEY v. PFIZER INC.,**
**ACTAVIS, INC., WATSON**
**PHARMACEUTICALS, INC., WATSON**
**LABORATORIES, INC.**

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

**COMES NOW** Plaintiff, Mitchell Sobley, by and through undersigned counsel, and

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) hereby gives notice that he is voluntarily

dismissing his claims against the following Defendants:  Actavis, Inc., Watson Pharmaceuticals,

Inc., and Watson Laboratories, Inc.  Said dismissal is without prejudice and with Plaintiff's right

to re-file said claims.

RESPECTFULLY SUBMITTED,

 /s/ Dennis G. Pantazis_____
Dennis G. Pantazis
D.G. Pantazis, Jr.
Patrick L. Pantazis
**WIGGINS CHILDS**
**PANTAZIS FISHER**
**GOLDFARB LLC**
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Facsimile:  (205) 314-0731
dgp@wigginschilds.com

Kathleen C. Chavez
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, Illinois 60134
Telephone: (630) 23-7450
kcc@fmcolaw.com

***COUNSEL FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2015, I electronically filed the foregoing with the Clerk

of the United States District Court for the Northern District of Illinois by using the CM/ECF

system, which will automatically serve and provide notification of such filing to all registered

ECF filers.

/s/ Dennis G. Pantazis
Of Counsel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

IN RE: TESTOSTERONE REPLACEMENT
THERAPY PRODUCTS LIABILITY LITIGATION

**U.S. District Court,
Northern District of Illinois
MDL No.: 2545**
1:14-cv-01748
Hon. Matthew F. Kennelly

---

ERIC STEVENS and JILL STEVENS,

     Plaintiffs,

-against-

ACTAVIS, INC., ACTAVIS PHARMA, INC., ANDA, INC., and
WATSON LABORATORIES, INC.,

     Defendants.

NDNY Civil Action No:
5:15-cv-355

NDIll Civil Action No.:
15-cv-3345

---

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that the plaintiffs, ERIC STEVENS and JILL STEVENS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss without prejudice their claims against Defendants, Actavis, Inc., Actavis Pharma, Inc., Anda, Inc., and Watson Laboratories, Inc., for any injuries resulting from the use of testosterone cypionate and testosterone enanthate, only. this stipulation does not discontinue the plaintiffs' claims against Defendants, Actavis, Inc., Actavis Pharma, Inc., Anda, Inc., and Watson Laboratories, Inc., for any injuries resulting from the use of Androderm.

Respectfully submitted this 12th day of June, 2015.

**BOTTAR LEONE, PLLC**

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

Michael A. Bottar, Esq.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| | Master Docket Case No.: 1:14-cv-01748 |
| THIS DOCUMENT RELATES TO: | |
| Summers v. Abbott Laboratories, Inc., et al. | Civil Docket Case No. 1:14-cv-8926 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff, Robert W. Summers, by and through his undersigned counsel, and hereby dismisses without prejudice his claim(s) against Defendants, Watson-Actavis Pharmaceuticals ("the Actavis Defendants"); and Paddock Laboratories, Inc. ("Paddock"), from the action pending in this above-captioned multidistrict litigation. This Notice is filed before the filing of any Answer or Motion for Summary Judgment by the Actavis and Paddock Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff in the above captioned matter no longer seeks to prosecute his individual claim(s) against the Actavis and Paddock Defendants.

Dated: June 1, 2015            Respectfully submitted,

                               **COOK p.c.**

                               /s/ Edward S. Cook
                               Edward S. Cook, Esq.
                               GA Bar #183741
                               Attorney for Plaintiffs
                               3350 Peachtree Road, N.E., Suite 1100
                               Atlanta, Georgia 30326
                               (404) 841-8485 (phone)
                               (404) 841-8045 (facsimile)
                               ecook@cookpclaw.com

                               *Counsel for the Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing document was filed via the Court's electronic filing system (CM/ECF), which will automatically serve and send notification of such filing to all registered attorneys of record. Parties may access this filing through the Court's CM/ECF system.

This 1st day of June, 2015.

**COOK p.c.**

/s/ Edward S. Cook
Edward S. Cook, Esq.
GA Bar #183741
Attorney for Plaintiffs
3350 Peachtree Road, N.E., Suite 1100
Atlanta, Georgia 30326
(404) 841-8485 (phone)
(404) 841-8045 (facsimile)
ecook@cookpclaw.com

*Counsel for the Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  TESTOSTERONE | ) | |
| REPLACEMENT THERAPY | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL 2545 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Master Docket Case No. 1:14-cv-01748 |
| | ) | |
| Leon Taylor, | ) | Honorable Matthew F. Kennelly |
| | ) | |
| Plaintiff, | ) | Case No. 1:14-cv-09375 |
| | ) | |
| v. | ) | |
| | ) | |
| ABBVIE, INC., | ) | |
| ABBOTT LABORATORIES, INC., | ) | |
| WATSON LABORATORIES, | ) | |
| ACTAVIS PHARMA, INC., | ) | |
| PFIZER, INIC. and PHARMACIA | ) | |
| UPJOHN COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS WATSON LABORATORIES AND ACTAVIS PHARMA, INC.

**PLEASE TAKE NOTICE** that Plaintiff, Leon Taylor, pursuant to Federal Rule

of Civil Procedure 41(a)(1)(A)(i), hereby dismisses without prejudice his claims against

Defendants Watson Laboratories and Actavis Pharma, Inc. only.

Respectfully submitted this 29th day of May, 2015.

