**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: TESTOSTERONE | ) | |
| REPLACEMENT THERAPY | ) | Case No. 14 C 1748 |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2545 |

This document relates to all cases.

## NOTICE OF MOTION

**TO:** All counsel of record

**PLEASE TAKE NOTICE** that on July 9, 2015 at 11:00 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge Matthew F. Kennelly or any judge sitting in his stead in Courtroom 2103 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion attached hereto: PSC'S Memorandum in Support of Entry of a Defense Fact Sheet and Protocol for Same.

Dated: June 16, 2015                /s/ Trent B. Miracle
                                    Trent B. Miracle
                                    SIMMONS HANLY CONROY
                                    One Court Street
                                    Alton, IL 62002
                                    Phone: (618) 259-2222
                                    Fax: (618) 259-2252
                                    Email: tmiracle@simmonsfirm.com

                                    *Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2015, this document was filed and distributed to all parties via the ECF/CMF filing system.

*/s/ Trent B. Miracle*
Trent B. Miracle