# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01748<br><br>MDL No. 2545<br><br>Judge Matthew F. Kennelly |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Rebecca R. Hanson of Foley & Lardner LLP, and hereby moves to withdraw as counsel for Besins Healthcare Inc. and Besins Healthcare, S.A. Besins Healthcare Inc. and Besins Healthcare, S.A. will continue to be represented by Jeffrey A. Soble and Jason P. Britt who are counsel of record from Foley & Lardner LLP.

WHEREFORE, Rebecca R. Hanson respectfully requests that the Court enter an order granting leave to withdraw as counsel for Besins Healthcare Inc. and Besins Healthcare, S.A.

Dated: June 18, 2015

Respectfully submitted,

s/ Rebecca R. Hanson
Rebecca R. Hanson
**ReedSmith LLP**
10 South Wacker Drive
Chicago, IL 60606-7507
Tel +1 312 207 1000
Fax +1 312 207 6400

4827-1413-0725.1

## **CERTIFICATE OF SERVICE**

I, Rebecca R. Hanson, attorney, hereby certify that on June 18, 2015, I electronically filed the foregoing **Motion To Withdraw As Counsel** with the Clerk of the Court using the CM/ECF system, and further caused the same to be served on all counsel of record via ECF filing.

/s/ Rebecca R. Hanson

4827-1413-0725.1