**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br>Master Docket Case No. 1:14-cv-01748<br>Honorable Matthew F. Kennelly |
| This document applies to: | |

**MASTER SHORT-FORM COMPLAINT
FOR INDIVIDUAL CLAIMS**

1. Plaintiff(s), _____, state(s) and incorporate(s) by reference the portions indicated below of Plaintiffs' Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Case Management Order No. 20 of this Court for cases filed directly into this district.

2. In addition to the below-indicated portions of the Master Long Form Complaint adopted by the plaintiff(s) and incorporated by reference herein, Plaintiff(s) hereby allege(s) as follows:

**VENUE**

3. Venue for remand and trial is proper in the following federal judicial district: _____

**IDENTIFICATION OF PLAINTIFF(S)
AND RELATED INTERESTED PARTIES**

4. Name and residence of individual injured by Testosterone Replacement Therapy product(s) ("TRT"): _____
_____

5. Consortium Claim(s): The following individual(s) allege damages for loss of consortium: _____
_____

6. Survival and/or Wrongful Death claims:

   a. Name and residence of Decedent when he suffered TRT-related injuries and/or death:

   _____

   _____

   b. Name and residence of individual(s) entitled to bring the claims on behalf of the decedent's estate (e.g., personal representative, administrator, next of kin, successor in interest, etc.)

   _____

   _____

## CASE SPECIFIC FACTS
## REGARDING TRT USE AND INJURIES

7. Plaintiff currently resides in (city, state): _____

8. At the time of the TRT-caused injury, [Plaintiff/Decedent] resided in (city, state): _____

9. [Plaintiff/Decedent] began using TRT as prescribed and indicated on or about the following date: _____

10. [Plaintiff/Decedent] discontinued TRT use on or about the following date: _____

11. [Plaintiff/Decedent] used the following TRT products:

| | |
|---|---|
| AndroGel | Striant |
| Testim | Delatestryl |
| Axiron | Other(s) (please specify): |
| Depo-Testosterone | _____ |
| Androderm | _____ |
| Testopel | _____ |
| Fortesta | _____ |

12. [Plaintiff/Decedent] is suing the following Defendants:

| | |
|---|---|
| AbbVie Inc. | Endo Pharmaceuticals, Inc. |
| Abbott Laboratories | Auxilium Pharmaceuticals, Inc. |
| AbbVie Products LLC | GlaxoSmith Kline, LLC |
| Unimed Pharmaceuticals, LLC | |
| Solvay, S.A. | Actavis plc |
| Besins Healthcare Inc. | Actavis, Inc. |
| Besins Healthcare, S.A. | Actavis Pharma, Inc. |
| | Actavis Laboratories UT, Inc. |
| Eli Lilly and Company | Watson Laboratories, Inc. |
| Lilly USA, LLC. | Anda, Inc. |
| Acrux Limited | |
| Acrux DDS Pty Ltd. | |
| | |
| Pfizer, Inc. | |
| Pharmacia & Upjohn Company Inc. | |

Other(s) (please specify): _____

_____

13. [Plaintiff/Decedent] is bringing suit against the following Defendant(s), who did not manufacture TRT and only acted as a distributor for TRT manufacturers:

_____

a. TRT product(s) distributed: _____
b. Conduct supporting claims: _____

_____

_____

_____

14. TRT caused serious injuries and damages including but not limited to the following:

_____

15. Approximate date of TRT injury: _____

## ALLEGATIONS, CLAIMS, AND THEORIES OF RECOVERY ADOPTED AND INCORPORATED IN THIS LAWSUIT

16. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, all common allegations contained in paragraphs 1 through 466 of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545.

17. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, the following damages and causes of action of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545:

    Count I – Strict Liability – Design Defect

    Count II – Strict Liability – Failure to Warn

    Count III – Negligence

    Count IV – Negligent Misrepresentation

    Count V – Breach of Implied Warranty of Merchantability

    Count VI – Breach of Express Warranty

    Count VII – Fraud

    Count VIII – Redhibition

    Count IX – Consumer Protection

    Count X – Unjust Enrichment

    Count XI – Wrongful Death

  Count XII – Survival Action

  Count XIII – Loss of Consortium

  Count XIV – Punitive Damages

  Prayer for Relief

  Other State Law Causes of Action as Follows: _____

_____

_____

## JURY DEMAND

Plaintiff(s) demand(s) a trial by jury as to all claims in this action.

Dated this the _____ day of _____, 20____.

        RESPECTFULLY SUBMITTED
        ON BEHALF OF THE PLAINTIFF(S),

        _____
        Signature

OF COUNSEL: (name)
      (firm)
      (address)
      (phone)
      (email)