## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br> Master Docket Case No. 1:14-cv-01748 <br> Honorable Matthew F. Kennelly |
| This document applies to: All Cases | |

### JOINT MOTION TO PRESENT SIMULTANEOUS SUBMISSIONS REGARDING ISSUES RELATED TO PRODUCTION OF CUSTODIAL FILES AND DEPOSITION COORDINATION PROTOCOL

Plaintiffs and AbbVie Inc. jointly request to be heard on issues related to their simultaneous submissions regarding issues related to production of custodial files and the implementation of a deposition coordination protocol at the July 9, 2015 Case Management Conference. Counsel for Plaintiffs and AbbVie Inc. intend to file simultaneous submissions regarding these issues on Monday, June 29, 2015. With respect to these submissions, the parties propose that the Court set a briefing schedule for responses. Accordingly, Plaintiffs and AbbVie Inc. jointly propose the following briefing schedule:

| Date | Event |
|---|---|
| June 29, 2015 | Plaintiffs' and AbbVie Inc.'s Simultaneous Submissions Regarding Issues Related to Production of Custodial Files |
| July 6, 2015 | Plaintiffs' and AbbVie Inc.'s Responses to Submissions Regarding Issues Related to Production of Custodial Files |
| July 9, 2015 | Hearing on Submissions and Responses (to coincide with the next regularly scheduled status conference) |

WHEREFORE, Plaintiffs and AbbVie Inc. respectfully request that this Court grant this motion and set the aforementioned briefing schedule.

Dated: June 25, 2015                                            Respectfully submitted,

*/s/ Trent B. Miracle*
Trent B. Miracle
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

Ronald Johnson, Jr.
**SCHACHTER, HENDY & JOHNSON PSC**
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
rjohnson@pschachter.com


Christopher A. Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Counsel*

David M. Bernick
**DECHERT LLP**
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
david.bernick@dechert.com

Hope S. Freiwald
**DECHERT LLP**
Cira Center
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2514
Fax: (215) 994-2222
hope.freiwald@dechert.com

Michelle Yeary
**DECHERT LLP**
902 Carnegie Center, Ste 500
Princeton, NJ 08540
Tel: (609) 955-3277
michelle.yeary@dechert.com

*Attorney for AbbVie Inc. and Abbott Laboratories*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 25, 2015, the foregoing was filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to all registered attorneys of record.

                                                            */s/ Trent B. Miracle*  
                                                            Trent B. Miracle