# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br>Master Docket Case No. 1:14-cv-01748<br>Honorable Matthew F. Kennelly |
| This document applies to:<br>All Cases in Which AbbVie is a Defendant | |

**PLAINTIFFS' EXECUTIVE COMMITTEE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS PERTAINING TO THE SAFETY OF EXOGENOUS TESTOSTERONE**

The Plaintiffs' Executive Committee hereby moves, pursuant to Rules 26 and 37 of Federal Rules of Civil Procedure for an order compelling Defendants AbbVie Inc. and Abbott Laboratories (collectively, "AbbVie") to: (1) produce any documents uncovered by its ESI search pertaining to the safety of testosterone or testosterone-containing products that contain information relating solely to other, "non-commercialized" testosterone products; and (2) search ESI for, and produce, data pertaining to risks and safety from clinical trials conducted to study other "non-commercialized" TRT products.

The grounds for this Motion are set forth in the Plaintiffs' Executive Committee Memorandum in Support of Motion to Compel Production of Documents Pertaining to the Safety of Endogenous Testosterone, filed contemporaneously herewith.

Dated: June 26, 2015

Respectfully submitted,

/s/ Trent B. Miracle
Trent B. Miracle

SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

Ronald Johnson, Jr.
SCHACHTER, HENDY & JOHNSON PSC
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
Email: rjohnson@pschacter.com

Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com

Plaintiffs' Co-Lead Counsel

## CERTIFICATE OF SERVICE

      I hereby certify that on June 26, 2015, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of this Court's electronic filing system. Parties may access this filing through the Court's system.

                                         */s/ Trent B. Miracle*
                                         Trent B. Miracle
                                         SIMMONS HANLY CONROY
                                         One Court Street
                                         Alton, IL 62002
                                         (618) 259-2222
                                         tmiracle@simmonsfirm.com