**PUBLIC VERSION**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>*Defendants*. | Case No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**DECLARATION OF DANIEL T. FENSKE**

I, Daniel T. Fenske, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a partner at Mayer Brown LLP and represent Georgetown University (“Georgetown”) in the above-captioned matter. I submit this declaration in support of the following motions and filings, which are being filed concurrently with this Declaration:

a. Defendants’ Motion for Summary Judgment,

b. Defendants’ Memorandum in Support of their Motion for Summary Judgment,

c. Memorandum in Support of Defendants' Motion for Summary Judgment on the Statute of Limitations, and

d. Defendants' Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment.

2. Attached as Exhibits 1-429 are true and correct copies of the following documents:

| Exhibit Number | Description |
|---|---|
| 1 | Declaration of Nicholas Hill, Ph.D. |
| 1.1 | Rebuttal Expert Report of Nicholas Hill, Ph.D., dated August 7, 2024 (Excerpted) |
| 2 | Declaration of Bridget Terry Long, Ph.D. |
| 2.1 | Rebuttal Expert Report of Bridget Terry Long, Ph.D., dated August 7, 2024 (Excerpted) |
| 3 | Declaration of Lauren J. Stiroh, Ph.D. |
| 3.1 | Rebuttal Expert Report of Lauren J. Stiroh, Ph.D. dated August 7, 2024 (Excerpted) |
| 4 | Second Amended Expert Report of Hal J. Singer, Ph.D., dated June 10, 2024 (Excerpted) |
| 5 | Rebuttal Expert Report of Hal J. Singer, Ph.D., dated October 2, 2024 (Excerpted) |
| 6 | AMHE-00000092 |
| 7 | BROWN_0000003161 (Excerpted) |
| 8 | BROWN_0000050379 (Excerpted) |
| 9 | BROWN_0000078665 |
| 10 | CALTECH000029201 |
| 11 | CALTECH000032754 (Excerpted) |
| 12 | CALTECH000038819 (Excerpted) |
| 13 | CBD000001 (Excerpted) |
| 14 | CBD000546 (Excerpted) |
| 15 | CBD001802 (Excerpted) |
| 16 | CFHE-00000014 |
| 17 | COFHE-02-00007049 |
| 18 | COFHE-02-00009011 |
| 19 | COFHE-02-00018026 |
| 20 | COFHE-02-00022277 (Excerpted) |
| 21 | COFHE-02-00022378 (Excerpted) |
| 22 | COFHE-02-00022429 (Excerpted) |
| 23 | COFHE-02-00022468 (Excerpted) |
| 24 | Columbia_00015333 |
| 25 | Need-Based Educational Act of 2015, Pub. L. 114–44, § 2, 129 Stat. 472 (Aug. 6, 2015) |

| | |
|---|---|
| 26 | Columbia  00258862 (Excerpted) |
| 27 | Columbia_00277674 (Excerpted) |
| 28 | CORNELL_LIT0000002053 (Excerpted) |
| 29 | CORNELL_LIT0000002461 |
| 30 | CORNELL  LIT0000076735 (Excerpted) |
| 31 | CORNELL_LIT0000108811 |
| 32 | CORNELL_LIT0000213572 |
| 33 | CORNELL  LIT0000213959 (Excerpted) |
| 34 | CORNELL  LIT0000245115 (Excerpted) |
| 35 | CORNELL_LIT0000252669 (Excerpted) |
| 36 | CORNELL_LIT0000335803 |
| 37 | DARTMOUTH_0000050515 |
| 38 | DARTMOUTH  0000082031 |
| 39 | DARTMOUTH_0000152041 |
| 40 | DARTMOUTH_0000177144  (Excerpted) |
| 41 | DARTMOUTH_0000359371 (Excerpted) |
| 42 | DUKE568  0000428 |
| 43 | DUKE568_0004165 (Excerpted) |
| 44 | DUKE568_0033960 (Excerpted) |
| 45 | DUKE568  0068079 |
| 46 | Emory  568Lit  0006663 |
| 47 | Emory_568Lit_0012552 |
| 48 | Emory_568Lit_0029694 |
| 49 | Emory_568Lit_0058886 |
| 50 | GTWNU  0000009876 |
| 51 | GTWNU_0000023265 (Excerpted) |
| 52 | GTWNU_0000186083 (Excerpted) |
| 53 | GTWNU_0000195239 (Excerpted) |
| 54 | GTWNU  0000195569 |
| 55 | GTWNU_0000257603 |
| 56 | GTWNU_0000270820 (Excerpted) |
| 57 | GTWNU  0000327371 (Excerpted) |
| 58 | GTWNU  0000353731 (Excerpted) |
| 59 | GTWNU_0000390613 (Excerpted) |
| 60 | JHULIT_0000088823 (Excerpted) |
| 61 | MITLIT-000004381 |
| 62 | MITLIT-000008772 |
| 63 | MITLIT-000026032 |
| 64 | MITLIT-000072948 (Excerpted) |
| 65 | MITLIT-000157100 |
| 66 | MITLIT-000659580 |
| 67 | ND_0000624 |
| 68 | ND_0011629 |

| | |
|---|---|
| 69 | ND_0073466 |
| 70 | ND_0158341 |
| 71 | ND_0181690 (Excerpted) |
| 72 | ND_0210163 |
| 73 | ND_0253013 |
| 74 | ND_0254694 |
| 75 | NULIT-0000000348 |
| 76 | NULIT-0000018769 |
| 77 | NULIT-0000045207 |
| 78 | NULIT-0000056485 |
| 79 | NULIT-0000161662 (Excerpted) |
| 80 | NULIT-0000181680 (Excerpted) |
| 81 | PENN568-LIT-00000002 |
| 82 | PENN568-LIT-00007087 (Excerpted) |
| 83 | PENN568-LIT-00024436 |
| 84 | PENN568-LIT-00036489 (Excerpted) |
| 85 | PENN568-LIT-00060839 (Excerpted) |
| 86 | PENN568-LIT-00089925 (Excerpted) |
| 87 | PENN568-LIT-00136163 |
| 88 | PENN568-LIT-00143952 |
| 89 | PENN568-LIT-00167414 |
| 90 | H.R. Rep. No. 107-32 (Apr. 3, 2001) |
| 91 | RICE_LIT0000026732 (Excerpted) |
| 92 | RICE_LIT0000045865 (Excerpted) |
| 93 | RICE_LIT0000069555 |
| 94 | RICE_LIT0000149839 (Excerpted) |
| 95 | UCHICAGO_0000004730 |
| 96 | UCHICAGO_0000183661 (Excerpted) |
| 97 | UCHICAGO_0000254603 |
| 98 | UNIV. OF NOTRE DAME, 2023 ANNUAL REPORT 12 (2023), *available at* https://finance.nd.edu/assets/553662/university_annual_report_2023_web.pdf |
| 99 | USNWR0000000102 (Excerpted) |
| 100 | USNWR0000000134 (Excerpted) |
| 101 | USNWR0000000166 (Excerpted) |
| 102 | USNWR0000000198 (Excerpted) |
| 103 | USNWR0000000230 (Excerpted) |
| 104 | USNWR0000000262 (Excerpted) |
| 105 | USNWR0000000295 (Excerpted) |
| 106 | USNWR0000000328 (Excerpted) |
| 107 | USNWR0000000361 (Excerpted) |
| 108 | USNWR0000000394 (Excerpted) |
| 109 | USNWR0000000426 (Excerpted) |
| 110 | USNWR0000000460 (Excerpted) |

