# EXHIBIT 63

| | |
|---|---|
| Date: | Thursday, August 3 2017 04:50 PM |
| Subject: | RE: Howdy! |
| From: | Leslie C Bridson |
| To: | Shannon Vasconcelos <shannon.vasconcelos@getintocollege.com >; |
| Attachments: | image001.gif; image002.png; image003.png; image004.png |

Right. You really can't assume that everyone uses 1.2x income.

Leslie

---

**From:** Shannon Vasconcelos [mailto:shannon.vasconcelos@getintocollege.com]
**Sent:** Thursday, August 03, 2017 4:33 PM
**To:** Leslie C Bridson <lbridson@mit.edu>
**Subject:** RE: Howdy!

Yay! Glad to hear all is well, and yes, that helps. Though I guess it makes me less smart than I thought I was! Working with a family who is low income/high home equity, and they asked about schools limiting home equity in their calcs. He's got a bunch of 568 schools on his list, and I thought I could make the generalization that they'll all limit to 1.2x income, but I guess I can't say that, huh? Is that still the usual calc in the Consensus Approach, but schools can choose to use more or less if they want to?

---

**From:** Leslie C Bridson [mailto:lbridson@mit.edu]
**Sent:** Thursday, August 03, 2017 4:26 PM
**To:** Shannon Vasconcelos
**Subject:** RE: Howdy!

Hi Shannon!
Great to hear from you! Everything is going well here. Hope you are doing well too!

You are correct – MIT no longer uses home equity in the need analysis calculation. There are some instances in which we do use it, but those are rare cases.

While 568 schools use the Consensus Approach, there can be variances within that approach. These are generally due to availability/or lack of resources at each institution.

Hope that helps!
Leslie

---

**From:** Shannon Vasconcelos [mailto:shannon.vasconcelos@getintocollege.com ]
**Sent:** Thursday, August 03, 2017 12:33 PM
**To:** Leslie C Bridson <lbridson@mit.edu>
**Subject:** Howdy!

Hi Leslie!

Long time no see! How is everything??? I hope all is well with you.

Actually, I think the last time I talked to you, it was about the same thing, though I now forget exactly what you said. I'm hoping you can enlighten me. A question came up at my work about some specific schools and their use of home equity in calculating EFCs. I believe MIT no longer uses home equity at all right? If so, right on! ☺ I'm confused though because aren't you a member of that 568 Group, and I thought you all used a consistent formula? Does that mean all the Consensus schools don't use home equity? Or is that a place where you differ?

If you have any insight, please let me know. I. So. Confused. ☺

Thanks!
Shannon

***Shannon Barry Vasconcelos***
**Director, College Finance**
**College Coach, a Bright Horizons Solution at Work**

*Access your College Coach employee benefit online!*

*Check out our blogs:*
The Insider: Your Expert Guide to College Admissions
Solutions at Work: Insights from Bright Horizons

College Coach, a division of Bright Horizons Children's Centers LLC., 200 Talcott Avenue South, Watertown, MA 02472 USA

Bright Horizons Family Solutions Limited (Co. No. 2328679), r/o 2 Crown Court, Rushden, Northamptonshire NN10 6BS UK

This e-mail and any attachments to it are intended only for the addressee and may contain information which is confidential and/or legally privileged. If you are not the intended recipient, you are hereby notified that any dissemination,distribution or copying is strictly prohibited. If you have received this e-mail in error,please contact the sender immediately and delete the material from any computer and anyprintout thereof. Bright Horizons cannot guarantee that this e-mail communication is secure or free of error. No liability is accepted for any viruses or for any corruption, amendment to or deletion of or from this e-mail.