# EXHIBIT 64

# NEED ANALYSIS

## 1. OVERVIEW OF NEED ANALYSIS

The goal of need analysis is to construct a well-founded measure of ability to pay regardless of the availability of resources to meet the student's full need. Need analysis is not intended to be a rationing device and therefore is not altered to conform to available financial aid funding.

The basic framework of all need analysis methodologies is the same. Income and assets must be defined and then the methodology must determine which components of the income and assets should be assessed to establish the expected family contribution, as well as what the appropriate assessment rates are. In the case of the dependent student, parental income and assets are analyzed separately from the student's income and assets. The expected family contribution (EFC) is the sum of the parental contribution (PC) and the student contribution (SC).

A sound need analysis system assesses equal contributions from families in similar circumstances (*horizontal equity*) and appropriately higher contributions from those with greater financial capacity (*vertical equity*). While economic principles such as horizontal and vertical equity provide a foundation for need analysis methodologies, they do not prescribe exact levels of ability to pay, or even a specific set of criteria for ranking students and their families by need.

Need analysis is more an art than a science and reasonable people will disagree on some need analysis practices.

### A. Early History of Need Analysis

The United States has a strong history of providing scholarships and other forms of financial support to students attending higher education beginning in the early years of Harvard College. The first financial aid recipients were the poor who were easily identifiable for their need because of their high visibility in small, interdependent communities.

It was not until the early 1950's that postsecondary institutions began developing systems for establishing how much a family could afford to contribute to college. One of the first methodologies was Harvard's 15 percent rule and Dean John



CONFIDENTIAL 

significant institutional funds – primarily institutions from the private, non-profit sector – utilize a non-federal formula, such as the College Board's Institutional Methodology (IM), or some modification of that formula, for awarding their funds.

### C. Current MIT Need Analysis Methodologies

MIT uses two need analysis methodologies – FM to award federal student financial assistance and a variation of IM. MIT's variation of IM incorporates some, but not all, of the aspects of what is known as the Consensus Approach (CA) to Need Analysis.

### D. Consensus Approach (CA) Methodology

In July 2001 a group of college and university presidents announced their agreement to the Consensus Approach to Need Analysis. Several factors – especially the elimination of home equity in FM, competitive pressures, and concerns associated with the 1992 Department of Justice antitrust lawsuit against Ivy League institutions – contributed to the need for a consensus approach to determining family contributions.

Of the institutions that award aid based on need, virtually all use either FM or IM, however these formulae are increasingly varied, confusing, and based on institutional enrollment management goals.

After intense lobbying by the Ivy Plus institutions, Congress established Section 568 of the Improving America's Schools Act of 1992, which recognizes the importance of need-based aid and the need for institutions to work together to develop consistent financial aid policies that facilitate access to higher education for all qualified students regardless of their ability to pay. Under Section 568, institutions that practice need-blind admission are authorized to agree upon common need analysis principles and are provided an antitrust exemption for this effort.

Consensus Approach uses IM as its base calculation and addresses the principal issues that give rise to divergent IM need calculations. CA identifies the areas in the current IM that are most subject to local interpretation or professional judgment and recommends a common standard for dealing with each. These recommendations are not designed to eliminate professional judgment, but to narrow the range of professional judgment results by agreeing upon a common approach to these issues.



CONFIDENTIAL