# EXHIBIT 65

# UNDERSTANDING THE FINANCIAL AID APPLICATION PROCESS

MIT Student Financial Services

# FINANCIAL AID AT MIT

## Need-blind admissions

- Students are not at a disadvantage because of their financial need in the admissions process

## Full Demonstrated Financial need

- If you're admitted, we determine financial aid based on need only and do not offer merit aid
- If you intend on being considered for need-based aid you must apply for aid each year that you attend MIT

Not applying to MIT? It is important to check the websites of each school you are interested in to determine the specific types of aid available

# APPLYING FOR FINANCIAL AID

## FAFSA

- Free Application for Federal Student Aid (Free)
  - Generally required for US Citizens, Permanent residents, and eligible non-citizens
  - Federal Aid i.e. Pell Grant, State Grants, Federal Direct Loans, Federal Work-Study
    - Create a FSA ID at FAFSA.gov
    - Submit your FAFSA online (paper 3 weeks, electronic 3-5 days)

## CSS PROFILE

- College Scholarship Service Profile ($25, possible waiver based on income, SAT Fee waiver indication)
  - Institutional aid
  - Electronic only
  - profileonline.collegeboard.com

# ADDITIONAL DOCUMENTS

Family's prior-prior year's federal income tax returns
For example, if you're applying for financial aid for academic year 2022-23, you'll use your family's 2020 tax return

W-2 forms (if applicable)

For families that own businesses or farms, a business tax return and/or Business Farm Supplement may be requested

If you or your family did not file a tax return, you may complete a Non-Tax Filer Statement along with providing income document in lieu of tax documents

**Documents should be submitted online via IDOC and instructions will be available once the CSS Profile has been completed, can vary from school to school**

# CALCULATING YOUR FINANCIAL AID AWARD

## EFC (Expected Family Contribution)

- The amount that parents and the student are expected to contribute toward the student's college expenses
- We assess a parental contribution based on your family's financial circumstances
  - Federal Methodology
  - Institutional Methodology

## Student Contribution

- $5,400 for 2021-2022 at MIT, expected to meet this amount through a combination of outside scholarships, grants (including the federal Pell Grant), term-time work, careful budgeting or student loans

# FEDERAL METHODOLOGY




Used to award all federal aid

Must file FAFSA

Uses both parent and student information (for dependent students)

# INSTITUTIONAL METHODOLOGY

Schools (like MIT) may use the CSS Profile and/or their own application form to award their own funds

Formula will vary school by school

Often has a minimum Student Contribution

Generally more specific than Federal Methodology

May include both biological parents in divorced/separated situations

# FINANCIAL AID TYPES

## Financial Aid

- Any funding that helps to finance your college expenses
  - Grants or scholarships (institutional, federal, state, or private)
  - Student loans
  - Work opportunities

Other options can include careful budgeting, parent loans and/or a payment plan.

## Need based aid at MIT is comprised of MIT Scholarship

- MIT Scholarship is the largest source of undergraduate financial aid (a need-based grant). This amount is based on your family’s calculated ability to contribute towards the price of your education

# FINANCIAL AID CALENDAR

**October**

- Complete forms (FAFSA/CSS), using income information from two years ago

**January/February**

- Target timeline to submit documents via IDOC to MIT, can vary from school to school

**End of March - Early April**

- Admissions and Financial Aid notification available, usually online

**May 1st**

- DECISION DEADLINE- National Deposit Deadline

**Late Summer/Early Fall**

- Bill for the Fall Semester, apply for financial aid for the following year

**November/December**

- Bill for the Spring Semester

# QUESTIONS?

Email: sfs@mit.edu

Phone: (617) 258-8600