# EXHIBIT 66

# Timeline of Select MIT Financial Aid Policy Changes

2001-02

- Reduced self-help from $7,600 to $5,600

2003-04

- Reduced self-help from $5,600 to $5,500

2006-07

- Introduced Pell Grant matching program

2007-08

- Reduced self-help from $5,500 to $5,250
- Guaranteed Undergrad Research Opportunity Program for upperclassmen on financial aid

2008-09

- Provided free tuition and implemented no loans expectation for families with incomes under $75,000 and typical assets (usually defined as less than $325,000)
- Reduced self-help to $2,850 for families with incomes under $75,000
- Reduced self-help to $4,750 for families with incomes over $75,000
- Excluded home equity or added an equivalent renter's allowance for families earning $100,000 or less (cap of 1.2 times parent total income applied for all other families)

2009-10

- Lowered rate at which contribution from income is assessed for families with incomes over $75,000
- Provided lost federal Pell Grant money for students who lose portion of their Pell Grant under federal rules for dropping to half time or below

2010-11

- Increased summer savings expectation by $300 for all but first-years
- Increased self-help to $3,400 for families with incomes under $75,000
- Increased self-help to $5,500 for families with incomes over $75,000
- Stopped allowing use of external scholarships to replace summer savings for entering first-years

2011-12

- Increased self-help to $4,400 for families with incomes under $75,000
- Increased self-help to $6,000 for families with incomes over $75,000
- Ended no-loan expectation policy
- Stopped allowing outside awards to replace summer savings for entering first-years
- Maintained Pell Grant match dollar for dollar by allowing students to use the grant to reduce their loan and/or term-time job expectation

2012-13

- Increased self-help to $6,000 for families with incomes under $75,000 (eliminated two-tiered self-help)
- Ended grandfathering of external scholarship replacing self-help

2014-15

- Excluded home equity for families earning $150,000 or less (cap of 1.2 times parent total income for all other families)
- Eliminated renter's allowance

2015-16

- Reduced self-help from $6,000 to $5,500
- Set summer savings expectation at $2,000 for all four years
- Allowed outside scholarship to replace summer savings and academic-year self-help

2016-17

- Introduced bottom-line reduction ("lockdown") of $2,000 to all parent contributions
- Increased threshold for grant equaling tuition to families with incomes under $80,000
- Excluded home equity for families of all income levels

2017-18

- Reduced self-help from $5,500 to $3,400
- Reduced expected parent contribution for all families by increasing income protection allowance
- Reintroduced practice of packaging awards without loans
- Increased threshold for grant equaling tuition to families with incomes under $90,000
- Began Stanford match experiment for all students receiving aid in entering first-year class. Equaled $1,900 reduction in parent contribution in addition to existing $2000 "lockdown"
- Included travel expense ($2,000) in cost of attendance for international students, with corresponding summer savings expectation in award packages for international students
- Switched to prior-prior year for the base year in need analysis (two years prior to the award cycle)

2018-19

- Treated US military veterans independent (no parent contribution)

2019-20

- Provided $2,000 first-year grant for families with incomes under $65,000 (and typical assets)
- Beginning with incoming students, covered health insurance for those with family incomes under $65,000 (and typical assets) who pay for MIT health insurance

- Started $700 rollback of prior reduction in parent contributions (i.e., increased parent contributions so that bottom-line reduction to parent contributions would be $1,300 for incoming first-years, to be phased in over 4 years)
- Covered half of spring job/work-study packaging (in case students could not work remotely) as unplanned coronavirus measure

2020-21

- Provided $5,000 COVID grant to all students
- Continued phase-in of parent contribution changes, with income-based adjustments: $1,500 lockdown for families with incomes under $150,000, $650 lockdown for families with incomes over $200,000; maintained $1,300 lockdown for families with incomes $150,000-200,000
- Continued to extend health insurance coverage for domestic students with incomes under $65,000 (for first-year and second-year students)

2021-22

- Introduced new table of income-based allowances
- Extended health insurance policy to all students with family incomes under $65,000 (and typical assets)
- Reintroduced renter's allowance policy

2022-23

- Increased threshold for grant equaling tuition to families with incomes under $140,000 (and typical assets)
- Stopped lockdowns of parent contribution due to new College Board Available Income tables (unless this change, in connection with other changes this year, resulted in higher parent contributions for returning students)
- Increased income protection allowance by 8% for families with incomes under $90,000
- For international families with incomes under $90,000, used international asset protection allowance and optional income protection allowance
- Noncustodial Parents
    - Accepted parts of College Board's new policy to auto-waive noncustodial data in certain cases (e.g., noncustodial parent unknown, nonexistent, abusive, incarcerated)
    - Automatically waived future documentation requirement for noncustodial parents with no parent contribution

2023-24

- Excluded Earned Income Credit and Additional Child Tax Credit from income

2024-25

- Set $0 parent contribution for families with incomes under $75,000 (and typical assets)
- Increased travel budgets for domestic students by $100