# EXHIBIT 67

# 2019-20 568 RRET and RSA SURVEY Results, Observations and Recommendations

**Kate Gentile – Amherst College**
**Bernie Pekala – Boston College**

**With THANKS to Varo Duffins - Swarthmore**

# Q1 - Did your financial aid office use the RRET (Retirement Readiness Evaluation Tool) and/or the RSA (Retirement Savings Allowance) for the 2019-20 award cycle (new and returning students?)




| # | Answer | % | Count |
|---|---|---|---|
| 1 | Yes | 45.00% | 9 |
| 2 | No | 55.00% | 11 |
| 3 | Not sure | 0.00% | 0 |
| | Total | 100% | 20 |

# Q2 - Why did you not use the RRET and RSA for the 2019-20 award cycle?

- We strongly considered it and are still open to using it in the future.
- We did not have an appropriate case for using the tool this year.
- Unfortunately, we were unable to use the RRET (even as a pilot) for this awarding cycle. This was due to internal approval and the desire not to alter the way we have evaluated or adjusted our analysis in the past.
  I continue to support this work and would hope to be able to evaluate it's benefit to Yale in the future.
- We did a full testing and analysis of the tool and decided to use it upon appeal, but have not had relevant usage requirements for this cycle yet.
- We certainly talked about using it and looked at retirement on a few appeals, but it didn't feel like the tool really gave us anything more than our assumptions. I think we could/would use it if it was part of our process from the start or (even better) integrated into the ERP. Thank you!
- With the implementation of the Rice Investment, our focus was there.
- It was a very involved process for the high volume of work we have to get through during the awarding cycle. We did run it through for a couple of students who were appealing and in those cases it was a large change that didn't really seem to make sense for those cases, so we found another way to reduce the PC.
- We used our own analysis which varied by family.
- We were transitioning other parts of our process this year so there was too much other "noise".
- For the number of applications we process, it is too manual of a process.

# Q3 - Please estimate the number of students who applications were reviewed using either or both the RRET or RSA:




| # | Answer | % | Count |
|---|---|---|---|
| 1 | 1 - 10 | 77.78% | 7 |
| 2 | 11 - 20 | 11.11% | 1 |
| 3 | 21 - 30 | 11.11% | 1 |
| 4 | More than 30 | 0.00% | 0 |
| 5 | Not sure | 0.00% | 0 |
|  | Total | 100% | 9 |

# Q4 - Did you use it only when a family requested a review due to retirement concerns?




| # | Answer | % | Count |
|---|---|---|---|
| 1 | Yes | 22.22% | 2 |
| 2 | No | 66.67% | 6 |
| 3 | Sometimes | 11.11% | 1 |
| 4 | Not sure | 0.00% | 0 |
| | Total | 100% | 9 |

# Q5 - Did you use it only for appeals?




| # | Answer | % | Count |
|---|---|---|---|
| 1 | Yes | 66.67% | 6 |
| 2 | No | 33.33% | 3 |
| 3 | Sometimes | 0.00% | 0 |
| 4 | Not sure | 0.00% | 0 |
| | Total | 100% | 9 |

# Q6 - Did you find the results of the RSA reasonable and/or helpful in resolving appeals or enhancing awards for your students? If not, why not?




| # | Answer | % | Count |
|---|---|---|---|
| 1 | Yes, the RSA was reasonable and/or helpful | 100.00% | 9 |
| 2 | No, the RSA was NOT reasonable nor was it helpful | 0.00% | 0 |
| 3 | Not sure | 0.00% | 0 |
| | Total | 100% | 9 |

