# EXHIBIT 119

# FILED UNDER SEAL