IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2545<br>Master Docket No. 1:14-cv-1748<br>HONORABLE MATTHEW F. KENNELLY |
| **This Document Applies To:**<br>*Kelly Marshall v. AbbVie, Inc., et al.*<br>*Docket No. 1:14-cv-07767* | **MOTION TO WITHDRAW**<br>**DAVID ANDREW LIST AS COUNSEL** |

      COME NOW, Gregory S. Spizer of the law firm of Anapol Schwartz and David Andrew List, of the law firm of Clark, Perdue, and List for Plaintiff Kelly Marshall (hereto after referred to as "Plaintiff'), file this Motion seeking the Court's permission to withdraw David Andrew List as counsel for Plaintiff in *In Re: Testosterone Replacement Therapy Products Liability Litigation* and states as follows:

      1. David Andrew List of Clark, Perdue, and List and Gregory S. Spizer of Anapol Schwartz have represented Plaintiff as counsel in these MDL proceedings. Plaintiff's Case No. 2:14-cv-01695-GLF-EPD, was consolidated into these MDL proceedings by Transfer Order (CTO-27) dated November 4, 2014.

      2. David Andrew List is no longer involved in the representation of Plaintiff and Gregory S. Spizer of Anapol Schwartz will remain as sole acting counsel for Plaintiff.

      3. David Andrew List respectfully seeks this Court's permission to withdraw as counsel for Plaintiff and requests that his name be removed from all service lists including the CM/ECF filing system.

      4. Gregory S. Spizer of Anapol Schwartz will continue as attorney of record on behalf of Plaintiff in these MDL proceedings.

WHEREFORE, David Andrew List respectfully requests that this Court enter an order granting this Motion to Withdraw as Counsel for Plaintiff in these MDL proceedings.

Date: July 1, 2015

    Respectfully Submitted

*/s/ D. Andrew List*
D. Andrew List, Esquire
**CLARK, PERDUE, AND LIST**
471 East Broad Street
Suite 1550
Columbus, OH 43215
Telephone: 614-460-1604
alist@clarkperdue.com


*/s/ Gregory S. Spizer*
Gregory S. Spizer, Esquire
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-790-4578
Facsimile : 215-875-7722
gspizer@anapolschwartz.com


**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this action registered on the CM/ECF system.

                                                   */s/ Gregory S. Spizer*
                                                   Gregory S. Spizer, Esquire