**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>Defendants. | Case No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**NOTICE OF FILING PUBLIC VERSIONS OF DOCUMENTS**
**<u>PREVIOUSLY FILED UNDER SEAL</u>**

Pursuant to the Order Governing Disclosure in Merits-Related Motion Practice (ECF No. 736), Plaintiffs are re-filing public versions of the below documents originally filed "provisionally" under seal, either due to the timing of the notices or various meet and confers with the Designating Parties.

| Exhibit # | Original Filing Description | Filing Provisionally Under Seal |
|---|---|---|
| 1 | Sealed Memorandum of Law in Support of Motion for Class Certification | ECF 752 |
| 2 | Ex. 8 to Motion for Class Certification | ECF 757 |
| 3 | Ex. 9 to Motion for Class Certification | ECF 757 |
| 4 | Ex. 13 to Motion for Class Certification | ECF 757 |
| 5 | Ex. 64 to Motion for Class Certification | ECF 757 |
| 6 | Ex. 69 to Motion for Class Certification | ECF 757 |
| 7 | Ex. 67 to Motion for Class Certification | ECF 762 |
| 8 | Plaintiffs' Sealed Memorandum of Law in Opposition to Defendants' Daubert Motion | ECF 785 |
| 9 | Ex. 1 to Plaintiffs' Daubert Opposition | ECF 785 |
| 10 | Ex. 2 to Plaintiffs' Daubert Opposition | ECF 785 |
| 11 | Ex. 3 to Plaintiffs' Daubert Opposition | ECF 785 |
| 12 | Ex. 5 to Plaintiffs' Daubert Opposition | ECF 785 |
| 13 | Ex. 7 to Plaintiffs' Daubert Opposition | ECF 785 |
| 14 | Ex. 11 to Plaintiffs' Daubert Opposition | ECF 785 |
| 15 | Ex. 3 to Plaintiffs' Daubert Reply | ECF 798 |
| 16 | Plaintiffs' Sealed Memorandum of Law in support of Partial Summary Judgment | ECF 852 |
| 17 | Plaintiffs' Sealed 56.1 SOF in support of Partial Summary Judgment | ECF 853 |
| 18 | Ex. 1 to Plaintiffs' Partial SJ | ECF 852 |
| 19 | Ex. 4 to Plaintiffs' Partial SJ | ECF 852 |
| 20 | Ex. 5 to Plaintiffs' Partial SJ | ECF 852 |
| 21 | Ex. 6 to Plaintiffs' Partial SJ | ECF 852 |
| 22 | Ex. 7 to Plaintiffs' Partial SJ | ECF 852 |
| 23 | Ex. 8 to Plaintiffs' Partial SJ | ECF 852 |
| 24 | Ex. 9 to Plaintiffs' Partial SJ | ECF 852 |
| 25 | Ex. 10 to Plaintiffs' Partial SJ | ECF 852 |
| 26 | Ex. 12 to Plaintiffs' Partial SJ | ECF 852 |

Dated: May 29, 2025

Respectfully Submitted,

*/s/ Robert D. Gilbert*
Robert D. Gilbert
Elpidio Villarreal
Robert S. Raymar
David S. Copeland
Natasha Zaslove
**GILBERT LITIGATORS & COUNSELORS, P.C.**
11 Broadway, Suite 615
New York, NY 10004
Tel: (646) 448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
rraymar@gilbertlitigators.com
dcopeland@gilbertlitigators.com
nzaslove@gilberlitigators.com

/s/ Eric L. Cramer
Eric L. Cramer
Ellen T. Noteware
David Langer
Jeremy Gradwohl
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bm.net
enoteware@bm.net
dlanger@bm.net
jgradwohl@bm.net

Richard Schwartz
**BERGER MONTAGUE PC**
1720 W Division
Chicago, IL 60622
Tel: (773) 257-0255
rschwartz@bm.net

*/s/ Edward J. Normand*
Devin "Vel" Freedman
Edward J. Normand
Richard Cipolla
Joseph Delich
Peter Bach-y-Rita
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Suite 915
New York, NY 10017
Tel: (646) 494-2900
vel@fnf.law
tnormand@fnf.law
rcipolla@fnf.law
jdelich@fnf.law
pbachyrita@fnf.law

Ivy Ngo
**FREEDMAN NORMAND FRIEDLAND LLP**
1 SE 3d Avenue, Suite 1240
Miami, FL 33131
Tel: (786) 924-2900
ingo@fnf.law

Daniel J. Walker
Robert E. Litan
Hope Brinn
**BERGER MONTAGUE PC**
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Tel: (202) 559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

*Counsel for Plaintiffs*