UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

In Re: Testosterone Replacement Therapy Products
Liability Litigation, et al.

Plaintiff,

v.  Case No.: 1:14–cv–01748
Honorable Matthew F. Kennelly

Eli Lilly and Company, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 10, 2015:

MINUTE entry before the Honorable Matthew F. Kennelly: Case management conference held on 7/9/2015. All items on the agenda addressed. Response to plaintiff's motion to compel production of documents pertaining to the safety of exogenous testosterone is to be filed by 7/17/2015; reply is to be filed by 7/24/2015. Response to AbbVie's motion relating to bellwether selection process is to be filed by 7/23/2015; reply is to be filed by 7/30/2015. Regarding the matters listed under the heading "Report on other AbbVie discovery responses," AbbVie is to provide firm deadlines for its responses as discussed in open court, and any issues or disputes are to be addressed in the status report filed in advance of the next case management conference. PSC's motion challenging certain defense privilege claims, if any, is to be filed by 7/17/2015; response is due by 8/23/2015; reply is due by 9/6/2015. At the Court's instance, attorney Peter Flowers is appointed to the plaintiff's steering committee and is to serve as chief liaison counsel relating to Illinois state court matters; Mr. Flowers is requested and directed to be present at each future case management conference unless excused by the Court. Ruling on ANDA motions to dismiss is set for 7/20/2015 at 12:00 p.m. A joint status report is due by 7/17/2015. Motion to vacate dismissal order [12] in *Witter v. AbbVie* (14 C 3623) is granted. That case is to be reinstated. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.