# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

In Re: Testosterone Replacement Therapy Products Liability Litigation, et al.

                                              Plaintiff,

v.
                                                     Case No.: 1:14–cv–01748

                                                     Honorable Matthew F. Kennelly

Eli Lilly and Company, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 14, 2015:

      MINUTE entry [877] is corrected to reflect that ruling on AbbVie discovery disputes is set for 7/20/2015 at 12:00 p.m. (Prior minute entry incorrectly stated the 7/20/2015 ruling was set regarding ANDA motions to dismiss.)(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.