UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br><br>This document relates: **All ACTIONS** | Case No. 1:14-CV-01748<br>MDL 2545<br><br>JUDGE MATTHEW F. KENNELLY |

**(Corrected)**
CASE MANAGEMENT ORDER NO. 23
(Discovery for Acrux Defendants)

The Court finds that the Parties have met and conferred and, after negotiation and the agreement of counsel, have agreed to the following plan to address various discovery related matters involving Acrux DDS Pty Ltd. and Acrux Commercial Pty Ltd. (collectively "Acrux").

The Court hereby **ORDERS AS FOLLOWS:**

A.  DISCOVERY ON ACRUX ENTITIES

1.  Discovery may be propounded upon Acrux Commercial Pty Ltd. and Acrux DDS Pty Ltd. upon the signing of this Order.

2.  The parties agree that the requirements of Fed.R.Civ.P. 26(a)(1)(A) shall hereby be waived. However, in an effort to advance the litigation, Acrux agrees to provide the following information on or before August 10, 2015:

    a.  An initial list of persons most knowledgeable (including the general subject matter of that knowledge) and potential document custodians;

1

    b.  An initial general description of the location of documents, including but not limited to specific databases and other document sources, containing potentially relevant and/or discoverable information.

    c.  The insurance information required pursuant to Fed.R.Civ.P.26(a)(1)(iv).

  4. The parties are further ordered to meet and confer and make good faith efforts to reach an agreement within 45 days of this Order on the following discovery-related matters: a) the anticipated number of depositions of Acrux employees; b) the custodial files of employees of Acrux to be reviewed and produced; c) the proposed search terms to be used in connection with production of responsive custodial files of Acrux employees and (d) the production of the NDA and INDA files for Axiron in the manner they are kept and maintained by Acrux in the usual course of business,.

**IT IS SO ORDERED**.

                _____
                **MATTHEW F. KENNELLY**
                **UNITED STATES DISTRICT JUDGE**
                **Date: July 14, 2015**