**UNITED SATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case Number 14 C 1748<br>MDL No. 2545<br>Honorable Matthew F. Kennelly |

**JOINT STIPULATION TO AMEND BRIEFING SCHEDULE**
**RELATED TO PRIVILEGE CLAIMS.**

During the July 9, 2015 meet and confer the Parties proposed a briefing schedule related to the *PSC's Motion Challenging Certain Defense Privilege Claims.* On July 10, 2015 this Court entered Minute Order Dkt. No. 877 adopting the proposed briefing schedule. Specifically, the Court's Minute Order imposed the following deadlines: July 17, 2015 (opening brief); August 23, 2015 (responsive brief); and September 6, 2015 (reply brief).

Following entry of the Minute Order, the Parties met and conferred regarding the briefing schedule and additional time to complete the opening brief. Based on that meet and confer, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the deadline to submit memorandum regarding *PSC's Motion Challenging Certain Defense Privilege Claims* is amended as follows: (i) Plaintiff's brief due 7/21/2015; (ii) Response due 8/28/2015; and (iii) Reply due 9/10/2015. The Parties further agreed the page limitations shall be twenty-five (25) pages for each side in total briefing. This extension will have no impact on the September case management conference.

Respectfully submitted this 16th day of July, 2015.

1

| | |
|---|---|
| */s/ Timothy J. Becker* | */s/ Andrew Solow* |
| Timothy Becker | Andrew Solow |
| JOHNSON BECKER PLLC | Kaye Scholer LLP |
| 33 S. 6th Street, Suite 4530 | 250 West 55th Street |
| Minneapolis, MN 55402 | New York, New York 10019-9710 |
| Phone: (612) 436-1804 | T: (212) 836-7740 |
| Fax: (612) 436-1801 | F: (212) 836-6776 |
| Email: tbecker@johnsonbecker.com | Andrew.Solow@kayescholer.com |

*Counsel for Defendant.*

Ronald Johnson, Jr.
SCHACHTER, HENDY & JOHNSON PSC
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
Email: rjohnson@pschacter.com

Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com

*Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that on July 16, 2015, a copy of the foregoing STIPULTATION was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Trent B. Miracle*
Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com