IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-1748 <br><br> Honorable Matthew F. Kennelly |
| **THIS DOCUMENT APPLIES TO ALL CASES IN WHICH AUXILIUM IS THE DEFENDANT** | Judge: Hon. Matthew F. Kennelly |

**PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL AUXILIUM'S PRIVILEGE LOG INFORMATION**

The Plaintiffs' Steering Committee hereby moves, pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure for an order compelling Defendant Auxilium to produce the documents contained in the Heartbeat Ideas Privilege Log. The asserted documents are not protected as privileged under Pennsylvania State Law and Auxilium waived any contention as to privilege by disclosing communications to third parties. At minimum, the PSC asks this Court conduct an in-camera review of the alleged privileged documents to ascertain whether or not they rise to the level of attorney-client privilege.

The grounds for this Motion are set forth in the Plaintiffs' Steering Committee Memorandum in Support of the Motion to Compel Auxilium's Privilege Log Information, filed contemporaneously herewith.

Dated: July 21, 2015

Respectfully submitted,

/s/ Timothy J. Becker
Timothy Becker
JOHNSON BECKER PLLC

33 S. 6th Street, Suite 4530
Minneapolis, MN 55402
Phone: (612) 436-1804
Fax: (612) 436-1801
Email: tbecker@johnsonbecker.com

Ronald Johnson, Jr.
SCHACHTER, HENDY & JOHNSON PSC
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
Email: rjohnson@pschacter.com

Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Counsel*

**Certificate of Service**

I hereby certify that on **July 21, 2015**, a copy of the foregoing MOTION was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Timothy J. Becker
Timothy J. Becker, Esq.
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Phone: (612) 436-1800
Fax: (612) 436-1801
Email: tbecker@johnsonbecker.com