# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document Relates to All Cases | Master Docket Case No. 1:14-cv-01748<br><br>Hon. Judge Matthew F. Kennelly |

## JOINT STATUS REPORT

In accordance with the Court's instructions at the July 20, 2015 case management conference ("CMC"), the Plaintiffs' Steering Committee (the "PSC") and Defendants AbbVie Inc. and Abbott Laboratories (collectively, "AbbVie") jointly submit this report on the status of the parties' discussions regarding the schedule of AbbVie depositions commencing in October 2015 which addressed the following:

1. The PSC will provide AbbVie with an initial list of deposition witnesses next week. The list will not exceed 10 witnesses and will indicate which witnesses plaintiffs seek to depose in October.

2. Depositions will be scheduled so as to assure that the custodial files for the deponent can be produced and reviewed before the deposition and to help facilitate state-federal coordination. The parties will work with plaintiffs' counsel in the state cases to resolve any issues regarding the order and durations of examination.

3. The issue of how depositions count toward the limit and/or how to mitigate against witnesses being deposed more than once has not been resolved. Both sides, however, are committed to reasonably coordinate with other state litigations to adequately address these issues.

4.	The parties will continue to meet and confer regarding the production of custodial files. AbbVie re-raised its desire for a cap on custodial file productions, and made a further proposal in that regard. The parties will continue to meet and confer and, if agreement cannot be reached, AbbVie and the PSC will present any unresolved issues regarding custodial productions in advance of the next CMC.

Dated: July 23, 2015                           Respectfully submitted,


*/s/ Trent B. Miracle*
Trent B. Miracle
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
tmiracle@simmonsfirm.com

*Plaintiffs' Co-Lead Counsel*

Ronald Johnson, Jr.
**SCHACHTER, HENDY & JOHNSON PSC**
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
rjohnson@pschachter.com

*Plaintiffs' Co-Lead Counsel*

Christopher A. Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Counsel*

David M. Bernick

**DECHERT LLP**
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
david.bernick@dechert.com

Hope S. Freiwald
**DECHERT LLP**
Cira Center
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2514
Fax: (215) 994-2222
hope.freiwald@dechert.com

*Attorney for AbbVie Inc. and Abbott Laboratories*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2015, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Trent B. Miracle*