**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document Relates to All Cases | Master Docket Case No. 1:14-cv-01748<br><br>Hon. Judge Matthew F. Kennelly |

**JOINT STATUS REPORT REGARDING**
**ABBVIE ONLY BELLWETHER ELIGIBLE DEFENSE FACT SHEET**

In accordance with the Court's instructions at the July 20, 2015 case management conference ("CMC"), the Plaintiffs' Steering Committee (the "PSC") and Defendants AbbVie Inc. and Abbott Laboratories (collectively, "AbbVie") jointly submit this report on the status of the parties' discussions regarding the AbbVie Only Bellwether Eligible Defense Fact Sheet ("DFS"). The parties have met and conferred and believe they have reached agreement on a form of DFS. With regard to the Court's direction regarding a process for selecting a sub-set of cases in the pool for production of call notes, however, the parties have a difference of opinion regarding the directive given. In order to promptly finalize the DFS proposal, the parties are seeking a brief telephonic conference at the Court's convenience. The parties do not expect this matter to require more than a few minutes of the Court's time.

Dated: July 24, 2015                              Respectfully submitted,


                                                 */s/ Trent B. Miracle*
Trent B. Miracle
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
tmiracle@simmonsfirm.com

*Plaintiffs' Co-Lead Counsel*

Ronald Johnson, Jr.
**SCHACHTER, HENDY & JOHNSON PSC**
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
rjohnson@pschachter.com

*Plaintiffs' Co-Lead Counsel*

Christopher A. Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Counsel*

David M. Bernick
**DECHERT LLP**
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
david.bernick@dechert.com

Hope S. Freiwald
**DECHERT LLP**
Cira Center
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2514
Fax: (215) 994-2222
hope.freiwald@dechert.com

*Attorney for AbbVie Inc. and Abbott Laboratories*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2015, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Trent B. Miracle*