IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No: 1:14-CV-01748<br>MDL No. 2545<br><br>Hon. Judge Matthew F. Kennelly<br><br>THIS DOCUMENT RELATES TO ALL CASES |

## **CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2**

Pursuant to Rule 7.1(a) and (b)(1) of the Federal Rules of Civil Procedure, and Local Rule 3.2, Defendant AbbVie Products LLC, improperly named both as Solvay Pharmaceuticals, Inc. and as Abbott Products, Inc., is a non-governmental corporate party and certifies that it is a wholly-owned subsidiary of AbbVie Inc., a publicly-held corporation.

Abbott Products, Inc. was renamed AbbVie Products LLC as part of Abbott Laboratories' 2012 spin-off of its branded pharmaceutical business to AbbVie Inc. Before the spin-off, Abbott Products, Inc. was an indirect wholly-owned subsidiary of Abbott Laboratories. *See* Dkt. 712.

Previously, Solvay Pharmaceuticals, Inc. was renamed Abbott Products, Inc. as part of Abbott Laboratories' 2010 acquisition of the pharmaceutical and diagnostics businesses of the Solvay Group.

8125052v.1

| | |
|---|---|
| Dated: August 5, 2015 | Respectfully submitted, |
| | |
| | <u>*/s/ William F. Cavanaugh, Jr.*</u> |
| | William F. Cavanaugh, Jr. |
| | Jonah M. Knobler (*pro hac vice*) |
| | Scott C. Caplan (*pro hac vice*) |
| | **PATTERSON BELKNAP WEBB & TYLER LLP** |
| | 1133 Avenue of the Americas |
| | New York, NY 10036 |
| | Tel: (212) 336-2000 |
| | Fax: (212) 336-2222 |
| | wfcavanaugh@pbwt.com |
| | jknobler@pbwt.com |
| | scaplan@pbwt.com |
| | |
| | *Attorneys for Defendant AbbVie Products LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2015, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered attorneys of record.

   /s/ William F. Cavanaugh, Jr.
William F. Cavanaugh, Jr.

*Attorney for AbbVie Products LLC*

8125052v.1