**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,

Defendants.

**Case No. 1:22-cv-00125**

**Hon. Matthew F. Kennelly**

# DECLARATION OF EDWARD J. NORMAND

I, Edward J. Normand, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a Partner at the law firm Freedman Normand Friedland LLP, counsel for Plaintiffs.

2. I am fully familiar with the facts and circumstances set forth herein, and I make this declaration in connection with Plaintiffs' Reply Brief in Further Support of Their Partial Motion

for Summary Judgment Against the University of Pennsylvania; and Plaintiffs' Responses and Objections to the University of Pennsylvania's Statement of Additional Undisputed Material Facts.

3. Attached as Exhibits 1-14 are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 1 | PENN568-LIT-00135699 |
| 2 | GTWNU_0000016299 |
| 3 | Excerpts of Elaine Varas Deposition Transcript, dated August 2, 2023 |
| 4 | PENN568-LIT-00121465 |
| 5 | PENN568-LIT-00035248 |
| 6 | PENN568-LIT-00049418 |
| 7 | Excerpts of PENN568-LIT-00010949 |
| 8 | PENN568-LIT-00163278 |
| 9 | PENN568-LIT-00070661 |
| 10 | PENN568-LIT-00009679 |
| 11 | PENN568-LIT-00135703 |
| 12 | PENN568-LIT-00134107 |
| 13 | PENN568-LIT-00014435 |
| 14 | PENN568-LIT-00072497 |

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of August 2025.

*/s/ Edward J. Normand*
Edward J. Normand