# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document Relates to All Cases | Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |

## JOINT AGENDA
## FOR AUGUST 14, 2015 CASE MANAGEMENT CONFERENCE

The Court directed counsel to file a proposed joint agenda for the August 14, 2015 case management conference and provided the following conference call number. Anyone may listen to the conference by calling (888) 684-8852, passcode 7461053. Callers will not be able to speak at the conference. The parties submit the following agenda:

I. Product Liability Cases

    a. Status of Production of AbbVie Custodial Files and Deposition Coordination

    b. Report on Other AbbVie Discovery Responses

    c. Report on Discovery Status Regarding the Other Defendants (the Non-AbbVie Defendants)

    d. Voluntary Dismissals

    e. Plaintiffs' Motion to Compel Production of Documents Pertaining to the Safety of Exogenous Testosterone

    f. Motion of Defendant AbbVie/Abbott Pursuant to the Court's June 15, 2015 Amended CMO to Ensure the Finality and Integrity of the Bellwether Pool

   g. Parties' August 10, 2015 Submissions Regarding Bellwether Selection Process

 II. Update on Medical Mutual of Ohio

   a. Filing of Redacted Complaint

   b. Defendants' Filing of Extraneous Documents with their Motions to Dismiss

Dated: August 11, 2015      Respectfully submitted,

           */s/ Trent B. Miracle*
           Trent B. Miracle
           SIMMONS HANLY CONROY
           One Court Street
           Alton, IL 62002
           Telephone: (618) 259-2222
           Facsimile: (618) 259-2251
           tmiracle@simmonsfirm.com

           Ronald Johnson, Jr.
           SCHACHTER, HENDY & JOHNSON PSC
           909 Wrights Summit Parkway, Suite 210
           Ft. Wright, KY 41011
           Phone: (859) 578-4444
           Fax: (859) 578-4440
           rjohnson@pschachter.com

           Christopher A. Seeger
           SEEGER WEISS LLP
           77 Water Street
           New York, NY 10005
           Phone: (212) 584-0700
           Fax: (212) 584-0799
           cseeger@seegerweiss.com

           *Plaintiffs' Co-Lead Counsel*

David M. Bernick
**DECHERT LLP**
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
david.bernick@dechert.com

Hope S. Freiwald
**DECHERT LLP**
Cira Center
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2514
Fax: (215) 994-2222
hope.freiwald@dechert.com

*Attorney for AbbVie Inc. and Abbott Laboratories*

David E. Stanley
Janet H. Kwuon
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000
dstanley@reedsmith.com
jkwuon@reedsmith.com

*Attorneys for Eli Lilly and Company and Lilly USA LLC*

Andrew K. Solow
**KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 836-7740
Fax: (212) 836-6776
andrew.solow@kayescholer.com

Pamela J. Yates
**KAYE SCHOLER LLP**
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Tel: (310) 788-1278
Fax: (310) 788-1200
pamela.yates@kayescholer.com

*Attorneys for Endo Pharmaceuticals Inc. and Auxilium Pharmaceuticals, Inc.*

Loren H. Brown
Cara D. Edwards
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 335-4500
Fax: (212) 335-4501
loren.brown@dlapiper.com
cara.edwards@dlapiper.com

Matthew A. Holian
Jessica C. Wilson
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Phone: (617) 406-6000
Fax: (617) 406-6001
Email: matt.holian@dlapiper.com
Email: jessica.wilson@dlapiper.com

*Attorneys for Pfizer Inc. and Pharmacia & Upjohn Company LLC*

Joseph P. Thomas
Jeffrey F. Peck
K.C. Green
Jeffrey D. Geoppinger
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Fax: (513) 698-5001
E-mail: jthomas@ulmer.com

*Attorneys for Actavis, Inc., ActavisPharma, Inc., Anda, Inc., Watson Laboratories, Inc., a Nevada corporation, and Watson Laboratories, Inc., a Delaware corporation*

James W. Matthews (*pro hac vice*)
Robert W. Sparkes, III (*pro hac vice*)
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel:  (617) 261-3100
Fax:  (617) 261-3175
E-mail: james.matthews@klgates.com
E-mail: robert.sparkes@klgates.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 11, 2015, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                                   */s/ Trent B. Miracle*