**PUBLIC VERSION**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY,<br><br>*Defendants*. | Case No. 1:22-cv-00125<br><br>Hon. Matthew F. Kennelly |

**DECLARATION OF EMILY T. CHEN**

I, Emily T. Chen, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a partner at the law firm of Kirkland & Ellis LLP and represent Cornell University ("Cornell") in the above-captioned matter.

2. I submit this Declaration in support of the following motion and filings, which are being filed concurrently with this Declaration:

a. Defendants' Reply Memorandum in Support of Their Motion for Summary Judgment;

b. Defendants' Reply Memorandum in Support of Their Motion for Summary Judgment on the Statute of Limitations; and

c. Defendants' Response to Plaintiffs' Counterstatement of Undisputed Material Facts in Opposition to Defendants' Motion for Summary Judgment.

3. Attached as Exhibits 430-473 are true and correct copies of the following documents:

| Exhibit Number | Description |
|---|---|
| 430 | Declaration of Nicholas Hill, Ph.D. |
| 430.1 | Rebuttal Expert Report of Nicholas Hill, Ph.D., dated August 7, 2024 (Excerpted) |
| 430.2 | Sur-Rebuttal Expert Report of Nicholas Hill, Ph.D., dated November 1, 2024 (Excerpted) |
| 431 | Declaration of Bridget Terry Long, Ph.D. |
| 431.1 | Rebuttal Expert Report of Bridget Terry Long, Ph.D., dated August 7, 2024 (Excerpted) |
| 432 | Declaration of Lauren J. Stiroh, Ph.D. |
| 432.1 | Rebuttal Expert Report of Lauren J. Stiroh, Ph.D., dated August 7, 2024 (Excerpted) |
| 432.2 | Sur-Rebuttal Expert Report of Lauren J. Stiroh, Ph.D., dated November 1, 2024 (Excerpted) |
| 433 | Declaration of David L. Yermack, Ph.D. |
| 433.1 | Rebuttal Expert Report of David L. Yermack, dated August 7, 2024 (Excerpted) |
| 434 | BROWN_0000017724 |
| 435 | BROWN_0000017730 |
| 436 | Emory_568Lit_0006212 |
| 437 | Transcript of the Deposition of John Affleck-Graves (Notre Dame), dated January 24, 2024 (Excerpted) |
| 438 | Transcript of the Deposition of Peter Ammon (Penn), dated October 25, 2024 (Excerpted) |
| 439 | Transcript of the Deposition of George Bulman, dated November 4, 2024 (Excerpted) |
| 440 | Transcript of the Deposition of Paul McGreggor Crowley (MIT), dated October 11, 2023 (Excerpted) |
| 441 | Transcript of the Deposition of Doris Davis (Cornell), dated December 15, 2023 (Excerpted) |

| Exhibit Number | Description |
|---|---|
| 442 | Transcript of the Deposition of John DeGioia, Ph.D. (Georgetown), dated February 16, 2024 (Excerpted) |
| 443 | Transcript of the Deposition of Shawn Felton (Cornell), dated November 30, 2023 (Excerpted) |
| 444 | Transcript of the Deposition of Eric Furda (Penn), dated November 16, 2023 (Excerpted) |
| 445 | Transcript of the Deposition of Eric Furda (Penn 30(b)(6)), dated March 26, 2024 (Excerpted) |
| 446 | Transcript of the Deposition of Sara Harberson (Penn), dated October 25, 2023 (Excerpted) |
| 447 | [redacted] |
| 447.1 | [redacted] |
| 447.2 | [redacted] |
| 447.3 | [redacted] |
| 448 | Transcript of the Deposition of Michael Kotlikoff (Cornell 30(b)(6)), dated April 25, 2024 (Excerpted) |
| 449 | Transcript of the Deposition of Jason Locke (Cornell), dated December 11, 2023 (Excerpted) |
| 450 | Transcript of the Deposition of Bridget Terry Long, Ph.D., dated October 23, 2024 (Excerpted) |
| 451 | Transcript of the Deposition of Miranda McCall (Duke), dated August 29, 2023 (Excerpted) |
| 452 | Transcript of the Deposition of Thomas McDermott (Johns Hopkins), dated August 18, 2023 (Excerpted) |
| 453 | Transcript of the Deposition of John McLaughlin (Penn), dated July 12, 2023 (Excerpted) |
| 454 | Transcript of the Deposition of Elizabeth Mora, dated October 29, 2024 (Excerpted) |
| 455 | Transcript of the Deposition of Mary Nucciarone (Notre Dame 30(b)(6)), dated April 3, 2024 (Excerpted) |
| 456 | Transcript of the Deposition of Stuart Schmill (MIT), dated June 5, 2024 (Excerpted) |
| 457 | Transcript of the Deposition of Elaine Varas (Penn), dated August 2, 2023 (Excerpted) |
| 458 | Transcript of the Deposition of Elaine Varas (Penn), dated March 18, 2024 (Excerpted) |
| 459 | Transcript of the Deposition of Elaine Varas (Penn 30(b)(6)), dated March 18, 2024 (Excerpted) |
| 460 | Transcript of the Deposition of [redacted], dated November 14, 2023 (Excerpted) |
| 461 | Transcript of the Deposition of Peter Wyatt (Johns Hopkins), dated February 16, 2024 (Excerpted) |

**PUBLIC VERSION**

| Exhibit Number | Description |
|---|---|
| 462 | Transcript of the Deposition of David L. Yermack, dated November 8, 2024 (Excerpted) |
| 463 | Transcript of February 22, 2024 Hearing (Excerpted) |
| 464 | Defendants' Second Set of Interrogatories to Plaintiffs, dated September 30, 2023 |
| 465 | [redacted], dated October 30, 2023 |
| 466 | [redacted] dated February 7, 2024 |
| 467 | H.R. Rep. No. 114-224 |
| 468 | H.R. Rep. No. 103-761 |
| 469 | PENN 2013-2014 ANNUAL REPORT at 23, *available at* https://www.finance.upenn.edu/wp-content/uploads/Annual-Financial-Report-14.pdf |
| 470 | What Is The Consensus Approach Methodology? (archived Feb. 5, 2005), https://web.archive.org/web/20050205200002/http://www.568group.org/methodology (last visited Aug. 10, 2025) |
| 471 | What Is The Consensus Approach Methodology? (archived June 27, 2008), https://web.archive.org/web/20080627213036/http://568group.org/methodology (last visited Aug. 10, 2025) |
| 472 | What Is The Consensus Approach Methodology? (archived July 24, 2011), https://web.archive.org/web/20110724211715/http://568group.org/methodology (last visited Aug. 10, 2025) |
| 473 | What Is The Consensus Approach Methodology? (archived Apr. 16, 2014), https://web.archive.org/web/20140416080050/http://568group.org/methodology (last visited Aug. 10, 2025) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 11, 2025

Respectfully Submitted,

*/s/ Emily T. Chen*
Emily T. Chen

**PUBLIC VERSION**

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, I caused a true and correct copy of the foregoing document to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Emily T. Chen*
Emily T. Chen

*Counsel for Cornell University*