IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Hon. Judge Matthew F. Kennelly |
| This document relates to:<br><br>MEDICAL MUTUAL OF OHIO,<br><br>        Plaintiff,<br><br>v.<br><br>ABBVIE INC., ABBOTT LABORATORIES, ABBOTT PRODUCTS, INC., SOLVAY AMERICA, INC., SOLVAY NORTH AMERICA, LLC, SOLVAY PHARMACEUTICALS SARL, SOLVAY, S.A., AUXILIUM, INC., ELI LILLY AND COMPANY, LILLY USA, INC., ACRUX LIMITED, ACTAVIS PLC, ACTAVIS, INC., ACTAVIS PHARMA, INC. WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., ANDA, INC., and ENDO PHARMACEUTICALS, INC.,<br><br>        Defendants. | No. 1:14-cv-08857 |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Defendants Actavis plc, Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc., Actavis Pharma, Inc., Watson Laboratories, Inc., n/k/a Actavis Laboratories UT, Inc., and Anda, Inc. (the "Actavis Defendants") hereby move the Court, pursuant to Local Rule 83.17, for leave for Robert W. Sparkes, III of the law firm K&L Gates LLP to withdraw as counsel for the Actavis Defendants in above-referenced matter styled Medical Mutual of Ohio v. AbbVie, Inc., et al.,

- 1 -

Civil Action No. 1:14-cv-08857 (the Medical Mutual Action). In support of this Motion, the Actavis Defendants state as follows:

1. On January 20, 2015, Mr. Sparkes filed a Notice of Appearance on behalf of Defendants Actavis Inc., Actavis Pharma, Inc., Watson Laboratories, Inc., and Watson Pharmaceuticals, Inc. in the Master Docket for the matter styled In re: Testosterone Replacement Therapy Products Liability Litigation, Master Docket Case No. 1:14-cv-0174 (MDL 2545) (the "TRT MDL"). See Dkt. No. 581.

2. On January 21, 2015, Mr. Sparkes filed a Notice of Appearance on behalf of Defendants Actavis Inc., Actavis Pharma, Inc., Watson Laboratories, Inc., and Watson Pharmaceuticals, Inc. in the Medical Mutual Action. See Dkt. No. 31.

3. On March 12, 2015, Mr. Sparkes filed Notices of Appearance on behalf of Defendant Actavis plc. in the Medical Mutual Action (Dkt. No. 49) and the TRT MDL (Dkt. No. 682).

4. The law firm of K&L Gates LLP and Mr. Sparkes will not longer be representing the Actavis Defendants in the Medical Mutual Action. For that reason, Mr. Sparkes no longer needs to receive notices of filings in these matters and should be removed from all service lists related to the Medical Mutual Action and the TRT MDL.

5. James W. Matthews and Jonathan W. Garlough of Foley & Lardner LLP have filed appearances on behalf of and will continue to represent the Actavis Defendants in the above-referenced matters. Additionally, on August 28, 2015, Katy E. Koski and Jason L. Drori of Foley & Lardner LLP filed Motions for Leave to Appear *Pro Hac Vice* to represent the Actavis Defendants in the above-referenced matters.

**WHEREFORE**, the Actavis Defendants respectfully request that the Court grant leave for Mr. Sparkes to withdraw as counsel in the above-referenced matters and remove him from all service lists as counsel for the Actavis Defendants.

Dated: August 29, 2015

Respectfully submitted,

By: /s/ Robert W. Sparkes, III
Robert W. Sparkes, III (*pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3100
Fax: (617) 261-3175
E-mail: robert.sparkes@klgates.com

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing document was filed through the Electronic Court Filing system on August 29, 2015, and a copy thereof will be sent electronically to the registered recipients and counsel of record as identified on the Notice of Electronic Filing.

                                           /s/ Robert W. Sparkes, III
                                           Robert W. Sparkes, III