# CT

August 18, 2015

**FILED**

**SEP 0 1 2015**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Timothy J. Becker
Johnson Becker, PLLC
33 South Sixth Street,
Suite 4530,
Minneapolis, MN 55402

Re: Arik E. Levithan, Pltf. vs. AbbVie Inc., et al. including Besins Healthcare SA, Dfts.

Case No. 114CV01748

Dear Sir/Madam:

Besins Healthcare SA is not listed on our records or on the records of the State of DE.

CT was unable to forward.

Very truly yours,


The Corporation Trust Company

Log# 527660809

Sent By Regular Mail

cc: Northern District of Illinois
    Everett McKinley Dirksen U.S. Courthouse,
    219 South Dearborn Street,
    Chicago, IL 60604


**(Returned To)**

Timothy J. Becker
Johnson Becker, PLLC
33 South Sixth Street,
Suite 4530,
Minneapolis, MN 55402