# CT

September 01, 2015

Northern District of Illinois - U.S. District Court
327 S Church St,
Rockford, IL  61101

Re:  Testosterone Replacement Therapy Products Liability Litigation // To: Besins Healthcare Inc.

Case No.   114CV01748

Dear Sir/Madam:

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

CT was unable to forward.

Very truly yours,

The Corporation Trust Company

Log# 527740832

Sent By Regular Mail

cc:  Stephen J. Randall
     Pearson, Randall, & Schumacher, P.A.
     314 4th Avenue South,
     Suite 5010,
     Minneapolis, MN  55415

**FILED**

SEP 4  2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT