**CT**

August 28, 2015

Christopher A. Seeger
SEEGER WEISS LLP
550 Broad Street, Suite 920,
Newark, NJ 07102

Re: Philip Sutton and Alicia Sutton, // To: Actavis PLC

Case No. 114CV01748

Dear Sir/Madam:

Actavis PLC is not listed on our records or on the records of the State of NV.

CT was unable to forward.

Very truly yours,

The Corporation Trust Company of Nevada

Log# 527727197

Sent By Regular Mail

cc: Northern District of Illinois - U.S. District Court
    219 S. Dearborn St,
    Chicago, IL 60604
**(Returned To)**

Christopher A. Seeger
SEEGER WEISS LLP
550 Broad Street, Suite 920,
Newark, NJ 07102

**FILED**

SEP 0 4 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT