**CT**

August 28, 2015


Timothy J. Becker
Johnson Becker, PLLC
33 South Sixth Street,
Suite 4530,
Minneapolis, MN 55402

Re: Rene M. Parra // To: Besins Healthcare SA

Case No. 114CV01748

Dear Sir/Madam:

Besins Healthcare SA is not listed on our records or on the records of the State of DE.

CT was unable to forward.

Very truly yours,


The Corporation Trust Company

Log# 527721852

Sent By Regular Mail

cc: Northern District of Illinois - U.S. District Court - Chicago Division
    219 South Dearborn Street,
    Chicago, IL 60604

FILED

SEP 0 8 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**(Returned To)**

Timothy J. Becker
Johnson Becker, PLLC
33 South Sixth Street,
Suite 4530,
Minneapolis, MN 55402