IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO ALL CASES | |

**PLAINTIFFS' MOTION FOR SUPPLEMENTAL REQUEST FOR
INFORMATION ON CASE POOL**

The Plaintiffs' Steering Committee ("PSC") hereby moves, pursuant to Rules 26 and 37 of Federal Rules of Civil Procedure for an order compelling Defendants AbbVie Inc. and Abbott Laboratories (collectively, "AbbVie") to produce Field Contact Reports for the sales representatives calling on the prescribing doctors and to inform the PSC whether custodial files are available for the sales representatives and district managers in the pool of bellwether candidate cases. The grounds for this Motion are set forth in the Plaintiffs' Memorandum in Support of Supplemental Request for Information on Case Pool, filed contemporaneously herewith. Plaintiffs have made several unsuccessful attempts to obtain the documents requested herein. These documents are highly relevant to Plaintiffs' review of the bellwether pool, which is currently ongoing. Therefore, Plaintiffs respectfully request an expedited briefing and hearing schedule. Plaintiffs are available to argue the motion, by telephone or in person, at the Court's earliest convenience.

Dated: September 23, 2015  Respectfully submitted,

    */s/ Trent B. Miracle*
Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

Ronald Johnson, Jr.
SCHACHTER, HENDY & JOHNSON PSC
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
Email: rjohnson@pschacter.com

Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com

Plaintiffs' Co-Lead Counsel

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 23, 2015, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of this Court's electronic filing system. Parties may access this filing through the Court's system.

                */s/ Trent B. Miracle*
                Trent B. Miracle
                SIMMONS HANLY CONROY
                One Court Street
                Alton, IL 62002
                (618) 259-2222
                tmiracle@simmonsfirm.com