IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Hon. Judge Matthew F. Kennelly |
| This document relates to:<br><br>MEDICAL MUTUAL OF OHIO,<br><br>        Plaintiff,<br><br>v.<br><br>ABBVIE INC., ABBOTT LABORATORIES, ABBOTT PRODUCTS, INC., SOLVAY AMERICA, INC., SOLVAY NORTH AMERICA, LLC, SOLVAY PHARMACEUTICALS, INC., SOLVAY PHARMACEUTICALS SARL, SOLVAY, S.A., AUXILIUM, INC., ELI LILLY AND COMPANY, LILLY USA, INC., ACRUX LIMITED, ACTAVIS PLC, ACTAVIS, INC., ACTAVIS PHARMA, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., ANDA, INC., and ENDO PHARMACEUTICALS, INC.,<br><br>        Defendants. | No. 1:14-cv-08857 |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REVISED SUPPLEMENTAL MEMORANDA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF MEDICAL MUTUAL OF OHIO'S SECOND AMENDED COMPLAINT**

The undersigned Defendants respectfully move to for leave to file revised supplemental memoranda in support of Defendants' motion to dismiss Plaintiff's Second Amended Complaint ("SAC"). In support of this Motion, Defendants state as follows:

1. On June 2, 2015, the Court granted MMO leave to file the SAC and further directed that the undersigned Defendants should file their motion to dismiss the SAC and supporting memoranda by July 31, 2015. *See* Doc. 73 (minute entry establishing briefing schedule); *see also* Master Docket Case No. 1:14-cv-01748, Doc. 660 (minute entry respecting page limits for Defendants joint and supplemental memoranda in support of their motion to dismiss).

2. Defendants filed their motion to dismiss the SAC and supporting memoranda, as directed. *See* Doc. 84 (motion to dismiss), 85 (joint memorandum in support of the motion), 86 (attorney declaration), 87-92 (supplemental memoranda).

3. On September 17, 2015, the Court entered a minute order, striking Documents 85 and 86 (Defendants' joint memorandum in support of the motion to dismiss and an attorney declaration in support of the same). The Court directed that the Defendants file a revised version of their joint memorandum in support of the motion to dismiss by September 24, 2015. The Court did not strike Document 84 (the motion to dismiss itself) or Documents 87-92 (the supplemental memoranda submitted by each Defendant group in support of the motion to dismiss). *See* Doc. 108.

4. Today, September 24, 2015, Defendants are filing a revised version of their joint memorandum in support of the motion to dismiss, as directed. *See* Doc. 109.

5. Defendants request leave to file revised versions of their supplemental memoranda, as well. The revised versions of the supplemental memoranda are attached as

exhibits to this motion. *See* Exs. 1 (Lilly Defendants), 2 (AbbVie Defendants), 3 (Actavis Defendants), 4 (Auxilium Pharmaceuticals Inc.), 5 (Endo Pharmaceuticals Inc.), and 6 (GlaxoSmithKline LLC). The revised versions of the supplemental memoranda contain updated citations to the revised joint memorandum and its appendix. No substantive revisions have been made to the memoranda.

6. The filing of revised versions of these supplemental memoranda, with updated citations to the revised joint memorandum and its appendix, will assist the Court in evaluating the motion to dismiss and assist the Plaintiff in responding to the same, and avoid confusion. No party will be unduly prejudiced.

Dated: September 24, 2015  Respectfully submitted,

*/s/ David E. Stanley*
David E. Stanley (*pro hac vice*)
Janet H. Kwuon (*pro hac vice*)
Robert D. Phillips, Jr. (*pro hac vice*)
Margaret M. Grignon (*pro hac vice*)
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000
Fax: (213) 457-8080
dstanley@reedsmith.com
jkwuon@reedsmith.com
rphillips@reedsmith.com
magrignon@reedsmith.com

*Attorneys for Defendants Eli Lilly and Company, Lilly USA, LLC, Acrux Commercial Pty Ltd., and Acrux DDS Pty Ltd.*

*/s/ William F. Cavanaugh, Jr.*
William F. Cavanaugh, Jr.
Jonah M. Knobler (*pro hac vice*)
Scott C. Caplan (*pro hac vice*)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pbwt.com
jknobler@pbwt.com
scaplan@pbwt.com

*Attorneys for Defendants AbbVie Inc., Abbott Laboratories, Abbott Products, Inc., Solvay, S.A., Solvay America, Inc., Solvay Pharmaceuticals, Inc., and Unimed Pharmaceuticals, LLC*

*/s/ Andrew K. Solow*
William Hoffman (*pro hac vice*)
**KAYE SCHOLER LLP**
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Tel: (202) 682-3550
Fax: (202) 414-0355
william.hoffman@kayescholer.com

Andrew K. Solow (*pro hac vice*)
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
Tel: (212) 836-7740
Fax: (212) 836-6776
andrew.solow@kayescholer.com

Pamela Joan Yates (*pro hac vice*)
**KAYE SCHOLER LLP**
1999 Avenue Of The Stars, Suite 1700
Los Angeles, CA 90067
Tel: (310) 788-1278
Fax: (310) 788-1200
pyates@kayescholer.com

- 5 -

*Attorneys for Defendants Endo Pharmaceuticals Inc., Auxilium Pharmaceuticals, Inc., and GlaxoSmithKline LLC*


*/s/ James W. Matthews*
James W. Matthews *(pro hac vice)*
**FOLEY & LARDNER LLP**
111 Huntington Avenue, Suite 2500
Boston, MA 02199
Tel: (617) 342-4000
Fax: (617) 342-4001
jmatthews@foley.com

*Counsel for Defendants Actavis plc, Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc., Actavis Pharma, Inc., Watson Laboratories, Inc., n/k/a Actavis Laboratories UT, Inc., and Anda, Inc.*

- 6 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered attorneys of record.

/s/ David E. Stanley
David E. Stanley
*Attorney for Eli Lilly and Company, Lilly USA, LLC, and Acrux Limited*