**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW CORZO, SIA HENRY, ALEXANDER LEO-GUERRA, MICHAEL MAERLENDER, BRANDON PIYEVSKY, BENJAMIN SHUMATE, BRITTANY TATIANA WEAVER, and CAMERON WILLIAMS, individually and on behalf of all others similarly situated, | **Case No. 1:22-cv-00125** |
| Plaintiffs, | |
| v. | **Hon. Matthew F. Kennelly** |
| BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, UNIVERSITY OF CHICAGO, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, GEORGETOWN UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, NORTHWESTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, VANDERBILT UNIVERSITY, and YALE UNIVERSITY, | |
| Defendants. | |

**NOTICE OF FILING CORRECTED AND PUBLIC COPIES OF SUMMARY JUDGMENT OPPOSITION DOCUMENTS**

In connection with preparing redactions and Plaintiffs' Motion for Leave to File a Surreply (ECF No. 983), Plaintiffs recently identified a few inadvertent typographical and exhibit excerption and confidentiality errors in Plaintiffs' Responses, Objections, and Counterstatements to Defendants' Statement of Undisputed Material Facts in Opposition to Defendants' Motion for

Summary Judgment ("56.1 Responses"). *See* ECF Nos. 895-96. In particular: (1) some 56.1 response paragraph numbering is incorrect, among some other small typographical fixes, (2) certain exhibits did not contain the cited to and intended page excerpts, and (3) certain materials were filed publicly that should have been under seal.

Listed below are the impacted exhibits. An updated clean version of Plaintiffs' 56.1 Responses is attached as Ex. 1 and a redlined version of the changes made is attached as Ex. 2. Ex. 1 will also be filed publicly and include the appropriate redactions.

Per the Court's previous request, Plaintiffs will submit a USB drive of the summary judgment filings containing these corrections.

**<u>Corrected and/or Publicly Refiled Exhibits</u>**

| **Plaintiff Exhibit No.** |
|---|
| Ex. 17 |
| Ex. 40 |
| Ex. 46 |
| Ex. 107 |
| Ex. 117 |
| Ex. 122 (ECF 915-16) |
| Ex. 129 |
| Ex. 203 |
| Ex. 204 |
| Ex. 206 |
| Ex. 237 |
| Ex. 271 |
| Ex. 275 |
| Ex. 282 |
| Ex. 314 |
| Ex. 367 |

| |
|---|
| Ex. 369 |
| Ex. 377 |

Dated: September 12, 2025

Respectfully Submitted,

*/s/ Robert D. Gilbert*
Robert D. Gilbert
Elpidio Villarreal
Robert S. Raymar
David S. Copeland
Natasha Zaslove
**GILBERT LITIGATORS & COUNSELORS, P.C.**
11 Broadway, Suite 615
New York, NY 10004
Tel: (646) 448-5269
rgilbert@gilbertlitigators.com
pdvillarreal@gilbertlitigators.com
rraymar@gilbertlitigators.com
dcopeland@gilbertlitigators.com
nzaslove@gilberlitigators.com

*/s/ Eric L. Cramer*
Eric L. Cramer
David Langer
Jeremy Gradwohl
Hope Brinn
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bm.net
dlanger@bm.net
jgradwohl@bm.net
hbrinn@bm.net

Richard Schwartz
**BERGER MONTAGUE PC**
110 N. Wacker Drive, Suite 2500
Chicago, IL 60606
Tel: (773) 257-0255
rschwartz@bm.net

*/s/ Edward J. Normand*
Devin "Vel" Freedman
Edward J. Normand
Richard Cipolla
Joseph Delich
Peter Bach-y-Rita
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Suite 915
New York, NY 10017
Tel: (646) 494-2900
vel@fnf.law
tnormand@fnf.law
rcipolla@fnf.law
jdelich@fnf.law
pbachyrita@fnf.law

Ivy Ngo
**FREEDMAN NORMAND FRIEDLAND LLP**
1 SE 3d Avenue, Suite 1240
Miami, FL 33131
Tel: (786) 924-2900
ingo@fnf.law

Robert E. Litan
Daniel J. Walker
**BERGER MONTAGUE PC**
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Tel: (202) 559-9745
rlitan@bm.net
dwalker@bm.net

*Counsel for Plaintiffs*