Exhibit A

In Re TRT Products Liablity Litigation
MDL 2545
Agreed Dismissal List Per CMO 26 - 11/11/2015

| Case Name | Case Number | Plaintiff Counsel | Basis for Dismissal | Dismissed Parties/Claims/ Entire Action | Type Dismissal | Plaintiff's Consent/Dispute |
|---|---|---|---|---|---|---|
| Hammond v. AbbVie Inc., et al., | 1:14-cv-08819 | Anapol Schwartz | | Entire Action | With Prejudice | No objection |
| Sanders v. AbbVie, Inc., et al. | 1:15-cv-03309 | Bartimus Frickleton Robertson & Goza | | Entire Action | Without Prejudice | No objection |
| Adams, et al. v. Actavis, inc. | 1:14-cv-08171 | Beasley, Allen, Crow, Methvin, Portis & Miles | | Actavis Inc. f/k/a Watson Pharmaceuticals, Inc. | Without Prejudice | No objection |
| Bourgeois v. AbbVie, Inc., et al | 1:14-cv-08611 | Beasley, Allen, Crow, Methvin, Portis & Miles | | Eli Lilly & Co; Lilly USA Inc. | Without Prejudice | No objection |
| Bush, et al. v. Pfizer, Inc., et al. | 1:14-cv-09389 | Beasley, Allen, Crow, Methvin, Portis & Miles | | Actavis Inc. f/k/a Watson Pharmaceuticals, Inc. | Without Prejudice | No objection |
| Garner, et al. v. Auxilium Pharmaceuticals, Inc., et al | 1:14-cv-06383 | Beasley, Allen, Crow, Methvin, Portis & Miles | | Actavis Inc. f/k/a Watson Pharmaceuticals, Inc. | Without Prejudice | No objection |
| Gwinn, et al. v. Actavis, Inc., et al., | 1:15-cv-01329 | Beasley, Allen, Crow, Methvin, Portis & Miles | | Actavis Inc. f/k/a Watson Pharmaceuticals, Inc. | Without Prejudice | No objection |
| Hayes, et al. v. Actavis, Inc., et al., | 1:14-cv-07713 | Beasley, Allen, Crow, Methvin, Portis & Miles | | Actavis Inc. f/k/a Watson Pharmaceuticals, Inc. | Without Prejudice | No objection |
| Hollingsworth v. Actavis, Inc., et al., | 1:15-cv-01045 | Beasley, Allen, Crow, Methvin, Portis & Miles | | Actavis Inc. f/k/a Watson Pharmaceuticals, Inc. | Without Prejudice | No objection |
| Keel v. Pfizer, Inc. et al. | 1:15-cv-00717 | Beasley, Allen, Crow, Methvin, Portis & Miles | | Actavis Inc. f/k/a Watson Pharmaceuticals, Inc. | Without Prejudice | No objection |
| Kocak v. Actavis, Inc., et al. | 1:14-cv-08165 | Beasley, Allen, Crow, Methvin, Portis & Miles | | Actavis Inc. f/k/a Watson Pharmaceuticals, Inc. | Without Prejudice | No objection |
| Perrault v. Pharmacia & Upjohn LLC, et al. | 1:14-cv-10312 | Beasley, Allen, Crow, Methvin, Portis & Miles | | Actavis Inc. f/k/a Watson Pharmaceuticals, Inc. | Without Prejudice | No objection |
| Pettrey, et al. v. Paddock Laboratories, Inc., et al | 1:15-cv-00967 | Beasley, Allen, Crow, Methvin, Portis & Miles | | Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.), Paddock Laboratories, Inc., and Perrigo Company, LLC | Without Prejudice | No objection |
| Poole. v. Pfizer, Inc., et al | 1:15-cv-00095 | Beasley, Allen, Crow, Methvin, Portis & Miles | | Actavis Inc. f/k/a Watson Pharmaceuticals, Inc. | Without Prejudice | No objection |
| Robinson et al. v. Actavis, Inc., et al. | 1:15-cv-01852 | Beasley, Allen, Crow, Methvin, Portis & Miles | | Actavis Inc. f/k/a Watson Pharmaceuticals, Inc. | Without Prejudice | No objection |
| Rowe, et al. v. AbbVie, Inc., et al. | 1:14-cv-09999 | Beasley, Allen, Crow, Methvin, Portis & Miles | | Actavis Inc. f/k/a Watson Pharmaceuticals, Inc. | Without Prejudice | No objection |
| White, et al. v. AbbVie, Inc., et al | 1:15-cv-00470 | Beasley, Allen, Crow, Methvin, Portis & Miles | | Actavis Inc. f/k/a Watson Pharmaceuticals, Inc. | Without Prejudice | No objection |
| Gold v. AbbVie Inc., et al., | 1:15-cv-01912 | Bernstein Liebhard | | Entire Action | With Prejudice | No objection |
| Gootee v. AbbVie, Inc. et al., | 1:15-cv-03590 | Bernstein Liebhard - BUBALO GOODE SALES AND BLIS? | | Entire Action | Without Prejudice | No objection |
| Levkovski v. AbbVie Inc., et al | 1:15-cv-04772 | Branch Law Firm | | Entire Action | With Prejudice | No objection |
| Mosher v. Pfizer, Inc. and Pharmacia & Upjohn Co. | 1:15-cv-02634 | Branch Law Firm | | Entire Action | Without Prejudice | No objection |
| Spengler v. Endo Pharmaceuticals, Inc. et | 1:15-cv-02914 | Branch Law Firm | | Entire Action | With Prejudice | No objection |
| Schleininger et al v. Auxilium Pharmaceuticals, Inc. | 1:15-cv-04805 | Brian J. Klopfenstein | | D.P.T. Laboratories, Ltd. | Without Prejudice | No objection |
| Roberts et al. v. AbbVie, Inc., et al. | 1:14-cv-08738 | Cellino & Barnes | | Actavis, Inc., Actavis Pharma, Inc., Anda, Inc., and Watson Laboratories, Inc | Without Prejudice | No objection |

