IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br> Master Docket Case No. 1:14-cv-01748 <br> Honorable Matthew F. Kennelly |
| This document applies to: <br> All Cases | |

**PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR RECONSIDERATION AND FOR CLARIFICATION**

The Plaintiffs' Steering Committee ("PSC") respectfully requests the Court reconsider its November 9, 2015 Order and permit Plaintiffs to take discovery with respect to whether the FDA actually permitted unilateral "changes being effected" ("CBE") amendments to the labels in question before the Court rules on the ANDA Defendants' Motion to Dismiss. The PSC also respectfully requests that the Court clarify whether its Order applies to the fraud claim asserted in the Seventh Claim for Relief. The grounds for this Motion are set forth in the Plaintiffs' Steering Committee's Memorandum of Law in Support of Motion for Reconsideration and for Clarification, filed contemporaneously herewith.

Dated: December 22, 2015

Respectfully submitted,

*/s/ Trent B. Miracle*
Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

Ronald Johnson, Jr.

Schachter, Hendy & Johnson PSC
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
Email: rjohnson@pschacter.com

Christopher A. Seeger
Seeger Weiss LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com

Plaintiffs' Co-Lead Counsel

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 22, 2015, I electronically transmitted the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service to all parties/counsel registered to received copies in this case.

               */s/ Trent B. Miracle*
               Trent B. Miracle