



FILED

JAN - 8 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

January 04, 2016

Timothy J. Becker
Johnson Becker, PLLC
33 South Sixth Street,
Suite 4530,
Minneapolis, MN 55402

Re: Testosterone Replacement Therapy Products Liabilty Litigation // To: Solvay SA, Inc.

Case No. 114CV01748

Dear Sir/Madam:

Solvay SA, Inc. is not listed on our records or on the records of the State of DE.

CT was unable to forward.

Very truly yours,


The Corporation Trust Company

Log# 528406775

Sent By Regular Mail

cc: Northern District of Illinois - U.S. District Court
    219 S. Dearborn Street,
    Chicago, IL 60104


(Returned To)

Timothy J. Becker
Johnson Becker, PLLC
33 South Sixth Street,
Suite 4530,
Minneapolis, MN 55402