**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-CV-01748<br>MDL 2545<br><br>JUDGE MATTHEW F. KENNELLY |

**ABBVIE INC. AND ABBOTT LABORATORIES' UNOPPOSED MOTION FOR AN
EXTENSION OF TIME FOR THE PARTIES TO FILE THEIR BRIEFS REGARDING
SELECTION OF BELLWETHER TRIAL CASES**

AbbVie respectfully moves for a five (5) day extension of time for the parties to file their proposals for the selection of initial bellwether trial cases. This extension would move the deadline for the parties' proposals from July 20, 2016, to July 25, 2016. *See* Third Am. CMO 14. AbbVie does *not* seek to amend any other deadlines and this brief extension will not otherwise impact the schedule established by the Court.

AbbVie has conferred with the Plaintiffs' Steering Committee who advise they do not object to this request.

Good cause exists for the requested extension. *See* Fed. R. Civ. Pro. 6(b)(1)(A) and 16(b)(4). Depositions have been ongoing beyond the July 6, 2016 core discovery deadline, by agreement of the parties, in order to accommodate the schedules of prescribing and treating physicians, as well as sales representatives, some of whom are no longer in the employ of AbbVie. The last scheduled deposition is set to take place tomorrow, July 14, 2016. Additional time is required to process and analyze the evolving factual records developed by the depositions taking place this week and last.

For the foregoing reasons, AbbVie requests the Court grant its extension.

1

Dated: July 13, 2016                          Respectfully submitted,


By:   */s / David M. Bernick*
        David M. Bernick
        Paul, Weiss, Rifkind, Wharton
        & Garrison LLP
        1285 Ave. of the Americas
        New York, NY 10019-6064
        Tel: (212) 373-3405
        Fax: (212) 492-0405
        dbernick@paulweiss.com

        */s/ Michelle Yeary*
        Michelle Hart Yeary
        DECHERT LLP
        902 Carnegie Center
        Suite 500
        Princeton, NJ 08540-6531
        Tel:  (609) 955-3277
        Fax: (609) 955-3259


        ***Attorneys for AbbVie Inc. and Abbott
        Laboratories***

## <u>CERTIFICATE OF SERVICE</u>

I, Katherine Unger Davis, hereby certify that on July 13, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.


*/s/ Katherine Unger Davis*
Katherine Unger Davis