IN THE UNITED STATES DISTRICT COURT
FOR THE NORHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: TESTOSTERONE REPLACEMENT | : | Case No.: 14 C 1748 |
| THERAPY PRODUCTS LIABILITY | : | MDL: 2545 |
| LITIGATION | : | Honorable Matthew F. Kennelly |

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | : |
| All Cases Included in Exhibit A | : |
| | : |

**MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES**

The undersigned hereby moves this Court for leave for Brian J. Perkins and Steven J. Rizzi both of Meyers & Flowers, LLC to file additional appearance of on behalf of the plaintiffs in the cases listed on Exhibit A.

WHEREFORE, the undersigned requests that this Court enter an Order granting Brian J. Perkins and Steven J. Rizzi both of Meyers & Flowers, LLC leave to file additional appearance of on behalf of the plaintiffs in the cases listed on Exhibit A.

DATED: November 2, 2016.

MEYERS & FLOWERS, LLC

/s/Brian J. Perkins_____
Brian J. Perkins, Esq.
3 North Second Street, Suite 300
St. Charles, IL 60174
(630) 232-6333 Telephone
(630) 845-8982 Fax
bjp@meyers-flowers.com