# EXHIBIT A

| Case Number | Case Caption |
|---|---|
| 1:16-cv-00945 | Ackerson v. Actavis, Inc. et al |
| 1:16-cv-00405 | Adams v. AbbVie Inc. et al |
| 1:15-cv-11404 | Adams v. Auxilium Pharmaceuticals, Inc. et al |
| 1:15-cv-05153 | Alexander v. Abbvie, Inc. et al |
| 1:16-cv-00364 | Allen v. AbbVie Inc. et al |
| 1:16-cv-00834 | Amato v. AbbVie Inc. et al |
| 1:15-cv-04200 | Amobi v. Eli Lilly & Co. et al |
| 1:15-cv-01372 | Anderson v. AbbVie, Inc. et al |
| 1:16-cv-07417 | Andrades v. AbbVie Inc. et al |
| 1:15-cv-05355 | Andrews v. AbbVie Inc. et al. |
| 1:16-cv-04719 | Andris v. AbbVie Inc. et al |
| 1:16-cv-00507 | Aponte v. AbbVie Inc. et al |
| 1:16-cv-00636 | Argo v. AbbVie, Inc. et al |
| 1:16-cv-07862 | Baccala v. AbbVie Inc. et al |
| 1:16-cv-07404 | Baggett v. AbbVie Inc. et al |
| 1:16-cv-00786 | Baker v. AbbVie Inc. et al |
| 1:16-cv-00139 | Baldwin v. AbbVie, Inc. et al |
| 1:16-cv-00836 | Barnes v. AbbVie Inc. et al |
| 1:16-cv-04673 | Barnett v. Pfizer, Inc. et al |
| 1:15-cv-02837 | Barrington v. Abbvie Inc. et al. |
| 1:16-cv-07490 | Beck v. Pfizer, Inc. et al |
| 1:16-cv-00339 | Bell v. AbbVie, Inc. et al |
| 1:16-cv-00393 | Belloff v. AbbVie Inc et al |
| 1:16-cv-00368 | Bergener v. AbbVie Inc. et al |
| 1:16-cv-00624 | Bertini v. AbbVie, Inc. et al |
| 1:16-cv-07766 | Bielski v. Pfizer, Inc. et al |
| 1:16-cv-00251 | Black v. Eli Lilly and Company et al |
| 1:16-cv-07854 | Blank v. Pfizer, Inc. et al |
| 1:16-cv-00161 | Book v. AbbVie, Inc. et al |
| 1:15-cv-11410 | Boone v. AbbVie, Inc. et al |
| 1:16-cv-07391 | Bostian v. Pfizer, Inc. et al |
| 1:15-cv-11846 | Bravo v. AbbVie, Inc. et al |
| 1:16-cv-00277 | Brown v. Auxilium Pharmaceuticals, Inc et al |
| 1:16-cv-00780 | Brunson v. AbbVie Inc. et al |
| 1:16-cv-00602 | Bryant v. AbbVie Inc. et al |
| 1:16-cv-04751 | Burrell v. AbbVie Inc. et al |
| 1:16-cv-07614 | Busse v. Pfizer, Inc. et al |
| 1:16-cv-00273 | Caldwell v. AbbVie, Inc. et al |
| 1:16-cv-07400 | Calhoun v. Pfizer, Inc. et al |
| 1:16-cv-00246 | Calvillo v. Auxilium Pharmaceuticals, Inc. et al |
| 1:15-cv-11351 | Campbell v. Pfizer Inc et al |
| 1:15-cv-11355 | Caraveo v. AbbVie, Inc. et al |

| | |
|---|---|
| 1:16-cv-07476 | Carpenter v. Pfizer, Inc. et al |
| 1:16-cv-00555 | Carter v. AbbVie Inc. et al |
| 1:16-cv-00580 | Caskey v. Actavis, Inc. et al |
| 1:16-cv-00466 | Centner v. Actavis, Inc. et al |
| 1:16-cv-05903 | Cerbo v. Actavis, Inc. et al |
