# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document Relates to All Cases | Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |

## STATUS REPORT REGARDING
## BRANCH LAW FIRM CASES

The Court directed counsel to file this status report regarding substitution of counsel, the status of providing plaintiff's fact sheets, and the status of any pending motions to dismiss involving Branch Law Firm cases. Counsel for Meyers & Flowers have provided the corresponding status report for the 333 cases wherein they have entered their appearance, attached hereto as Exhibit A. Counsel for the Branch Law Firm have likewise provided a status report for their remaining 56 cases, attached as Exhibit B.

With respect to the status of any pending motions to dismiss, the parties have attached the relevant cases from last week's CMO 26 dismissal list, attached hereto as Exhibit C.

Dated: November 23, 2016          Respectfully submitted,

                                           */s/ Trent B. Miracle*
                                           Trent B. Miracle
                                           SIMMONS HANLY CONROY
                                           One Court Street
                                           Alton, IL 62002
                                           Telephone: (618) 259-2222
                                           Facsimile: (618) 259-2251
                                           tmiracle@simmonsfirm.com

                                           *Plaintiffs' Co-Lead Counsel*

Ronald Johnson, Jr.
**SCHACHTER, HENDY & JOHNSON PSC**
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
rjohnson@pschachter.com

*Plaintiffs' Co-Lead Counsel*

Christopher A. Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Counsel*

David M. Bernick
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone:  (212) 373-3405
Fax:  (212) 492-0405
dbernick@paulweiss.com

*Attorney for AbbVie, Inc.*

Hope S. Freiwald
**DECHERT LLP**
Cira Center
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2514
Fax: (215) 994-2222
hope.freiwald@dechert.com

*Attorney for AbbVie Inc. and Abbott Laboratories*

David E. Stanley
Janet H. Kwuon
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071

2

Tel: (213) 457-8000
dstanley@reedsmith.com
jkwuon@reedsmith.com

*Attorneys for Eli Lilly and Company and Lilly USA LLC*

Andrew K. Solow
**KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 836-7740
Fax: (212) 836-6776
andrew.solow@kayescholer.com

Pamela J. Yates
**KAYE SCHOLER LLP**
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Tel: (310) 788-1278
Fax: (310) 788-1200
pamela.yates@kayescholer.com

*Attorneys for Endo Pharmaceuticals Inc. and Auxilium Pharmaceuticals, Inc.*

Loren H. Brown
Cara D. Edwards
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 335-4500
Fax: (212) 335-4501
loren.brown@dlapiper.com
cara.edwards@dlapiper.com

Matthew A. Holian
Jessica C. Wilson
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Phone: (617) 406-6000
Fax: (617) 406-6001
Email: matt.holian@dlapiper.com
Email: jessica.wilson@dlapiper.com

*Attorneys for Pfizer Inc. and Pharmacia & Upjohn Company LLC*

Joseph P. Thomas
Jeffrey F. Peck
K.C. Green
Jeffrey D. Geoppinger
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Fax: (513) 698-5001
E-mail: jthomas@ulmer.com

*Attorneys for Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., and Anda, Inc.*

James W. Matthews (*pro hac vice*)
Katy E. Koski (*pro hac vice*)
Jason L. Drori (*pro hac vice*)
**FOLEY & LARDNER LLP**
111 Huntington Ave.
Boston, MA 02199
Tel: (617) 342 – 4000
Fax: (617) 342 – 4001
jmatthews@foley.com
kkoski@foley.com
jdrori@foley.com

Jonathan W. Garlough
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Tel: (312) 832 – 4500
Fax: (312) 832 – 4700
jgarlough@foley.com

*Attorneys for Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., and Anda, Inc.*

William F. Cavanaugh, Jr. (pro hac vice)
Jonah Moses Knobler (pro hac vice)
**PATTERSON BELKNAP WEBB & TYLER**
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000

Fax: (212) 336-2222
wfcavanaugh@pbwt.com
jknobler@pbwt.com

*Attorneys for AbbVie Inc. and Abbott Laboratories*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Brendan A. Smith*
