**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: TESTOSTERONE<br>REPLACEMENT THERAPY<br>PRODUCTS LIABILITY LITIGATION<br>--------------------------------------------------<br><br>This document concerns all actions | )<br>)<br>)<br>)<br>)<br>) | Case No. 14 C 1748<br><br>MDL No. 2545 |

**CASE MANAGEMENT ORDER NO. 38**
**(Sequence of AbbVie-only bellwether trials)**

Having considered the parties' submissions, the Court sets the following sequence for the AbbVie-only bellwether trial cases:

1. Jeffrey Konrad (15-cv-966)

2. Jesse Mitchell (14-cv-9178)

3. Edward Cribbs (15-cv-1056), *unless* both the Konrad and Mitchell cases are actually tried in June-July 2017, in which case the Cribbs case will drop two slots in the sequence, i.e., after the Myers case)

4. Robert Nolte (14-cv-8135)

5. Arthur Myers (15-cv-1085)

6. Robert Rowley (15-cv-2760)

7. Cecile Frost (15-cv-1484)

MATTHEW F. KENNELLY
United States District Judge

Date: 3/15/2017