## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| | MDL No. 2545 |
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Master Docket Case No. 1:14-cv-01748 |
| | Honorable Matthew F. Kennelly |
| This document applies to: | |
| All Cases | |

## PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MEMORANDUM OF LAW IN OPPOSITION TO MOTION OF ABBVIE DEFENDANTS FOR SUMMARY JUDGMENT ON PLAINTIFFS' FAILURE TO WARN CLAIMS

The Plaintiffs' Steering Committee hereby moves the Court for leave to file notice of supplemental authority with respect to Plaintiffs' Steering Committee's Memorandum of Law in Opposition to Motion of AbbVie Defendants for Summary Judgment on Plaintiffs' Failure to Warn Claims ("Failure to Warn Opposition"), Doc. #1807. The Failure to Warn Opposition was filed on March 21, 2017. On March 22, 2017, the United States Court of Appeals for the Third Circuit issued its decision in *In re: Fosamax (Alendronate Sodium) Products Liability Litigation*, No. 14-2590, __ F.3d __, 2017 WL 1075047 (3d Cir., March 22, 2017), reversing the district court's grant of summary judgment, on grounds of preemption, with respect to failure to warn and design defect claims. Plaintiffs respectfully request the Court grant leave to submit notice of that opinion, attached hereto, as supplemental authority further supporting the arguments in Section I of the Failure to Warn Opposition.


Dated:  March 29, 2017                     Respectfully submitted,


                                            */s/ Trent B. Miracle*
                                            Trent B. Miracle
                                            SIMMONS HANLY CONROY
                                            One Court Street
                                            Alton, IL 62002

Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com


Ronald Johnson, Jr.
SCHACHTER, HENDY & JOHNSON PSC
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
Email: rjohnson@pschacter.com

Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com


Plaintiffs' Co-Lead Counsel *on behalf of* Plaintiffs'
Steering Committee

### CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2017, I electronically transmitted the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service to all parties/counsel registered to received copies in this case.

/s/ Brendan A. Smith
Brendan A. Smith
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: bsmith@simmonsfirm.com