**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br>Master Docket Case No. 1:14-cv-01748<br>Honorable Matthew F. Kennelly |
| This document applies to:<br>All Cases | |

**PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to the Court's March 30, 2017 minute order, granting Plaintiffs' Motion to File Notice of Supplemental Authority, Plaintiffs hereby provide the Court with notice of supplemental authority with respect to Plaintiffs' Steering Committee's Memorandum of Law in Opposition to Motion of AbbVie Defendants for Summary Judgment on Plaintiffs' Failure to Warn Claims ("Failure to Warn Opposition"), Doc. #1807. The Failure to Warn Opposition was filed on March 21, 2017. On March 22, 2017, the United States Court of Appeals for the Third Circuit issued its decision in *In re: Fosamax (Alendronate Sodium) Products Liability Litigation*, No. 14-2590, __ F.3d __, 2017 WL 1075047 (3d Cir., March 22, 2017), reversing the district court's grant of summary judgment, on grounds of preemption, with respect to failure to warn and design defect claims. Plaintiffs respectfully submit that opinion, attached hereto, as supplemental authority further supporting the arguments in Section I of the Failure to Warn Opposition.

Dated: March 30, 2017          Respectfully submitted,

                                       */s/ Trent B. Miracle*
                                       Trent B. Miracle
                                       SIMMONS HANLY CONROY
                                       One Court Street
                                       Alton, IL 62002
                                       Phone: (618) 259-2222
                                       Fax: (618) 259-2252
                                       Email: tmiracle@simmonsfirm.com

Ronald Johnson, Jr.
SCHACHTER, HENDY & JOHNSON PSC
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
Email: rjohnson@pschacter.com

Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com

Plaintiffs' Co-Lead Counsel *on behalf of* Plaintiffs' Steering Committee

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2017, I electronically transmitted the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service to all parties/counsel registered to received copies in this case.

>  */s/ Brendan A. Smith*
> Brendan A. Smith
> SIMMONS HANLY CONROY
> One Court Street
> Alton, IL 62002
> Phone: (618) 259-2222
> Fax: (618) 259-2252
> Email: bsmith@simmonsfirm.com