IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| This document applies to:<br>All Cases | |

**PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs hereby provide the Court with notice of supplemental authority with respect to: (a) Plaintiffs' Steering Committee's Memorandum of Law in Opposition to Motion of AbbVie Defendants for Summary Judgment on Plaintiffs' "Off-Label" Marketing Claims, and to Exclude Plaintiffs' Expert Testimony on the Issue of "Off-Label" Marketing ("Off-Label Opposition"), Doc. #1803; and (b) Plaintiffs' Steering Committee's Memorandum of Law in Opposition to Motion of AbbVie Defendants to Exclude Plaintiffs' Expert Testimony on the Issue of Causation, and for Summary Judgment ("Causation Opposition"), Doc. #1812. The Off-Label Opposition was filed on March 21, 2017 and the Causation Opposition was filed on March 23, 2017. On April 13, 2017, the United States District Court for the Eastern District of Louisiana issued its decision in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, No. 2:14-md-2592, D.E. 6198 (E.D. La., April 13, 2017), denying defendants' motion to exclude certain opinions of Dr. David Kessler and Dr. Henry Rinder. Plaintiffs respectfully submit that opinion, attached hereto, as supplemental authority further supporting the arguments in Section I of the Off-Label Opposition and Sections II and III of the Causation Opposition.

Dated: April 21, 2017

Respectfully submitted,

/s/ Trent B. Miracle
Trent B. Miracle
SIMMONS HANLY CONROY

One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

Ronald Johnson, Jr.
SCHACHTER, HENDY & JOHNSON PSC
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
Email: rjohnson@pschacter.com

Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com

Plaintiffs' Co-Lead Counsel *on behalf of* Plaintiffs' Steering Committee

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2017, I electronically transmitted the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service to all parties/counsel registered to received copies in this case.

*/s/ Brendan A. Smith*
Brendan A. Smith
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: bsmith@simmonsfirm.com