**United States District Court**

**Northern District of Illinois**

**Eastern Division**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY | Master Case Docket |
| | No. 1:14-cv-1748 |
| THIS DOCUMENT RELATES TO: Cases Included in Exhibit A & B | MDL No. 2545 |
| | Honorable Matthew F. Kennelly |

**MOTION FOR LEAVE TO FILE PLAINTFFS'**

**AMENDED MOTION TO SUBSTITUTE COUNSEL**

**COMES NOW,** the undersigned, who hereby moves this Court for leave to amend their original Motion to Substitute Counsel, Doc. 1906, as the list of case numbers contained in the attached Exhibits "A" and "B " incorrectly reflected the case action numbers, some being action numbers originally assigned to the action prior to the matter being transfer to this MDL, and not the later assigned and correct MDL-2545 related action numbers.

WHEREFORE, the undersigned respectfully requests that this Court grant Movers leave to amend their original motion for withdrawal and substitution of counsel by replacing and substituting the original Exhibits "A" and "B" with corrected lists of case action numbers, attached herein and entitled "Corrected Exhibit A" and "Corrected Exhibit B" .

DATED this 16$^h$ day of June, 2017.          Morris Bart, LLC


S/ Richard L. Root
Richard L. Root, Esq. LA Bar #19988
John Enochs, Esq. (Lead Attorney)
601 Poydras Street, 24th Floor
New Orleans, LA 70131
504-525-8000 – Telephone
504-599-3392 – Facsimile
rroot@morrisbart.com
jenochs@morrisbart.com