**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: TESTOSTERONE | ) | |
| REPLACEMENT THERAPY | ) | Case No. 1:14-cv-1748 |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2545 |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| **ALL CASES LISTED ON** | ) | |
| **ATTACHED EXHIBIT A** | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Plaintiffs listed on the attached Exhibit A respectfully move this Court, pursuant to Local Rule 83.17, to grant leave for Rick David Bailey to withdraw as counsel in the cases on Exhibit A. In support of this Motion, Plaintiffs state as follows:

1.     Mr. Bailey is no longer employed at Burg Simpson Eldredge Hersh & Jardine, P.C. and will no longer represent the Plaintiffs in these actions.

2.     Other counsel of record from Burg Simpson Eldredge Hersh & Jardine, P.C. continue to represent Plaintiffs in these actions and should continue to receive service of all future pleadings, notices, and filings.

WHEREFORE, for the foregoing reasons, Plaintiffs hereby respectfully request that this Court grant leave for Mr. Bailey to withdraw as counsel.

Dated: July 27, 2017                                   Respectfully submitted,

*/s/ Meghan C. Quinlivan*
Seth A. Katz
Meghan C. Quinlivan
**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112
(303) 792-5595
Fax: (303) 708-0527
skatz@burgsimpson.com
mquinlivan@burgsimpson.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Meghan C. Quinlivan, hereby certify that on July 27, 2017, the foregoing Motion For Leave to Withdraw as Counsel, was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

*/s/ Meghan C. Quinlivan*