# EXHIBIT A

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL RE RICK DAVID BAILEY
BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.**

| No. | Plaintiff's First Name | Plaintiff's Last Name | Docket No. |
|---|---|---|---|
| 1 | Caroll | Fulkerson | 1:14-cv-03715 |
| 2 | Betty | Jessup | 1:14-cv-03773 |
| 3 | Thomas | Luebke | 1:14-cv-04031 |
| 4 | Robert | Taylor | 1:14-cv-05232 |
| 5 | Ralph | Perez | 1:14-cv-05314 |
| 6 | Theodor | Diesslin | 1:14-cv-06770 |
| 7 | In Re: Testosterone Replacement Therapy Products Liability Litigation | | 1:14-cv-01748 |