## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE: TESTOSTERONE                     Case No. 1:14-cv-01748
REPLACEMENT THERAPY PRODUCTS            MDL 2545
LIABILITY LITIGATION

This document relates to: <u>ALL CASES</u>     **JUDGE MATTHEW F. KENNELLY**
<u>IDENTIFIED ON ATTACHED</u>
<u>EXHIBIT A TO MOTION FOR</u>
<u>SUBSTITUTION OF COUNSEL</u>

## <u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Judge

Matthew F. Kennelly on Thursday, August 24, 2017 at 1:30 pm, in Courtroom 2103, in the

Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago,

Illinois, and will present Burg Simpson Eldredge Hersh & Jardine, P.C.'s Motion for Leave to

Withdraw as Counsel, a copy of which has been served via the Court's CM/ECF system.


Dated: July 27, 2017                    Respectfully submitted,

                                        **BURG SIMPSON**
                                        **ELDREDGE HERSH  JARDINE, P.C.**

                                        */s/ Meghan C. Quinlivan*
                                        Seth A. Katz
                                        Meghan C. Quinlivan
                                        40 Inverness Drive East
                                        Englewood, CO 80112
                                        Tel: (303) 792-5595
                                        Fax: (303) 708-0527
                                        skatz@burgsimpson.com
                                        mquinlivan@burgsimpson.com

## CERTIFICATE OF SERVICE

I, Meghan C. Quinlivan, hereby certify that on the date listed below the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notifications of such filing to all registered attorneys of record.

Dated: July 27, 2017

/s/ Meghan C. Quinlivan
Meghan C. Quinlivan