**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| | Master Docket Case No. 1:14-cv-01748 |
| | Honorable Matthew F. Kennelly |
| THIS DOCUMENTS RELATES TO: | |
| *All Cases Listed in Exhibit A* | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, defendants Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., and Anda, Inc. (hereinafter "Actavis defendants") by and through counsel, hereby request that attorney Victoria J. Langton be withdrawn as counsel in the cases referenced in Exhibit A, attached hereto. In support of this Motion, Actavis defendants state as follows:

1.     Actavis is currently represented in this MDL and in the individual cases referenced in Exhibit A by Joseph P. Thomas, Jeffrey F. Peck, K.C. Green, and Jeffrey D. Geoppinger of Ulmer & Berne LLP.

2.     Ms. Langton is no longer employed with Ulmer & Berne LLP and will no longer be representing the Actavis defendants in the cases referenced in Exhibit A. Ms. Langton does not need notice of filings in those matters and Actavis defendants request she be removed from all service lists, including the CM/ECF system.

3.     Joseph P. Thomas, Jeffrey F. Peck, K.C. Green, and Jeffrey D. Geoppinger of Ulmer & Berne LLP will continue to represent Actavis defendants in this MDL and have filed notices of appearance. Joseph P. Thomas will continue to act as lead counsel.

WHEREFORE, for the foregoing reasons, Actavis defendants respectfully asks that this Court grant leave to withdraw and to remove Victoria J. Langton from all service lists as counsel for the Actavis defendants in the cases referenced in Exhibit A, attached hereto.

Dated:  July 27, 2017                                      Respectfully submitted,


                                                          /s/ *Jeffrey D. Geoppinger*
                                                          Jeffrey D. Geoppinger
                                                          Ulmer & Berne LLP
                                                          600 Vine Street, Suite 2800
                                                          Cincinnati, Ohio  45202-2409
                                                          (513) 698-5000
                                                          (513) 698-5001 FAX
                                                          jgeoppinger@ulmer.com

                                                          *Attorney for Defendants*
                                                          *Actavis, Inc., Actavis Pharma, Inc., Actavis*
                                                          *Laboratories UT, Inc., Anda, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


                                                          /s/ *Jeffrey D. Geoppinger*

## <u>EXHIBIT A</u>

| | |
|---|---|
| *Dale Ellis v. Actavis, Inc., et al.* | 1:16-cv-00558 |
| *Bernard Russell v. Actavis, Inc., et al.* | 1:16-cv-00604 |