## UNITED STATES DISTRICT COURT NORTHERN
### DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE <u>REPLACEMENT THERAPY</u> <u>PRODUCTS LIABILITY</u> <u>LITIGATION</u> | MDL No. 2545 |
| **THIS DOCUMENT RELATES TO:** *All Cases Listed in Exhibit A* | Master Docket Case No. 1:14-cv-01748 Honorable Matthew F. Kennelly |

## <u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL</u>

Pursuant to Local Rule 83.17, Rebecca A.G. Robertson moves this Court to grant her leave to withdraw as counsel in the cases referenced in Exhibit A attached hereto. In support of this Motion, she states as follows:

1. Rebecca A.G. Robertson is leaving MacDonald Rothweiler Eisenberg LLP effective October 20, 2017.

2. Alex H. MacDonald and Kenneth Rothweiler of MacDonald Rothweiler Eisenberg LLP will continue to represent the respective Plaintiffs in each of these cases. Therefore, Plaintiffs will not be prejudiced by this withdrawal.

3. Rebecca A.G. Robertson will no longer be representing the Plaintiffs in these cases, and requests to be removed from all service lists, including the CM/ECF system.

4. Alex H. MacDonald and Kenneth Rothweiler should continue to receive notices from service lists, including the CM/ECF system.

WHEREFORE, Rebecca A.G. Robertson respectfully asks that this Court grant leave for her to withdraw and to remove her from all service lists as counsel for the Plaintiffs referenced in Exhibit A attached hereto.

Dated this 18th day of October, 2017.

MACDONALD, ROTHWEILER & EISENBERG LLP

/s/ *Rebecca A.G. Robertson*_____
Rebecca A.G. Robertson
MACDONALD ROTHWEILER & EISENBERG LLP
1 Bowdoin Square, 8th Floor
Boston, MA 02114
(617)747-7550
rrobertson@mrelegal.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Rebecca A.G. Robertson, hereby certify that on October 18, 2017, the foregoing Motion For Leave to Withdraw as Counsel was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

/s/ Rebecca A.G. Robertson_____
Rebecca A.G. Robertson