**EXHIBIT A**

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL RE REBECCA A.G. ROBERTSON FOR MACDONALD ROTHWEILER EISENBERG LLP**

| Case Name | Docket Number |
|---|---|
| Estate of Jerry Bowers v. AbbVie, Inc. et al. | 1:14-cv-09475 |
| DeMatteo v. Abbott Laboratories, Inc. et al. | 1:14-cv-04547 |
| Estate of Jonathon Davis et. Al. v. AbbVie, Inc. et al. | 1:15-cv-02381 |
| Ondras v. Professional Compounding Centers of America et al. | 1:15-cv-04595 |
| Zebrowski v. Endo Pharmaceuticals, Inc. | 1:15-cv-08677 |
| Weintraub et al. v. AbbVie, Inc. et al. | 1:15-cv-08683 |
| Davis et al v. AbbVie, Inc. et al. | 1:15-cv-09842 |
| Cearley v. AbbVie, Inc. et al. | 1:15-cv-10498 |
| Harper v. AbbVie, Inc. et al. | 1:15-cv-11158 |
| Cunningham et al. v. Endo Pharmaceuticals, Inc. et al. | 1:16-cv-01128 |
| Hartman et al. v. AbbVie, Inc. et al. | 1:16-cv-01138 |
| Jung v. Actavis Plc et al. | 1:16-cv-01139 |
| Sims v. AbbVie, Inc. et al. | 1:16-cv-01144 |
| Ross et al. v. AbbVie, Inc. et al. | 1:16-cv-01758 |
| Smith v. AbbVie, Inc. et al. | 1:16-cv-01762 |
| Tallevast v. AbbVie, Inc. et al. | 1:16-cv-01772 |
| Lydon v. AbbVie, Inc. et al. | 1:16-cv-02170 |
| Weiser et al. v. AbbVie, Inc. et al. | 1:16-cv-02488 |
| Calhoun v. AbbVie, Inc. et al. | 1:16-cv-03626 |
| Muldoon v. AbbVie, Inc. et al. | 1:16-cv-03630 |
| Luster et al. v. Eli Lilly and Company et al. | 1:16-cv-03808 |
| Bedford v. Eli Lilly and Company et al. | 1:16-cv-01607 |
| Bell v. AbbVie, Inc. et al. | 1:16-cv-01713 |
| Branson v. AbbVie, Inc. et al. | 1:16-cv-01778 |
| Cline v. AbbVie, Inc. et al. | 1:16-cv-01535 |
| Dahn v. Actavis, Inc. et al. | 1:16-cv-01738 |
| Flowers v. AbbVie, Inc. et al. | 1:16-cv-01728 |
| Gallagher v. AbbVie, Inc. et al. | 1:16-cv-01705 |
| Garnett v. AbbVie, Inc. et al. | 1:16-cv-01652 |
| Hansmann v. AbbVie, Inc. et al. | 1:16-cv-01695 |
| Harrison v. AbbVie, Inc. et al. | 1:16-cv-01773 |
| Kirby v. AbbVie, Inc. et al. | 1:16-cv-01718 |
| Law v. AbbVie, Inc. et al. | 1:16-cv-01741 |
| Lunger v. AbbVie Products LLC et al. | 1:16-cv-01732 |
| Manear v. AbbVie, Inc. et al. | 1:16-cv-01781 |

| | |
|---|---|
| Meyer v. AbbVie, Inc. et al. | 1:16-cv-01601 |
| Morgan v. Endo Pharmaceuticals, Inc. | 1:16-cv-01596 |
| Morris v. AbbVie, Inc. et al. | 1:16-cv-01754 |
| Nester v. AbbVie, Inc. et al. | 1:16-cv-01734 |
| Newman v. AbbVie, Inc. et al. | 1:16-cv-01613 |
| Paul v. AbbVie, Inc. et al. | 1:16-cv-01622 |
| Paulsen v. Endo Pharmaceuticals, Inc. | 1:16-cv-01609 |
| Pollock v. AbbVie, Inc. et al. | 1:16-cv-01760 |
| Posey v. AbbVie, Inc. et al. | 1:16-cv-01785 |
| Reynolds v. AbbVie, Inc. et al. | 1:16-cv-01791 |
| Rodgers v. AbbVie, Inc. et al. | 1:16-cv-01786 |
| Rutledge v. AbbVie, Inc. et al. | 1:16-cv-01787 |
| Snyder v. Endo Pharmaceuticals, Inc. et al. | 1:16-cv-01744 |
| Waite v. AbbVie, Inc. et al. | 1:16-cv-01593 |
| Whitehead et al. v. Endo Pharmaceuticals, Inc. et al. | 1:16-cv-01709 |
| Williams v. AbbVie, Inc. et al. | 1:16-cv-01764 |
| Michalski et al. v. AbbVie, Inc. et al. | 1:16-cv-02030 |
| Whelan et al v. AbbVie, Inc. et al. | 1:16-cv-03965 |
| Allen et al v. AbbVie, Inc. et al. | 1:16-cv-01739 |
| In Re: Testosterone Replacement Therapy Products Liability Litigation | 1:14-cv-01748 |