# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| **THIS DOCUMENT RELATES TO:** *All Cases Listed in Exhibit A* | Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that counsel from MacDonald Rothweiler Eisenberg LLP will appear before the Honorable Judge Matthew F. Kennelly on Wednesday, November 1, 2017 at 9:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 2103, in Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and shall present:  Counsel's Motion for Leave to Withdraw as Counsel, a copy of which has been served via CM/ECF.

## CERTIFICATE OF SERVICE

I, Rebecca A.G. Robertson, hereby certify that on October 18, 2017, the foregoing Motion For Leave to Withdraw as Counsel was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

/s/ Rebecca A.G. Robertson
Rebecca A.G. Robertson