**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: TESTOSTERONE | ) | MDL No. 2545 |
| REPLACEMENT THERAPY | ) | Master Docket Case No. 1:14-cv-1748 |
| PRODUCTS LIABILITY LITIGATION | ) | Honorable Matthew F. Kennelly |
| ------------------------------------------------------ | ) | |
| | ) | |
| This Document Relates to Case: | ) | |
| | ) | |
| Frederick Alexander, et al, | ) | |
| | ) | |
| v. AbbVie, Inc., *et al.* | ) | |

## MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

Plaintiff's counsel, Brian J. Perkins and MEYERS & FLOWERS, LLC, move this Court for leave to withdraw as counsel for plaintiffs below. In support of this motion, movants state as follows:

**A.** MEYERS & FLOWERS, LLC filed an appearance on behalf of the plaintiffs in the following cases:

1. Frederick Alexander (Case No. 1:15-cv-5153);
2. Austin Amobi (Case No. 1:15cv-4200);
3. Edward Barnes (Case No. 1:16-cv-836);
4. Joseph Constante (Case No. 1:16-cv-607);
5. Harrell Cross (Case No. 1:16-cv-6027);
6. Steven Crouch (Case No. 1:16-cv-272);
7. Alfredo Cruz (Case No. 1:16-cv-7867);
8. Ralph Dunham (Case No. 1:16-cv-645);
9. Steve Eden (Case No. 1:15-cv-11388);
10. Julian Fagan (Case No. 1:16-cv-685);
11. Roger Fleagle (Case No. 1:16-cv-6056);
12. Walter Fletcher (Case No. 1:15-cv-11689);
13. John German (Case No. 1:16-cv-282);
14. Javier Gonzales (Case No. 1:16-cv-473);
15. Randall Griffith (Case No. 1:16-cv-408);
16. Juan Guerra (Case No. 1:16-cv-824);
17. Melvin Harris (Case No. 1:16-cv-159);
18. Derrick Hornsby (Case No. 1:16-cv-511);
19. Michael Johnson (Case No. 1:16-cv-974);
20. Walter Johnson (Case No. 1:16-cv-421);
21. Columbus Jones (Case No. 1:16-cv-75);

    22. Jesse Kiger (Case No. 1:16-cv-678);
    23. Phil Konyn (Case No. 1:16-cv-7471);
    24. Jerry Lane (Case No. 1:15-cv-11819);
    25. Matthew LeBaron (Case No. 1:16-cv-11162);
    26. David Long (Case No. 1:16-cv-670);
    27. Homer Miller (Case No. 1:16-cv-344);
    28. Kevin Miller (Case No. 1:16-cv-996);
    29. Phillip Miller (Case No. 1:16-cv-276);
    30. Gary Nash (Case No. 1:16-cv-731);
    31. Russell Parkhurst (Case No. 1:16-cv-674);
    32. Jerry Sanders (Case No. 1:16-cv-7682);
    33. Scott Shubert (Case No. 1:16-cv-468);
    34. Herbert Simpson (Case No. 1:16-cv-693);
    35. Norman Snyder (Case No. 1:15-cv-11352);
    36. Zeggory Thompkins (Case No. 1:15-cv-11687);
    37. Sontino Trillizio (Case No. 1:16-cv-7798);
    38. Harold Worner (Case No. 1:15-cv-2630); and
    39. Gerald Yochum (Case No. 1:16-cv-361).

**B.** MEYERS & FLOWERS, LLC wishes to withdraw its appearance for the above-listed plaintiffs. The reasons for the request to withdraw are stated in **Exhibit A**, an affidavit which is being filed as a sealed document only to be viewed by the Court and not to be viewed by any counsel. Pursuant to Seventh Circuit Operating Procedure 10(a), MEYERS & FLOWERS, LLC requests this Honorable Court to Order **Exhibit A** be sealed.

**C.** Attached to this motion is a Notification of Party Contact Information Form.

**D.** MEYERS & FLOWERS, LLC is sending Notice of this motion to each of the above-listed Plaintiffs by U.S. Mail.

    **WHEREFORE**, movants request that this Court enter an Order withdrawing the appearance of MEYERS & FLOWERS, LLC as counsel for plaintiffs listed above.

        Respectfully submitted,

        MEYERS & FLOWERS, LLC

        */s/ Brian J. Perkins*
        Brian J. Perkins, Esq.
        MEYERS & FLOWERS, LLC
        3 N Second Street, Suite 300
        St. Charles, IL 60174
        (630)232-6333
        bjp@meyers-flowers.com