06/12/15

## United States District Court
## Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:15-cv-5153

**Case Title**: Alexander v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:
BRIAN J. PERKINS

**Name of Client**:
Frederick Alexander

**Mailing address of Client**: 2815 Dogwood Kelly Road

**City:** Hopkinsville          **State:** KY

**Zip:** 42240          **Telephone Number:** 270-269-2584

**I attest that the above information is true and correct to the best of my knowledge.**

Signed: _____

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:15-cv-4200

**Case Title**: Amobi v. Eli Lilly & Company, et al

**Judge**: Honorable Matthew F. Kennelly

**Name of Attorney submitting the motion to withdraw**:

BRIAN J. PERKINS

**Name of Client**:

Austin Amobi

**Mailing address of Client**: 374 Village Breen Drive

**City:** Nashville                    **State:** TN

**Zip:** 37217                    **Telephone Number:** 615-506-5643

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** _____

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-836

**Case Title**: Barnes v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

BRIAN J. PERKINS

**Name of Client**:

Edward Barnes

**Mailing address of Client**: 6065 Autumn View Trail

**City**: Acworth              **State**: GA

**Zip**: 30101          **Telephone Number**: 949-636-1781

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed**: _____

**Date**: 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-607

**Case Title**: Constante v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

BRIAN J. PERKINS

**Name of Client**:

Joseph Constante

**Mailing address of Client**: 231 E Caesar Avenue

**City:** Kingsville           **State:** TX

**Zip:** 78363           **Telephone Number:** 361-720-1048

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** _____

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other
attorney of record has been noted on the docket. A completed form must be electronically filed
as an attachment to the motion to withdraw. The address and telephone number of your client
must be completed on this form to enable the Court to contact your client in the future if the
motion to withdraw is granted.

**Case Number**: 1:16-cv-6027

**Case Title**: Cross v. Auxilium Pharmaceuticals, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:
BRIAN J. PERKINS

