UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: TESTOSTERONE | ) | MDL No. 2545 |
| REPLACEMENT THERAPY | ) | Master Docket Case No. 1:14-cv-1748 |
| PRODUCTS LIABILITY LITIGATION | ) | Honorable Matthew F. Kennelly |
| ------------------------------------------------------ | ) | |
| | ) | |
| This Document Relates to Case: | ) | |
| | ) | |
| Frederick Alexander, et al, | ) | |
| | ) | |
| v. AbbVie, Inc., *et al.* | ) | |

## MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

Plaintiff's counsel, Peter J. Flowers and MEYERS & FLOWERS, LLC, move this Court for leave to withdraw as counsel for plaintiffs below. In support of this motion, movants state as follows:

**A.** MEYERS & FLOWERS, LLC filed an appearance on behalf of the plaintiffs in the following cases:

1. Steven Ackerson v. Actavis, Inc., et al (1:16-cv-945);
2. Ralph Navarro v. AbbVie, Inc., et al (1:15-cv-11356);
3. Danny Hubartt v. Pfizer, Inc., et al (1:16-cv-7484);
4. Michael Amato v. AbbVie, Inc., et al (1:16-cv-834);
5. Robert Argo v. AbbVie, Inc., et al (1:16-cv-636);
6. John Bertini v. AbbVie, Inc., et al (1:16-cv-624);
7. Ronnie Caldwell v. AbbVie, Inc., et al (1:16-cv-273);
8. Larry Cordell v. AbbVie, Inc., et al (1:16-cv-158);
9. Conrad Crump v. AbbVie, Inc., et al (1:16-cv-274);
10. Todd Gibson v. AbbVie, Inc., et al (1:16-cv-461);
11. Ira Johnson v. AbbVie, Inc., et al (1:16-cv-763);
12. Donald Lee v. AbbVie, Inc., et al (1:16-cv-630);
13. German Loero v. AbbVie, Inc., et al (1:16-cv-7857);
14. Michael Martino, et al v. Actavis, Inc., et al (1:16-cv-933);
15. Carlos Medina v. Eli Lilly and Company, et al (1:16-cv-772);
16. Phillip Rocco v. AbbVie, Inc., et al (1:16-cv-710);
17. John Carlos Rojas v. AbbVie, Inc., et al (1:16-cv-452);
18. Jeffery Thomas v. Actavis, Inc., et al (1:16-cv-814);
19. James Walker, et al v. Pfizer, Inc., et al (1:16-cv-5542);
20. William Weber v. Eli Lilly and Company, et al (1:16-cv-628);
21. David Williams v. AbbVie, Inc., et al (1:15-cv-11466);
22. Walter Taylor v. Actavis, Inc., et al (1:15-cv-5466);

1

23. Richard Neal v. AbbVie, Inc., et al (1:16-cv-812);
24. Barry Chastain v. AbbVie, Inc., et al (1:16-cv-709);
25. Josef Ludwig v. AbbVie, Inc., et al (1:16-cv-366);
26. Maclane Morgan v. AbbVie, Inc., et al (1:15-cv-11509);
27. Patrick Swasey v. AbbVie, Inc., et al (1:16-cv-677);
28. Everett Adams v. Auxilium Pharmaceuticals, Inc., et al (1:15-cv-11404);
29. Gloria Allen v. AbbVie, Inc., et al (1:16-cv-364);
30. Terry Goforth v. Abbvie, Inc., et al (1:16-cv-005556);
31. Vickey Donaldson v. Actavis, Inc., et al (1:16-cv-7376);
32. Robert Hansen v. AbbVie, Inc., et al (1:16-cv-5891);
33. Carl Hill v. AbbVie, Inc., et al (1:16-cv-4759);
34. Roy James v. AbbVie, Inc., et al (1:16-cv-672);
35. Charles Moore v. AbbVie, Inc., et al (1:16-cv-467);
36. Peter Siemons v. Actavis, Inc., et al (1:16-cv-657);
37. Marlon Wilcox v. AbbVie, Inc., et al (1:16-cv-912);
38. Geoff Bergener v. AbbVie, Inc., et al (1:16-cv-368);
39. Carl Harris v. AbbVie, Inc., et al (1:16-cv-538);
40. Terry Baker v. AbbVie, Inc., et al (1:16-cv-786);
41. Jeffery Gypson v. AbbVie, Inc., et al (1:16-cv-392);
42. Elliott Barrington v. AbbVie, Inc., et al (1:15-cv-2837);
43. James Traweek v. AbbVie, Inc., et al (1:15-cv-9576);
44. John Centner v. Actavis, Inc., et al (1:16-cv-466);
45. Darryl Reed v. AbbVie, Inc., et al (1:16-cv-732);
46. Troy Hixson v. AbbVie, Inc., et al (1:16-cv-825);
47. David Hruska v. Pfizer, Inc., et al (1:16-cv-4799);
48. Charles Thomley v. AbbVie, Inc., et al (1:16-cv-781)
49. Keith Black v. Eli Lilly and Company, et al (1:16-cv-251)
50. Earl Johnson v. Auxilium Pharmaceuticals, Inc., et al (1:15-cv-11393);
51. John Henne v. Pfizer, Inc., et al (1:15-cv-11445);
52. Joe Ware, et al v. Auxilium Pharmaceuticals, Inc., et al (1:16-cv-5533)
53. Victor West v. AbbVie, Inc., et al (1:16-cv-365);
54. Melvin Glover v. AbbVie, Inc., et al (1:16-cv-634);
55. Carlos Guffey v. AbbVie, Inc., et al (1:16-cv-4723);
56. Edward Keeney v. AbbVie, Inc., et al (1:16-cv-430);
57. Daniel Ramsey v. AbbVie, Inc., et al (1:16-cv-7628);
58. Larry Locy v. AbbVie, Inc., et al (1:16-cv-687);
59. Kenneth Sorrell v. AbbVie, Inc., et al (1:16-cv-266); and
60. Jesus Bravo v. AbbVie, Inc., et al (1:15-cv-11846).

**B.** MEYERS & FLOWERS, LLC wishes to withdraw its appearance for the above-listed plaintiffs. The reasons for the request to withdraw are stated in **Exhibit A**, an affidavit which is being filed as a sealed document only to be viewed by the Court and not to be viewed by any counsel. Pursuant to Seventh Circuit Operating Procedure 10(a), MEYERS & FLOWERS, LLC requests this Honorable Court to Order **Exhibit A** be sealed.

**C.** Attached to this motion is a Notification of Party Contact Information Form.

D.  MEYERS & FLOWERS, LLC is sending Notice of this motion to each of the above-listed Plaintiffs by U.S. Mail.

**WHEREFORE**, movants request that this Court enter an Order withdrawing the appearance of MEYERS & FLOWERS, LLC as counsel for plaintiffs listed above.

Respectfully submitted,

MEYERS & FLOWERS, LLC

*/s/ Brian J. Perkins*_____
Brian J. Perkins, Esq.
MEYERS & FLOWERS, LLC
3 N Second Street, Suite 300
St. Charles, IL 60174
(630)232-6333
bjp@meyers-flowers.com