THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 1:14-CV-01748 MDL No. 2545 |
| This document relates to all cases | ) | Honorable Matthew F. Kennelly |

## CASE MANAGEMENT ORDER # 83
(Order Setting Sequence of Lilly Bellwether Trial Cases)

The parties have met and conferred concerning the order of the Lilly bellwether trial cases and agree that the *Debroka* case should be the first to proceed to trial followed by the *Garner* case. Therefore, by agreement of the parties, the Court sets the following sequence for the Lilly bellwether trial cases:

- January 29, 2018: *John Debroka Jr. v. Eli Lilly and Company, et al.*, United States District Court for the Northern District of Illinois - Case No. 1:15-cv-9246.

- March 7, 2018: *Tracy Garner v. Eli Lilly and Company, et al.*, United States District Court for the Northern District of Illinois - Case No. 1:15-cv-2045.

If the *Debroka* case is disposed of on or before January 29, 2018 by dismissal, settlement, or otherwise, the *Garner* case will proceed to trial on that date.

IT IS SO ORDERED.

November 22, 2017

_____
MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE