# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |
| **THIS DOCUMENTS RELATES TO:** | |

## JOINT STATUS REPORT REGARDING SELECTION OF ACTAVIS-ONLY BELLWETHER TRIAL CASES PURSUANT TO CASE MANAGEMENT ORDER NO. 37

In accordance with Case Management Order No. 37, ¶ 8 and the requirement that two of the six Actavis-only Bellwether Discovery Cases be selected as the Bellwether Trial Case and Alternate Bellwether Trial Case, the PSC and Actavis Defendants hereby file this Joint Status Report and advise the Court that the parties have agreed to select one myocardial infarction case each for later designation as the Bellwether Trial Case and the Alternate Bellwether Trial Case. Pursuant to that agreement, the PSC selects *Brad Martin, et al. v. Actavis, Inc., et al.*, Case No. 15-cv-4292 as its choice for an Actavis-only Bellwether Trial Case, and Actavis Defendants select *Casey Brubaker, et al. v. Actavis, Inc., et al.*, Case No. 15-cv-0426 as its choice for an Actavis-only Bellwether Trial Case, with the understanding that the case not ultimately chosen as the Bellwether trial case will be the Alternate Bellwether Trial Case.

The parties submit that the *Martin* case and the *Brubaker* case are appropriate Bellwether Trial Cases. In both cases, plaintiff alleges he suffered a myocardial infarction as a result of using Androderm. Over 70% of the Actavis-only cases pending in the TRT MDL involve a claim of cardiovascular injury, many of which are myocardial infarction cases. Trying a

myocardial infarction case will be instructive to the majority of Actavis-only cases in the TRT MDL.

WHEREFORE, the PSC and Actavis Defendants request that the Court enter the attached proposed Case Management Order memorializing the agreement of the parties and designating the *Martin* case and the *Brubaker* case as the Bellwether Trial Case and Alternate Bellwether Trial Case, pursuant to CMO No. 37, with the final designation of which case will be the Bellwether Trial Case and which case will be the Alternate Bellwether Trial Case to be made at a later date.

Dated: December 8, 2017            Respectfully submitted,

/s/ *Jeffrey D. Geoppinger*
Joseph P. Thomas
Jeffrey F. Peck
K.C. Green
Jeffrey D. Geoppinger
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409
Phone: (513) 698-5000
Fax: (513) 698-5001
Email: jgeoppinger@ulmer.com

*Attorney for Defendants*
*Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.*

/s/ *Christopher A. Seeger*
Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com

Ronald Johnson, Jr.
SCHACHTER, HENDY & JOHNSON PSC
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
Email: rjohnson@pschachter.com

Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF participants.

/s/ *Jeffrey D. Geoppinger*
Jeffrey D. Geoppinger