THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 1:14-CV-01748 MDL No. 2545 |
| This document relates to all cases | ) | Honorable Matthew F. Kennelly |

## REQUEST BY REPRESENTATIVES OF ELI LILLY DEFENDANTS TO PARTICIPATE IN *IN CAMERA* SETTLEMENT HEARING BY TELEPHONE

In advance of the MDL Case Management Conference set for December 15, 2017, the Eli Lilly and Company defendants ("Lilly") submit this request to participate by telephone in the *in camera* settlement-related meeting scheduled for December 15, 2018 pursuant to the Court's prior Minute Order. [Docket No. 2271]

Lilly understands that Christopher Seeger of the Plaintiffs' Steering Committee will be participating in this meeting by telephone with the permission of the Court. Lilly requests that its designated settlement counsel also be permitted to participate by phone so that they may meet with Mr. Seeger in New York to continue negotiations on December 14 and/or December 15. Lilly's settlement counsel can jointly participate by phone with Mr. Seeger on December 15, or can join an *in camera* a settlement status meeting at a later date.

Lilly and PSC settlement representatives have kept the court appointed Settlement Master informed of the status of their negotiations, and Lilly will be reporting to the Settlement Master at the conclusion of each negotiation session this week.

Based on the foregoing status, Lilly further requests that its corporate representative be excused from having to personally appear at the December 15 *in camera* settlement-related meeting.

*/s/ David E. Stanley*
David E. Stanley (*pro hac vice*)
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000
Fax: (213) 457-8080
dstanley@reedsmith.com

*Counsel for Defendants, Eli Lilly and Company, Lilly USA, LLC, Acrux Commercial Pty Ltd., and Acrux DDS Pty Ltd.*

## **CERTIFICATE OF SERVICE**

I, David E. Stanley, hereby certify that on December 11, 2017 the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David E. Stanley*