UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |
| **THIS DOCUMENTS RELATES TO:** <br><br> <u>**ALL ACTIONS**</u> | |

### <u>CASE MANAGEMENT ORDER # 88</u>
### <u>(Order Selecting Actavis Bellwether Trial Cases Pursuant to CMO No. 37)</u>

Pursuant to CMO No. 37 (Dkt. No. 1661) and by agreement of the parties, the Court selects the following two cases as the Actavis Bellwether Trial Cases (listed below in filing order):

*Casey Brubaker, et al. v. Actavis, Inc., et al.*, Case No. 15-cv-0426

*Brad Martin, et al. v. Actavis, Inc., et al.*, Case No. 15-cv-4292

The parties shall have nine days from the entry of this Order to file simultaneous briefs regarding proposals for which case shall be set for the trial date set forth in Paragraph 18 of Case Management Order No. 37.

**IT IS SO ORDERED**

Dated: December 13, 2017

_____
MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE