IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | :<br>:<br>: | MDL No. 2545 |

### CASE MANAGEMENT ORDER NO. 92
### (settlement of Eli Lilly cases)

On today's date, December 21, 2017, the Court has been advised by counsel for plaintiffs and counsel for defendant, Eli Lilly and Company, that they have reached a global settlement, including all filed cases.  The parties have entered into a Memorandum of Understanding.  Based on this report, the Court directs that all proceedings involving plaintiffs and Eli Lilly will be stayed for a period of 45 days so that the parties may devote their efforts to finalizing a Master Settlement Agreement.  The parties are directed to report on a regular basis to Special Master Randi Ellis regarding their progress.  These parties are relieved from any pretrial and trial deadlines relating to Eli Lilly cases.  The two Eli Lilly-only bellwether trial dates (January 29, 2018 and March 5, 2018) are vacated, but the Court reserves the right to set other non-Eli Lilly cases for trial on either or both of those dates.

SO ORDERED

By: _____
Matthew F. Kennelly, U.S. District Judge