**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document Relates to All Cases | Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |

**JOINT STATUS REPORT
FOR JANUARY 19, 2018 PRELIMINARY CASE MANAGEMENT CONFERENCE**

By Minute Order dated January 17, 2018, the Court directed counsel to file this joint report regarding the selection of cases pursuant to CMOs 75 and 87.

**I.     *CMO 75 – Mixed Use Cases***

Pursuant to CMO 75, Plaintiffs and Defendants were each to identify up to five cases that would serve as mixed-use bellwether discovery cases. Plaintiffs selected:

1. *Diffley, John*, 16-cv-11560 (plaintiff counsel is Padberg Corrigan & Appelbaum)

2. *Flex, Anthony*, 16-cv-01392 (plaintiff counsel is Simmons Hanly Conroy)

3. *Johnson, Ronald E.*, 16-cv-02406 (plaintiff counsel is Johnson Becker)

4. *Zydel, Walter*, 16-cv-03216 (plaintiff counsel is The Mulligan Law Firm)

Defendants selected:

1. *Anderson, Robert*, 15-cv-09999 (plaintiff counsel is Ball & Bonholtzer)

2. *Thompson, Randy L.*, 15-cv-09289 (plaintiff counsel is Burg Simpson)

3. *Turner, Franklin*, 15-cv-09684 (plaintiff counsel is Provost Umphrey)

4. *Parker, Michael*, 16-cv-02597 (plaintiff counsel is Cellino & Barnes)

1

Defendants originally selected *Terry Griffith*, 15-cv-03757 (Robinson Calcagnie). The day after the selection, however, Plaintiff's counsel advised Defendants that they would be dismissing the case and Defendants promptly selected a replacement. The *Griffith* case has been dismissed with prejudice.

## II.     CMO 87 – Trial Group 1 Cases

Pursuant to CMO 87, Plaintiffs and Defendants were each to select four AbbVie cases and 1 Auxilium case to serve as Trial Group 1. Plaintiffs selected:

AbbVie cases:

1. *Abraham, Gordon*, 15-cv-05009 (plaintiff counsel is Maher Law Firm)

2. *Harris, Edwin*, 14-cv-07963 (plaintiff counsel is Stueve Siegel)

3. *Papandrea, Dominick*, 14-cv-08948 (plaintiff counsel is Cohen & Malad)

4. *Natale, Edward*, 16-cv-05706 (plaintiff counsel is Bernstein Liebhard)

Auxilium case:

1. *Ralls, Ronald*, 15-cv-09642 (plaintiff counsel is Zoll & Kranz)

Defendants selected:

AbbVie cases:

1. *Bechtholdt, Dick*, 15-cv-09652 (plaintiff counsel is Goldberg & Osborne)

2. *Cook, Lewis*, 15-cv-09999 (plaintiff counsel is Kaiser Gornick)

3. *Kibat, George*, 15-cv-08820 (plaintiff counsel is Pogust Braslow & Millrood)

4. *Mathis, Billy*, 15-cv-08597 (plaintiff counsel is Kaiser Gornick)

Auxilium case:

1.  *Holder, Bobby F.*, 15-cv-03231 (plaintiff counsel is Robins Cloud)

After the selection, on January 12, 2018, Plaintiff's counsel in *Cook* notified Defendants that they would be dismissing that case with prejudice. Due to the tight schedule for Trial Group 1 cases, Defendants would like an opportunity to discuss with the Court the appropriate procedure, if any, following a trial wave dismissal so that an adequate and evenly distributed number of cases continue to be prepared for trial.

Dated: January 18, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Trent B. Miracle*
　　　　　　　　　　　　　　　　　　　　　Trent B. Miracle
　　　　　　　　　　　　　　　　　　　　　**SIMMONS HANLY CONROY**
　　　　　　　　　　　　　　　　　　　　　One Court Street
　　　　　　　　　　　　　　　　　　　　　Alton, IL 62002
　　　　　　　　　　　　　　　　　　　　　Telephone: (618) 259-2222
　　　　　　　　　　　　　　　　　　　　　Facsimile: (618) 259-2251
　　　　　　　　　　　　　　　　　　　　　tmiracle@simmonsfirm.com

　　　　　　　　　　　　　　　　　　　　　*Plaintiffs' Co-Lead Counsel*

　　　　　　　　　　　　　　　　　　　　　Ronald Johnson, Jr.
　　　　　　　　　　　　　　　　　　　　　**SCHACHTER, HENDY & JOHNSON PSC**
　　　　　　　　　　　　　　　　　　　　　909 Wrights Summit Parkway, Suite 210
　　　　　　　　　　　　　　　　　　　　　Ft. Wright, KY 41011
　　　　　　　　　　　　　　　　　　　　　Phone: (859) 578-4444
　　　　　　　　　　　　　　　　　　　　　Fax: (859) 578-4440
　　　　　　　　　　　　　　　　　　　　　rjohnson@pschachter.com

　　　　　　　　　　　　　　　　　　　　　*Plaintiffs' Co-Lead Counsel*

　　　　　　　　　　　　　　　　　　　　　Christopher A. Seeger
　　　　　　　　　　　　　　　　　　　　　**SEEGER WEISS LLP**
　　　　　　　　　　　　　　　　　　　　　77 Water Street
　　　　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　　　Phone: (212) 584-0700

Fax: (212) 584-0799
cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Counsel\*

David M. Bernick
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3405
Fax: (212) 492-0405
dbernick@paulweiss.com

*Attorney for AbbVie, Inc.*

Hope S. Freiwald
**DECHERT LLP**
Cira Center
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2514
Fax: (215) 994-2222
hope.freiwald@dechert.com

*Attorney for AbbVie Inc. and Abbott Laboratories*

David E. Stanley
Janet H. Kwuon
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000
dstanley@reedsmith.com
jkwuon@reedsmith.com

*Attorneys for Eli Lilly and Company and Lilly USA LLC*

Andrew K. Solow
**KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 836-7740
Fax: (212) 836-6776
andrew.solow@kayescholer.com

Pamela J. Yates
**KAYE SCHOLER LLP**
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Tel: (310) 788-1278
Fax: (310) 788-1200
pamela.yates@kayescholer.com

*Attorneys for Endo Pharmaceuticals Inc. and Auxilium Pharmaceuticals, Inc.*

Joseph P. Thomas
Jeffrey F. Peck
K.C. Green
Jeffrey D. Geoppinger
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Fax: (513) 698-5001
E-mail: jthomas@ulmer.com

*Attorneys for Actavis, Inc., Actavis Pharma, Inc., Anda, Inc., Watson Laboratories, Inc., a Nevada corporation, and Watson Laboratories, Inc., a Delaware corporation*

James W. Matthews (*pro hac vice*)
Robert W. Sparkes, III (*pro hac vice*)
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3100
Fax: (617) 261-3175
E-mail: james.matthews@klgates.com
E-mail: robert.sparkes@klgates.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Brendan A. Smith*

Brendan A. Smith
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
bsmith@simmonsfirm.com
