**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document Relates to All Cases | Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |

**JOINT AGENDA**
**FOR FEBRUARY 1, 2018 CASE MANAGEMENT CONFERENCE**

The Court directed counsel to file a proposed joint agenda for the February 1, 2018 Case Management Conference and provided the following conference call number. Anyone may listen to the conference by calling (888) 684-8852, passcode 7461053. Callers will not be able to speak at the conference. The parties jointly submit the following agenda:

I. Product Liability Cases

    a. CMO 75 & 87 Cases

    b. Jurisdictional Issues

    c. Supplemental Expert Reports

    d. Trial Demonstratives

    e. Besins Briefing Schedule

    f. Update on Lilly

    g. Dismissal Lists

    h. Additional Items to be Addressed Before the Next CMC

II. Report on Pending Discovery Motions in Medical Mutual of Ohio Case

    a. Defendants' Joint Motion for An Order That Plaintiff May Not Clawback Certain Produced Documents (currently noticed for hearing on 2/1/2018)

1

B.   Plaintiff's Motion to Compel Production of Defendants' Promotional Expenditures and Memberships/Sponsorships (currently noticed for hearing on 2/8/2018)

C.   Defendants' Motion to compel Limited Spoliation Discovery from MMO (currently noticed for hearing on 2/1/2018)

Dated: January 30, 2018                     Respectfully submitted,

*/s/ Trent B. Miracle*
Trent B. Miracle
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
tmiracle@simmonsfirm.com

*Plaintiffs' Co-Lead Counsel*

Ronald Johnson, Jr.
**SCHACHTER, HENDY & JOHNSON PSC**
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
rjohnson@pschachter.com

*Plaintiffs' Co-Lead Counsel*

Christopher A. Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Counsel*

David M. Bernick

2

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3405
Fax: (212) 492-0405
dbernick@paulweiss.com

*Attorney for AbbVie, Inc.*

Hope S. Freiwald
**DECHERT LLP**
Cira Center
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2514
Fax: (215) 994-2222
hope.freiwald@dechert.com

*Attorney for AbbVie Inc. and Abbott Laboratories*

David E. Stanley
Janet H. Kwuon
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000
dstanley@reedsmith.com
jkwuon@reedsmith.com

*Attorneys for Eli Lilly and Company and Lilly USA LLC*

Andrew K. Solow
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 836-7740
Fax: (212) 836-6776
andrew.solow@apks.com

Pamela J. Yates
**ARNOLD & PORTER KAYE SCHOLER LLP**
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Tel: (310) 788-1278
Fax: (310) 788-1200

pamela.yates@apks.com

*Attorneys for Endo Pharmaceuticals Inc. and Auxilium Pharmaceuticals, Inc.*

Loren H. Brown
Cara D. Edwards
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 335-4500
Fax: (212) 335-4501
loren.brown@dlapiper.com
cara.edwards@dlapiper.com

Matthew A. Holian
Jessica C. Wilson
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Phone: (617) 406-6000
Fax: (617) 406-6001
Email: matt.holian@dlapiper.com
Email: jessica.wilson@dlapiper.com

*Attorneys for Pfizer Inc. and Pharmacia & Upjohn Company LLC*

Joseph P. Thomas
Jeffrey F. Peck
K.C. Green
Jeffrey D. Geoppinger
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Fax: (513) 698-5001
E-mail: jthomas@ulmer.com

*Attorneys for Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., and Anda, Inc.*

4

James W. Matthews (*pro hac vice*)
Katy E. Koski (*pro hac vice*)
Jason L. Drori (*pro hac vice*)
**FOLEY & LARDNER LLP**
111 Huntington Ave.
Boston, MA 02199
Tel: (617) 342 – 4000
Fax: (617) 342 – 4001
jmatthews@foley.com
kkoski@foley.com
jdrori@foley.com

Jonathan W. Garlough
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Tel: (312) 832 – 4500
Fax: (312) 832 – 4700
jgarlough@foley.com

*Attorneys for Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., and Anda, Inc.*

William F. Cavanaugh, Jr. *(pro hac vice)*
Jonah Moses Knobler *(pro hac vice)*
**PATTERSON BELKNAP WEBB & TYLER**
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pbwt.com
jknobler@pbwt.com

*Attorneys for AbbVie Inc. and Abbott Laboratories*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Brendan A. Smith*

Brendan A. Smith
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
bsmith@simmonsfirm.com