IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Master Docket No. 14-cv-1748 <br><br> MDL No. 2545 |
| This document relates to all cases | ) | Honorable Matthew F. Kennelly |

**CASE MANAGEMENT ORDER # 97**
**(Non-Expert Generic Fact Discovery**
**Deadline for Testopel, Striant, and Delatestryl)**

This Case Management Order will supplement the discovery and other pretrial timelines for Defendant Auxilium related to Testopel and Striant and for Defendant Endo related to Delatestryl in this MDL.

1. On March 3, 2017, the Court entered CMO 37A [Dkt. # 1778], which set forth the Auxilium non-expert generic fact discovery deadline for Testim MDL bellwether Trial cases. Pursuant to CMO 37A, paragraph 6.a., non-expert party fact discovery related to all other Auxilium products (*i.e.*, products besides Testim), shall be completed by July 1, 2018, unless a later date is agreed to by the parties.

2. On October 6, 2017, the Court entered CMO 73 [Dkt. # 2181], which set forth the Endo non-expert generic fact discovery deadline for Fortesta MDL bellwether trial cases. Pursuant to paragraph 2.a., non-expert fact discovery against Endo shall be completed by March 16, 2018.

3. The parties are in agreement that they need additional time for non-expert generic fact discovery against Auxilium related to Testopel and Striant and against Endo related to Delatestryl.

4. The Court orders as follows:

    a. Non-expert generic fact discovery against Auxilium related to Testopel and Striant and against Endo related to Delatestryl shall be completed by November 15, 2018.

IT IS SO ORDERED.

February 2, 2018

                                                           _____
                                                           MATTHEW F. KENNELLY
                                                           UNITED STATES DISTRICT JUDGE