# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

January 19, 2018

**Before**

WILLIAM J. BAUER, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
SARA L. DARROW, *District Judge*[*]

| | |
|---|---|
| No. 17-2056<br>IN RE: TESTOSTERONE<br>REPLACEMENT THERAPY PRODUCTS<br>LIABILITY LITIGATION<br><br>RODNEY GUILBEAU, *et al.*,<br>*Plaintiffs-Appellants,*<br><br>　　　　　　　*v.*<br><br>PFIZER, INC. and PHARMACIA &<br>UPJOHN COMPANY, LLC,<br>*Defendants-Appellees.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>MDL No. 2545<br>Master Docket Case No. 1:14-cv-01748<br><br>**Matthew F. Kennelly**,<br>*District Judge.* |

**FINAL JUDGMENT**

The district court's decisions with respect to both the defendants' preemption defense and the denial of discovery on the preemption defense are **AFFIRMED**. Due to a lack of complete diversity of citizenship, the final judgments or partial final judgments entered by the district court in the cases listed below are **VACATED** and **REMANDED** for proceedings.

---

[*] Of the Central District of Illinois, sitting by designation.

No. 17-2056                                                                 Page 2

## CASES AFFECTED

| Plaintiff/District Court Case No. | Plaintiff's Citizenship | Non-Diverse Defendant(s) to be Dismissed | Master Docket Document Ordering Dismissal |
|---|---|---|---|
| <div align="center">Final Judgment Cases</div> ||||
| Evans, Sr. Glenn E., 16-cv-3668 | CA | McKesson Corporation | 1824 |
| Puryear, David, 16-cv-3650 | CA | McKesson Corporation | 1824 |
| Barrett, Thomas, 16-cv-7627 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Bowen, III, Clinton, 16-cv-8749 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Dougherty, Michael, 15-cv-2824 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Dunn, Lawrence, 16-cv-1363 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Gomez, Luiz C., 16-cv-10157 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Hampton, Duane, 15-cv-9564 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Knight, Andre L., 16-cv-6039 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Lewis, Russell, 15-cv-8889 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Lockner, Steven, 16-cv-8912 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Mangas, Brian, 16-cv-7617 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| McClerkin, Duncan, 15-Fcv-4757 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Morgan, Michael, 15-cv-6038 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Naragon, Robert C., 15-cv-6546 | MI | Pharmacia & Upjohn Company LLC | 1824 |

No. 17-2056                                                                                           Page 3

| | | | |
|---|---|---|---|
| Orzel, John F., 15-cv-11598 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Patrick, Tony N., 16-cv-4578 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Sawyers, Dennis, 15-cv-7590 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Stapples, Herman, 15-cv-11418 | MI | Pharmacia & Upjohn Company LLC | 1824 |
| Craig, Michael A., 17-cv-1451 | MI | Pharmacia & Upjohn Company LLC | 1969 |
| Fleeger, David, 17-cv-465 | MI | Pharmacia & Upjohn Company LLC | 1969 |
| Griffith, Gary, 17-cv-558 | MI | Pharmacia & Upjohn Company LLC | 1969 |
| Hitz, Frank F., 17-cv-685 | MI | Pharmacia & Upjohn Company LLC | 1969 |

| | | | |
|---|---|---|---|
| **Rule 54(b) Cases** | | | |
| Canion, Thomas, 15-cv-6448 | GA | AbbVie Products LLC | 1865 |
| Henderson, Ronald E., 16-cv-1527 | GA | AbbVie Products LLC | 1865 |
| Johnson, Ralph Derrell, 16-cv-1277 | GA | AbbVie Products LLC | 1865 |
| Linkous, Brian K., 16-cv-7186 | GA | AbbVie Products LLC | 1865 |
| Tallevast, John, 16-cv-1772 | GA | AbbVie Products LLC | 1865 |
| Thompson, Roger, 16-cv-1716 | GA | AbbVie Products LLC | 1865 |
| Crawford, Edward Lee, 16-cv-1397 | FL | Anda, Inc. | 1865 |
| Gagnier, Peter T., 16-cv-1349 | FL | Anda, Inc. | 1865 |
| Jackson, Roosevelt, 16-cv-1158 | FL | Anda, Inc. | 1865 |
| King, John, 16-cv-3194 | VA | Besins Healthcare Inc. | 1865 |
| Baggett, Dennie, 16-cv-7404 | MI | Pharmacia & Upjohn Company LLC | 1865 |
| Coursen, Michael, 16-cv-2676 | MI | Pharmacia & Upjohn Company LLC | 1865 |
| Harte, Patrick, 16-cv-3946 | MI | Pharmacia & Upjohn Company LLC | 1865 |

No. 17-2056 Page 4

| | | | |
|---|---|---|---|
| Howse, Jr., John, 16-cv-1521 | MI | Pharmacia & Upjohn Company LLC | 1865 |
| Sutphin, Anthony, 16-cv-4485 | MI | Pharmacia & Upjohn Company LLC | 1865 |
| Barton, Terry, 17-cv-2262 | FL | Anda, Inc. | 1970 |
| Coffey, Robert J., 17-cv-626 | FL | Anda, Inc. | 1970 |

The above is in accordance with the decisions of this court entered on this date. Costs are awarded to defendants.