UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) Case No. 14 CV 1748 MDL No. 2545 |

**JOINT MOTION FOR AN EXTENSION OF TIME FOR THE PARTIES TO FILE THEIR PROPOSED CASE MANAGEMENT ORDERS**

Plaintiffs and Defendants respectfully move for an extension of time for the parties to file their proposed case management orders ("CMO") as required in the Court's February 1, 2018 minute order. *See* ECF No. 2354. In the order, the Court ordered the parties to confer and submit CMOs by February 16, 2018 for the submission of pretrial materials (1) in existing bellwether cases, and (2) for the CMO 75 cases and the CMO 87 "group 1" and "group 2" cases.

The parties request a one-week extension for the submission of pretrial materials in existing bellwether cases, moving the deadline from February 16 to February 23; and a two-week extension for the submission of pretrial materials for the CMO 75 and 87 cases, moving the deadline from February 16 to March 1. The parties do not seek to amend any other deadlines and this brief extension will not otherwise impact the schedule established by the Court.[1]

Good cause exists for the requested extension. *See* Fed. R. Civ. Pro. 6(b)(1)(A) and 16(b)(4). The pretrial materials cover a number of things including motions in limine, deposition designations and objections, exhibit designations and objections, jury instructions, and voir dire questions. In addition, the parties are required to confer on proposals regarding supplementation

---

[1] The parties are not requesting an extension of time to submit the proposed CMO regarding "a plan to select and work up 100 Actavis cases for all pretrial purposes" required by the same minute order.

of expert reports and any other recurring trial-related issues. While the parties are currently attempting to gather all of this information, additional time is required to file the proposed CMOs.

For the foregoing reasons, the parties jointly request the Court grant the extension.

Dated: February 14, 2018                    Respectfully Submitted,

/s/ Trent B. Miracle                        /s/ Michelle H. Yeary
Trent B. Miracle                            Michelle Hart Yeary
**Simmons Hanly Conroy LLP**                **Dechert LLP**
One Court Street                            902 Carnegie Center, Suite 500
Alton, IL 62002                             Princeton, NJ 08540
Telephone: (618) 259-2222                   Telephone: (609) 955-3200
Facsimile: (618) 259-2251                   Facsimile: (609) 955-3259
Email: tmiracle@simmonsfirm.com             Email: michelle.yeary@dechert.com

*Plaintiffs' Co-Lead Counsel*               *Attorney for AbbVie Inc. and Abbott Laboratories*

                                            Andrew K. Solow
                                            **Arnold & Porter**
                                            250 West 55th Street
                                            New York, NY 10019
                                            Telephone: (212) 836-7740
                                            Facsimile: (212) 836-6776
                                            Email: andrew.solow@arnoldporter.com

                                            *Attorney for Endo Pharmaceuticals Inc. and Auxilium Pharmaceuticals, Inc.*

                                            Jeffrey D. Geoppinger
                                            **Ulmer & Berne LLP**
                                            600 Vine Street, Suite 2800
                                            Cincinnati, OH 45202
                                            Telephone: (513) 698-5000
                                            Facsimile: (513) 698-5001
                                            Email: jgeoppinger@ulmer.com

                                            *Attorney for Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., and Anda, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 14, 2018 the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                              */s/ Michelle H. Yeary*
                                              Michelle Hart Yeary