**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-1748 <br> MDL No. 2545 <br><br> Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO ALL CASES | |

**[PROPOSED] CASE MANAGEMENT ORDER NO. \_\_
(Timeline for Pre-Trial Materials for CMO 75 and CMO 87 Wave 1 and 2 Cases)**

Pursuant to the Court's Minute Order dated February 1, 2018, [DKT 2354] the parties jointly submit the following schedule of dates to apply to the cases selected for trial pursuant to CMO 75 and CMO 87 (as it applies to Wave 1 and Wave 2 only).

**I.    CMO 75 – Timeline for Submission of Pretrial Materials[1]**

1. Motions *in limine* are to be filed by January 7, 2019.

2. Oppositions to motions *in limine* are to be filed by January 14, 2019.

3. The final Pretrial Order, including witness lists, exhibit lists with objections, proposed jury instructions and *voir dire* questions are to be filed by January 23, 2019.

    a. The parties are to exchange proposals for the Pretrial Order, witness lists, exhibit lists (copies of exhibits need not be exchanged, but upon request any un-Bates numbered and not previously provided exhibit will be produced within 2 days), proposed jury instructions and *voir dire* questions no later than January 9, 2019.

    b. The parties are to respond to the other sides' proposal for the Pretrial Order, with objections to the other party's exhibit list, and meet and confer

---

[1] The parties have proposed a pretrial schedule for CMO 75 cases based on the Court's suggestion that all of the selected cases will be eligible for trial without being winnowed down. If the Court still wants a specific CMO 75 case set for trial on January 7, 2019, the parties will provide a pretrial schedule separately for that case.

1

       regarding proposed jury instructions and *voir dire* question no later than January 16, 2019.

4. Deposition designations and objections/responses are to be filed with the Court no later than January 28, 2019.

   a. Each parties' deposition designations are to be served on the opposing party no later than January 14, 2019.

   b. Parties meet and confer regarding deposition designations to attempt to avoid overlapping affirmative designations by January 15, 2019.

   c. Objections to deposition designations and counter-designations, if any, are to be served on the opposing party within 7 days of when the designations are received.

   d. Responses to objections and objections to counter-designations are to be served on the opposing party within 3 days of when the counter-designations are received.

II. **CMO 87 (Wave 1 Cases ) – Timeline for Submission of Pretrial Materials**

1. Motions *in limine* are to be filed by August 22, 2018.

2. Oppositions to motions *in limine* are to be filed by August 29, 2018.

3. The final Pretrial Order, including witness lists, exhibit lists with objections, proposed jury instructions and *voir dire* questions are to be filed by September 14, 2018.

   a. The parties are to exchange proposals for the Pretrial Order, witness lists, exhibit lists (copies of exhibits need not be exchanged, but upon request any un-Bates numbered and not previously provided exhibit will be produced within 2 days), proposed jury instructions and *voir dire* questions no later than August 31, 2018.

   b. The parties are to respond to the other sides' proposal for the Pretrial Order, with objections to the other party's exhibit list, and meet and confer regarding proposed jury instructions and *voir dire* question no later than September 7, 2018.

4. Deposition designations and objections/responses are to be filed with the Court no later than September 21, 2018.

   a. Each parties' deposition designations are to be served on the opposing party no later than September 7, 2018.

    b. Parties meet and confer regarding deposition designations to attempt to avoid overlapping affirmative designations by September 10, 2018.

    c. Objections to deposition designations and counter-designations, if any, are to be served on the opposing party within 7 days of when the designations are received.

    d. Responses to objections and objections to counter-designations are to be served on the opposing party within 3 days of when the counter-designations are received.

**III. <u>CMO 87 (Wave 2 Cases ) – Timeline for Submission of Pretrial Materials</u>**

1. Motions *in limine* are to be filed by January 25, 2019.

2. Oppositions to motions *in limine* are to be filed by February 1, 2019.

3. The final Pretrial Order, including witness lists, exhibit lists with objections, proposed jury instructions and *voir dire* questions are to be filed by February 18, 2019.

    a. The parties are to exchange proposals for the Pretrial Order, witness lists, exhibit lists (copies of exhibits need not be exchanged, but upon request any un-Bates numbered and not previously provided exhibit will be produced within 2 days), proposed jury instructions and *voir dire* questions no later than February 4, 2019.

    b. The parties are to respond to the other sides' proposal for the Pretrial Order, with objections to the other party's exhibit list, and meet and confer regarding proposed jury instructions and *voir dire* question no later than February 11, 2019.

4. Deposition designations and objections/responses are to be filed with the Court no later than February 28, 2019.

    a. Each parties' deposition designations are to be served on the opposing party no later than February 14, 2019.

    b. Parties meet and confer regarding deposition designations to attempt to avoid overlapping affirmative designations by February 15, 2019.

    c. Objections to deposition designations and counter-designations, if any, are to be served on the opposing party within 7 days of when the designations are received.

    d.  Responses to objections and objections to counter-designations are to be served on the opposing party within 3 days of when the counter-designations are received.

**IT IS SO ORDERED.**

February 16, 2018

                                          **MATTHEW F. KENNELLY**
                                          **UNITED STATES DISTRICT JUDGE**