IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | Master Dkt. Case No. 1:14-cv-01748<br><br>MDL No. 2545<br><br> |
| This document relates to all cases | ) | Honorable Matthew F. Kennelly |

**CASE MANAGEMENT ORDER NO. 98**
**(stay of Endo, Auxilium & GSK cases)**

On today's date, February 23, 2018, the Court has been advised by counsel for plaintiffs and counsel for defendants, Auxilium Pharmaceuticals, LLC (f/k/a Auxilium Pharmaceuticals, Inc., Endo Pharmaceuticals Inc., and GlaxoSmithKline LLC, that the parties have entered into a Memorandum of Understanding regarding a potential global settlement, including all filed cases. Based on this report, the Court directs that all proceedings involving plaintiffs and Endo, Auxilium and GSK will be stayed for a period of 45 days so that the parties may devote their efforts to finalizing a Master Settlement Agreement. The parties are directed to report on a regular basis to Special Master Randi Ellis regarding their progress. These parties are relieved from any pretrial and trial deadlines relating to Endo, Auxilium and GSK except the summary judgment and *Daubert* briefing under CMO No. 79, Section III, Paragraphs 9, 10, & 11 in *Charles Cunningham v. Auxilium Pharmaceuticals, Inc.* case no 16-cv-01058 and *Michael Schleck v. Endo Pharmaceuticals, Inc. et al.*, case no 15-cv-09712. The Auxilium bellwether trial date (April 6, 2018) and the Endo bellwether trial date (September 10, 2018) are vacated, but the Court reserves the right to set other non-Auxilium and Endo cases for trial on either or both of those dates.

IT IS SO ORDERED:

February 23, 2018

_____
**MATTHEW F. KENNELLY**
**UNITED STATES DISTRICT JUDGE**