**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Cases Vacated and Remanded by Seventh Circuit listed herein | Case No. 1:14-cv-1748<br>MDL No. 2545<br><br>Hon. Matthew F. Kennelly |

**CASE MANAGEMENT ORDER NO. 100 –
ORDER OF DISMISSAL WITH RESPECT TO PFIZER DEFENDANTS
AND ANY OTHER NON-DIVERSE DEFENDANTS FOR
CASES REMANDED BY U.S. COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

On January 19, 2018, the U.S. Court of Appeals for the Seventh Circuit affirmed this Court's rulings regarding the preemption defense asserted by Pfizer Inc. and/or Pharmacia & Upjohn Company LLC (collectively "Pfizer" or "the Pfizer Defendants") with respect to certain cases. In certain other cases, the Seventh Circuit vacated final judgments or partial final judgments entered by this Court due to a lack of subject matter jurisdiction and remanded the cases to this Court for further proceedings to address the jurisdictional issues. The Seventh Circuit also awarded costs to Pfizer.

Counsel for the Pfizer Defendants and Plaintiffs' counsel have met and conferred regarding these jurisdictional issues and have agreed to dismiss with prejudice the Pfizer Defendants and to dismiss without prejudice any non-diverse defendants from each case remanded by the Seventh Circuit in exchange for Pfizer's waiver of the costs awarded by the Seventh Circuit.

1

**Cases Naming Only Pfizer Defendants and/or Non-Diverse Defendants**

The cases listed below name as defendants only the Pfizer Defendants and/or non-diverse defendants. Based on the parties' stipulation, IT IS HEREBY ORDERED that the cases listed below are dismissed in their entirety. With respect to the Pfizer Defendants, the dismissals are with prejudice; with respect to the non-diverse Defendants, where applicable, the dismissals are without prejudice.

| **Plaintiff - Case Number** | **Plaintiff Citizenship** | **Non-Diverse Defendants to be Dismissed (Other than Pfizer Defendants)** | **Master Docket No. Ordering Dismissal** | **Plaintiffs' Counsel** |
|---|---|---|---|---|
| **Final Judgment Cases** | | | | |
| Evans, Sr. Glenn E., 16-cv-3668 | CA | McKesson Corporation | 1824 | Lanier |
| Puryear, David, 16-cv-3650 | CA | McKesson Corporation | 1824 | Lanier |
| Barrett, Thomas, 16-cv-7627 | MI | [Pfizer Defendants only] | 1824 | Branch Law Firm |
| Bowen, III, Clinton, 16-cv-8749 | MI | [Pfizer Defendants only] | 1824 | The Goss Law Firm |
| Dougherty, Michael, 15-cv-2824 | MI | [Pfizer Defendants only] | 1824 | Peiffer Rosca Wolf Abdullah Carr & Kane |
| Dunn, Lawrence, 16-cv-1363 | MI | [Pfizer Defendants only] | 1824 | Heard Robbins Cloud LLP |
| Gomez, Luiz C., 16-cv-10157 | MI | [Pfizer Defendants only] | 1824 | Lopez McHugh |
| Hampton, Duane, 15-cv-9564 | MI | [Pfizer Defendants only] | 1824 | Zoll Kranz & Borgess |
| Knight, Andre L., 16-cv-6039 | MI | [Pfizer Defendants only] | 1824 | Simmons Hanly |
| Lewis, Russell, 15-cv-8889 | MI | [Pfizer Defendants only] | 1824 | Levin Simes |
| Lockner, Steven, 16-cv-8912 | MI | [Pfizer Defendants only] | 1824 | Seeger Weiss |
| Mangas, Brian, 16-cv-7617 | MI | [Pfizer Defendants only] | 1824 | Branch Law Firm |
| McClerkin, Duncan, 15-cv-4757 | MI | [Pfizer Defendants only] | 1824 | Bohrer Law Firm |
| Morgan, Michael, 15-cv-6038 | MI | [Pfizer Defendants only] | 1824 | Levin Simes |
| Naragon, Robert C., 15-cv-6546 | MI | [Pfizer Defendants only] | 1824 | Simmons Hanly |
| Orzel, John F., 15-cv-11598 | MI | [Pfizer Defendants only] | 1824 | Anapol Weiss |
| Patrick, Tony N., 16-cv-4578 | MI | [Pfizer Defendants only] | 1824 | Beasley Allen Crow |
| Sawyers, Dennis, 15-cv-7590 | MI | [Pfizer Defendants only] | 1824 | Steuve Siegel Hanson LLP |

