IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Master Dkt. Case No. 1:14-cv-01748<br><br>MDL No. 2545 |
| This document relates to all cases | ) | Honorable Matthew F. Kennelly |

## CASE MANAGEMENT ORDER NO. 103
### (Clarification of stay of Endo, Auxilium & GSK cases)

The Court is entering this order at the joint request of the Plaintiffs' Steering Committee and counsel for Endo, Auxilium, and GSK. The Court has added four days to the revised deadline at the end of the order and has made other non-substantive modifications.

On February 23, 2018, the Court entered an order (CMO 98) staying all proceedings involving plaintiffs and Endo, Auxilium and GSK for a period of 45 days so that the parties could devote their efforts to finalizing a Master Settlement Agreement, and relieving the parties from any pretrial and trial deadlines relating to Endo, Auxilium and GSK except the summary judgment and *Daubert* briefing under CMO No. 79, Section III, Paragraphs 9, 10, & 11 in *Charles Cunningham v. Auxilium Pharmaceuticals, Inc.*, Case No. 16-cv-01058 and *Michael Schleck v. Endo Pharmaceuticals, Inc. et al.*, Case no. 15-cv-09712.

In entering CMO 98, the parties and the Court did not contemplate that the order would be understood to stay the obligations and deadlines regarding Plaintiff Profile Forms imposed under CMO 85. The Court now clarifies the stay order to make clear that the obligations regarding Plaintiff Profile Forms imposed under CMO 85 remain in effect. More specifically, the Court lifts the stay under CMO 98 for the limited purpose of maintaining the obligations under CMO 85. At the Court's instance, the deadline for submitting Plaintiff Profile Forms

imposed in CMO 85 is extended as follows: any Plaintiff Profile Forms per CMO 85 that were in cases involving Endo, Auxilium and GSK is extended from March 7, 2018 (90 days from the entry of CMO 85) to March 23, 2018. All other deadlines in CMO 85 shall remain in effect.

IT IS SO ORDERED:

Date: March 12, 2018

_____
**MATTHEW F. KENNELLY**
**UNITED STATES DISTRICT JUDGE**