IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Master Dkt. Case No. 1:14-cv-01748  MDL No. 2545 |
| This document relates to all cases | ) ) | Honorable Matthew F. Kennelly |

### CASE MANAGEMENT ORDER NO. 111
### (Extension of previous stay of Endo, Auxilium & GSK cases)

On February 23, 2018, the Court entered Case Management Order 98 (later clarified by Case Management Order 103) staying, with limited exceptions, all proceedings involving plaintiffs and defendants Auxilium Pharmaceuticals, LLC, Endo Pharmaceuticals Inc., and GlaxoSmithKline LLC so that the parties could devote their efforts to finalizing a Master Settlement Agreement. The Court grants the parties' joint motion to extend that stay, as follows:

1. The stay imposed under Case Management Order 98, as clarified by Case Management Order 103, is extended to May 24, 2018.

2. The parties are directed to make diligent efforts to finalize a Master Settlement Agreement before May 24, 2018. They are directed to report on a regular basis to Special Master Randi Ellis regarding their progress. A joint status report (by the PSC and counsel for Auxilium/Endo/GSK) is to be submitted in letter form to the Court by May 18, 2018; this report need not be publicly filed or served on other counsel.

3. The Court has determined to defer consideration of the summary judgment and *Daubert* motions in *Charles Cunningham v. Auxilium Pharmaceuticals, Inc.*, Case no 16-cv-01058 and *Michael Schleck v. Endo Pharmaceuticals, Inc. et al.*, Case no 15-cv-09712, pending the parties' attempts to finalize a Master Settlement Agreement.

IT IS SO ORDERED:

April 9, 2018

_____
**MATTHEW F. KENNELLY**
**UNITED STATES DISTRICT JUDGE**