## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Master Docket Case No. 1:14-cv-1748 <br><br> MDL No. 2545 |
| THIS DOCUMENT RELATES TO: <br><br> **ALL ACTIONS** | |

## CASE MANAGEMENT ORDER # 112
## (SELECTION OF ACTAVIS CASES FOR WORK-UP GROUP 1)

In furtherance of the advancement of this MDL, the Court hereby Orders:

Pursuant to Case Management Order No. 102 (Dkt. No. 2396), those cases set out on the attached Exhibit A are selected as the Actavis Work-Up Group 1 cases pursuant to Case Management Order No. 102 (Dkt. No. 2396).

**IT IS SO ORDERED.**

Date: April 10, 2018

MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

## ACTAVIS WORK-UP GROUP 1 CASES

| | CASE NO. | CASE CAPTION | VENUE |
|---|---|---|---|
| 1 | 14-cv-09319 | *Dowdy v. Actavis, Inc.; Actavis Pharma, Inc.; Anda, Inc.; Watson Laboratories, Inc.* | USDC Southern District of Georgia |
| 2 | 15-cv-00242 | *Johnson v. Actavis PLC , Actavis Pharma Inc., Watson Laboratories, Inc., Anda, Inc.* | USDC, Eastern District of Pennsylvania |
| 3 | 15-cv-01927 | *Phillips v. Pfizer, Inc.; Pharmacia & Upjohn Co.; and Actavis, Inc.* | USDC Middle District of Georgia |
| 4 | 15-cv-06316 | *McGlaun et al v. Actavis, PLC. Et al* | USDC Eastern District of Texas |
| 5 | 15-cv-07114 | *Dean et al v. Actavis PLC et al* | USDC, Eastern District of Washington |
| 6 | 15-cv-08307 | *Smith v. Actavis PLC et al* | USDC, Southern District of Ohio |
| 7 | 15-cv-08703 | *Moore, et al. v. Actavis plc, Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Watson Laboratories, Inc., Anda, Inc.* | USDC Southern District of Texas |
| 8 | 15-cv-09082 | *Holbrook v. Actavis plc, Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Watson Laboratories, Inc., Anda, Inc.* | USDC Western District of Texas |
| 9 | 15-cv-09440 | *Ast v. Actavis Pharma, Inc. et al* | USDC Eastern District of Illinois |
| 10 | 15-cv-09709 | *Danzey v. Actavis plc, Actavis Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Watson Laboratories, Inc., Anda, Inc.* | USDC Middle District of Georgia |
| 11 | 15-cv-09794 | *Burns v. Actavis, PLC. et al* | USDC, Eastern District of Texas |
| 12 | 15-cv-09807 | *Skridla v. Actavis plc, Actavis, Inc., Watson Laboratories, Inc., Anda, Inc.* | USDC Northern District of Illinois |
| 13 | 15-cv-09822 | *Verheyn and Marilyn Verheyn v. Actavis, Inc.* | USDC Southern District of Indiana |
| 14 | 15-cv-10663 | *Young v. Actavis, Inc.* | USDC Southern District of Indiana |
| 15 | 15-cv-10969 | *Orlyn et al v. Actavis, Inc. et al* | USDC, Eastern District of California |

## ACTAVIS WORK-UP GROUP 1 CASES

| | | | |
|---|---|---|---|
| **16** | 15-cv-11508 | *Reynolds v. Actavis, Inc. et al* | **USDC, Northern District of Georgia** |
| **17** | 16-cv-00606 | *Markey et al v. Actavis, Inc.* | **USDC, Middle District of Pennsylvania** |
| **18** | 16-cv-01610 | *Holland, Sr. v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.* | **USDC Middle District of Tennessee** |
| **19** | 16-cv-01775 | *Pace v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.* | **USDC District of Colorado** |
| **20** | 16-cv-02323 | *Michael Hughes v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.* | **USDC Northern District of Illinois** |
| **21** | 16-cv-02692 | *Smith v. Actavis, Inc. et al* | **USDC, Middle District of Tennessee** |
| **22** | 16-cv-04089 | *Eckert v. Actavis, Inc. et al* | **USDC, Northern District of Georgia** |
| **23** | 16-cv-05250 | *Remaily v. Actavis, Inc. et al* | **USDC, Western District of North Carolina** |
| **24** | 16-cv-09646 | *Borough v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.* | **USDC Western District of Michigan** |
| **25** | 16-cv-10006 | *Evans v. AbbVie Inc. et al.* | **USDC Northern District of Illinois** |
| **26** | 16-cv-10853 | *West v. Actavis, Inc. et al* | **USDC, Northern District of Oklahoma** |
| **27** | 16-cv-11702 | *Chamberlin v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.* | **USDC District of Minnesota** |
| **28** | 17-cv-02280 | *Mallory et al v. Actavis, Inc. et al* | **USDC, Middle District of Florida** |
| **29** | 17-cv-03819 | *Carlson v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.* | **USDC Northern District of Texas** |
| **30** | 17-cv-09108 | *Newman et al v. Actavis, Inc. et al* | **USDC, Middle District of Florida** |