## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| | Master Docket Case No. 1:14-cv-01748 |
| | Honorable Matthew F. Kennelly |
| This document relates to: | |
| All Cases | |

**MOTION TO APPOINT NEGOTIATING PLAINTIFF COUNSEL AS TO LILLY DEFENDANTS**

Pursuant to the Case Management Orders regarding Plaintiffs' leadership (CMO No. 4, 6, 24) and the stay of proceedings as to the Lilly defendants (CMO 92 and Dkt. No. 2359), the Plaintiffs' Steering Committee hereby moves this Court for an Order appointing Trent B. Miracle, Christopher A. Seeger, Ronald Johnson, Jr., and Michael A. London as Negotiating Plaintiff Counsel in order to negotiate and execute a Master Settlement Agreement with the Lilly defendants. A proposed Order is attached hereto as Exhibit A.

Plaintiffs' Motion is unopposed by counsel for the Lilly defendants.

Dated: April 17, 2018

Respectfully submitted,

 /s/ Trent B. Miracle
Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

Ronald Johnson, Jr.
SCHACHTER, HENDY & JOHNSON PSC
909 Wrights Summit Parkway, Suite 210

Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
Email: rjohnson@pschacter.com

Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com

Plaintiffs' Co-Lead Counsel *on behalf of*
Plaintiffs' Steering Committee

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2018, I electronically transmitted the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service to all parties/counsel registered to received copies in this case.

_/s/ Brendan A. Smith_
Brendan A. Smith