# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br> Master Docket Case No. 1:14-cv-01748 <br> Honorable Matthew F. Kennelly |
| This document relates to: <br> All Cases | |

**CASE MANAGEMENT ORDER NO. 113**
**(APPOINTING NEGOTIATING PLAINTIFF COUNSEL – LILLY DEFENDANTS)**

In accordance with CMO No. 4, 6, 24, and 92, as well as Minute Order 2359 regarding the stay of proceedings as to the Lilly defendants, the Court hereby appoints Trent B. Miracle, Christopher A. Seeger, Ronald Johnson, Jr., and Michael London as Negotiating Plaintiff Counsel to negotiate and execute a Master Settlement Agreement with the Lilly defendants.

IT IS SO ORDERED.

April 17, 2018

_____
MATTHEW F. KENNELLY
United States District Judge