IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br>-----------------------------------------------------<br>This document relates to all cases | Case No. 14 C 1748<br><br>MDL No. 2545 |

CASE MANAGEMENT ORDER 114
(Trials of AbbVie cases under CMOs 75 & 87)

In this MDL proceeding, a number of cases in which AbbVie, Inc. is a named defendant are being worked up for trial under Case Management Orders (CMO) 75 and 87. A group of these cases will be trial-ready by no later than September 2018, and another group will be trial-ready around the end of December 2018.

The Court has previously advised counsel that other judges in this district have volunteered to assist this Court by trying cases arising from the MDL during the fall/winter 2018-2019 and spring 2019 time frame. The Court has identified the other judges to the plaintiffs' steering committee and counsel for AbbVie. Both sides have agreed that cases from the MDL may be tried before these judges.

As previously discussed, this Court intends to rule on all pretrial matters, including summary judgment, *Daubert* motions, other motions *in limine*, deposition designations, objections to exhibits, jury instructions, etc., to ensure consistency and so that the volunteer judges who will be trying cases may be given a trial-ready package. It is also the Court's intention to attempt, to the extent reasonably feasible, to handle pretrial matters in these cases on a common basis for cases to be tried during the latter part of 2018 and for cases to be tried during the early part of 2019—in other words,

commonly for all cases to be tried during each of these periods, rather than individually on a case-by-case basis.

The list of judges, including the undersigned judge, and anticipated trial dates is set forth below. The Court notes that any of these dates may be subject to change based on availability or unavailability of the particular judge or for other reasons.

Finally, the Court is operating on the understanding that each case reasonably may be tried within a two-week period (ten trial days). This likewise is the Court's goal for the upcoming May 2018 and June 2018 AbbVie bellwether trials as well as the August 2018 Actavis bellwether trial.

| Judge | Trial start date |
| --- | --- |
| Virginia Kendall | 10/2/2018 |
| Matthew Kennelly | 10/9/2018 |
| Manish Shah | 10/22/2018 |
| Virginia Kendall | 10/30/2018 |
| Matthew Kennelly | 11/5/2018 |
| Rebecca Pallmeyer | 11/5/2018 (move to 2/4/2019 if not enough cases) |
| Ruben Castillo | 11/26/2018 |
| Sara Ellis | 12/3/2018 |
| John Lee | 12/3/2018 |
| John Blakey | 1/14/2019 |
| Robert Dow | 1/14/2019 |
| Matthew Kennelly | 1/22/2019 |
| John Blakey | 1/28/2019 |
| Edmond Chang | 2/4/2019 |
| Rebecca Pallmeyer | 2/4/2019 (backup if 11/5/2018 slot not used) |
| Gary Feinerman | 2/11/2019 |
| Matthew Kennelly | 2/11/2019 |
| Jay Tharp | 3/4/2019 |
| Matthew Kennelly | 3/4/2019 |

Further dates after March 4, 2019 may be set by later order. Any questions concerning this order may be raised at the upcoming case management conference set for April 25, 2018.

Date: April 19, 2018

                                                         _____
                                                         MATTHEW F. KENNELLY
                                                         United States District Judge