**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document Relates to All Cases | Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |

**JOINT AGENDA**
**FOR APRIL 25, 2018 CASE MANAGEMENT CONFERENCE**

The Court directed counsel to file a proposed joint agenda for the April 25, 2018 Case Management Conference and provided the following conference call number. Anyone may listen to the conference by calling (888) 684-8852, passcode 7461053. Callers will not be able to speak at the conference. The parties jointly submit the following agenda:

I. Product Liability Cases

    a. Update on AbbVie

    b. Update on Actavis

    c. Diversity Jurisdiction

    d. Dismissal Lists

II. Medical Mutual of Ohio Case

    a. Defendants' Motion for a Protective Order or to Quash Subpoena Directed to Defense Expert Diane Giaquinta, Pharm.D.

    b. Defendants' Motion to Enforce Discovery Order Compelling MMO to Respond to Spoliation Discovery per CMO 107

    c. MMO's Request to Extend Deadline to Amend Pleadings and Add Parties from May 4, 2018 to June 22, 2018

Dated: April 23, 2018 Respectfully submitted,

/s/ Trent B. Miracle
Trent B. Miracle
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
tmiracle@simmonsfirm.com

*Plaintiffs' Co-Lead Counsel*

Ronald Johnson, Jr.
**SCHACHTER, HENDY & JOHNSON PSC**
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
rjohnson@pschachter.com

*Plaintiffs' Co-Lead Counsel*
Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road, 6th FL
Ridgefield Park, NJ 07660
Phone: (212) 584-0700

*Plaintiffs' Co-Lead Counsel*

David M. Bernick
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3405
Fax: (212) 492-0405
dbernick@paulweiss.com

*Attorney for AbbVie, Inc.*

2

Michelle Hart Yeary
**Dechert LLP**
902 Carnegie Center, Suite 500
Princeton, NJ 08540
Telephone: (609) 955-3200
Facsimile: (609) 955-3259
Email: michelle.yeary@dechert.com

Alicia J. Donahue
**Shook Hardy & Bacon**
One Montgomery St., Suite 2700
San Francisco, CA 94104
T: 415.544.1900
F: 415.391.0281
Email: adonahue@shb.com

*Attorneys for AbbVie Inc. and Abbott Laboratories*

Andrew K. Solow
**KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 836-7740
Fax: (212) 836-6776
andrew.solow@kayescholer.com

Pamela J. Yates
**KAYE SCHOLER LLP**
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Tel: (310) 788-1278
Fax: (310) 788-1200
pamela.yates@kayescholer.com

*Attorneys for Endo Pharmaceuticals Inc. and Auxilium Pharmaceuticals, Inc.*

James W. Matthews (*pro hac vice*)
Katy E. Koski (*pro hac vice*)
Jason L. Drori (*pro hac vice*)
**FOLEY & LARDNER LLP**
111 Huntington Ave.
Boston, MA 02199
Tel: (617) 342 – 4000

Fax: (617) 342 – 4001
jmatthews@foley.com
kkoski@foley.com
jdrori@foley.com

Jonathan W. Garlough
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Tel: (312) 832 – 4500
Fax: (312) 832 – 4700
jgarlough@foley.com

*Attorneys for Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., and Anda, Inc.*

William F. Cavanaugh, Jr. *(pro hac vice)*
Jonah Moses Knobler *(pro hac vice)*
**PATTERSON BELKNAP WEBB & TYLER**
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pbwt.com
jknobler@pbwt.com

*Attorneys for AbbVie Inc. and Abbott Laboratories*

Joseph P. Thomas
K.C. Green
Jeffrey D. Geoppinger
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Fax: (513) 698-5001
E-mail: jthomas@ulmer.com

*Attorneys for Actavis, Inc., Actavis Pharma, Inc., Anda, Inc., Watson Laboratories, Inc., a Nevada corporation, and Watson Laboratories, Inc., a Delaware corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Brendan A. Smith*

Brendan A. Smith
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
bsmith@simmonsfirm.com