UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | CASE NO. 1:14-CV-01748 <br> MDL 2545 <br><br> JUDGE MATTHEW F. KENNELLY <br><br> This Document Relates to: <br><br> All Actions |

## JOINT MOTION TO ENTER CASE MANAGEMENT ORDER

Defendants AbbVie Inc. and Abbott Laboratories (together, "AbbVie") and Plaintiffs jointly move for entry of a Case Management Order in the form appended hereto. The proposed Order amends the Plaintiff Profile Form ("PPF") notice and Order to Show Cause procedure set out in CMO 85 with respect to AbbVie and Plaintiffs with claims against AbbVie.

The Court implemented CMO 85 in order to require all Plaintiffs to provide supplemental medical information in a PPF with supporting evidence (e.g., medical and pharmacy records) of use of a defendant's product and the injury (or injuries) allegedly caused by such use and to provide an abbreviated compliance process for deficient PPFs centered on requiring Plaintiffs to show cause for failure to comply. (*See* Dkt. 2292 at 23.) In its current form, CMO 85 provides Plaintiff's counsel with a 21-day cure period after the issuance of an Order to Show Cause. (Dkt. 2295.) AbbVie and the PSC now move to set a firm cut-off date for each plaintiff to comply with CMO 85.

Accordingly, AbbVie and Plaintiffs propose that the Court enter a new CMO to:

- Establish a firm cut-off date of May 11, 2018, by which Plaintiffs must cure any deficient PPFs and provide any missing records of use and injury or injuries (i.e., substantially comply with CMO 85's PPF requirements);

- Set forth a procedure by which AbbVie will give the Court a list of Plaintiffs whose PPFs remain deficient after May 11, 2018, including the reasons for deficiency, the Court will issue an Order to Show Cause, and Plaintiffs will have an opportunity to show cause why their failure to comply with CMO 85 as to AbbVie should be excused.

- Exclude from the aforementioned procedure and cut-off date the Plaintiffs subject at the time of this filing to the existing Order to Show Cause bearing a cure date of April 27, 2018.

For the foregoing reasons, AbbVie and Plaintiffs respectfully request that the Court enter the proposed Order attached hereto.

Dated: April 26, 2018

Respectfully submitted,

/s/ Trent B. Miracle
Trent B. Miracle
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
tmiracle@simmonsfirm.com

/s/ Michelle Hart Yeary
Michelle Hart Yeary
**DECHERT LLP**
902 Carnegie Center, Suite 500
Princeton, New Jersey 08540
Tel: (609) 955-3277
Fax: (609) 955-3259
Michelle.yeary@dechert.com

Ronald Johnson, Jr.
**SCHACHTER, HENDY & JOHNSON PSC**
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
rjohnson@pschachter.com

*Attorney for AbbVie Inc. and Abbott Laboratories*

Christopher A. Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Counsel*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 26, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *Michelle Hart Yeary*
Michelle Hart Yeary

*Attorney for AbbVie Inc. and Abbott Laboratories*