UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | : : : Civil Action No. 1:14-MD-0178 : MDL No. 2545 : : JUDGE MATTHEW F. KENNELLY : : |

**This document relates to: ALL ACTIONS**

CASE MANAGEMENT ORDER NO. 115
(Cut-off Date for Supplemental Plaintiff Profile Form With Respect to AbbVie Defendants)

On the joint motion of the AbbVie defendants and the Plaintiffs' Steering Committee, the Court hereby issues the following Case Management Order to modify the procedure and schedule for the completion and service of Supplemental Plaintiff Profile Forms ("PPF") and certain documents referenced therein, as set out in Case Management Order 85, with respect to Defendants AbbVie Inc. and Abbott Laboratories (together, "AbbVie").

**I.      Scope of Order**

A.     This Order applies to all Plaintiffs and their counsel subject to CMO 85's requirement to submit a Plaintiff Profile Form ("PPF") with supporting evidence (*see* Dkt. 2295) and who assert claims against AbbVie.

B.     This Order shall not apply to any Plaintiffs subject at the time of the filing of this Order to the existing Order to Show Cause bearing a cure date of April 27, 2018.

C.     With respect to AbbVie and all Plaintiffs described in Section I.A, this Order modifies and supersedes the notice and cure procedure set out in CMO 85 Section II.C-D.

II.     **PPF Cut-off Date and Order to Show Cause Procedure**

A. All Plaintiffs subject to this Order as set out in Section I shall have until May 11, 2018, to ensure that they have submitted a PPF and required medical and pharmacy records that are substantially complete in all respects in compliance with CMO 85.

B. After May 11, 2018, AbbVie shall notify the Court on a rolling basis of any Plaintiffs they believe have continuing deficiencies, including the reasons for the alleged deficiencies ("Notice of Deficiency"). The Plaintiffs identified in that Notice of Deficiency shall have three (3) business days to meet and confer with AbbVie if they believe they have complied with this Order. AbbVie shall then send either a "Corrected" Notice of Deficiency if any Plaintiffs were identified in error, or a "Confirmed" Notice of Deficiency. Upon receiving the Corrected or Confirmed Notice of Deficiency, the Court shall issue an "Order To Show Cause Why the Failure to Comply By May 11, 2018 Should Be Excused." Plaintiffs' counsel shall have three (3) business days to respond to said Order To Show Cause.

C. Unless good cause is shown in response to the Court's Order To Show Cause, the Court shall dismiss the Plaintiff's case with prejudice or impose another appropriate sanction. IT IS SO ORDERED, this 27th day of April, 2018.

_____
HON. MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE