UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: TESTOSTERONE | ) | MDL No. 2545 |
| REPLACEMENT THERAPY | ) | Master Docket Case No. 1:14-cv-1748 |
| PRODUCTS LIABILITY LITIGATION | ) | Honorable Matthew F. Kennelly |
| ------------------------------------------------------ | ) | |
| | ) | |
| This Document Relates to the Cases | ) | |
| Identified Below | ) | |

## MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

Plaintiff's counsel, Peter J. Flowers and MEYERS & FLOWERS, LLC, move this Court for leave to withdraw as counsel for plaintiffs below. In support of this motion, movants state as follows:

A. MEYERS & FLOWERS, LLC filed an appearance on behalf of the plaintiffs in the following cases:

1. Bryan Adams (Case No. 1:16-cv-00405);
2. Anthony Armstrong (Case No. 1:16-cv-00118);
3. Roger Brooks (Case No. 1:16-cv-11636);
4. Arthur Caraveo (Case No. 1:15-cv-11355);
5. Luther Daniel (Case No. 1:15-cv-05157);
6. Jeffery Janiga (Case No. 1:15-cv-11496);
7. Ramona Mendez on behalf of Luis Mendez (Case No. 1:16-cv-00907);
8. Michael Roberts (Case No. 1:15-cv-11788);
9. Ronald Sciretta (Case No. 1:16-cv-00707);
10. Dennis Sewell (1:16-cv-00729);
11. Lee Spears (Case No. 1:16-cv-0054);
12. Jake Stills (Case No. 1:16-cv-06058);
13. Martin Valle (Case No. 1:16-cv-01000);
14. Thomas Willey (Case No. 1:16-cv-00409); and
15. John Wilson (Case No. 1:16-cv-00464).

B. MEYERS & FLOWERS, LLC wishes to withdraw its appearance for the above-listed plaintiffs. The reasons for the request to withdraw are stated in **Exhibit A**, an affidavit which is being filed as a sealed document only to be viewed by the Court and not to be viewed by any counsel. Pursuant to Seventh Circuit Operating Procedure 10(a), MEYERS & FLOWERS, LLC requests this Honorable Court to Order **Exhibit A** be sealed.

C. Attached to this motion is a Notification of Party Contact Information Form.

1

**D.** MEYERS & FLOWERS, LLC is sending Notice of this motion to each of the above-listed Plaintiffs by U.S. Mail.

**WHEREFORE**, movants request that this Court enter an Order withdrawing the appearance of MEYERS & FLOWERS, LLC as counsel for plaintiffs listed above.

Respectfully submitted,

MEYERS & FLOWERS, LLC

*/s/ Frank V. Cesarone*_____
Frank V. Cesarone, Esq.
MEYERS & FLOWERS, LLC
3 N Second Street, Suite 300
St. Charles, IL 60174
(630)232-6333
fvc@meyers-flowers.com