**UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON**

| | |
|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) **Case No**. 14-cv-01748<br>**MDL No**. 2545 |

**This document relates to:**
*Harris v. AbbVie Inc., et al., Case* No. 14-cv-07963
*Natale v. AbbVie Inc., et al.*, Case No. 16-cv-05706

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **Tuesday, May 15, 2018, at 9:30 am,** or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge Matthew F. Kennelly or any judge sitting in his stead in Courtroom 2103 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present Plaintiffs Harris And Natale's Joint Motion To Strike Rebuttal Expert Reports By Dr. George Newman And Dr. William White, a copy of which has been served via ECF.

Dated: May 8, 2018

Respectfully Submitted,

/s/ Bradley T. Wilders____
Bradley T. Wilders
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO  64112
Telephone:  (816) 714-7100
Facsimile:  (816) 714-7101
Email:  wilders@stuevesiegel.com

*Attorney for Plaintiff Edwin Clay Harris*

/s/ Daniel C. Burke____

                                              Daniel C. Burke
Bernstein Liebhard LLP
10 E. 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email: dburke@bernlieb.com
Email: dlee@bernlieb.com

*Attorneys for Plaintiff Edward Natale Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2018 the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Brendan Smith
Brendan Smith
