# Exhibit 1

| Case Caption | Case No | Plaintiff Counsel | File Date | Defendants Subject to Dismissal |
|---|---|---|---|---|
| Bennett, Charles E. v. AbbVie Inc. et al. | 16-cv-01908 | Ashcraft & Gerel | 2/3/2016 | Entire Action |
| Sharkey, Eugene Jr. v. AbbVie Inc. et al. | 17-cv-03901 | Bahe Cook Cantley & Nefzger, PLC | 5/23/2017 | Entire Action |
| Timmons, Roland L. Jr. v. AbbVie Inc. et al. | 15-cv-10363 | Beasley, Allen, Crow, Methvin, Portis & Miles | 11/17/2015 | Entire Action |
| Biele, Patrick A. v. AbbVie Inc. et al. | 15-cv-04852 | Chaffin Luhana LLP | 6/2/2015 | Entire Action |
| Szczupakowski, Daniel W. v. AbbVie Inc. et al. | 16-cv-05228 | Cohen & Malad | 5/16/2016 | Entire Action |
| Harp, Douglas v. AbbVie Inc. et al. | 16-cv-00175 | Goldenberg Heller Antognoli & Rowland P.C. | 1/7/2016 | Entire Action |
| Basile, Vincent Jr. v. AbbVie Inc. et al. | 16-cv-04612 | Goldenberglaw PLLC | 4/25/2016 | Entire Action |
| Hartle, Stanley H. v. AbbVie Inc. et al. | 16-cv-01335 | Jensen & Associates | 1/27/2016 | Entire Action |
| Bunting, Richard G., Jr. v. AbbVie Inc. et al. | 15-cv-03577 | Johnson Becker PLLC | 4/23/2015 | Entire Action |
| Palmer, Larry v. AbbVie Inc. et al. | 15-cv-10952 | Johnson Becker PLLC | 12/7/2015 | Entire Action |
| Anderson, James Jr. v. AbbVie Inc. et al. | 17-cv-02139 | Johnson Becker PLLC | 3/20/2017 | Entire Action |
| Schweickert, Andrew E. v. AbbVie Inc. et al. | 15-cv-08273 | Johnson Becker PLLC | 9/21/2015 | Entire Action |
| Smith, James T. v. AbbVie Inc. et al. | 15-cv-09395 | Johnson Becker PLLC | 10/23/2015 | Entire Action |
| Roberts, Thomas v. AbbVie Inc. et al. | 15-cv-11577 | Kabateck Brown Kellner | 12/22/2015 | Entire Action |
| Castine, Michael v. AbbVie Inc. et al. | 16-cv-03150 | Law Offices of Baird A. Brown | 12/4/2015 | Entire Action |
| Clayton, Lonnie v. AbbVie Inc. et al. | 15-cv-09916 | Law Offices of Robert Jackson | 11/4/2015 | Entire Action |
| Luff, Walter v. AbbVie Inc. et al. | 15-cv-09797 | Lopez McHugh | 11/2/2015 | Entire Action |
| Werner, Dieter M. v. AbbVie Inc. et al. | 15-cv-04322 | Matthews & Associates | 5/15/2015 | Entire Action |
| Park, Michael Eugene v. AbbVie Inc. et al. | 16-cv-04377 | McEwen Law Firm | 4/18/2016 | Entire Action |
| Dillard, James v. AbbVie Inc. et al. | 16-cv-00472 | Meyers & Flowers | 1/13/2016 | Entire Action |
| Scott, John G. v. AbbVie Inc. et al. | 16-cv-06029 | Meyers & Flowers | 6/9/2016 | Entire Action |
| Book, David v. AbbVie Inc. et al. | 16-cv-00161 | Meyers & Flowers | 1/7/2016 | Entire Action |
| Cuchetto, Vincent v. AbbVie Inc. et al. | 15-cv-07018 | Meyers & Flowers | 8/11/2015 | Entire Action |
| Janiga, Jeffery v. AbbVie Inc. et al. | 15-cv-11496 | Meyers & Flowers | 12/21/2015 | Entire Action |
| Mendez, Ramona v. AbbVie Inc. et al. | 16-cv-00907 | Meyers & Flowers | 1/21/2016 | Entire Action |
| Miller, Phillip v. AbbVie Inc. et al. | 16-cv-00276 | Meyers & Flowers | 1/9/2016 | Entire Action |
| Rodriguez, Gilberto v. AbbVie Inc. et al. | 16-cv-00359 | Meyers & Flowers | 1/12/2016 | Entire Action |
| Thomas, Jerry v. AbbVie Inc. et al. | 16-cv-06042 | Meyers & Flowers | 6/9/2016 | Entire Action |
| Gibbons, Michael v. AbbVie Inc. et al. | 18-cv-02793 | Morgan & Morgan, Complex Litigation Group | 4/19/2018 | Entire Action |
| Pladna, David v. AbbVie Inc. et al. | 15-cv-09681 | Provost Umphrey Law Firm | 10/29/2015 | Entire Action |
| Butler, Frederick v. AbbVie Inc. et al. | 15-cv-11854 | Robinson Calcagnie, Inc. | 12/30/2015 | Entire Action |
| Sheridan, Gary v. AbbVie Inc. et al. | 15-cv-04001 | Simmons Hanly Conroy LLC | 5/5/2015 | Entire Action |
| Schneider, Roger v. AbbVie Inc. et al. | 15-cv-09004 | The Goss Law Firm, PC | 10/12/2015 | Entire Action |
| Coffey, Patrick v. AbbVie Inc. et al. | 16-cv-03756 | The Lanier Law Firm | 1/15/2016 | Entire Action |
| Goodrich, David v. AbbVie Inc. et al. | 16-cv-04994 | The Lanier Law Firm | 5/5/2016 | Entire Action |
| Pennell, Paul v. AbbVie Inc. et al. | 14-cv-07260 | The Levensten Law Firm | 9/18/2014 | Entire Action |
| Kolmar, Frank v. AbbVie Inc. et al. | 16-cv-03149 | The Mulligan Law Firm | 3/14/2016 | Entire Action |
| Messenger, David v. AbbVie Inc. et al. | 17-cv-01508 | Wexler Wallace | 2/27/2017 | Entire Action |