IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 14 C 1748<br><br>MDL No. 2545 |
| This document relates to all cases | ) | |

## CASE MANAGEMENT ORDER NO. 118
### (Dismissal of cases for noncompliance with CMO 85)

In Case Management Order (CMO) 85, the Court imposed upon all plaintiffs in this multidistrict litigation (MDL) proceeding an obligation to supplement and update their plaintiff's fact sheets with a submission called a supplemental plaintiff profile form (PPF). The PPF requires disclosure of, among other things, detailed information regarding, among other things, the particular testosterone replacement therapy (TRT) product(s) the plaintiff used; the pharmacy or pharmacies from which the plaintiff obtained it; the dates of usage; any gaps in usage; the nature and date of the plaintiff's injury claimed to be caused by a TRT product; details regarding written product information the plaintiff received; and details regarding TRT advertisements the plaintiff saw. In addition, the PPF required the plaintiff to produce relevant records, including pharmacy records, regarding the dispensation to and use by the plaintiff of any TRT product and medical records documenting the plaintiff's claimed TRT-related injuries.

The Court imposed the requirement for submission of a PPF to ensure the disclosure of relevant and highly material information needed for the preparation and litigation of the thousands of cases remaining in the MDL as well as their ultimate resolution by settlement, ruling on a dispositive motion, remand to the appropriate

transferor district, or trial before this Court.

CMO 85 gave each plaintiff a reasonable time—90 days—to submit a substantially complete PPF. CMO 85 further provided as follows:

> C. Should any Plaintiff fail to serve an executed PPF or if a Defendant deems a Plaintiff's PPF deficient, Defendant's counsel shall notify the Court of the alleged deficiency and the Court shall issue an, "Order To Show Cause Why the Case Should Not Be Dismissed and/or Sanctions Ordered." Plaintiff's counsel shall have twenty-one (21) days to respond to said Order To Show Cause, which includes the ability to cure the alleged discovery deficiency. There shall be no imposition of a sanction for any plaintiff who cures a deficiency following issuance of an Order to Show Cause.
>
> D. If the Plaintiff fails to show cause within 21 days of entry of the Court's Order To Show Cause, the Court may dismiss the Plaintiff's case with prejudice, or impose another appropriate sanction.

CMO 85, ¶ III.B-C.

Following expiration of the 90 day period, defendants submitted, as directed by the Court, a list of the plaintiffs who failed to comply with CMO 85. The Court entered, on April 6, 2018, an order giving two groups of plaintiffs 21 days to show cause "why the Court should not dismiss the Plaintiff's case with prejudice, or impose another appropriate sanction." CMO 110 at 1. The first and by far the largest group consisted of plaintiffs claimed to have failed to serve a PPF as required by CMO. The second, smaller group consisted of plaintiffs claimed to have failed to provide medical records required by CMO 85. Under CMO 110, the deadline for a plaintiff to show cause was April 27, 2018.

At the April 25, 2018 case management conference, the Court directed defendants to provide, by May 1, 2018, a list identifying all the cases that were subject to the order to show cause, along with any responses or other documents filed by the

2

plaintiffs in those cases after entry of the order to show cause. Defendants produced the requested list on May 1 as directed. As of May 10, 2018, the Court has reviewed the individual dockets in each of the listed cases, as well as the main MDL docket, to determine whether any response (timely or otherwise) to the order to show cause has been filed by the plaintiffs in those cases.

The plaintiffs in the cases listed below filed no response whatsoever following the Court's entry of the order to show cause.[1] The failure of these plaintiffs to comply with the PPF requirements of CMO 85 amounts to an unjustified failure to produce discovery following entry of a court order. The failure to produce discovery is prejudicial to the defendants in these cases because it hinders the investigation and preparation of a defense in these cases. For those reasons, the Court finds it appropriate to dismiss with prejudice all such cases. The cases are listed in the Appendix to this order. Judgment will be entered in each case dismissing the case with prejudice.

## Conclusion

For the reasons stated in this order, the Clerk is directed to enter judgment in each of cases listed in Appendix A dismissing the case with prejudice.

