IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>*Lloyd Bailey, et al. v. AbbVie Inc., et al.*,<br>Case No. 1:14-cv-08927;<br>*Odis Price, et al. v. AbbVie Inc., et al.*,<br>Case No. 1:14-cv-09141;<br>*Nicholas Wisdom, et al. v. AbbVie, Inc., et al.*,<br>Case No. 1:14-cv-10137 | |

## JOINT MOTION FOR RELIEF FROM AN ORDER DISMISSING PLAINTIFF'S CASE WITH PREJDUICE

Plaintiffs and Defendants in the above-referenced cases, by and through their counsel of record, respectfully move the Court for relief from Case Management Order No. 118 (Dismissal of cases for noncompliance with CMO 85) (ECF No. 2612).

Under Rule 60(b)(1) of the Federal Rules of Civil Procedure, the Court may relieve a party from an order for one of several reasons, including mistake and inadvertence. The three cases referenced above were inadvertently placed on the Court's CMO 118 dismissal of cases. All plaintiffs in the three cases have complied with the requirements outlined in CMO 85 and timely provided PPFs and medical/pharmacy records. Therefore, the parties respectfully request an order reinstating these cases.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael B. Leh* | */s/ Michelle H. Yeary* |
| Michael B. Leh | Michelle H. Yeary |
| Locks Law Firm | Dechert LLP |
| 601 Walnut St. | 100 Overlook Center, 2nd Floor |
| Suite 720 East | Princeton, NJ 08540 |
| Philadelphia, PA 19106 | (609) 955-3277 |
| (215) 89303410 | Email: michelle.yeary@dechert.com |
| Email: mleh@lockslaw.com | *Counsel for AbbVie, Inc. and Abbott Laboratories* |
| *Counsel for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 18, 2018 the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                        */s/ Michael Leh*
                                        Michael Leh

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lloyd Bailey, et al. v. AbbVie Inc., et al.*,<br>Case No. 1:14-cv-08927;<br>*Odis Price, et al. v. AbbVie Inc., et al.*,<br>Case No. 1:14-cv-09141;<br>*Nicholas Wisdom, et al. v. AbbVie, Inc., et al.*,<br>Case No. 1:14-cv-10137 | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |

## ORDER GRANTING RELIEF FROM CASE MANAGEMENT ORDER NO. 118 AND REINSTATING PLAINTIFFS' COMPLAINTS

THE COURT, having considered the Joint Motion of Plaintiffs and Defendants for Relief from the Court's Order Dismissing Plaintiffs' Claims With Prejudice, hereby Orders as follows:

The joint motion is granted. Plaintiffs' cases in the Testosterone Product Liability Litigation are reinstated.

So Ordered this _____ day of _____, 2018

_____
UNITED STATES DISTRICT JUDGE
MATTHEW F. KENNELLY