UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE: TESTOSERONE REPLACEMENT
THERAPY PRODUCTS LAIBILITY LITIGATION    CASE NO. 1:14-CV-01748
                                         MDL 2545

**This document relates to:**
**JAMES MILLION 1:17-CV-01188**            JUDGE MATTHEW F. KENNELLY
*************************************************************************

## PLAINTIFFS' MOTION FOR RELIEF AND/OR RECONSIDERATION FROM AN ORDER DISMISSING THE PLAINTIFF'S CASE WITH PREJUDICE

Plaintiffs James Million and Gloria Million, by and through counsel, files his Motion for Relief and/or Reconsideration from an Order dismissing Plaintiffs' claim, with prejudice for Failure to Show Cause, along with his Memorandum in Support thereof.

Respectfully submitted this 18th day of May, 2018.

        Respectfully submitted,
        */s/JP Gorham*
        _____

        JP Gorham (Bar # 31746)
        JP Gorham Attorney At Law LLC
        8116 One Calais Ave. Ste. 1-A
        Baton Rouge, LA. 70808
        PO BOX 86928
        Baton Rouge, LA 70879
        225-341-5939

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

        */s/JP Gorham*
        _____