**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-CV-01748<br>MDL 2545 |
| | **JUDGE MATTHEW F. KENNELLY** |
| This document relates to: Ruth Plenty-Walls, Individually and as Personal Representative of the Estate of Larry Plenty-Walls. | Case No. 1:16-cv-02987 |

## PLAINTIFF'S MOTION FOR RELIEF FROM THE COURT'S ORDER DISMISSING PLAINTIFF'S CASE WITH PREJUDICE AND ENTRY OF JUDGMENT FOR FAILURE TO COMPLY WITH SHOW CAUSE ORDER PURSUANT TO CMO NO. 85

Plaintiff, Ruth Plenty-Walls, Individually and as Personal Representative of the Estate of Larry Plenty-Walls pursuant to Fed. R. Civ. P. 60(b), files this Motion for Relief from the Court's Order Dismissing Plaintiff's Case with Prejudice for Failure to Comply with Show Cause Order Pursuant to CMO No. 85, along with the accompanying Memorandum in Support.

Respectfully Submitted,

*s/George G. Tankard*
George G. Tankard
gtankard@yostlaw.com
Thomas F. Yost
tyost@yostlaw.com
THE YOST LEGAL GROUP
341 N. Calvert Street
Suite 100
Baltimore, MD 21202
Telephone: (410) 659-6800
Facsimile: (410) 727-4556

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Clerk of court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered in the CM/ECF system.

Dated: May 21, 2018

s/ *George G. Tankard*
George G. Tankard
