**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document Relates to All Cases | Master Docket Case No. 1:14-cv-01748 |
| | Honorable Matthew F. Kennelly |

**JOINT STATUS REPORT REGARDING STIPULATIONS OF DISMISSAL**

The parties filed a joint stipulation of dismissal without prejudice (dkt. 2610) and a joint stipulation of dismissal with prejudice as to Besins Healthcare, Inc. (dkt. 2609). The Court directed counsel to submit a joint status report providing an explanation for these stipulations of dismissal. Dkt. 2633. Accordingly, the parties submit the following:

**I.    Stipulation of Dismissal Without Prejudice (dkt. 2610)**

Several Plaintiffs with Illinois or Delaware citizenship named AbbVie Inc. and Abbott Laboratories. Both AbbVie Inc. and Abbott laboratories have Illinois and Delaware citizenship based on their Delaware incorporation and Illinois principal places of business. These Plaintiffs assert that AbbVie Inc. and Abbott Laboratories are essential defendants to these actions. The parties have agreed to dismiss these actions without prejudice, tolling the statutes of limitations and repose for 90 days so as to facilitate the refiling of these cases in state court. These cases will not continue in the MDL.

**II.   Stipulation of Dismissal With Prejudice as to Besins Healthcare, Inc. (dkt. 2609)**

Several Plaintiffs with Virginia citizenship inadvertently named Besins Healthcare, Inc. in their cases against the AbbVie defendants. Besins Healthcare, Inc. is a Virginia citizen based on its principal place of business. The parties have jointly stipulated to the dismissal of Besins

Healthcare, Inc. only so as to preserve diversity jurisdiction in those cases. These cases will still continue in the MDL.

Dated: May 21, 2018

Respectfully submitted,

/s/ Trent B. Miracle
Trent B. Miracle
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
tmiracle@simmonsfirm.com

*Plaintiffs' Co-Lead Counsel*

Ronald Johnson, Jr.
**SCHACHTER, HENDY & JOHNSON PSC**
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
rjohnson@pschachter.com

*Plaintiffs' Co-Lead Counsel*

Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Rd., 6FL
Ridgefield Park, NJ 07660
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Counsel*

Michelle Hart Yeary
**Dechert LLP**
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
Telephone: (609) 955-3200
Facsimile: (609) 955-3259

Email: michelle.yeary@dechert.com

*Attorney for AbbVie Inc. and Abbott Laboratories*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Brendan A. Smith*

Brendan A. Smith
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
bsmith@simmonsfirm.com