# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-CV-01748<br>MDL 2545 |
| This document relates to: | JUDGE MATTHEW F.  KENNELLY. |
| Linn v. AbbVie Inc. et al.,<br>1:14-cv-04527 | |

### PLAINTIFFS' OPPOSED MOTION FOR RELIEF FROM AN ORDER DISMISSING PLAINTIFFS' CASE WITH PREJUDICE

Plaintiff, Donald Linn, file their Motion for Relief from an Order Dismissing

Plaintiffs' Case With Prejudice for Failing to Show Cause, along with their

Memorandum in Support, thereof.

Respectfully Submitted,


/s/ W. James Singleton
W.JAMES SINGLETON
{LBR#17801}
wjsingleton@singletonlaw.com
THE SINGLETON LAW FIRM
4050 Linwood Avenue
Shreveport, Louisiana 71108
Telephone: 318-631-5200
Facsimile: 318-636-7759

Attorneys for Plaintiff