IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>*Starnes, et al. v. AbbVie Inc., et al.*,<br>Case No. 1:15-cv-03858 | |

## JOINT MOTION FOR RELIEF FROM AN ORDER DISMISSING PLAINTIFF'S CASE WITH PREJDUICE

Larry and Yvonne Starnes ("Plaintiffs") and AbbVie Inc., Abbott Laboratories, AbbVie Products LLC, and Unimed Pharmaceuticals LLC ("AbbVie Defendants") in the above-referenced case, by and through their counsel of record, respectfully move the Court for relief from Case Management Order No. 118 (Dismissal of cases for noncompliance with CMO 85) (ECF No. 2612).

Under Rule 60(b)(1) of the Federal Rules of Civil Procedure, the Court may relieve a party from an order for one of several reasons, including mistake. The case referenced above was placed on the Court's CMO 118 dismissal of cases. However, Plaintiffs have complied with the requirements outlined in CMO 85 and timely provided their PPF and medical/pharmacy records to the AbbVie Defendants. Therefore, the parties respectfully request an order reinstating this case against the AbbVie Defendants only.

Respectfully submitted,

/s/ Nicholas R. Rockforte
Nicholas R. Rockforte
Pendley, Baudin & Coffin, LLP
24110 Eden Street
Post Office Drawer 71
Plaquemine, LA 70765
(225) 687-6396
Email: nrockforte@pbclawfirm.com
*Counsel for Plaintiffs*

/s/ Hope S. Freiwald
Hope S. Freiwald
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4400
Email: hope.freiwald@dechert.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2018 the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Nicholas Rockforte
Nicholas Rockforte