IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Johnny Sisneros and Dorothy Sisneros, v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., and Anda, Inc.,*<br><br>Civil Action No. 1:15-cv-07432 | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE REGARDING THE COURT'S ORDER TO SHOW CAUSE PURSUANT TO CASE MANAGEMENT ORDER NO. 85**

Plaintiffs', by and through their counsel of record, respectfully files the following response to Defendants' Notice Regarding the Court's Order to Show Cause Pursuant to Case Management Order No. 85 [2583], and states as follows:

1. On April 6, 2018, this Court issued Case Management Order No. 110 – Order to Show Cause Pursuant to CMO No. 85 [2434], identifying Plaintiff, Johnny Sisneros, on "Exhibit A – No Plaintiff Profile Form." Pursuant to Case Management Order No. 85, "Plaintiff's counsel shall have 21 days to respond, which includes the ability to cure the alleged discovery deficiency.

2. On May 1, 2018, Defendants' filed a Notice Regarding the Court's Order to Show Cause Pursuant to Case Management Order No. 85 [2583], identifying Plaintiff, Johnny Sisneros, on "Exhibit B" as "subject to CMO 110 in which Plaintiffs filed a response to CMO 110 that did not cure their alleged deficiency".

3. Plaintiffs' completed Plaintiff Profile Form was served on Defendants, April 25, 2018.

4. Plaintiffs' Response to Case Management Order No. 110–Order to Show Cause

1

Pursuant to CMO No. 85 [2509] was filed on April 26, 2018.

5. Plaintiffs' medical record, to include 692 pages, from Holy Cross Hospital, New Mexico V.A. Medical Center, Saint Vincent Regional Medical Center, and Kroger Pharmacy, were previously served in entirety with the Plaintiffs' Fact Sheet on February 8, 2016.

Plaintiffs' respectfully request, for reasons set forth above, that Defendants' Notice Regarding the Court's Order to Show Cause Pursuant to Case Management Order No. 85 [2583] be denied with respect to Plaintiff, Johnny Sisneros.

Dated: May 22, 2018                                  Respectfully submitted,

/s/ STEPHEN H. ECHSNER
Stephen H. Echsner, Esq.
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
sechsner@awkolaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22th day of May, 2018, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

/s/ STEPHEN H. ECHSNER
Stephen H. Echsner