THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 1:14-CV-01748 MDL No. 2545 |
| This document relates to all cases | ) | Honorable Matthew F. Kennelly |

**CASE MANAGEMENT ORDER # 121
(ORDER CONCERNING DEPOSITIONS OF
CASE-SPECIFIC WITNESSES IN ABBVIE CASES)**

Pursuant to the joint stipulation of the AbbVie defendants and the Plaintiffs' Steering Committee, the Court hereby issues the following Case Management Order to govern the procedure for determining the order of questioning at case-specific depositions taken in AbbVie cases in this MDL. This Order shall apply to all fact depositions in cases involving one or more AbbVie defendants where the testimony of the witness is expected to be used only in the individual case. In light of the foregoing, the Court hereby orders:

1. In depositions of Plaintiffs and spouses, Defendants shall be the first questioner.

2. In depositions of prescribing physicians, Plaintiffs shall be the first questioner in Plaintiff-selected cases. Defendants shall be the first questioner in Defendant-selected cases.

3. In depositions of treating physicians, Defendants shall be the first questioner in Plaintiff-selected cases, and Plaintiffs shall be the first questioner in Defendant-selected cases.

4. The party with priority in questioning shall be responsible for court reporter and videographer costs, with the exception of transcript costs, which each side shall pay independently.

5.	If any party with priority in questioning does not wish to be the first questioner, the party may defer priority to the other side.

IT IS SO ORDERED.

May 22, 2018

_____
MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE