**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODCUTS LIABILITY LITIGATION** | Case No. 1:14-cv-1748<br><br>MDL No. 2545<br><br>Hon. Matthew F. Kennelly<br><br>This Document Relates to:<br><br>All Actions |

**CASE MANAGEMENT ORDER NO. 87A
(substitution of cases for trial groups 1, 2, and 3 and
mixed-use cases voluntarily dismissed by plaintiffs after selection)**

By agreement of the parties, Case Management Order No. 87 is amended as follows to address Trial Group 1, Trial Group 2, Trial Group 3, and Mixed Use cases voluntarily dismissed by Plaintiffs after selection.

1. For any Trial Group 2, Trial Group 3, or Mixed Use case voluntarily dismissed after selection and after depositions commence, the Court orders that Plaintiff must, within seven days of the voluntary dismissal, show cause why the case is being dismissed and allow consideration of whether a sanction should be imposed.

2. When Plaintiffs dismiss a Trial Group 2, or Trial Group 3 or Mixed Use case, AbbVie may, at its discretion, add a replacement case. If the case is dismissed within 60 days of the original selection date for the relevant group, AbbVie may add a replacement to the same group. If the case is dismissed after that period, AbbVie may, at its discretion, add an additional case to the following group of cases. No cases in Trial Group 1 may be dismissed without prior leave of court.

IT IS SO ORDERED.

Dated: 5/22/2018

_____
MATTHEW K. KENNELLY
UNITED STATES DISTRICT JUDGE

8713694 v4