IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | Master Dkt. Case No. 1:14-cv-01748<br><br>MDL No. 2545 |
| This document relates to all cases | ) | |

CASE MANAGEMENT ORDER NO. 122
(Extension of previous stay of Endo, Auxilium & GSK cases)

On February 23, 2018, the Court entered Case Management Order 98, later clarified by Case Management Order 103 and extended by Case Management Order 111, staying, with limited exceptions, all proceedings involving plaintiffs and defendants Auxilium Pharmaceuticals, LLC, Endo Pharmaceuticals Inc., and GlaxoSmithKline LLC so that the parties could devote their efforts to finalizing a Master Settlement Agreement. The Court extends that stay, as follows:

1. The stay imposed under Case Management Order 98, as clarified by Case Management Order 103, and as extended by Case Management Order 111, is extended to June 4, 2018.

2. The parties are directed to make their utmost efforts to finalize a Master Settlement Agreement by June 4, 2018. They are directed to report on a regular basis to Special Master Randi Ellis regarding their progress.

IT IS SO ORDERED:

May 25, 2018

_____
MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE