**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | **Case No.:1:14-cv-01748**<br>**MDL No. 2545**<br>**JUDGE MATTHEW F. KENNELLY** |

**THIS DOCUMENT RELATES TO:**
Santo and Sharon LoCoco 2:14-cv-00774

### PLAINTIFFS' MOTION FOR RELIEF FROM THIS COURT'S ORDER DISMISSING PLAINTIFFS' CASE WITH PREJUDICE FOR FAILING TO SHOW CAUSE PURSUANT TO CMO NO. 85

Plaintiffs, Santo and Sharon LoCoco, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 59 and 60, file this Motion for Relief from this Court's Order Dismissing Plaintiffs' Case with Prejudice for Failing to Show Cause Pursuant to CMO No. 85, along with the accompanying Memorandum in Support, and respectfully request that this Court enter an Order vacating the dismissal of their case and reinstating their case so that it may proceed on the merits.

Dated: May 29, 2018

Respectfully submitted,

**GAINSBURGH, BENJAMIN, DAVID MEUNIER & WARSHAUER, L.L.C.**

By: s/ Walter C. Morrison, IV
**WALTER C. MORRISON, IV (#34687)**
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70160-2800
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
wmorrison@gainsben.com

ATTORNEY FOR PLAINTIFF, SANTO AND SHARON LOCOCO

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Pleading was this day forwarded to all counsel of record by depositing a copy of same via:

☐ United States Mail  ☐ Certified Mail
☐ Facsimile  ☐ Hand Delivery
☐ Email  ☐ Overnight Mail
☒ ECF System

THIS the 29th day of May, 2018

              s/ Walter C. Morrison, IV
               WALTER C. MORRISON, IV