United States District Court for the Northern District of Illinois – CM/ECF Live, Ver 6.2.1 Eastern Division.

Austin L. Amobi
374 Village Green Dr
Nashville, Tn 37217.
5-19-2018.

**FILED**
MAY 29 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In Re: Testosterone Replacement Therapy Products Liability Litigation, et al.
    Plaintiff

Case No:
1:14-cv-01748
Honorable
Matthew F.
Kennelly.

Eli Lilly and Company, et al.
    Defendant.

Sir,
    I am writing to this Honorable Court to allow me to pocitepat in this class action case since I have proved and certified my attorney that I was treated with the product and showed the sample of the drug that was given to me by my doctor. Since my attorney has withdraw from the case and I have no one to representation (2213) and 2264. I had some health issues and was hospitalized for a long period of time and was resulted in having a surgery I plead to you to allow me the opportunity to get back on the docket. I thank you for your understanding in this matter!

Respectively,
Austin Amobi.