THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | **CASE NO.: 1:14-cv-01748** |
| ---------------------------------------------------- | **MDL 2545** |
| **This Document Relates To:** | **JUDGE MATTHEW F. KENNELLY** |

**Fred Paige 1:15-cv-05819 (misidentified as 1:15-cv-03567)**

### PLAINTIFF'S OPPOSED MOTION FOR RECONSIDERATION OF AN ORDER DISMISSING PLAINTIFF'S CASE WITH PREJUDICE

Plaintiff, Fred Paige, by and through his attorneys, DELL & DEAN, PLLC, submits this Motion for Reconsideration from an Order Dismissing Plaintiff's Case with Prejudice for Failing to Show Cause, along with a Memorandum in Support, thereof.

Respectfully Submitted this 29th day of May, 2018.

        Yours, etc.

        DELL & DEAN, PLLC.

By:    /s/ Kristen N. Sinnott
        KRISTEN N. SINNOTT (KS-7707)
        *Attorneys for Plaintiff*
        1225 Franklin Avenue
        Suite 450
        Garden City, New York 11530
        Telephone: (516) 880-9700
        Facsimile: (516) 880-9707