THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: TESTOSTERONE
REPLACEMENT THERAPY
PRODUCTS LIABILITY LITIGATION     CASE NO.: 1:14-cv-01748
---------------------------------------------------     MDL 2545
**This Document Relates To:**     JUDGE MATTHEW F. KENNELLY

**Richard C. Ross 1:16-cv-11267**

### PLAINTIFF'S OPPOSED MOTION FOR RECONSIDERATION OF AN ORDER DISMISSING PLAINTIFF'S CASE WITH PREJUDICE

Plaintiff, Richard C. Ross, by and through his attorneys, DELL & DEAN, PLLC, pursuant to Federal Rules of Civil Procedure 59 and 60, submits this Motion for Relief from This Court's Order Dismissing Plaintiff's Case with Prejudice for Failing to Show Cause Pursuant to CMO No. 85, along with a Memorandum in Support, thereof, and respectfully requests that this Court enter an Order vacating the dismissal of his case and reinstating his case so that it may proceed on the merits.

Respectfully Submitted this 29th day of May, 2018.

                 Yours, etc.

                 DELL & DEAN, PLLC.

By:     /s/ Kristen N. Sinnott
         KRISTEN N. SINNOTT (KS-7707)
         *Attorneys for Plaintiff*
         1225 Franklin Avenue
         Suite 450
         Garden City, New York 11530
         Telephone: (516) 880-9700
         Facsimile: (516) 880-9707
         Email: ksinnott@d2triallaw.com