**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |
| **THIS DOCUMENTS RELATES TO:** <br><br> **ALL ACTIONS** | |

**CASE MANAGEMENT ORDER # 125**
**(SELECTION OF ACTAVIS CASES FOR WORK-UP GROUP 2)**

In furtherance of the advancement of this MDL, the Court hereby Orders:

Pursuant to Case Management Order No. 102 (Dkt. No. 2396), those cases set out on the attached Exhibit A are selected as the Actavis Work-Up Group 2 cases pursuant to Case Management Order No. 102 (Dkt. No. 2396).

The Court notes that three of the cases arise in this Circuit (*Casper v. Actavis*, No. 16-cv-9778; *Christian v. Actavis*, No. 16-cv-9724; and *Popovich v. Actavis*, No. 16-cv-2700) and reserves the possibility of trying these cases the transferor districts by designation. The Court also notes the possibility that it may consider seeking an out-of-circuit designation to try one or more cases in the transferor districts.

**IT IS SO ORDERED.**

Date: June 1, 2018

_____
MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE

# Exhibit A

| | **ACTAVIS WORK-UP GROUP 2 CASES** | | |
|---|---|---|---|
| | **CASE NO.** | **CASE CAPTION** | **VENUE** |
| 1. | 15cv00699 | *Jerry L. Altman and Dale L. Altman, husband and wife, v. Actavis, Inc. and Watson Pharmaceuticals, Inc.* | USDC, District of South Carolina |
| 2. | 15cv08970 | *Emmit Austin, Jr. v. Actavis plc, Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Watson Laboratories, Inc., Anda, Inc.* | USDC, Central District of California |
| 3. | 16cv00215 | *Michael Bettencourt v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.* | USDC, Western District of Arkansas |
| 4. | 16cv09778 | *John Casper v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.* | USDC, Western District of Wisconsin |
| 5. | 16cv09724 | *Timothy Christian v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.* | USDC, Eastern District of Wisconsin |
| 6. | 17cv03775 | *Douglas L. Davis, Jr. and Laura C. Davis v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc.* | USDC, Middle District of Florida |
| 7. | 17cv05006 | *Robert Dedis v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.* | USDC, District of Massachusetts |
| 8. | 16cv01503 | *Darren D. Duerr v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.* | USDC, Western District of Michigan |
| 9. | 15cv07479 | *James Dumire and Nancy Dumire v. Actavis plc, Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Watson Laboratories, Inc., Anda, Inc.* | USDC, Western District of Kentucky |
| 10. | 15cv11299 | *Conley Edwards, Jr. v. Actavis Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc. and Watson Laboratories, Inc.* | USDC, District of Columbia |
| 11. | 16cv08952 | *Chad Ennis v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.* | USDC, District of South Carolina |
| 12. | 15cv01005 | *Ira Epstein and Sharon Epstein v. Actavis Inc., Watson Laboratories Inc. a Delaware corporation, Actavis Plc, Actavis Pharma Inc., Watson Laboratories Inc. a Nevada corporation, and Anda, Inc.* | USDC, Western District of Texas |
| 13. | 16cv02806 | *Glenn Farmer and Sandra Farmer v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.* | USDC, Western District of Kentucky |
| 14. | 15cv03913 | *James A. Ford and Susan Ford v. Actavis, Inc., Actavis Laboratories UT, Inc., Actavis Pharma, Inc., Watson Laboratories, Inc., Anda, Inc.* | USDC, Eastern District of New York |
| 15. | 16cv07836 | *Gabrielle R. Freel, Individually and on behalf of Kenneth J. Bush v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.* | USDC, Northern District of Mississippi |
| 16. | 15cv07155 | *Ali Freeman v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Watson Laboratories, Inc., Anda, Inc.* | USDC, Eastern District of Michigan |

| | CASE NO. | CASE CAPTION | VENUE |
|---|---|---|---|
| **ACTAVIS WORK-UP GROUP 2 CASES** | | | |
| 17. | 15cv00952 | *Thomas Hammett v. Actavis, Inc.; Actavis Pharma, Inc.; Anda, Inc.; Watson Laboratories, Inc. a Nevada Corporation; Watson Laboratories, Inc. a Delaware corporation* | USDC, Western District of Tennessee |
| 18. | 15cv10467 | *James Hewell v. Actavis plc, Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Watson Laboratories, Inc., Anda, Inc.* | USDC, District of South Carolina |
| 19. | 14cv04550 | *Charles Laney v. Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.)* | USDC, District of New Jersey |
| 20. | 16cv00588 | *Enrique Montejano, Jr. v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.* | USDC, Southern District of Texas |
| 21. | 16cv01315 | *Dennis W. Mullings v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.* | USDC, Eastern District of Oklahoma |
| 22. | 15cv09958 | *Anthony E. Payne v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Watson Laboratories, Inc., Anda, Inc.* | USDC, Middle District of Florida |
| 23. | 16cv02700 | *Marvin Popovich v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.* | USDC, Northern District of Indiana |
| 24. | 17cv01496 | *Rafael Ramos v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.* | USDC, Northern District of Georgia |
| 25. | 14cv07763 | *Roy H. Smyer and Sabrina M. Smyer v. Actavis, plc, Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.), Watson Laboratories, Inc., a Nevada corporation, Anda, Inc., McKesson Corporation, and Does 1 through 50* | USDC, Central District of California |
| 26. | 14cv07640 | *Mariangela Strano, individually and as successor in interest for Pantaleo Mazzola v. Actavis, Inc., and Watson Pharmaceuticals, Inc.* | USDC, District of New Jersey |
| 27. | 15cv05406 | *Gus N. Theros and Dorothy Theros v. Actavis plc, Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc.* | USDC, Northern District of Oklahoma |
| 28. | 15cv06929 | *Dale Todd v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Watson Laboratories, Inc., Anda, Inc.* | USDC, Eastern District of Michigan |
| 29. | 15cv04775 | *Johnny Pope v. Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., Anda, Inc.* | USDC, Middle District of Georgia |
| 30. | 15cv01486 | *James Zenzinger v. Actavis, Inc. and Watson Pharmaceuticals, Inc.* | USDC, District of Kansas |