# EXHIBIT A

**Third Corrected Notice**

| Plaintiff | MDL NDIL Case No. | Counsel of Record | Deficiency | Response to Notice |
|---|---|---|---|---|
| Gilstrap, Walter | 15-cv-05646 | Anapol Weiss | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Lueck, Lori Lueck, Jon (Deceased) | 14-cv-02140 | Anapol Weiss | Plaintiff alleges usage up to March 2012 but records show AndroGel last dispensed on 2/21/2011. | Response received but deficiency remains. |
| Roseberry, James | 14-cv-05461 | Anapol Weiss | Plaintiff alleges AndroGel usage up to May 2012 but records show AndroGel last dispensed on 4/5/2011. | Response received but deficiency remains. |
| Price, Perry | 16-cv-09797 | Ashcraft & Gerel | Medical records not provided confirming alleged MI. | No response received. |
| Anderson, Monty Wade | 16-cv-01238 | Aylstock Witkin Kreis & Overholtz | No records showing dispensation of AndroGel produced. | No response received. |
| Colon, Jesus | 17-cv-00763 | Aylstock Witkin Kreis & Overholtz | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Deemer, Kenneth W | 15-cv-06921 | Aylstock Witkin Kreis & Overholtz | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Downing, Herman Owen | 15-cv-08503 | Aylstock Witkin Kreis & Overholtz | No records showing dispensation of AndroGel produced. | No response received. |
| George, Lou P. | 16-cv-01794 | Aylstock Witkin Kreis & Overholtz | No records showing dispensation of AndroGel produced. | No response received. |
| Jones, Chadwick D. | 16-cv-01805 | Aylstock Witkin Kreis & Overholtz | No medical records received. No pharmacy records received. | No response received. |
| Mendez, Robert M. | 16-cv-01393 | Aylstock Witkin Kreis & Overholtz | No medical records received. No pharmacy records received. | No response received. |
| Hamby, Virgil | 17-cv-03828 | Bahe Cook Cantley & Nefzger, PLC | No medical records received. No pharmacy records received. | No response received. |

**Third Corrected Notice**

| Plaintiff | MDL NDIL Case No. | Counsel of Record | Deficiency | Response to Notice |
|---|---|---|---|---|
| Acker, Gary | 17-cv-03816 | Bahe Cook Cantley & Nefzger, PLC | Plaintiff alleges AndroGel usage up to 2011 but records show AndroGel dispensed on 1/13/2009 only. | No response received. |
| Koval, Nancy Koval, Michael (Deceased) | 15-cv-00616 | Baron & Budd | Medical records not provided confirming alleged MI or DVT. Plaintiff alleges AndroGel usage up to January 2013 but records show last AndroGel dispensed in February 2012. | No response received. |
| McCullouch, Henry | 15-cv-00729 | Baron & Budd, P.C. | Plaintiff alleges AndroGel usage 2006-2013 but records show AndroGel dispensed from April 2008 to January 2009 only. | No response received. |
| Paez, Eduardo | 15-cv-05635 | Baron & Budd, P.C. | No records showing dispensation of AndroGel produced. | No response received. |
| Rosen, Marc | 17-cv-00742 | Baron & Budd, P.C. | No records showing dispensation of AndroGel produced. | No response received. |
| Thomas, Jeffery | 16-cv-07425 | Baron & Budd, P.C. | No records showing dispensation of AndroGel produced. | No response received. |
| Warner, Melvin | 16-cv-01449 | Baron & Budd, P.C. | Plaintiff alleges AndroGel usage up to 2011 but records show AndroGel last dispensed in June 2010. | No response received. |
| Wrusch, Wilfried | 15-cv-02676 | Baron & Budd, P.C. | No records showing dispensation of AndroGel produced. | No response received. |
| Smeader, Raymond | 15-cv-02989 | Bottar Leone PLLC | Plaintiff alleges AndroGel usage started in early 2000s but records show earliest dispensation in 2008. | No response received. |
| Ward, David | 15-cv-11468 | Branch Law Firm; Meyers & Flowers, LLC | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |

