**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document Relates to All Cases | Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |

**JOINT AGENDA**
**FOR JUNE 28, 2018 CASE MANAGEMENT CONFERENCE**

The Court directed counsel to file a proposed joint agenda for the June 28, 2018 Case Management Conference and provided the following conference call number. Anyone may listen to the conference by calling (888) 684-8852, passcode 7461053. Callers will not be able to speak at the conference. The parties jointly submit the following agenda:

I. Product Liability Cases

    a. Motions Under Advisement and Waiting for a Ruling

        1. AbbVie's First, Second and Third Corrected Notices of Deficiency Pursuant to CMO 115 & Related Motions (Dkt. 2669, 2686, 2702, 2723, 2728, 2751, and 2760)

        2. Beasley Allen Firm Motions to Dismiss & AbbVie's Opposition

        3. Order to Show Cause Pursuant to Case Management Order 85

        4. Motions for Reconsideration and Reinstatement of Cases Dismissed by CMO

        5. Myers v. AbbVie Inc., et al. – Plaintiff's Motion for New Trial and AbbVie's Bill of Costs – (Dkt. 69, 73)

        6. AbbVie's Motion to Deem Summary Judgment and Daubert Filings Timely (Dkt. 2747)

    b. Guidance on MIL Procedures

    c. Update on Fact Discovery Status in Mixed Use and Trial Group 2 Cases

        d.        Actavis Update

        e.        CMO 26 Dismissal List

II.    Medical Mutual of Ohio Case

        a.        Status of Pending Motions

        b.        Timing of Hearing on Motion for Class Certification and Subsequent Ruling in Relation to Amended CMO 1

        c.        Status of Fact Discovery

Dated: June 25, 2018

Respectfully submitted,

/s/ Trent B. Miracle
Trent B. Miracle
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
tmiracle@simmonsfirm.com

*Plaintiffs' Co-Lead Counsel*

Ronald Johnson, Jr.
**SCHACHTER, HENDY & JOHNSON PSC**
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
rjohnson@pschachter.com

*Plaintiffs' Co-Lead Counsel*

Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road, 6th FL
Ridgefield Park, NJ 07660
Phone: (212) 584-0700

*Plaintiffs' Co-Lead Counsel*

Conlee S. Whiteley
Layne C. Hilton
Marshall L. Perkins
**KANNER & WHITELEY, LLC**
701 Camp Street
New Orleans, Louisiana 70130
Tel: (504) 524-5777
Fax: (504) 524-5763

Ruben Honik
David J. Stanoch
**GOLOMB & HONIK, P.C.**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (215) 985-9177
Fax: (215) 985-4169

*Attorneys for Plaintiff Medical Mutual of Ohio*

David M. Bernick
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3405
Fax: (212) 492-0405
dbernick@paulweiss.com

*Attorney for AbbVie, Inc.*

Michelle Hart Yeary
**DECHERT LLP**
902 Carnegie Center, Suite 500
Princeton, NJ 08540
Telephone: (609) 955-3200
Facsimile: (609) 955-3259
Email: michelle.yeary@dechert.com

Alicia J. Donahue
**SHOOK HARDY & BACON LLP**
One Montgomery St., Suite 2700
San Francisco, CA 94104
T: 415.544.1900
F: 415.391.0281
Email: adonahue@shb.com

Sean P. Wajert
**SHOOK HARDY & BACON LLP**
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
T: 215.278.2555
F: 215.278.2594
Email: swajert@shb.com

*Attorneys for AbbVie Inc. and Abbott Laboratories*

Andrew K. Solow
**KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 836-7740
Fax: (212) 836-6776
andrew.solow@kayescholer.com

Pamela J. Yates
**KAYE SCHOLER LLP**
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Tel: (310) 788-1278
Fax: (310) 788-1200
pamela.yates@kayescholer.com

*Attorneys for Endo Pharmaceuticals Inc. and Auxilium Pharmaceuticals, Inc.*

David E. Stanley
Janet H. Kwuon
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000
Fax: (213) 457-8080
dstanley@reedsmith.com
jkwuon@reedsmith.com

*Attorneys for Defendants Eli Lilly and Company, Lilly USA, LLC, and Acrux Limited*

3

James W. Matthews
Katy E. Koski
Jason L. Drori
**FOLEY & LARDNER LLP**
111 Huntington Ave.
Boston, MA 02199
Tel: (617) 342 – 4000
Fax: (617) 342 – 4001
jmatthews@foley.com
kkoski@foley.com
jdrori@foley.com


David B. Goroff
Jonathan W. Garlough
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Tel:  (312) 832-4500
Fax:  (312) 832-4700
dgoroff@foley.com
jgarlough@foley.com

*Counsel for Defendants Actavis plc, n/k/a Allergan plc, Actavis, Inc., n/k/a Allergan Finance, LLC, Actavis Pharma, Inc., Watson Laboratories, Inc., and n/k/a Actavis Laboratories UT, Inc.*

William F. Cavanaugh, Jr.
Jonah Moses Knobler
**PATTERSON BELKNAP WEBB & TYLER**
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pbwt.com
jknobler@pbwt.com

*Attorneys for AbbVie Inc. and Abbott Laboratories*

Joseph P. Thomas
K.C. Green
Jeffrey D. Geoppinger
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Fax: (513) 698-5001
E-mail: jthomas@ulmer.com

*Attorneys for Actavis, Inc., Actavis Pharma, Inc., Anda, Inc., Watson Laboratories, Inc., a Nevada corporation, and Watson Laboratories, Inc., a Delaware corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Brendan A. Smith*

Brendan A. Smith
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
bsmith@simmonsfirm.com