**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |
| THIS DOCUMENTS RELATES TO: <br><br> <u>ALL ACTIONS INVOLVING CLAIMS AGAINST ACTAVIS DEFENDANTS</u> | |

**<u>CASE MANAGEMENT ORDER NO. 128</u>**
**<u>(STAY OF CASES INVOLVING CLAIMS AGAINST ACTAVIS DEFENDANTS</u>)**

On June 28, 2018, the Court was advised by counsel for plaintiffs and counsel for defendants Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., and Anda, Inc. ("Actavis Defendants"), that the parties have entered into a Memorandum of Understanding regarding a potential global settlement, including all filed cases involving claims against one or more Actavis Defendants. Based on this report, the Court directs that all proceedings involving plaintiffs and one or more Actavis Defendants will be stayed so that the parties may devote their efforts to finalizing a Master Settlement Agreement. The parties are directed to report on a regular basis to Special Master Randi Ellis regarding their progress. These parties are relieved from any dates and deadlines relating to Actavis Defendants in any Case Management Order, including all those applicable to Actavis Defendants in Case Management Orders Nos. 87, 101, and 102. The Actavis Defendants bellwether trial date (August 6, 2018) is not vacated at this time.

**IT IS SO ORDERED.**

Date: June 29, 2018

_____
MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE