## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

In Re: Testosterone Replacement Therapy Products
Liability Litigation, et al.

Plaintiff,

v.

Case No.: 1:14−cv−01748

Honorable Matthew F. Kennelly

Anda Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 26, 2018:

MINUTE entry before the Honorable Matthew F. Kennelly: The parties having reported that a master settlement agreement involving claims against Actavis, Inc. (n/k/a Allergan Finance LLC), Actavis Pharma, Inc., Actavis Laboratories UT, Inc., and Anda, Inc. has been fully executed, the bellwether trial date of 8/6/2018 is vacated. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.