# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-1748<br>MDL No. 2545<br><br>Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO<br><br>Roy and Barbara Flippo<br>Case No. 1:15-cv-05219<br><br>v.<br><br>AbbVie Inc., et al. | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2018, counsel for Defendants was served with Plaintiffs' Supplemental Expert Witness Testimony Disclosures both electronically and via USPS Certified Return Receipt Mail.

**Joseph P. Griffith**
Greenberg Traurig, LLP
2200 Ross Avenue
Suite 5200
Dallas, Texas 75201
griffithj@gtlaw.com
*Counsel for Defendants AbbVie Inc. and Abbott Laboratories*

Service was also effectuated by electronic means only on the following:

**Michelle H. Yeary**
Dechert, LLP
100 Overlook Center
2nd Floor
Princeton, New Jersey 08540
michelle.yeary@dechert.com
*Counsel for Defendants AbbVie Inc. and Abbott Laboratories*

**Jason H. Okleshen**
Greenberg Traurig, LLP
777 South Flagler Drive
Suite 300 East
West Palm Beach, Florida 33401
okleshenj@gtlaw.com
*Counsel for Defendants AbbVie Inc. and Abbott Laboratories*

**Victoria J. Langton**
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305
langtont@gtlaw.com
*Counsel for Defendants AbbVie Inc. and Abbott Laboratories*


Brian A. Goldstein
Cellino & Barnes P.C.
350 Main Street
2500 Main Place Tower
Buffalo, New York 14202
*Attorney for Plaintiffs*
*Roy and Barbara Flippo*