**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | **CASE NO. 1:14-CV-01748**<br>**MDL 2545** |
| | **JUDGE MATTHEW F. KENNELLY** |
| **This Document Relates to:** | |
| **ALL ACTIONS INVOLVING CLAIMS AGAINST ABBVIE DEFENDANTS** | |

**CASE MANAGEMENT ORDER NO. 134**
**(STAY OF CASES INVOLVING CLAIMS AGAINST ABBVIE DEFENDANTS)**

On September 10, 2018, the Court was advised by counsel for plaintiffs and counsel for defendants AbbVie Inc., Abbott Laboratories, Solvay Pharmaceuticals, Inc., and Unimed Pharmaceuticals, LLC ("AbbVie Defendants"), that the parties have entered into a Confidential Term Sheet regarding a potential global settlement, including all filed cases involving claims against one or more AbbVie Defendants. Based on this report, the Court directs that all proceedings involving plaintiffs and one or more AbbVie Defendants will be stayed, except as hereafter ordered by the Court, so that the parties may devote their efforts to finalizing a Master Settlement Agreement. The parties are directed to report on a regular basis to Special Master Randi Ellis regarding their progress. These parties are relieved from any dates and deadlines relating to AbbVie Defendants in any Case Management Order.

**IT IS SO ORDERED.**

Date: September 10, 2018

_____

MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE