UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Medical Mutual of Ohio v. AbbVie, Inc., et al.,*<br>Case No. 1:14-cv-8857 | MDL No. 2545<br><br>Master Docket Case No. 1:14cv1748<br><br>Honorable Matthew F. Kennelly |

**CASE MANAGEMENT ORDER # 137**
**(BRIEFING SCHEDULE RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MODIFICATIONS TO AMENDED CMO 1)**

The Court finds that the parties have stipulated to briefing Defendants' anticipated summary judgment motion before commencing merits expert discovery. With the parties understanding that they will have only one opportunity to seek summary judgment, the Court hereby vacates the schedule for merits expert discovery set forth in First Amended CMO 1 (Doc. # 217) and establishes the following briefing schedule for Defendants' summary judgment motion with corresponding page limitations:

| **Brief** | **Due Date** | **Page Limits for Memorandum of Law (exclusive of Rule 56.1 Statements)** |
|---|---|---|
| Defendants' Opening Brief | October 15, 2018 | 45 pages |
| Plaintiff's Response | November 20, 2018 | 65 pages |
| Defendants' Reply Brief | December 7, 2018 | 20 pages |

## MODIFICATIONS TO FIRST AMENDED CMO 1

The Court further orders that First Amended CMO 1 (Doc. #217) is amended as follows:

1. This case is set for a telephonic Status Conference on January 7, 2019 at 1:30 p.m.

2. Plaintiff's merits-stage expert reports will be served by February 15, 2019. Within a reasonable time but no later than March 15, 2019, Plaintiff shall produce such experts for deposition upon request.

3. Defendants' merits-stage expert reports will be served by April 15, 2019. Within a reasonable time but no later than May 17, 2019, Defendants shall produce such experts for deposition upon request.

4. Rebuttal merits-stage expert reports may only be served with leave of Court.

5. The deadline for filing Daubert motions is May 27, 2019. When and if such motions are filed, opposition briefs will be due no later than June 24, 2019. Reply briefs will be due on July 2, 2019.

6. Witness lists, deposition designations, and exhibit lists shall be served by June 4, 2019.

7. Motions in limine shall be filed by June 18, 2019. Responses to motions in limine will be due on July 2, 2019.

8. The case is set for trial on July 15, 2019.

SO ORDERED the 9th day of October, 2018.

_____
Hon. Matthew F. Kennelly
Judge of the United States District Court