IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This document applies to:<br>All cases | Master Docket Case No. 1:14-cv-01748<br>Honorable Matthew F. Kennelly |

**PLAINTIFFS' STEERING COMMITTEE'S SUBMISSION REGARDING COMMON BENEFIT FEE COMMITTEE APPOINTMENTS**

Pursuant to Case Management Order No. 138, the Court's corresponding minute entry (Dkt. No. 2894), the Plaintiffs' Steering Committee hereby nominates the following six attorneys from which the Court will appoint an odd-numbered fee committee to serve as the Common Benefit Fee Committee. *See also* Case Mgmt. Order 16, Dkt. No. 488 (Nov. 25, 2014) (requiring a majority vote in order for the committee to make recommendations to the Court):

1. Trent Miracle,
2. Christopher Seeger,
3. Ronald Johnson,
4. Michelle Kranz,
5. Troy Rafferty, and
6. Michael London

From the outset of the litigation, these counsel have been responsible for coordinating the activities of the members of the Plaintiffs' Steering Committee in conducting this litigation toward final resolution and have taken the lead in litigating these matters on behalf of all Plaintiffs. *See generally* Case Mgmt. Order 6, Dkt. No. 255 (Aug. 13, 2014). These counsel are uniquely able to evaluate the time of and type of work performed by their fellow attorneys that provided common benefit to the litigation as a whole and resulted in resolution of the litigation. Their

enumerated responsibilities have included overseeing common benefit time and expense standards and procedures. *Id.* at ¶ 6; CMO 16. They are best-suited to perform the tasks and responsibilities required under CMO 16.

As the Court pointed out in CMO 138, members of the Common Benefit Fee Committee will "make recommendations [to the Court] for distributions to Participating Counsel." Case Mgmt. Order 16, Dkt. No. 488 (Nov. 25, 2014) (CMO 16) at ¶ V.B. The Plaintiffs' Steering Committee submits that these attorneys and their staff are best situated to make efficient and timely recommendations to the Court for distributions to Participating Counsel.

The Plaintiffs' Steering Committee respectfully submits that these counsel will continue to perform the duties required for the proper coordination of Plaintiffs' activities and those required by further order of the Court.

Dated: October 26, 2018          Respectfully submitted,

*/s/ Trent B. Miracle*
Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

Ronald Johnson, Jr.
SCHACHTER, HENDY & JOHNSON PSC
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
Email: rjohnson@pschacter.com

Christopher A. Seeger
Seeger Weiss LLP

2

55 Challenger Rd., 6FL
Ridgefield Park, NJ 07660
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com


Plaintiffs' Co-Lead Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2018, I electronically transmitted the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service to all parties/counsel registered to received copies in this case.

>  */s/ Brendan A. Smith*
> Brendan A. Smith
> SIMMONS HANLY CONROY
> One Court Street
> Alton, IL 62002
> Phone: (618) 259-2222
> Fax: (618) 259-2252
> Email: bsmith@simmonsfirm.com