**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br>Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO ALL CASES | |

**JOINT STATUS REPORT FOR NOVEMBER 16, 2018
CASE MANAGEMENT CONFERENCE**

The parties jointly submit this status report on the proposed agenda items for the November 16, 2018 case management conference.

**I.     Motions Under Advisement and Pending Ruling**

At the case management conference, the parties propose a discussion regarding motions that the Court has taken under advisement and that remain pending such as 1) motions and stipulations to dismiss pursuant to CMO 9 and CMO 26, 2) motions to withdraw as counsel, and 3) motions to vacate judgments/reconsideration based on CMO 85. *See* CMO 118 [Dkt. No. 2612] (dismissal of cases for noncompliance with CMO 85).

**II.    Reports on Status of Pending Settlements with Defendants**

**A.** *Eli Lilly and Company Defendants*

The settlement allocation process for the Lilly Defendants is well underway. Initial allocations have been released.

**B.** *Auxilium Pharmaceuticals, LLC, Endo Pharmaceuticals Inc. and GlaxoSmithKline LLC Defendants*

The claims process is underway and on track pursuant to the timeline set forth in the Master Settlement Agreement.

### C. *Actavis Defendants*

The claims process is underway pursuant to the terms of the Master Settlement Agreement.

### D. *AbbVie Defendants*

The parties are working diligently and cooperatively to finalize a Master Settlement Agreement and will be prepared to update the Court at the conference.

### III. Procedures for Determination of Common Benefit Fees and Expenses

Lead counsel for the Plaintiff Steering Committee are prepared to discuss this with the Court at the case management conference.

Dated: November 13, 2018

Respectfully submitted,

| | |
|---|---|
| /s/ Ronald Johnson, Jr. | Christopher A. Seeger |
| | **SEEGER WEISS LLP** |
| Ronald Johnson, Jr. | 55 Challenger Road, 6th FL |
| **SCHACHTER, HENDY & JOHNSON** | Ridgefield Park, NJ 07660 |
| 909 Wrights Summit Parkway, Suite 210 | Phone: (212) 584-0700 |
| Ft. Wright, KY 41011 | |
| Phone: (859) 578-4444 | *Plaintiffs' Co-Lead Counsel* |
| Fax: (859) 578-4440 | |
| rjohnson@pschachter.com | David M. Bernick |
| | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| Trent B. Miracle | 1285 Avenue of the Americas |
| **SIMMONS HANLY CONROY** | New York, NY 10019-6064 |
| One Court Street | Phone: (212) 373-3405 |
| Alton, IL 62002 | Fax: (212) 492-0405 |
| Telephone: (618) 259-2222 | dbernick@paulweiss.com |
| Facsimile: (618) 259-2251 | |
| tmiracle@simmonsfirm.com | *Attorney for AbbVie, Inc.* |

Michelle Hart Yeary
**DECHERT LLP**
902 Carnegie Center, Suite 500
Princeton, NJ 08540
Telephone: (609) 955-3200
Facsimile: (609) 955-3259
Email: michelle.yeary@dechert.com

Alicia J. Donahue
**SHOOK HARDY & BACON LLP**
One Montgomery St., Suite 2700
San Francisco, CA 94104
T: 415.544.1900
F: 415.391.0281
Email: adonahue@shb.com

Sean P. Wajert
**SHOOK HARDY & BACON LLP**
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
T: 215.278.2555
F: 215.278.2594
Email: swajert@shb.com

*Attorneys for AbbVie Inc. and Abbott Laboratories*

Andrew K. Solow
**KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 836-7740
Fax: (212) 836-6776
andrew.solow@kayescholer.com

Pamela J. Yates
**KAYE SCHOLER LLP**
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Tel: (310) 788-1278
Fax: (310) 788-1200
pamela.yates@kayescholer.com

*Attorneys for Endo Pharmaceuticals Inc. and Auxilium Pharmaceuticals, Inc.*

David E. Stanley
Janet H. Kwuon
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000
Fax: (213) 457-8080
dstanley@reedsmith.com
jkwuon@reedsmith.com

*Attorneys for Defendants Eli Lilly and Company, Lilly USA, LLC, and Acrux Limited*

James W. Matthews
Katy E. Koski
Jason L. Drori
**FOLEY & LARDNER LLP**
111 Huntington Ave.
Boston, MA 02199
Tel: (617) 342 – 4000
Fax: (617) 342 – 4001
jmatthews@foley.com
kkoski@foley.com
jdrori@foley.com

David B. Goroff
Jonathan W. Garlough
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Tel: (312) 832-4500
Fax: (312) 832-4700
dgoroff@foley.com
jgarlough@foley.com

*Counsel for Defendants Actavis plc, n/k/a Allergan plc, Actavis, Inc., n/k/a Allergan Finance, LLC, Actavis Pharma, Inc., Watson Laboratories, Inc., and n/k/a Actavis Laboratories UT, Inc.*

William F. Cavanaugh, Jr.
Jonah Moses Knobler
**PATTERSON BELKNAP WEBB & TYLER**
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pbwt.com
jknobler@pbwt.com

*Attorneys for AbbVie Inc. and Abbott Laboratories*

Joseph P. Thomas
K.C. Green
Jeffrey D. Geoppinger
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Fax: (513) 698-5001
E-mail: jthomas@ulmer.com

*Attorneys for Actavis, Inc., Actavis Pharma, Inc., Anda, Inc., Watson Laboratories, Inc., a Nevada corporation, and Watson Laboratories, Inc., a Delaware corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Brendan A. Smith*
Brendan A. Smith
