IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-17478 |
| ------------------------------------------------- | MDL No. 2545 |
| This document applies to all cases | |

**CASE MANAGEMENT ORDER 141**
**(appointment of Common Benefit Fee Committee)**

The Court thanks all of those who applied for positions on the Common Benefit Fee Committee to be established pursuant to Case Management Order 16. All of those who applied are highly qualified. The Court is required to appoint a committee with an odd number of members to avoid potential tie votes, and is not persuaded that the committee needs to be as large as proposed by the Plaintiffs' Steering Committee or even larger, as proposed by one of the applicants. The Court appoints the following five attorneys to the Common Benefit Fee Committee:

- Trent Miracle
- Christopher Seeger
- Ronald Johnson
- Michelle Kranz
- Troy Rafferty

It is so ordered.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: November 21, 2018