IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-17478 <br><br> MDL No. 2545 |
| This document applies to all cases | |

**CASE MANAGEMENT ORDER 142**
**(Distribution of common benefit fees/expenses and settlement funds)**

     Consistent with the discussion at the November 16, 2018 case management conference, the Court directs the Common Benefit Fee Committee and the Plaintiffs' Steering Committee to submit, by no later than November 30, 2018, documentation sufficient to satisfy the Court that it will be able to ensure and verify that, as intended, any common benefit fees will come out of the originating attorney's agreed-upon contingent fee percentage and not out of the distribution to the attorney's client.

_____
MATTHEW F. KENNELLY
United States District Judge

Date:   November 21, 2018