**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| **THIS DOCUMENT RELATES TO:<br>ALL ACTIONS** | |

**RESPONSE TO MOTION OF STEPHANIE O'CONNOR TO
EXPAND THE COMMON BENEFIT COMMITTEE AND
FOR THE APPOINTMENT OF STEPHANIE O'CONNOR
TO THE COMMON BENEFIT FEE COMMITTEE**

**NOW INTO COURT** comes Maury A. Herman, appearing herein for the sole purpose of supporting the "Motion of Stephanie O'Connor to Expand the Common Benefit Committee and for the Appointment of Stephanie O'Connor to the Common Benefit Fee Committee" which was filed by Stephanie O'Connor on December 5, 2018, [Dkt. No. 2929]. I can personally vouch for the representations made by Ms. O'Connor, with respect to her effort and work product. As the Court knows, I also filed a similar Motion on November 1, 2018 [Dkt. No. 2908], and so did Seth A. Katz, on October 26, 2018 [Dkt. No. 2904]. Mr. Katz and I appeared before Your Honor on November 16, 2018 at the Case Management Conference that day. Consistent with my statement to Your Honor on the record, I believe the Common Benefit Committee should consist of seven members. I am also of the opinion that any three of us, Stephanie O'Connor, Seth A. Katz or myself have the knowledge and experience to serve on this committee to further its efforts in what

1

is going to be a complex and difficult task.

Dated: December 6, 2018

Respectfully submitted,

**HERMAN HERMAN & KATZ, L.L.C.**

/s/ *Maury A. Herman*
**MAURY A. HERMAN, ESQ.**
**SOREN E. GISLESON, ESQ.**
**MIKALIA M. KOTT, ESQ.**
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone No.: (504) 581-4892
Facsimile No.: (504) 561-6024
Email addresses:  mherman@hhklawfirm.com
sgisleson@hhklawfirm.com
mkott@hhklawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2018, I electronically transmitted the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service to all parties/counsel registered to receive copies in this case.

*/s/ Maury A. Herman*
**MAURY A. HERMAN**