IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO: <br> **ALL ACTIONS** | |

## NOTICE OF FILING

**TO:** All counsel of record

**PLEASE TAKE NOTICE** that Maury A. Herman on December 6, 2018 filed his Response to Motion of Stephanie O'Connor to Expand the Common Benefit Committee and for the Appointment of Stephanie O'Connor to the Common Benefit Fee Committee. Unless the Court deems it necessary, counsel does not feel it necessary to have a hearing with respect to said Response. If the Court deems a hearing necessary, counsel will be available to be heard at a date and time set by the Court and shall appear before the Honorable Judge Matthew F. Kennelly or any judge sitting in his stead in Courtroom 2103 of the United States District Court of the Norther District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois.

Dated: December 6, 2018          Respectfully submitted,

                                               HERMAN HERMAN & KATZ, L.L.C.

                                               /s/ *Maury A. Herman*
                                               MAURY A. HERMAN, ESQ.
                                               SOREN E. GISLESON, ESQ.
                                               MIKALIA M. KOTT, ESQ.
                                               820 O'Keefe Avenue
                                               New Orleans, LA 70113
                                               Telephone No.: (504) 581-4892
                                               Facsimile No.: (504) 561-6024
                                               Email addresses: mherman@hhklawfirm.com

sgisleson@hhklawfirm.com
mkott@hhklawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2018, I electronically transmitted the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service to all parties/counsel registered to receive copies in this case.

*/s/ Maury A. Herman*
**MAURY A. HERMAN**