

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Rachel Abrams

Firm   Levin Simes Abrams LLP

Street Address   1700 Montgomery Street, Suite 250

City/State/Zip Code   San Francisco, CA 94111

Phone Number   (415) 426-3000

Email address   rabrams@levinsimes.com

ARDC (Illinois State Bar members, only)   6328972

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| See Exhibit 1 | TRT Product Liability | Matthew F. Kennelly |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/Rachel Abrams                                             12/07/2018
_____           _____
Signature of Attorney                                        Date

Rev. 01272016

# EXHIBIT 1

| Last Name | First Name | Jurisdiction | Docket Numbers | MDL Docket Number |
|---|---|---|---|---|
| Abbey | Bruce | USDC Northern District of Illinois | 1:16-cv-01197 | 14-cv-01748 |
| Aranda | Harold | USDC Northern District of Illinois | 1:14-cv-08410 | 14-cv-01748 |
| Arnold | Marvin | USDC Northern District of Illinois | 1:15-cv-01236 | 14-cv-01748 |
| Braun | Kenneth | USDC Northern District of Illinois | 1:15-cv-08511 | 14-cv-01748 |
| Brewer | Marvin | USDC Northern District of Illinois | 1:16-cv-02607 | 14-cv-01748 |
| Broussard | William Sr. | USDC Northern District of Illinois | 1:15-cv-01006 | 14-cv-01748 |
| Christ | Richard | USDC Northern District of Illinois | 1:14-cv-05054 | 14-cv-01748 |
| Cross | Roderick | USDC Northern District of Illinois | 1:15-cv-03936 | 14-cv-01748 |
| Dander | Craig | USDC Northern District of Illinois | 1:15-cv-00779 | 14-cv-01748 |
| D'Annunzio | Raymond | USDC Northern District of Illinois | 1:15-cv-07344 | 14-cv-01748 |
| Ehlers | Leon | USDC Northern District of Illinois | 1:15-cv-04830 | 14-cv-01748 |
| Gentilini | Paul | USDC Northern District of Illinois | 1:15-cv-08513 | 14-cv-01748 |
| Graff | John | USDC Northern District of Illinois | 1:15-cv-00982 | 14-cv-01748 |
| Graham | Bobby | USDC Northern District of Illinois | 1:15-cv-06492 | 14-cv-01748 |
| Gross | Stephen | USDC Northern District of Illinois | 1:14-cv-02934 | 14-cv-01748 |
| Haidak | Paul | USDC Northern District of Illinois | 1:14-cv-09167 | 14-cv-01748 |
| Heath | Edward | USDC Northern District of Illinois | 1:14-cv-03156 | 14-cv-01748 |
| Heimnick | Mark | USDC Northern District of Illinois | 1:15-cv-2031 | 14-cv-01748 |
| Ingram | Ray | USDC Northern District of Illinois | 1:15-cv-04721 | 14-cv-01748 |
| Johnson | Wayne | USDC Northern District of Illinois | 1:15-cv-08622 | 14-cv-01748 |
| Kelly | Willie | USDC Northern District of Illinois | 1:15-cv-08514 | 14-cv-01748 |
| Kos | Dennis | USDC Northern District of Illinois | 1:17-cv-01963 | 14-cv-01748 |
| Leppard | Larry | USDC Northern District of Illinois | 1:15-cv-02588 | 14-cv-01748 |
| Lohan | William | USDC Northern District of Illinois | 1:14-cv-07025 | 14-cv-01748 |
| Lozada | Roberto | USDC Northern District of Illinois | 1:15-cv-04841 | 14-cv-01748 |
| MacMillan | Michael | USDC Northern District of Illinois | 1:16-cv-04900 | 14-cv-01748 |
| Marchington | Samuel | USDC Northern District of Illinois | 1:16-cv-00747 | 14-cv-01748 |
| Marciniak | Michael | USDC Northern District of Illinois | 1:16-cv-01186 | 14-cv-01748 |
| Martin | Bobby | USDC Northern District of Illinois | 1:14-cv-08990 | 14-cv-01748 |
| May | Samuel | USDC Northern District of Illinois | 1:15-cv-04062 | 14-cv-01748 |
| McCollum | Ray | USDC Northern District of Illinois | 1:16-cv-03340 | 14-cv-01748 |
| McKenzie | Philip | USDC Northern District of Illinois | 1:15-cv-06804 | 14-cv-01748 |
| McLaughlin | Michael | USDC Northern District of Illinois | 1:14-cv-04816 | 14-cv-01748 |
| McLeod | John | USDC Northern District of Illinois | 1:14-cv-08764 | 14-cv-01748 |
| Miller | Garry | USDC Northern District of Illinois | 1:16-cv-05586 | 14-cv-01748 |
| Misetich | Ronald | USDC Northern District of Illinois | 1:16-cv-00589 | 14-cv-01748 |
| Morales | Arturo | USDC Northern District of Illinois | 1:15-cv-02033 | 14-cv-01748 |
| Morris | Dale | USDC Northern District of Illinois | 1:15-cv-6939 | 14-cv-01748 |
| Moughan | Dennis | USDC Northern District of Illinois | 1:15-cv-05584 | 14-cv-01748 |
| Mullenix | James | USDC Northern District of Illinois | 1:14-cv-02914 | 14-cv-01748 |
| Neely | Elbert | USDC Northern District of Illinois | 1:14-cv-09526 | 14-cv-01748 |
| Nieves | Harry | USDC Northern District of Illinois | 1:14-cv-03166 | 14-cv-01748 |
| Nowak | Stephen | USDC Northern District of Illinois | 1:14-cv-03630 | 14-cv-01748 |
| Olds | David | USDC Northern District of Illinois | 1:14-cv-03007 | 14-cv-01748 |
| Olterman | Kenneth | USDC Northern District of Illinois | 1:16-cv-00619 | 14-cv-01748 |
| Patrick | Fred | USDC Northern District of Illinois | 1:14-cv-02903 | 14-cv-01748 |
| Patten Sr. | Tommy | USDC Northern District of Illinois | 1:16-cv-01180 | 14-cv-01748 |
| Paulus | Gene | USDC Northern District of Illinois | 1:15-cv-03062 | 14-cv-01748 |
| Pehl | Harvey | USDC Northern District of Illinois | 1:15-cv-05231 | 14-cv-01748 |

