## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Master Docket Case No. 1:14-CV-1748 <br><br> MDL No. 2545 |
| This Document Relates to 1:16-cv-03307 *Kevin Wayne Dunn v. Endo Pharmaceuticals, Inc., et al* | Hon. Matthew F. Kennelly |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Kevin Wayne Dunn, and his counsel of record, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants, Endo International, PLC, AbbVie, Inc., and Auxilium Pharmaceuticals, Inc.

Dated: December 14, 2018

                 Respectfully submitted,

                 **KEBODEAUX, HARGRODER & ALEXANDER, L.L.P.**

                 */s/Casey H. Hargroder*
                 CASEY H. HARGRODER
                 State Bar No. 24050718
                 H. SCOTT ALEXANDER
                 State Bar No. 00793247
                 KEITH KEBODEAUX
                 State Bar No. 11144300
                 2905 Toccoa Street
                 Beaumont, Texas 77703
                 (409) 832-0347 telephone
                 (409) 838-0167 facsimile
                 chargroder@khalaw.com
                 salexander@khalaw.com
                 kkebodeaux@khalaw.com

**ATTORNEYS FOR PLAINTIFF,
KEVIN WAYNE DUNN**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2018, the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

Dated this 14th day of December, 2018.

*/s/Casey H. Hargroder*
CASEY H. HARGRODER