# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

In Re: Testosterone Replacement Therapy Products
Liability Litigation, et al.

Plaintiff,

v.

Case No.:
1:14−cv−01748

Honorable
Matthew F.
Kennelly

Anda Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 11, 2019:

     MINUTE entry before the Honorable Matthew F. Kennelly: The Court recently entered a show cause order regarding the plaintiff's attorney in a member case in this MDL proceeding, Case No. 1:15−cv−9550. The deadline for the attorney's response was 1/9/2019, but no response was filed. The Court has confirmed that the order was e−mailed via CMECF to the attorney and thus finds the non−response somewhat surprising. Having noted that the attorney in question is the only attorney of record for the individual plaintiff in the case, the Court is concerned that something may be amiss and thus requests that lead counsel investigate the matter and provide a status report by 1/15/2019, to be filed only in the individual case. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.