IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS
EASTERN DIVISION

FILED
JAN 15 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In re: Testosterone )
Replacement Therapy ) MDL No. 2545
Products Liability Litigation )
)  Master Docket Case No. 1:14-cv-01748
)
) Honorable Matthew F. Kennelly
This document relates to: )
Leschyshyn v. AbbVie Inc., et al)
Case No. 1:17-cv-01778 )

MOTION FOR ATTORNEY REPRESENTATION

As requested by the Court in Case Management Order No. 145, Plaintiff submits to the court the following:

1) Trust Fund Account for the past 12 months; and

2) Completed form titled "Motion for Attorney Representation".

Please ensure the Court instructs the Clerk of the Court to mail a copy of the Orders as well as any additional forms that may be required, as Plaintiff does not have direct access to PACER.

Dated: January 10, 2019

Respectfully submitted,

Alan Leschyshyn 38415408
Federal Correctional Institution
La Tuna, P.O. Box 3000,
Anthony, TX 88021

CERTIFICATE OF SERVICE
I hereby certify that on January 10, 2019, I mailed a copy of this Motion to Defendant at the following address via First Class mail:
Goldman, Ismail, Tomaselli, Brennan & Baum LLP
564 W. Randolph St., Ste. 400
Chicago, IL 60661

Alan Leschyshyn

1