IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-1748 |
| THIS DOCUMENT RELATES TO: All Cases | Honorable Matthew F. Kennelly |

**PLAINTIFFS' COMMON BENEFIT FEE COMMITTEE'S NOTICE TO PLAINTIFFS' COUNSEL REGARDING COMMON BENEFIT SUBMISSIONS**

All plaintiffs' counsel are hereby notified that all common benefit time, expenses, and receipts must be submitted to Plaintiffs' Fee Committee on or before **March 22, 2019.** Submissions of time and expenses should be in accordance with Amended CMO No. 16, Dkt. No. 2902 (Oct. 26, 2018).

The time and expense submissions must be submitted through SmartSheet (https://www.smartsheet.com). For those who have already made their timely submissions, please ensure your receipts are properly attached to each expense submitted and that your categories are completed for all submitted time and expenses. The categories are limited to those listed in the drop-down menu. Please make sure to be sufficiently descriptive of the tasks for which time is being submitted. Insufficient explanations of tasks will result in the submitted time being discarded by the Fee Committee.

If your firm did not already obtain access to SmartSheets, you will need to request access before you can submit any TRT common benefit time or expenses. To

1

request access, you will need to provide the names and e-mail addresses for the data entry person and a supervisor.

To request access or for other technical questions regarding submissions, counsel are directed to contact Angela Stoldt (angela@toledolaw.com).

Dated: January 28, 2019        Respectfully submitted,

/s/ Trent B. Miracle
Trent B. Miracle
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
618-259-2222
Email: tmiracle@simmonsfirm.com

Ronald E. Johnson, Jr.
Schachter Hendy & Johnson PSC
909 Wright's Summit Parkway
Suite #210
Ft. Wright, KY 41011
(859) 578-4444
Email: rjohnson@pschachter.com

Christopher A Seeger
Seeger Weiss LLP
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
(212) 584-0700
Email: cseeger@seegerweiss.com

Troy Rafferty
Levin Papantonio Thomas Mitchell Rafferty
and Proctor, P.A.
316 S. Baylen Street
Pensacola, FL 32501
(850) 435-7163
Email: trafferty@levinlaw.com

Michelle L. Kranz
Zoll & Kranz, LLC
6620 W. Central Ave., Suite 100
Toledo, OH 43617
(419) 841-9623
Email: michelle@toledolaw.com

*Plaintiffs' Common Benefit Fee Committee*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically serve and send a notice of electronic filing to all registered attorneys of record.

<span style="margin-left: 3em;">*/s/ Brendan A. Smith*</span>
<span style="margin-left: 3em;">Brendan A. Smith</span>