**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: TESTOSTERONE | ) | Case No.: 1:14-cv-01748 |
| REPLACEMENT THERAPY | ) | MDL NO. 2545 |
| <u>PRODUCTS LIABIILITY LITIGATION</u> ) | | JUDGE MATTHEW F. KENNELY |

**THIS DOCUMENT RELATES TO:
ARMANDO J. ROBERTO, JR. AND ELIZABETH E. ROBERTO, #1:15-cv-7085**

<u>**PLAINTIFFS' MOTION TO VACATE ORDER OF DISMISSAL**</u>

NOW COME the Plaintiffs, Armando J. Roberto, Jr. and Elizabeth E. Roberto, by and through their attorneys, Rilee & Associates, P.L.L.C., and pursuant to Federal Rules of Civil Procedure 59 and 60, hereby respectfully submit this Motion to Vacate Order of Dismissal, along with the accompanying Memorandum in Support and Proposed Order, and respectfully request that this Honorable Court enter an Order (a) vacating the May 11, 2018 dismissal of their lawsuit and (b) reinstating their lawsuit and claims such that, in accordance with the global settlement of MDL 2545, they may proceed on the merits through the Androgel Resolution Program.

Respectfully submitted,

**ARMANDO J. ROBERTO, JR. AND
ELIZABETH E. ROBERTO,**

By Their Attorneys,

**RILEE & ASSOCIATES, P.L.L.C.**

Date: March 3, 2019    By:    /s/ Cyrus F. Rilee, III_____
Cyrus F. Rilee, III, Esq., #15881
264 South River Road
Bedford, NH  03110
t. 603.232.8234
f. 603.628.2241
e. crilee@rileelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiffs' Motion to Vacate Order of Dismissal has been served this day via CM/ECF on all counsel of record.

Date: March 3, 2019      By:    /s/ Cyrus F. Rilee, III_____
                                                        Cyrus F. Rilee, III