**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2545<br><br>Case No. 14 C 1748 |
| This document relates to<br><br>*Amobi v. Eli Lilly & Co.*, No. 15 C 4200 | ) ) ) ) ) | |

**CASE MANAGEMENT ORDER NO. 148**
(Order on Plaintiff Austin Amobi's Motion to Reinstate
in *Amobi v. Eli Lilly & Co.*, No. 15 C 4200)

MATTHEW F. KENNELLY, District Judge:

      On 10/25/2017, counsel for Plaintiff Austin Amobi moved to withdraw from representation of Plaintiff [Case No. 14 C 1748, Dkt. No. 2213]. Relying on information in a sealed affidavit filed with the motion to withdraw, on 3/1/2018, the Court ordered Mr. Amobi to show cause in writing by 3/22/2018 why his case should not be dismissed for want of prosecution [Case No. 14 C 1748, Dkt. No. 2383; Case No. 15 C 4200, Dkt. No. 14]. In an apparent response to that order, Mr. Amobi asked the Court for "the opportunity to get back on the docket" [Case No. 14 C 1748, Dkt. No. 2679]. The Court construes Mr. Amobi's request as a motion to reinstate his case. It has come to the Court's attention, however, that approximately one year before Mr. Amobi's counsel moved to withdraw from representation, Mr. Amobi stipulated to the dismissal of his entire action with prejudice. The Court dismissed Mr. Amobi's case with prejudice on 10/27/2016 [Case No. 15 C 4200, Dkt. Nos. 12, 13]. Because Mr. Amobi stipulated to the dismissal of his entire action with prejudice, he is precluded from reopening his case, and the Court denies his motion to reinstate [Case No. 14 C 1748, Dkt. No. 2679]. The Court also vacates the 3/1/2018 show-cause order as it applies to Mr. Amobi [Case No. 14 C 1748, Dkt. No. 2383; Case No. 15 C 4200, Dkt. No. 14]. The Plaintiffs' Steering Committee is directed to mail a copy of this order to Mr. Amobi and is to certify its compliance with this directive by April 5, 2019.

                                                                       _____
                                                                       MATTHEW F. KENNELLY
                                                                       United States District Judge

Date: March 29, 2019