**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2545<br><br>Case No. 14 C 1748 |
| ------------------------------------------------------------ | ) ) | |
| This document relates to<br>*Guffey v. AbbVie, Inc.*, No. 16 C 4723 | ) ) | |

**CASE MANAGEMENT ORDER NO. 149
(Order on Plaintiff Carlos Guffey's Motion to Reinstate
in *Guffey v. AbbVie, Inc.*, No. 16 C 4723)**

MATTHEW F. KENNELLY, District Judge:

      On December 7, 2017, Plaintiff Carlos Guffey voluntarily stipulated to the dismissal of his entire action with prejudice [Case No. 16 C 4723, Dkt. No. 7]. The Court dismissed Mr. Guffey's case with prejudice on 4/26/2018 [Case No. 16 C 4723, Dkt. No. 8]. Later, on or around May 15, 2018, Mr. Guffey wrote a letter to the Court [Case No. 14 C 1748, Dkt. No. 2879; Case No. 16 C 4723, Dkt. No. 10]. The letter was docketed on September 21, 2018. In the letter, Mr. Guffey explained the circumstances of the stipulated dismissal. Specifically, Mr. Guffey stated that a representative from his counsel's law firm had told him that he "would not have a case" because he had undergone a "PFO closure," which the Court understands to be a form of heart surgery. According to Mr. Guffey, he "did not agree" but "signed all letters for dismissal of [his] case." Mr. Guffey then stated, "I would, however, like to have my case heard." The Court construes Mr. Guffey's letter as a motion to reinstate his case. The Court denies Mr. Guffey's motion [Case No. 14 C 1748, Dkt. No. 2879; Case No. 16 C 4723, Dkt. No. 10] because the circumstances show that he agreed to dismiss his case and then changed his mind. Changing one's mind is not an appropriate basis for reinstating a case. Mr. Guffey's counsel of record are directed to mail him a copy of this order by April 5, 2019 and are to certify (on the docket of Case No. 16 C 4723) that they have done so.

                                                                                            _____
                                                                                            MATTHEW F. KENNELLY
                                                                                            United States District Judge

Date: March 29, 2019