**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:  TESTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |

| |
|---|
| *Elmer Jordan v. AbbVie Inc., et al.*, Case No. 1:15-cv-03346 |
| *James Reinsel v. Endo Pharmaceuticals Inc., et al.*, Case No. 1:16-cv-00089 |
| *Craig Howard v. AbbVie Inc., et al.*, Case No. 1:16-cv-01771 |
| *Everett Adams v. Auxilium Pharmaceuticals, LLC, et al.*, Case No. 1:15-cv-11404 |
| *Joseph Forestieri v. Auxilium Pharmaceuticals, LLC, et al.*, Case No. 1:14-cv-10327 |
| *Estate of William Holland, v. AbbVie Inc., et al.*, Case No. 1:18-cv-03241 |
| *Gary Nash v. Auxilium Pharmaceuticals, LLC, et al.*, Case No. 1:16-cv-00731 |
| *Mark Petersen v. AbbVie Inc., et al.*, Case No. 1:16-cv-04909 |
| *Ted Porter v. Endo Pharmaceuticals Inc.*, Case No. 1:17-cv-03840 |
| *Ralph Richey v. AbbVie Inc., et al.*, Case No. 1:16-cv-11620 |
| *Donald Smith v. Auxilium Pharmaceuticals, LLC, et al.*, Case No. 1:15-cv-01340 |
| *Stuart and Susan Wein v. AbbVie Inc., et al.*, Case No. 1:15-cv-05672 |
| *Danny Bagwell v. AbbVie Inc., et al.*, Case No. 1:15-cv-11860 |
| *Ronnie Franklin v. AbbVie Inc., et al.*, Case No. 1:15-cv-00769 |
| *Frank Miles v. Eli Lilly and Company, et al.*, Case No. 1:15-cv-08581 |

**DECLARATION OF DANIEL MEYERS IN SUPPORT OF
ENDO DEFENDANTS' MOTION FOR AN ORDER TO SHOW CAUSE WHY THE
CASE SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE
TO COMPLY WITH CASE MANAGEMENT ORDER NO. 126**

I, Daniel Meyers, hereby declare as follows:

1.      I am an attorney with Arnold & Porter Kaye Scholler LLP, counsel for defendants Auxilium Pharmaceuticals, LLC (f/k/a Auxilium Pharmaceuticals, Inc.), Endo Pharmaceuticals Inc., and GlaxoSmithKline LLC (collectively, the "Endo Defendants") in this Testosterone Replacement Therapy Products Liability Litigation (MDL NO. 2545).

2.      Despite being made aware of the September 11, 2018, claim form submission deadline on at least three separate occasions, and also being informed on October 25, 2018, that the submitted claims for the Endo Defendants were in eligibility review, to date none of the fifteen Plaintiffs on Exhibit A to the Endo Defendants' Motion For An Order To Show Cause Why The Case Should Not Be Dismissed With Prejudice For Failure To Comply With Case Management Order No. 126 have submitted a claim submission form to Special Master Ellis.

3.      To date, none of the fifteen Plaintiffs on Exhibit A to the Endo Defendants' Motion For An Order To Show Cause Why The Case Should Not Be Dismissed With Prejudice For Failure To Comply With Case Management Order No. 126  have produced the items required by CMO 126 paragraphs B.9. and B.10.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on the 12th day of April, 2019.

_____

Daniel Meyers

2