UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| **THIS DOCUMENT RELATES TO:** *Victor Miles v. Eli Lilly & Co., et al.* Civil Action No.: 1:15-cv-09003 | Master Docket Case No. 1:14-cv-01748  Honorable Matthew F. Kennelly |

**MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**

Plaintiff's Counsel, Samuel Wendt of Wendt Law Firm, P.C., move this Court for leave to withdraw as counsel for Plaintiff, Victor Miles. In support of this motion, movants state as follows:

1. Samuel Wendt of Wendt Law Firm, P.C. filed an appearance on behalf of the Plaintiff, Victor Miles.

2. Samuel Wendt of Wendt Law Firm, P.C. wishes to withdraw his appearance for the above-listed plaintiff. The reasons for the request to withdraw are stated in ***Exhibit A***, an affidavit which is being filed as a sealed document only to be viewed by the Court and not to be viewed by counsel. Pursuant to Seventh Circuit Operating Procedure 10(a), Samuel Wendt of Wendt Law Firm, P.C. requests this Honorable Court to Order ***Exhibit A*** be sealed

3. Attached to this motion is a Notification of Party Contact Information Form.

4. Samuel Wendt of Wendt Law Firm, P.C. is sending Notice of this motion to Plaintiff, Victor Miles, by U.S. Mail.

WHEREFORE, movants respectfully request that this Court enter an Order withdrawing the appearance of Samuel Wendt of the Wendt Law Firm, P.C. as counsel for the Plaintiff, Victor Miles.

Dated this 18th day of April, 2019.

Respectfully Submitted,

WENDT LAW FIRM, P.C.

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
Missouri Bar
1100 Main Street, Ste. 2610
Kansas City, MO 64105
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
sam@wendtlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Samuel M. Wendt, hereby certify that on April 18, 2019, the foregoing Motion to Withdraw as Plaintiff's Counsel was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

*/s/ Samuel M. Wendt*
Samuel M. Wendt