**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: TESTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Elmer Jordan v. AbbVie Inc., et al.*,<br>Case No. 1:15-cv-03346<br>*James Reinsel v. Endo Pharmaceuticals Inc., et al.*,<br>Case No. 1:16-cv-00089<br>*Craig Howard v. AbbVie Inc., et al.*,<br>Case No. 1:16-cv-01771<br>*Everett Adams v. Auxilium Pharmaceuticals, LLC, et al.*,<br>Case No. 1:15-cv-11404<br>*Estate of William Holland, v. AbbVie Inc., et al.*,<br>Case No. 1:18-cv-03241<br>*Gary Nash v. Auxilium Pharmaceuticals, LLC, et al.*,<br>Case No. 1:16-cv-00731<br>*Ted Porter v. Endo Pharmaceuticals Inc.*,<br>Case No. 17-cv-03840<br>*Donald Smith v. Auxilium Pharmaceuticals, LLC, et al.*,<br>Case No. 1:15-cv-01340<br>*Frank Miles v. Eli Lilly and Company, et al.*,<br>Case No. 1:15-cv-08581 | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |

**CASE MANAGEMENT ORDER NO. 150 -
ORDER TO SHOW CAUSE WHY THE CASE SHOULD
NOT BE DISMISSED WITH PREJUDICE FOR FAILURE
TO COMPLY WITH CASE MANAGEMENT ORDER NO. 126**

This matter is before the Court on the Endo Defendants' Motion For An Order To Show Cause Why The Case Should Not Be Dismissed With Prejudice For Failure To Comply With Case Management Order No. 126, filed April 12, 2019.

It is hereby ordered that counsel of record for each Plaintiff identified on Exhibit A below shall either file a stipulation dismissing the Endo Defendants with prejudice before May 7, 2019,

1

at 9:30 a.m. (twenty-one (21) days from this Order) or show cause in writing by no later than May 9, 2019 why this case should not be dismissed under CMO 12, paragraph B.11 for failure to comply with the CMO 126 obligations of paragraphs B.9. and B.10.

Plaintiffs' counsel are directed to immediately advise their clients in writing of this order and to verify their compliance in writing in the individual case docket.

Status report regarding whether something was filed by each plaintiff, as discussed in open court, is to be filed by counsel for Endo by May 16, 2019.

**IT IS SO ORDERED.**

Dated: 4/19/2019

_____
MATTHEW K. KENNELLY
UNITED STATES DISTRICT JUDGE

Exhibit A – Unsubmitted Claims

| | Current Docket Info | Date Filed | Plaintiff Last Name | Plaintiff First Name | Endo Defendants | Plaintiff's Counsel |
|---|---|---|---|---|---|---|
| 1. | Illinois, Northern District 1:15-cv-03346 | 4/27/2015 | Jordan | Elmer | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals Inc.; GlaxoSmithKline LLC | Simmons Hanly Conroy |
| 2. | Illinois, Northern District 1:16-cv-00089 | 1/5/2016 | Reinsel | James | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, Inc | Meyers & Flowers, LLC |
| 3. | Illinois, Northern District 1:16-cv-01771 | 1/29/2016 | Howard | Craig | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals Inc.; GlaxoSmithKline LLC | Baron & Budd, P.C. |
| 4. | Illinois, Northern District 1:15-cv-11404 | 12/17/2015 | Adams | Everett | Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline LLC | Meyers & Flowers LLC |
| 5. | Illinois, Northern District 1:18-cv-03241 | 5/7/2018 | Holland | Floria Greggs-Holand on behalf of the Estate of William Holland | Endo Pharmaceuticals Inc. | Bahe Cook Cantley & Nefzger PLC |
| 6. | Illinois, Northern District 1:16-cv-00731 | 1/18/2016 | Nash | Gary | Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline LLC | Meyers & Flowers LLC |
| 7. | Illinois, Northern District 1:17-cv-03840 | 5/23/2017 | Porter | Ted | Endo Pharmaceuticals Inc. | Bahe Cook Cantley & Nefzger PLC |

|   | Current Docket Info | Date Filed | Plaintiff Last Name | Plaintiff First Name | Endo Defendants | Plaintiff's Counsel |
|---|---|---|---|---|---|---|
| **8.** | Illinois, Northern District 1:15-cv-01340 | 1/23/2015 | Smith | Donald | Auxilium Pharmaceuticals, Inc. | Girardi Keese |
| **9.** | Illinois, Northern District 1:15-cv-08581 | 9/29/2015 | Miles | Frank | Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals Inc.; GlaxoSmithKline LLC | Baron & Budd, P.C. |