UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br>------------------------------------------------------<br>This Document Relates to:<br><br>*James Reinsel v. Endo Pharmaceuticals Inc., et al*<br>Case No. 1:16-cv-89<br><br>*Everett Adams v. Auxilium Pharmaceuticals LLC, et al*<br>Case No. 1:15-cv-11404<br><br>*Gary Nash v. Auxilium Pharmaceuticals LLC, et al*<br>Case No. 1:16-cv-731 | MDL No. 2545<br>Master Docket Case No. 1:14-cv-1748<br>Honorable Matthew F. Kennelly |

**PLAINTIFFS' COUNSEL'S RESPONSE TO ENDO DEFENDANTS' STATUS REPORT PURSUANT TO CORRECTED CMO 150**

Plaintiffs' counsel, by and through undersigned counsel, hereby submits this Response to Endo Defendants' Status Report Pursuant to Corrected CMO 150 regarding the three (3) above-referenced cases.

(1) **James Reinsel: 1:16-cv-89**

    a. On April 19, 2019, Plaintiff's counsel contacted Plaintiff's family in writing via mail as well as by e-mail regarding Defendant's Motion and Rule to Show Cause.

    b. On April 19, 2019, Plaintiff's counsel also attempted to reach primary contact Adam Reinsel by telephone and was unable to reach him. Plaintiff's counsel left a voicemail regarding the matter.

    c. On April 22, 2019, Plaintiff's counsel complied with the Court's April 19th order.

1

    d. As of the date of this Response, Plaintiff's counsel has not received a response to its outreach and therefore, is unable to take further action in the matter.

(2) **Everett Adams: 1:15-cv-11404**

    a. On April 19, 2019, Plaintiff's counsel contacted Plaintiff in writing via mail as well as by e-mail regarding Defendant's Motion and Rule to Show Cause.

    b. On or about April 19, 2019, Plaintiff's counsel also attempted to Plaintiff by telephone and was unable to reach him. Plaintiff's counsel left a voicemail regarding the matter.

    c. On April 22, 2019, Plaintiff's counsel complied with the Court's April 19th order.

    d. As of the date of this Response, Plaintiff's counsel has not received a response to its outreach and therefore, is unable to take further action in the matter.

(3) **Gary Nash: 1:16-cv-731**

    a. On April 19, 2019, Plaintiff's counsel contacted Plaintiff in writing via mail as well as by e-mail regarding Defendant's Motion and Rule to Show Cause.

    b. On or about April 19, 2019, Plaintiff's counsel also attempted to Plaintiff by telephone and was unable to reach him. Plaintiff's counsel left a voicemail regarding the matter.

    c. On April 22, 2019, Plaintiff's counsel complied with the Court's April 19th order.

    d. As of the date of this Response, Plaintiff's counsel has not received a response to its outreach and therefore, is unable to take further action in the matter.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order discharging Plaintiffs' counsel as the attorney of record in the above-referenced matters and for all other relief as the Court deems just and appropriate.

Dated: May 16, 2019  */s/Brian J. Perkins*
Brian J. Perkins
MEYERS & FLOWERS, LLC
3 N Second Street, Suite 300
St. Charles, IL 60174
(630) 232-6333
bjp@perkins.law