# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) ) |
| | MDL No. 2545 |
| | Honorable Matthew F. Kennelly |
| This document relates to: | ) ) ) |
| *Craig Howard v. AbbVie Inc., et al.* Case No. 1:16-cv-01771 | ) ) ) |
| *Frank Miles v. Eli Lilly and Company, et al.* Case No. 1:15-cv-08581 | ) ) ) |

## PLAINTIFFS' COUNSEL'S RESPONSE TO ENDO DEFENDANTS' STATUS REPORT PURSUANT TO CORRECTED CMO 150

Plaintiffs' counsel, by and through undersigned counsel, hereby submits this Response to Endo Defendants' Status Report Pursuant to Corrected CMO 150 regarding the two (2) above-referenced cases.

1. **Craig Howard: 1:16-cv-01771.**

   a. On December 19, 2018, Plaintiff's counsel contacted Plaintiff by phone and explained the reasons for the Notice of Ineligibility for settlement. At that time, Plaintiff did not consent to voluntary dismissal.

   b. On April 23, 2019, Plaintiff's counsel contacted Plaintiff in writing via mail and email regarding Defendant's Motion and Rule to Show Cause. Both messages were shown as delivered to Plaintiff by available tracking information.

   c. On April 24, 2019, Plaintiff's counsel complied with the Court's April 19th order.

    d. As of the date of this Response, Plaintiff's counsel has not received a response to its communication attempts and is therefore unable to take further action in this matter.

2. **Frank Miles: 1:15-cv-08581**

    a. On December 19, 2018, Plaintiff's counsel contacted Plaintiff by phone and explained the reasons for the Notice of Ineligibility for settlement. At that time, Plaintiff indicated that he would not consent to a voluntary dismissal.

    b. On April 24, 2019, Plaintiff's counsel contacted Plaintiff in writing via mail and email regarding Defendant's Motion and Rule to Show Cause. Both messages were confirmed as delivered to Plaintiff.

    c. On April 24, 2019, Plaintiff's counsel complied with the Court's April 19th order.

    d. As of the date of this Response, Plaintiff's counsel has not received a response to its communication attempts and is therefore unable to take further action in this matter.

Plaintiffs' counsel has not received a response from either Plaintiff, nor has Plaintiffs' counsel received authorization to voluntarily dismiss either of the above-referenced actions. At this time, counsel has no basis to oppose dismissal.

Dated: May 23, 2019     Respectfully submitted,

*/s/ Thomas M. Sims*
**BARON & BUDD, P.C.**
Thomas M. Sims, Esquire
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
Email: tsims@baronbudd.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certified that on May 23, 2019, I caused the foregoing document to be electronically filed with the Clerk of the court using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

*/s/ Thomas M. Sims*
Thomas M. Sims, Esq.