IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO: <br><br> *Keith Jackson v. Eli Lilly and Company, et al.*, Case No. 1:17-cv-03831 <br><br> *Robert Nungester v. Eli Lilly and Company, et al.*, Case No. 1:15-cv-10515 <br><br> *Bradley and Consolacion Yount v. Eli Lilly and Company, et al.*, Case No. 1:15-cv-03486 | |

**MOTION TO SEAL EXHIBIT A TO ELI LILLY DEFENDANTS' MOTION FOR AN ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH CMO 126**

Defendants, Eli Lilly and Company, Lilly USA, LLC, Acrux Commercial PTY LTD., and Acrux DDS PTY LTD. (collectively, the "Eli Lilly Defendants"), hereby move the Court to permanently seal the Declaration of Randi Ellis ("Ellis Decl."), attached as Exhibit A to their Motion For An Order To Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure To Comply With Case Management Order No. 126.

The confidential Master Settlement Agreement between Negotiating Plaintiff Counsel and Eli Lilly and Company ("MSA"), designated Randi Ellis to serve as Special Master. Pursuant to the terms of the MSA, Special Master Ellis implemented a process to determine which plaintiffs were eligible for a settlement payment and to make individual allocations. All parties and Special Master Ellis agreed that the claims evaluation and administration processes and procedures were to be kept confidential. The Ellis Decl. and documents attached thereto

contain information about the claims evaluation and administration processes, which are required to be kept confidential pursuant to the terms of the MSA. For this reason, the Eli Lilly Defendants have filed the Ellis Decl. under seal.

WHEREFORE, for the foregoing reasons, the Eli Lilly Defendants respectfully request that the Court grant the Motion and seal the Ellis declaration and supporting documents and show only the existence of the sealed document in the docket entry.

Dated: May 31, 2019                                                      Respectfully submitted,

*/s/ David E. Stanley*
David E. Stanley
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071

*Attorneys for Defendants Eli Lilly and Company, Lilly USA, LLC, Acrux Commercial PTY LTD. and Acrux DDS PTY LTD.*

**CERTIFICATE OF SERVICE**

        I, David E. Stanley, hereby certify that on May 31, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

        And I hereby certify that I will serve the foregoing document by U.S. mail to the following non-filing users:

    Bradley Yount and Consolacion Yount
    963 6th Street
    Marian, IA 52302

    */s/ David E. Stanley*