IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *Keith Jackson v. Eli Lilly and Company, et al.*, Case No. 1:17-cv-03831 <br><br> *Robert Nungester v. Eli Lilly and Company, et al.*, Case No. 1:15-cv-10515 <br><br> *Bradley and Consolacion Yount v. Eli Lilly and Company, et al.*, Case No. 1:15-cv-03486 | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |

**CASE MANAGEMENT ORDER NO. 154 - ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 126**

This matter is before the Court on the Eli Lilly Defendants' Motion For An Order To Show Cause Why The Case Should Not Be Dismissed With Prejudice For Failure To Comply With Case Management Order No. 126, filed June 3, 2019.

It is hereby ordered that each Plaintiff and/or their counsel of record identified in the above-captioned cases shall either file a stipulation dismissing the Eli Lilly Defendants with prejudice before July 10, 2019, at 9:30 a.m. (twenty-one (21) days from this Order) or show cause in writing by no later than July 9, 2019 why Plaintiff's case should not be dismissed under CMO 126, paragraph B.11 for failure to comply with the CMO 126 obligations of paragraphs B.9. and B.10.

Counsel of record for Plaintiffs Keith Jackson and Robert Nungester are directed to immediately advise their clients in writing of this order and to verify their compliance in writing in the individual case docket.

Counsel for Eli Lilly and Company is directed to immediately advise pro per Plaintiffs Bradley and Consolacion Yount of this order and to verify their compliance in writing in the individual case docket:

Status report regarding whether a response to this Order was filed by each plaintiff, as discussed in open court, is to be filed by counsel for Eli Lilly and Company by July 11, 2019.

DATED: 6/21/2019

By: _____
Hon. Matthew F. Kennelly
United States District Court Judge