# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01748<br><br>MDL No. 2545 |
| This document relates to all cases | |

### CASE MANAGEMENT ORDER NO. 155
### (Appointment of Certified Public Accountant to Manage Common Benefit Funds)

The Court hereby orders that Matt Jackson, a Certified Public Accountant and Chief Treasury Officer of ARCHER Systems, LLC, is appointed to serve as Escrow Agent over the TRT Fee Fund and the TRT Expense Fund (the "Funds") established pursuant to Amended Case Management Order 16, Dkt. No. 2902 (Oct. 26, 2018). Mr. Jackson is directed to keep detailed records of all deposits and withdrawals and to prepare tax returns and other tax filings in connection with the Funds. The hourly rate for Mr. Jackson shall be $125/hour; the hourly rate for his assistants shall be $25/hour. Mr. Jackson shall utilize his assistants where appropriate to control costs. Mr. Jackson is directed to submit quarterly detailed bills to the Court and to Plaintiffs' Liaison Counsel. Mr. Jackson's bills shall be paid from the TRT Expense Fund and shall be considered a shared cost. Plaintiffs' Liaison Counsel are directed to provide a copy of this Order to Mr. Jackson.

June 21, 2019

_____
MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE