IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| | Master Docket Case No. 1:14-cv-01748 |
| THIS DOCUMENT RELATES TO: | Honorable Matthew F. Kennelly |
| *Keith Jackson v. Eli Lilly and Company, et al.*, Case No. 1:17-cv-03831 | |
| *Robert Nungester v. Eli Lilly and Company, et al.*, Case No. 1:15-cv-10515 | |
| *Bradley and Consolacion Yount v. Eli Lilly and Company, et al.*, Case No. 1:15-cv-03486 | |

**ELI LILLY DEFENDANTS STATUS REPORT REGARDING PLAINTIFFS' COMPLIANCE WITH CASE MANAGEMENT ORDER NO. 154**

As directed by Case Management Order No. 154 ("CMO 154"), counsel for Defendants, Eli Lilly and Company, Lilly USA, LLC, Acrux Commercial PTY LTD., and Acrux DDS PTY LTD. (collectively, the "Eli Lilly Defendants"), hereby report that the Plaintiffs subject to CMO 154 (Keith Jackson, Robert Nungester, Bradley and Consolacion Yount) have NOT filed a stipulation dismissing the Eli Lilly Defendants with prejudice or shown cause in writing why their cases should not be dismissed under CMO 126, paragraph B.11 for failure to comply with the CMO 126 obligations of paragraphs B.9. and B.10.

The Eli Lilly Defendants respectfully submit that each of the above-captioned cases should be dismissed in their entirety with prejudice.

Dated:  July 10, 2019                    Respectfully submitted,

*/s/ David E. Stanley*

David E. Stanley

**REED SMITH LLP**

355 S. Grand Avenue, Suite 2900

Los Angeles, CA  90071

*Attorneys for Defendants Eli Lilly and Company,*
*Lilly USA, LLC, Acrux Commercial PTY LTD. and*
*Acrux DDS PTY LTD.*

**<u>CERTIFICATE OF SERVICE</u>**

I, David E. Stanley, hereby certify that on July 10, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

And I hereby certify that I will serve the foregoing document by U.S. mail to the following non-filing users:

Bradley Yount and Consolacion Yount
963 6th Street
Marian, IA 52302

*/s/ David E. Stanley*