# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# DIVISION

| | |
|---|---|
| In Re: Testosterone Replacement Therapy Products Liability Litigation<br><br>Plaintiff. | CASE NO. 1:14-cv-01748<br>MDL 2545<br><br>**JUDGE MATTHEW F. KENNELLY** |

## MOTION TO WITHDRAW APPEARANCE

PLEASE TAKE NOTICE that Sean P. Wajert of the law firm Shook, Hardy & Bacon L.L.P. hereby withdraws as an attorney of record in the above-captioned case. AbbVie, Inc. and Abbott Laboratories continue to be represented by other counsel in this litigation.

Dated: August 6, 2019

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Sean P. Wajert*
    Sean P. Wajert, PA Bar #41614
Two Commerce Square
2001 Market Street, Ste. 3000
Philadelphia, PA 19103
Phone: 215.278.2555
Fax: 215.575.3132
*Attorneys for Defendants*
*AbbVie, Inc. and Abbott Laboratories*

4813-2124-5343 v1

**CERTIFICATE OF SERVICE**

    I, Sean P. Wajert, hereby certify that on August 6, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                              */s/ Sean P. Wajert*
                                              Sean P. Wajert