IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL 2545<br><br>Master Docket Case No. 1:14-cv-01748 |
| This Document Relates to: | Honorable Matthew F. Kennelly |
| *Harold Allen, et al. v. Actavis, Inc., et al.*<br>Case No: 1:16-cv-01739 | **ACTAVIS DEFENDANTS STATUS REPORT REGARDING PLAINTIFFS' COMPLIANCE WITH CASE MANAGEMENT ORDER NO. 162** |
| *James Barber, et al. v. Actavis, Inc., et al.*<br>Case No: 1:16-cv-08934 | |
| *Robin Clarno v. AbbVie Inc., et al.*<br>Case No: 1:16-cv-06315 | |
| *David Allen Dahn v. Actavis, Inc., et al.*<br>Case No: 1:16-cv-01738 | |
| *Charles E. Dews, et al. v. Actavis Laboratories UT, Inc., et al.*<br>Case No: 1:16-cv-00905 | |
| *Earl Evans v. Actavis, Inc., et al.*<br>Case No: 1:16-cv-10006 | |
| *Cynthia Ford, et al. v. AbbVie Inc., et al.*<br>Case No: 1:14-cv-07343 | |
| *Jeffrey Frugia v. Actavis, Inc., et al.*<br>Case No: 1:15-cv-10083 | |
| *Patrick Greenlee v. Actavis, Inc., et al.*<br>Case No: 1:15-cv-10693 | |
| *James Hewell v. Actavis, Inc., et al.*<br>Case No: 1:15-cv-10467 | |
| *Paris Jordan, et al. v. AbbVie Inc., et al.*<br>Case No: 1:16-cv-01788 | |
| *David Kozak v. Pfizer Inc., et al.*<br>Case No: 1:14-cv-04548 | |

*Lester Larson v. Actavis, Inc., et al.*
Case No: 1:16-cv-09049

*Brian Lee v. AbbVie Inc., et al.*
Case No: 1:16-cv-01579

*Richard Martens v. AbbVie Inc., et al.*
Case No: 1:16-cv-05050

*Carrie Martino, et al. v. Actavis, Inc., et al.*
Case No: 1:16-cv-05538

*Steven Matteson v. AbbVie Inc., et al.*
Case No: 1:16-cv-01680

*James F. Miller v. Pfizer, Inc., et al.*
Case No: 1:15-cv-07233

*Donald Pagliaro v. AbbVie Inc., et al.*
Case No: 1:17-cv-00765

*Roosevelt S. Priester, et al. v. Actavis, Inc., et al.*
Case No: 1:14-cv-09657

*Richard Roberts v. Abbott Laboratories, Inc.*
Case No: 1:14-cv-03910

*Reynaldo Rodriguez, et al. v. AbbVie, Inc., et al.*
Case No: 1:16-cv-06919

*Michael L. Roman, et al. v. AbbVie Inc., et al.*
Case No. 1:16-cv-01799

*Queen E. Smith, et al. v. Actavis, Inc., et al.*
Case No: 1:18-cv-00026

*Aldo Sordi v. Actavis, Inc., et al.*
Case No: 1:16-cv-01602

*Brian Standly v. AbbVie Inc., et al.*
Case No: 1:16-cv-01443

*Garry Tarvin v. Actavis, Inc., et al.*
Case No: 1:18-cv-02326

As directed by the Court in Case Management Order No. 162 ("CMO 162"), counsel for the Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., and Anda, Inc. (hereinafter "Actavis Defendants"), hereby files this Status Report and provides the Court the following updates with respect to each case subject to the show cause order entered pursuant to CMO 162:

**I.    CASES DISMISSED WITH PREJUDICE**

Plaintiffs in the following cases have filed stipulations of dismissal of the appropriate Actavis Defendants with prejudice in accordance with the directives of CMO 162:

| |
|---|
| *Charles E. Dews, et al. v. Actavis Laboratories UT, Inc., et al.,* Case No: 1:16-cv-00905 |
| *James Hewell v. Actavis, Inc., et al.,* Case No: 1:15-cv-10467 |
| *David Kozak v. Pfizer Inc., et al.,* Case No: 1:14-cv-04548 |
| *Richard Martens v. AbbVie Inc., et al.,* Case No: 1:16-cv-05050 |
| *Queen E. Smith, et al. v. Actavis, Inc., et al.,* Case No: 1:18-cv-00026 |
| *Aldo Sordi v. Actavis, Inc., et al.,* Case No: 1:16-cv-01602 |
| *Brian Standly v. AbbVie Inc., et al.,* Case No: 1:16-cv-01443 |
| *Garry Tarvin v. Actavis, Inc., et al.,* Case No: 1:18-cv-02326 |

**II.   CASES IN WHICH NO SHOWING OF CAUSE FOR FAILURE TO COMPLY WITH CMO 144 and CMO 152 HAS BEEN FILED**

As of November 11, 2019, none of the Plaintiffs subject to CMO 162 have filed a showing of cause in writing as to why their case should not be dismissed pursuant to CMO 144, paragraph B.11, for failure to comply with the CMO 144 obligations of paragraphs B.9 and B.10 by the deadline set forth in CMO 152. The following are the cases subject to CMO 162 that remain pending against one or more Actavis Defendants and in which no showing of cause has been filed:

| |
|---|
| *Harold Allen, et al. v. Actavis, Inc., et al.,* Case No: 1:16-cv-01739 |
| *Robin Clarno v. AbbVie Inc., et al.,* Case No: 1:16-cv-06315 |
| *David Allen Dahn v. Actavis, Inc., et al.,* Case No: 1:16-cv-01738 |
| *Cynthia Ford, et al. v. AbbVie Inc., et al.,* Case No: 1:14-cv-07343 |
| *Paris Jordan, et al. v. AbbVie Inc., et al.,* Case No: 1:16-cv-01788 |
| *Carrie Martino, et al. v. Actavis, Inc., et al.,* Case No: 1:16-cv-05538 |
| *Donald Pagliaro v. AbbVie Inc., et al.,* Case No: 1:17-cv-00765 |
| *Roosevelt S. Priester, et al. v. Actavis, Inc., et al.,* Case No: 1:14-cv-09657 |
| *Michael L. Roman, et al. v. AbbVie Inc., et al.,* Case No. 1:16-cv-01799 |

Plaintiffs' counsel in the *Barber, Evans, Frugia, Greenlee, Larson, Lee, Matteson, Miller, Roberts,* and *Rodriguez* have filed a Notice of Compliance with CMO 162 in the individual case docket, affirming that their clients have been advised in writing of CMO 162, as directed by the Court. A Notice of Compliance with CMO 162 has not been filed in the *Allen, Clarno, Dahn, Ford, Jordan, Martino, Pagliaro, Priester,* and *Roman* cases.

Respectfully submitted,

/s/ *Jeffrey D. Geoppinger*
Jeffrey D. Geoppinger
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
(513) 698-5000
(513) 698-5001 FAX
jgeoppinger@ulmer.com

**Counsel for Actavis Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., and Anda, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *Jeffrey D. Geoppinger*