# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: TESTOSTERONE ) | |
| REPLACEMENT THERAPY ) | Case No. 1:14-cv-01748 |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2545 |
| ) | |
| This Document Relates To: ) | |
| *Cases Identified on Exhibit A* ) | |
| ) | |

**CASE MANAGEMENT ORDER NO. 168**
(Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure
to Comply with Case Management Order Nos. 126, 143 and 152)

This matter is before the Court on the AbbVie Defendants' Motion For An Order To Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure To Comply With Case Management Orders No. 126, 144 and 152, filed February 12, 2020.

It is hereby ordered that each Plaintiff and/or their counsel of record identified on the Exhibit A shall either file a stipulation dismissing the AbbVie Defendants with prejudice on or before March 9, 2020 or show cause in writing by no later than March 9, 2020 why Plaintiff's case should not be dismissed under CMO 126, paragraph B.11, made applicable to AbbVie Defendants via CMO 143, for failure to comply with the CMO 126 obligations of paragraphs B.9. and B.10 by the deadline set forth in CMO 152.

Counsel of record for each Plaintiff is directed to immediately advise their clients in writing of this order and to verify their compliance in writing in the individual case docket.

Status report regarding whether a response to this Order was filed by each plaintiff is to be filed by counsel for AbbVie Defendants by March 16, 2020.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: February 13, 2020

# EXHIBIT A

| Case Caption | Current Case No | Date Filed | Law Firm |
|---|---|---|---|
| Fowler, Gregory T. v. AbbVie Inc. et al. | 15-cv-03278 | 04/14/2015 | Allen & Nolte, PLLC |
| Hamby, William G. v. AbbVie Inc. et al. | 15-cv-03401 | 04/17/2015 | Allen & Nolte, PLLC |
| Reagan, Charles v. AbbVie Inc. et al. | 16-cv-01597 | 01/29/2016 | Allen & Nolte, PLLC |
| Hoholek, Cheryl v. AbbVie Inc. et al. | 15-cv-01183 | 10/08/2014 | Alvarez Law Office, P.C. |
| Gorss, Glenn v. AbbVie Inc. et al. | 17-cv-03826 | 05/23/2017 | Bahe Cook Cantley & Nefzger |
| Chavis, Philip v. AbbVie Inc. et al. | 16-cv-01421 | 01/28/2016 | Baron & Budd, P.C. |
| Howard, Craig v. AbbVie Inc. et al. | 16-cv-01771 | 01/29/2016 | Baron & Budd, P.C. |
| Hughett, Mark v. AbbVie Inc. et al. | 16-cv-01594 | 01/29/2016 | Baron & Budd, P.C. |
| Koval, Nancy v. AbbVie Inc. et al. | 15-cv-00616 | 01/22/2015 | Baron & Budd, P.C. |
| Martin, John v. AbbVie Inc. et al. | 18-cv-00821 | 01/31/2018 | Baron & Budd, P.C. |
| McBroom, Robert v. AbbVie Inc. et al. | 16-cv-01251 | 01/27/2016 | Baron & Budd, P.C. |
| Paez, Eduardo v. AbbVie Inc. et al. | 15-cv-05635 | 06/25/2015 | Baron & Budd, P.C. |
| Priore, Richard Sr. v. AbbVie Inc. et al. | 17-cv-00731 | 01/30/2017 | Baron & Budd, P.C. |
| Reed, William v. AbbVie Inc. et al. | 16-cv-04772 | 04/29/2016 | Baron & Budd, P.C. |
| Roberts, Richard v. AbbVie Inc. et al. | 14-cv-03910 | 05/28/2014 | Baron & Budd, P.C. |
| Torres, Antonio v. AbbVie Inc. et al. | 15-cv-10474 | 11/20/2015 | Baron & Budd, P.C. |
| Tripp, John v. AbbVie Inc. et al. | 16-cv-01242 | 01/27/2016 | Baron & Budd, P.C. |
| Canion, Thomas v. AbbVie Inc. et al. | 15-cv-06448 | 07/23/2015 | Beasley Allen |
| Jackson, Michael T. v. AbbVie Inc. et al. | 15-cv-07074 | 08/12/2015 | Beasley Allen |
| Adams, Brenda J. v. AbbVie Inc. et al. | 16-cv-00902 | 01/21/2016 | Brent Coon & Associates |
| Francis, Robert A. v. AbbVie Inc. et al. | 16-cv-01441 | 01/28/2016 | Brent Coon & Associates |
| Littlejohn, Carl W. v. AbbVie Inc. et al. | 16-cv-01325 | 01/27/2016 | Brent Coon & Associates |
| Perez, Juan B. v. AbbVie Inc. et al. | 16-cv-01682 | 01/29/2016 | Brent Coon & Associates |
| Shinn, Billy R. v. AbbVie Inc. et al. | 16-cv-01686 | 01/29/2016 | Brent Coon & Associates |
| Smith, Michael P. v. AbbVie Inc. et al. | 16-cv-01691 | 01/29/2016 | Brent Coon & Associates |

