**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates To: <br> *Cases Identified on Exhibit A* | ) ) ) ) ) ) ) ) Case No. 1:14-cv-01748 <br> MDL No. 2545 |

**CASE MANAGEMENT ORDER NO. 169
(Request to PSC to Notify Counsel Regarding
Show Cause Orders and Counsels' Obligations)**

The Clerk is in the process of docketing numerous show cause orders in individual cases based on the AbbVie Defendants' Motion For An Order To Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure To Comply With Case Management Orders No. 126, 144 and 152, which was filed February 12, 2020. *See* Case No. 14 C 1748, Case Mgmt. Order 168 (Feb. 13, 2020). Each of these orders contains a direction to individual plaintiffs' counsel to promptly provide their clients with a copy of the show cause order *and* to promptly certify their compliance with this direction by the Court. The Court's goal in imposing this directive is to ensure that each affected plaintiff is fully, and directly, aware of the status of his or her case and the prospect for its imminent dismissal due to noncompliance with court orders.

In previous instances where the Court has entered similar orders, there has been somewhat inconsistent compliance by individual plaintiffs' counsel with the Court's notice and certification directives. For this reason, the Court requests that the Plaintiffs' Steering Committee (PSC) provide all counsel (via e-mail or otherwise as the PSC deems appropriate) separate notification, advising them of the entry of show-cause orders in numerous cases; urging them to check the individual dockets in cases in which they have filed appearances; and urging them to comply with the Court's directive to promptly certify compliance.

IT IS SO ORDERED.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: February 14, 2020