# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01748<br>MDL No. 2545 |
| This Document Relates To:<br>*Cases Identified on Exhibit A* | |

**CASE MANAGEMENT ORDER NO. 170**
(Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with Case Management Order Nos. 126 and 143)

This matter is before the Court on the AbbVie Defendants' Motion For An Order To Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure To Comply With Case Management Orders No. 126 and 143, filed March 16, 2020. The hearing date of March 24, 2020 is vacated.

It is hereby ordered that each Plaintiff and/or their counsel of record identified on Exhibit A shall either file a stipulation dismissing the AbbVie Defendants with prejudice on or before April 22, 2020 or show cause in writing by no later than April 22, 2020 why Plaintiff's case should not be dismissed under CMO 126, paragraph B.11, made applicable to AbbVie Defendants via CMO 143, for failure to comply with the CMO 126 obligations of paragraphs B.9. and B.10. At the Court's instance, it has given each Plaintiff and/or their counsel of record 35 days (i.e., until April 22, 2020) rather than 21 days to comply with this directive.

Counsel of record for each Plaintiff is directed to immediately advise their clients in writing of this order and to verify their compliance in writing in the individual case docket.

Status report regarding whether a response to this Order was filed by each plaintiff is to be filed by counsel for AbbVie Defendants by April 29, 2020.

Date: March 18, 2020

                                                       MATTHEW F. KENNELLY
                                                       United States District Judge

# EXHIBIT A

| Case Caption | Current Case No | Law Firm |
|---|---|---|
| Castro, Daniel v. AbbVie Inc. et al. | 15-cv-05025 | Domina Law Group |
| Brousseau, William v. AbbVie Inc. et al. | 14-cv-10396 | Douglas & London, P.C. |
| Kehler, Albert v. AbbVie Inc. et al. | 16-cv-00299 | Douglas & London, P.C. |
| Summerlin, Jerry v. AbbVie Inc. et al. | 16-cv-02710 | Douglas & London, P.C. |
| Cearley, James v. AbbVie Inc. et al. | 15-cv-10498 | Eisenberg Rothweiler |
| Andras, Ronald v. AbbVie Inc. et al. | 14-cv-08711 | Goldberg & Osborne LLP |
| Marando, Joseph v. AbbVie Inc. et al. | 15-cv-09428 | Goldberg & Osborne LLP |
| Phillips, Ernie v. AbbVie Inc. et al. | 14-cv-08445 | Goldberg & Osborne LLP |
| Vanbrunt, Richard v. AbbVie Inc. et al. | 15-cv-04782 | Kabateck Brown Kellner, LLP |
| O'Rourke, Christopher v. AbbVie Inc. et al. | 16-cv-03265 | Law Office of Baird Brown |
| Atwell, Kevin v. AbbVie Inc. et al. | 17-cv-09233 | Morgan & Morgan, PA |
| Murphy, Pete v. AbbVie Inc. et al. | 15-cv-05832 | O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin LLC |
| Lihs, Inge v. AbbVie Inc. et al. | 14-cv-06697 | Robinson Calcagnie, Inc. |