

FILED
5/9/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PJ

The Honorable
Matthew F. Kennedy
U.S District Court
Northern District of Illinois
Chicago, Illinois

May 9, 2020

Your Honor, I am writing to you in the matter of Wildeboer v. Abbvie, Inc. et al, Cause of Action 28:1332, Personal Injury:Health Care. I am represented by Richard M. Golomb, Ruben Honik, and Stephen D. Resnick and their law firm. They informed me in December of 2019 that this case had been decided in my favor. Since then I have received from them what can only be categorized as non- responses.

The last correspondence of any substance indicated that the settlement would take place in January or February of 2020. Since they claim that the matter is now in the hands of an administer appointed by you. They apparently claim that they have no control of the situation. I have no idea of who this administer is or any action he has taken or plans to take.

I have hesitated thus far to hire another attorney, but I feel like the previously mentioned attorneys have become extremely passive in this case.

As I have not been apprised of your ruling in oral or written form, I am requesting a copy of the court proceedings in this case. Please inform me of any fees required in obtaining the court record of the judgment.

Thanking you in advance for any help you can give me in this matter,

I remain.

Sincerely Yours

Marian Wildeboer

cc/ rmg/rh/sdr/file

Marion Wildeboer
172 Cox Rd.
Campti, La. 71411

SHREVEPORT LA 710

09 MAY 2020 PM 3 L



U.S. District Court for the Northern District of
Illinois, Chicago Office
219 S. Dearborn St.
Suite 2050
Chicago, IL. 60604

60604-180099