# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01748<br>MDL No. 2545 |
| This Document Relates To:<br>*Cases Identified on Exhibit A* | |

## CASE MANAGEMENT ORDER NO. 172
(Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with Case Management Order Nos. 126 and 143)

This matter is before the Court on the AbbVie Defendants' Motion For An Order To Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure To Comply With Case Management Orders No. 126 and 143, filed May 19, 2020.

It is hereby ordered that each Plaintiff and/or their counsel of record identified on Exhibit A shall either file a stipulation dismissing the AbbVie Defendants with prejudice on or before June 24, 2020 or show cause in writing by no later than June 24, 2020 why Plaintiff's case should not be dismissed under CMO 126, paragraph B.11, made applicable to AbbVie Defendants via CMO 143, for failure to comply with the CMO 126 obligations of paragraphs B.9. and B.10. At the Court's instance, it has given each Plaintiff and/or their counsel 35 days (i.e., until June 24, 2020) rather than 21 days to comply with this directive.

Counsel of record for each Plaintiff is directed to immediately advise their clients in writing of this order and to verify their compliance in writing in the individual case docket.

Status report regarding whether a response to this Order was filed by each plaintiff is to be filed by counsel for AbbVie Defendants by July 1, 2020.

MATTHEW F. KENNELLY
United States District Judge

Date: May 20, 2020

**EXHIBIT A**

| Case Caption | Case No. | Plaintiff Counsel |
|---|---|---|
| Eudy, Bruce v. AbbVie Inc. et al. | 14-cv-07355 | Douglas & London |
| Needham, Bonnie v. AbbVie Inc. | 15-cv-00194 | Robinson Calcagnie, Inc. |
| Saintsing, Rhondell v. AbbVie Inc. | 15-cv-00633 | Seeger Weiss |
| Chivers, Walter Jr. v. AbbVie Inc. | 15-cv-02156 | Douglas & London |
| Jones, James v. AbbVie Inc. | 15-cv-04448 | The Lanier Law Firm |
| Ohnemus, Jason v. AbbVie Inc. | 15-cv-06695 | The Lanier Law Firm |
| Caylor, Josephine v. AbbVie Inc. | 15-cv-08269 | Robinson Calcagnie, Inc. |
| Malusky, John v. AbbVie Inc. AS TO SHERYL MALUSKY ONLY | 15-cv-10315 | Locks Law Firm |
| Page, William Kevin v. AbbVie Inc. | 15-cv-10837 | Ferrer, Poirot & Wansbrough |
| Zumhingst, Jon v. AbbVie Inc. AS TO VANESSA ZUMHINGST ONLY | 16-cv-01606 | Schachter Hendy & Johnson PSC |
| Dixon, Clarence Jr. v. AbbVie Inc. | 16-cv-02565 | Schachter Hendy & Johnson PSC |
| Stewart, Betty v. AbbVie Inc. | 16-cv-03775 | The Lanier Law Firm |
| Lawrence, Evelyn v. AbbVie Inc. | 16-cv-03835 | NastLaw, LLC |
| Wojciechowski, Andrew v. AbbVie Inc. | 16-cv-09125 | Schachter Hendy & Johnson PSC |
| Yakich, John Jr. v. AbbVie Inc. | 16-cv-10596 | Schachter Hendy & Johnson PSC |
| Worley, Darlene v. AbbVie Inc. | 16-cv-10625 | Douglas & London |
| Frederickson, James v. AbbVie Inc. | 16-cv-11562 | Padberg Corrigan & Appelbaum |
| Kazanjian, Kathleen v. AbbVie Inc. | 17-cv-01567 | Robinson Calcagnie, Inc. |
| Decker, Robert v. AbbVie Inc. | 17-cv-03481 | Goldenberglaw PLLC |