**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01748 <br> MDL No. 2545 |
| This document relates to all cases | |

**REDACTED VERSION**
**CASE MANAGEMENT ORDER NO. 179**
**(Order for Award of Common Benefit Fees and Reimbursement of Shared and
Held Costs)**

The Court was advised that the settlements for each Defendant in the case have

been funded in accordance with the terms of their respective master settlement

agreements. The Court was further advised that the Common Benefit Fee Committee has

completed its review and assessment of common benefit contributions made and

expenses incurred by the various Participating Counsel that submitted common benefit

applications. Pursuant to Case Management Order No. 16 (ECF No. 488) ("CMO 16"),

the Common Benefit Fee Committee, as appointed by this Court pursuant to Case

Management Order No. 141 on November 21, 2018, submitted a written report of its work

to facilitate the Court's award, distribution of fees, and reimbursement of costs to those

firms. *See* ECF. Nos. 3146 and 3159.  Only one objection to the Common Benefit Fee

Committee's report and recommendation was filed (ECF No. 3154), and that single

objection was subsequently withdrawn (ECF No. 3158).

Pursuant to the terms of CMO 16, a TRT Fee Fund and a TRT Expense Fund were

created to reserve from the gross monetary recovery funds for distribution to Participating

Counsel who have performed professional services or incurred expenses for the common

benefit in these proceedings. As noted therein, distribution of funds to Participating Counsel is subject to the review and approval by the Court, or such other mechanism as the Court may order, and ultimately Order of the Court.

With the Court's amendment of CMO 16 in Case Management Order No. 138 (ECF No. 2894) ("CMO 138"), the TRT Expense Fund currently contains █████████ to reimburse the shared and held costs of Participating Counsel; the TRT Fee Fund currently contains █████████ for payment of professional services of such counsel.

On November 24, 2020, the Court held a hearing with the Common Benefit Fee Committee and other members of the Plaintiffs' Steering Committee concerning the Common Benefit Fee Committee's Motion, Report and Recommendations. At this hearing, and upon due consideration of the submissions and the Court's extensive experience with this litigation, the claims herein, and involved counsel, the Court reaffirmed that 19.5% holdback that it had adopted in CMO 138 approved the fee and expense allocations that the Common Benefit Fee Committee had proposed in its Report and Recommendations.

Accordingly, upon due consideration, the Court orders that the full holdback of 19.5% be applied to the payment of costs (held, shared, and outstanding) and for professional services as further set forth herein, and further directs Esquire Bank to make payments from the TRT Expense Fund and TRT Fee Fund in accordance with the schedules below, and to take promptly take such other actions as may be necessary to effectuate the payments scheduled below.

First, the Court directs Esquire Bank to pay the following amounts from the TRT Expense Fund to the following firms as reimbursement for Held Costs and Shared Costs:

| Firm Name | Held Costs | Shared Costs | Total Held & Shared Cost Reimbursement |
|---|---|---|---|
| Anapol Weiss | | | |
| Ashcraft & Gerel | | | |
| Barrios Kingsdorf & Casteix | | | |
| Beasley Allen | | | |
| Burg Simpson | | | |
| Cohen & Malad | | | |
| Davis & Crump | | | |
| Domengeaux Wright Roy & Edwards | | | |
| Douglas & London | | | |
| Eisenberg, Rothweiler | | | |
| Faraci Lange | | | |
| Fleming Nolen & Jez | | | |
| Foote, Mielke, Chavez & O'Neil | | | |
| Goldberg & Osborne | | | |
| Herman, Herman & Katz | | | |
| Jenner Law | | | |
| Johnson Becker | | | |
| Kaiser Gornick | | | |
| Lanier Law Firm | | | |
| Levin Papantonio | | | |
| Levin Sedran & Berman | | | |
| Levin Simes Abrams | | | |
| Lockridge Grindal Nauen | | | |
| Maher Law | | | |
| McCorvey Law | | | |
| Meyers & Flowers | | | |
| David Ratner Law | | | |
| Morgan & Morgan | | | |
| Myron M. Cherry | | | |
| NastLaw | | | |
| Niemeyer, Grebel & Kruse | | | |
| Orlando Firm | | | |

| | | | |
|---|---|---|---|
| Pogust Braslow & Millrood | ██████ | ██████ | ██████ |
| Robins Cloud | ██████ | ██████ | ██████ |
| Ross Feller Casey | ██████ | ██████ | ██████ |
| Schachter Hendy & Johnson | ██████ | ██████ | ██████ |
| Schlichter Bogard & Denton | ██████ | ██████ | ██████ |
| Seeger Weiss | ██████ | ██████ | ██████ |
| Shamberg, Johnson & Bergman | ██████ | ██████ | ██████ |
| Simmons Hanly Conory | ██████ | ██████ | ██████ |
| Stueve Siegel Hanson | ██████ | ██████ | ██████ |
| Wagstaff & Cartmell | ██████ | ██████ | ██████ |
| Wiggins Childs | ██████ | ██████ | ██████ |
| Zoll & Kranz | ██████ | ██████ | ██████ |
| **Grand Total** | ██████ | ██████ | ██████ |

The Court further orders that Esquire Bank pay ██████ to Plaintiffs' Liaison Counsel from the TRT Expense Fund for payment of outstanding invoices in that amount.

Lastly, the Court awards the following amounts to the respective firms as fees for professional services, and orders Esquire Bank to pay those amounts from the TRT Fee Fund to each firm:

| Firm Name | Fee Award |
|---|---|
| Seeger Weiss | ██████ |
| Hendy Johnson | ██████ |
| Levin Papantonio | ██████ |
| Douglas London | ██████ |
| Simmons | ██████ |
| Burg Simpson | ██████ |
| Ross Feller | ██████ |
| Robins Cloud | ██████ |
| Zoll Kranz | ██████ |

| Herman Katz | ████████ |
|---|---|
| Morgan | ████████ |
| Pogust | ████████ |
| Levin Simes | ████████ |
| Nast | ████████ |
| Beasley Allen | ████████ |
| Levin Sedran | ████████ |
| Kaiser Gornick | ████████ |
| Stueve Siegel | ████████ |
| Johnson Becker | ████████ |
| McCorvey | ████████ |
| Maher | ████████ |
| Fleming Nolen | ████████ |
| Ashcraft | ████████ |
| Stevens | ████████ |
| Anapol Weiss | ████████ |
| McAllister | ████████ |
| Cohen Malad | ████████ |
| Schlicter Bogard | ████████ |
| Meyers Flowers | ████████ |
| Chaffin Luhana | ████████ |
| Orlando | ████████ |
| Cherry | ████████ |
| Robinson Calcagnie | ████████ |
| Eisenberg Rothweiler | ████████ |
| Burke Neal | ████████ |
| Goldberg Osborne | ████████ |
| Jenner | ████████ |
| Hovde Dassow | ████████ |
| Davis Crump | ████████ |

| | |
|---|---|
| Lockridge Grindal | ███████ |
| Niemeyer | ███████ |
| Weitz Luxenberg | ███████ |
| Biernstein Liebhard | ███████ |
| Wiggins Childs | ███████ |
| Cellino Barnes | ██████ |
| Foote Mielke | ██████ |
| Allen & Nolte | ██████ |
| O'Leary Shelton | ██████ |
| Pearson Randall | ██████ |
| Shamberg Johnson | ██████ |
| Lopez mcHugh | ██████ |
| Wagstaff Cartmell | ████ |
| Jones Ward | ████ |
| **Total** | █████████ |

**IT IS SO ORDERED.**

Dated:   Nov. 24, 2020

MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE