# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |
| **THIS DOCUMENT RELATES TO:** <br><br> Liston v. Actavis, Inc., et al. | Case No. 1:16-cv-01261 |

## SUPPLEMENTAL RESPONSE TO JOINT STATUS REPORT

    Seeger Weiss LLP respectfully submits this Supplemental Response to Joint Status Report related to the above-captioned matter. Since filing the Response to Joint Status Report (Dkt no. 3250), we have continued our outreach to Mr. Liston's surviving daughter, Elizabeth Liston, to obtain a copy of the probated Will. Ms. Liston advised our office yesterday that the probate proceeding filed in Jasper County, Illinois, remains pending and has been delayed due to COVID-related issues. We are attempting to contact Ms. Liston's probate counsel to gain a clearer understanding of the underlying reasons for the delay, including an expected timeframe for resolution, and will report to the Court further as soon as we are able to do so. In the interim, we respectfully request that the Court grant Ms. Liston a 30-day extension, up to and including April 16, 2021, to obtain the necessary authority through the probate process.

Dated: March 17, 2021

                                                                   Respectfully submitted,

                                                                   /s/Asim M. Badaruzzaman
                                                                   Asim M. Badaruzzaman
                                                                   Christopher A. Seeger
                                                                   David R. Buchanan

SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100 (Telephone)
(973) 679-8656 (Fax)
abadaruzzaman@seegerweiss.com
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2021, a copy of the foregoing Response to Joint Status Report was electronically filed with the Clerk of Court via CM/ECF, which will electronically send notice of this filing to all attorneys of record.

/s/Asim M. Badaruzzaman
Asim M. Badaruzzaman