## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Master Docket No.: 1:14-cv-1748 |
| This document relates to: *Bunting et al. v. AbbVie Inc., et al.* No.    1:15-cv-9699 *Davis et al. v. Actavis Inc., et al.* No.    1:17-cv-3775 *Jordan et al. v. AbbVie Inc., et al.* No.    1:15-cv-9449 *Loreto et al. v. AbbVie Inc., et al.* No.    1:16-cv-2561 *Martin v. Actavis Inc., et al.* No.    1:15-cv-4292 *Reynolds v. AbbVie Inc., et al.* No.    1:17-cv-4117 | Judge:       Hon. Matthew F. Kennelly |

### CASE MANAGEMENT ORDER 186 -
### ORDER AMENDING THE COMMON BENEFIT ORDER

In 2014, the Court entered CMO 16 (MDL doc. 488) and amended it in 2018 (MDL doc. 2902) to create "Common Benefit" funds to reimburse common case expenses and compensate attorneys for work done for the benefit of all cases in the MDL. The Plaintiffs in the six above-captioned cases have opted out of the settlement programs and have moved to amend Amended CMO 16 as to their cases without opposition from the PSC or Defendants.

The Court hereby **GRANTS** each of the Motions to Amend the Common Benefit Order and **ORDERS** that in each above-captioned case, the plaintiff shall pay 19.5% (14.5% as attorneys' fees and 5% expenses) of any settlement or verdict pursuant to Amended CMO 16, but that the total shall be capped at 19.5% of two times the allocation each plaintiff would have received in the settlement program. Counsel for Plaintiffs and the PSC as well as the Settlement Special Master represent they agree about the amount each plaintiff would have received in the settlement programs.

SO ORDERED.

June 2, 2021

Date

Hon. Matthew F. Kennelly
United States District Judge

Approved as to form:

On behalf of each Plaintiff:  /s/ James G. O'Brien

James G. O'Brien (Ohio 0088460, Cal. 308239)
O'BRIEN LAW, LLC
405 Madison Ave., 10th Floor
Toledo, Ohio 43604
Tel.     (419) 930-6401
Fax     (419) 930-6403
Email   jim@obrien.law

2

On behalf of the PSC:  */s/ Trent B. Miracle* (by permission)
Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Tel.      618-259-2222
Email    tmiracle@simmonsfirm.com

On behalf of the AbbVie Defendants:  */s/ Michelle H. Yeary* (by permission)
Michelle H. Yeary
DECHERT LLP
502 Carnegie Center, Suite 104
Princeton, NJ 08540
Tel.      (609) 955-3200
Fax      (609) 955-3259
Email    Michelle.yeary@dechert.com

On behalf of the Actavis Defendants:  */s/ Jeffrey Daniel Geoppinger* (by permission)
Jeffrey Daniel Geoppinger
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Tel.      (513) 698-5004
Email    jgeoppinger@ulmer.com

3