/s/ Chris T. Hellums
Alabama State Bar No. ASB-5583-L73C

OF COUNSEL:

PITTMAN, DUTTON & HELLUMS, P.C.
2001 Park Place North, Suite 1100
Birmingham, AL 35203
(205) 322-8880
(205) 328-2711 facscimile

*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on May 29, 2015, I electronically filed the foregoing with

Clerk of the Court using the CM/ECF system which will send notification of such filing

to all parties that are CM/ECF participants in this action.

     /s/ Chris T. Hellums

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

BRIAN M. WEBBER,

     Plaintiff,

v.                                1:14-cv-09142

AUXILIUM PHARMACEUTICALS, INC.,
AbbVie INC.; ABBOTT LABORATORIES, INC.,
ACTAVIS, PLC; ACTAVIS, INC. formerly known as
WATSON PHARMACEUTICALS, INC.; WATSON
LABORATORIES, INC., INDIVIDUALLY
AND AS SUBSIDIARY TO ACTAVIS, INC.; and
ANDA, INC., INDIVIDUALLY AND AS SUBSIDIARY
TO ACTAVIS, INC.,

     Defendants.

## <u>NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>

PLEASE TAKE NOTICE that Plaintiff, BRIAN M. WEBBER, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby dismisses without prejudice his claims against the following Defendants:

1. **ACTAVIS, PLC;**
2. **ACTAVIS, INC. (formerly known as WATSON PHARMACEUTICALS, INC.);**
3. **WATSON LABORATORIES, INC., individually and as subsidiary to ACTAVIS, INC.;**
4. **ANDA, INC., individually and as subsidiary to ACTAVIS, INC.**

Respectfully submitted this 26th day of May, 2015.

_____
H. Seward Lawlor (Va. Bar #13783)
*Attorney for Plaintiff*
Patten, Wornom, Hatten & Diamonstein
12350 Jefferson Avenue
Newport News, VA 23602
(757) 223-4450 (phone)
(757) 223-4486 (direct fax)
slawlor@pwhd.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2015, I electronically filed the foregoing Notice of Dismissal Without Prejudice with this Court using the CM/ECF filing system, which will send notification of said filing to all parties that are CM/ECF participants in this action.

_____
H. Seward Lawlor

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Terry L. White and Julie R. White | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 15-cv-00470 |
| vs. | ) | |
| | ) | |
| AbbVie, Inc.; Abbott Laboratories, Inc.; | ) | |
| Actavis, Inc.; Watson Pharmaceuticals, | ) | |
| Inc. and Pfizer, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW the Plaintiffs, Terry L. White and Julie R. White, by and through their

undersigned counsel of record, and before the filing of any Answer or Motion for Summary

Judgment, dismiss their case against Defendants Actavis, Inc. and Watson Pharmaceuticals, Inc.

without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(i).

Respectfully submitted this 10th day of June, 2015.

Respectfully Submitted,

s/ Matthew P. Teague
Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: matt.teague@beasleyallen.com
ATTORNEY TO BE NOTICED
Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 10, 2015   Respectfully Submitted,

        s/ Matthew P. Teague
        Matthew P. Teague, Esq.
        Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
        P O Box 4160
        Montgomery, AL 36103-4160
        334-269-2343
        Fax: 334-954-7555
        Email: matt.teague@beasleyallen.com
        ATTORNEY TO BE NOTICED
        Admitted Pro Hac Vice

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| DAVID WILLIAMS<br><br>                Plaintiff,<br><br>   vs.<br><br>PFIZER, INC., ET AL.<br><br><br>             Defendants. | Civil Action No.:   1:14-cv-6486<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.41(a)(1)(A)(i) |

## <u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff DAVID WILLIAMS, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against defendant WATSON PHARMACEUTICALS, INC. only.

Date:   May 29, 2015

Respectfully submitted,

DAVID P. MATTHEWS
Texas Bar No. 13206200
STEVE FARIES
Texas Bar No.: 24040884
LIZY SANTIAGO
Texas Bar No.: 00796303
RACHAL G. ROJAS
Texas Bar No.: 24063161
Matthews & Associates
2905 Sackett St.
Houston, TX  77098
713.222.8080
713.535.7184 – facsimile
dmatthews@dpmlawfirm.com
sfaries@dpmlawfirm.com
lsantiago@dpmlawfirm.com
rrojas@dpmlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2015, the foregoing document was filed with the Clerk via CM/ECF.  Notice of this filing will be sent by operation of the Court's electronic filings system to all parties indicated on the electronic filings receipt. Parties may access this filing through the Court's system.

David P. Matthews

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL 2545 |
| THIS DOCUMENT RELATES TO: | Master Docket Case No. 1:14-cv-01748 |
| Mark Woolbright, | Honorable Matthew F. Kennelly |
| Plaintiffs | Case No. 1:14-cv-10452 |
| v. | |
| Pfizer Inc.; Pharmacia and, Upjohn LLC; Paddock | |
| Laboratories, Inc.; Perrigo Company, PLC; Defendants. | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS**
**PADDOCK LABORATORIES, INC. AND PERRIGO COMPANY, PLC ONLY**

**PLEASE TAKE NOTICE** that Plaintiff Mark Woolbright, pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses without prejudice his claims

against Defendants Paddock Laboratories, Inc. and Perrigo Company, PLC only.

Respectfully submitted this 26th day of February 2015.

BERKE LAW FIRM, P.A.

By:     /s/ Bill B. Berke
         Bill B. Berke, Esq.
         Florida Bar No. 0558011
         berkelaw@yahoo.com
         4423 Del Prado Blvd. S.
         Cape Coral, FL 33904
         Telephone: (239) 549-6689
         *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2015 I electronically filed the foregoing with

Clerk of the Court using the CM/ECF system which will send notification of such filing

to all parties that are CM/ECF participants in this action.


By:     /s/ Bill B. Berke
        Bill B. Berke, Esq.