| | |
|---|---|
| 111 | USNWR0000000492 (Excerpted) |
| 112 | USNWR0000000525 (Excerpted) |
| 113 | USNWR0000000558 (Excerpted) |
| 114 | USNWR0000000589 (Excerpted) |
| 115 | USNWR0000000621 (Excerpted) |
| 116 | USNWR0000000654 (Excerpted) |
| 117 | USNWR0000000687 (Excerpted) |
| 118 | USNWR0000000720 (Excerpted) |
| 119 | VANDERBILT-00272944 (Excerpted) |
| 120 | YALE_LIT_0000005427 |
| 121 | YALE_LIT_0000005734 |
| 122 | COFHE-02-00003005 |
| 123 | Exhibit 14 to the September 13, 2023 Deposition of Malina Chang (Caltech) (CALTECH000007635) |
| 124 | Exhibit 2 to the April 24, 2023 Deposition of Michael Kotlikoff (Cornell 30(b)(6)) (Consultations to Prepare for 30(b)(6) Deposition) |
| 125 | Exhibit 25 to the September 18, 2023 Deposition of [redacted] (VANDERBILT-00342754) |
| 126 | Exhibit 34 to the May 2, 2024 Deposition of David Meade (College Board 30(b)(6)) (Allan M. Cartter, *New Approaches to Student Financial Aid: Report of the Panel on Student Financial Need Analysis*, College Entrance Examination Board (1971)) |
| 127 | Exhibit 8 to the August 28, 2023 Deposition of [redacted] ([redacted]00000063) |
| 128 | Exhibit 9 to the August 28, 2023 Deposition of [redacted] (NULIT-0000000032) |
| 129 | Exhibit 11 to the August 28, 2023 Deposition of [redacted] (NULIT-0000000014) |
| 130 | Exhibit 20 to the September 12, 2023 Deposition of [redacted] ([redacted]_00000643) |
| 131 | Transcript of the Deposition of John Affleck-Graves, dated January 24, 2024 (Excerpted) |
| 132 | Transcript of the Deposition of Megan Arleth, dated March 8, 2024 (Excerpted) |
| 133 | Transcript of the Deposition of Sandra Baum, dated March 29, 2024 (Excerpted) |
| 134 | Transcript of the Deposition of Thomas Bear, dated December 7, 2023 (Excerpted) |
| 135 | Transcript of the Deposition of Don Betterton, dated February 22, 2024 (Excerpted) |
| 136 | Transcript of the Deposition of Donald Bishop, dated August 16, 2023 (Excerpted) |
| 137 | Transcript of the Deposition of Leslie Bridson, dated July 13, 2023 (Excerpted) |
| 138 | Transcript of the Deposition of Leslie Bridson (MIT 30(b)(6)), dated April 23, 2024 (Excerpted) |
| 139 | Transcript of the Deposition of Megan Chan (USC 30(b)(6)), dated April 16, 2024 (Excerpted) |

**PUBLIC VERSION**

| | |
|---|---|
| 140 | Transcript of the Deposition of Malina Chang, dated September 13, 2023 (Excerpted) |
| 141 | Transcript of the Deposition of Malina Chang (Caltech 30(b)(6)), dated March 20, 2024 (Excerpted) |
| 142 | Transcript of the Deposition of Douglas Christiansen, Ph.D., dated December 1, 2023 (Excerpted) |
| 143 | Transcript of the Deposition of Lee Coffin, dated August 22, 2023 (Excerpted) |
| 144 | Transcript of the Deposition of Janice Coleman, dated September 15, 2023 (Excerpted) |
| 145 | Transcript of the Deposition of Karen Cooper (Stanford 30(b)(6)), dated March 27, 2024 (Excerpted) |
| 146 | Transcript of the Deposition of Diane Corbett, dated January 8, 2024 (Excerpted) |
| 147 | Transcript of the Deposition of [redacted], dated September 8, 2023 (Excerpted) |
| 148 | Transcript of the Deposition of Melissa Costanzi, dated June 29, 2024 (Excerpted) |
| 149 | Transcript of the Deposition of Doris Davis, dated December 15, 2023 (Excerpted) |
| 150 | Transcript of the Deposition of John DeGioia, Ph.D., dated February 16, 2024 (Excerpted) |
| 151 | Transcript of the Deposition of Robert Donaghey, dated March 6, 2024 (Excerpted) |
| 152 | Transcript of the Deposition of Sarah Donahue, dated March 26, 2024 (Excerpted) |
| 153 | Transcript of the Deposition of Kim Downs-Burns, dated March 5, 2024 (Excerpted) |
| 154 | Transcript of the Deposition of Eric Furda, dated November 16, 2023 (Excerpted) |
| 155 | *Need Blind*, DARTMOUTH UNIV., https://admissions.dartmouth.edu/glossary-term/need-blind-0 (last visited May 5, 2025) |
| 156 | Transcript of the Deposition of Karl Furstenberg, dated July 14, 2023 (Excerpted) |
| 157 | Transcript of the Deposition of John Gaines, dated August 3, 2023 (Excerpted) |
| 158 | Transcript of the Deposition of Jeffrey Gall, dated January 19, 2024 (Excerpted) |
| 159 | Transcript of the Deposition of Michael Hall, dated September 13, 2023 (Excerpted) |
| 160 | Transcript of the Deposition of [redacted], dated September 15, 2023 (Excerpted) |
| 161 | Transcript of the Deposition of Lynn Higinbotham (NYU 30(b)(6)), dated April 12, 2024 (Excerpted) |
| 162 | Transcript of the Deposition of Brian Hill (Carnegie Mellon 30(b)(6)), dated March 14, 2024 (Excerpted) |
| 163 | Transcript of the Deposition of Thomas Keane, dated October 27, 2023 (Excerpted) |
| 164 | Transcript of the Deposition of Barbara Knuth, Ph.D., dated February 21, 2024 (Excerpted) |
| 165 | Transcript of the Deposition of [redacted], dated August 25, 2023 (Excerpted) |
| 166 | Transcript of the Deposition of Jason Locke, dated December 11, 2023 (Excerpted) |

**PUBLIC VERSION**

| | |
|---|---|
| 167 | Transcript of the Deposition of Bridget Terry Long, Ph.D., dated October 23, 2024 (Excerpted) |
| 168 | Transcript of the Deposition of [redacted], dated September 18, 2023 (Excerpted) |
| 169 | Transcript of the Deposition of Shane Maloney (Wisconsin 30(b)(6)), dated March 26, 2024 (Excerpted) |
| 170 | Transcript of the Deposition of Jessica Marinaccio, dated September 18, 2023 (Excerpted) |
| 171 | Transcript of the Deposition of Becky Maxson, dated November 17, 2023 (Excerpted) |
| 172 | Transcript of the Deposition of Miranda McCall, dated August 29, 2023 (Excerpted) |
| 173 | Transcript of the Deposition of MaryFrances McCourt, dated March 22, 2024 (Excerpted) |
| 174 | Transcript of the Deposition of Thomas McDermott, dated August 18, 2023 (Excerpted) |
| 175 | Transcript of the Deposition of Matthew McGann (Amherst 30(b)(6)), dated April 12, 2024 (Excerpted) |
| 176 | Transcript of the Deposition of John McLaughlin, dated July 12, 2023 (Excerpted) |
| 177 | Transcript of the Deposition of David Meade (College Board 30(b)(6)), dated May 2, 2024 (Excerpted) |
| 178 | Transcript of the Deposition of Elizabeth Mora, dated October 29, 2024 (Excerpted) |
| 179 | Transcript of the Deposition of Robert Mundy, dated February 29, 2024 (Excerpted) |
| 180 | Transcript of the Deposition of Mary Nucciarone, dated November 1, 2023 (Excerpted) |
| 181 | Transcript of the Deposition of Mary Nucciarone (Notre Dame 30(b)(6)), dated April 3, 2024 (Excerpted) |
| 182 | Transcript of the Deposition of Ashley Pallie, dated December 15, 2023 (Excerpted) |
| 183 | Transcript of the Deposition of [redacted], dated August 28, 2023 (Excerpted) |
| 184 | Transcript of the Deposition of Janet Rapelye (COFHE 30(b)(6)), dated January 22, 2024 (Excerpted) |
| 185 | Transcript of the Deposition of Joseph Russo, dated November 30, 2023 (Excerpted) |
| 186 | Transcript of the Deposition of Jeff Sassorossi, dated May 17, 2023 (Excerpted) |
| 187 | Transcript of the Deposition of Morton Schapiro, dated July 18, 2023 (Excerpted) |
| 188 | Transcript of the Deposition of Stuart Schmill, dated June 28, 2023 (Excerpted) |
| 189 | Transcript of the Deposition of Matthew Sessa, dated December 15, 2023 (Excerpted) |
| 190 | Transcript of the Deposition of [redacted], dated September 12, 2023 (Excerpted) |