# Q7 - Please provide your feedback on your experience with the use of the RRET and RSA.

- We believe we are using the tool correctly, but would find it helpful to have more detailed explanation of the data elements, the specific reason(s) those elements are used. We felt that the results were reasonable.
  I hope to look at whether the change made for freshmen (appeal only and not necessarily on retirement but the use of a retirement allowance was reasonable -- age of parent and amount of retirement savings).
- Limited use this year. Expect to increase the utilize of the retirement tools in the future.
- It is a very useful tool.
- I used it in a handful of cases. I found it helpful first for benchmarking if the family had a reasonable amount of assets for retirement. In addition, I used the additional retirement protection for another 2-3 families to protect income for retirement. Overall, I felt the additional protection was an appropriate amount to give the family enough additional aid assistance to make an impact.
- We did use it mostly for appeals; however there was one occasion where the PC we landed on did not seem fair recognizing the family did not have retirement savings so we ran the tool. It is helpful as another source particularly for appeals.
- It is a good tool, we just need to find a better way of integrating it into our reviews and determining some guidelines around when it is best to use it.
- We used only the RSA. We did not use the RRET. Because the RSA was so easy to use, we were able to utilize it 19 times for 19 families, all of whom had appealed, but not necessarily due to retirement savings. We used it when we thought the savings for the family was comparably low or savings in general seemed to be an issue; we also used it when families had consecutive children, i.e., one had just graduated or was older with the younger, newer come in - so basically, those with more than 4 consecutive years of educating children, i.e., a heavy burden, presumably, on their overall savings. The RSA added some reasonable relief.

# Q8 - Do you have questions about the use of the RRET and/or RSA, or suggestions for future use?

- Not at this time.
- No.
- I suggest that we gather more data before exploring other options beyond using it for appeals.
- No.
- Not yet.
- Yes, we did not use the RRET; would like to know how others did use it, and when and why?

**Q10 - Do you support 568's future use of the current models for the RRET and/or the RSA? If no, why not?**

- Yes - we support the tool. We used the tool more for continuing students who had a change in # in college. We found it particularly helpful with this group as these students often were the last of the children to attend college and parents were in their late 50's or early 60's.
- Yes.
- I support use of the current models upon appeal. As we gather more data I think we should consider the possibility of adding retirement assets to other assets an applying a more generous asset protection in order to equalize the treatment that families receive.
- Yes, I do.
- Yes.
- Yes.
- Yes, we support the use of the tool as it has been helpful to families.
- Yes, we would. But we kind of liked having the RSA as a separate, last resort, 'secret weapon', safety parachute, and whatever other bad metaphors apply. The highest we had seen was about $6,000; most were just a few thousand, which was enough relief for some families, and for us.

# Sample 1

## Retirement Allowance (RSA) PCI Calculation

| | | |
|---|---|---|
| Zip Code (First 3 digits) | 112 | |
| Family Size | 3 | |
| Number in College | 1 | |
| Total Income | $130,585 | |
| Parent 1 Wages* | $88,708 | |
| Parent 2 Wages* | $0 | |
| Total Wages | | $88,708 |
| | | |
| Total Allowances | $74,640 | |
| Current IPA | $30,782 | |
| New IPA | | $30,424 |
| Retirement Allow. | | $5,322 |
| Adj Total Allowances | | $79,604 |
| Adj Available Income | | $50,981 |
| Adj Total PCI | | $14,777 |
| Number in College Adj. | | 100% |
| Adj Par Cont from Income | | $14,777 |
| | | |
| Original PCI | $16,839 | |
| New PCI | | $14,777 |
| RSA PCI Change | | ($2,062) |
| | | |
| Age | 47 | |
| Disc NW | $14,008 | |
| Ret Asset | $126,000 | |

## New IPA Table (2020-21 adjusted to remove retirement savings)

Zip Code 112 (First three digits only, if COLA required)

| | Number in college | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Family Size | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 2 | 23543 | 22513 | | | | | | | | |
| 3 | 28452 | 27422 | 26391 | | | | | | | |
| 4 | 32704 | 31674 | 30643 | 29613 | | | | | | |
| 5 | 36633 | 35603 | 34572 | 33542 | 32512 | | | | | |
| 6 | 39895 | 38865 | 37835 | 36804 | 35774 | 34744 | | | | |
| 7 | 43167 | 42137 | 41107 | 40077 | 39047 | 38016 | 36986 | | | |
| 8 | 46440 | 45410 | 44379 | 43349 | 42319 | 41289 | 40259 | 39228 | | |
| 9 | 49712 | 48682 | 47652 | 46622 | 45591 | 44561 | 43531 | 42501 | 41471 | |
| 10 | 52985 | 51954 | 50924 | 49894 | 48864 | 47834 | 46803 | 45773 | 44743 | 43713 |

| | |
|---|---|
| Add on for family size greater than 6 | 3240 |
| Subtract for number in college greater than 6 | 1020 |