In Re TRT Products Liablity Litigation
MDL 2545
Agreed Dismissal List Per CMO 26 - 11/11/2015

| Case Name | Case Number | Plaintiff Counsel | Basis for Dismissal | Dismissed Parties/Clains/ Entire Action | Type Dismissal | Plaintiff's Consent/Dispute |
|---|---|---|---|---|---|---|
| Summers v. Abbott Laboratories, Inc., et al. | 1:14-cv-08926 | Cook | | Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc. and incorrectly identified as Watson-Actavis Pharmaceuticals, Inc.) and Paddock Laboratories, Inc. | Without Prejudice | No objection |
| Chaudoir v. Auxilium Pharmaceuticals, Inc., et al. | 1:15-cv-00975 | Domengeaux Wright Roy Edwards & Colomb | | Actavis plc, Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.), Watson Laboratories, Inc., and Actavis Pharma, Inc. | Without Prejudice | No objection |
| Cormier, et. al. v. AbbVie, Inc., et al | 1:15-cv-01431 | Domengeaux Wright Roy Edwards & Colomb | | Actavis plc, Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.), Watson Laboratories, Inc., and Actavis Pharma, Inc | Without Prejudice | No objection |
| Domingues, et al. v. Pfizer, Inc., et al., | 1:15-cv-00377 | Domengeaux Wright Roy Edwards & Colomb | For failure to serve a PFS | Actavis plc, and Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.) | With Prejudice | No objection |
| O'Quinn v. Pfizer, Inc., et al., | 1:14-cv-09209 | Domengeaux Wright Roy Edwards & Colomb | | Actavis plc, and Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.) | Without Prejudice | No objection |
| Goins et al v. Auxilium Pharmaceuticals, Inc., et al | 1:14-cv-10155 | Douglas & London, P.C. | For failure to complete and serve an executed PFS | Auxilium Pharmaceuticals, Inc. and Endo Pharmaceuticals Inc. | With Prejudice | No objection |
| Brasel v. AbbVie, Inc., et al. | 1:14-cv-08423 | Goldberg & Osborne | | Entire Action | Without Prejudice | No objection |
| Cantrell v. AbbVie, Inc., et al. | 1:15-cv-04533 | Goldberg & Osborne | | Entire Action | With Prejudice | No objection |
| Smallwood v. AbbVie, Inc., et al. | 1:15-cv-03217 | Goldberg & Osborne | | Entire Action | Without Prejudice | No objection |
| Valentine v. AbbVie, Inc., et al. | 1:14-cv-08710 | Goldberg & Osborne | | Entire Action | With Prejudice | No objection |
| Finley v. AbbVie, Inc. et al., | 1:15-cv-01821 | Goldberglaw | | Eli Lilly & Co; Lilly USA Inc. | With Prejudice | No objection |
| Waddell v. AbbVie Inc., et al., | 1:14-cv-08864 | Hovde Dassow & Deets | | Entire Action | With Prejudice | No objection |
| Cheshier v. Pfizer, Inc. | 1:15-cv-04637 | Johnson Becker | | Entire Action | Without Prejudice | No objection |
| Cooper v. AbbVie Inc., et al. | 1:14-cv-10427 | Kabateck Brown Kellner | For failure to serve PFS; no opposition filed to defendants motion to dismiss filed July 6, 2015, Doc. No. 6 | Entire Action | With Prejudice | No objection |
| Price v. Auxilium Pharmaceuticals, Inc. et al | 1:14-cv-10192 | Kaiser Gornick LLP | | CPEX Pharmaceuticals, Inc., and DPT Laboratories, Ltd. | Without Prejudice | No objection |
| Caples v. AbbVie Inc. et al. | 1:15-cv-04111 | Lanier Law Firm | | Entire Action | Without Prejudice | No objection |
| Knight v. AbbVie Inc. et al | 1:15-cv-00707 | Levin Simes | For failure to complete and serve an executed PFS | AbbVie Inc., Abbott Laboratories, and Endo Pharmaceuticals Inc | With Prejudice | No objection |