| 1:16-cv-00495 | Chandler v. AbbVie, Inc. et al |
| 1:16-cv-00709 | Chastain v. AbbVie Inc. et al |
| 1:15-cv-05444 | Clark v. Pfizer Inc. et al. |
| 1:16-cv-00137 | Cohea v. Actavis, Inc. et al |
| 1:16-cv-00324 | Cole v. AbbVie, Inc. et al |
| 1:16-cv-00607 | Constante v. AbbVie Inc. et al |
| 1:15-cv-05334 | Cooper v. Pfizer Inc. et al. |
| 1:16-cv-06059 | Cooper v. AbbVie Inc. et al |
| 1:16-cv-00158 | Cordell v. AbbVie, Inc. et al |
| 1:16-cv-00704 | Crary v. AbbVie Inc. et al |
| 1:16-cv-06135 | Crawford v. Pfizer, Inc. et al. |
| 1:16-cv-07418 | Cribb v. Pfizer, Inc. et al |
| 1:16-cv-06027 | Cross v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-00272 | Crouch v. AbbVie, Inc. et al |
| 1:16-cv-00274 | Crump v. AbbVie, Inc. et al |
| 1:16-cv-07867 | Cruz v. AbbVie Inc. et al |
| 1:15-cv-05157 | Daniel v. Endo Pharmaceuticals, Inc. et al. |
| 1:16-cv-05493 | Davis v. AbbVie Inc. et al |
| 1:16-cv-00652 | Deaton v. AbbVie Inc. et al |
| 1:16-cv-00472 | Dillard v. AbbVie Inc. et al |
| 1:16-cv-06008 | Donner et al v. Pfizer, Inc. et al |
| 1:16-cv-07376 | Donaldson v. Actavis, Inc. et al |
| 1:16-cv-00645 | Dunham v. AbbVie Inc. et al |
| 1:15-cv-05213 | Durbin v. AbbVie Inc. et al. |
| 1:15-cv-11388 | Eden v. AbbVie, Inc. et al |
| 1:15-cv-01181 | Ehrets v. Abbvie, Inc. et al |
| 1:16-cv-00554 | Elrod v. AbbVie Inc. et al |
| 1:16-cv-05901 | Erickson v. AbbVie Inc. et al |
| 1:16-cv-00816 | Evans v. Actavis, Inc. et al |
| 1:16-cv-00685 | Fagan v. AbbVie Inc. et al |
| 1:16-cv-07369 | Farrar v. AbbVie Inc. et al |
| 1:16-cv-07367 | Fitzpatrick v. AbbVie Inc. et al |
| 1:16-cv-06056 | Fleagle v. AbbVie Inc. et al |
| 1:16-cv-00362 | Fleming v. AbbVie, Inc. et al |
| 1:16-cv-06107 | Flemming v. AbbVie, Inc. et al |
| 1:15-cv-11689 | Fletcher v. AbbVie, Inc. et al |
| 1:16-cv-00690 | Fluty v. AbbVie Inc. et al |
| 1:15-cv-11345 | Franklin v. AbbVie, Inc. et al |
| 1:15-cv-11462 | Futch v. AbbVie, Inc. et al |

| | |
|---|---|
| 1:16-cv-00335 | Gabor v. Actavis, Inc. et al |
| 1:16-cv-07589 | Gatlin v. Endo Pharmaceuticals, Inc. |
| 1:16-cv-07368 | Gautreau v. Eli Lilly and Company et al |
| 1:16-cv-00282 | German v. AbbVie, Inc. et al |
| 1:16-cv-00461 | Gibson v. AbbVie, Inc. et al |
| 1:16-cv-00237 | Gieza v. AbbVie Inc. et al |
| 1:16-cv-06057 | Gilliam v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-00634 | Glover v. AbbVie, Inc. et al |
| 1:16-cv-00556 | Goforth v. AbbVie Inc. et al |
| 1:16-cv-07453 | Goldberg v. Pfizer, Inc. et al |