**Name of Client**:
Harrell Cross

**Mailing address of Client**: 10445 Clarkson Street

**City:** Northglenn                          **State:** CO

**Zip:**  80233                 **Telephone Number:** 303-452-2755

**I attest that the above information is true and correct to the best of my
knowledge.**

Signed: _____

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-272

**Case Title**: Crouch v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

BRIAN J. PERKINS

**Name of Client**:

Steven Crouch

**Mailing address of Client**: 217 N F Street

**City**: Hamilton                       **State**: OH

**Zip**: 45013          **Telephone Number**: 513-546-6236

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed**: _____

**Date**: 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-7867

**Case Title**: Cruz v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennelly

**Name of Attorney submitting the motion to withdraw**:

BRIAN J. PERKINS

**Name of Client**:

Alfredo Cruz

**Mailing address of Client**: 37 Congress Street, Apt. 9

**City:** Nashua                    **State:** NH

**Zip:** 03062            **Telephone Number:** 978-390-1412

**I attest that the above information is true and correct to the best of my knowledge.**

Signed: _____

**Date:** 10/26/2017

06/12/15

### United States District Court
### Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-645

**Case Title**: Dunham v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

BRIAN J. PERKINS

**Name of Client**:

Ralph Dunham

**Mailing address of Client**: 447 Pinecrest Drive

**City**: Riverdale                     **State**: GA

**Zip**: 30274                    **Telephone Number**: 770-789-5242

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed**: _____

**Date**: 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:15-cv-11388

**Case Title**: Eden v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

BRIAN J. PERKINS

**Name of Client**:

Steve Eden

**Mailing address of Client**: 6708 Charlene Avenue

**City**: San Diego                    **State**: CA

**Zip**: 92114                    **Telephone Number**: 619-279-7630

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed**: _____

**Date**: 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-685

**Case Title**: Fagan v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennelly

**Name of Attorney submitting the motion to withdraw**:

BRIAN J. PERKINS

**Name of Client**:

Julian Fagan

**Mailing address of Client**: 4546 Northwood Avenue

**City**: Columbus                     **State**: GA

**Zip**: 31907                     **Telephone Number**: 706-888-4500

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed**: _____

**Date**: 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-6056

**Case Title**: Fleagle v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

    BRIAN J.PERKINS

**Name of Client**:

    Roger Fleagle

**Mailing address of Client**: 15 Woodbrook Drive

**City**: Mantua                    **State**: NJ

**Zip**:  08051               **Telephone Number**: 609-970-1985

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed**: _____

**Date**: 10/26/2017

06/12/15

### United States District Court
### Northern District of Illinois

#### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:15-cv-11689

**Case Title**: Fletcher v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:
BRIAN J. PERKINS

**Name of Client**:
Walter Fletcher

**Mailing address of Client**: 1132 South Elizabeth Street

**City:** Kokomo                          **State:** IN

**Zip:** 46902                          **Telephone Number:** 765-631-1281

**I attest that the above information is true and correct to the best of my knowledge.**

Signed:

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-282

**Case Title**: German v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennelly

**Name of Attorney submitting the motion to withdraw**:
BRIAN J. PERKINS

**Name of Client**:
John German

**Mailing address of Client**: 2811 Haven Place

**City**: Anderson                    **State**: IN

**Zip**: 46011                    **Telephone Number**: 765-644-2609

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed**: _[signature]_

**Date**: 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-473

**Case Title**: Gonzales v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

BRIAN J. PERKINS

**Name of Client**:

Javier Gonzales

**Mailing address of Client**: 2537 Fulton Drive

**City:** Corpus Christi                    **State:** TX

**Zip:** 78414                    **Telephone Number:** 361-815-6201

**I attest that the above information is true and correct to the best of my knowledge.**

Signed: _____

**Date:** 10/26/2017

06/12/15

# United States District Court
## Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-408

**Case Title**: Griffith v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:
BRIAN J. PERKINS

**Name of Client**:
Randall Griffith

**Mailing address of Client**: 5574 Notasulga Road

**City**: Notasulga          **State**: AL

**Zip**: 36866          **Telephone Number**: 334-369-8905

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed**: _[signature]_

**Date**: 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-824

**Case Title**: Guerra v. Actavis, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

BRIAN J. PERKINS

**Name of Client**:

Juan Guerra

**Mailing address of Client**: 521 S 6th Avenue

**City:** Edinburg                    **State:** TX

**Zip:** 78539          **Telephone Number:** 956-378-0749

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** _____

**Date:** 10/26/2017

06/12/15

## United States District Court
## Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-159

**Case Title**: Harris v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

BRIAN J. PERKINS

**Name of Client**:

Melvin Harris

**Mailing address of Client**: 5348 Plum Street

**City:** Richmond          **State:** VA

**Zip:** 23237          **Telephone Number:** 804-349-6138

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:**

**Date:** 10/26/2017

06/12/15

## United States District Court
## Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-511

**Case Title**: Hornsby v. Auxilium Pharmaceuticals, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:
BRIAN J. PERKINS