| Plaintiff - Case Number | Plaintiff Citizenship | Non-Diverse Defendants to be Dismissed (Other than Pfizer Defendants) | Master Docket No. Ordering Dismissal | Plaintiffs' Counsel |
|---|---|---|---|---|
| Stapples, Herman, 15-cv-11418 | MI | [Pfizer Defendants only] | 1824 | Heard Robbins Cloud LLP |
| Craig, Michael A., 17-cv-1451 | MI | [Pfizer Defendants only] | 1969 | Wagstaff & Cartmell |
| Fleeger, David, 17-cv-465 | MI | [Pfizer Defendants only] | 1969 | Carey Danis & Lowe |
| Griffith, Gary, 17-cv-558 | MI | [Pfizer Defendants only] | 1969 | Lopez McHugh |
| Hitz, Frank F., 17-cv-685 | MI | [Pfizer Defendants only] | 1969 | Herman, Herman & Katz |

**Cases Naming Pfizer Defendants and/or Non-Diverse Defendants and Other Defendants**

The cases listed below name as defendants other non-diverse parties in addition to the Pfizer Defendants and/or non-diverse defendants. Based on the parties' stipulation, IT IS HEREBY ORDERED that the cases listed below are dismissed in part: (1) with respect to the Pfizer Defendants, the dismissals are with prejudice; and (2) with respect to the non-diverse Defendants, where applicable, the dismissals are without prejudice. Plaintiffs' claims pending against any defendant not listed below shall not be affected by this Order.

| Plaintiff - Case Number | Plaintiff Citizenship | Non-Diverse Defendants to be Dismissed (Other than Pfizer Defendants) | Master Docket No. Ordering Dismissal | Plaintiffs' Counsel |
|---|---|---|---|---|
| Rule 54(b) Cases | | | | |
| Canion, Thomas, 15-cv-6448 | GA | AbbVie Products LLC | 1865 | Beasley Allen Crow |
| Henderson, Ronald E., 16-cv-1527 | GA | AbbVie Products LLC | 1865 | Simmons Hanly |
| Johnson, Ralph Derrell, 16-cv-1277 | GA | AbbVie Products LLC | 1865 | Seeger Weiss |
| Linkous, Brian K., 16-cv-7186 | GA | AbbVie Products LLC | 1865 | Matthews Law Firm |
| Tallevast, John, 16-cv-1772 | GA | AbbVie Products LLC | 1865 | MacDonald Law Group |
| Thompson, Roger, 16-cv-1716 | GA | AbbVie Products LLC | 1865 | Alystock Witkin, Kreis & Overholtz |
| Crawford, Edward Lee, 16-cv-1397 | FL | Anda Inc. | 1865 | Matthews Law Firm |

| Plaintiff - Case Number | Plaintiff Citizenship | Non-Diverse Defendants to be Dismissed (Other than Pfizer Defendants) | Master Docket No. Ordering Dismissal | Plaintiffs' Counsel |
|---|---|---|---|---|
| Gagnier, Peter T., 16-cv-1349 | FL | Anda Inc. | 1865 | Matthews Law Firm |
| Jackson, Roosevelt, 16-cv-1158 | FL | Anda Inc. | 1865 | Matthews Law Firm |
| King, John, 16-cv-3194 | VA | Besins Healthcare | 1865 | Law Office of Baird Brown |
| Baggett, Dennie, 16-cv-7404 | MI | [Pfizer Defendants only] | 1865 | Branch Law Firm / Meyers & Flowers |
| Coursen, Michael, 16-cv-2676 | MI | [Pfizer Defendants only] | 1865 | Onder Shelton O'Leary |
| Harte, Patrick, 16-cv-3946 | MI | [Pfizer Defendants only] | 1865 | Onder Shelton O'Leary |
| Howse, Jr., John, 16-cv-1521 | MI | [Pfizer Defendants only] | 1865 | Goldenberg Law |
| Sutphin, Anthony, 16-cv-4485 | MI | [Pfizer Defendants only] | 1865 | Lopez McHugh |
| Barton, Terry, 17-cv-2262 | FL | Anda Inc. | 1970 | Levensten Law Firm |
| Coffey, Robert J., 17-cv-626 | FL | Anda Inc. | 1970 | Matthews Law Firm |

Each side shall bear its own costs, and Pfizer has waived its costs on appeal.

**IT IS SO ORDERED.**

March 2, 2018

_____
**MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE**

4