Date: May 1, 2018

_____
MATTHEW F. KENNELLY
United States District Court

---

[1] The Court will address in a separate order cases in which a response to the order to show cause was filed after April 27, 2018, as well as a small number of cases in which there was an earlier stipulation or motion to voluntarily dismiss the case or certain defendants.

3

|    | **Plaintiff**                      | **Case**         |
|----|------------------------------------|------------------|
| 2  | LoCoco, Santo                      | 1:14-cv-04256    |
| 3  | Linn, Donald                       | 1:14-cv-04527    |
| 4  | Toy, Martin                        | 1:14-cv-08896    |
| 5  | Bailey, Lloyd                      | 1:14-cv-08927    |
| 6  | Price, Odis                        | 1:14-cv-09141    |
| 7  | Taylor, Leon                       | 1:14-cv-09375    |
| 8  | Wisdom, Nicholas                   | 1:14-cv-10137    |
| 9  | Olson, Shad                        | 1:14-cv-10304    |
| 10 | Patrick, John                      | 1:15-cv-00845    |
| 11 | McCalman, Michael                  | 1:15-cv-00940    |
| 12 | Beren, Peter L.                    | 1:15-cv-03036    |
| 13 | Girard, Pierre                     | 1:15-cv-03311    |
| 14 | Kennedy, Ronnie                    | 1:15-cv-03512    |
| 15 | Paige, Fred                        | 1:15-cv-03567    |
| 16 | McCullough, Robert, Jr.            | 1:15-cv-03823    |
| 17 | Starnes, Larry and Yvonne          | 1:15-cv-03858    |
| 18 | Heard, Michael                     | 1:15-cv-04618    |
| 19 | Almond, Keith                      | 1:15-cv-05298    |
| 20 | Batie, Johnnie                     | 1:15-cv-05308    |
| 21 | Williams, Damon and Cheryl         | 1:15-cv-05385    |
| 22 | Iglesias, Carlos and Kathleen      | 1:15-cv-06327    |
| 23 | Ramos, Martin                      | 1:15-cv-06330    |
| 24 | Roberto, Armando J                 | 1:15-cv-07085    |
| 25 | Brodale, Stephen                   | 1:15-cv-07215    |
| 26 | Brown, Gregory A.                  | 1:15-cv-07221    |
| 27 | Dooley, Thomas G. and Sanora       | 1:15-cv-07222    |
| 28 | Lewis, Robert                      | 1:15-cv-07412    |
| 29 | Saxon, Paul                        | 1:15-cv-07423    |
| 30 | Horky, Sandor Jr. and Gail         | 1:15-cv-07445    |

|    | A | C |
|----|---|---|
|    | **Plaintiff** | **Case** |
| 31 | Catanese, III, Peter | 1:15-cv-07494 |
| 32 | Pruitt, Michael | 1:15-cv-07569 |
| 33 | Hele, Douglas | 1:15-cv-07589 |
| 34 | Moskowitz, Marc R | 1:15-cv-07956 (misidentified as 1:15-cv-5042) |
| 35 | Balsley, Jr., Ernest | 1:15-cv-08661 |
| 36 | Lyon, Larry M. (Deceased) | 1:15-cv-09441 |
| 37 | Redding, Casey and Lynn | 1:15-cv-09550 |
| 38 | Hedleston, Lawrence | 1:15-cv-09598 |
| 39 | Girourd, Jon | 1:15-cv-09644 |
| 40 | Pladna, David | 1:15-cv-09681 |
| 41 | Adams, Robert R. | 1:15-cv-09962 |
| 42 | Malusky, John | 1:15-cv-10315 |
| 43 | Vigue, Ronald | 1:15-cv-10379 |
| 44 | Kizer, Steve | 1:15-cv-10866 |
| 45 | Sellars, Edie<br>Sellars, Robert L. (Deceased) | 1:15-cv-11000 |
| 46 | Snyder, Norman | 1:15-cv-11352 |
| 47 | Singer, Bruce | 1:15-cv-11542 |
| 48 | Harp, Douglas<br>Harp, Jerry Lee (Deceased) | 1:16-cv-00175 |
| 49 | Ziaja, Paul | 1:16-cv-00298 |
| 50 | Russell, Bernard | 1:16-cv-00604 |
| 51 | Smith, Todd | 1:16-cv-01177 |
| 52 | Martinez, Raymond | 1:16-cv-01236 |
| 53 | Martin, Michael | 1:16-cv-01247 |
| 54 | Kirby, Michael | 1:16-cv-01348 |
| 55 | Chetelat, Jerald | 1:16-cv-01377 |
| 56 | Castro, Francisco | 1:16-cv-01626 |
| 57 | Newsome, Roger | 1:16-cv-01690 |
| 58 | Walker, Leroy and Cynthia P. | 1:16-cv-01749 |
| 59 | Marcantel, Ken | 1:16-cv-01797 |
| 60 | Dorsey, Thomas | 1:16-cv-01817 |