**Third Corrected Notice**

| Plaintiff | MDL NDIL Case No. | Counsel of Record | Deficiency | Response to Notice |
|---|---|---|---|---|
| Savala, Arthur | 16-cv-01051 | Burg Simpson Eldredge Hersh & Jardine | No records showing dispensation of AndroGel produced. | No response received. |
| Dolan, Daniel H. | 18-cv-00655 | Carey Danis & Lowe | No records showing dispensation of AndroGel produced. | No response received. |
| Hicks, Roger | 16-cv-01689 | Carey Danis & Lowe | No records showing dispensation of AndroGel produced. | No response received. |
| Montes, Marco | 16-cv-01662 | Carey Danis & Lowe | Plaintiff did not provide dates of AndroGel usage in the PPF. | No response received. |
| Mulherin, Joseph | 18-cv-00658 | Carey Danis & Lowe | Plaintiff alleges AndroGel usage in 2011 but provided no records of dispensation during that time. | No response received. |
| Price, Richard | 16-cv-01684 | Carey Danis & Lowe | No records showing dispensation of AndroGel produced. | No response received. |
| DiDone, Patrice C. DiDone, Louis J. (Deceased) | 17-cv-00146 | Cellino & Barnes | No records showing dispensation of AndroGel produced. | No response received. |
| Humble, Donald | 14-cv-08835 | Chaffin Luhana LLP | Plaintiff alleges AndroGel usage up to July 2012 but records show last AndroGel dispensed on 3/25/2011. During the meet and confer, plaintiff's counsel advised that they have learned of another pharmacy and records have been requested to cure this deficiency. | Response received but deficiency remains. |
| Kinkead, Kelly Kinkead, Herbert (Deceased) | 14-cv-07353 | Cohen & Malad | Medical records not provided confirming alleged MI. | Response received but deficiency remains. |

**Third Corrected Notice**

| Plaintiff | MDL NDIL Case No. | Counsel of Record | Deficiency | Response to Notice |
|---|---|---|---|---|
| Holley, Keith | 15-cv-10202 | Davis & Crump | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Pinegar, Donald L. | 15-cv-11394 | Davis & Crump | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Singleton, Ernest | 17-cv-04010 | Davis & Crump | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Cotten, John | 16-cv-08499 | Douglas & London | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Davis, Paul | 17-cv-00655 | Douglas & London | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Holmes, Alice Holmes, Leo | 16-cv-01439 | Douglas & London | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Oleman, Bryan | 16-cv-00073 | Douglas & London | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Saucedo, Herbierto | 17-cv-03283 | Douglas & London | No records showing AndroGel dispensations produced. During meet and confer, plaintiff's counsel advised that they were attempting to obtain records to cure this deficiency. | Response received but deficiency remains. |
| Martin, Bobby | 14-cv-08016 | Environmental Litigation Group PC | Medical records not provided confirming alleged 2016 DVT. Plaintiff alleges AndroGel usage up to 2011 but records show last AndroGel dispensed in January 2009. During meet and confer, plaintiff's counsel advised that records were being requested to cure these deficiencies. | Response received but deficiency remains. |

**Third Corrected Notice**

| Plaintiff | MDL NDIL Case No. | Counsel of Record | Deficiency | Response to Notice |
|---|---|---|---|---|
| Newell, Robert | 14-cv-08925 | Environmental Litigation Group PC | Plaintiff alleges AndroGel usage up to February 2014 but records show last AndroGel dispensed on 11/27/2012. | No response received. |
| Young, Gary | 15-cv-07830 | Environmental Litigation Group PC | Plaintiff alleges AndroGel usage up to February 2014 but records show last AndroGel dispensed in February 2012. | No response received. |
| Fontana, Ralph | 16-cv-05344 | Farris, Riley & Pitt LLP | No records showing dispensation of AndroGel produced. | No response received. |
| Hobbs, Freddie | 15-cv-00872 | Gori Julian & Associates | No records showing AndroGel dispensations produced.  During meet and confer, plaintiff's counsel advised that they were attempting to obtain records to cure this deficiency. | Response received but deficiency remains. |
| Faubion, Robert | 15-cv-00795 | Herman, Herman & Katz | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Abadom, Gilbert | 15-cv-04101 | Hovde Dassow & Deets | Plaintiff did not provide dates of AndroGel usage in the PPF.  During meet and confer, plaintiff's counsel advised that they would send records to cure this deficiency. | Response received but deficiency remains. |
| Brown, Willard | 16-cv-05434 | Hovde Dassow & Deets | Plaintiff alleges usage starting in July 2012 but records show AndroGel dispensed in November 2013 only.  During meet and confer, plaintiff's counsel advised that they would send records to cure this deficiency. | Response received but deficiency remains. |