# EXHIBIT 1

| Last Name | First Name | Jurisdiction | Docket Numbers | MDL Docket Number |
|---|---|---|---|---|
| Phelps | Dale | USDC Northern District of Illinois | 1:14-cv-05049 | 14-cv-01748 |
| Piasecki | Richard | USDC Northern District of Illinois | 1:16-cv-03000 | 14-cv-01748 |
| Poynter | Jerry | USDC Northern District of Illinois | 1:15-cv-00969 | 14-cv-01748 |
| Puckett | Willie | USDC Northern District of Illinois | 1:16-cv-00738 | 14-cv-01748 |
| Radaj | Patrick | USDC Northern District of Illinois | 1:15-cv-03934 | 14-cv-01748 |
| Rader Jr. | Lee | USDC Northern District of Illinois | 1:15-cv-04574 | 14-cv-01748 |
| Richard | Emile | USDC Northern District of Illinois | 1:15-cv-08518 | 14-cv-01748 |
| Rogers | Jeffery | USDC Northern District of Illinois | 1:15-cv-11215 | 14-cv-01748 |
| Ruud | Jack | USDC Northern District of Illinois | 1:15-cv-07168 | 14-cv-01748 |
| Santa Cruz | Thomas | USDC Northern District of Illinois | 1:15-cv-05214 | 14-cv-01748 |
| Short | Dale | USDC Northern District of Illinois | 1:14-cv-09414 | 14-cv-01748 |
| Sicard | William | USDC Northern District of Illinois | 1:14-cv-03632 | 14-cv-01748 |
| Sikes | Lawrence | USDC Northern District of Illinois | 1:14-cv-03163 | 14-cv-01748 |
| Skadal | James | USDC Northern District of Illinois | 1:15-cv-02955 | 14-cv-01748 |
| Smith | Stanley | USDC Northern District of Illinois | 1:15-cv-08599 | 14-cv-01748 |
| Stockton | Clyde | USDC Northern District of Illinois | 1:15-cv-01744 | 14-cv-01748 |
| Tomson | John | USDC Northern District of Illinois | 1:15-cv-08948 | 14-cv-01748 |
| Truax | Roccie | USDC Northern District of Illinois | 1:14-cv-02935 | 14-cv-01748 |
| Trusty | Joe | USDC Northern District of Illinois | 1:15-cv-01015 | 14-cv-01748 |
| Ward | Thomas | USDC Northern District of Illinois | 1:14-cv-03168 | 14-cv-01748 |
| Weiss | David | USDC Northern District of Illinois | 1:15-cv-08625 | 14-cv-01748 |
| Whitehead | Wallace | USDC Northern District of Illinois | 1:15-cv-03896 | 14-cv-01748 |
| Willis Jr. | Riley | USDC Northern District of Illinois | 1:14-cv-08608 | 14-cv-01748 |
| Wilson | Charles | USDC Northern District of Illinois | 1:16-cv-02377 | 14-cv-01748 |
| Windham | Jason | USDC Northern District of Illinois | 1:14-cv-03191 | 14-cv-01748 |
| Witter | Wayne | USDC Northern District of Illinois | 1:14-cv-03623 | 14-cv-01748 |
| Wood | David | USDC Northern District of Illinois | 1:15-cv-01748 | 14-cv-01748 |
| Wooden | Samuel | USDC Northern District of Illinois | 1:15-cv-00983 | 14-cv-01748 |
| Woody | Larry | USDC Northern District of Illinois | 1:16-cv-04889 | 14-cv-01748 |
| Yeaman | Arnold | USDC Northern District of Illinois | 1:15-cv-03171 | 14-cv-01748 |
| Zillmer | Randy | USDC Northern District of Illinois | 1:15-cv-06489 | 14-cv-01748 |

Case: 1:14-cv-01748 Document #: 2933 Filed: 12/07/18 Page 3 of 4 PageID #:76470

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on December 7, 2018, which shall send notification of such filing to all CM/ECF participants.

                                          */s/Rachel Abrams*
                                          Rachel Abrams