| Case Caption | Current Case No | Date Filed | Law Firm |
|---|---|---|---|
| Syracuse, Karon v. AbbVie Inc. et al. | 16-cv-01447 | 01/28/2016 | Brent Coon & Associates |
| Tellez, Daniel Louis v. AbbVie Inc. et al. | 16-cv-01450 | 01/28/2016 | Brent Coon & Associates |
| Vaughan, Joe E. v. AbbVie Inc. et al. | 16-cv-01694 | 01/29/2016 | Brent Coon & Associates |
| Walter, Robert B. v. AbbVie Inc. et al. | 16-cv-01697 | 01/29/2016 | Brent Coon & Associates |
| Williams, Martie v. AbbVie Inc. et al. | 16-cv-01701 | 01/29/2016 | Brent Coon & Associates |
| Banks, Michael v. AbbVie Inc. et al. | 15-cv-10769 | 12/01/2015 | Brown & Crouppen |
| Jackson, Donald v. AbbVie Inc. et al. | 15-cv-10998 | 12/08/2015 | Brown & Crouppen |
| Leahey, Timothy v. AbbVie Inc. et al. | 15-cv-10987 | 12/08/2015 | Brown & Crouppen |
| Tompkins, Ormayne v. AbbVie Inc. et al. | 16-cv-05621 | 09/16/2015 | Brown & Crouppen |
| Aaron, Damon v. AbbVie Inc. et al. | 16-cv-01189 | 01/26/2016 | Bruera Law Firm, PLLC |
| Jillson, Willard v. AbbVie Inc. et al. | 15-cv-02069 | 05/10/2018 | Burke Harvey, LLC |
| Johnson, Bonnie v. AbbVie Inc. et al. | 14-cv-10136 | 12/18/2014 | Cohen & Malad, LLP |
| Kinkead, Kelly v. AbbVie Inc. et al. | 14-cv-07353 | 09/22/2014 | Cohen & Malad, LLP |
| Mask, Charles v. AbbVie Inc. et al. | 14-cv-08478 | 10/28/2014 | Cohen & Malad, LLP |
| Newsome, Toney v. AbbVie Inc. et al. | 14-cv-08517 | 10/29/2014 | Cohen & Malad, LLP |
| Royster, Catherine v. AbbVie Inc. et al. | 16-cv-07239 | 07/14/2016 | Cohen & Malad, LLP |
| Stone, Mark v. AbbVie Inc. et al. | 14-cv-08367 | 10/24/2014 | Cohen & Malad, LLP |
| Harris, Nathaniel v. AbbVie Inc. et al. | 16-cv-07350 | 07/19/2016 | Davis & Crump, P.C. |
| Hoobler, Robert v. AbbVie Inc. et al. | 17-cv-01397 | 02/23/2017 | Davis & Crump, P.C. |
| Kirouac, Glenn v. AbbVie Inc. et al. | 16-cv-09614 | 10/10/2016 | Davis & Crump, P.C. |
| Randle, Lindsey v. AbbVie Inc. et al. | 17-cv-01875 | 03/09/2017 | Davis & Crump, P.C. |
| Wright, Ray v. AbbVie Inc. et al. | 16-cv-04478 | 04/20/2016 | Davis & Crump, P.C. |
| Moskowitz, Marc R. v. AbbVie Inc. et al. | 15-cv-07956 | 08/28/2015 | Dell & Dean, PLLC |
| Lapenotiere, Arthur J. v. AbbVie Inc. et al. | 16-cv-01834 | 02/05/2016 | Discepolo LLP |
| Beckett, Johnny v. AbbVie Inc. et al. | 17-cv-01749 | 03/03/2017 | Douglas & London, P.C. |
| Davis, Paul v. AbbVie Inc. et al. | 17-cv-00655 | 01/27/2017 | Douglas & London, P.C. |
| Freeman, Michael v. AbbVie Inc. et al. | 16-cv-04342 | 04/15/2016 | Douglas & London, P.C. |