| | |
|---|---|
| 191 | Transcript of the Deposition of Hal J. Singer, dated November 27, 2024 (Excerpted) |
| 192 | Transcript of the Deposition of Caesar Storlazzi, dated July 27, 2023 (Excerpted) |
| 193 | Transcript of the Deposition of Brent Tener, dated July 12, 2023 (Excerpted) |
| 194 | Transcript of the Deposition of James Tilton, dated May 15, 2023 (Excerpted) |
| 195 | Transcript of the Deposition of Kathryn Tuman, dated September 8, 2023 (Excerpted) |
| 196 | Transcript of the Deposition of Elaine Varas, dated August 2, 2023 (Excerpted) |
| 197 | Transcript of the Deposition of Elaine Varas, dated March 18, 2024 (Excerpted) |
| 198 | Transcript of the Deposition of Elaine Varas (Penn 30(b)(6)), dated March 18, 2024 (Excerpted) |
| 199 | Transcript of the Deposition of Anne Walker, dated September 8, 2023 (Excerpted) |
| 200 | Transcript of the Deposition of Scott Wallace-Juedes, dated July 7, 2023 (Excerpted) |
| 201 | Transcript of the Deposition of Christopher Watson, dated October 10, 2023 (Excerpted) |
| 202 | Transcript of the Deposition of [redacted] dated November 14, 2023 (Excerpted) |
| 203 | Transcript of the Deposition of Jarrid Whitney, dated January 19, 2024 (Excerpted) |
| 204 | Transcript of the Deposition of [redacted], dated September 7, 2023 (Excerpted) |
| 205 | Defendant Brown University's Responses and Objections to Plaintiffs' First Set of Interrogatories On All Defendants, dated May 5, 2023 (Excerpted) |
| 206 | Plaintiff [redacted] Second Supplemental Responses and Objections to Defendants' First Set of Interrogatories, dated August 24, 2023 ([redacted] Dep. Ex. 7) (Excerpted) |
| 207 | Plaintiff [redacted] Supplemental Responses and Objections to Defendants' First Set of Interrogatories, dated June 28, 2023 ([redacted] Dep. Ex. 5) (Excerpted) |
| 208 | Defendant Cornell University's First Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories, dated December 22, 2023 (Excerpted) |
| 209 | Defendant Georgetown University's Amended Responses and Objections to Plaintiffs' Second Set of Interrogatories, dated October 31, 2023 (Excerpted) |
| 210 | Plaintiff [redacted] Supplemental Responses and Objections to Defendants' First Set of Interrogatories, dated June 27, 2023 ([redacted] Dep. Ex. 15) (Excerpted) |
| 211 | Plaintiff [redacted] Supplemental Responses and Objections to Defendants' First Interrogatories, dated June 28, 2023 ([redacted] Dep. Ex. 7) (Excerpted) |
| 212 | Plaintiff [redacted] Supplemental Responses and Objections to Defendants' First Set of Interrogatories, dated June 28, 2023 ([redacted] Dep. Ex. 1) (Excerpted) |
| 213 | Plaintiff [redacted] Supplemental Responses and Objections to Defendants' First Set of Interrogatories, dated June 27, 2023 ([redacted] Dep. Ex. 7) (Excerpted) |

| | |
|---|---|
| 214 | University of Notre Dame du Lac's Responses and Objections to Plaintiffs' Second Set of Interrogatories, dated October 30, 2023 (Excerpted) |
| 215 | Plaintiff [redacted] Supplemental Responses and Objections to Defendants' First Set of Interrogatories, dated June 27, 2023 ([redacted] Dep. Ex. 3) (Excerpted) |
| 216 | Plaintiff [redacted] Supplemental Responses and Objections to Defendants' First Set of Interrogatories, dated June 27, 2023 ([redacted] Dep. Ex. 6) (Excerpted) |
| 217 | Scott Jaschik, *$1.8 Billion to Make Johns Hopkins Need-Blind*, INSIDE HIGHER ED, Nov. 18, 2018, https://www.insidehighered.com/admissions/article/2018/11/19/largest-gift-ever-higher-education-will-make-johns-hopkins-need-blind (last visited May 4, 2025) |
| 218 | Henrik N. Dullea, *28 University Presidents Affirm Commitment to Financial Aid*, CORNELL CHRON. (July 6, 2001), https://news.cornell.edu/stories/2001/07/28-university-presidents-affirms-commitment-financial-aid |
| 219 | *568 Group*, https://www.568group.org (last visited May 5, 2025) |
| 220 | *568 Presidents' Group Member Institutions*, 568 PRESIDENTS GROUP (archived Feb. 23, 2005), https://web.archive.org/web/20050223041238/http://www.568group.org:80/membership/members.html (last visited May 7, 2025) |
| 221 | *568 Presidents' Group Member Institutions*, 568 PRESIDENTS GROUP (archived June 26, 2008), https://web.archive.org/web/20080626203756/http://568group.org/membership/members.html (last visited May 6, 2025) |
| 222 | *568 Presidents Group Member Institutions*, 568 PRESIDENTS GROUP (last archived May 28, 2009), https://web.archive.org/web/20090528212801/http://www.568group.org/membership/members.html (last visited May 6, 2025) |
| 223 | *568 Presidents' Group Member Institutions*, 568 PRESIDENTS GROUP (archived July 24, 2011), https://web.archive.org/web/20110724210442/http://568group.org/membership/index.html (last visited May 6, 2025) |
| 224 | *568 Presidents Group Member Institutions*, 568 PRESIDENTS GROUP (archived Jan. 24, 2022), https://web.archive.org/web/20220124014615/http:/www.568group.org/home/?q=node/24 (last visited May 6, 2025) |
| 225 | *568 Presidents' Group Document Center* (archived Feb. 5, 2005), https://web.archive.org/web/20050205194043/http://568group.org/docs/index.html (archive of 568 Group website's "Document Center" from Feb. 5, 2005) (last visited May 6, 2025) |
| 226 | *The 568 Presidents' Group Consensus Methodology Policy Guidelines* (archived May 20, 2005), https://web.archive.org/web/20050520200523/http://www.568group.org/docs/cmmanual-non.pdf (archived copy of publicly available CM Guidelines from May 20, 2005) (last visited May 6, 2025) |