## Available Income Table (from 2020-21)

| From | To | Add to | % | Over |
|---|---|---|---|---|
| 0 | 20340 | | 23.0% | |
| 20341 | 26590 | 4678 | 27.0% | 20340 |
| 26591 | 36780 | 6366 | 31.5% | 26590 |
| 36781 | 46970 | 9576 | 35.5% | 36780 |
| 46971 | 51760 | 13193 | 39.5% | 46970 |
| 51761 | 67350 | 17218 | 43.5% | 57160 |
| 67351 | or more | 21651 | 47.0% | 67350 |

*Wages for Parent 1 and Parent 2 should represent W2 earnings and self-employment income

Yellow boxes must be entered by the aid officer; Gray boxes are calculated (do not enter anything in a gray box)

Aid officer enters Zip Code (first three digits only), Family Size, Number in College, Total Income, Parent 1 Wages, Parent 2 Wages, Total Allowances, Current IPA, and Original PCI

Sample 2

Retirement Allowance (RSA) PCI Calculation

| | | |
|---|---|---|
| Zip Code (First 3 digits) | 133 | |
| Family Size | 5 | |
| Number in College | 1 | |
| Total Income | $145338 | |
| Parent 1 Wages* | $95,973 | |
| Parent 2 Wages* | $6,234 | |
| Total Wages | | $132,207 |
| | | |
| Total Allowances | $74,302 | |
| Current IPA | $36,360 | |
| New IPA | | $36,270 |
| Retirement Allow. | | $7,932 |
| Adj Total Allowances | | $82,144 |
| Adj Available Income | | $63,194 |
| Adj Total PCI | | $19,843 |
| Number in College Adj. | | 100% |
| Adj Par Cont from Income | | $19,843 |
| | | |
| Original PCI | $23,571 | |
| New PCI | | $19,843 |
| RSA PCI Change | | ($3,728) |
| | | |
| Age | 59 | |
| Disc NW | $154,147 | |
| Ret Asset | $410,000 | |

New IPA Table (2020-21 adjusted to remove retirement savings)

Zip Code 133 (First three digits only, if COLA required)

Number in college

| Family Size | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 23543 | 22513 | | | | | | | | |
| 3 | 28452 | 27422 | 26391 | | | | | | | |
| 4 | 32704 | 31674 | 30643 | 29613 | | | | | | |
| 5 | 36633 | 35603 | 34572 | 33542 | 32512 | | | | | |
| 6 | 39895 | 38865 | 37835 | 36804 | 35774 | 34744 | | | | |
| 7 | 43167 | 42137 | 41107 | 40077 | 39047 | 38016 | 36986 | | | |
| 8 | 46440 | 45410 | 44379 | 43349 | 42319 | 41289 | 40259 | 39228 | | |
| 9 | 49712 | 48682 | 47652 | 46622 | 45591 | 44561 | 43531 | 42501 | 41471 | |
| 10 | 52985 | 51954 | 50924 | 49894 | 48864 | 47834 | 46803 | 45773 | 44743 | 43713 |

| | |
|---|---|
| Add on for family size greater than 6 | 3240 |
| Subtract for number in college greater than 6 | 1020 |

Available Income Table (from 2020-21)

| From | To | Add to | % | Over |
|---|---|---|---|---|
| 0 | 20340 | | 23.0% | |
| 20341 | 26590 | 4678 | 27.0% | 20340 |
| 26591 | 36780 | 6366 | 31.5% | 26590 |
| 36781 | 46970 | 9576 | 35.5% | 36780 |
| 46971 | 51760 | 13193 | 39.5% | 46970 |
| 51761 | 67350 | 17218 | 43.5% | 57160 |
| 67351 | or more | 21651 | 47.0% | 67350 |