In Re TRT Products Liablity Litigation
MDL 2545
Agreed Dismissal List Per CMO 26 - 11/11/2015

| Case Name | Case Number | Plaintiff Counsel | Basis for Dismissal | Dismissed Parties/Claims/ Entire Action | Type Dismissal | Plaintiff's Consent/Dispute |
|---|---|---|---|---|---|---|
| Martin v. AbbVie, Inc., et al., | 1:15-cv-03045 | Levin Simes | As to as to defendant Eli Lilly and Company only without prejudice, as to defendants Pfizer and Pharmacia & Upjohn Co. only with prejudice | Eli Lilly and Company Pfizer and Pharmacia & Upjohn Co | Without Prejudice as to Eli Lilly, With Prejudice as to Pfizer and Pharmacia & Upjohn Co. | No objection |
| Morgan v. AbbVie, Inc., et al. | 1:15-cv-02988 | Levin Simes | | Entire Action | Without Prejudice | No objection |
| Pyle v. AbbVie, Inc., et al. | 1:15-cv-01010 | Levin Simes | | Entire Action | Without Prejudice | No objection |
| Sturgill v. AbbVie, Inc., et al. | 1:15-cv-01008 | Levin Simes | | Entire Action | Without Prejudice | No objection |
| Wood v. AbbVie Inc., et al., | 1:15-cv-00992 | Levin Simes | | Entire Action | Without Prejudice | No objection |
| Wilkerson v. AbbVie Inc., et al | 1:15-cv-01234 | Lopez McHugh | | Entire Action | Without Prejudice | No objection |
| Armstrong v. Pfizer, Inc., et al | 1:14-cv-07550 | Matthews & Associates | | Actavis Inc. f/k/a Watson Pharmaceuticals, Inc. | Without prejudice | No objection |
| Dinello v. AbbVie Inc., et al., | 1:15-cv-02287 | Matthews & Associates | | Entire Action | Without Prejudice | No objection |
| Gliba v. Pfizer Inc. and Pharmacia & Upjohn Co., | 1:15-cv-02005 | Matthews & Associates | | Entire Action | Without Prejudice | No objection |
| Gugino v. Eli Lilly and Company et al | 1:15-cv-04338 | Matthews & Associates | | Entire Action | Without Prejudice | No objection |
| Lynch v. AbbVie, Inc., et al. | 1:15-cv-04329 | Matthews & Associates | | Entire Action | Without Prejudice | No objection |
| Mogler v. AbbVie Inc., et al | 1:15-cv-02431 | Matthews & Associates | | AbbVie, Inc., Abbott Laboratories | Without Prejudice | No objection |
| Morgan v. AbbVie, Inc., et al. | 1:15-cv-04774 | Matthews & Associates | | Eli Lilly and Company, Lilly, USA, LLC, Acrux Commercial Pty Ltd, and Acrux DDS Pty Ltd | Without Prejudice | No objection |
| Seawell v. AbbVie Inc. et al | 1:15-cv-02483 | Matthews & Associates | | Endo Pharmaceuticals Inc. | Without Prejudice | No objection |
| Veibell v. AbbVie Inc., et al., | 1:15-cv-02475 | Matthews & Associates | | AbbVie, Inc., Abbott Laboratories | Without Prejudice | No objection |
| Williams, et al. v. Pfizer, Inc., et al | 1:14-cv-06486 | Matthews & Associates | | Watson Pharmaceuticals, Inc. (n/k/a Actavis, Inc.) | Without Prejudice | No objection |
| Sicard v. AbbVie, Inc., et al. | 1:14-cv-03632 | Meyers & Flowers and Levin Simes | | AbbVie, Inc., Abbott Laboratories | Without Prejudice | No objection |
| Webber v. Auxilium Pharmaceuticals, Inc., et al., | 1:14-cv-09142 | Patten, Wornom, Hatten & Diamonstein | | Actavis plc, Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.), Watson Laboratories, Inc., and Anda, Inc | Without Prejudice | No objection |
| Regina Johnson, as Special Administrator of the Estate of Peter Johnson, Jr, deceased v. Pfizer Inc., and Pharmacia & Upjohn Company, LLC | 1:15-cv-0962 | Peiffer Rosca Wolf Abdullah Carr & Kane The Michael Brady Lynch Firm | For failure to serve a PFS | Entire action | With Prejudice | No objection |
| Alexander v. AbbVie Inc., et al | 1:15-cv-01057 | Peiffer Rosca Wolfe Abdullah Carr & Kane, The Michael Brady Lynch Firm | For failure to serve PFS; no opposition filed to defendants motion to dismiss filed 7/6/15, 2015, Doc. No. 7 | Entire Action | With Prejudice | No objection |
| Taylor v. AbbVie, Inc., et al. | 1:14-cv-09375 | Pittman, Dutton & Hellums | | Watson Laboratories, Inc. and Actavis Pharma, Inc. | Without Prejudice | No objection |
| Conklin v. AbbVie Inc., et al. | 1:15-cv-04808 | Ross Feller Casey | | Entire Action | Without Prejudice | No objection |