| 1:16-cv-00115 | Goldman v. Endo Pharmaceuticals, Inc. et al |
| 1:16-cv-00473 | Gonzales v. AbbVie Inc. et al |
| 1:16-cv-00637 | Gonzalez v. AbbVie Inc. et al |
| 1:16-cv-05179 | Gordon v. AbbVie, Inc. et al |
| 1:16-cv-04716 | Granillo v. Endo Pharmaceuticals, Inc. et al |
| 1:16-cv-00692 | Graves v. AbbVie, Inc. et al |
| 1:16-cv-07767 | Gray v. Auxilium Pharmaceuticals, Inc. et al |
| 1:15-cv-11818 | Gregoire v. Actavis, Inc. et al |
| 1:16-cv-00408 | Griffith v. AbbVie Inc. et al |
| 1:16-cv-07765 | Gryner v. AbbVie Inc. et al |
| 1:16-cv-00824 | Guerra v. Actavis, Inc. et al |
| 1:16-cv-04723 | Guffey v. AbbVie, Inc. et al |
| 1:16-cv-00392 | Gypson v. AbbVie Inc et al |
| 1:16-cv-05891 | Hansen v. AbbVie Inc. et al |
| 1:16-cv-00496 | Harris v. AbbVie, Inc et al |
| 1:16-cv-00538 | Harris v. AbbVie, Inc et al |
| 1:16-cv-00159 | Harris v. AbbVie, Inc et al |
| 1:16-cv-07485 | Hartwell v. AbbVie Inc. et al |
| 1:15-cv-11445 | Henne v. Pfizer, Inc. et al |
| 1:15-cv-02635 | Hernandez v. AbbVie, Inc. et al |
| 1:16-cv-04759 | Hill v. AbbVie, Inc. et al |
| 1:16-cv-00186 | Hines v. AbbVie Inc. et al |
| 1:16-cv-00183 | Hinojosa et al v. Abbott Laboratories et al |
| 1:16-cv-00766 | Hinson v. AbbVie Inc. et al |
| 1:16-cv-00825 | Hixson v. AbbVie Inc. et al |
| 1:15-cv-05310 | Holmes v. AbbVie Inc. et al |
| 1:16-cv-04899 | Holsenback v. AbbVie, Inc. et al |
| 1:16-cv-05173 | Holt v. AbbVie Inc et al |
| 1:16-cv-00503 | Honsberg v. AbbVie, Inc. et al |
| 1:16-cv-04963 | Hood v. AbbVie, Inc. et al |
| 1:16-cv-05899 | Hopkins v. Eli Lilly and Company et al |
| 1:16-cv-00511 | Hornsby v. Auxilium Pharmaceuticals, Inc et al |
| 1:16-cv-04799 | Hruska v. Pfizer, Inc. et al |
| 1:16-cv-07484 | Hubartt v. Pfizer, Inc. et al |

| | |
|---|---|
| 1:16-cv-00633 | Huebner v. AbbVie Inc. et al |
| 1:16-cv-07696 | Huston v. AbbVie, Inc. et al |
| 1:16-cv-00672 | James v. AbbVie Inc. et al |
| 1:15-cv-11496 | Janiga v. AbbVie, Inc. et al |
| 1:16-cv-00725 | Jeffries v. AbbVie Inc. et al |
| 1:15-cv-11393 | Johnson v. Auxilium Parmaceuticals, Inc. et al |
| 1:16-cv-00434 | Johnson v. AbbVie Inc. et al |
| 1:16-cv-00763 | Johnson v. AbbVie Inc. et al |
| 1:16-cv-00974 | Johnson v. AbbVie Inc. et al |
| 1:16-cv-07415 | Johnson v. Pfizer, Inc. et al |
| 1:16-cv-00532 | Johnson v. AbbVie, Inc. et al |
| 1:16-cv-00421 | Johnson v. AbbVie, Inc. et al |
| 1:15-cv-05215 | Jones v. AbbVie Inc. et al |