**Name of Client**:
Derrick Hornsby

**Mailing address of Client**: 2215 US Highway 331 N

**City**: Defuniak Springs      **State**: FL

**Zip**: 32435      **Telephone Number**: 413-302-2297

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed**: _____

**Date**: 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-974

**Case Title**: Johnson v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennelly

**Name of Attorney submitting the motion to withdraw**:

    BRIAN J. PERKINS

**Name of Client**:

  Michael Johnson

**Mailing address of Client**: 2685 East 61st Street

**City:** Cleveland                **State:** OH

**Zip:** 44104           **Telephone Number:** 216-432-0512

**I attest that the above information is true and correct to the best of my knowledge.**

Signed: _____

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-421

**Case Title**: Johnson v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:
BRIAN J. PERKINS

**Name of Client**:
Walter Johnson

**Mailing address of Client**: PO BOX 181

**City:** Mount Sterling          **State:** KY

**Zip:** 40353          **Telephone Number:** 859-498-1808

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** _____

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-75

**Case Title**: Jones v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennelly

**Name of Attorney submitting the motion to withdraw**:
    BRIAN J. PERKINS

**Name of Client**:
    Columbus Jones

**Mailing address of Client**: 959 East Boston Avenue

**City**: Youngstown          **State**: OH

**Zip**: 44502          **Telephone Number**: 330-397-8401

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed**: _____

**Date**: 10/26/2017

06/12/15

### United States District Court
### Northern District of Illinois

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-678

**Case Title**: Kiger v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

Brian J. Perkins

**Name of Client**:

Jesse Kiger

**Mailing address of Client**: 233 Garards Fort Road

**City:** Garards Fort                    **State:** PA

**Zip:**  15334                    **Telephone Number:** 304-534-0560

**I attest that the above information is true and correct to the best of my knowledge.**

Signed: _____

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-7471

**Case Title**: Konyn v. Endo Pharmaceuticals Inc.

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

Brian J. Perkins

**Name of Client**:

Phil Konyn

**Mailing address of Client**: 202 Milroy Drive

**City:** Peterborough          **State:** ON

**Zip:** K9H7M8          **Telephone Number:** 705-559-4511

**I attest that the above information is true and correct to the best of my knowledge.**

Signed: _____

**Date:** 10/26/2017

06/12/15

### United States District Court
### Northern District of Illinois

#### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:15-cv-11819

**Case Title**: Lane v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

Brian J. Perkins

**Name of Client**:

Jerry Lane

**Mailing address of Client**: 3022 White Road

**City**: Spencer                          **State**: IN

**Zip**: 47460                          **Telephone Number**: 812-876-4680

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed**: _____

**Date**: 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-11162

**Case Title**: Lebaron v. Auxilium Pharmaceuticals, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

Brian J. Perkins

**Name of Client**:

Matthew LeBaron

**Mailing address of Client**: 431 Maple Avenue

**City:** Manheim                    **State:** PA

**Zip:** 17545                    **Telephone Number:** 607-438-9481

**I attest that the above information is true and correct to the best of my knowledge.**

Signed: _____

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-670

**Case Title**: Long v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

Brian J. Perkins

**Name of Client**:

David Long

**Mailing address of Client**: 19 Bobwhite Court

**City:** Amelia                          **State:** OH

**Zip:**  45102                    **Telephone Number:** 513-532-5732

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** _____

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-344

**Case Title**: Miller v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

Brian J. Perkins

**Name of Client**:

Homer Miller

**Mailing address of Client**: 5178 West State Highway 20, Space 21

**City:** Upper Lake          **State:** CA

**Zip:** 95485          **Telephone Number:** 707-275-8011

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** _____

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-996

**Case Title**: Miller v. Endo Pharmaceuticals, Inc.

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

Brian J. Perkins

**Name of Client**:

Kevin Miller

**Mailing address of Client**: 7952 South Phillips, 2nd Floor

**City:** Chicago                    **State:** IL

**Zip:** 60617                    **Telephone Number:** 872-206-3697

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** _____

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-276

**Case Title**: Miller v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:
Brian J. Perkins

**Name of Client**:
Phillip Miller

**Mailing address of Client**: 3436 W. Franklin Blvd, Apt. 1B

**City:** Chicago            **State:** IL

**Zip:** 60624            **Telephone Number:** 773-459-6734

**I attest that the above information is true and correct to the best of my knowledge.**

Signed: _____

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.