| | A | C |
|---|---|---|
| 1 | **Plaintiff** | **Case** |
| 61 | Lapenotiere, Arthur J. | 1:16-cv-01834 |
| 62 | Parrish, Joann<br>Parrish, Walter Jr. (Deceased) | 1:16-cv-02206 |
| 63 | McCabe, Joseph F. | 1:16-cv-02369 |
| 64 | Gomez, Augusto | 1:16-cv-02591 |
| 65 | Saunders, Dustin | 1:16-cv-02657 |
| 66 | Schwartz, Henry | 1:16-cv-02703 |
| 67 | Plenty-Walls, Ruth<br>Plenty-Walls, Larry (Deceased) | 1:16-cv-02987 |
| 68 | Stroemer, III, George | 1:16-cv-02993 |
| 69 | Chambers , Joel | 1:16-cv-03079 |
| 70 | Mashburn, Patricia<br>Mashburn, William H. (Deceased) | 1:16-cv-03098 |
| 71 | Brock, Keith | 1:16-cv-03099 |
| 72 | Reid, Barbara<br>Wood, Richard L. (Deceased) | 1:16-cv-03104 |
| 73 | Lanzetta, Maria<br>Lanzetta, Peter (Deceased) | 1:16-cv-03107 |
| 74 | Essman, Gregory | 1:16-cv-03109 |
| 75 | Hester, Aaron | 1:16-cv-03113 |
| 76 | Tidwell, Dennis R. | 1:16-cv-03114 |
| 77 | Smith, Albert W. | 1:16-cv-03116 |
| 78 | Smith, William H. | 1:16-cv-03118 |
| 79 | Childers, Rickie L. | 1:16-cv-03119 |
| 80 | Hensley, Billy | 1:16-cv-03122 |
| 81 | Taylor, Corbett L. | 1:16-cv-03123 |
| 82 | Griffith, Jim C. | 1:16-cv-03124 |
| 83 | Hatton, Raymond | 1:16-cv-03126 |
| 84 | Gibbs, James | 1:16-cv-03128 |
| 85 | Little, William J. | 1:16-cv-03130 |
| 86 | Shibley, Valloyd | 1:16-cv-03134 |
| 87 | Burrell, Ronald | 1:16-cv-03135 |
| 88 | Matthews, Konrad | 1:16-cv-03136 |
| 89 | Orms, Bob | 1:16-cv-03137 |
| 90 | Redic, Don | 1:16-cv-03139 |

| | A | C |
|---|---|---|
| | **Plaintiff** | **Case** |
| 91 | Lawson, David | 1:16-cv-03140 |
| 92 | Mills, Jim | 1:16-cv-03145 |
| 93 | Thompson, John E. | 1:16-cv-03146 |
| 94 | La Rosa , James | 1:16-cv-03155 |
| 95 | Mohlman, Paul | 1:16-cv-03158 |
| 96 | Stewart, Bobby | 1:16-cv-03162 |
| 97 | Latham, Gary | 1:16-cv-03165 |
| 98 | Podeszwik, Jeffrey A. | 1:16-cv-03170 |
| 99 | Reed, Bruce L. | 1:16-cv-03174 |
| 100 | Hower, Randall | 1:16-cv-03176 |
| 101 | Wilson, Gilbert | 1:16-cv-03180 |
| 102 | Banks, Lee E. | 1:16-cv-03181 |
| 103 | Geipe, Steve | 1:16-cv-03189 |
| 104 | Zaccaria, Anthony | 1:16-cv-03192 |
| 105 | Davis, Benjamen C. | 1:16-cv-03195 |
| 106 | Wilson, Kirk | 1:16-cv-03196 |
| 107 | Ailes, Harlan | 1:16-cv-03197 |
| 108 | Kidder, Raymond | 1:16-cv-03198 |
| 109 | Torres, Mike | 1:16-cv-03199 |
| 110 | Johnson, Barry | 1:16-cv-03200 |
| 111 | Passmore, Garry | 1:16-cv-03202 |
| 112 | Stangel, Michael | 1:16-cv-03206 |