**Third Corrected Notice**

| Plaintiff | MDL NDIL Case No. | Counsel of Record | Deficiency | Response to Notice |
|---|---|---|---|---|
| Denney, Mark | 14-cv-08863 | Hovde Dassow & Deets | Plaintiff alleges usage up to 2013 but records show AndroGel last dispensed on 2/23/2012. During meet and confer, plaintiff's counsel advised that they would send records to cure this deficiency. | Response received but deficiency remains. |
| Cain, Kim L. | 16-cv-01328 | Jensen & Associates | Medical records not provided confirming alleged injury. Plaintiff alleges AndroGel usage starting in 1999 (before AndroGel was on the market) but records show AndroGel first dispensed in 2009. | No response received. |
| Lovejoy, Brandon Lovejoy, Frederick (Deceased) | 15-cv-03227 | Jensen & Associates | No records showing dispensation of AndroGel produced. | No response received. |
| George, Mark | 14-cv-02085 | Johnson Becker PLLC | Medical records not provided confirming stroke on date alleged. | Response received but deficiency remains. |
| Lee, Wade | 15-cv-09346 | Johnson Becker PLLC | Medical records not provided confirming alleged CVA (records provided only show plaintiff self-reporting a prior stroke). | Response received but deficiency remains. |
| Lindsey, George | 16-cv-10277 | Johnson Becker PLLC | Plaintiff alleges AndroGel usage up to July 2008 but records show AndroGel last dispensed on 9/13/2007. | Response received but deficiency remains. |
| Randolph, Vernon L. | 16-cv-07699 | Johnson Becker PLLC | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Tillman, William | 16-cv-00706 | JonesWard PLC | Plaintiff alleges AndroGel usage up to 2010 but records show last AndroGel dispensed in July 2009. | No response received. |

**Third Corrected Notice**

| Plaintiff | MDL NDIL Case No. | Counsel of Record | Deficiency | Response to Notice |
|---|---|---|---|---|
| Curran, Patrick | 17-cv-07845 | Kabateck Brown Kellner | No records showing AndroGel dispensations produced. During meet and confer, plaintiff's counsel advised that they were attempting to obtain records to cure this deficiency. | Response received but deficiency remains. |
| Niederman, Alfred | 15-cv-11572 | Kabateck Brown Kellner | No records showing AndroGel dispensations produced. During meet and confer, plaintiff's counsel advised that they were attempting to obtain records to cure this deficiency. | Response received but deficiency remains. |
| Mishler, Donald | 15-cv-00824 | Kaiser Gornick LLP | Plaintiff alleges AndroGel usage up to January 2012 but records show last AndroGel dispensed in January 2011. | Response received but deficiency remains. |
| Fitzgerald, Josephine Fitzgerald, Kenneth (Deceased) | 15-cv-04551 | Levin Papantonio Thomas Mitchell Rafferty & Proctor | Plaintiff alleges AndroGel usage up to June 2013 but records show last AndroGel dispensed in May 2012. | Response received but deficiency remains. |
| Moran, John | 16-cv-10354 | Lopez McHugh | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Oppelt, Bud | 17-cv-04746 | Lopez McHugh | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Richardson, Michael V. | 15-cv-07909 | Lopez McHugh | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Schaelling, John | 16-cv-10644 | Lopez McHugh | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Gasbarra, Charlie | 16-cv-01043 | Matthews & Associates | No records showing dispensation of AndroGel produced. | No response received. |
| Orsbun, Gavin | 16-cv-00917 | Matthews & Associates | No records showing dispensation of AndroGel produced. | No response received. |