| Case Caption | Current Case No | Date Filed | Law Firm |
|---|---|---|---|
| Garcia, Roberto v. AbbVie Inc. et al. | 15-cv-10335 | 11/16/2015 | Douglas & London, P.C. |
| Line, Steven v. AbbVie Inc. et al. | 15-cv-11759 | 12/29/2015 | Douglas & London, P.C. |
| Menegon, Linn v. AbbVie Inc. et al. | 16-cv-10367 | 11/04/2016 | Douglas & London, P.C. |
| Potter, Clarance v. AbbVie Inc. et al. | 17-cv-03178 | 04/27/2017 | Douglas & London, P.C. |
| Quick, Scott v. AbbVie Inc. et al. | 17-cv-05064 | 07/07/2017 | Douglas & London, P.C. |
| Rogers, William v. AbbVie Inc. et al. | 15-cv-00273 | 01/13/2015 | Douglas & London, P.C. |
| Saar, Gary v. AbbVie Inc. et al. | 18-cv-06843 | 10/11/2018 | Douglas & London, P.C. |
| Lawfield, Derek v. AbbVie Inc. et al. | 15-cv-10531 | 11/11/2015 | Dowd & Dowd, P.C. |
| Martin, Edward v. AbbVie Inc. et al. | 15-cv-04567 | 05/23/2015 | Fears Nachawati PLLC |
| Piccolo, Janet v. AbbVie Inc. et al. | 15-cv-04570 | 05/23/2015 | Fears Nachawati PLLC |
| Woods, Tony v. AbbVie Inc. et al. | 15-cv-04690 | 05/27/2015 | Fears Nachawati PLLC |
| Zizzo, Dominick Patrick v. AbbVie Inc. et al. | 16-cv-07335 | 07/19/2016 | Ferrer, Poirot & Wansbrough |
| Milkovich, John v. AbbVie Inc. et al. | 15-cv-00931 | 01/29/2015 | Finkelstein & Partners, LLP |
| Nolte, Robert v. AbbVie Inc. et al. | 14-cv-08135 | 10/17/2014 | Goldberg & Osborne LLP |
| Mangipano, Santo v. AbbVie Inc. et al. | 15-cv-00665 | 01/22/2015 | GoldenbergLaw, PLLC |
| Betts, Ragan v. AbbVie Inc. et al. | 16-cv-00582 | 01/15/2016 | Gori Julian & Associates, P.C. |
| Brodersen, Ross v. AbbVie Inc. et al. | 16-cv-00585 | 01/15/2016 | Gori Julian & Associates, P.C. |
| Coyle, Christopher v. AbbVie Inc. et al. | 15-cv-08564 | 09/29/2015 | Gori Julian & Associates, P.C. |
| Grove, John v. AbbVie Inc. et al. | 15-cv-08552 | 09/28/2015 | Gori Julian & Associates, P.C. |
| Henry, Robert B. v. AbbVie Inc. et al. | 16-cv-00614 | 01/15/2016 | Gori Julian & Associates, P.C. |
| Hobbs, Freddie v. AbbVie Inc. et al. | 15-cv-00872 | 01/28/2015 | Gori Julian & Associates, P.C. |
| Kinnett, Diane v. AbbVie Inc. et al. | 15-cv-08566 | 09/29/2015 | Gori Julian & Associates, P.C. |
| Patton, Larry B. v. AbbVie Inc. et al. | 15-cv-04418 | 05/19/2015 | Gori Julian & Associates, P.C. |
| Rose, Vernon v. AbbVie Inc. et al. | 15-cv-00864 | 01/28/2015 | Gori Julian & Associates, P.C. |
| Bergman, Jessica v. AbbVie Inc. et al. | 16-cv-00575 | 01/15/2016 | Gori Julian & Associates, P.C. |
| Mills, Karen v. AbbVie Inc. et al. | 15-cv-03308 | 04/14/2015 | Goza & Honnold LLC |
| Robinson, Dwayne v. AbbVie Inc. et al. | 15-cv-02585 | 03/26/2015 | Goza & Honnold LLC |