| | |
|---|---|
| 227 | *The 568 Presidents' Group Consensus Methodology Policy Guidelines* (archived Apr. 22, 2016), https://web.archive.org/web/20160422163238/http://568group.org/docs/cmmanual-non.pdf (archived copy of publicly available CM Guidelines from Apr. 22, 2016) (last visited May 6, 2025) |
| 228 | *568 Presidents' Group Document Center* (archived Apr. 22, 2016), https://web.archive.org/web/20160422211732/http://568group.org/docs/index.html (archive of 568 Group website's "Document Center" from Apr. 22, 2016) (last visited May 6, 2025) |
| 229 | Troy Onink, *2017 Guide to College Financial Aid, the FAFSA and CSS Profile*, FORBES (Jan. 8, 2017), https://www.forbes.com/sites/troyonink/2017/01/08/2017-guide-to-college-financial-aid-the-fafsa-and-css-profile/#621b2ff64cd4 |
| 230 | *2024–2025 Financial Aid Application Checklist*, UNIV. OF PA., https://srfs.upenn.edu/financial-aid/apply/prospective-UG-checklists/US (last visited Apr. 30, 2025) |
| 231 | *2024-25 Participating Institutions and Programs*, COLLEGE BOARD (archived June 1, 2024), https://web.archive.org/web/20240601205323/https://profile.collegeboard.org/profile/ppi/participatingInstitutions.aspx (last visited May 7, 2025) |
| 232 | *About CSS Profile*, COLLEGE BOARD, https://cssprofile.collegeboard.org/about (last visited Apr. 30, 2025) |
| 233 | *About the 568 Presidents' Group* (archived Apr. 6, 2005), https://web.archive.org/web/20050406033309/http://www.568group.org/about/chairman.html (last visited May 6, 2025) (archive of "About the 568 President's Group" page of the website from Apr. 6, 2005) |
| 234 | *About the College House System at Penn*, UNIV. OF PA., https://www.collegehouses.upenn.edu/about (last visited May 4, 2025) |
| 235 | *About Us*, COLLEGE BOARD, https://about.collegeboard.org (last visited Apr. 10, 2025) |
| 236 | Daniel Golden, *Admissions Preferences Given to Alumni Children Draws Fire*, WALL ST. J. (Jan. 15, 2003), https://www.wsj.com/public/resources/documents/golden3.htm |
| 237 | RICHARD D. KAHLENBERG, *Introduction*, *in* AFFIRMATIVE ACTION FOR THE RICH: LEGACY PREFERENCES IN COLLEGE ADMISSIONS 1-18 (2010) |
| 238 | *Afford*, CALTECH, https://www.admissions.caltech.edu/afford (last visited May 6, 2025) |
| 239 | *Affordability & Aid*, COLUMBIA UNIV., https://undergrad.admissions.columbia.edu/affordability (last visited May 4, 2025) |
| 240 | *Affordability*, YALE UNIV., https://finaid.yale.edu/costs-affordability/affordability (last visited May 6, 2025) |
| 241 | *Aid and Affordability*, UNIV. OF NOTRE DAME, https://admissions.nd.edu/aid-affordability (last visited May 4, 2025) |
| 242 | *Applying as an Incoming Domestic Student: Regular Decision*, CALTECH, https://www.finaid.caltech.edu/applying/how/newdomesticreg (last visited May 1, 2025) |

| | |
|---|---|
| 243 | *Applying for Financial Aid*, UNIV. OF S. CAL. https://financialaid.usc.edu/graduate-professional-financial-aid/applying-for-financial-aid (last visited May 7, 2025) |
| 244 | Christopher N. Avery et al., *A Revealed Preference Ranking of U.S. Colleges and Universities*, 128 Q. J. ECON. 425, 449 (2013) |
| 245 | Kim Clark, *A Truce In The Scholarship Bidding Wars?*, U.S. NEWS & WORLD REP., Sept. 30, 2002; https://finance.nd.edu/assets/553662/university_annual_report_2023_web.pdf |
| 246 | *Awarding & Policy*, DUKE UNIV., https://financialaid.duke.edu/forms-resources/awarding-policy (last visited May 4, 2025) |
| 247 | Emory_568Lit_0006213 |
| 248 | *Basilica of the Sacred Heart*, UNIV. OF NOTRE DAME, https://basilica.nd.edu/about (last visited May 4, 2025) |
| 249 | Andrew Williamson, *Beginning of the End for 568 Group Oligopoly*, YALE DAILY NEWS (Jan. 16, 2008), https://yaledailynews.com/blog/2008/01/16/beginning-of-the-end-for-568-group-oligopoly |
| 250 | Geoffrey Mock, *Brodhead Discusses Early Admissions, Developmental Admits*, DUKE TODAY (Sept. 22, 2006), https://today.duke.edu/2006/09/admit.html |
| 251 | *Catholic Colleges and Universities in the United States*, U.S. CONFERENCE OF CATHOLIC BISHOPS, https://www.usccb.org/committees/catholic-education/catholic-colleges-and-universities-united-states (last visited May 4, 2025) |
| 252 | *Chapter 3: Expected Family Contribution (EFC)*, FED. STUDENT AID, https://fsapartners.ed.gov/knowledge-center/fsa-handbook/2023-2024/application-and-verification-guide/ch3-expected-family-contribution-efc (last visited Apr. 30, 2025) |
| 253 | *Consortium on Financing Higher Education*, COFHE, https://web.mit.edu/cofhe (last visited May 4, 2025) |
| 254 | COLLEGE BOARD, ASQ PLUS™ USER GUIDE 2013-2015 40 (2013), *available at* https://secure-media.collegeboard.org/digitalServices/pdf/professionals/admitted-student-questionnaire-plus-user-guide.pdf |
| 255 | *College Navigator*, U.S. DEP'T OF EDUC. - NAT'L CTR. FOR EDUC. STATS., https://nces.ed.gov/collegenavigator (last visited Apr. 18, 2025) |
| 256 | *Collection Development*, CORNELL UNIV., https://www.library.cornell.edu/collections/collection-development (last visited May 4, 2025) |
| 257 | *Collections*, CORNELL UNIV., https://www.library.cornell.edu/collections (last visited Apr. 10, 2025) (Cornell's library system contains more than eight million volumes, including a Rare and Manuscript collection with an additional 500,000 printed volumes and 80 million manuscripts) |
| 258 | *College Mission*, UNIV. OF PA., https://www.college.upenn.edu/college-mission (last visited May 4, 2025) |
| 259 | Peter Cartensen, *Colleges and Student Aid: Collusion or Competition?*, CHRON. OF HIGHER EDUC. (Aug. 10, 2001), https://www.chronicle.com/article/colleges-and-student-aid-collusion-or-competition |

**PUBLIC VERSION**

| | |
|---|---|
| 260 | *Colleges, Schools, and Academic Areas of Interest*, CORNELL UNIV., https://admissions.cornell.edu/academics/colleges-schools-and-academic-areas-interest#:~:text=From%20Africana%20studies%20to%20environmental,and%20more%20than%20120%20minors (last visited May 4, 2025) |
| 261 | *Cornell Drops Need-Based Loans for Students From Families Earning Under $75,000*, CORNELL UNIV. (Jan. 31, 2008), https://news.cornell.edu/stories/2008/01/cornell-announces-sweeping-new-financial-aid-program (last visited May 6, 2025) |
| 262 | *Cost & Aid*, COLUMBIA UNIV., https://undergrad.admissions.columbia.edu/affordability/cost (last visited Apr. 29, 2025) |
| 263 | *Cost & Tuition*, JOHNS HOPKINS UNIV., https://sfs.jhu.edu/cost-tuition (last visited Apr. 29, 2025); Ex. 269, *Cost of Attendance*, MIT, https://sfs.mit.edu/undergraduate-students/the-cost-of-attendance/annual-student-budget (last visited Apr. 29, 2025) |
| 264 | *Cost and Aid*, NORTHWESTERN UNIV., https://admissions.northwestern.edu/tuition-aid (last visited May 4, 2025) |
| 265 | *Cost of Attendance*, BROWN UNIV., https://finaid.brown.edu/estimate-cost-aid/cost (last visited Apr. 29, 2025) |
| 266 | *Cost of Attendance*, CALTECH, https://www.finaid.caltech.edu/costs (last visited Apr. 29, 2025) |
| 267 | *Cost of Attendance*, DARTMOUTH COLL., https://admissions.dartmouth.edu/afford/cost-attendance (last visited Apr. 29, 2025) |
| 268 | *Cost of Attendance*, DUKE UNIV., https://financialaid.duke.edu/how-aid-calculated/cost-attendance (last visited Apr. 29, 2025) |
| 269 | *Cost of Attendance*, MIT, https://sfs.mit.edu/undergraduate-students/the-cost-of-attendance/annual-student-budget (last visited Apr. 29, 2025) |
| 270 | *Cost of Attendance*, NORTHWESTERN UNIV., https://undergradaid.northwestern.edu/aid-basics-eligibility/cost-of-attendance.html (last visited Apr. 29, 2025) |
| 271 | *Cost of Attendance*, UNIV. OF CHI., https://financialaid.uchicago.edu/undergraduate/how-aid-works/undergraduate-costs (last visited May 6, 2025) |
| 272 | *Cost to Attend*, CORNELL UNIV., https://finaid.cornell.edu/cost-to-attend (last visited Apr. 29, 2025) |
| 273 | *CSS Profile*, COLLEGE BOARD, https://highered.collegeboard.org/financial-aid/management/css-profile (last visited Apr. 28, 2025) |
| 274 | *CU Recommits to Need-Based Financial Aid for Undergrads*, CORNELL CHRON. (Nov. 13, 2008), https://news.cornell.edu/stories/2008/11/cornell-enhances-financial-aid-undergraduates |
| 275 | Louise Story, *Deadlines Looming in Aid Law*, YALE DAILY NEWS (Apr. 2, 2001), https://yaledailynews.com/blog/2001/04/02/deadlines-looming-in-aid-law |
| 276 | *Department of Theology - Major*, UNIV. OF NOTRE DAME, https://theology.nd.edu/major-minors (last visited May 4, 2025) |