*Wages for Parent 1 and Parent 2 should represent W2 earnings and self-employment income

Yellow boxes must be entered by the aid officer; Gray boxes are calculated (do not enter anything in a gray box)

Aid officer enters Zip Code (first three digits only), Family Size, Number in College, Total Income, Parent 1 Wages, Parent 2 Wages, Total Allowances, Current IPA, and Original PCI

# Sample 3

## Retirement Allowance (RSA) PCI Calculation

| | | |
|---|---|---|
| Zip Code (First 3 digits) | 275 | |
| Family Size | 6 | |
| Number in College | 2 | |
| Total Income | $231,595 | |
| Parent 1 Wages* | $80,207 | |
| Parent 2 Wages* | $83,112 | |
| Total Wages | | $163,319 |
| Total Allowances | $85,332 | |
| Current IPA | $38,620 | |
| New IPA | | $38,865 |
| Retirement Allow. | | $9,799 |
| Adj Total Allowances | | $95,376 |
| Adj Available Income | | $136,219 |
| Adj Total PCI | | $54,019 |
| Number in College Adj. | | 60% |
| Adj Par Cont from Income | | $32,412 |
| Original PCI | $35,356 | |
| New PCI | | $32,412 |
| RSA PCI Change | | ($2,944) |
| Age | 60 | |
| Disc NW | $330,184 | |
| Ret Asset | $165,010 | |

## New IPA Table (2020-21 adjusted to remove retirement savings)

Zip Code 275 (First three digits only, if COLA required)

Number in college

| Family Size | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 23543 | 22513 | | | | | | | | |
| 3 | 28452 | 27422 | 26391 | | | | | | | |
| 4 | 32704 | 31674 | 30643 | 29613 | | | | | | |
| 5 | 36633 | 35603 | 34572 | 33542 | 32512 | | | | | |
| 6 | 39895 | 38865 | 37835 | 36804 | 35774 | 34744 | | | | |
| 7 | 43167 | 42137 | 41107 | 40077 | 39047 | 38016 | 36986 | | | |
| 8 | 46440 | 45410 | 44379 | 43349 | 42319 | 41289 | 40259 | 39228 | | |
| 9 | 49712 | 48682 | 47652 | 46622 | 45591 | 44561 | 43531 | 42501 | 41471 | |
| 10 | 52985 | 51954 | 50924 | 49894 | 48864 | 47834 | 46803 | 45773 | 44743 | 43713 |

| | |
|---|---|
| Add on for family size greater than 6 | 3240 |
| Subtract for number in college greater than 6 | 1020 |

## Available Income Table (from 2020-21)

| From | To | Add to | % | Over |
|---|---|---|---|---|
| 0 | 20340 | | 23.0% | |
| 20341 | 26590 | 4678 | 27.0% | 20340 |
| 26591 | 36780 | 6366 | 31.5% | 26590 |
| 36781 | 46970 | 9576 | 35.5% | 36780 |
| 46971 | 51760 | 13193 | 39.5% | 46970 |
| 51761 | 67350 | 17218 | 43.5% | 57160 |
| 67351 | or more | 21651 | 47.0% | 67350 |

*Wages for Parent 1 and Parent 2 should represent W2 earnings and self-employment income

Yellow boxes must be entered by the aid officer; Gray boxes are calculated (do not enter anything in a gray box)

Aid officer enters Zip Code (first three digits only), Family Size, Number in College, Total Income, Parent 1 Wages, Parent 2 Wages, Total Allowances, Current IPA, and Original PCI

# Where To Go From Here?

## Questions:

- It appears most were not using the RRET.  If this is the case, should it be maintained/updated?
- If the RRET is continued, would it be useful to provide a minimum (floor) and a maximum (ceiling) for the calculation of retirement income?
- For those who used the RSA, is this the 'right' track for us?
- Concerns?
- Is the group interested in continuing with the RSA for the coming year?
- Recommendations for moving forward?

**Thank you!!**