In Re TRT Products Liablity Litigation
MDL 2545
Agreed Dismissal List Per CMO 26 - 11/11/2015

| Case Name | Case Number | Plaintiff Counsel | Basis for Dismissal | Dismissed Parties/Claims/ Entire Action | Type Dismissal | Plaintiff's Consent/Dispute |
|---|---|---|---|---|---|---|
| Dowe v. Auxilium Pharmaceuticals, Inc. | 1:15-cv-04844 | Ross Feller Casey | | Entire Action | Without Prejudice | No objection |
| Kropla v. AbbVie Inc. et al | 1:15-cv-04818 | Ross Feller Casey | | Entire Action | Without Prejudice | No objection |
| Pass et al v. Auxilium Pharmaceuticals Inc. | 1:15-cv-03127 | Ross Feller Casey | | Auxilium Pharmaceuticals Inc. | With Prejudice | No objection |
| Powell v. AbbVie, Inc., et al. | 1:15-cv-05324 | Ross Feller Casey | | Entire Action | Without Prejudice | No objection |
| Rich v. AbbVie, Inc., et al. | 1:15-cv-05327 | Ross Feller Casey | | Entire Action | Without Prejudice | No objection |
| Small et al v. Auxilium Pharmaceuticals Inc. | 1:15-cv-06042 | Ross Feller Casey | | Entire Action | Without Prejudice | No objection |
| Webster v. AbbVie Inc. et al., | 1:15-cv-04820 | Ross Feller Casey | | Entire Action | Without Prejudice | No objection |
| Mickel v. AbbVie Inc., et al | 1:15-cv-00689 | The Maher Law Firm | | Eli Lilly and Company and Lilly, USA, LLC | Without Prejudice | No objection |
| Arline v. AbbVie, Inc., et al. | 1:14-cv-09139 | Wagstaff & Cartmell | | Actavis Inc. f/k/a Watson | Without Prejudice | No objection |
| Freeman v. AbbVie Inc., et al | 1:15-cv-01821 | Wagstaff & Cartmell | | Eli Lilly and Company, Lilly, USA, LLC, Acrux Commercial | Without Prejudice | No objection |
| Heath v. Actavis, Inc., et al., | 1:14-cv-10339 | Wagstaff & Cartmell | | Actavis Inc. f/k/a Watson Pharmaceuticals, Inc. | Without Prejudice | No objection |
| Romine v. AbbVie, Inc., et al. | 1:15-cv-02592 | Wagstaff & Cartmell | | Entire Action | Without Prejudice | No objection |
| Wyndham v. AbbVie Inc., et al., | 1:15-cv-00929 | Wagstaff & Cartmell | For failure to serve PFS; no opposition filed to defendants motion to dismiss filed July 6, 2015, Doc. No. 12 | Entire Action | With Prejudice | No objection |
| Godden, et al. v. AbbVie, Inc., et al., | 1:15-cv-00432 | Wexler Wallace | | Watson Laboratories, Inc., Actavis Pharma, Inc., Pfizer, Inc., and Pharmacia Upjohn Company | Without Prejudice | No objection |
| Sobley v. Pfizer Inc., et al. | 1:14-cv-05370 | Wiggins Childs Pantazis Fisher Goldfarb | | Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.) and Watson Laboratories, Inc. | Without Prejudice | No objection |
| Murray v. Endo Pharmaceuticals, Inc., et al., | 1:14-cv-09663 | Wiggins Childs Pantazis Fisher Goldfarb and Foote Mielke Chavez O'Neil | | Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.) and Watson Laboratories, Inc., | Without Prejudice | No objection |
| Yttrie v Pfizer, Inc. | 1:14-cv-06936 | Wiggins Childs Pantazis Fisher Goldfarb and Foote Mielke Chavez O'Neil | | Entire Action | With Prejudice | No objection |
| Zanni v. AbbVie, Inc., et al. | 1:14-cv-09672 | Wiggins Childs Pantazis Fisher Goldfarb and Foote Mielke Chavez O'Neil | | Entire Action | With Prejudice | No objection |