| 1:16-cv-00075 | Jones V. AbbVie inc. et al. |
| 1:16-cv-00321 | Jones v. AbbVie, Inc. et al |
| 1:16-cv-00773 | Jones v. AbbVie, Inc. et al |
| 1:16-cv-04919 | Jones v. Pfizer, Inc. et al |
| 1:16-cv-00462 | Justiniani v. Auxilium Pharmaceuticals Inc. et al |
| 1:16-cv-00430 | Keeney v. AbbVie, Inc. et al |
| 1:16-cv-07581 | Kellam-Bey v. AbbVie Inc. et al |
| 1:16-cv-00678 | Kiger v. AbbVie Inc. et al |
| 1:16-cv-05905 | Kolski v. Eli Lilly and Company et al |
| 1:16-cv-07471 | Konyn v. Endo Pharmaceuticals Inc |
| 1:15-cv-11402 | Kossow v. Actavis, Inc. et al |
| 1:14-cv-09140 | Krapcha v. Abbvie, Inc., et al |
| 1:16-cv-07396 | Lake v. Endo Pharmaceuticals Inc. et al |
| 1:16-cv-07622 | Lambert v. AbbVie Inc. et al |
| 1:15-cv-11819 | Lane v. AbbVie, Inc. et al |
| 1:16-cv-00278 | Langley v. Actavis, Inc. et al |
| 1:16-cv-00114 | Lanier v. AbbVie, Inc. et al |
| 1:16-cv-00630 | Lee v. AbbVie, Inc. et al |
| 1:16-cv-00474 | Lee v. Actavis, Inc. et al |
| 1:16-cv-00416 | Libes v. AbbVie Inc. et al |
| 1:16-cv-05495 | Liste et al v. AbbVie, Inc. et al |
| 1:16-cv-00673 | Littrell v. AbbVie Inc. et al |
| 1:16-cv-00687 | Locy v. AbbVie Inc. et al |
| 1:16-cv-07857 | Loero v. AbbVie Inc. et al |
| 1:16-cv-07382 | LoGiudice v. Pfizer, Inc. et al |
| 1:16-cv-00670 | Long v. AbbVie Inc. et al |
| 1:16-cv-04763 | Longley v. Pfizer, Inc. et al |
| 1:16-cv-00239 | Longoria v. AbbVie, Inc. et al |
| 1:16-cv-00396 | Lorant v. AbbVie Inc. et al |
| 1:16-cv-00609 | Loya v. AbbVie Inc. et al |
| 1:16-cv-00372 | Lubojacky v. AbbVie Inc. et al |

| | |
|---|---|
| 1:16-cv-00366 | Ludwig v. AbbVie, Inc. et al |
| 1:15-cv-05312 | MacDonald v. Pfizer, Inc. et al. |
| 1:16-cv-00373 | Makin v. Auxilium Pharmaceutical, Inc. et al |
| 1:16-cv-00463 | Makoul v. AbbVie Inc. et al |
| 1:16-cv-07386 | Malcom v. Pfizer, Inc. et al |
| 1:16-cv-07617 | Mangas v. Pfizer, Inc. et al |
| 1:16-cv-00675 | Mangram v. AbbVie Inc. et al |
| 1:16-cv-00599 | Mann v. Eli Lilly and Company et al |
| 1:16-cv-07363 | Manuel v. AbbVie Inc. et al |
| 1:16-cv-00649 | Marovich v. Actavis, Inc. et al |
| 1:16-cv-00279 | Martienssen v. AbbVie, Inc. et al |
| 1:16-cv-00688 | Mass v. AbbVie Inc. et al |
| 1:16-cv-00647 | Matthews v. Actavis, Inc. et al |
| 1:15-cv-05159 | Maynard v. Endo Pharmaceuticals, Inc. et al |
| 1:16-cv-07392 | McCullough v. AbbVie Inc. et al |
| 1:16-cv-07686 | McDermott v. AbbVie Inc. et al |
| 1:16-cv-00809 | McDonald v. AbbVie Inc. et al |