**Case Number**: 1:16-cv-731

**Case Title**: Nash v. Auxlium Pharmaceuticals, Inc., et al

**Judge**: Honorable Matthew F. Kennell


**Name of Attorney submitting the motion to withdraw**:

Brian J. Perkins

**Name of Client**:

Gary Nash

**Mailing address of Client**: 109 Hampshire Lane

**City:** Crossville                          **State:** TN

**Zip:** 38558                          **Telephone Number:** 813-446-1852


**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** _____

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-674

**Case Title**: Parkhurst v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

Brian J. Perkins

**Name of Client**:

Russell Parkhurst

**Mailing address of Client**: 1310 Ruhl Garden Court

**City:** Kokomo                          **State:** IN

**Zip:**  46902                 **Telephone Number:** 765-480-3427

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** _____

**Date:** 10/26/2017

06/12/15

## United States District Court
## Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-7682

**Case Title**: Sanders v. Auxlium Pharmaceuticals, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

Brian J. Perkins

**Name of Client**:

Jerry Sanders

**Mailing address of Client**: 1176 Sparks Lane

**City:** Bethel Springs             **State:** TN

**Zip:** 38315                **Telephone Number:** 731-645-2332

**I attest that the above information is true and correct to the best of my knowledge.**

Signed: _____

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-468

**Case Title**: Shubert v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

Brian J. Perkins

**Name of Client**:

Scott Shubert

**Mailing address of Client**: 620 W Munson Street

**City:** Denison                    **State:** TX

**Zip:** 75020                    **Telephone Number:** 903-422-6237

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** _____

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-693

**Case Title**: Simpson v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

Brian J. Perkins

**Name of Client**:

Herbert Simpson

**Mailing address of Client**: 833 NW 23rd, Apt. 1R

**City:** Moore                                    **State:** OK

**Zip:** 73160                    **Telephone Number:** 405-613-5814

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** _____

**Date:** 10/26/2017

06/12/15

## United States District Court
## Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:15-cv-11352

**Case Title**: Snyder v. Auxlium Pharmaceuticals, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

Brian J. Perkins

**Name of Client**:

Norman Snyder

**Mailing address of Client**: 8660 W Deeanna Drive

**City:** Peoria                    **State:** AZ

**Zip:** 85382               **Telephone Number:** 602-814-6455

**I attest that the above information is true and correct to the best of my knowledge.**

Signed: _____

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:15-cv-11687

**Case Title**: Thompkins v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennelly

**Name of Attorney submitting the motion to withdraw**:

Brian J. Perkins

**Name of Client**:

Zeggory Thompkins

**Mailing address of Client**: 3103 Bentley Lane

**City:** South Bend          **State:** IN

**Zip:** 46615          **Telephone Number:** 574-703-7968

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** _____

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-7798

**Case Title**: Trillizio v. Pfizer, Inc., et al

**Judge**: Honorable Matthew F. Kennell

**Name of Attorney submitting the motion to withdraw**:

Brian J. Perkins

**Name of Client**:

Sontino Trillizio

**Mailing address of Client**: 4520 Parmele Road

**City:** Castle Hayne        **State:** NC

**Zip:** 28429        **Telephone Number:** 910-623-5035

**I attest that the above information is true and correct to the best of my knowledge.**

Signed: _____

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:15-cv-2630

**Case Title**: Worner v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennelly

**Name of Attorney submitting the motion to withdraw**:

Brian J. Perkins

**Name of Client**:

Harold Worner

**Mailing address of Client**: 2970 Murray Road

**City:** Taylorsville          **State:** KY

**Zip:** 40071          **Telephone Number:** 502-403-8776

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** _____

**Date:** 10/26/2017

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:16-cv-361

**Case Title**: Yochum v. AbbVie, Inc., et al

**Judge**: Honorable Matthew F. Kennelly

**Name of Attorney submitting the motion to withdraw**:

Brian J. Perkins

**Name of Client**:

Gerald Yochum

**Mailing address of Client**: 409 Church Street

**City:** Taft                    **State:** CA

**Zip:** 93268              **Telephone Number:** 661-293-0626

**I attest that the above information is true and correct to the best of my knowledge.**

Signed: _____

**Date:** 10/26/2017