|   | A | C |
|---|---|---|
| 1 | **Plaintiff** | **Case** |
| 113 | Niffen, Charles | 1:16-cv-03208 |
| 114 | Sullivan, Terry | 1:16-cv-03214 |
| 115 | Zargarian, Zareh | 1:16-cv-03219 |
| 116 | Griffin, Allen | 1:16-cv-03220 |
| 117 | Merry, Randall D. | 1:16-cv-03221 |
| 118 | Daniel, James | 1:16-cv-03225 |
| 119 | Sorrells, Billy | 1:16-cv-03230 |
| 120 | Davis, Phillip | 1:16-cv-03231 |
| 121 | Messina, Eric | 1:16-cv-03232 |
| 122 | Harr, Robert | 1:16-cv-03235 |
| 123 | White, Ronald | 1:16-cv-03236 |
| 124 | Spears, Lamont K. | 1:16-cv-03237 |
| 125 | Thompson, Wendell | 1:16-cv-03240 |
| 126 | Chatman, Ossie | 1:16-cv-03246 |
| 127 | Bansal, Vishal | 1:16-cv-03250 |
| 128 | Olszowy, Christopher | 1:16-cv-03252 |
| 129 | Crenshaw, Eugene L. | 1:16-cv-03258 |
| 130 | Turner, Donald Ray | 1:16-cv-03259 |
| 131 | Lafayette, Daniel | 1:16-cv-03263 |
| 132 | Carson, Grady | 1:16-cv-03264 |
| 133 | Opala, Tim | 1:16-cv-03266 |
| 134 | Woolwine, David G. | 1:16-cv-03267 |
| 135 | Crabtree, Dale | 1:16-cv-03268 |
| 136 | Moody, Henry | 1:16-cv-03277 |
| 137 | McLean, J. Miles | 1:16-cv-03296 |
| 138 | Stephens , Mitchell | 1:16-cv-03301 |
| 139 | DeCarlo , Michelle, on behalf of | 1:16-cv-03311 |

| Plaintiff | Case |
|---|---|
| Lawson, Ronald S. | 1:16-cv-03637 |
| Duffy, Gabriel | 1:16-cv-03957 |
| Owens, Bruce | 1:16-cv-04407 |
| Vertes, Philip | 1:16-cv-05428 |
| Rivera, John E | 1:16-cv-06440 |
| Diani , Joseph C. Sr. | 1:16-cv-07172 |
| Thompson, Ryan M. | 1:16-cv-07196 |
| Thompson, Thaddeus A. | 1:16-cv-07230 |
| Jepson, Richard C. | 1:16-cv-08319 |
| Leyva, Felix | 1:16-cv-10185 |
| Ross, Richard C. | 1:16-cv-11267 |
| Ryan , James | 1:17-cv-00711 |
| Deming, Charles Ed | 1:17-cv-00727 |
| Million, James | 1:17-cv-01188 |
| Leschyshyn, Alan M. | 1:17-cv-01778 |
| Vaughn, Jr., Bruce | 1:17-cv-02334 |
| Williams, Robert Christopher Jr. and Helen C. Williams, his wife | 1:17-cv-04099 |
| Merems, Norman | 1:17-cv-05681 |
| Smith, Glenn | 1:17-cv-06898 |
| Narula, Sushma Narula, Jagdish (Deceased) | 1:17-cv-07522 |