**Third Corrected Notice**

| Plaintiff | MDL NDIL Case No. | Counsel of Record | Deficiency | Response to Notice |
|---|---|---|---|---|
| Warren, Gregory S. | 16-cv-07187 | Matthews & Associates | No records showing dispensation of AndroGel produced. | No response received. |
| Cuneo, David | 15-cv-10783 | Meyers & Flowers | Plaintiff does not allege AndroGel usage. | Response received but deficiency remains. |
| Tracy, Timothy | 16-cv-07579 | Meyers & Flowers | Plaintiff alleges AndroGel usage up to 2012 but records show last AndroGel dispensed in February 2009. | Response received but deficiency remains. |
| Dawson, Tony | 15-cv-04478 | Morgan & Morgan, Complex Litigation Group | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Felgate, Allen | 17-cv-04598 | Morgan & Morgan, Complex Litigation Group | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Fortson, Gary (Deceased) | 15-cv-11482 | Morgan & Morgan, Complex Litigation Group | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Jutting, Jack | 17-cv-06133 | Morgan & Morgan, Complex Litigation Group | Plaintiff alleges AndroGel usage from 2000 to 2015 but records show AndroGel dispensed from 2004 to 2007 and again in 2015. | Response received but deficiency remains. |
| Minges, Gary | 17-cv-01253 | Morgan & Morgan, Complex Litigation Group | Plaintiff alleges usage up to January 2014 but records show last AndroGel dispensed in February 2013. | Response received but deficiency remains. |
| Odom, Rickie | 18-cv-01505 | Morgan & Morgan, Complex Litigation Group | Plaintiff alleges AndroGel usage up to April 2007 but records show last AndroGel dispensed on 7/21/2006. | Response received but deficiency remains. |
| Milner, John | 15-cv-00397 | Morris Bart LLC | No records showing dispensation of AndroGel produced. | No response received. |

**Third Corrected Notice**

| Plaintiff | MDL NDIL Case No. | Counsel of Record | Deficiency | Response to Notice |
|---|---|---|---|---|
| Olivarez, Stephen | 16-cv-02140 | NastLaw, LLC | Plaintiff alleges AndroGel usage up to July 2010 but records show last AndroGel dispensed on 8/26/2009. | Response received but deficiency remains. |
| Grissom, Robert | 17-cv-00336 | Niemeyer Grebel & Kruse | Plaintiff alleges AndroGel usage up to April 2004 but records show last AndroGel dispensed in October 2003. During meet and confer, plaintiff's counsel advised that they are working to obtain unredacted pharmacy records. | Response received but deficiency remains. |
| Kloos, John | 17-cv-06127 | Niemeyer Grebel & Kruse | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Artis, Susan Artis, Craig (Deceased) | 16-cv-01623 | O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin | Plaintiff alleges AndroGel usage starting in 1999 (before AndroGel was on the market) but records show first AndroGel dispensed in 2004. | Response received but deficiency remains. |
| Hendrix, Jeffery | 16-cv-02744 | O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin | Plaintniff alleges AndroGel usage starting in 2005 but records show first dispensation of AndroGel in 2010. | Response received but deficiency remains. |
| Ross, Patrick | 15-cv-10870 | O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin | Plaintiff alleges AndroGel usage up to April 2013 but records show AndroGel last dispensed in August 2011. | Response received but deficiency remains. |
| Lloyd, William | 15-cv-01412 | Oliver Law Group | Plaintiff did not provide dates of usage for AndroGel in his PPF. Medical records not provided confirming alleged injury. | No response received. |
| Hirst, James | 16-cv-03535 | Onder, Shelton, O'Leary & Peterson | No records showing dispensation of AndroGel produced. | No response received. |