| Case Caption | Current Case No | Date Filed | Law Firm |
|---|---|---|---|
| Cozart, Spencer v. AbbVie Inc. et al. | 16-cv-00478 | 01/14/2016 | Gray and White |
| Gibson, Paul Jr. v. AbbVie Inc. et al. | 15-cv-10945 | 12/07/2015 | Gray and White |
| Harris, Ola v. AbbVie Inc. et al. | 16-cv-00479 | 01/14/2016 | Gray and White |
| Keathley, Billy v. AbbVie Inc. et al. | 16-cv-00480 | 01/14/2016 | Gray and White |
| Scovil, Stephen L. v. AbbVie Inc. et al. | 15-cv-02362 | 03/18/2015 | Heninger Garrison Davis, LLC |
| Walls, Tony v. AbbVie Inc. et al. | 14-cv-09962 | 12/12/2014 | Heninger Garrison Davis, LLC |
| Welch, Gregory v. AbbVie Inc. et al. | 15-cv-07329 | 08/20/2015 | Heninger Garrison Davis, LLC |
| Faubion, Robert v. AbbVie Inc. et al. | 15-cv-00795 | 01/27/2015 | Herman, Herman & Katz, LLC. |
| Pauling, William v. AbbVie Inc. et al. | 17-cv-00684 | 01/27/2017 | Herman, Herman & Katz, LLC. |
| Tribken, Craig L. v. AbbVie Inc. et al. | 16-cv-01244 | 01/27/2016 | Herman, Herman & Katz, LLC. |
| Abadom, Gilbert v. AbbVie Inc. et al. | 15-cv-04101 | 05/08/2015 | Hovde Dassow & Deets, LLC |
| Anderson, Irvin v. AbbVie Inc. et al. | 14-cv-08865 | 11/06/2014 | Hovde Dassow & Deets, LLC |
| Brown, Willard v. AbbVie Inc. et al. | 16-cv-05434 | 05/20/2016 | Hovde Dassow & Deets, LLC |
| Font, James v. AbbVie Inc. et al. | 17-cv-01074 | 02/09/2017 | Hovde Dassow & Deets, LLC |
| Grant, Channing v. AbbVie Inc. et al. | 17-cv-02611 | 04/05/2017 | Hovde Dassow & Deets, LLC |
| Kennedy, Andrew D. v. AbbVie Inc. et al. | 15-cv-08176 | 09/17/2015 | Hovde Dassow & Deets, LLC |
| McVey, Sandy v. AbbVie Inc. et al. | 15-cv-03860 | 05/01/2015 | Hovde Dassow & Deets, LLC |
| Reynolds, Eugene v. AbbVie Inc. et al. | 17-cv-00901 | 02/03/2017 | Hovde Dassow & Deets, LLC |
| Tuttle, James v. AbbVie Inc. et al. | 15-cv-02504 | 03/24/2015 | Hovde Dassow & Deets, LLC |
| Cain, Kim L. v. AbbVie Inc. et al. | 16-cv-01328 | 01/27/2016 | Jensen & Steffey |
| Shackelford, Michael v. AbbVie Inc. et al. | 16-cv-00750 | 01/19/2016 | Jensen & Steffey |
| Shelton, Craig C. v. AbbVie Inc. et al. | 16-cv-01343 | 01/27/2016 | Jensen & Steffey |
| Warfield, Lawrence v. AbbVie Inc. et al. | 16-cv-00552 | 01/14/2016 | Jensen & Steffey |
| Edgeworth, Joseph N. v. AbbVie Inc. et al. | 16-cv-08744 | 09/08/2016 | Johnson Becker PLLC |
| Knight, Joseph M. v. AbbVie Inc. et al. | 15-cv-10528 | 11/23/2015 | Johnson Becker PLLC |
| Randolph, Vernon L. v. AbbVie Inc. et al. | 16-cv-07699 | 08/01/2016 | Johnson Becker PLLC |
| Schreiner, James v. AbbVie Inc. et al. | 16-cv-05934 | 06/07/2016 | Johnson Becker PLLC |

| Case Caption | Current Case No | Date Filed | Law Firm |
|---|---|---|---|
| Suciu, Robert M v. AbbVie Inc. et al. | 16-cv-06229 | 06/15/2016 | Johnson Becker PLLC |
| Ware, Dwayne C. v. AbbVie Inc. et al. | 16-cv-06873 | 06/30/2016 | Johnson Becker PLLC |
| Zmich, Michael R. v. AbbVie Inc. et al. | 16-cv-02417 | 02/19/2016 | Johnson Becker PLLC |
| Eskridge, Troy v. AbbVie Inc. et al. | 17-cv-05812 | 08/10/2017 | Jones Ward PLC |
| Levy, Marc v. AbbVie Inc. et al. | 14-cv-10124 | 12/17/2014 | Jones Ward PLC |
| Tillman, William v. AbbVie Inc. et al. | 16-cv-00706 | 01/18/2016 | Jones Ward PLC |
| Werblo, John N. v. AbbVie Inc. et al. | 15-cv-03559 | 04/23/2015 | Jones Ward PLC |
| Million, James v. AbbVie Inc. et al. | 17-cv-01188 | 02/02/2017 | JP Gorham Attorney At Law, LLC |
| Alama, Martin v. AbbVie Inc. et al. | 15-cv-11558 | 12/22/2015 | Kabateck Brown Kellner, LLP |
| Horton, Ed v. AbbVie Inc. et al. | 17-cv-07113 | 10/02/2017 | Kabateck Brown Kellner, LLP |
| Muchoki, Charles v. AbbVie Inc. et al. | 16-cv-10276 | 11/01/2016 | Kabateck Brown Kellner, LLP |
| Niederman, Alfred v. AbbVie Inc. et al. | 15-cv-11572 | 12/22/2015 | Kabateck Brown Kellner, LLP |
| Proutt, Hubert v. AbbVie Inc. et al. | 16-cv-04726 | 04/27/2016 | Kabateck Brown Kellner, LLP |
| Page, Charles v. AbbVie Inc. et al. | 14-cv-09527 | 11/26/2014 | Lanier Law Firm |
| Root, Mark v. AbbVie Inc. et al. | 16-cv-03701 | 10/14/2015 | Lanier Law Firm |
| King, John v. AbbVie Inc. et al. | 16-cv-03194 | 11/06/2015 | Law Office of Baird Brown |
| Lewis, Michael v. AbbVie Inc. et al. | 18-cv-07831 | 11/27/2018 | Law Office of Baird Brown |
| McNeely, Woodrow v. AbbVie Inc. et al. | 18-cv-07931 | 11/30/2018 | Law Office of Baird Brown |
| Rice, Robert v. AbbVie Inc. et al. | 18-cv-08106 | 12/10/2018 | Law Office of Baird Brown |
| Sizemore, John v. AbbVie Inc. et al. | 18-cv-08088 | 12/10/2018 | Law Office of Baird Brown |
| Stuckwish, Richard v. AbbVie Inc. et al. | 18-cv-07929 | 11/30/2018 | Law Office of Baird Brown |
| Weaver, Anthony v. AbbVie Inc. et al. | 19-cv-01905 | 03/19/2019 | Law Office of Baird Brown |
| Braswell, James H. v. AbbVie Inc. et al. | 15-cv-08304 | 09/22/2015 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor |
| Buffkin, Stephen v. AbbVie Inc. et al. | 14-cv-08221 | 10/21/2014 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor |
| Chapman, Stephen v. AbbVie Inc. et al. | 18-cv-06360 | 09/18/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor |
| Charles, Tim v. AbbVie Inc. et al. | 16-cv-03042 | 03/11/2016 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor |
| Dane, Joseph v. AbbVie Inc. et al. | 14-cv-05323 | 07/14/2014 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor |

| Case Caption | Current Case No | Date Filed | Law Firm |
|---|---|---|---|
| Brown-Hansen, Cynthia v. AbbVie Inc. et al. | 15-cv-04647 | 05/27/2015 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor |
| Harmon, William v. AbbVie Inc. et al. | 16-cv-04435 | 04/19/2016 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor |
| Rose, Bobby v. AbbVie Inc. et al. | 16-cv-05571 | 05/25/2016 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor |
| Sauter, George v. AbbVie Inc. et al. | 15-cv-00402 | 01/15/2015 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor |
| Sayers, Danny v. AbbVie Inc. et al. | 16-cv-03045 | 03/11/2016 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor |
| Texidor, Casareo v. AbbVie Inc. et al. | 16-cv-04940 | 05/04/2016 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor |
| Whitting, Albert E. v. AbbVie Inc. et al. | 16-cv-11365 | 12/14/2016 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor |
| Ferrell, Doris v. AbbVie Inc. et al. | 16-cv-08528 | 08/31/2016 | Lopez McHugh, LLP |
| Harris, Clay v. AbbVie Inc. et al. | 15-cv-10033 | 11/05/2015 | Lopez McHugh, LLP |
| Konkler, Michael v. AbbVie Inc. et al. | 18-cv-00682 | 01/30/2018 | Lopez McHugh, LLP |
| Kramer, Joseph v. AbbVie Inc. et al. | 16-cv-10169 | 10/28/2016 | Lopez McHugh, LLP |
| Miller, Carl v. AbbVie Inc. et al. | 16-cv-11708 | 12/29/2016 | Lopez McHugh, LLP |
| Smith, John M. v. AbbVie Inc. et al. | 16-cv-10350 | 11/04/2016 | Lopez McHugh, LLP |
| Wood, Lewis v. AbbVie Inc. et al. | 15-cv-07971 | 09/10/2015 | Lopez McHugh, LLP |
| Wortham, Bobby J. v. AbbVie Inc. et al. | 15-cv-01661 | 02/24/2015 | Lopez McHugh, LLP |
| Cardona, John Dominick v. AbbVie Inc. et al. | 18-cv-06226 | 09/12/2018 | Maher Law Firm |
| Gasbarra, Charlie v. AbbVie Inc. et al. | 16-cv-01043 | 01/25/2016 | Matthews & Associates |
| Keyt, James W. v. AbbVie Inc. et al. | 16-cv-01344 | 01/27/2016 | Matthews & Associates |
| Larson, Kerry v. AbbVie Inc. et al. | 16-cv-01235 | 01/27/2016 | Matthews & Associates |
| Morrall, Frank T. v. AbbVie Inc. et al. | 17-cv-04572 | 06/19/2017 | Matthews & Associates |
| Seawell, John v. AbbVie Inc. et al. | 15-cv-02483 | 03/23/2015 | Matthews & Associates |
| Smith, Wendell v. AbbVie Inc. et al. | 16-cv-00914 | 01/21/2016 | Matthews & Associates |
| Thompson, Vickie v. AbbVie Inc. et al. | 15-cv-04095 | 05/08/2015 | Matthews & Associates |
| Vanaman, Barry v. AbbVie Inc. et al. | 16-cv-01722 | 01/29/2016 | Matthews & Associates |
| Brunson, Kindred v. AbbVie Inc. et al. | 16-cv-00780 | 01/19/2016 | Meyers & Flowers, LLC |
| Farrar, Herbert v. AbbVie Inc. et al. | 16-cv-07369 | 07/19/2016 | Meyers & Flowers, LLC |
| Goodman, Clifford v. AbbVie Inc. et al. | 16-cv-00117 | 01/06/2016 | Meyers & Flowers, LLC |