| | |
|---|---|
| 277 | *Determining Eligibility*, COLUMBIA UNIV., https://cc-seas.financialaid.columbia.edu/how/determine-eligibility (last visited May 6, 2025) |
| 278 | *Does Columbia Offer Merit Scholarships?*, COLUMBIA UNIV. – COLUMBIA COLL. & COLUMBIA ENG'G, https://www.cc-seas.columbia.edu/content/does-columbia-offer-merit-scholarships (last visited May 4, 2025) |
| 279 | Joseph Asch, *Donor Admissions: How It Works Now*, DARTBLOG (Sept. 29, 2014), https://web.archive.org/web/20190316233913/ http://www.dartblog.com:80/data/2014/09/011686.php |
| 280 | EMORY UNIVERSITY COST OF ATTENDANCE WORKSHEET, EMORY UNIV., *available at* https://studentaid.emory.edu/_includes/documents/sections/undergraduate/apply/cost-of-attendance-worksheet.pdf |
| 281 | *Estimated Cost of Attendance*, YALE UNIV., https://finaid.yale.edu/award-letter/financial-aid-terminology/estimated-cost-attendance (last visited Apr. 29, 2025) |
| 282 | Laura Diamond, *Emory Expands Financial Aid to Allow More Students to Graduate Debt-Free*, EMORY NEWS CENTER (Jan. 31, 2022), https://news.emory.edu/stories/2022/01/upress_emory_advantage_expansion_31-01-2022/story.html |
| 283 | *The Expected Family Contribution (EFC): FAQ*, COLL. BD. (Oct. 30, 2023) https://web.archive.org/web/20231030104944/https://bigfuture.collegeboard.org/pay-for-college/calculate-your-cost/expected-family-contribution/faqs |
| 284 | *Expected Family Contribution*, YALE UNIV., https://finaid.yale.edu/award-letter/financial-aid-terminology/expected-family-contribution (last visited May 6, 2025) |
| 285 | *Factors Considered in Brown's Need Analysis Formula*, BROWN UNIV., https://finaid.brown.edu/basics/financial-need-eligibility/factors-considered-browns-needs-analysis-formula (last visited May 6, 2025) |
| 286 | *Search Classes 2024*, UNIV. OF PA., https://courses.upenn.edu (last visited May 4, 2025) |
| 287 | *Financial Aid - Frequently Asked Questions*, AMHERST COLL., https://www.amherst.edu/offices/financialaid/frequently-asked-questions#:~:text=What%20does%20it%20mean%20that,your%20achievements%2C%20talents%20and%20promise (last visited May 6, 2025) |
| 288 | *Financial Aid & Educational Financing*, COLUMBIA UNIV., https://cc-seas.financialaid.columbia.edu (last visited May 7, 2025) |
| 289 | *Financial Aid 101*, UNIV. OF PA., https://srfs.upenn.edu/financial-aid/undergraduate-aid-program/financial-aid-101 (last visited May 6, 2025) |
| 290 | *Financial Aid Appeals*, CORNELL UNIV., https://finaid.cornell.edu/special-circumstances/financial-aid-appeals (last visited Apr. 28, 2025) |

**PUBLIC VERSION**

| | |
|---|---|
| 291 | *Financial Aid at USC*, UNIV. OF S. CAL., https://financialaid.usc.edu/undergraduate-financial-aid/prospective-students/financial-aid-at-usc (last visited May 6, 2025) |
| 292 | *Financial Aid Eligibility*, CORNELL UNIV., https://finaid.cornell.edu/cost-to-attend/financial-aid-eligibility (last visited May 6, 2025) |
| 293 | *Financial Aid Glossary: No Loan*, JOHNS HOPKINS UNIV., https://apply.jhu.edu/tuition-aid/financial-aid-glossary (last visited May 4, 2025) |
| 294 | *Financial Aid*, CORNELL UNIV., https://finaid.cornell.edu (last visited May 6, 2025) |
| 295 | *Financial Aid*, DARTMOUTH COLL., https://financialaid.dartmouth.edu (last visited May 7, 2025) |
| 296 | *Financial Aid*, GEORGETOWN UNIV., https://uadmissions.georgetown.edu/financial-aid (last visited May 7, 2025) |
| 297 | *Financial Aid*, JOHNS HOPKINS UNIV., https://www.jhu.edu/admissions/financial-aid (last visited May 7, 2025) |
| 298 | *Financial Aid*, UNIV. OF PA., https://srfs.upenn.edu/financial-aid (last visited May 6, 2025) |
| 299 | Supplemental Rebuttal Expert Report of Hal J. Singer, Ph.D., dated November 8, 2024 (Excerpted) |
| 300 | *Financial Aid*, VANDERBILT UNIV., https://www.vanderbilt.edu/financialaid (last visited May 4, 2025) |
| 301 | *Financial Aid*, YALE UNIV., https://finaid.yale.edu (last visited May 7, 2025) |
| 302 | *Financial Need*, NORTHWESTERN UNIV., https://undergradaid.northwestern.edu/aid-basics-eligibility/financial-need.html (last visited May 6, 2025) |
| 303 | Complaint, *Gilbert v. Bach-Y-Rita*, No. CGC-21-589875 (Cal. Sup. Ct. Feb. 22, 2021) |
| 304 | U.S. AND CANADIAN INSTITUTIONS LISTED BY FISCAL YEAR (FY) 2021 ENDOWMENT MARKET VALUE AND CHANGE* IN ENDOWMENT MARKET VALUE FROM FY20 TO FY21, THE NAT'L ASS'N OF COLL. & UNIV. BUS. OFFS., *available at* https://edge.sitecorecloud.io/nacubo1-nacubo-prd-dc8b/media/Nacubo/Documents/research/2021-NTSE-Public-Tables--Endowment-Market-Values--FNIAL-REVISED-February-18-2022.pdf |
| 305 | Daniel Golden, *For Five Supreme Court Justices, Affirmative Action Isn't Academic*, WALL ST. J. (May 14, 2003), https://www.wsj.com/public/resources/documents/golden4.htm |
| 306 | Daniel Golden, *For Groton Grads, Academics Aren't Only Keys to Ivy Schools*, WALL ST. J. (Apr. 25, 2003), https://www.wsj.com/articles/SB105122532572026400 |
| 307 | GTWNU 0000223576 |
| 308 | *Georgetown University Tuition and Costs*, BIGFUTURE, https://bigfuture.collegeboard.org/colleges/georgetown-university/tuition-and-costs (last visited May 6, 2025); |