| 1:16-cv-06061 | McGinnis v. Pfizer, Inc. et al |
| 1:16-cv-00281 | McNeal v. Eli Lilly & Co. et al |
| 1:16-cv-00696 | Meader v. AbbVie Inc. et al |
| 1:16-cv-00772 | Medina v. Eli Lilly and Company et al |
| 1:16-cv-07468 | Mena v. Pfizer, Inc. et al |
| 1:16-cv-00907 | Mendez et al v. AbbVie Inc. et al |
| 1:16-cv-00344 | Miller v. AbbVie Inc. et al |
| 1:16-cv-00996 | Miller v. Endo Pharmaceuticals, Inc. |
| 1:16-cv-00276 | Miller v. AbbVie, Inc. et al |
| 1:15-cv-05348 | Miller v. Abbvie Inc. et al. |
| 1:16-cv-05168 | Mitchell v. AbbVie Inc. et al |
| 1:16-cv-05170 | Mock v. AbbVie Inc. et al |
| 1:16-cv-00588 | Montejano v. Actavis, Inc. et al |
| 1:16-cv-00360 | Montgomery v. AbbVie Inc. et al |
| 1:16-cv-00467 | Moore v. AbbVie, Inc. et al |
| 1:16-cv-06055 | Moran v. Pfizer, Inc. et al |
| 1:15-cv-11509 | Morgan v. AbbVie, Inc. et al |
| 1:16-cv-07764 | Morley v. AbbVie Inc. et al |
| 1:16-cv-05496 | Mueller et al v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-00471 | Murphy v. AbbVie Inc. et al |
| 1:15-cv-05172 | Nafe v. Pfizer, Inc. et al. |
| 1:16-cv-00731 | Nash v. Auxilium Pharmaceuticals, Inc. et al |
| 1:15-cv-11356 | Navarro et al v. AbbVie, Inc. et al |
| 1:16-cv-00985 | Neal v. AbbVie Inc. et al |
| 1:16-cv-00812 | Neal v. AbbVie Inc. et al |
| 1:16-cv-00941 | Nelson v. AbbVie Inc. et al |
| 1:16-cv-00841 | Nelson v. Eli Lilly and Company et al |

| | |
|---|---|
| 1:16-cv-00334 | Olliges v. Actavis, Inc. et al |
| 1:15-cv-11439 | Orchard v. AbbVie, Inc. et al |
| 1:15-cv-11413 | Ovadia v. Pfizer, Inc. et al |
| 1:16-cv-07389 | Owens v. AbbVie, Inc. et al |
| 1:15-cv-11357 | Parent v. Actavis, Inc. et al |
| 1:16-cv-00954 | Parent v. AbbVie, Inc. et al |
| 1:16-cv-00674 | Parkhurst v. AbbVie Inc. et al |
| 1:16-cv-05535 | Parks v. AbbVie Inc. et al |
| 1:15-cv-11763 | Patton v. AbbVie, Inc. et al |
| 1:16-cv-04999 | Pearl v. Pfizer, Inc. et al |
| 1:16-cv-00686 | Perelman et al v. AbbVie Inc. et al |
| 1:16-cv-04909 | Petersen v. AbbVie, Inc. et al |
| 1:16-cv-00691 | Pierce v. AbbVie, Inc. et al |
| 1:15-cv-11354 | Pinckard v. AbbVie, Inc. et al |
| 1:16-cv-00263 | Polk v. AbbVie, Inc. et al |
| 1:15-cv-04775 | Johnny Pope v. Actavis Inc. et al. |
| 1:16-cv-00720 | Porter v. AbbVie, Inc. et al |
| 1:16-cv-00828 | Propes v. Actavis, Inc. et al |
| 1:16-cv-07860 | Purnell v. Auxilium Pharmaceuticals, Inc |
| 1:16-cv-07628 | Ramsey v. AbbVie Inc. et al |
| 1:16-cv-00671 | Rash v. AbbVie Inc. et al |