**Third Corrected Notice**

| Plaintiff | MDL NDIL Case No. | Counsel of Record | Deficiency | Response to Notice |
|---|---|---|---|---|
| Lawson, Shaun | 16-cv-08093 | Onder, Shelton, O'Leary & Peterson | Plaintiff alleges AndroGel usage up to August 2014 but records show AndroGel dispensed on 10/25/2011 only. During meet and confer, plaintiff's counsel pointed to medical records to substantiate usage, but medical records identify a different manufacturer's testosterone replacement therapy. | Response received but deficiency remains. |
| Whisenant, Glenn | 16-cv-11088 | Onder, Shelton, O'Leary & Peterson | Plaintiff alleges AndroGel usage started in 2000 but records show first AndroGel dispensed in 2013. | Response received but deficiency remains. |
| Wortman, Robert | 16-cv-11167 | Onder, Shelton, O'Leary & Peterson | No records produced showing dispensation of AndroGel. During meet and confer, plaintiff's counsel advised that they are conferring with Mr. Wortman regarding usage of AndroGel. | Response received but deficiency remains. |
| Gerrity, James | 16-cv-11567 | Padberg Corrigan & Appelbaum | Plaintiff alleges AndroGel usage through April 2015 but records show last AndroGel dispensed in January 2014. | Response received but deficiency remains. |
| Goodyke, Alan | 15-cv-10059 | Padberg Corrigan & | Plaintiff does not allege AndroGel usage. | No response received. |
| Howell, Ernest | 15-cv-10063 | Padberg Corrigan & Appelbaum | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Wright, Walter | 15-cv-10077 | Padberg Corrigan & Appelbaum | Plaintiff's PPF refers to PFS for usage dates and PFS does not provide. | No response received. |
| Webber, Brian | 14-cv-09142 | Patten, Wornom, Hatten & Diamonstein, LC | No records showing dispensation of AndroGel produced. | No response received. |

**Third Corrected Notice**

| Plaintiff | MDL NDIL Case No. | Counsel of Record | Deficiency | Response to Notice |
|---|---|---|---|---|
| Riddick, Thomas | 16-cv-01605 | Peiffer Rosca Wolf Abdullah Carr & Kane APLC | Plaintiff alleges AndroGel usage started in January 2008 but records show first AndroGel dispensed in January 2009. During meet and confer, plaintiff's counsel advised that records had been requested to cure this deficiency. | Response received but deficiency remains. |
| Francis, Carlton | 16-cv-01282 | Peiffer Rosca Wolfe Abdullah Carr & Kane | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Henning, Thomas | 14-cv-03384 | Pogust Braslow & Millrood | No records showing dispensation of AndroGel produced. | No response received. |
| Carr, Robert Brian | 14-cv-04615 | Pogust Braslow & Millrood; Davis Bethune & Jones | Plaintiff alleges AndroGel usage up to 2013 but records show last AndroGel dispensed on 7/25/2011. | No response received. |
| Craven, Jenny Craven, Gary | 15-cv-09643 | Provost Umphrey Law Firm | No records showing dispensation of AndroGel produced. | No response received. |
| DeVries, John | 16-cv-02224 | Provost Umphrey Law Firm | No records showing dispensation of AndroGel produced. | No response received. |
| Fuller, Marvin | 15-cv-09620 | Provost Umphrey Law Firm | Plaintiff alleges AndroGel usage from September 2010 to December 2011 but records show AndroGel dispensed in April 2011 only. | No response received. |
| Giammatteo, Anthony | 15-cv-09650 | Provost Umphrey Law Firm | No records showing dispensation of AndroGel produced. | No response received. |
| Guilbeau, Kurt | 15-cv-09613 | Provost Umphrey Law Firm | Medical records not provided confirming alleged MI. No records showing dispensation of AndroGel produced. | No response received. |

**Third Corrected Notice**

| Plaintiff | MDL NDIL Case No. | Counsel of Record | Deficiency | Response to Notice |
|---|---|---|---|---|
| Lewis, Clint | 15-cv-09638 | Provost Umphrey Law Firm | No records showing dispensation of AndroGel produced. | No response received. |
| Little, Sherry Little, William IV (Deceased) | 16-cv-05897 | Provost Umphrey Law Firm | No records showing dispensation of AndroGel produced. | No response received. |
| Rechenmacher, Rebecca Rechenmacher, Stephen | 16-cv-10402 | Provost Umphrey Law Firm | Plaintiff alleges AndroGel usage up to February 2013 but records show AndroGel dispensed only on 7/8/2011. | No response received. |
| Rose, Reavis | 14-cv-08905 | Provost Umphrey Law Firm | No records showing dispensation of AndroGel produced. | No response received. |
| Fort, Alan | 17-cv-01732 | Reyes Browne Reilley | Plaintiff alleges AndroGel usage up to January 2014 but records show AndroGel dispensed on 3/18/2010 only. During meet and confer, plaintiff's counsel advised that records had been requested to cure this deficiency. | Response received but deficiency remains. |
| Gresham, Jimmy | 16-cv-08551 | Reyes Browne Reilley | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| King, Rodney | 17-cv-01657 | Reyes Browne Reilley | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Smith, Russell | 16-cv-08565 | Reyes Browne Reilley | Plaintiff alleges AndroGel usage started in November 2011 but records show AndroGel first dispensed on 5/17/2013. During meet and confer, plaintiff's counsel advised that the alleged start date on plaintiff's PPF might be incorrect. | Response received but deficiency remains. |
| Dalrymple, Dicky | 15-cv-09921 | Robins Cloud LLP | No records showing dispensation of AndroGel produced. | No response received. |