| Case Caption | Current Case No | Date Filed | Law Firm |
|---|---|---|---|
| Allen, Scott J. v. AbbVie Inc. et al. | 18-cv-04075 | 06/12/2018 | Morgan & Morgan, PA |
| Culverhouse, Ruby v. AbbVie Inc. et al. | 15-cv-10126 | 11/06/2015 | Morgan & Morgan, PA |
| Espy, Robert v. AbbVie Inc. et al. | 18-cv-02355 | 04/02/2018 | Morgan & Morgan, PA |
| Gibson, Jeff v. AbbVie Inc. et al. | 17-cv-06880 | 09/25/2017 | Morgan & Morgan, PA |
| Miller, Larry V. v. AbbVie Inc. et al. | 18-cv-02451 | 04/05/2018 | Morgan & Morgan, PA |
| Ogburia, Sylvanus v. AbbVie Inc. et al. | 16-cv-01993 | 02/05/2016 | Morgan & Morgan, PA |
| Stewart, Michael v. AbbVie Inc. et al. | 16-cv-01873 | 02/02/2016 | Morgan & Morgan, PA |
| Brewer, Gertrude v. AbbVie Inc. et al. | 16-cv-03076 | 03/11/2016 | Mulligan Law Firm |
| Cruickshank, Shirley v. AbbVie Inc. et al. | 17-cv-00971 | 02/06/2017 | Napoli Shkolnik PLLC |
| Manning, Pamela v. AbbVie Inc. et al. | 15-cv-10290 | 10/30/2015 | NastLaw LLC |
| Davidson, Anthony v. AbbVie Inc. et al. | 16-cv-02541 | 02/24/2016 | Niemeyer, Grebel & Kruse |
| Ericsson, John v. AbbVie Inc. et al. | 16-cv-05622 | 09/16/2015 | Niemeyer, Grebel & Kruse |
| Oosting, Jan v. AbbVie Inc. et al. | 16-cv-06389 | 06/21/2016 | Niemeyer, Grebel & Kruse |
| Pulliam, James v. AbbVie Inc. et al. | 16-cv-05619 | 08/03/2015 | Niemeyer, Grebel & Kruse |
| Weathersby, II Cassius v. AbbVie Inc. et al. | 15-cv-03687 | 04/27/2015 | Niemeyer, Grebel & Kruse |
| Breeding, Bradley v. AbbVie Inc. et al. | 15-cv-00910 | 01/29/2015 | O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin LLC |
| Faircloth, Sarah v. AbbVie Inc. et al. | 16-cv-08367 | 08/26/2016 | O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin LLC |
| Harris, Duane v. AbbVie Inc. et al. | 17-cv-04766 | 06/26/2017 | O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin LLC |
| Harte, Patrick v. AbbVie Inc. et al. | 16-cv-03946 | 04/01/2016 | O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin LLC |
| Herczeg, Leslie v. AbbVie Inc. et al. | 15-cv-00926 | 01/29/2015 | O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin LLC |
| Miller, Gina v. AbbVie Inc. et al. | 17-cv-02365 | 03/28/2017 | O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin LLC |
| Mook, Gordon v. AbbVie Inc. et al. | 16-cv-05831 | 06/03/2016 | O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin LLC |
| Silva, Louis Jr. v. AbbVie Inc. et al. | 17-cv-03172 | 04/27/2017 | O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin LLC |
| Velazquez, Phillip v. AbbVie Inc. et al. | 15-cv-04242 | 05/13/2015 | O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin LLC |
| Washington, Carl v. AbbVie Inc. et al. | 14-cv-08928 | 10/27/2014 | Oliver Law Group PC |
| Boyd, Pretty Sr. v. AbbVie Inc. et al. | 15-cv-10062 | 11/05/2015 | Padberg, Corrigan & Appelbaum |
| Goodyke, Alan v. AbbVie Inc. et al. | 15-cv-10059 | 11/05/2015 | Padberg, Corrigan & Appelbaum |