**PUBLIC VERSION**

| | |
|---|---|
| 309 | *Grants and Scholarships*, CORNELL UNIV., https://finaid.cornell.edu/types-of-aid/grants-and-scholarships (last visited May 4, 2025) |
| 310 | *Grants and Scholarships*, EMORY UNIV., https://studentaid.emory.edu/undergraduate/types/grants-scholarships/index.html (last visited May 6, 2025) |
| 311 | Kerry Temple, *Having Lunch with … Don Bishop*, NOTRE DAME MAG. (Fall 2014), https://magazine.nd.edu/stories/having-coffee-with-don-bishop |
| 312 | Ava Kofman & Daniel Golden, *The Hedge Fund Billionaire's Guide to Buying Your Kids a Better Shot at Not Just One Elite College, but Lots of Them*, PROPUBLICA (Sept. 28, 2019), https://www.propublica.org/article/hedge-fund-billionaires-donations-college-admissions-elite-universities |
| 313 | *How Aid is Calculated*, DUKE UNIV., https://financialaid.duke.edu/how-aid-calculated (last visited May 6, 2025) |
| 314 | *How Aid Works for Undergraduates*, GEORGETOWN UNIV., https://finaid.georgetown.edu/undergrad/aid-for-undergrads (last visited May 6, 2025) |
| 315 | *How Aid Works*, HARVARD COLL., https://college.harvard.edu/financial-aid/how-aid-works (last visited May 6, 2025) |
| 316 | *How Aid Works*, STANFORD UNIV., https://financialaid.stanford.edu/undergrad/how/index.html (last visited May 4, 2025) |
| 317 | SALLIE MAE, HOW AMERICA PAYS FOR COLLEGE, 24, 26, 35, 51 (2024), *available at* https://www.salliemae.com/content/dam/slm/writtencontent/Research/HAP_2024.pdf |
| 318 | *How Caltech Calculates Your Family Contribution*, CALTECH, https://www.finaid.caltech.edu/howitworks/familycontribution (last visited May 6, 2025) |
| 319 | *How Financial Aid Is Calculated*, FED. STUDENT AID, https://studentaid.gov/complete-aid-process/how-calculated (last visited Apr. 28, 2025) |
| 320 | *How Financial Aid Works at Caltech*, CALTECH, https://www.finaid.caltech.edu/howitworks (last visited May 6, 2025) |
| 321 | *How Financial Aid Works*, PRINCETON UNIV., https://admission.princeton.edu/cost-aid/how-financial-aid-works |
| 322 | *How it Works*, UNIV. OF PA., https://admissions.upenn.edu/affording-penn/how-it-works |
| 323 | Daniel Golden, *How Lowering the Bar Helps Colleges Prosper*, WALL ST. J. (Sept. 9, 2006), https://www.wsj.com/articles/SB115774251817757837 |
| 324 | *How Much Help Will I Get?*, DARTMOUTH COLL., https://financialaid.dartmouth.edu/how-aid-works/how-much-help-will-i-get (last visited May 6, 2025) |
| 325 | Daniel Golden, *How Wealthy Families Manipulate Admissions at Elite Universities*, TOWN & COUNTRY MAG. (Nov. 21, 2016) https://www.townandcountrymag.com/society/money-and-power/news/a8718/daniel-golden-college-admission |

**PUBLIC VERSION**

| | |
|---|---|
| 326 | *How We Determine Need*, UNIV. OF PA., https://srfs.upenn.edu/financial-aid/undergraduate-aid-program/how-we-determine-need (last visited May 6, 2025) |
| 327 | *Images in Flux: The 20th Century Development of the Undergraduate Experience at Penn*, UNIV. OF PA. (Sept. 1999), https://archives.upenn.edu/exhibits/penn-history/images-in-flux/part-8 |
| 328 | *Increase of 10.4 Percent in Financial Aid Will Benefit a Wide Range of MIT Families*, MIT NEWS (Mar. 4, 2016), https://news.mit.edu/2016/increase-financial-aid-benefit-students-families-0304 |
| 329 | *Integrated Postsecondary Education Data System*, NAT'L CENTER FOR EDUC. STATS., https://nces.ed.gov/ipeds/datacenter (last visited Apr. 29, 2025) |
| 330 | INSTITUTIONAL METHODOLOGY, COLLEGE BOARD, *available at* https://secure-media.collegeboard.org/digitalServices/pdf/professionals/institutional-methodology.pdf |
| 331 | *Introduction to Financial Aid*, DARTMOUTH COLL., https://financialaid.dartmouth.edu/how-aid-works/introduction-financial-aid (last visited May 4, 2025) |
| 332 | *Karsh Office of Undergraduate Financial Support*, DUKE UNIV., https://financialaid.duke.edu (last visited May 7, 2025) |
| 333 | *KROC Institute for International Peace Studies*, UNIV. OF NOTRE DAME, https://kroc.nd.edu/undergraduate (last visited May 4, 2025) |
| 334 | *Leading the Way in Artificial Intelligence Research*, CORNELL UNIV., https://ai.cornell.edu (last visited May 4, 2025) |
| 335 | Richard D. Kahlenberg, *The Legacy Racket: The Problem with College Admission Preferences for Children of Alumni,* THE CENTURY FOUND., at 4 (Sept. 22, 2010), *available at* https://production-tcf.imgix.net/app/uploads/2010/09/17185402/tcf-Legacy_brief-2.pdf |
| 336 | *Living Learning Communities*, GEORGETOWN UNIV., https://residentialliving.georgetown.edu/leadership/llc (last visited May 4, 2025) |
| 337 | *Living Options*, UNIV. OF PA., https://residential-services.business-services.upenn.edu/living-options (last visited May 4, 2025) |
| 338 | *Loans*, EMORY UNIV., https://studentaid.emory.edu/undergraduate/types/loans.html (last visited May 4, 2025) |
| 339 | *Majors & Minors*, MIT, https://mitadmissions.org/discover/the-mit-education/majors-minors (last visited May 4, 2025) |
| 340 | *Majors, Minors, and Certificates*, GEORGETOWN UNIV., https://college.georgetown.edu/academics/majors-minors-and-certificates (last visited May 4, 2025) |
| 341 | *Majors*, UNIV. OF PA., https://catalog.upenn.edu/undergraduate/arts-sciences/majors (last visited May 4, 2025) |
| 342 | *Making MIT Affordable*, MIT, https://sfs.mit.edu/undergraduate-students/the-cost-of-attendance/making-mit-affordable (last visited May 4, 2025) |
| 343 | Daniel Golden, *Many Colleges Bend Rules To Admit Rich Applicants*, WALL ST. J. (Feb. 20, 2003), https://www.wsj.com/public/resources/documents/Polk_Rich_Applicants.htm |