| 1:16-cv-00583 | Ratliff v. AbbVie Inc. et al |
| 1:16-cv-07493 | Ray v. AbbVie Inc. et al |
| 1:16-cv-00426 | Ray v. AbbVie Inc. et al |
| 1:16-cv-07584 | Redding v. AbbVie Inc. et al |
| 1:16-cv-00732 | Reed v. AbbVie Inc. et al |
| 1:16-cv-00940 | Reeves v. AbbVie Inc. et al |
| 1:16-cv-00089 | Reinsel v. Endo Pharmaceuticals, Inc. et al |
| 1:16-cv-07625 | Reyes v. AbbVie Inc. et al |
| 1:16-cv-00431 | Rife v. Auxilium Parmaceuticals, Inc. et al |
| 1:16-cv-07792 | Riley v. AbbVie Inc. et al |
| 1:15-cv-11788 | Roberts v. AbbVie, Inc. et al |
| 1:16-cv-00710 | Rocco v. AbbVie Inc. et al |
| 1:16-cv-00359 | Rodriguez v. Abbott Laboratories et al |
| 1:16-cv-00275 | Rogan v. AbbVie, Inc. et al |
| 1:16-cv-00722 | Rogers v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-00452 | Rojas v. AbbVie, Inc et al |
| 1:16-cv-01003 | Ross v. AbbVie Inc. et al |
| 1:16-cv-00515 | Ryan v. AbbVie, Inc. et al |
| 1:16-cv-00154 | Sanchez v. AbbVie, Inc. et al |
| 1:16-cv-07682 | Sanders v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-07691 | Schultheis v. AbbVie Inc. et al |
| 1:16-cv-00707 | Sciretta v. AbbVie Inc. et al |
| 1:16-cv-06029 | Scott v. AbbVie Inc. et al |

| | |
|---|---|
| 1:16-cv-00539 | Scott v. AbbVie Inc et al |
| 1:16-cv-00330 | Sereno v. AbbVie, Inc. et al |
| 1:15-cv-02842 | Serrano v. AbbVie, Inc. et al |
| 1:16-cv-00729 | Sewell v. Actavis, Inc. et al |
| 1:16-cv-06022 | Sexton v. Pfizer, Inc. et al |
| 1:16-cv-05516 | Shames et al v. AbbVie, Inc. et al |
| 1:15-cv-11349 | Shames v. AbbVie, Inc. et al |
| 1:15-cv-03735 | Shamley v. Abbvie Inc. et al. |
| 1:16-cv-00468 | Shubert v. AbbVie, Inc et al |
| 1:16-cv-00657 | Siemons v. Actavis, Inc. et al |
| 1:16-cv-07695 | Simo v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-00189 | Simpkins v. AbbVie, Inc. et al |
| 1:16-cv-00693 | Simpson v. AbbVie Inc. et al |
| 1:16-cv-00531 | Sin v. AbbVie Inc. et al |
| 1:16-cv-00336 | Sistrunk v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-07577 | Smith v. AbbVie Inc. et al |
| 1:16-cv-00689 | Smith v. AbbVie Inc. et al |
| 1:16-cv-00535 | Smith v. AbbVie Inc et al |
| 1:15-cv-11352 | Snyder v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-00266 | Sorrell v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-00541 | Spears v. AbbVie Inc et al |
| 1:15-cv-05409 | Standley v. Endo Pharmaceuticals, Inc. et al. |
| 1:16-cv-06058 | Stills v. AbbVie, Inc. et al |
| 1:16-cv-04966 | Stokes v. AbbVie, Inc. et al |