**Third Corrected Notice**

| Plaintiff | MDL NDIL Case No. | Counsel of Record | Deficiency | Response to Notice |
|---|---|---|---|---|
| Fields, Marsha Fields, Roger (Deceased) | 17-cv-02456 | Robins Cloud LLP | Plaintiff alleges AndroGel usage up to March 2014 but records show AndroGel last dispensed on 7/17/2013. | No response received. |
| Glackin, Michael | 16-cv-01300 | Robins Cloud LLP | No records showing dispensation of AndroGel produced. | No response received. |
| Long, David A. | 17-cv-04594 | Robins Cloud LLP | Paintiff alleges AndroGel usage starting in December 2008 but records show AndroGel first dispensed on 1/14/2009. | No response received. |
| Brightwell, James | 15-cv-11845 | Robinson Calcagnie, Inc. | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Frickie, Stephen | 14-cv-04521 | Robinson Calcagnie, Inc. | Plaintiff alleges AndroGel usage up to 2013 but records show last AndroGel dispensed on 12/15/2011.  During meet and confer, AbbVie informed plaintiff's counsel that it did not have records from one pharmacy from which plaintiff allegedly purchased AndroGel. | Response received but deficiency remains. |
| Lien, Timothy | 14-cv-04532 | Robinson Calcagnie, Inc. | Medical records not provided confirming alleged MI or DVT. | Response received but deficiency remains. |
| Malcolm, Mark | 15-cv-01116 | Robinson Calcagnie, Inc. | No record of alleged CVA or blood clot in eye. | Response received but deficiency remains. |
| McAlpine, Joseph | 15-cv-00763 | Robinson Calcagnie, Inc. | No records showing AndroGel dispensations produced.  During meet and confer, plaintiff's counsel advised that they were attempting to obtain records to cure this deficiency. | Response received but deficiency remains. |

**Third Corrected Notice**

| Plaintiff | MDL NDIL Case No. | Counsel of Record | Deficiency | Response to Notice |
|---|---|---|---|---|
| McGuire, Samuel | 14-cv-04626 | Robinson Calcagnie, Inc. | Medical records not provided confirming alleged MI or CVA (records provided only have self-reported histories of events). | Response received but deficiency remains. |
| Price, Shannon Muller, Carl | 16-cv-00668 | Robinson Calcagnie, Inc. | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Robbins, Harvey | 14-cv-10343 | Robinson Calcagnie, Inc. | Plaintiff alleges AndroGel usage from early 2000s to late 2006 but no records showing AndroGel dispensations during that time have been produced. | Response received but deficiency remains. |
| Wagner, Dale | 16-cv-00593 | Robinson Calcagnie, Inc. | Plaintiff alleges AndroGel usage started in 2004 but records show first dispensation of AndroGel in April 2007. | Response received but deficiency remains. |
| Ward, Phillip C. | 15-cv-03752 | Robinson Calcagnie, Inc. | PPF does not allege AndroGel usage but in response to deficiency plaintiff produced record dated September 2012 showing one AndroGel refill. AbbVie has no knowledge as to whether this is the only dispensation. | Response received but deficiency remains. |
| Watson, John | 16-cv-05122 | Robinson Calcagnie, Inc. | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Wright, Randall | 14-cv-10342 | Robinson Calcagnie, Inc. | Plaintiff alleges AndroGel usage started in 2002 or 2004 but records show earliest dispensation of AndroGel in 2012. During meet and confer, plaintiff's counsel advised that records had been requested to cure this deficiency. | Response received but deficiency remains. |
| Davis, Richard Craig | 15-cv-04812 | Ross Feller Casey | No records showing dispensation of AndroGel produced. | No response received. |