| Case Caption | Current Case No | Date Filed | Law Firm |
|---|---|---|---|
| Joyner, Tommy v. AbbVie Inc. et al. | 15-cv-10066 | 11/05/2015 | Padberg, Corrigan & Appelbaum |
| Montgomery, Craig v. AbbVie Inc. et al. | 15-cv-10081 | 11/05/2015 | Padberg, Corrigan & Appelbaum |
| Rose, Barry v. AbbVie Inc. et al. | 16-cv-11641 | 12/28/2016 | Padberg, Corrigan & Appelbaum |
| Roy, John v. AbbVie Inc. et al. | 16-cv-11643 | 12/28/2016 | Padberg, Corrigan & Appelbaum |
| Wright, Walter v. AbbVie Inc. et al. | 15-cv-10077 | 11/05/2015 | Padberg, Corrigan & Appelbaum |
| Burkhart, Jay v. AbbVie Inc. et al. | 15-cv-07374 | 08/21/2015 | Parker Waichman LLP |
| Isaacs, Richard v. AbbVie Inc. et al. | 15-cv-08600 | 09/29/2015 | Peterson & Associates, P.C. |
| Odom, Rickie v. AbbVie Inc. et al. | 18-cv-01505 | 02/28/2018 | Pogust Braslow & Millrood LLC |
| Leschyshyn, Alan M. v. AbbVie Inc. et al. | 17-cv-01778 | 02/17/2017 | Pro Se |
| Bruening, Michael v. AbbVie Inc. et al. | 15-cv-11514 | 12/22/2015 | Provost Umphrey Law Firm LLP |
| Little, Sherry v. AbbVie Inc. et al. | 16-cv-05897 | 06/06/2016 | Provost Umphrey Law Firm LLP |
| Rose, Reavis v. AbbVie Inc. et al. | 14-cv-08905 | 11/06/2014 | Provost Umphrey Law Firm LLP |
| Adame, Juan v. AbbVie Inc. et al. | 16-cv-04083 | 04/06/2016 | Robins Cloud LLP |
| Clark, Anna v. AbbVie Inc. et al. | 16-cv-08970 | 09/15/2016 | Robins Cloud LLP |
| Evans, Ricky v. AbbVie Inc. et al. | 16-cv-01845 | 02/01/2016 | Robins Cloud LLP |
| Heidt, Francis v. AbbVie Inc. et al. | 16-cv-02935 | 03/08/2016 | Robins Cloud LLP |
| Kirk, Brian v. AbbVie Inc. et al. | 16-cv-01580 | 01/28/2016 | Robins Cloud LLP |
| Long, David A. v. AbbVie Inc. et al. | 17-cv-04594 | 06/19/2017 | Robins Cloud LLP |
| Reddick, Bobby v. AbbVie Inc. et al. | 18-cv-01997 | 03/20/2018 | Robins Cloud LLP |
| Sandel, William v. AbbVie Inc. et al. | 15-cv-09691 | 10/29/2015 | Robins Cloud LLP |
| Segal, Gary v. AbbVie Inc. et al. | 17-cv-00815 | 01/31/2017 | Robins Cloud LLP |
| Cunningham, Kevin v. AbbVie Inc. et al. | 15-cv-00751 | 01/26/2015 | Robinson Calcagnie, Inc. |
| Harris, Harvey v. AbbVie Inc. et al. | 15-cv-04506 | 05/21/2015 | Robinson Calcagnie, Inc. |
| Helton, Lewie v. AbbVie Inc. et al. | 15-cv-02494 | 03/24/2015 | Robinson Calcagnie, Inc. |
| Payne, Larry v. AbbVie Inc. et al. | 14-cv-04973 | 07/01/2014 | Robinson Calcagnie, Inc. |
| Reliford, Ronald v. AbbVie Inc. et al. | 15-cv-11336 | 12/16/2015 | Robinson Calcagnie, Inc. |
| Roggelin, George v. AbbVie Inc. et al. | 17-cv-04113 | 05/31/2017 | Robinson Calcagnie, Inc. |

| Case Caption | Current Case No | Date Filed | Law Firm |
|---|---|---|---|
| Stice, David v. AbbVie Inc. et al. | 14-cv-10323 | 12/23/2014 | Robinson Calcagnie, Inc. |
| Von Linsowe, Richard v. AbbVie Inc. et al. | 17-cv-01198 | 02/15/2017 | Robinson Calcagnie, Inc. |
| Ambrogio, Dion v. AbbVie Inc. et al. | 16-cv-01123 | 01/26/2016 | Seeger Weiss LLP |
| Anderson, Elijah v. AbbVie Inc. et al. | 16-cv-01618 | 01/29/2016 | Seeger Weiss LLP |
| Beyer, Bob v. AbbVie Inc. et al. | 16-cv-01320 | 01/27/2016 | Seeger Weiss LLP |
| Brinson, John v. AbbVie Inc. et al. | 16-cv-08974 | 09/15/2016 | Seeger Weiss LLP |
| Daniels, Rodney v. AbbVie Inc. et al. | 16-cv-01429 | 01/28/2016 | Seeger Weiss LLP |
| Duldulao, Geoffrey v. AbbVie Inc. et al. | 17-cv-00691 | 01/27/2017 | Seeger Weiss LLP |
| Durham, Dennis v. AbbVie Inc. et al. | 16-cv-08920 | 09/14/2016 | Seeger Weiss LLP |
| Frawley, Eamonn v. AbbVie Inc. et al. | 15-cv-06055 | 07/09/2015 | Seeger Weiss LLP |
| Gray, David v. AbbVie Inc. et al. | 16-cv-08953 | 09/15/2016 | Seeger Weiss LLP |
| Johnson, James v. AbbVie Inc. et al. | 16-cv-08955 | 09/15/2016 | Seeger Weiss LLP |
| Lee, Danny v. AbbVie Inc. et al. | 16-cv-01267 | 01/27/2016 | Seeger Weiss LLP |
| Miller, Everett v. AbbVie Inc. et al. | 15-cv-00631 | 01/22/2015 | Seeger Weiss LLP |
| Orange, Terence v. AbbVie Inc. et al. | 15-cv-07047 | 08/12/2015 | Seeger Weiss LLP |
| Pauling, Calvin v. AbbVie Inc. et al. | 16-cv-01646 | 02/17/2016 | Seeger Weiss LLP |
| Powell, J. Robin v. AbbVie Inc. et al. | 15-cv-06890 | 08/06/2015 | Seeger Weiss LLP |
| Rice, Howard v. AbbVie Inc. et al. | 15-cv-00886 | 01/28/2015 | Seeger Weiss LLP |
| Cosenza, Christina v. AbbVie Inc. et al. | 16-cv-09055 | 09/19/2016 | Seeger Weiss LLP |
| Ross, Ryan v. AbbVie Inc. et al. | 16-cv-01720 | 01/29/2016 | Seeger Weiss LLP |
| Spaulding, Archie v. AbbVie Inc. et al. | 15-cv-09542 | 10/27/2015 | Seeger Weiss LLP |
| Tefft, Thomas v. AbbVie Inc. et al. | 15-cv-11030 | 12/08/2015 | Seeger Weiss LLP |
| Valentine, Margarete v. AbbVie Inc. et al. | 16-cv-08918 | 09/14/2016 | Seeger Weiss LLP |
| Walsh, Joseph v. AbbVie Inc. et al. | 15-cv-07057 | 08/12/2015 | Seeger Weiss LLP |
| Johnson, William Wade v. AbbVie Inc. et al. | 17-cv-04587 | 06/19/2017 | Seithel Law, LLC |
| Bartel, Richard v. AbbVie Inc. et al. | 15-cv-08963 | 10/09/2015 | Shamberg Johnson & Bergman |
| Creasy, Michael v. AbbVie Inc. et al. | 15-cv-00237 | 01/12/2015 | Shamberg Johnson & Bergman |