**PUBLIC VERSION**

| | |
|---|---|
| 344 | *Merit Scholarship Opportunities*, VANDERBILT UNIV., https://www.vanderbilt.edu/scholarships/faq.php (last visited May 6, 2025) |
| 345 | *Merit Scholarships*, DUKE UNIV., https://ousf.duke.edu/merit-scholarships (last visited May 6, 2025) |
| 346 | *Merit Scholarships*, JOHNS HOPKINS UNIV., https://apply.jhu.edu/tuition-aid/types-of-financial-aid/merit-scholarships (last visited May 6, 2025) |
| 347 | *Merit Scholarships*, RICE UNIV., https://financialaid.rice.edu/types-aid/merit-scholarships (last visited May 6, 2025) |
| 348 | *Merit Scholarships*, UNIV. OF CHI., https://collegeadmissions.uchicago.edu/financial-support/scholarships/merit-scholarships (last visited May 6, 2025) |
| 349 | *Merit-Based Scholarships*, UNIV. OF NOTRE DAME, https://financialaid.nd.edu/aid-types/merit-based-scholarships (last visited May 6, 2025); |
| 350 | *Mission Statement*, MIT, https://www.mit.edu/about/mission-statement (last visited May 4, 2025) |
| 351 | *Mission*, UNIV. OF NOTRE DAME, https://www.nd.edu/about/mission (last visited May 4, 2025) |
| 352 | MIT FACTS 2021 4, 14-15, MIT, https://facts.mit.edu/wp-content/uploads/2022/03/MIT-Facts-2021-Accessible-with-Cover.pdf (last visited May 4, 2025) |
| 353 | *MIT Need-Based Aid Dates Back to 1867*, MIT NEWS (May 6, 1992), https://news.mit.edu/1992/aid-0506 |
| 354 | *MIT Reshapes Itself to Shape the Future*, MIT NEWS (Oct. 15, 2018), https://news.mit.edu/2018/mit-reshapes-itself-stephen-schwarzman-college-of-computing-1015 |
| 355 | *MIT Scholarships*, MIT STUDENT FINANCIAL SERVICES, available at https://sfs.mit.edu/undergraduate-students/types-of-aid/mit-scholarship |
| 356 | *MIT to Be Tuition-Free for Families Earning Less Than $75,000 a Year*, MIT NEWS (Mar. 7, 2008), https://news.mit.edu/2008/tuition-0307 |
| 357 | *MIT Undergraduate Research Opportunities Program*, MIT, https://urop.mit.edu (last visited May 4, 2025) |
| 358 | *MIT Welcomes Nine MLK Visiting Professors and Scholars for 2023*, MIT NEWS (Sept. 27, 2023), https://news.mit.edu/2023/mit-welcomes-mlk-visiting-professors-scholars-0927 |
| 359 | NATIONAL STUDENT AID PROFILE: OVERVIEW OF 2022 FEDERAL PROGRAMS, NAT'L ASS'N OF STUDENT FIN. AID ADM'RS (NASFAA) (updated Oct. 2022) at 4, 6, 8, and 13, *available at* https://www.nasfaa.org/uploads/documents/2022_National_Profile.pdf |
| 360 | *Need to Know Financial Aid*, CARNEGIE MELLON UNIV., https://www.cmu.edu/enrollment/admission/process/financial_aid.html (last visited May 6, 2025) |

**PUBLIC VERSION**

| | |
|---|---|
| 361 | Josiah Bonifant & Allie Goulding, *No-Loan Policy to Be Fully Implemented in 2019–2020, But Students Still Grapple with Financial Aid Options*, THE DAILY NORTHWESTERN (Feb. 5, 2019), https://dailynorthwestern.com/2019/02/05/lateststories/no-loan-policy-to-be-fully-implemented-in-2019-2020-but-students-still-grapple-with-financial-aid-options |
| 362 | Christine Farolan, *Northwestern Eliminates Loans as Part of Financial Aid Packages*, THE DAILY NORTHWESTERN, (Mar. 4, 2016), https://dailynorthwestern.com/2016/03/03/campus/northwestern-eliminates-loans-as-part-of-financial-aid-packages |
| 363 | *Office of Financial Aid*, RICE UNIV., https://financialaid.rice.edu (last visited May 7, 2025) |
| 364 | *Office of Financial Aid*, UNIV. OF NOTRE DAME, https://financialaid.nd.edu (last visited May 7, 2025) |
| 365 | *Office of Student Financial Aid and Scholarships*, VANDERBILT UNIV., https://www.vanderbilt.edu/financialaid/#:~:text=Vanderbilt%20will%20meet%20100%25%20of,that%20impact%20or%20limit%20eligibility (last visited Apr. 30, 2025) |
| 366 | *Office of Student Financial Aid*, GEORGETOWN UNIV., https://finaid.georgetown.edu (last visited May 6, 2025) |
| 367 | *On the Record with President DeGioia*, THE GEORGETOWN VOICE (Mar. 6, 2014), https://georgetownvoice.com/2014/03/06/record-president-degioia |
| 368 | *Opportunity Vanderbilt Makes it Happen*, VANDERBILT UNIV., https://www.vanderbilt.edu/financialaid/#:~:text=Vanderbilt%20will%20meet%20100%25%20of,Vanderbilt%20offers%20additional%20grant%20assistance (last visited May 4, 2025) |
| 369 | *Other Grants and Scholarships*, BROWN UNIV., https://finaid.brown.edu/aid-types/grants-scholarships (last visited May 6, 2025) |
| 370 | Julie McWilliams, *Penn Expands Financial Aid Program to Eliminate Loans: Fact Sheet*, PENN TODAY (Dec. 17, 2007), https://penntoday.upenn.edu/news/penn-expands-financial-aid-program-eliminate-loans-fact-sheet |
| 371 | *Pathways to Notre Dame*, UNIV. OF NOTRE DAME, https://financialaid.nd.edu/costs-and-affordability (last visited May 6, 2025) |
| 372 | DANIEL GOLDEN, THE PRICE OF ADMISSION (2006) (Excerpted) |
| 373 | *Professional Judgment*, FINAID, https://finaid.org/educators/pj (last visited May 5, 2025) |
| 374 | PROFESSIONAL JUDGMENT, NAT'L ASS'N OF STUDENT FIN. AID ADM'RS (NASFAA) (Apr. 2021), *available at* https://www.nasfaa.org/uploads/documents/NASFAA_AE_2021-22_PJ_SSG_192CD.pdf |
| 375 | *Ranking of U.S. Social Work/Welfare Programs*, SOCIAL PSYCH. NETWORK, https://www.socialpsychology.org/gsocwork.htm (last visited Apr. 28, 2025) |
| 376 | *Rare and Manuscript Collections*, CORNELL UNIV., https://rare.library.cornell.edu (last visited May 4, 2025) |

**PUBLIC VERSION**

| | |
|---|---|
| 377 | *Report of the Common Standards Subcommittee to the 568 Presidents' Working Group* (archived Aug. 18, 2001), https://web.archive.org/web/20010818090442/http:/www.news.cornell.edu/releases/July01/568.presidents.report.html (last visited May 6, 2025) |
| 378 | *Residence Halls*, CORNELL UNIV., https://scl.cornell.edu/residential-life/housing/campus-housing/first-year-undergraduates/residence-halls (last visited May 4, 2025) |
| 379 | *Residence Halls*, UNIV. OF NOTRE DAME, https://residentiallife.nd.edu/undergraduate/residence-halls (last visited May 4, 2025) |
| 380 | *Scholarships*, USC UNDERGRADUATE ADMISSION, https://admission.usc.edu/cost-and-financial-aid/scholarships (last visited May 4, 2025) |
| 381 | *Scholarships*, WASHU FIN. AID, https://financialaid.washu.edu/how-aid-works/types-of-aid/scholarships (last visited May 4, 2025) |
| 382 | *Scholarships and Grants*, YALE UNIV., https://finaid.yale.edu/costs-affordability/types-aid/scholarships-and-grants (last visited May 4, 2025) |
| 383 | *Scholarships Help Build an Exceptional Student Body*, MIT NEWS (Dec. 25, 2019), https://news.mit.edu/2019/scholarships-help-build-exceptional-student-body-1226 |
| 384 | "Search Classes 2024," University of Pennsylvania, https://courses.upenn.edu (accessed Apr. 10, 2025) |
| 385 | *Special and Unusual Circumstances*, UNIV. OF NOTRE DAME, https://financialaid.nd.edu/apply-or-renew/special-circumstance (last visited Apr. 29, 2025) |
| 386 | *State Aid*, FED. STUDENT AID, https://studentaid.gov/help-center/answers/article/state-aid (last visited Apr. 28, 2025) |
| 387 | *Top 10 College Theater Programs To Know In 2024*, LINKEDIN (Nov. 22, 2024), https://www.linkedin.com/pulse/top-10-college-theater-programs-know-in2024-ken-davenport-s12re |
| 388 | *Tuition and Aid*, BROWN UNIV., https://admission.brown.edu/tuition-aid#:~:text=We%20actively%20seek%20students%20from, percent%20of%20demonstrated%20financial%20need (last visited May 4, 2025) |
| 389 | *Tuition and Other Expenses*, GEORGETOWN UNIV., https://bulletin.georgetown.edu/expenses-and-financialassistances/basicgeneralexpenses (last visited Apr. 29, 2025) |
| 390 | *Tuition, Fees, & Expenses*, RICE UNIV., https://bursar.rice.edu/tuition_fee_rates/undergraduate-programs (last visited Apr. 29, 2025) |
| 391 | *Types of Aid*, CORNELL UNIV., https://finaid.cornell.edu/types-of-aid (last visited May 4, 2025) |
| 392 | *Types of Financial Aid*, DARTMOUTH COLL., https://admissions.dartmouth.edu/afford/types-financial-aid (last visited May 4, 2025) |