| 1:16-cv-00255 | Stokley et al v. Abbott Laboratories et al |
| 1:16-cv-07406 | Strempek v. AbbVie Inc. et al |
| 1:15-cv-00315 | Sutton v. Abbvie et. al. |
| 1:16-cv-00677 | Swasey v. AbbVie, Inc. et al |
| 1:16-cv-06060 | Sykes v. AbbVie Inc. et al |
| 1:16-cv-00165 | Taylor v. AbbVie, Inc. et al |
| 1:15-cv-05466 | Taylor v. Actavis, Inc. et al |
| 1:16-cv-00128 | Thomas v. AbbVie, Inc. et al |
| 1:16-cv-00814 | Thomas v. Actavis, Inc. et al |
| 1:16-cv-06042 | Thomas v. AbbVie Inc. et al |
| 1:16-cv-00781 | Thomley v. AbbVie Inc. et al |
| 1:15-cv-11687 | Thompkins v. AbbVie, Inc. et al |
| 1:15-cv-11507 | Thompson v. Eli Lilly and Company et al |
| 1:16-cv-07488 | Tillery v. Pfizer, Inc. et al |
| 1:16-cv-07579 | Tracy v. AbbVie Inc. et al |
| 1:16-cv-04745 | Trapani v. Pfizer, Inc et al |
| 1:15-cv-09576 | Traweek v. AbbVie Inc. et al |
| 1:16-cv-07798 | Trillizio v. Pfizer, Inc. et al |
| 1:16-cv-04792 | Troxclair v. Pfizer, Inc. et al |
| 1:16-cv-01000 | Valle v. Endo Pharmaceuticals, Inc. et al |

| | |
|---|---|
| 1:16-cv-00271 | Varela v. AbbVie, Inc. et al |
| 1:15-cv-11454 | Vogas v. Endo Pharmaceuticals, Inc. et al |
| 1:16-cv-05542 | Walker et al v. Pfizer, Inc. et al |
| 1:16-cv-00669 | Wall v. Auxilium Pharmaceuticals, Inc. et al |
| 1:15-cv-11468 | Ward v. AbbVie, Inc. et al |
| 1:16-cv-05533 | Ware et al v. Auxilium Pharmaceuticals, Inc. et al |
| 1:15-cv-11821 | Washington v. AbbVie, Inc. et al |
| 1:16-cv-07409 | Webber v. Pfizer, Inc. et al |
| 1:16-cv-00628 | Weber v. Eli Lilly and Company et al |
| 1:16-cv-00718 | Wells v. Actavis, Inc. et al |
| 1:16-cv-00365 | West v. AbbVie Inc. et al |
| 1:16-cv-07472 | Wetsell v. AbbVie Inc. et al |
| 1:16-cv-00112 | White v. AbbVie, Inc. et al |
| 1:16-cv-00162 | Whittington v. AbbVie, Inc. et al |
| 1:16-cv-00912 | Wilcox v. AbbVie Inc. et al |
| 1:16-cv-00331 | Wilczynski v. Actavis, Inc. et al |
| 1:16-cv-00409 | Willey v. AbbVie Inc. et al |
| 1:15-cv-11466 | Williams v. AbbVie, Inc. et al |
| 1:16-cv-00406 | Williams v. AbbVie Inc et al |
| 1:16-cv-07585 | Williams et al v. Pharmacia & Upjohn Company, Inc |
| 1:16-cv-04725 | Willis v. Pfizer, Inc. et al |
| 1:16-cv-00464 | Wilson v. AbbVie Inc. et al |
| 1:16-cv-07866 | Woodward v. AbbVie Inc. et al |
| 1:15-cv-02630 | Worner v. AbbVie, Inc. et al |
| 1:16-cv-00361 | Yochum v. AbbVie Inc. et al |
| 1:16-cv-07689 | York v. AbbVie, Inc. et al |
| 1:16-cv-00085 | Young v. Eli Lilly & Co. et al |