**Third Corrected Notice**

| Plaintiff | MDL NDIL Case No. | Counsel of Record | Deficiency | Response to Notice |
|---|---|---|---|---|
| Griffith, Larry | 15-cv-01700 | Ross Feller Casey | Plaintiff alleges AndroGel usage up to 2013 but records show AndroGel last dispensed on 7/27/2012. | No response received. |
| Haag, Philip | 15-cv-05321 | Ross Feller Casey | No records showing dispensation of AndroGel produced. | No response received. |
| Roy, Mark | 15-cv-00191 | Ross Feller Casey | No records showing dispensation of AndroGel produced. | No response received. |
| Smelley, James | 15-cv-01297 | Ross Feller Casey | Plaintiff alleges AndroGel usage up to 2006 but records show last AndroGel dispensed on 7/18/2005. | No response received. |
| DePetro, Christopher | 15-cv-07767 | Schachter Hendy & Johnson PSC | Plaintiff alleges AndroGel usage up to December 2013 but records show last AndroGel dispensed on 4/19/2011. | Response received but deficiency remains. |
| Phillips, Sydney Phillips, James (Deceased) | 17-cv-02425 | Schachter Hendy & Johnson PSC | No records showing dispensation of AndroGel produced. During meet and confer, plaintiff's counsel advised that the pharmacy has closed and counsel is seeking to obtain pharmacy records from the company that bought out the pharmacy. | Response received but deficiency remains. |
| Davenport, Coby | 16-cv-08909 | Seeger Weiss | Plaintiff alleges AndroGel usage up to July 2014. While pharmacy records show AndroGel dispensed until December 2012, during meet and confer plaintiff's counsel identified medical records they intend to rely on to establish usage up to May 2013, but no records identified for period of usage from May 2013 to July 2014. | Response received but deficiency remains. |

**Third Corrected Notice**

| Plaintiff | MDL NDIL Case No. | Counsel of Record | Deficiency | Response to Notice |
|---|---|---|---|---|
| Orange, Terence | 15-cv-07047 | Seeger Weiss | Pharmacy records produced indicate that the prescriptions for AndroGel were never picked up or purchased. | Response received but deficiency remains. |
| DelVaglio, Julio J. | 16-cv-01388 | Simmons Hanly Conroy LLC | Medical records not provided confirming alleged PE. | No response received. |
| Williams, Jr., Robert Christopher | 17-cv-04099 | Terrell Hogan Yegelwel, PA | No records showing dispensation of AndroGel produced. | No response received. |
| Trent, Bobby R. | 16-cv-01726 | The Cochran Firm-Dothan PC | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Freda, Joseph | 16-cv-10043 | The Goss Law Firm, PC | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Cunningham, Burl | 16-cv-03753 | The Lanier Law Firm | No records showing AndroGel dispensations produced. During meet and confer, plaintiff's counsel advised that they were attempting to obtain records to cure this deficiency. | Response received but deficiency remains. |
| Dodridge, Vaughn | 15-cv-03263 | The Lanier Law Firm | Plaintiff alleges AndroGel usage started in February 2005 but records show first AndroGel dispensed on 7/13/2009. During meet and confer, plaintiff's counsel advised that records have been ordered to cure this deficiency. | Response received but deficiency remains. |
| Page, Charles | 14-cv-09527 | The Lanier Law Firm | No record provided showing AndroGel usage prior to alleged injury. | Response received but deficiency remains. |