| Case Caption | Current Case No | Date Filed | Law Firm |
|---|---|---|---|
| Williams, Willie M. v. AbbVie Inc. et al. | 16-cv-00695 | 01/18/2016 | Shamberg Johnson & Bergman |
| Ayres, Luther v. AbbVie Inc. et al. | 15-cv-05374 | 06/18/2015 | Sill Law Group |
| Gall, Gary v. AbbVie Inc. et al. | 15-cv-01754 | 02/26/2015 | Sill Law Group |
| Hadaway, David v. AbbVie Inc. et al. | 15-cv-05381 | 06/18/2015 | Sill Law Group |
| Robbins, Brian v. AbbVie Inc. et al. | 18-cv-02467 | 04/06/2018 | Sill Law Group |
| Unterseher, Keith v. AbbVie Inc. et al. | 15-cv-05410 | 06/18/2015 | Sill Law Group |
| Henderson, Ronald E. v. AbbVie Inc. et al. | 16-cv-01527 | 01/28/2016 | Simmons Hanly Conroy |
| Jordan, Elmer v. AbbVie Inc. et al. | 15-cv-03346 | 04/15/2015 | Simmons Hanly Conroy |
| Prather-El, Clarence v. AbbVie Inc. et al. | 16-cv-00238 | 01/08/2016 | Simmons Hanly Conroy |
| Hazard, Richard v. AbbVie Inc. et al. | 15-cv-11427 | 12/18/2015 | Stueve Siegel Hanson LLP |
| Smith, Joseph L. v. AbbVie Inc. et al. | 15-cv-11423 | 12/18/2015 | Stueve Siegel Hanson LLP |
| Trent, Bobby R. v. AbbVie Inc. et al. | 16-cv-01726 | 01/29/2016 | The Cochran Firm - Dothan, P.C. |
| Usry, Joe Dean v. AbbVie Inc. et al. | 15-cv-11896 | 12/31/2015 | The Cochran Firm - Dothan, P.C. |
| Conrad, Terry v. AbbVie Inc. et al. | 16-cv-02596 | 02/26/2016 | The Levensten Law Firm |
| Kissinger, Gregory v. AbbVie Inc. et al. | 17-cv-07834 | 10/31/2017 | The Orlando Firm, P.C. |
| Aken, David v. AbbVie Inc. et al. | 16-cv-02664 | 02/29/2016 | The Snapka Law Firm |
| Bradley, Thomas v. AbbVie Inc. et al. | 15-cv-06002 | 07/08/2015 | The Walters Law Firm |
| Edwards, David v. AbbVie Inc. et al. | 15-cv-06000 | 07/08/2015 | The Walters Law Firm |
| Balch, Karen v. AbbVie Inc. et al. | 15-cv-06925 | 08/07/2015 | The Whitehead Law Firm |
| Weiner, Marla v. AbbVie Inc. et al. | 15-cv-02915 | 04/02/2015 | The Whitehead Law Firm |
| Shubbuck, Thomas v. AbbVie Inc. et al. | 15-cv-02934 | 04/02/2015 | The Whitehead Law Firm |
| Bracetti Ayala, Jose A. v. AbbVie Inc. et al. | 15-cv-07791 | 09/03/2015 | Veronica Irizarry, LLC |