| | |
|---|---|
| 393 | *Types of Financial Aid: Grants, Work-Study, and Loans*, FED. STUDENT AID, https://studentaid.gov/understand-aid/types (last visited Apr. 28, 2025) |
| 394 | UCHICAGO COLLEGE AID HANDBOOK FOR STUDENTS AND FAMILIES, ACADEMIC YEAR 2024-25, UNIV. OF CHI., *available at* https://financialaid.uchicago.edu/uchicago-college-aid-handbook-2024-2025.pdf |
| 395 | *Undergraduate*, UNIV. OF MICHIGAN FIN. AID, https://finaid.umich.edu/types-aid/scholarships/undergraduate (last visited May 4, 2025) |
| 396 | *Undergraduate Aid*, UNIV. OF CHI., https://financialaid.uchicago.edu/undergraduate (last visited May 7, 2025) |
| 397 | *Undergraduate Financial Aid Basics*, UNIV. OF CHICAGO, https://financialaid.uchicago.edu/undergraduate/how-aid-works/undergraduate-financial-aid-basics (last visited May 4, 2025) |
| 398 | *Undergraduate Financial Aid*, BROWN UNIV., https://finaid.brown.edu (last visited May 7, 2025) |
| 399 | *Undergraduate Financial Aid*, EMORY UNIV., https://studentaid.emory.edu/undergraduate/index.html (last visited May 7, 2025) |
| 400 | *Undergraduate Financial Aid*, NORTHWESTERN UNIV., https://undergradaid.northwestern.edu (last visited May 7, 2025) |
| 401 | *Undergraduate Program*, GEORGETOWN UNIV. DEP'T OF THEOLOGY & RELIGIOUS STUDIES, https://theology.georgetown.edu/undergraduate (last visited May 4, 2025) |
| 402 | *Undergraduate Programs*, UNIV. OF NOTRE DAME, https://www.nd.edu/academics/undergraduate-programs (last visited May 4, 2025) |
| 403 | *Undergraduate Students*, MIT, https://sfs.mit.edu/undergraduate-students (last visited May 6, 2025) |
| 404 | *Undergraduate Tuition and Fees*, UNIV. OF PA., https://srfs.upenn.edu/costs-budgeting/undergraduate-tuition-and-fees (last visited Apr. 29, 2025) |
| 405 | *Undergraduate Tuition and Fees*, VANDERBILT UNIV., https://www.vanderbilt.edu/stuaccts/fees/tuition_fees_2023-24_ugrd.php (last visited Apr. 29, 2025) |
| 406 | *Eligibility and Demonstrated Need*, RICE UNIV., https://financialaid.rice.edu/forms-resources/eligibility-and-demonstrated-need#:~:text=Families %20who%20apply%20for%20financial,aid%2C%20work%20study%20and%20loans (last visited May 4, 2025) |
| 407 | *Understanding Your Financial Aid Award Offers*, BIGFUTURE, https://bigfuture.collegeboard.org/pay-for-college/financial-aid-awards/understanding-your-financial-aid-award-offers (last visited Apr. 28, 2025) |
| 408 | U.S. GOV'T ACCOUNTABILITY OFF., SCHOOLS' USE OF THE ANTITRUST EXEMPTION HAS NOT SIGNIFICANTLY AFFECTED COLLEGE AFFORDABILITY OR LIKELIHOOD OF STUDENT ENROLLMENT TO DATE (Sept. 2006), *available at* https://www.gao.gov/assets/gao-06-963.pdf |
| 409 | *University Leaves Financial Aid Group*, YALE DAILY NEWS (Sept. 26, 2008), https://yaledailynews.com/blog/2008/09/26/university-leaves-financial-aid-group |

| | |
|---|---|
| 410 | *University Mission Statement*, GEORGETOWN UNIV., https://governance.georgetown.edu/mission-statement (last visited May 4, 2025) |
| 411 | *University Mission*, CORNELL UNIV., https://www.cornell.edu/about/mission.cfm (last visited May 4, 2025) |
| 412 | *University of Notre Dame Programs/Majors*, NAT'L CENTER FOR EDUC. STATS., https://nces.ed.gov/collegenavigator/?id=152080#programs (last visited May 4, 2025) |
| 413 | 12 U. PA. ALMANAC 4 (Jan. 1966) at 5, *available at* https://almanac.upenn.edu/archive/v12pdf/n04/011666.pdf |
| 414 | 21 U. PA. ALMANAC 33 at 10 (May 13, 1975), *available at* https://almanac.upenn.edu/archive/v21pdf/n33/051375.pdf |
| 415 | *University of Pennsylvania Programs/Majors*, NAT'L CENTER FOR EDUC. STATS., https://nces.ed.gov/collegenavigator/?id=215062#programs (last visited May 4, 2025) |
| 416 | *Welcome to the Office of Financial Aid*, CALTECH, https://www.finaid.caltech.edu (last visited May 7, 2025) |
| 417 | *What Are the Different Types of Financial Aid?*, BIGFUTURE, https://bigfuture.collegeboard.org/pay-for-college/get-help-paying-for-college/different-types-financial-aid (last visited May 1, 2025) |
| 418 | *What is Professional Judgment?*, FED. STUDENT AID, https://studentaid.gov/help-center/answers/article/what-is-professional-judgment (last visited May 4, 2025) |
| 419 | *What is the 568 Presidents Group?*, 568 Presidents Group (archived Jan. 25, 2022), https://web.archive.org/web/20220125094142/http://www.568group.org/home (last visited May 6, 2025) |
| 420 | *What Is the FAFSA?*, COLLEGE BOARD, https://blog.collegeboard.org/what-is-the-fafsa (last visited May 6, 2025) |
| 421 | *What Is the Foundation for Your Financial Aid Appeal?*, COLL. SELECTION STRATEGY, https://collegeselectionstrategy.com/financial-aid-appeal-professional-judgment (last visited May 5, 2025) |
| 422 | *What to Do When Your Financial Aid Award Isn't Enough*, BIGFUTURE, https://bigfuture.collegeboard.org/pay-for-college/financial-aid-awards/what-to-do-when-your-financial-aid-award-isnt-enough (last visited Apr. 28, 2025) |
| 423 | *What We Consider*, MIT, https://sfs.mit.edu/undergraduate-students/our-approach-to-aid/what-we-consider (last visited May 6, 2025) |
| 424 | *When Is FAFSA Due? Important Deadlines for 2024 and Beyond*, COURSERA, https://www.coursera.org/articles/when-is-fafsa-due (last visited May 6, 2025) |
| 425 | Kim Clark, *Who Truly Needs Financial Aid?*, U.S. NEWS & WORLD REP., Sept. 13, 2002 |
| 426 | *Work-Study*, CORNELL UNIV., https://finaid.cornell.edu/types-of-aid/work-study (last visited May 5, 2025) |
| 427 | Declaration of John Latting (Emory), dated September 10, 2024 |

| | |
|---|---|
| 428 | Transcript of Proceedings, *Henry et. al. v. Brown*, (N.D. Ill. Apr. 14, 2025) (No. 1:22-cv-00125). |
| 429 | Improving America's Schools Act of 1994, Pub. L. 103-382, § 568(a), 108 Stat. 3518, 4060 (1994) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 7, 2025

Respectfully submitted,

*/s/ Daniel T. Fenske*
Daniel T. Fenske

**PUBLIC VERSION**

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I caused a true and correct copy of the foregoing document to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Daniel T. Fenske*
Daniel T. Fenske

*Counsel for Georgetown University*