**Third Corrected Notice**

| Plaintiff | MDL NDIL Case No. | Counsel of Record | Deficiency | Response to Notice |
|---|---|---|---|---|
| Root, Mark<br>Root, Paul E.<br>(Deceased) | 16-cv-03701 | The Lanier Law Firm | Plaintiff alleges AndroGel usage up to April 2014. While pharmacy records show AndroGel dispensed through April 2013, during meet and confer plaintiff's counsel identified medical records they intend to rely on to establish usage up to September 2013, but no records identified for period of usage from then to April 2014. | Response received but deficiency remains. |
| Adkins, John | 14-cv-09753 | The Levensten Law Firm | Plaintiff alleges AndroGel usage from 2005 to 2012 but records show AndroGel dispensed in 2009 only. | Response received but deficiency remains. |
| Donohue, Jeffrey | 17-cv-03193 | The Levensten Law Firm | Plaintiff alleges AndroGel usage starting in January 2012 but records show AndroGel first dispensed on 10/26/2012. | Response received but deficiency remains. |
| Edwards, Bradley | 15-cv-07893 | The Levensten Law Firm | Plaintiff alleges AndroGel usage up to October 2013 but records show last AndroGel dispensed on 12/26/2012. | Response received but deficiency remains. |
| Falahati, Ahmad | 15-cv-04206 | The Levensten Law Firm | Plaintiff alleges AndroGel usage up to May 2013 but records show AndroGel last dispensed on 10/30/2011. | Response received but deficiency remains. |
| Gontz, Charles | 15-cv-09404 | The Levensten Law Firm | Plaintiff alleges AndroGel usage up to 2012 but records show AndroGel last dispensed on 6/23/2010. | Response received but deficiency remains. |
| Griffin, James | 15-cv-06471 | The Levensten Law Firm | Plaintiff alleges AndroGel usage up to 2012 but records show AndroGel last dispensed on 6/12/2011. | Response received but deficiency remains. |

**Third Corrected Notice**

| Plaintiff | MDL NDIL Case No. | Counsel of Record | Deficiency | Response to Notice |
|---|---|---|---|---|
| Hazel, Henri | 17-cv-04915 | The Levensten Law Firm | Plaintiff alleges AndroGel usage up to August 2014 but records show AndroGel last dispensed on 2/7/2011. | Response received but deficiency remains. |
| Henderson, Clarence | 17-cv-07399 | The Levensten Law Firm | Plaintiff alleges AndroGel usage through October 2007 but records show AndroGel last dispensed in December 2006. | Response received but deficiency remains. |
| Kirkland, David | 15-cv-09493 | The Levensten Law Firm | Plaintiff alleges AndroGel usage up to October 2013 but records show AndroGel dispensed in July 2009 only. | Response received but deficiency remains. |
| Moore, Rachel Harper, Dirk | 15-cv-09907 | The Levensten Law Firm | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Nichols, Stephen (Deceased) | 15-cv-09662 | The Levensten Law Firm | Plaintiff alleges AndroGel usage up to 2014 but records show AndroGel last dispensed on 2/11/2012. | Response received but deficiency remains. |
| Brooks, Larry | 17-cv-03871 | The Orlando Firm | Plaintiff alleges AndroGel dispensation up to 2015 but records show AndroGel dispensed in September 2013 only. | No response received. |
| Dawson, John | 16-cv-10058 | The Orlando Firm | Medical records not provided confirming alleged injury. No records showing dispensation of AndroGel produced. | No response received. |
| Shufelberger, Russell | 15-cv-09727 | The Orlando Firm | No records showing dispensation of AndroGel produced. | No response received. |
| Williams, Daniel | 16-cv-10070 | The Orlando Firm | Medical records not provided confirming alleged MI and CVA. Plaintiff alleges AndroGel usage up to July 2011 but records show single AndroGel dispensation in August 2010. | No response received. |

**Third Corrected Notice**

| Plaintiff | MDL NDIL Case No. | Counsel of Record | Deficiency | Response to Notice |
|---|---|---|---|---|
| Maeder, Jerry | 15-cv-05996 | The Walters Law Firm, LLC | No records showing dispensation of AndroGel produced. | No response received. |
| Mechenbier, Raymond | 15-cv-06994 | Weitz & Luxenberg | No records showing dispensation of AndroGel produced. | No response received. |
| Hinkle, Gregg L. | 15-cv-11216 | Wendt Goss, P.C. | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Archer, Jeffry | 16-cv-00711 | Wexler Wallace | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Hauck, Douglas | 16-cv-01537 | Wexler Wallace | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Miller, Marvin | 17-cv-01503 | Wexler Wallace | No records showing dispensation of AndroGel produced. | Response received but deficiency remains. |
| Wright, Dennis L. | 15-cv-06272 | Wexler Wallace | No records showing dispensation of AndroGel produced.  Records from pharmacy were produced, but contain no AndroGel dispensation. | Response received but deficiency remains. |
| Roman, Genaro | 16-cv-11749 | Zoll & Kranz, LLC | Medical records not provided confirming alleged MI.  Plaintiff alleges AndroGel usage up to January 2014 but records show last AndroGel dispensed on 6/10/2013. | Response received but deficiency remains. |